**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

16-mc-1184 (KBJ)

**IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN, ON MARCH 8, 2014**

MDL No. 2712

FILED
JUN 13 2016
Clerk, U.S. District & Bankruptcy Courts for the District of Columbia

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On June 2, 2016, the Panel transferred 5 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.3d_ (J.P.M.L. 2016). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable Ketanji Brown Jackson.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Jackson.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of June 2, 2016, and, with the consent of that court, assigned to the Honorable Ketanji Brown Jackson.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted

Jun 13, 2016

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN, ON MARCH 8, 2014** MDL No. 2712

## SCHEDULE CTO–1 – TAG–ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| ILLINOIS NORTHERN | | | |
| ILN | 1 | 16–03540 | Weeks et al v. The Boeing Company |
| ILN | 1 | 16–04113 | Kanan v. The Boeing Company |
| ILN | 1 | 16–04146 | Gaspard v. The Boeing Company |
| ILN | 1 | 16–04148 | Gaspard v. The Boeing Company |
| ILN | 1 | 16–04149 | Gasparad v. The Boeing Company |
| ILN | 1 | 16–04154 | Wood v. The Boeing Company |
| ILN | 1 | 16–04463 | Jia v. The Boeing Company |
| ILN | 1 | 16–04464 | Wang v. Boeing Company, The |
| ILN | 1 | 16–04465 | Hu v. The Boeing Co. |
| ILN | 1 | 16–04467 | Shirath v. The Boeing Company |
| ILN | 1 | 16–04468 | Gao v. The Boeing Co. |
| ILN | 1 | 16–04471 | Xiao v. Boeing Company, The |
| ILN | 1 | 16–04473 | Li v. The Boeing Company |
| ILN | 1 | 16–04474 | Kolekar v. The Boeing Company |
| ILN | 1 | 16–04476 | Zhang v. The Boeing Company |
| ILN | 1 | 16–04499 | Liang v. The Boeing Company |
| ILN | 1 | 16–04500 | Kolekar v. The Boeing Company |
| ILN | 1 | 16–04502 | Li v. Boeing Company, The |
| ILN | 1 | 16–04503 | Zhang v. The Boeing Company |
| ILN | 1 | 16–04506 | Santhanam v. The Boeing Company |
| ILN | 1 | 16–04509 | Feng v. The Boeing Co. |
| ILN | 1 | 16–04511 | Han v. The Boeing Company |
| ILN | 1 | 16–04512 | Wang v. The Boeing Company |
| ILN | 1 | 16–04514 | Tian v. The Boeing Company |
| ILN | 1 | 16–04542 | Zhou v. The Boeing Company |
| ILN | 1 | 16–04543 | Kokekar v. The Boeing Company |
| ILN | 1 | 16–04546 | Yuan v. The Boeing Company |
| ILN | 1 | 16–04550 | Pang v. The Boeing Company |
| ILN | 1 | 16–04551 | Chen v. The Boeing Company |
| ILN | 1 | 16–04555 | Wang v. The Boeing Company |
| ILN | 1 | 16–04559 | Huang v. The Boeing Company |
| ILN | 1 | 16–04563 | Hu v. The Boeing Company |