AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| In Re: Air Crash Over The Southern Indian Ocean | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   MDL Docket No. 2712 |
| | ) | |
| *Defendant* | ) | Misc. No. 1:16-mc-1184 (KBJ) |

This Document Relates to:
Ganguli v. Malaysia Airlines, et al.
16-cv-01047 (KBJ)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Sanjit Ganguli                                                                                              .

Date:   06/23/2016

s/Kevin P. Durkin
*Attorney's signature*

Kevin P. Durkin 3127906
*Printed name and bar number*

CLIFFORD LAW OFFICES
120 North LaSalle Street, Suite 3100
Chicago, Illinois  60602

*Address*

KPD@CliffordLaw.com
*E-mail address*

(312) 899-9090
*Telephone number*

(312) 251-1160
*FAX number*