# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

IN RE: AIR CRASH OVER THE SOUTHERN
INDIAN OCEAN ON MARCH 8, 2014

This Document Relates To:

ALL CASES

MDL Docket No: 2712

Misc. No. 16-1184 (KBJ)

## JOINT MOTION TO DISMISS ON THE
## GROUND OF *FORUM NON CONVENIENS*

Subject to, and without waiver of any rights, privileges and defenses, MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED) ("MAS"), MALAYSIA AIRLINES BERHAD ("MAB"), ALLIANZ GLOBAL CORPORATE & SPECIALTY SE ("AGCS SE"), and THE BOEING COMPANY ("Boeing") (collectively, the "Moving Defendants"), jointly move this Court for an Order dismissing all consolidated cases on the ground of *forum non conveniens* to Malaysia due to the overwhelming connections of this case to Malaysia and the lack of any meaningful connection to the United States, the District of Columbia, New York, California or Illinois.

Moving Defendants rely upon the points and authorities set forth in their Memorandum of Law in Support of this Motion Dismiss on the Ground of *Forum Non Conveniens*, supporting exhibits, supporting declarations, and all other pleadings on file with the Court.

WHEREFORE, for the foregoing reasons, Moving Defendants respectfully request that this Court issue an order dismissing all consolidated actions before this Court on the ground of *forum non conveniens* for refiling in Malaysia.

Dated: October 1, 2016                Respectfully submitted,

KAPLAN, MASSAMILLO & ANDREWS LLC

By:   /s/ Richard A. Walker
      Telly Andrews, IL Bar No. 6242431
      Richard A. Walker, IL Bar No. 6196947
      200 W. Madison Street, 16th Floor
      Chicago, Illinois 60606
      Telephone:  (312) 345-3000
      Facsimile:  (312) 345-3119
      tandrews@kmalawfirm.com
      rwalker@kmalawfirm.com

      *Attorneys for Defendants*
      Malaysian Airline System Berhad (Administrator Appointed), Malaysia Airlines Berhad, and Allianz Global Corporate & Specialty SE

By:   /s/ Mack H. Schultz
      John D. Dillow, WA Bar No. 5979
      Eric B. Wolff, D.C. Bar No. 477730
      Mack H. Schultz, WA Bar No. 27190
      PERKINS COIE LLP
      1201 3rd Avenue, Suite 4900
      Seattle, WA 98101
      Telephone: (206) 359-8000
      Facsimile: (206) 359-9000
      jdillow@perkinscoie.com
      ewolff@perkinscoie.com
      mshultz@perkinscoie.com

      *Attorneys for Defendant*
      The Boeing Company

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 1, 2016, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing Joint Motion to Dismiss on the Ground of *Forum Non Conveniens*, together with supporting exhibits, was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

                    /s/ Richard A. Walker
                    Richard A. Walker