## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014 | MDL Docket No: 2712 |
| This Document Relates To:<br><br>ALL CASES | Misc. No. 16-1184 (KBJ) |

## JOINT MOTION TO DISMISS ON THE
## GROUND OF *FORUM NON CONVENIENS*

Subject to, and without waiver of any rights, privileges and defenses, MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED) ("MAS"), MALAYSIA AIRLINES BERHAD ("MAB"), ALLIANZ GLOBAL CORPORATE & SPECIALTY SE ("AGCS SE"), and THE BOEING COMPANY ("Boeing") (collectively, the "Moving Defendants"), jointly move this Court for an Order dismissing all consolidated cases on the ground of *forum non conveniens* to Malaysia due to the overwhelming connections of this case to Malaysia and the lack of any meaningful connection to the United States, the District of Columbia, New York, California or Illinois.

Moving Defendants rely upon the points and authorities set forth in their Memorandum of Law in Support of this Motion Dismiss on the Ground of *Forum Non Conveniens*, supporting exhibits, supporting declarations, and all other pleadings on file with the Court.

WHEREFORE, for the foregoing reasons, Moving Defendants respectfully request that this Court issue an order dismissing all consolidated actions before this Court on the ground of *forum non conveniens* for refiling in Malaysia.

Dated: October 1, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　KAPLAN, MASSAMILLO & ANDREWS LLC

By:　/s/ Richard A. Walker
　　　Telly Andrews, IL Bar No. 6242431
　　　Richard A. Walker, IL Bar No. 6196947
　　　200 W. Madison Street, 16th Floor
　　　Chicago, Illinois 60606
　　　Telephone:  (312) 345-3000
　　　Facsimile:  (312) 345-3119
　　　tandrews@kmalawfirm.com
　　　rwalker@kmalawfirm.com

　　　*Attorneys for Defendants*
　　　Malaysian Airline System Berhad (Administrator Appointed), Malaysia Airlines Berhad, and Allianz Global Corporate & Specialty SE

By:　/s/ Mack H. Schultz
　　　John D. Dillow, WA Bar No. 5979
　　　Eric B. Wolff, D.C. Bar No. 477730
　　　Mack H. Schultz, WA Bar No. 27190
　　　PERKINS COIE LLP
　　　1201 3rd Avenue, Suite 4900
　　　Seattle, WA 98101
　　　Telephone: (206) 359-8000
　　　Facsimile: (206) 359-9000
　　　jdillow@perkinscoie.com
　　　ewolff@perkinscoie.com
　　　mshultz@perkinscoie.com

　　　*Attorneys for Defendant*
　　　The Boeing Company

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 1, 2016, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing Joint Motion to Dismiss on the Ground of *Forum Non Conveniens*, together with supporting exhibits, was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

/s/ Richard A. Walker
Richard A. Walker