# EXHIBIT 2



# FACTUAL INFORMATION

## SAFETY INVESTIGATION FOR MH370

-

### Malaysia Airlines MH370 Boeing B777-200ER (9M-MRO)
### 08 March 2014



### By

### The Malaysian ICAO Annex 13 Safety Investigation Team for MH370



Issued on 8th March 2015
(Updated on 15th April 2015)

The Malaysian ICAO Annex 13
Safety Investigation Team for MH370

Email : *MH370SafetyInvestigation@mot.gov.my*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................

**Addendum**

| Section | Page | Change | Date |
|---------|------|--------|------|
| 1.9.4.1 | 46 | Unit for Gross Weight (GWT) in Table 1.9A changed from kg to lb | 15 Apr 2015 |
| Appendix 1.6B | 1 | lb added as unit for Gross Weight (GWT) | 15 Apr 2015 |
| Appendix 1.6B | 2 | Abbreviation 'SFC' described | 15 Apr 2015 |
| Appendix 1.6B | 1 & 2 | Last 4 rows in EHM Parameter Key moved from Page 1 to Page 2 | 15 Apr 2015 |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
......................................................................................................

## CONTENTS

| No. | Title | Page/s |
|---|---|---|
| - | **CONTENTS** | **iii-v** |
| - | **OBJECTIVE OF INVESTIGATION** | **vi** |
| - | **DISCLAIMER** | **vii** |
| - | **GLOSSARY OF TERMS** | **viii-xi** |
| - | **ABBREVIATIONS AND CODES** | **xii-xix** |
| **SECTION 1.1** | **HISTORY OF THE FLIGHT** | **1-11** |
| | 1.1.1 Flight between 1642 to 1729:30 UTC [0042-0119:30] | 1-2 |
| | 1.1.2 Activities by Ground Air Traffic Controllers Thereafter | 2 |
| | 1.1.3 Diversion from Filed Flight Plan Route – 1721:13 to 1822:12 UTC [0121:13 to 0222:12] | 2-5 |
| | 1.1.4 Search for Aircraft | 5 |
| **SECTION 1.2** | **INJURIES TO PERSONS** | **12** |
| **SECTION 1.3** | **DAMAGE TO AIRCRAFT** | **12** |
| **SECTION 1.4** | **OTHER DAMAGES** | **12** |
| **SECTION 1.5** | **PERSONNEL INFORMATION** | **12-21** |
| | 1.5.1 MAS Training and Check Records | 12 |
| | 1.5.2 Pilot-in-Command and Personal Profile | 13 |
| | 1.5.3 First Officer and Personal Profile | 14 |
| | 1.5.4 Cabin Crew and Personal Profiles (a-j) | 15-19 |
| | 1.5.5 Disciplinary/Administrative Actions | 19 |
| | 1.5.6 Financial Background and Insurance Cover | 20 |
| | 1.5.7 Significant Past Medical and Medication History | 20 |
| | 1.5.8 Psychological and Social Events | 20 |
| | 1.5.9 Behavioural Events | 21 |
| | 1.5.10 Air-Ground Communications | 21 |
| **SECTION 1.6** | **AIRCRAFT INFORMATION** | **22-33** |
| | 1.6.1  Airframe | 22 |
| | 1.6.2  Engine | 22 |
| |    1.6.2.1 Auxiliary Power Unit | 22 |
| | 1.6.3  Airworthiness and Maintenance | 23-33 |
| |    1.6.3.1 Aircraft Maintenance Schedule | 23-25 |
| |    1.6.3.2 Major Repair | 26 |
| |    1.6.3.3 Cabin Configuration Change | 26 |
| |    1.6.3.4 Mandatory Occurrence Reports | 26 |
| |    1.6.3.5 Airworthiness Directives | 27 |
| |    1.6.3.6 Technical Log | 27 |
| |       1.6.3.6.1 Oxygen System Replenishment | 27-28 |
| |    1.6.3.7 Deferred Defects (MR2) | 28 |
| |    1.6.3.8 Engine Health Monitoring | 28-29 |
| |    1.6.3.9 Central Maintenance Computing System (CMCS) | 29 |
| | 1.6.4  Weight and Balance | 29-30 |
| | 1.6.5  Fuel | 30 |
| | 1.6.6  Emergency Locator Transmitter (ELT) | 31-32 |
| |    1.6.6.1 Review of Effectiveness of ELTs | 32-33 |
| | 1.6.7  Aircraft System Description | 33 |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

| No. | Title | Page/s |
|---|---|---|
| **SECTION 1.7** | **METEOROLOGICAL INFORMATION** | **33-38** |
| | 1.7.1 Meteorological Situation | 33-36 |
| | 1.7.2 Comments on the Information Available | 36 |
| |     1.7.2.1 Forecast Charts | 36-37 |
| |     1.7.2.2 Significant Meteorological Information (SIGMET) | 37 |
| |     1.7.2.3 Volcanic Ash Advisory | 37-38 |
| **SECTION 1.8** | **AIDS TO NAVIGATION** | **38** |
| | − Not applicable at this stage of the investigation | |
| **SECTION 1.9** | **COMMUNICATIONS** | **38-56** |
| | 1.9.1  High Frequency (HF) System | 38 |
| | 1.9.2  Very High Frequency (VHF) | 39 |
| | 1.9.3  Air Traffic Control (ATC)/Mode S Transponder System | 39-41 |
| | 1.9.4  Aircraft Communications Addressing  & Reporting System (ACARS) | 41-43 |
| |     1.9.4.1 ACARS Traffic Log | 43-48 |
| | 1.9.5  Satellite Communications (SATCOM) | 48-56 |
| |     1.9.5.1 SATCOM System Communication | 48-50 |
| |     1.9.5.2 SATCOM Ground Station Logs  of the Event - Introduction | 50-52 |
| |     1.9.5.3 SATCOM Ground Station Logs of the Event - Summary | 52-53 |
| |     1.9.5.4 SATCOM Ground Station Logs – Key Observations in Chronological Order | 54-56 |
| **SECTION 1.10** | **AERODROME INFORMATION** | **56** |
| | − Not applicable at this stage of the investigation | |
| **SECTION 1.11** | **FLIGHT RECORDERS** | **57-60** |
| | 1.11.1 Solid State Flight Data Recorder (SSFDR) | 57-58 |
| | 1.11.2 Solid State Cockpit Voice Recorder (SSCVR) | 58-59 |
| | 1.11.3 Underwater Locator Beacon | 59-60 |
| |     1.11.3.1 SSFDR ULB Battery Expiry | 60 |
| **SECTION 1.12** | **WRECKAGE AND IMPACT INFORMATION** | **61** |
| **SECTION 1.13** | **MEDICAL AND PATHOLOGICAL INFORMATION** | **61** |
| **SECTION 1.14** | **FIRE** | **61** |
| **SECTION 1.15** | **SURVIVABILITY** | **61** |
| | − Not applicable at this stage of the investigation | |
| **SECTION 1.16** | **TESTS AND RESEARCH** | **61** |
| | − Not applicable at this stage of the investigation | |
| **SECTION 1.17** | **ORGANISATIONAL & MANAGEMENT INFORMATION** | **61-87** |
| | 1.17.1 Department of Civil Aviation (DCA) Malaysia | 61-75 |
| |     1.17.1.1 Air Traffic Services (ATS) | 64-72 |
| |         1.17.1.1.1 Air Traffic Management ATM (Services) | 64-65 |
| |         1.17.1.1.2 Air Traffic Inspectorate (ATI) Division | 65-66 |
| |         1.17.1.1.3 Search and Rescue (SAR) | 66-72 |
| |     1.17.1.2 Airworthiness Sector | 72-74 |
| |     1.17.1.3 Flight Operations Sector | 74-75 |
| | 1.17.2 Malaysia Airlines (MAS) | 76-87 |
| |     1.17.2.1 The Organisation | 76-77 |
| |     1.17.2.2 Engineering and Maintenance | 77-79 |
| |     1.17.2.3 Operations | 79-87 |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

| No. | Title | Page/s |
|---|---|---|
| SECTION 1.17 | 1.17.2.3.1 Flight Operations | 79-83 |
| contd.... | 1.17.2.3.2 In-flight Services | 83-87 |
| SECTION 1.18 | **ADDITIONAL INFORMATION** | **87-109** |
| | 1.18.1  Provision of ATS & Areas of Responsibilities (AOR) | 87-102 |
| | 1.18.1.1 Sector 3 AOR | 88-89 |
| | 1.18.1.2 Sector 5 AOR | 89-91 |
| | 1.18.1.3 Air Traffic Control Operations from 1719 – 2232 UTC, 07 March 2014 [0119 – 0632 MYT, 08 March 2014] | 92-93 |
| | 1.18.1.4 KL ATCC Duty Shift System for Air Traffic Controllers | 93-97 |
| | 1.18.1.5 Operations & Events – Initiation of SAR & Deployment of Resources | 97-100 |
| | 1.18.1.6 Search and Rescue | 100-101 |
| | 1.18.1.7 Recorded Telephone Conversations | 102 |
| | 1.18.1.8 SAR Mission Coordinator | 102 |
| | 1.18.1.9 Watch Supervisor ATS and Sector (3 & 5) Logbook | 102 |
| | 1.18.2 Cargo | 102-109 |
| | 1.18.2.1 Lithium Ion Batteries | 103-107 |
| | 1.18.2.2 Mangosteen Fruits | 107-109 |
| Section 1.19 | **New Investigation Techniques** | **109** |
| | – Not applicable at this stage of the investigation | |

**APPENDICES**

| Appendix | Title | Page/s |
|---|---|---|
| 1.6A | Recent Technical Log Entries | 1-4 |
| 1.6B | Engine Health Monitoring - Decoded Health Monitoring - Decoded Data for Take-off and Climb Reports | 1-4 |
| 1.6C | 9M-MRO Radio Licence | 1 |
| 1.6D | B1 - ELT Activation Summary (Source ICAO) | 1-2 |
| 1.6E | Aircraft Systems Description | 1-28 |
| 1.9A | ACARS Traffic Log | 1-13 |
| 1.18A-G | **MH370 Radiotelephony Transcripts** | **-** |
| 1.18A | Air-Ground Communication - Airways Clearance Delivery | 1-9 |
| 1.18B | Air-Ground Communication - Lumpur Ground | 1-23 |
| 1.18C | Air-Ground Communication - Lumpur Tower | 1-14 |
| 1.18D | Air-Ground Communication - Approach Radar | 1-14 |
| 1.18E | Air-Ground Communication - Lumpur Radar | 1-29 |
| 1.18F | Air-Ground Communication - Lumpur Radar and Radar Direct Line | 1-125 |
| 1.18G | Direct Line Coordination Communication – KL ATCC Sectors 3 + 5 Planner | 1-164 |
| 1.18H | Cargo Manifest and Associated Documents | 1-18 |
| 1.18I | Lithium Battery Guidance Document | 1-3 |
| 1.18J | Airways Bill (from January to May 2014) | 1-7 |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................................

## OBJECTIVE OF INVESTIGATION

**The sole objective of the investigation is
the prevention of future accidents or incidents and
not for the purpose to apportion blame or liability.**

(Annex 13, Chapter 3, paragraph 3.1, page 3.1)

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.....................................................................................................................

# DISCLAIMER

The factual information provided herein is of an interim nature.
Readers are advised that new information may become available that
may alter this interim factual information prior to the publication of the Final Report.

This factual information contains facts which have been determined up to the time of
issue. This information is published to inform the aviation industry and the
public of the general circumstances of the accident of MH370 and
must necessarily be regarded as tentative and
subject to alteration or correction if
additional evidence becomes available.

Extracts can be published without specific permission
providing that the source is duly acknowledged.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...............................................................................................................

# a. GLOSSARY OF TERMS

When the following terms are used, they have the following meaning:

*Accident -* An occurrence associated with the operation of an air  craft which, in the case of a manned aircraft, takes place between the time any person boards the aircraft with the intention of flight until such time as all such persons have disembarked, or in the case of an unmanned aircraft, takes place between the time the aircraft is ready to move with the purpose of flight until such time as it comes to rest at the end of the flight and the primary propulsion system is shut down, in which:

a) a person is fatally or seriously injured as a result of:

- being in the aircraft, or
- direct contact with any part of the aircraft, including parts which have become detached from the aircraft, or
- direct exposure to jet blast,

*Except* when the injuries are from natural causes, self-inflicted or inflicted by other persons, or when the injuries are to stowaways hiding outside the areas normally available to the passengers and crew; or

b) the aircraft sustains damage or structural failure which:

- adversely affects the structural strength, performance or flight characteristics of the aircraft, and
- would normally require major repair or replacement of the affected component,

*except* for engine failure or damage, when the damage is limited to a single engine (including its cowlings or accessories), to propellers, wing tips, antennas, probes, vanes, tires, brakes, wheels, fairings, panels, landing gear doors, windscreens, the aircraft skin (such as small dents or puncture holes), or for minor damages to main rotor blades, tail rotor blades, landing gear, and those resulting from hail or bird strike (including holes in the radome); or

c) the aircraft is missing or is completely inaccessible.

*Note 1 - For statistical uniformity only, an injury resulting in death within thirty days of the date of the accident is classified, by ICAO, as a fatal injury.*

*Note 2 - An aircraft is considered to be missing when the official search has been terminated and the wreckage has not been located.*

*Note 3 - The type of unmanned aircraft system to be investigated is addressed in 5.1.*

*Note 4 - Guidance for the determination of aircraft damage can be found in Attachment F.*

*Accredited Representative -* A person designated by a State, on the basis of his or her qualifications, for the purpose of participating in an investigation conducted by another State. Where the State has been established an accident investigation authority, the designated accredited representative would normally be from that authority.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
……………………………………………………………………………………..

*Advisor -* A person appointed by a State, on the basis of his or her qualifications, for the purpose of assisting its accredited representative in an investigation.

*Aeronautical fixed telecommunication network (AFTN) -* A worldwide system of aeronautical fixed circuit provided, as part of the aeronautical fixed service, for the exchange of messages and/or digital data between aeronautical fixed stations having the same or compatible communications characteristics.

*Air-ground communication -* Two-way communication between aircraft and stations or locations on the surface of the earth.

*Aircraft -* Any machine that can give derive support in the atmosphere from the reactions of the air other than the reactions of the air against the earth's surface.

*Alert Phase -* A situation wherein apprehension exists as to the safety of an aircraft or marine vessel, and of the persons on board.

*Alerting Post -* Any facility intended to serve as an intermediary between a person reporting an emergency and a rescue co-ordination centre or rescue sub-centre.

*Blind transmission -* A transmission from one station to another station in circumstances where two-way communication cannot be established but where it is believed that the called station is able to receive the transmission.

*Cabin Crew Member -* A crew member who performs, in the interest of safety passengers, duties assigned by the operator or the pilot-in-command of the aircraft, but who shall not act as a flight crew member.

*Cargo -* Any property carried on an aircraft other than mail, stores and accompanied or mishandled baggage.

*Causes -* Actions, omissions, events, conditioning, or a combination of thereof, which led to the accident or incident. The identification of causes does not imply the assignment of fault or the determination of administrative, civil or criminal liability.

*Co-ordinated Universal Time (UTC) -* International term for time at the prime meridian.

*Conversion Training -* Training required when a pilot is posted to a different aircraft type or model

*Detresfa -* The code word used to designate a distress phase

*Distress Phase -* A situation wherein there is reasonable certainty than an aircraft and its occupants are threatened by grave and imminent danger or require immediate assistance.

*Emergency Phase -* A generic term meaning, as the case may be, uncertainty phase, or distress phase

*Filed Flight Plan -* The flight plan as filed with an ATS unit by the pilot or a designated representative, without any subsequent changes.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
…………………………………………………………………………………………..

***Flight plan -*** Specified information provided to the air traffic units, relative to an intended flight or portion of a flight of an aircraft.

***Flight Recorder -*** Any type of recorder installed in the aircraft for the purpose of complementing accident/incident investigation - *Annex 6, Parts I, II and III, for specifications relating to flight recorders.*

***Incident -*** An occurrence, other than an accident, associated with the operation of an aircraft which affects or could affect the safety operation - *The types of incidents which are of main interest to the International Civil Aviation Organization for accident prevention studies are listed in Attachment C of Annex 13.*

***Inmarsat -*** A system of geostationary satellites for world-wide mobile communications services, and which support the Global Maritime Distress and Safety System and other emergency communications systems.

***Investigation -*** A process conducted for the purpose of accident prevention which includes the gathering and analysis of information, the drawing of conclusions, including the determination of causes and/or contributing factors and, when appropriate, the making of safety recommendations.

***Investigator-in-Charge*** A person charged, on the basis of his or her qualifications, with the responsibility for the organization, conduct and control of an investigation - *Nothing in the above definition is intended to preclude the functions of an investigator-in-charge being assigned to a commission or other body.*

***NOTAM -*** A notice distributed by means of telecommunication containing information concerning the establishment, condition of change in any aeronautical facility, service, procedure or hazard, the timely knowledge of which is essential to personnel concerned with flight operations.

***Operator -*** A person, organization or enterprise engaged in or offering to engage in an aircraft operation.

***Pilot-in-command -*** The pilot responsible for the operation and the safety of the aircraft during flight time.

***Safety Recommendation -*** A proposal of an accident investigation authority based on information derived from an investigation, made with the intention or preventing accidents or incidents and which in no case has the purpose of creating a presumption of blame or liability for an accident or incident. In addition to safety recommendations arising from accident and incident investigations, safety recommendations may result from the diverse sources, including safety studies.

***State of Design -*** The State having jurisdiction over the organization responsible for the type design.

***State of Manufacture -*** The State having jurisdiction over the organization responsible for the final assembly of the aircraft.

***State of Occurrence -*** The State in the territory of which an accident or incident occurs.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.……………………………………………………………………………………..

***State of the Operator -*** The State in which the operator's principal place of business is located or, if there is no such place of business, the operator's permanent residence.

***State of Registry -*** The State on whose register the aircraft is entered. *In the case of the registration of aircraft of an international operating agency on other than a national basis, the States constituting the agency are jointly and severally bound to assume the obligations which, under the Chicago Convention, attach to a State of Registry. See, in this regard, the Council Resolution of 14 December 1967 on Nationality and Registration of Aircraft Operated by International Operating Agencies which can be found in Policy and Guidance Material on the Economic Regulation of International Air Transport (Doc 9587).*

***State Safety Programme (SSP) -*** An integrated set of regulations and activities aimed at improving safety.

***Knot (kt) -*** A unit of speed equal to one nautical mile per hour.

***Pilot-in-Command -*** The pilot responsible for the operation and the safety of the aircraft during flight time.

***Uncertainty Phase -*** A situation wherein doubt exists as to the safety of an aircraft or marine vessel, and of the persons on board.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.....................................................................................................................

## b. ABBREVIATIONS & CODES

**A**

| | |
|---|---|
| A/P | Autopilot |
| A/T | Autothrottle |
| AAIB | Air Accident Investigation Branch (United Kingdom) |
| AAIB | Air Accident Investigation Bureau (Singapore) |
| AC | Alternating Current |
| ACARS | Aircraft Communications Addressing and Reporting System |
| ACC | Area Control Centre |
| ACD | Airways Clearance Delivery |
| ACE | Actuator Control Electronic |
| ACIPS | Air foil Cowl Ice Protection System |
| ACMP | AC Motor Pump |
| ACMS | Aircraft Condition Monitoring System |
| ACP | Audio Control Panel |
| AD | Airworthiness Directive |
| ADF | Automatic Direction Finder |
| ADI | Attitude Director Indicator |
| ADIRS | Air Data Inertial Reference System |
| ADIRU | Air Data Inertial Reference Unit |
| ADP | Air Driven Pump |
| ADS-B | Automatic Dependent Surveillance-Broadcast |
| ADS-C | Automatic Dependent Surveillance-Contract |
| AES | Aircraft Earth Station |
| AFD | Assistant Flight Data |
| AFDS | Autoflight Director System |
| AFTN | Aeronautical Fixed Telecommunication Network |
| AIMS | Airplane Information Management System |
| AIP | Aeronautical Information Publication |
| AIS | Aeronautical Information Service |
| ALERFA | Alert Phase |
| ALR | Alerting |
| ALT | Altitude |
| AM | Amplitude Modification |
| AMU | Audio Management Unit |
| AN | Aircraft Number; Airworthiness Notice |
| AOA | Angle of Attack |
| AOC | Air Operator's Certificate |
| APP | Approach |
| APU | Auxiliary Power Unit |
| APUC | Auxiliary Power Unit Controller |
| ARINC | Aeronautical Incorporated |
| ASB | Amanah Saham Bumiputra (A Government-back Trust Fund) |
| ASN | Amanah Saham Nasional (A Government-back Trust Fund) |
| ASCPC | Air Supply Cabin Pressure Controller |
| ATC | Air Traffic Control |
| ATCC | Air Traffic Control Centre |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
......................................................................................................

| | |
|---|---|
| ATPL | Air Traffic Pilot Licence |
| ATS | Air Traffic Services |
| ATSB | Australian Transport Safety Bureau |
| ATSC | Air Traffic Services Centre |
| ATM | Air Traffic Management |
| ATSU | Air Traffic Service Unit |
| ATTN | Attenuator |
| AUTO | Automatic |
| AVBL | Available |
| AWL | Airworthiness Limitation |

**B**

| | |
|---|---|
| BEA | Bureau d'Enquêtes et d'Analyses pour la Sécurité de l'Aviation civile (France) |
| BEW | Basic Empty Weight |
| BFO | Burst Frequency Offset |
| BITE | Built In Test Equipment |
| BSCU | Brake System Control Unit |
| BSU | Beam Steering Unit |
| BTO | Burst Timing Offset |

**C**

| | |
|---|---|
| C | Degree Celsius (Centigrade) |
| C of A | Certificate of Airworthiness |
| C of G | Centre of Gravity |
| C of R | Certificate of Registration |
| CA | Collective Agreement |
| CAAC | Civil Aviation Administration China |
| CAAS | Civil Aviation Authority Singapore |
| CAM | Cockpit Area Microphone |
| CAT | Clear Air Turbulence |
| CCD | Cursor Control Device |
| CDU | Control Display Unit |
| CHIRPS | Confidential Human Factors Accident Incident Reporting System |
| CLB | Climb |
| Cm | Centimetre |
| CMCS | Central Maintenance Computing System |
| CMR | Certificate Maintenance Requirement |
| CMS | Central Maintenance System |
| COSPAS | Space System for Search of Vessels in Distress |
| CPDLC | Controller Pilot Data Link Communications |
| CPL | Commercial Pilot Licence |
| CPM | Core Processor Module |
| CPMU | Cabin Passenger Management Unit |
| CRM | Crew Resource Management |
| CRZ | Cruise |
| CTR | Control Zone |
| CTRL | Control |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................

| | |
|---|---|
| CTU | Cabin Telecommunications Unit |
| CVR | Cockpit Voice Recorder |
| CX | C Extended |
| CWP | Controller Working Position |

**D**

| | |
|---|---|
| dB | decibel |
| DC | Direct Current |
| DCA | Department of Civil Aviation |
| DCGF | Data Conversion Gateway Function |
| DCMF | Data Communication Management Function |
| DCMS | Data Communication Management System |
| Deg | Degree |
| DEOR | Daily Engineering Operations Report |
| DES | Descent |
| DETRESFA | Distress Phase |
| DFDAF | Digital Flight Data Acquisition Function |
| DFDAU | Digital Flight Data Acquisition Unit |
| DIP | Diplexer |
| DLNA | Diplexer Low Noise Amplifier |
| DME | Distance Measuring Equipment |
| DOW | Dry Operating Weight |

**E**

| | |
|---|---|
| ECL | Electronic Checklist |
| EDIU | Engine Data Interface Unit |
| EDP | Engine Driven Pump |
| EEC | Electronic Engine Control |
| EFIS | Electronic Flight Instrument System |
| EFS | Electronic Flight Strips |
| EHM | Engine Health Monitoring |
| EICAS | Engine Indicating and Crew Alerting System |
| ELMS | Electrical Load Management System |
| ELT | Emergency Locator Transmitter |
| EMS | Engineering Maintenance System |
| ENR | En-route |
| EPR | Engine Pressure Ratio |
| EST | Estimate |
| ETA | Estimated Time of Arrival |
| ETOPS | Extended Twin Engine Operations |
| EXT | External |

**F**

| | |
|---|---|
| FO | First Officer |
| FAA | Federal Aviation Administration |
| FAR | Federal Aviation Regulations |
| FDP | Flight Data Processing |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
....................................................................................................

| | |
|---|---|
| FDR | Flight Data Recorder |
| FPL | Filed Flight Plan (*message type designator*) |
| FIR | Flight Information Region |
| FL | Flight Level |
| FLCH | Flight Level Change |
| FMCF | Flight Management Control Function |
| FMCS | Flight Management Control System |
| FMS | Flight Management System |
| FO | Flight Officer |
| FPA | Flight Path Angle |
| FSCU | Flap Slat Control Unit |
| FSEU | Flap Slat Electronic Unit |
| FPS | Flight Progress Strip |
| FS | Flight Steward |
| FSS | Flight Stewardess |
| FT | Feet (*dimensional unit*) |

**<u>G</u>**

| | |
|---|---|
| G/S | Glide Slope |
| GA | Go Around |
| GADSS | Global Aeronautical Distress and Safety System |
| GCC | Golden Class Club |
| GEN | Generator |
| GES | Ground Earth Station |
| GHz | Giga Hertz |
| GPS | Global Positioning System |
| GPWS | Ground Proximity Warning System |
| GSP | Ground Service Provider |
| GWT | Gross Weight |

**H**

| | |
|---|---|
| hPa | Hectopascal |
| HDG | Heading |
| HF | High Frequency |
| HF/AMSS | High Frequency Aeronautical Mobile Service Station |
| HGA | High Gain Antenna |
| HLCS | High Lift Control System |
| HPA | High Power Amplifier |
| HR | Hours |
| HYDIM | Hydraulic Interface Module |
| Hz | Hertz |

**<u>I</u>**

| | |
|---|---|
| i.u. | index unit |
| IAMSAR | International Maritime Search and Rescue |
| IAS | Indicated Airspeed |
| IATA | International Air Transport Association |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..............................................................................................

| | |
|---|---|
| ICAO | International Civil Aviation Organisation |
| ID | Identification |
| IDG | Integrated Drive Generator |
| IFE | In-flight Entertainment |
| IFS | In-flight Supervisor |
| IGV | Inlet Guide Vane |
| ILS | Instrument Landing System |
| In. | Inches |
| INCERFA | Uncertainty Phase |
| IOM | Input/output Module |
| IOR | Indian Oceanic Region |
| IRP | Integrated Refuel Panel |
| ISLN | Isolation |

**K**

| | |
|---|---|
| KHz | Kilo Hertz |
| KLIA | KL International Airport |
| Kg | Kilogram |
| Kt | Knot |
| KVA | Kilo Volt Ampere |

**L**

| | |
|---|---|
| LAME | Licenced Aircraft Maintenance Engineer |
| LAT | Latitude |
| lb. | Pound |
| LDW | Landing Weight |
| LGA | Low Gain Antenna |
| LH | Left Hand |
| LLAR | Lower Lobe Attendant Rest |
| LNA | Low Noise Amplifier |
| LNAV | Lateral Navigation |
| LOA | Letters of Agreement |
| LOC | Localiser |
| LONG | Longitude |
| LOPA | Lay Out of Passenger Accommodation |
| LRU | Line Replaceable Unit |
| LS | Leading Steward |

**M**

| | |
|---|---|
| M | Metre |
| MAC | Mean Aerodynamic Chord |
| MARA | Majlis Amanah Rakyat (An agency of the Government) |
| MAS | Malaysia Airlines |
| MATS | Manual of Air Traffic Services |
| MET | Meteorological or meteorology |
| MCC | Maintenance Control Centre |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................

| | |
|---|---|
| MCDU | Multi-purpose Control Display Unit |
| MCP | Mode Control Panel |
| MEC | Main Equipment Centre |
| MEL | Minimum Equipment List |
| MFD | Multi-Function Display |
| MGSCU | Main Gear Steering Control Unit |
| MHz | Megahertz |
| Min | Minute |
| MOR | Mandatory Occurrence Report |
| MPD | Maintenance Planning Document |
| MR1 | Maintenance Report 1 |
| MR2 | Maintenance Report 2 |
| MRB | Maintenance Review Board |
| ms | meter second |
| MTSAT | Multifunctional Transport Satellites of Japan Meteorological Agency (JMA) |
| MU | Management Unit |
| MYT | Malaysian Time |

**N**

| | |
|---|---|
| ND | Navigation Display |
| NDB | Non-directional Beacon |
| NM | Nautical Mile |
| NOTAM | Notices to Airmen |
| NOTOC | Notice to Crew |
| NTC | Notes to Crew |
| NTSB | National Transportation Safety Board |
| NTSC | National Transportation Safety Committee (Indonesia) |

**O**

| | |
|---|---|
| OCC | Operations Control Centre |
| OCXO | Oven Controlled Crystal Oscillator |
| OPR | Operator |
| OPS | Operations |
| OOOI | Out, Off, On, In |

**P**

| | |
|---|---|
| P/N | Part Number |
| PASS | Passenger(s) |
| PDS | Primary Display System |
| PDU | Power Drive Unit |
| PFCS | Primary Flight Control System |
| PFD | Primary Flight Display |
| PIC | Pilot in Command |
| PLN | Flight Plan |
| PMG | Permanent Magnet Generator |
| POB | Person on Board |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..........................................................................................................

| | |
|---|---|
| POR | Pacific Oceanic Region |
| PSA | Power Supply Assembly |
| PSEU | Proximity Switch Electronic Unit |
| psi | pounds per square inch |
| PSR | Primary Surveillance Radar |
| PSU | Passenger Service Unit |
| PTT | Push to Talk |
| PWR | Power |
| PWS | Predictive Windshear |

**Q**
| | |
|---|---|
| Q & A | Questions and Answers |
| QAE | Quality Assurance Engineer |

**R**
| | |
|---|---|
| RAT | Ram Air Turbine |
| REF | Reference |
| RF | Radio Frequency |
| RFS | Radio Frequency Splitter |
| RFU | Radio Frequency U nit |
| RH | Right Hand |
| rms | Root Mean Square |
| RTP | Radio Tuning Panel |
| RVSM | Reduced Vertical Separation Margin |
| RQS | Request Supplementary Flight Plan |
| RADAR | Radio Detection and Range |
| RCC | Rescue Coordination Centre |
| RDP | Radar Data Processor |
| RSC | Rescue Sub-Centre |
| RNAV | Area Navigation |
| RWY | Runway |

**S**
| | |
|---|---|
| SAP | Safety Awareness Programme |
| SAR | Search and Rescue |
| SATCOM | Satellite Communications |
| SC | Search and Rescue Coordinator |
| SEA 1 | South East Asia 1 |
| SEA 2 | South East Asia 2 |
| SELCAL | Selective Calling System |
| SIGMET | Significant meteorological information |
| SIGWX | Significant weather chart |
| SMC | Search and Rescue Mission Coordinator |
| SOI | Supplementary Operations Instructions |
| SRR | Search and Rescue Region |
| SSR | Secondary Surveillance Radar |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
....................................................................................................

**T**

| | |
|---|---|
| T | Tonne |
| TAT | Total Air Temperature |
| TCAS | Traffic Collision Avoidance System |
| THDG | True Heading |
| TMA | Terminal Control Area |
| TH | True Heading |
| THR | Thrust |
| TMCF | Thrust Management Control Function |
| TO | Take-off |
| TRE | Type Rating Examiner |
| TRI | Type Rating Instructor |
| TRK | Track |
| TRTO | Type Rating Training Organization |
| TRU | Transformer Rectifier Unit |
| TSO | Technical Standard Order |
| UHF | Ultra High Frequency |
| ULB | Underwater Locating Beacon |
| USB | Upper Side Band |
| UTC | Universal Time Coordinated |

**V**

| | |
|---|---|
| V | Volt |
| V/S | Vertical Speed |
| VAAC | Very High Frequency |
| VNAV | Vertical Navigation |
| VOR | Very High Frequency Omni Directional Range |

**W**

| | |
|---|---|
| W | Watt |
| WHCU | Window Heat Control Unit |
| WINDIR | Wind Direction |
| WINDSP | Wind Speed |
| WMKC | ICAO 4-letter location indicator for Kota Bharu Airport (used in AFTN messages) |
| WMKK | ICAO 4-letter location indicator for Kuala Lumpur International Airport |
| WMKN | ICAO 4-letter location indicator for Kuala Terengganu Airport |
| WMKP | ICAO 4-letter location indicator for Penang International Airport |
| WWW | Worldwide web |
| WXR/WX | Weather |

**Z**

| | |
|---|---|
| ZBAA | ICAO 4-letter location indicator n for Peking-Capital International Airport |
| ZFW | Zero Fuel Weight |
| Z | Coordinated Universal Time (*in meteorological messages*) |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................

## SECTION 1.1 - HISTORY OF THE FLIGHT

### 1.1.1 Flight between 1642 to 1719:30 UTC [0042 to 0119:30]

On 07 March 2014 at 1642 UTC[1] [0042 MYT, 08 March 2014], a Malaysia Airlines (MAS) Flight MH370, a Beijing-bound international scheduled passenger flight, departed from Runway 32R, KL International Airport [KLIA] with a total of 239 persons on board (227 passengers and 12 crew). The aircraft was a Boeing 777-200ER, registered as 9M-MRO.

The Captain had signed in for duty at 1450 UTC, 07 March 2014 [2250 MYT, 07 March 2014] followed by the First Officer who signed in 25 minutes later. The MAS Operations Despatch Centre (ODC) released the flight at around 1515 UTC [2315 MYT].

The Captain, an authorised examiner for the Department of Civil Aviation (DCA), Malaysia, was conducting line training for the First Officer, who was transitioning to the Boeing 777 (B777) aircraft type from the Airbus A330.

The Captain ordered 49,100 kilograms (kg) of fuel for the flight that gave an endurance of 07 hours and 31 minutes including reserves. The planned flight duration was 05 hours and 34 minutes.

The recorded radio transmissions between Air Traffic Controllers (ATC) at Kuala Lumpur Air Traffic Control Centre (KL ATCC) and the flight crew showed that an airways clearance request to Lumpur Airways Clearance Delivery was made at 1625:52 UTC [0025:52 MYT] and pushback and start clearance at 1627:37 UTC [0027:37 MYT] to Lumpur Ground.

Lumpur Tower cleared MH370 for take-off at 1640:37 UTC [0040:37 MYT]. At 1642:53 UTC [0042:53 MYT] Lumpur Departure cleared MH370 to climb to Flight Level (FL) 180 (the aviation term for 18,000 feet [ft.]) and to cancel the Standard Instrument Departure (SID) clearance by tracking direct to waypoint IGARI.

At 1643:31 UTC [0043:31 MYT] KL ATCC Sector 3 Planner coordinated with Ho Chi Minh (Vietnam) Air Traffic Control Centre (HCM ATCC) on the direct land line, the flight's Estimate Time of Arrival (ETA) of MH370 for waypoint IGARI as 1722 UTC [0122 MYT] and the assigned transponder code A2157.

There was no record of transmission that a revision of ETA was passed by KL ATCC to HCM ATCC when MH370 was cleared direct to waypoint IGARI. However, based on the reconstruction of the flight profile conducted on the B777 simulator, the flight would be at waypoint IGARI one minute earlier than the original ETA of 1722 UTC [0122 MYT].

It was later established that normal automated Aircraft Communication Addressing and Reporting System (ACARS) transmissions (*refer to Section 1.9.4 - ACARS*) were made through the aircraft's satellite communication system up to 1707:29 UTC [0107:29 MYT] when the last ACARS communication occurred.

---

[1] Unless specified, all times in this report are in Universal Coordinated Time (UTC). Malaysian Time (MYT) is UTC +8 hours.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

MH370 was transferred to Lumpur Radar at 1646:39 UTC [0046:39 MYT].

At 1646:58 UTC [0046:58 MYT] MH370 was cleared to climb to FL250 and subsequently to FL350 at 1650:08 UTC [0050:08 MYT]. MH370 reported maintaining FL350 at 1701:17 UTC [0101:17MYT] and reported maintaining FL350 again at 1707:56 UTC [0107:56 MYT].

At 1719:26 UTC [0119:26 MYT], MH370 was instructed to contact HCM ATCC on the radio frequency of 120.9 MHz.

At 1719:30 UTC [0119:30 MYT], MH370 acknowledged with "*Good night Malaysia Three Seven Zero*".  This was the last recorded radio transmission from MH370".

Radar recording showed that MH370 passed through waypoint IGARI at 1720:31 UTC [0120:31 MYT].

The Mode S symbol of MH370 dropped off from radar display at 1720:36 UTC [0120:36 MYT], and the last secondary radar position symbol of MH370 was recorded at 1721:13 UTC [0121:13 MYT].

The disappearance of the radar position symbol of MH370 was captured by the KL ATCC radar at time 1721:13 UTC [0121:13 MYT]. Military radar and radar sources from two other countries, namely Vietnam and Thailand, also captured the disappearance of the radar position symbol of MH370 at about the same time.
*(Refer to Figure 1.1A - Chronological Sequence of Events of Disappearance of MH370)*


**1.1.2 Activities by Ground Air Traffic Controllers Thereafter**

At 1739:06 UTC [0139:06 MYT] HCM ATCC queried KL ATCC on the whereabouts of MH370.

Thereafter KL ATCC initiated efforts involving MAS Operations Centre, Hong Kong ATC (China) and Phnom Penh (Cambodia) ATC in an attempt to establish the location of MH370. No contact had been established by any of the ATC units.

The Kuala Lumpur Rescue Coordination Centre (KL RCC) was activated at 2232 UTC [0632 MYT].


**1.1.3 Diversion from Filed Flight Plan Route - 1721:13 to 1822:12 UTC [0121:13 to 0222:12 MYT]**

*(Figure 1.1B shows the diversion from the filed flight plan route in pictorial form [not to scale])*


**a) Malaysia Military Radar**

The Military data provided more extensive details of what was termed as "Air Turn Back".

**FACTUAL INFORMATION**        **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

At 1721:13 UTC [0121:13 MYT] the Military radar showed the radar return of MH370 turning right but almost immediately making a constant left turn to a South Westerly direction.

At 1730:35 UTC [0130:35 MYT] to 1735UTC [0135 MYT] the radar return was on heading 231 magnetic (M), ground speed of 496 knots (kt.) and registered height of 35,700 ft.

At 1736 UTC [0136 MYT to 1736:40 UTC [0136:40 MYT] heading was 237M, ground speed fluctuation between 494 and 525 kt. and height fluctuation between 31,100 and 33,000 ft.

At 1739:59 UTC [0139:59 MYT] heading was 244M, ground speed 529 kt. and height at 32,800 ft.

At 1752:35 UTC [0152:35 MYT] radar return was observed to be slightly south of Penang Island.

It was noted by the Investigation Team that the position and heading of the radar return from both Civilian and Military Radar, suggested that it was from the same target.

After the last radar return disappeared from KL ATCC Primary Radar at 1752:35 UTC [0152:35 MYT], the Military Radar continued to track this radar return as it headed towards Pulau Perak, a small island over the Straits of Malacca. The time registered over Pulau Perak was 1802:59 UTC [0202:59].

The tracking by the Military continued as the radar return was observed to be heading towards waypoint MEKAR, a waypoint on Airways N571 when it disappeared abruptly at 1822:12 UTC [0222:12 MYT],10 nautical miles (Nm) after waypoint MEKAR.

## b) DCA Civilian Radar Data from Kota Bharu

The aircraft diversion from the filed flight plan route was recorded on the DCA radar playback.
(*Figure 1.1B shows the diversion from Filed Flight Route in pictorial form [not to scale] and Figure 1.1D shows the Filed Flight Plan message*)

From 1730:37 UTC [0130:37 MYT] to 1744:52 UTC [0144:52 MYT] a primary aircraft target was captured by the Terminal Primary Approach Radar located to the south of Kota Bharu Airport runway.

- The appearance of an aircraft target on the KL ATCC radar display, coded as P3362, was  recorded at 1730:37 UTC [0130:37 MYT] but disappeared from the radar display at 1737:22 UTC [0137:22 MYT].

- At 1738:56 UTC [0138:56 MYT] an aircraft target, coded as P3401, appeared on the KL ATCC radar display and disappeared at 1744:52 UTC [0144:52 MYT].

- At 1747:02 UTC [0147:02 MYT] an aircraft target, coded as P3415, appeared on the KL ATCC radar display but disappeared at 1748:39 UTC [0148:39 MYT].

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

- At 1751:45 UTC [0151:45 MYT] an aircraft target, coded as P3426,appeared on the KL ATCC radar display but disappeared at 1752:35 UTC [0152:35 MYT].

The primary aircraft targets above have been confirmed by DCA and its maintenance contractor, Advanced Air Traffic Systems (M) Sdn. Bhd. (AAT), that it was Kota Bharu Primary Radar Station which captured them.
*(Figure 1.1E shows primary radar targets (plots) from Kota Bharu Primary Radar Station, plotted by AAT using Eva & Plotter 01.01-27 [after diversion])*
*(Figure 1.1F - primary radar targets (track), plotted by AAT using Eva & Plotter 01.01-27 [from take-off]).*

All the primary aircraft targets that were recorded by the DCA radar are consistent with those of the military data that were made available to the Investigation Team.

References: Aeronautical Information Publication [AIP] Malaysia ENR 1.6 dated 05 JUN 2008, AIP AMDT 2/2008 on the Provision of Radar Services and Procedures, which states in paragraph 1.1.4 that "*In the Kuala Lumpur and Kota Kinabalu FIRs, radar services are provided using the following civil/military ATC Radars:…g) A 60 NM Terminal Primary Approach Radar co-mounted with 200 NM monopause SSR[2] located to the south of Kota Bharu-Sultan Petra.*"
(*Figure 1.1C shows the Radar Coverage Chart of Kuala Lumpur and Kota Kinabalu FIRs*)
                    Source: Malaysian AIP ENR 1.6-11 dated 25 AUG 2011 AIP AMDT 3/2011.

### c) Ho Chi Minh Radar and Automatic Dependent Surveillance - Broadcast (ADS-B)

The tracking of MH370 was captured by HCM ATCC SSR and ADS-B (located at Conson Island/range 270 Nm) at 1711.59 UTC [0111:59 MYT] as it was heading for waypoint IGARI.

At 1720:33 UTC [0120:33 MYT] MH370 SSR and ADS-B radar position symbols disappeared from the radar display.

### d) Medan Indonesia Radar

The Medan ATC Radar has a range of 240 Nm, but for unknown reasons, did not pick up any radar return bearing SSR transponder code A2157 of MH370. The Military however admitted that they picked up MH370 earlier as it was heading towards waypoint IGARI. No other information was made available.

### e) Thailand Radar

The radar position symbol with SSR transponder code A2157 was detected on Aeronautical Radio of Thailand Limited (AEROTHAI) radar display at 1711 UTC [0111 MYT] as the aircraft was tracking for waypoint IGARI. Thailand DCA is a government agency whereas AEROTHAI is a state enterprise under the Ministry of Transport and Communications. AEROTHAI is the air navigation service provider responsible for the provision of Air Traffic Services within Bangkok Flight Information Region (FIR).

---

[2] SSR – Secondary Surveillance Radar – A surveillance radar system which uses transmitters/receivers system (interrogators) and transponders.

As the flight plan of MH370 did not fall under Thailand's FIR Bangkok ATCC did not pay much attention to this flight.

On playback of the radar recording it was noted that the radar position symbol of A2157 disappeared at 1721:13UTC [0121:13 MYT].

## 1.1.4 Search for Aircraft

Extensive work done by the MH370 Search Strategic group, coordinated by Australian Transport Safety Bureau (ATSB), by analysing signals transmitted by the aircraft's satellite communications terminal to Inmarsat's Indian Ocean Region satellite indicated that the aircraft continued to fly for several hours after loss of contact. The analysis showed the aircraft changed course shortly after it passed the northern tip of Sumatra (Indonesia) and travelled in a southerly direction until it ran out of fuel in the southern Indian Ocean west of Australia. Details of this work can be found in ATSB's report: AE-2014-054 dated 26 June 2014, available at ATSB's website: http://www.atsb.gov.au

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**FACTUAL INFORMATION**

**SAFETY INVESTIGATION FOR MH370 (9M-MRO)**



| Keys | |
|---|---|
| | No SSR radar symbol on the Flight Plan Route |
| | SSR Transponder was not serviceable |
| 9 | 3.2Nm after passing IGARI at 1721:13 UTC [0121:13 MYT]. The radar position of MH370 dropped off |
| 8 | MH370 Mode S symbol dropped off at 1720:36 UTC [0120:36 MYT] |
| 7 | MH370 over waypoint IGARI at 1720:31 UTC [0120:31 MYT] |
| 6 | 'KL ATCC transferred MH370 to HCM ATCC at 1719:26 UTC [0119:26 MYT], 8.6 Nm to waypoint IGARI. MH370 acknowledged KL ATCC instruction to contact HCM ATCC with 'GOOD NIGHT MALAYSIAN THREE SEVEN ZERO' at 1719:30 UTC [0119:30 MYT] |
| | MH370 reported again maintaining FL350 at 1707:56 UTC [0107:56 MYT] |
| 5 | MH370 maintaining FL350 at 1701:17 UTC [0101:17 MYT] |
| 4 | MH370 climbing to FL350 at 1650:11 UTC [0050:11 MYT] |
| 3 | MH370 climbing to FL250 at 1647:03 UTC [0047:03 MYT] |
| 2 | MH370 climbing to FL180 at 1643:01 UTC [0043:01 MYT] |
| 1 | Lumpur Tower cleared take-off at 1640:37 UTC [0040:37 MYT] and MH370 departed at 1642 UTC [0042 MYT] |

*Figure 1.1A - Chronological Sequence of Events of Disappearance of MH370*

6

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

# SAFETY INVESTIGATION FOR MH370 (9M-MRO)

## FACTUAL INFORMATION



Figure 1.1B – Diversion from Filed Flight Plan Route (not to scale)

**KEYS**

| # | |
|---|---|
| 1 | P3362 : Appeared at 1730:37 UTC [0130:37 MYT] |
| 2 | P3362 : Coasted at 1737:12 UTC [0137:12 MYT] Dropped at 1737:22 UTC [0137:22 MYT] |
| 3 | P3401: Appeared at 1738:56 UTC [0138:56 MYT] |
| 4 | P3401 : Coasted at 1744:42 UTC [0144:42 MYT] Dropped at 1744:52 UTC [0144:52 MYT] |
| | SOURCE OF INFORMATION: FROM THE MILITARY |
| 5 | P3415 : Appeared at 1747:02 UTC [0147:02 MYT] |
| 6 | P3415 : Coasted at 1748:29 UTC [0148:29 MYT] Dropped at 1748:39 UTC [0148:39 MYT] |
| 7 | P3426 : Appeared at 1751:45 UTC [0151:45 MYT] |
| 8 | P3426 : Coasted at 1752:25 UTC [0152:25 MYT] Dropped at 1752:35 UTC [0152:35 MYT] P3426 last seen on radar display approximately 6Nm South of Penang |
| 9 | The primary target (military radar) appeared to track west-northwest direction joining RNAV Route N571 at waypoint VAMPI then to 10Nm north MEKAR |
| 10 | The primary target ended at 10Nm after MEKAR at 1822:12 UTC [0222:12 MYT] |

FACTUAL INFORMATION

SAFETY INVESTIGATION FOR MH370 (9M-MRO)

AIP MALAYSIA

ENR 1.6 - 11



Figure 1.1C – Radar Coverage Chart of Kuala Lumpur and Kota Kinabalu FIRs
(Ref: Malaysian AIP ENR 1.6-11 dated 25 Aug 2011 AIP AMDT 3/2011)

8

Case 1:16-mc-01184-KBJ   Document 37-4   Filed 10/01/16   Page 29 of 587

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

```
KLA297 070444
FF WMKKZQZX WMKKZRZX
070441 WMKKYOYX
(FPL-MAS370-IS
-B772/H-SDFGHIJ3J5M1RWXY/LB1D1
-WMKK1635
-N0470F290 DCT PIBOS R208 IKUKO/M081F330 R208 IGARI M765
 BITOD/N0480F330 L637 TSN/N0480F350 W1 BMT W12 PCA G221
 BUNTA/N0480F370 A1 IKELA/N0480F370 P901 IDOSI/N0480F390 DCT CH
 DCT BEKOL/K0900S1160 A461 YIN/K0890S1130 A461 VYK
-ZBAA0534 ZBTJ ZBSJ
-PBN/A1B1C1D1L1O1S2 DOF/140307 REG/9MMRO EET/WSJC0032 VVTS0042

ZJSA0210 VHHK0233 ZGZU0304 ZHWH0356 ZPE0450 SEL/QRC RMK/ACASII
EQUIPPED)
```



*Figure 1.1D – Filed Flight Plan Message*

SAFETY INVESTIGATION FOR MH370 (9M-MRO)

FACTUAL INFORMATION

10



*Figure 1.1E – Primary Radar Targets (plots) from Kota Bharu Radar Station,
plotted by AAT using EVA & Plotter 01.01-27 (After Diversion)*

SAFETY INVESTIGATION FOR MH370 (9M-MRO)

FACTUAL INFORMATION



*Figure 1.1F - Primary Radar Targets (track),*
*plotted by AAT using EVA & Plotter 01.01-27 (From Take-off)*

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

## SECTION 1.2 - INJURIES TO PERSONS

While injuries to persons on board the flight could not be established as no survivors or bodies were found to date, the fact remains that there are 239 persons still missing. The passenger manifest has already been released on the Ministry of Transport (MOT) Malaysia's website as follows:

*http://www.mot.gov.my/my/Newsroom/ReportMH370/MH370%20-%20Passenger%20Manifest.pdf*

## SECTION 1.3 - DAMAGE TO AIRCRAFT

Aircraft damage could not be established as no parts of the aircraft were found to date.

## SECTION 1.4 - OTHER DAMAGES

There was no reported ground impact or damage to any ground facilities or properties.

## SECTION 1.5 - PERSONNEL INFORMATION

This investigation emphasised on the Captain, First Officer and the 10 cabin crew but did not include the passengers on board Flight MH370. Factual information of the crew were gathered from the following sources:

- Personal records/files of the Captain, First Officer and the Cabin Crew from MAS. These documents included the log book, certificates, licences, medical records and any disciplinary/administrative actions;

- Investigation details from the Polis Di Raja Malaysia (PDRM) - Royal Malaysian Police. These were statements obtained from the next of kin and relatives, doctors/care givers, co-workers, friends and acquaintances; financial records of the flight crew, CCTV recordings at KLIA and analysis of the radio transmission made between MH370 and ground air traffic control;

- Medical records from private health care facility and from MAS Medical Centre; and

- Interviews with MAS staff and several of the next of kin of the crew.

The facts obtained were in relation to the demographic and employment history, financial background and insurance cover, significant past medical and medication history, psychological, social and behavioural pattern of the crew.

### 1.5.1 MAS Training & Checks Record

As professional pilots, the 2 flight crew are subjected to periodic checks when flying on the type of aircraft at least on a bi-annual basis to revalidate the currency of their licence. These checks are conducted in approved flight simulators and in addition, further performance checks are conducted on route flying duties on normal commercial flight on a yearly basis.

**FACTUAL INFORMATION**          **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
......................................................................................................

### 1.5.2 Pilot in Command (PIC)

The Captain was born in the Island of Penang. He completed his Malaysian Certificate of Education (MCE) - the equivalent of the United Kingdom Ordinary (UK 'O') Level - at the Penang Free School, where he sat for his MCE Examination in 1978. In 1981 he was accepted as Cadet Pilot with MAS under the sponsorship of Majlis Amanah Rakyat (MARA), a Government agency. He was sent to Manila in the Philippines to be provided ab-initio pilot training and graduated 2 years later with a Commercial Pilot Licence & Instrument Rating (CPL & IR). He joined MAS as a Second Officer in 1983 and was posted on the F27 where he obtained his initial airline flying experience. He was then posted to the B737-400 in 1985 and stayed on as First Officer until October 1991. By the end of 1991 he was promoted to Captain on the B737-400 and he stayed on the B737-400 until December 1996. At this point he gained promotion to the A330-300 and stayed on the fleet until September 1998 when he was then promoted to the B777-200 fleet as a Captain until the day of the event. By virtue of his good track record and seniority he was made a Type Rating Instructor (TRI) and Type Rating Examiner (TRE) on this present fleet effective November 2007.

The Captain's flying record for the last 72 hours and preceding 28 days cycle were well within the Company's specified limits. His last flight as an operating Captain was to Denpasar, Bali in the Republic of Indonesia on 03 March 2014.  This was a daily return flight with a flight time of approximately 3 hours per sector. During this flight on the day of the event, he was conducting training for the First Officer who was operationally checked out.

All his required licences and certificates were valid when he was operating this flight to Beijing.

### Personal Profile of PIC

| | |
|---|---|
| Sex | Male |
| Age | 53 years |
| Marital Status | Married with 3 children |
| Date of joining MAS | 15 June 1981 |
| Licence country of issues | Malaysia |
| Licence type | Air Transport Pilot Licence (ATPL) |
| Licence number | A751 |
| Validity Period of Licence | 14 May 2014 |
| Ratings | Boeing B777 |
| Medical Certificate | First Class - 30 June 2014 |
| Aeronautical experience | 18423:40 hours |
| Experience on type | 8659:40 hours |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 1:59:00 hours |
| Last 7 days | 20:39:00 hours |
| Last 28 days | 91:04:00 hours |
| Last 90 days | 303:09:00 hours |
| Last line check | 8 April 2013 |
| Instrument rating check | 15 November 2013 |
| Last proficiency | 15 November 2013 |
| Last promotion | B777 Captain (22 September 1998) |

**FACTUAL INFORMATION         SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................

### 1.5.3 First Officer (FO)

The First Officer was born in the State of Kelantan and had his basic primary education in Segamat, Johor. He completed his secondary Education in Maktab Rendah Sains MARA (MRSM) or MARA Junior Science College in Taiping, Perak, where he left with the Sijil Pelajaran Malaysia (SPM), which is equivalent to the UK 'O' Level, in 2004. He was accepted as MAS Cadet Pilot and completed his flying training at the Langkawi Aerospace Training Centre, Langkawi in 2008.

His first fleet posting was on the B737-400 where he was made a Second Officer until May 2010 on completion of his Type Rating training. He was promoted to First Officer in May 2010 and was on the fleet until August 2012. He left the fleet for promotion to the A330-300 where he was First Officer until November 2013.

In November 2013 he was promoted to the B777-200.  On the day of the flight, he was operating his last training flight before he was scheduled to be checked out on his next scheduled flight.  His flying record for the last 72 hours and preceding 28 days cycle were well within the Company's specified limits.  His last flight was as an Operational First Officer under Line Training, was to Frankfurt, Germany, on 01 March 2014 and departed back to Malaysia on 02 March 2014.  All his required licences and certificates were valid when he was operating this flight to Beijing.

### Personal Profile of FO

| | |
|---|---|
| Sex | Male |
| Age | 27 years |
| Marital Status | Single |
| Date of joining MAS | 23 July 2007 |
| Licence type | Air Transport Pilot Licence (ATPL) |
| Licence number | A3550 |
| Validity Period of Licence | 26 July 2014 |
| Ratings | Boeing B777 |
| Medical Certificate | First Class – Expired 31 October 2014 |
| Aeronautical experience | 2813:42 hours |
| Experience on type | 39:11hours |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 0:00:00 hours |
| Last 7 days | 28:47:00 hours |
| Last 28 days | 51:17:00 hours |
| Last 90 days | 158:46:00 hours |
| Last line check * | 22 July 2013 (A330) |
| Instrument rating check * | 04 December 2012 (A330) |
| Last proficiency | 26 January 2014 |
| Last promotion | B777 FO (04 November 2013) |

* No record on B777

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### 1.5.4 Cabin Crew and Personal Profiles

The crews' flying experience spreads from 13 years for the most junior member to 35 years for the most senior member. A review of their records in MAS reveals that all certificates', which includes Safety Emergency Procedures (SEP) training, Crew Resource Management (CRM), Safety Awareness Programme (SAP), are valid as per the requirement stated in the company's document. CRM & SAP incorporate Human Factors as part of the training modules. The flying records which were monitored by the Scheduling Office indicated that all the cabin crew were well-rested before operating the flight.

### a) Inflight Supervisor (IFS)

| | |
|---|---|
| Sex | Male |
| Age | 55 years |
| Marital status | Married with 4 children |
| Date of Joining MAS | 19 November 1979 |
| Aircraft Ratings | A330/B777/B747 |
| Crew Performance Appraisal | Rating: 4 |
| Validity period of licence | 28 April 2014 |
| Aeronautical experience | 35 years |
| Medical History | 43 days medical leave including 6 days hospitalisation in 2013 |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 8:00:00 hours |
| Last 7 days | 19:44:00 hours |
| Last 28days | 82:43:00 hours |
| Last 90 days | 305:06:00 hours |
| Last promotion | IFS (27 March 2000) |

### b) Chief Steward (CS)

| | |
|---|---|
| Sex | Male |
| Age | 49 years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 13 November 1989 |
| Aircraft Ratings | A330/B777/A380 |
| Crew Performance Appraisal | Rating 4 |
| Validity period of licence | 26 June 2014 |
| Aeronautical experience | 25 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 0:00:00 hours |
| Last 7 days | 30:56:00 hours |
| Last 28 days | 124:35:00 hours |
| Last 90 days | 408:32:00 hours |
| Last promotion | CS (06 March 2000) |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...........................................................................................................................

### c) Chief  Stewardess (CSS)

| | |
|---|---|
| Sex | Female |
| Age | 49 years |
| Marital status | Married with a child |
| Date of Joining MAS | 02 January 1990 |
| Aircraft Ratings | A330/B777/A380 |
| Crew Performance Appraisal | Rating 5 |
| Validity period of licence | 23 October 2014 |
| Aeronautical experience | 24 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 0:00:00 hours |
| Last 7 days | 30:55:00 hours |
| Last 28 days | 118:02:00 hours |
| Last 90 days | 355:23:00 hours |
| Last promotion | CSS (22 October 2003) |

### d) Leading Steward (LS)

| | |
|---|---|
| Sex | Male |
| Age | 42 years |
| Marital status | Married with 4 children |
| Date of Joining MAS | 05 October 1995 |
| Aircraft Ratings | B737/B777/A380 |
| Crew Performance Appraisal | Rating 4 |
| Validity period of licence | 22 August 2014 |
| Aeronautical experience | 19 years |
| Last 24 hours | 00:00:00 hours |
| Last 72 hours | 10:47:00 hours |
| Last 7 days | 38:38:00 hours |
| Last 28 days | 106:10:00 hours |
| Last 90 days | 365:51:00 hours |
| Last promotion | LS (28 May 2005) |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...............................................................................................................

### e) Leading Stewardess (LSS)

| | |
|---|---|
| Sex | Female |
| Age | 42 Years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 18 August 1992 |
| Aircraft Ratings | B737/B777/A380 |
| Crew Performance Appraisal | Rating 5 |
| Validity period of licence | 01 November2014 |
| Aeronautical experience | 22 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 11:36:00 hours |
| Last 7 days | 41:27:00 hours |
| Last 28 days | 140:11:00 hours |
| Last 90 days | 443:23:00 hours |
| Last promotion | LSS (09 May 2004) |

### f) Flight Stewardess (FSS) 1

| | |
|---|---|
| Sex | Female |
| Age | 42 years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 18 January 1992 |
| Aircraft Ratings | A330/B777/A380 |
| Crew Performance Appraisal | Rating 4 |
| Validity period of licence | 27 June 2014 |
| Aeronautical experience | 22 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 9:39:00 hours |
| Last 7 days | 34:22:00 hours |
| Last 28 days | 93:50:00 hours |
| Last 90 days | 327:18:00 hours |
| Last promotion | FSS Wide-body aircraft (18 January 1993) |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.......................................................................................................................

### g) Flight Stewardess (FSS) 2

| | |
|---|---|
| Sex | Female |
| Age | 39 years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 16 April 1996 |
| Aircraft Ratings | A330/B777/A380 |
| Crew Performance Appraisal | Rating 4 |
| Validity period of licence | 11 May 2014 |
| Aeronautical experience | 18 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 0:00:00 hours |
| Last 7 days | 16:12:00 hours |
| Last 28 days | 112:11:00 hours |
| Last 90 days | 323:55:00 hours |
| Last promotion | FSS Wide-body aircraft (01 October 2001) |

### h) Flight Steward (FS) 1

| | |
|---|---|
| Sex | Male |
| Age | 46 years |
| Marital status | Married with 3 children |
| Date of Joining MAS | 16 April 1996 |
| Aircraft Ratings | B737/B777/A380 |
| Crew Performance Appraisal | Rating 5 |
| Validity period of licence | 24 October 2014 |
| Aeronautical experience | 18 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 11:02:00 hours |
| Last 7 days | 30:58:00 hours |
| Last 28 days | 119:27:00 hours |
| Last 90 days | 429:15:00 hours |
| Last promotion | FS Wide-body aircraft (03 December 2001) |

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### i) Flight Steward (FS) 2

| | |
|---|---|
| Sex | Male |
| Age | 41 years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 13 February 1997 |
| Aircraft Ratings | B737/B777/A380 |
| Crew Performance Appraisal | Rating 5 |
| Validity period of licence | 03 November 2014 |
| Aeronautical experience | 17 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 0:00:00 hours |
| Last 7 days | 30:36:00 hours |
| Last 28 days | 122:22:00 hours |
| Last 90 days | 391:20:00 hours |
| Last promotion | FS Wide-body aircraft (15 February 2002) |

### j) Flight Steward (FS) 3

| | |
|---|---|
| Sex | Male |
| Age | 34 years |
| Marital status | Married with 2 children |
| Date of Joining MAS | 27 September 2001 |
| Aircraft Ratings | B737/B777/A380 |
| Crew Performance Appraisal | Rating 5 |
| Validity period of licence | 06 February 2015 |
| Aeronautical experience | 13 years |
| Last 24 hours | 0:00:00 hours |
| Last 72 hours | 10:47:00 hours |
| Last 7 days | 26:24:00 hours |
| Last 28 days | 125:01:00 hours |
| Last 90 days | 435:43:00 hours |

## 1.5.5 Disciplinary Actions/Administrative Actions

There were no major disciplinary records on any of the flight and cabin crew. However, there were only minor disciplinary issues among the cabin crew, where cautionary administrative letters were issued.

**FACTUAL INFORMATION**        SAFETY INVESTIGATION FOR MH370 (9M-MRO)
……………………………………………………………………………………………..

### 1.5.6 Financial Background and Insurance Cover

The Captain held bank accounts, two saving accounts, one current account, two national trust funds (ASB and ASN) and a joint account with his wife. He had a credit card. He was contributing to Employees Provident Fund. There is no record of him having secured a life insurance policy. He had 2 houses, one in Shah Alam and the other in Subang Jaya. He had taken a bank loan on one of his houses and had a mortgage insurance policy on this loan. He also had 3 vehicles. His gross monthly income and out-of-pocket expenses indicated nothing unusual.

The First Officer had two saving accounts and a national trust fund (ASB) account. He contributed to Employees Provident Fund. He owned two cars and spent money on the upkeep of his cars. He does not have much savings in his bank account. He has a life insurance policy and mortgage insurance policy for a loan he took for his car.

The cabin crew had bank accounts and loans. However, the gross monthly income and out-of-pocket expenses indicated nothing unusual. There is also no evidence of recent or imminent significant financial transactions carried out.

### 1.5.7 Significant Past Medical and Medication History

The Captain had received treatment for minor medical ailments and was diagnosed as having osteoarthritis on 05 May 2007. He had spinal injury on 28 January 2007 in a paragliding event. He sustained a fracture of the 2nd lumbar vertebra and underwent surgery on 30 January 2007 in a private health care facility. He was discharged on 05 February 2007 and went for follow-up as advised. He was certified fit to fly in mid-2007 and went regularly for his six- monthly medical examinations for his continued licensure as a pilot. For his pain he was noted to have taken analgesics on an irregular basis. To the best of our knowledge, he was not on any regular long term medication for any chronic medical illness.

There was no significant health related issue for the First Officer. He went regularly for his yearly medical examinations for his continued licensure to fly.

Based on the medical records from MAS, there were no unusual health related issues for the cabin crew, except for the inflight supervisor who had a history of first onset of seizures on 09 June 2013. He was admitted on the same day in a private health care facility and was treated by a Consultant Neurologist. He was discharged on 14 June 2013 and went for a follow-up as advised. He had not experienced any further seizures since his discharge. He was certified fit to fly on 06 August 2013.

### 1.5.8 Psychological and Social Events

The Captain's ability to handle stress at work and home was good. There was no known history of apathy, anxiety, or irritability. There were no significant changes in his life style, interpersonal conflict or family stresses.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
……………………………………………………………………………………..

### 1.5.9 Behavioural Events

There were no behavioural signs of social isolation, change in habits or interest, self-neglect, drug or alcohol abuse of the Captain, First Officer and the Cabin Crew.

The Closed Circuit Television (CCTV) recordings at KLIA on the 07 March 2014 were evaluated to assess the behavioural pattern of the Captain and the First Officer from the time of arrival at KLIA until boarding time.

Three previous CCTV recordings of the movements of the Captain in KLIA were also viewed to see the behavioural pattern and were compared with the CCTV recordings on 07 March 2014.

The Captain's movement was captured on CCTV at KLIA on the following days:

a)  07 March 2014          -        To Beijing

b)  03 March 2014          -        To Denpasar

c)  26 February 2014       -        To Melbourne

d)  21 February 2014       -        To Beijing

On studying the Captain's behavioural pattern on CCTV recordings on the day of the flight and prior 3 flights there was no significant behavioural changes observed. On all the CCTV recordings the appearance was similar, i.e. well groomed and attired. The gait, posture, facial expressions and mannerism were his normal characteristics.

The First Officer's movement captured on CCTV at KLIA on 07 March 2014 was observed. The Flight Officer's behavioural pattern on CCTV recordings on the day of the flight showed no significant behavioural changes.

### 1.5.10 Air-ground Communications

The radio transmissions made between MH370 and the ground air traffic control were studied. The team used the pilots, friends, family members, expert report of objective analysis of the radio transmissions in the voice recognition of the transmissions made between MH370 and ground air traffic control.

Five sets of audio recordings were analysed starting from Airway Clearance Delivery at 1625:52 UTC [0025:52 MYT] till the last utterance from Lumpur Radar at 1719:30 UTC [0119:30 MYT]. There were a total of 23 utterances as follows:

a. Airway Clearance Delivery (ACD) -    frequency 126.0 MHz      → 4 utterances
b. Lumpur Ground (LG)            -       frequency 122.27 MHz     → 6 utterances
c. Lumpur Tower (LT)             -       frequency 118.8 MHz      → 4 utterances
d. Approach Radar (AR)           -       frequency 121.25 MHz     → 3 utterances
e. Lumpur Radar (LR)             -       frequency 132.6 MHz      → 6 utterances

From the information available, the first 3 sets of audio recordings (ACD, LG, LT), the speech segments are those of the Flight Officer before take-off, and the 4th & 5th (AR & LR) sets of the audio recordings originated from the Captain after take-off.

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 42 of 587

FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)
..................................................................................................................

## SECTION 1.6 - AIRCRAFT INFORMATION

### 1.6.1 Airframe

| Manufacturer | Boeing Company |
|---|---|
| Model | 777-2H6ER |
| Serial Number | 28420 |
| Registration | 9M-MRO |
| Date of manufacture | 29 May 2002 |
| Date of delivery to MAS | Delivered new on 31 May 2002 |
| Certificate of airworthiness | M.0938 valid to 02 June 2014 |
| Certificate of registration | M.1124 issued 23 August 2006<br>Replacement of Certificate issued on 17 June 2002 |
| Last Maintenance check | A1 Check on 23 February 2014 at 53,301:17 hours and 7,494 cycles |
| Total airframe hours/cycles | 53,471.6 hours/7,526 cycles (as of 07 March 2014) |

### 1.6.2 Engine

| Manufacturer | Rolls-Royce |
|---|---|
| Model | RB211 Trent 892B-17 |
| Engine 1 (Left) | |
| Serial Number | 51463 |
| Date of Construction | November 2004 |
| Date Installed | 08 May, 2013 |
| Last Shop Visit | 06 September 2010 to 21 November 2010 |
| Time in Service | 40,779 hours, 5,574 cycles (as of 07 March 2014) |
| Engine 2 (Right) | |
| Serial Number | 51462 |
| Date of Construction | October 2004 |
| Date Installed | 15 June 2010 |
| Last Shop Visit | 05 February 2010 to 14 April 2010 |
| Time in Service | 40,046 hours, 5,508 cycles (as of 07 March 2014) |

### 1.6.2.1 Auxiliary Power Unit (APU)

| Manufacturer | Allied Signal |
|---|---|
| Model | GTCP 331-500B |
| Serial Number | P1196 |
| APU Hours | 22,093 (as of 07 March 2014) |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### 1.6.3 Airworthiness and Maintenance

The aircraft, Serial Number 28420, was issued with a Federal Aviation Administration (FAA) Export Certificate of Airworthiness No: E370249 on 29 May 2002 and placed on the Malaysian aircraft register as 9M-MRO on 03 June 2002. Ownership of the aircraft, as stated on the Certification of Registration (C of R), was Malaysian Airline System Berhad. The ownership was subsequently changed to Aircraft Business Malaysia Sdn. Bhd., as the lessor, and leased and operated by MAS. A new C of R to reflect the new owner was issued on 17 June 2002.

A Certificate of Airworthiness (C of A) in the 'PRIVATE' category was initially issued on 03 June 2002. The aircraft was then flown to Kuala Lumpur, Malaysia where a C of A in 'TRANSPORT PASSENGER' category was issued by the DCA Malaysia on the 12 June 2002 after the pre-service modifications were accomplished.

The C of A was subjected to annual renewal by DCA Malaysia and its renewal was subjected to compliance to the DCA Malaysia Airworthiness Notice No. 2 - Certificate of Airworthiness Renewal Procedure. The operator was required to declare the aircraft, engine, APU and equipment maintenance status as per the approved Maintenance Schedule, and that they complied with all the mandatory inspections and modifications originating from the State of Manufacture and State of Registry. The Quality Assurance Department of MAS was required to submit an 'Aircraft Physical Inspection for the Purpose of C of A Issue/Renewal' prior to the expiry of the C of A. An 'Aircraft Survey Report for Certificate of Airworthiness' will be issued by the DCA Inspector after a satisfactory physical inspection on the aircraft has been carried out. At times, the physical aircraft inspection has to coincide with the aircraft scheduled check at base or line maintenance.

The last C of A document review by DCA Inspector was carried out on 15 May 2013 for the C of A renewal and the aircraft physical inspection was carried out by MAS Quality Assurance Engineer (QAE) on 12 April 2013. The only inspection defect noted was a torn left hand flaperon inboard seal which was subsequently replaced. The aircraft C of A was renewed with no airworthiness issues identified.

### 1.6.3.1 Aircraft Maintenance Schedule

The MAS B777-200 Maintenance Schedule was based on the Boeing B777-200 Maintenance Review Board (MRB)/Maintenance Planning Document (MPD). The schedule is divided into four sections which describes the routine check types, intervals and limitations on how this work must be accomplished and the methods to achieve the tasks. Brief description of the sections follows:

- **Section 1** – The definition and introduction of the routine check types, check intervals and limitations at which the maintenance tasks are to be carried out.

- **Section 2** – Task Maintenance Requirements relating to on-wing tasks or tasks to be performed on parts after removal from the aircraft, their intervals and control in the routine maintenance check or independently.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.....................................................................................................................

- **Section 3** – Component Maintenance Requirements on tasks to be performed on components, their intervals and controlled independently.

- **Section 4** – which registers all the applicable job cards which are tied up to the maintenance Checks or Phases of inspections or tasks. The job cards/task cards cover the system, power plants, structural and zonal tasks.

The Master document of the approved Maintenance Schedule is stored in the Engineering Maintenance System (EMS) computer system bank and subject to regular revisions.

In addition to the Maintenance Schedule, a Supplementary Maintenance Schedule covered MAS' own generated tasks, non-mandatory manufacturer/vendor recommended tasks and non-airworthiness items.

The Maintenance check cycles are translated into the routine Transit Check, Stayover Check, Equalised 'A' Check, 'C' Check, 'C Extended' Check and 'D' Check. *Table 1.6A* summarises the maintenance check intervals.

| Transit | Stay-over | A Check | C Check | CX (Extended) Check | D Check |
|---|---|---|---|---|---|
| Whenever aircraft is on transit | 6 hours planned or 12 hours Unplanned | In 4 parts A1 thru A4 <br><br> • A1 to A2 = 550 hours <br><br> • A2 to A3 = 550 hours <br><br> • A3 to A4 = 550 hours <br><br> • A4 to A1 = 550 hours | In 2 parts C1 and C2 <br><br> • C1 to C2 = 13 months <br><br> • C2 to C1 = 13 months | 52 months | 8 years |

*Table 1.6A Maintenance Check Intervals*

A review of the maintenance records for 9M-MRO revealed the following sequence of recent checks (*Table 1.6B* below) carried out by MAS prior to the disappearance of the aircraft on the 08 March 2014. No significant defects were noted during the checks including the turn-around transit checks.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

| No. | Type of Aircraft Checks | Date of Aircraft Checks | Airframe Hours | Landing Cycles |
|---|---|---|---|---|
| 1 | A1 | 23 February 2014 | 53,301:17 | 7,494 |
| 2 | A4 | 14-16 January 2014 | 52,785:37 | 7,422 |
| 3 | A3 | 13 December 2013 | 52,323:00 | 7,359 |
| 4 | A2 | 04 November 2013 | 51,766:29 | 7,282 |
| 5 | C1 and A1 | 29 August - 26 September 2013 | 51,270:15 | 7,208 |
| 6 | A4 | 24-25 July 2013 | 50,810:19 | 7,132 |
| 7 | A3 | 19 June 2013 | 50,372:07 | 7,069 |
| 8 | A2 | 14 May 2013 | 49,840:28 | 6,994 |
| 9 | A1 | 04 April 2013 | 49,331:52 | 6,910 |
| 10 | A4 | 19-20 February 2013 | 48,836:23 | 6,840 |
| 11 | A3 | 10 January 2013 | 48,291:37 | 6,766 |
| 12 | A2 | 03 December 2012 | 47,749:39 | 6,693 |
| 13 | A1 | 25 October 2012 | 47,214:27 | 6,617 |
| 14 | A1, A4 and C2 | 06-22 July 2012 | 46,727:16 | 6,552 |
| 15 | A4,C2, CX and D | 25 May - 26 June 2010 | 37,014:15 | 5,304 |

*Table 1.6B Recent Aircraft Checks*

The Maintenance Schedule incorporated the Structural Inspection Programme based on the B777 Maintenance Review Board Report and B777 Maintenance Planning Document, which are categorised as Structural Inspection Items, Corrosion Prevention and Control Items and Fatigue Related Inspection Items. Inspection findings will be evaluated by the MAS Reliability Section of the Technical Services Department and the department would recommend any follow-up actions as necessary and report to Boeing Company of all significant structural discrepancies.

The Maintenance Schedule also included compliance procedures for Airworthiness Directives[3], Airworthiness Limitations (AWL)[4] and Structural Inspections with Provisions for Damage Tolerance Rating. It also included Certification Maintenance Requirement Compliance to the Extended Twin Engine Operations (ETOPS)[5] operational approval, which was obtained from DCA Malaysia. The MAS B777 ETOPS Maintenance Manual specified the maintenance policies, procedures and requirements for ETOPS operations. A policy to prevent the same personnel to perform or certify certain tasks or multiple similar systems at the same downtime is stipulated. ETOPS task intervals cannot be exceeded. If a concession is given for a check that contains ETOPS task or for individual ETOPS task, the aircraft must be downgraded to non-ETOPS status.

MAS and its fleet of B777 are approved for Reduced Vertical Separation Minimum (RVSM) operation.

---

[3] An AD is a notification to owners and operators of certified aircraft that a known safety deficiency with a particular model of aircraft, engine, avionics or other system exists and must be corrected. It is mandatory in nature.

[4] AWLs are items that the Certificate process has defined as critical from a fatigue or damage tolerance assessment.

[5] ETOPS is an aviation rule that allows twin-engined airliners to fly long distance routes that were previously off-limits to twin-engined aircraft.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..............................................................................................................

### 1.6.3.2 Major Repair

There was an entry in the Aircraft Log Book on 09 August 2012 that the aircraft right wing tip was damaged during taxi at Pudong, Shanghai Airport. During taxiing, the aircraft collided with a China Eastern Airlines A340-600, registered B-6050. The right wing tip of 9M-MRO ran into the left horizontal stabilizer of B-6050. Part of the aircraft wing tip was ruptured and stuck at the left elevator of the B-6050. *Figures 1.6A* and *1.6B* show the damages inflicted.




| *Figure 1.6A - Right Wing Tip Damage* | *Figure 1.6B – Damaged Wing Tip* |

Boeing produced an Aircraft Survey Report reference WB175/W8134/LN404 on 15 August 2012 and the repair was carried out by Boeing Aircraft-On-Ground (AOG) Team at Pudong, Boeing Shanghai facility from 22 September to 03 October 2012. The Boeing repair scheme was approved under DCA Malaysia's Statement of Compliance (SOC) Reference Number SC/2012/081 issued on 03 September 2012. At the time of the incident, the recorded airframe hours was at 46,975:43 and landing cycles at 6,585.

### 1.6.3.3 Cabin Configuration Change

The fleet of B777 of MAS went through a cabin interior retrofit programme which converted the configuration from 12 First Class seats/33 Business Class seats/233 Economy Class seats to 35 Business Class and 247 Economy Class seats. On 9M-MRO, this re-configuration started on 17 August 2006 and was completed on 08 September 2006. The modification was approved under FAA Supplemental Type Certificate (STC) No. STO1493SE dated 24 January 2005 and DCA's Statement of Compliance (SOC) No. SC2004/98.

### 1.6.3.4 Mandatory Occurrence Reports

A review of the Mandatory Occurrence Reports (MORs) for the B777 fleet raised by the Engineering & Maintenance Quality Assurance Department of MAS revealed that only one was raised for 9M-MRO, and this was related to the right wing tip damage stated above. A total of 77 MORs were raised for the MAS fleet of 17 B777 aircraft. MORs raised by the Quality Assurance department are primarily related to technical issues with the fleet. The average age of the B777 fleet as of 01 March 2014 was 14.35 years. 9M-MRO was 11.75 years old.

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 47 of 587

**FACTUAL INFORMATION**        SAFETY INVESTIGATION FOR MH370 (9M-MRO)
...................................................................................................................

### 1.6.3.5 Airworthiness Directives

Maintenance and Inspection records provided by MAS indicate that at the time the aircraft 9M-MRO went missing, the aircraft and engines were fully compliant with all applicable Airworthiness Directives (AD). The most recent AD, which was accomplished on 17 Jan 2014, was FAA AD 2012-13-05 (Replacement of Low Pressure Oxygen hose).

### 1.6.3.6 Technical Log

The MAS Technical Log Book is divided into Maintenance Report 1 (MR1) and Maintenance Report 2 (MR2). The MR1 has provision for the flight crew to enter any aircraft defects for each flight phase. It can also be used to enter maintenance required and rectifications by the Licenced Aircraft Maintenance Engineers (LAME) or Approval Holders, or defer defects within   the Minimum Equipment List (MEL) procedures to the Maintenance Report 2 (MR2) section.

A review of the Technical Log entries for 9M-MRO since the last D check in June 2010 did not reveal any significant defects or trend.

The most recent entries made in the Technical Log Book for 9M-MRO are listed in *Appendix 1.6A.*

### 1.6.3.6.1 Oxygen System Replenishment

The crew oxygen system replenishment on 07 March 2014 was reviewed in detail together with information gathered from the interview of the LAME who performed the task. Replenishment (servicing) of the crew oxygen system is a routine procedure, carried out before the minimum pressure required for departure is reached, usually carried out during a Stayover check. The minimum pressure for despatch as per the MAS Minimum Equipment List (MEL) is 310 psi at 35°C for 2-man crew and with a 2 cylinder configuration (as installed on MAS B777 fleet).

During the Stayover check on 07 March 2014, the servicing on 9M-MRO was performed by the LAME with the assistance of a mechanic, as the pressure reading was 1120 psi. The servicing was normal and nothing unusual was noticed. There was no leak in the oxygen system and the decay in pressure from the nominal value of 1850 psi was not unusual. The system was topped up to 1800 psi. Before this servicing, maintenance records showed that the system was last serviced on 14 January 2014 during an A4 check.

A small amount of oxygen is normally expended during pre-departure checks of the oxygen masks by the flight crew. Oxygen pressure is also dissipated by a bleed valve in the system for a few seconds during engine start following the end of a flight.

The crew oxygen system is supplied by two cylinders; each holds 115 cubic ft. (3150 litres) of oxygen at 1850 psi. *Table 1.6C* below shows the expected duration of oxygen supply from the two cylinders with the dilution control of the crew oxygen masks in 'Normal' position and aircraft at 36,000 ft. with a normally pressurised cabin (cabin altitude of 8,000 ft.) and an unpressurised cabin (cabin altitude of 36,000 ft.).

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................

| Aircraft Altitude: 36,000 ft. Cabin Altitude: 8,000 ft. | | Aircraft Altitude: 36,000 ft. Cabin Altitude: 36,000 ft. | |
|---|---|---|---|
| No. of Crew Members | Expected Duration (hour) | No. of Crew Members | Expected Duration (hour) |
| 1 | 42 | 1 | 27 |
| 2 | 21 | 2 | 13 |
| 3 | 14 | 3 | 9 |
| 4 | 10.5 | 4 | 6.5 |

*Table 1.6C Expected Duration of Crew Oxygen*

**Note:** Further details of the Crew Oxygen system, Passenger Oxygen system and Portable oxygen can be found in *Appendix 1.6E – Aircraft Systems Description* under Section: Oxygen Systems.

### 1.6.3.7 Deferred Defects (MR2)

A review of the aircraft records from the MAS Maintenance Control Centre (MCC) showed that the following defects were outstanding on 9M-MRO and deferred to the Deferred Defect Log (*Table 1.6D, below*).

| No. | Deferred Date | Defect |
|---|---|---|
| 1 | 25 Sep 2013 | To carry out installation test for aft water quantity gauge. |
| 2 | 31 Oct 2013 | In-Flight Entertainment (IFE) Airshow does not show arrival time/time to destination logged time & problem still persists. |
| 3 | 07 Nov 2013 | From Daily Engineering Operations Report (DEOR) - Right engine consumes average 1.5T more fuel per/hour compared to left engine |
| 4 | 21 Jan 2014 | Toilet 3F-1L mirror light lens broken |
| 5 | 30 Jan 2014 | Pre-departure F/O seat power adjustment (fwd/aft) found inoperative. |
| 6 | 05 Mar 2014 | Please check alignment for left runway turn/off light. |
| 7 | 05 Mar 2014 | Hole found at 6 o'clock position of the right engine acoustic panel. |

*Table 1.6D Deferred Defects*

### 1.6.3.8 Engine Health Monitoring

Engine Health Monitoring (EHM) is contracted out to Rolls Royce, the engine manufacturer. Engine data 'snapshot' reports are generated by the Aircraft Condition Monitoring System (ACMS) and transmitted via ACARs to MAS, who then submit them to Rolls Royce for analysis on its behalf. The transmitted engine parameters primarily used to assess engine health are:

- Turbine Gas Temperature
- Shaft Speeds
- Shaft Vibration (Low Pressure, Intermediate Pressure and High Pressure)
- Oil Pressure

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

- Oil Temperature

The EHM system trend reports over the last 3 months which cover 'snapshot' data points gathered at take-off, climb and cruise received through the ACMS show no evidence of unusual engine behaviour for both engines. On the occurrence flight, 2 EHM reports were transmitted; the first was a Take-off report generated at 1641:58 UTC, 07 March 2014 [0041:58 MYT, 08 March 2014] and the second was a Climb report at 1652:21 UTC, 07 March 2014 [0052:21 MYT, 08 March 2014]. Reports are transmitted by ACARS at convenient times during the flight (not necessarily at the time of generation/data capture). Both reports did not show any unusual engine behaviour. The data transmitted on these reports are shown in *Appendix 1.6B - Engine Health Monitoring Decoded Data for Take-off and Climb Reports*. The ACMS will also generate other pre-defined engine reports including engine parameters' exceedance reports. However no such EHM reports were received during the flight.

### 1.6.3.9 Central Maintenance Computing System CMCS)

The CMCS collects and stores information from most of the aircraft systems. It can store fault histories as well as monitor and conduct tests on the various systems. The fault history contains details of warnings, cautions and maintenance messages.

At regular intervals, during flight, the CMCS transmits any recorded fault messages, via the ACARS, to the Maintenance Control Centre (MCC) of MAS. This helps in the planning and preparation for the rectification of any potential aircraft defects at the main base or line stations.

The traffic log of maintenance messages transmitted for the last 10 flights on 9M-MRO were reviewed. There were messages transmitted, indicating that the CMCS was functioning prior to the occurrence flight. However no maintenance messages were transmitted during the occurrence flight.

### 1.6.4 Weight and Balance

The aircraft underwent a scheduled reweighing on 28 April 2009 at the MAS maintenance facility at KLIA. The next aircraft re-weighing was due on or before 27 April 2014. The aircraft Weight Schedule, dated 12 June 2009 was reviewed with the following pertinent details (also refer to *Table 1.6E* below):

Basic Empty Weight (BEW) of 138,918.7 kg

- Centre of Gravity (C of G) position of 1,248.8 Inches
- Index of 60.07 I.U.
- C of G of 26.7 % Mean Aerodynamic Chord (MAC)
- Dry Operating Weight (DOW) of 145,150 kg and Index 61.13

The maximum authorised take-off weight was 286,897 kg. On the occurrence flight, the aircraft departed with a calculated take-off weight of 223,469 kg. This take-off weight was broken down as follows:

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 50 of 587

FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)
...................................................................................................................

| | Actual (kg) | Maximum (kg) |
|---|---|---|
| Take-off Weight (TOW) | 223,469 | 286,897 |
| Zero Fuel Weight (ZFW) | 174,369 | 195,044 |
| Take-off Fuel | 49,100 | |
| Landing Weight (LDW) | 186,269 | 208,652 |
| Trip Fuel | 37,200 | |
| Total Traffic Load | 31,086 | |
| Total Payload (Load in compartment) | 14,296 | |
| Passenger & Luggage | 16,790 | |
| Dry Operating Weight (DOW) | 143,283 | |

*Table 1.6E Aircraft Weight*

The balance corresponding to the aircraft take-off weight and shown on the final loadsheet (after Last Minute Changes) was 33.78% of the Mean Aerodynamic Chord (MAC) which was within limits.

During take-off, the aircraft Basic Empty Weight (BEW) was 138,918.7 kg and the C of G position was 1,248.8 inches (C of G MAC was 26.7%). Total moment was 173,478,288.65 kg in. This indicates the planned weight and balance of the aircraft was within the allowable limits. The planned cargo weight (load in compartment) of 14,296 kg and distribution matched the recorded cargo weight and distribution.

## 1.6.5 Fuel

The aircraft used Jet A-1 fuel. Following the previous flight, as per records in the Transit Check and Fuel Log, the total remaining fuel before refuelling as per the flight deck indication was 8,200 kg (Left Tank was 3,700 kg and Right Tank was 4,500 kg). Total departure fuel after refuelling was 49,700 kg (Left Tank was 24,900 kg and Right Tank was 24,800 kg) as indicated in the flight deck.

The fuel weight on board corresponded to a planned trip-fuel of 37,200 kg. Based on MH370 ATC flight plan dated 07 March 2014, the take-off fuel recorded was 49,100 kg. The investigation estimated that the aircraft would have had 41,500 kg fuel remaining after 41 minutes flying from KLIA to IGARI.

Fuel burn and endurance will be discussed in the Final Report.

The last position report transmitted via ACARS at 1707:29 UTC, 07 March 2014 [0107:29 MYT, 08 March 2014] recorded remaining fuel of 43, 800 kg at 35,004 ft. altitude.

ATC flight plan forecast recorded remaining fuel of 11,900 kg at landing, including 7,700 kg of diversion fuel. The first alternate airport, Jinan Yaoqiang International Airport (China), was estimated to be 46 minutes from the diversion point with 4,800 kg fuel required and the second alternate airport, Hangzhou Xiaoshan International Airport (China) was estimated to be 1 hour 45 minutes with 10,700 kg fuel required.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...............................................................................................................

### 1.6.6 Emergency Locator Transmitter (ELT)

An ELT is a radio beacon that when activated will transmit digital distress signals. These signals can be tracked in order to aid the detection and localisation of an aircraft in distress.

The Fixed and Portable ELT radio beacons interface worldwide with the international Cospas-Sarsat satellite system for Search and Rescue (SAR). When activated and under satellite coverage, such beacons send out a distress signal which can be detected by satellites. The satellite receivers send this information to ground stations. This signal is transmitted to Mission Control Centres (MCC) located in six regions worldwide. The MCC covering the Indian Ocean is managed by the Australian Maritime Safety Authority based in Canberra, Australia.

ELTs are mandatory safety items carried on board the aircraft. The cabin and the technical crew attend compulsory safety emergency procedure (SEP) training and have to remain current by attending refresher SEP courses. Operation and functioning of the ELT is part of the SEP training module.

The specifications for the ELT are contained in FAA Technical Standard Orders   TSO-C126 and TSO- C91A.

The ELT is a radio beacon; like all other radio equipment installed on-board, its usage is approved by the Malaysian Communications and Multimedia Commission through the Aircraft Radio Licence.
(*Appendix 1.6C - Copy of the Radio Licence issued for 9M-MRO*).

9M-MRO had four ELTs installed. They were located as follows:

- **One FIXED ELT** located above ceiling of the aft passenger at STA 1880.

   The aircraft was delivered without a fixed ELT; this component was added by MAS later (between December 2004 and July 2005).This unit is mounted to aircraft structure at the aft passenger cabin at STA 1880. A control switch installed in the cockpit aft overhead panel provides the command signal. This switch is guarded in the ARMED position. If required the flight crew can select the ELT to ON by moving the guarded switch from ARMED to ON.

   The fixed ELT is manufactured by ELTA FRANCE and is of the 406 series, part number is 01N65900. The unit is connected to an omni-directional, triple frequency blade antenna located at the rear fuselage forward of the vertical stabilizer at station 1881. The ELT will activate upon a sudden deceleration force per the Technical Standard Order.

   This ELT has the provision to operate on the satellite frequency of 406 MHz when activated. The transmission includes the ELT identifier, aircraft nationality and registration markings. It will also transmit on 121.5 MHz and 243 MHz when activated and these signals may be detected by air, sea or ground receivers. Transmissions on VHF frequency (121.5/243 MHz) are line of sight and effective only in close proximity.

The battery expiry date for the FIXED ELT was November 2014.

- **One PORTABLE ELT** located in the forward cabin right hand coat closet. This closet is used by the cabin crew.

  This unit is bracket-mounted to the inside of the coat closet door. A label fixed on the coat closet door identifies the ELT. The installation allows quick removal. The Portable ELT is manufactured by ELTA FRANCE and is of the 406 series. It is identical to the fixed ELT except that this unit has its own foldable antenna. The operations and function are the same. The manufacturer part number is 01N65910.

  The portable ELT has a control switch on the front face. It is normally in the OFF position. When needed, the crew can select the switch to the ON position to activate the ELT transmission.

  The battery expiry date for the PORTABLE ELT was November 2014.

- **Two SLIDE RAFT** mounted ELTs are packed within the slide raft assembly located at Door 1 Left and Door 4 Right.

  The slide raft mounted ELT will only be available when the slide rafts at doors 1 Left or 4 Right are deployed. The ELT transmission is not satellite enabled. The transmission signal is on 121.5 MHz and 243 MHz which may be monitored with air, sea and ground-based receivers.

  The slide raft ELT is automatically armed when the slide raft is deployed and inflated. Once armed the ELT is automatically activated by a water sensor coming in contact with water. This ELT is not activated by deceleration.

  The slide raft ELTs (Part No.: P3-03-0029-10) are manufactured by DME Corporation and the battery expiry dates are as follows:

  - Door 1 Left        -  August 2016
  - Door 4 Right       -  May 2017

## 1.6.6.1 Review of Effectiveness of ELTs

In general, ELTs are intended for use at or near the water's surface, and neither portable nor fixed ELT signals are detectable when the ELT is submerged in deep water. Portable ELTs are equipped with a floatation device and can be activated by immersion in water. For effective signal transmission, the antenna for a fixed ELT must remain above water. Damage to an ELT or its associated wiring and antenna, or shielding by aircraft wreckage or terrain, may also prevent or degrade transmission.

a) A review of ICAO accident records over the last 30 years indicates that of the 257 accidents, only 39 cases recorded effective ELT activation. ELTs were carried in 173 of

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...................................................................................................

these cases. This implies that of the total accidents in which ELTs were carried, only 22.5% of the ELTs operated effectively (*Appendix 1.6D*).

b) The Cospas-Sarsat system has been helpful for search and rescue teams in numerous aircraft accidents on a world-wide basis. Despite these successes, the detection of ELT signals after an aircraft crash remains problematic. Several reports have identified malfunctions of the beacon triggering system, disconnection of the beacon from its antenna or destruction of the beacon as a result of accidents where aircraft was destroyed or substantially damaged. Even when the beacon and its antenna are functioning properly, signals may not be adequately transmitted to the Cospas-Sarsat satellites because of physical blockage from aircraft debris obstructing the beacon antenna or when the antenna is under water.

(*Source: Global Aeronautical Distress and Safety System - GADSS[6] document*)

c) ELTs can be activated automatically by shock typically encountered during aircraft crashes or manually. It is possible for Flight Crew to manually activate the ELT; however existing flight operating procedures do not call for activation of the ELTs until the incident has occurred.

d) The Cospas-Sarsat system does not provide a complete coverage of the earth at all times. As a consequence, beacons located outside the areas covered by these satellites at a given moment cannot be immediately detected, and must continue to transmit until a satellite passes overhead.

e) The global distress beacon detection system, Cospas-Sarsat, no longer detects 121.5 MHz distress signals. Only 406 MHz digital distress beacons are now capable of detection by satellite. Analogue beacon signals may be received by other aircraft within VHF range but there may not be such aircraft within range at the time of beacon transmission and monitoring 121.5 MHz.

## 1.6.7 Aircraft Systems Description

Refer to *Appendix 1.6E* for Aircraft Systems Description. For Communications Systems description, refer to Section 1.9.

# SECTION 1.7   METEOROLOGICAL INFORMATION

## 1.7.1 Meteorological Situation

Climatologically for the month of March, the position of the sub-tropical high is located over the Gulf of Thailand. The weather is generally dry with very little clouds. The winds are generally light from the surface to the flight level of 40,000 ft.

---

[6] In the aftermath of the disappearance of MH370, following a multidisciplinary meeting in May 2014, ICAO formed an Ad-hoc Working Group on Flight Tracking with the mandate to develop a Concept of Operation on the sequence of events before and after the occurrence of an accident which should include all identified phases of such a sequence including detection of an abnormal situation, alert phase, distress phase, and search and rescue activities. This Concept of Operation is GADSS.

**FACTUAL INFORMATION**        **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................................

Infra-red images taken by the geostationary satellite Multifunctional Transport Satellites (MTSAT) 1R of Japan Meteorological Agency (JMA) at 1732 UTC 07 March 2014 *(Figure 1.7A below)* showed that there were no significant clouds at the last civil radar point at 1722 UTC.



*Figure 1.7A:  Infrared satellite image taken by MTSAT at 1732 UTC 07 March 2014*

Meteorological radar image taken at 1722 UTC, 07 March 2014 [0122 MYT, 08 March 2014] (*Figure 1.7B*) showed that no rain occurred at the last civil radar point.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...............................................................................................................



*Figure 1.7B: Meteorological radar image at 1722 UTC 07 March 2014*

No lightning discharges were detected by the Lightning Detection System of the Malaysia Meteorological Department at the vicinity of last civil radar point from 1600 to 2159 UTC, 07 March 2014 [0000 to 0559 MYT, 08 March 2014]. *Figure 1.7C - blue symbol shows the lightning detected from 1700 UTC to 1800 UTC).*



*Figure 1.7C:  Lightning detection map from 1600 to 2159 UTC 07 March 2014*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

The Meteorological Aerodrome Report (METAR) issued at 1600, 1700 and 1800 UTC from Kota Bharu Airport (WMKC), Kuala Terengganu Airport (WMKN), Penang International Airport (WMKP) and KLIA (WMKK) (*Figure 1.7D*) below did not report any significant weather phenomena.



*Figure 1.7D: Locations of METAR reports*

There was no direct observation of the wind conditions at the last civil radar point, the closest upper air observation was at the Kota Bharu Meteorological Station, taken at 1200 UTC, 07 March 2014 and at 0000 UTC, 08 March 2014 respectively, both reported a temperature of -40°C and wind from the north-east at 15 kt. or less at 35,000 ft.

### 1.7.2 Comments on the Information Available

### 1.7.2.1 Forecast charts

#### a) Significant Weather Chart (SIGWX)

The SIGWX *PGCE05 EGRR 061800* issued by World Area Forecast Centre (WAFC) London Fixed Time Prognostic Chart ICAO Area G SIGWX for flight level from 25,000 to 63,000 ft. (FL250-630) valid 1800 UTC, 07 March 2014 showed that the filed flight plan route (red dotted line – *Figure. 1.7E* below) passed through a westerly jet stream with wind speed of up to 150 kt. at latitude 30°N at flight level 39,000 ft. (FL390). Another westerly jet stream with wind speed of up to 100 kt. at flight level 31,000 ft. (FL310) at the destination (*Figure 1.7E*). Light clear air turbulence (CAT) might be expected from 25°N onwards to the destination. However, no significant adverse weather phenomena was expected for the whole planned flight route.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................................



*Figure 1.7E:  Significant weather chart PGCE05 Issued by WAFC London Fixed Time Prognostic Chart ICAO Area G SIGWX FL 250-630 Valid 1800 UTC, 07 March 2014*

### b) The wind and temperature forecast chart

The wind and temperature forecast chart at flight level 34,000 ft. (FL340) PWGE25 valid 1800 UTC, 07 March 2014 issued by WAFC Washington showed the jet stream as in the significant weather chart above. The forecast winds at the last civil radar point and last air defence radar point were below 20 kt., *(Figure 1.7F* below).

### 1.7.2.2 Significant Meteorological Information (SIGMET)

SIGMET 3 was issued for the GUANGZHOU FIR valid from 12:45 to 16:45 UTC, 07 March 2014 indicated a thunderstorm forecast north of latitude 27°N and moving eastwards at 50 km/h in the layer with cloud tops at flight level 26,000 ft. (FL260).

### 1.7.2.3 Volcanic Ash Advisory

Volcanic ash advisories issued by Darwin Volcanic Ash Advisory Centre (VACC) on 07 March 2014 at 06:27 and 18:37 UTC for Sinabung (Sumatra, Indonesia) highlighted volcanic eruption located at 3.10°N 98.23°E (*Figure 1.7E* above) and volcanic ash plume observed up to a height of 12,000 ft. (FL120) and the plume was extending toward the west.

**FACTUAL INFORMATION**          **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................



*Figure 1.7F: The wind and temperature forecast chart PWGE25 issued by WAFC Washington at flight level 34,000 ft., (FL340) valid 1800 UTC 07 March 2014*


# SECTION 1.8 AIDS TO NAVIGATION

Not applicable at this stage of the investigation.


# SECTION 1.9 COMMUNICATIONS

## 1.9.1 High Frequency (HF) System

This aircraft was installed with Collins HFS-900 HF System. The HF communication system on this aircraft uses two HF systems with a common HF antenna to transmit and receive radio frequency (RF) signals in the HF range.

The HF transceiver operates within the frequency range of 2,000 MHz to 29,999 MHz and one KHz channel spacing.

The Left Transfer bus sends 115V AC three-phase power to the Left HF communication. The Left HF communication transceiver supplies 115V AC single phase to the Left HF antenna coupler for operational power. It also supplies 28V DC for the key interlock function. The Right HF communication system is the same as the Left, except that it uses power from the Right AC Sec 2 bus.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### 1.9.2 Very High Frequency (VHF) System

This aircraft was installed with Collins VHF-900B VHF System. The VHF communication system permits voice and data communication over line-of-sight distances. It permits communication between aircraft or between ground stations and aircraft. The VHF system operates in the VHF aeronautical frequency range of 118.000 MHz to 136.992 MHz.

The VHF communication system on this aircraft uses three VHF systems. Each VHF system has a VHF antenna and a VHF communication transceiver.

The VHF communication system connects with Selective Calling Equipment (SELCAL) decoder that starts an alert when a call comes in for that aircraft.

The captain's flight instrument bus sends 28V DC to the Left VHF communication transceiver and the Left Radio Tuning Panel (RTP). The Left Main DC bus sends 28V DC to the centre VHF communication transceiver and the centre RTP.

The Right Main DC bus sends 28V DC to the right VHF communication transceiver and the right RTP.

### 1.9.3 Air Traffic Control (ATC)/Mode S Transponder System

This aircraft was installed with Bendix/King TRA-67A Mode S transponder. The ATC ground stations interrogate the airborne ATC/Mode S transponder system as shown in *Figure 1.9A* below.

The ATC/Mode S transponder replies to the interrogations in the form of coded information that the ground station uses. The ground station uses a Primary Surveillance Radar (PSR) to get radar returns from aircraft within the radar range. To make a communication link with the aircraft in the radar range, the ground station uses a Secondary Surveillance Radar (SSR) to interrogate the ATC/Mode S transponder. The ground station transmits a side lobe suppression signal to inhibit close ATC replies that come from a SSR side lobe transmission.

On the ground radar display, the ATC operator sees the radar returns, altitude, and a four digit aircraft identifier. The ATC operator also sees aircraft derived Enhanced Surveillance downlink data on the ground station radar display, such as Magnetic Heading, Air Speed (Indicated Air Speed and Mach number), Ground Speed, Roll Angle, Selected Altitude, True Track Angle, and Vertical Rate.

The ATC/Mode S transponder also replies to mode S interrogations from the Traffic Alert and Collision Avoidance Systems (TCAS) of other aircraft. ATC/Mode S transponders with Extended Squitter function provide broadcast of Global Position System (GPS) position and velocity data.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**



*Figure 1.9A - Air Traffic Control/Mode S Transponder System*

The Left ATC/Mode S transponder gets 115V AC power from the AC Standby bus. The Right ATC/Mode S transponder gets 115V AC power from the Right AC Transfer bus. The dual transponder panel gets 115V AC power from the AC Standby bus. ATC/Mode S transponder power system is shown in *Figure 1.9B* below.

This system can be deactivated (turned OFF) by pulling the circuit breakers located at the P11 overhead circuit breaker panel or by selecting Transponder Mode Selector (Transponder Panel) to "STBY" position.

The transponder on the occurrence flight was operating satisfactorily up to the time it was lost on the ATC radar screen at 1721.13 UTC, 07 March 2014 [0121:13 MYT, 08 March 2014]. There was no message received from the aircraft to report a system failure.

**FACTUAL INFORMATION**        **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...............................................................................................................



Figure 1.9B - ATC/Mode S Transponder Power System

### 1.9.4 Aircraft Communications Addressing and Reporting System (ACARS)

ACARS is a digital data-link system that manages flight plan and maintenance data between the aircraft and the Ground Service Provider (GSP) by using radio i.e. VHF or satellite communications (SATCOM) as shown in *Figure 1.9C below*.

ACARS provides message communication between aircraft and its base (ground). The following messages are transmitted:

a) **O**ut of the gate, **O**ff the ground, **O**n the ground, and **I**nto the gate (OOOI) events

  i. **O**ut of the gate event: Departure from the gate with all doors closed and parking brake released

  ii. **O**ff the ground event: Take-off with the nose gear squat switch extended.

  iii. **O**n the ground event: Touch down with the nose gear squat switch compressed.

  iv. **I**nto the gate event: Parked at the gate with the parking brake set and the door open.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
………………………………………………………………………………………………………..



*Figure 1.9C - ACARS System*

b) **Flight plans**: ACARS interfaces with Flight Management Systems (FMS) acting as the communication system for flight plans to be sent from the ground to the FMS. This enables the aircraft to update the FMS while in flight, and allows the flight crew to evaluate the alternative flight plans including the status of connecting flights.

c) **Weather information**: ACARS interfaces with FMS, acting as the communication system for weather information to be sent from the ground to the FMS. This enables the aircraft to update the FMS while in flight, and allows the flight crew to evaluate new weather conditions.

d) **Equipment health**: ACARS is used to send information from the aircraft to ground stations about the conditions of various aircraft systems and sensors in real-time. Maintenance faults and abnormal events are also transmitted to ground stations along with detailed messages, which are used by MAS for monitoring equipment health, and to better plan the repair and maintenance activities.

e) Aircraft positions which provide latitude and longitude, altitude, speed, total air temperature total remaining fuel, wind direction and speed and heading.

f) Engine performance data which provide engine data during take-off, climb, cruise and approach.

ACARS interfaces with interactive display units in the cockpit, which flight crews can use to send and receive technical messages and reports to or from ground stations, such as a

...........................................................................................................

request for weather information or clearances or the status of connecting flights. The response from the ground station is received on the aircraft via ACARS as well.

The ACARS communicates through either SATCOM or VHF. The VHF transceiver can also be used for voice transmission when ACARS is switched from the data mode to the voice mode.

In the event that the aircraft ACARS unit has been silent for longer than a pre-set time interval, the ground station can ping the aircraft (directly or via satellite). A ping response indicates a healthy ACARS communication.

Pre-set time interval for MAS B777 is 30 minutes. When the aircraft ACARS is silent for more than 30 minutes, MAS Operation Control Centre (OCC) will send a text message via ACARS to the cockpit or will call the cockpit via SATCOM.

### 1.9.4.1 ACARS Traffic Log

ACARS traffic log messages sent/received to/from 9M-MRO between 1554:41 UTC, 07 March 2014 [2354:41 MYT, 08 March 2014] until 1815:25 UTC, 07 March 2014 [0215:25 MYT, 08 March 2014] is shown in *Appendix 1.9A*. Some key events are extracted and explained below.

At 1554:41 UTC, 07 March 2014, ACARS data link was fully established on SATCOM transmission and at 1556:08 UTC the flight information (FI) MH0370 and Aircraft Number (AN) 9M-MRO were keyed in by the crew as per *Figure 1.9D* below.



*Figure 1.9D: ACARS data link established SATCOM transmission*

Notice to Crew (NOTOC) was sent at 1606:15 UTC on 07 March 2014 [0006:15 MYT, 08 March 2014] direct to the aircraft printer and to be printed out by the crew.

NOTOC from the ground station to the cockpit stated the special loads of total 4,566 kg of mangosteen fruit were carried on board. Details of the mangosteens were: 1,128 kg at station 41L, 1,152 kg at station 41R, 1,148 kg at station 43L and 1,138 kg at 44L respectively (*Refer to Section 1.18.2 for details of cargo carried*).

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

........................................................................................................



| 16:06:15 | 46818160 | Outgoing Uplink | 9M-MRO | MH0370 | MHKULKJACM001 | 071606 | AGM | RELAY |
| Uplink Sent | | AGM NOTOC Uplink B777 -- AGM NOTOC Uplink B77 QXSXMXS | | | | | | |

```
QU QXSXMXS
.DPCCAMM 071606
CAGM
AN 9M-MRO/FI MH0370/MA 989I

NOTOC MESSAGE
SPECIAL LOAD NOTOC

FLIGHT    DATE       EDNO
MH 0370 /08  08MAR14  01
FROM/TO  AC/REG
KULPEK   9M-MRO

OTHER SPECIAL LOAD

TO   POS PCS QTY/TI IMP
DESCRIPTION
PEK 41L 001 1128KG PER
MANGOSTEEN

PEK 41R 001 1152KG PER
MANGOSTEEN

PEK 43L 001 1148KG PER
MANGOSTEEN

PEK 44L 001 1138KG PER
MANGOSTEEN

THERE IS NO EVIDENCE
THAT ANY DAMAGED OR
LEAKING PACKAGES
CONTAINING DANGEROUS
GOODS HAVE BEEN LOADED
ON THE AIRCRAFT AT THIS
STATION.

END ACARS NOTOC
```

*Figure 1.9E: Snapshot of ACARS NOTOC message*

Declaration of *"there is no evidence that any damaged or leaking packages containing dangerous goods have been loaded on the aircraft at this station"* was also written in the NOTOC message.

*(Figure 1.9E* above shows the snapshot of the ACARS NOTOC message).

Aircraft final loadsheet was sent via ACARS at 1606:32 UTC, 07 March 2014 [0006:32 MYT, 08 March 2014] direct to the aircraft printer and to be printed out by the crew. Details of aircraft weight as stated in the final loadsheet are discussed in Section 1.6.4. *Figure 1.9F* below shows the snapshot of the final loadsheet of this aircraft.

Pilot acknowledgement and confirmation of the final loadsheet is shown in the ACARS snapshot in *Figure 1.9G* below.

...............................................................................................................



*Figure 1.9F: Final Loadsheet*

*Figure 1.9G: Final Loadsheet Acknowledgement*

Data on aircraft APU is shown in *Figure 1.9H* below. APU report generated by ACMS sent via ACARS at 1629:33 UTC stated the total APU cycles and hours were 15,699 cycles and 22,093 hours. APU hours for the previous flight was 4 hours.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................

```
16:29:33  46818489  Incoming Downlink  9M-MRO  MH0370  IOR2  MHKULKJACM001  071629  DFD  RELAY
Normal              B777 APU Report                       QXSXMXS

QU DPCCAMH
.QXSXMXS 071629
LDFD
FI MH0370/AN 9M-MRO
DT QXT IOR2 071629 D00A
-  MAS002A0        B777 APU OPS REPORT            332

ACID   FLT  FM FLCT  DATE    GMT   DPT  DST
MRO   S370 PO  318 07/03/14 16:29:12 WMKK ZBAA

        SWID       SFC
316A-BSM-710-02 17911

APU CYC  APU TOT HRS  APU PREV FLT HRS
15699     22093            4
```

*Figure 1.9H: APU Report*

Engine take-off and climb reports transmitted via ACARS are explained in Section 1.6.3.8. Engine parameter reports were transmitted to MAS and then to Rolls Royce for Engine Health Monitoring (EHM). *Appendix 1.9A* shows these data in coded form. The decoded data are shown in *Appendix 1.6B*.

The first (which was also the last) position report was transmitted via ACARS at 1707:29 UTC, 07 March 2014 [0107:29 MYT, 08 March 2014]. This was a collation of 6 reports generated at 5-minute intervals by the system at 1641:43 UTC, 1646:43 UTC, 1651:43 UTC, 1656:43 UTC, 1701:43 UTC and 1706:43 UTC, 07 March 2014. Parameters transmitted are as per *Table 1.9A* below. The actual traffic log on the position report is reproduced in *Figure 1.9I*. Position reports were programmed to be transmitted every 30 minutes.

| Greenwich Mean Time (GMT) – UTC | 1641:43 | 1646:43 | 1651:43 | 1656:43 | 1701:43 | 1706:43 |
|---|---|---|---|---|---|---|
| Altitude (ALT) – Feet | 10,300 | 10,582 | 21,193 | 28,938 | 34,998 | 35004 |
| Calibrated Airspeed (CAS) – Knots. | 168.4 | 261.8 | 301.1 | 303.1 | 278.0 | 278.4 |
| MACH | 0.255 | 0.478 | 0.669 | 0.783 | 0.819 | 0.821 |
| Total Air Temperature (TAT) | 31.1 | 23.4 | 11.6 | 2.6 | -13.4 | -13.1° C |
| Static Air Temperature (SAT) | 27.3 | 10.4 | -11.8 | -27.4 | -43.9 | -43.8° C |
| Latitude (LAT) | 2.767 | 3.074 | 3.553 | 4.109 | 4.708 | 5.299 |
| Longitude (LONG) | 101.715 | 101.760 | 101.988 | 102.251 | 102.534 | 102.813 |
| Gross Weight (GWT) – lb | 492,520 | 489,200 | 486,240 | 483,840 | 481,880 | 480,600 |
| Total Remaining Fuel Weight (TOTFW) – kg | 49,200 | 47,800 | 46,500 | 45,400 | 44,500 | 43,800 |
| Wind Direction (WINDIR) | 140.3 | 107.6 | 91.8 | 58.4 | 69.6 | 70.0 |
| Wind Speed (WINDSP) | 1.25 | 9.38 | 19.50 | 10.63 | 17.38 | 17.13 |
| True Heading (THDG) | -33.5 | 27.7 | 27.8 | 26.0 | 26.8 | 26.7 |

*Table 1.9A ACARS Position Report*

.............................................................................................................



*Figure 1.9I: Position Report*

The first message sent to the aircraft cockpit printer from the MAS ODC was at 1803:23 UTC. The ACARS message requested the crew to contact the HCM ATCC immediately. The incoming downlink message at 1803:24 UTC showed the message failed to reach the aircraft. Messages are auto transmitted every 2 minutes and the message was retransmitted until 1843:33 UTC but all messages failed to get a response. Automated downlink message by ACARS showed 'failed'. Message sent to the aircraft cockpit printer and the Automated Downlink messages are shown in *Figures 1.9J* and *1.9K*, respectively.

*Figure 1.9J: Message from MH ODC*

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................

| 18:06:25 | 46819784 | Incoming Downlink | 9M-MRO | MHO370 | | MHKULKJACM001 | 071806 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

*Figure 1.9K: Automated Downlink Message*

### 1.9.5 Satellite Communications (SATCOM)

### 1.9.5.1 SATCOM System Description

SATCOM is an acronym of, and generic term for, satellite communications. SATCOM operates by using satellites to relay radio signals between the sender and receiver. It can cover far more distance and wider areas than other radios. SATCOM can be used to transmit words, pictures and other forms of information.

The aircraft, 9M-MRO, was equipped with a SATCOM terminal that used the Inmarsat Classic Aero system. The Inmarsat system utilises a constellation of satellites to provide nearly global coverage, the exception being polar areas.  The aircraft SATCOM system, also referred to as an Airborne Earth Station (AES) operates on L Band, transmits at 1.6 GHz and receives at 1.5 GHz.  For this aircraft, the SATCOM system provided a total of five voice channels and one data channel. The satellite link provides the following functions:

- Audio and text communication;
- ACARS data; and
- In-flight Entertainment (IFE) Equipment connectivity.

The Earth or Ground Station uses C Band, transmits at 6 GHz and receives at 4GHz. Inmarsat uses a network of Ground Earth Stations (GES) to communicate with the satellites and connect the SATCOM signal to other terrestrial data networks such a telephone systems, internet, etc.

When the SATCOM AES is first powered on, it sends a log-on request to the GES to initiate service.

There are a number of channels available for messages to be sent between the Satellite and Earth Station.  One of the channels is called the 'common access channel', which aircraft will constantly listen to when able to do so.

If the GES has not heard from an aircraft for an hour after the last communication, it automatically transmits a 'log on/log off' ("ping") message on the common access frequency using the aircraft's unique identifier.  If the aircraft receives its 'unique identifier', it returns a short message that it is still logged onto the network.  Both the initial log-on request and the hourly ping have been termed as a 'handshake'.

The SATCOM AES consists of the following equipment: Radio frequency unit (RFU), Radio frequency attenuator (RF ATTN), Radio frequency splitter (RFS), Class C high power amplifier (HPA), Class A high power amplifier (HPA), High power relay (HPR), three low noise amplifier/diplexers (LNA/DIPs), Low gain antenna (LGA), two beam steering units (BSUs), two high gain antennas (HGAs), Radio frequency combiner (RFC) and Satellite data unit (SDU).

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.........................................................................................................

The SATCOM avionics are located on the E11 rack, which is in the crown area aft of doors 3 left/right. The High Gain antennas are mounted above door 3 left and door 3 right. The Low Gain antenna is mounted on the fuselage centreline. The SATCOM Circuit Breakers (CB) are located in the Main Equipment Center (MEC).

The Satellite Data Unit (SDU) receives 115v ac from the Left Main bus.

The diagram in *Figure 1.9L* below shows the complete set of SATCOM units, including avionics, High Gain Antenna Subsystem and Low Gain Antenna Subsystem. It also shows interfaces to the aircraft cockpit and cabin systems and functions.  The following notes are intended to be read in conjunction with *Figure 1.9L:*

1. CDU (3) are the three Control Display Units, otherwise known as Multi-function Control Display Units (MCDUs).

2. CPMU is Cabin Passenger Management Unit, which provides an interface between the Panasonic IFE and the SDU, for any Data-3 SMS/e-mail messages.

3. AMU is the Audio Management Unit, which feeds cockpit audio to and from the SDU.

4. CTU is the Cabin Telecommunications Unit, which provides an interface between the in-seat handsets and the SDU, for cabin telephony calls, were that functions available. In the case of 9M-MRO, the in-seat phones can only be used for seat-to-seat calling.

5. AIMS Cabinet is one of two Airplane Information Management System cabinets, which route numerous information to and from the SDU, including ACARS data, Navigational data, AES ID and Flight ID.

6. SATCOM Maintenance Switch is not relevant to this document, as no maintenance activity is possible in flight.



Reprinted with permission from the Boeing Company

*Figure 1.9L: SATCOM System*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................

The photo in *Figure 1.9M* below shows the Honeywell/Racal (Honeywell/Thales) MCS-6000 SATCOM Units – RFU (left), SDU (centre) and HPA (right)



*Figure 1.9M RFU (left), SDU (centre) and HPA (right)*

### 1.9.5.2 SATCOM Ground Station Logs of the Event – Introduction

Throughout the flight of MH370, the aircraft communicated through the Inmarsat Indian Ocean Region (IOR) I-3 Satellite and the GES in Perth, Australia.

*Figure 1.9N* shows the Inmarsat I-3 IOR Satellite Coverage Map. The blue lines represent the elevation angle to the IOR satellite for a SATCOM unit on the ground or in the air. Due to the satellite inclination, the elevation angles are approximate.

MH370 departed KLIA at 1642 UTC [0042 MYT, 8 March 2014]. At 1707 UTC, the SATCOM system was used to send a standard ACARS report, normally sent every 30 minutes. This message indicated there was sufficient fuel for MH370 to remain airborne until approximately 0012 UTC [0812 MYT].

The ACARS reports expected at 1737 UTC and 1807 UTC were not received. The next SATCOM communication was a log-on request from the aircraft at 1825 UTC. From that point until 0010 UTC, SATCOM transmissions indicate that the link was available, although not used for any voice, ACARS or other data services. At 0019 UTC, the AES initiated another log-on request. This was the last SATCOM transmission received from the AES.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................



*Figure 1.9N: Inmarsat I-3 IOR Satellite Coverage Map*

Apart from a short period around 1825 UTC [0225 MYT, 8 March 2014], the SATCOM link was available for the major part of the flight.

Data from the last seven 'handshakes' were used to help establish the most probable location of the aircraft.  Initially only the first six of these 'handshakes' were considered to be complete. The seventh and last 'handshake' that was automatically initiated by the aircraft, was originally assessed as a partial 'handshake'. Subsequent analysis confirmed the 7th handshake could be used to help determine the most probable flight path. Two unanswered ground-to-air telephone calls had the effect of resetting the activity log and hence increased the period between the ground initiated 'handshakes'. The significant times used to identify the most probable final location of the aircraft are tabulated in *Table 1.9B* below. Details of the event's SATCOM ground station logs are provided in paragraphs 1.9.5.3 and 1.9.5.4 below.

**FACTUAL INFORMATION       SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

....................................................................................................................

| | SATCOM TRANSMISSIONS | TIME | |
|---|---|---|---|
| | | UTC | MYT* |
| 1 | Aircraft departed KLIA | 1642 | 0042 |
| 2 | Last ACARS transmission | 1707 | 0107 |
| 3 | 1st handshake – log-on initiated by the aircraft | 1825 | 0225 |
| 4 | Unanswered ground-to-air telephone call | 1839 | 0239 |
| 5 | 2nd handshake initiated by ground station | 1941 | 0341 |
| 6 | 3rd handshake initiated by ground station | 2041 | 0441 |
| 7 | 4th handshake initiated by ground station | 2141 | 0541 |
| 8 | 5th handshake initiated by ground station | 2241 | 0641 |
| 9 | Unanswered ground-to-air telephone call | 2313 | 0713 |
| 10 | 6th handshake initiated by ground station | 0010* | 0810 |
| 11 | 7th handshake – log-on initiated by the aircraft | 0019* | 0819 |
| 12 | Aircraft did not respond to 'handshake' from Satellite Earth Ground Station | 0115* | 0915 |
| | * 08 March 2014 | | |

*Table 1.9B SATCOM 'Handshakes'*

### 1.9.5.3 SATCOM Ground Station Logs of the Event - Summary

The SATCOM utilised the Inmarsat Indian Ocean Region (IOR) I-3 satellite and the associated Perth Ground Earth Station (GES) throughout the flight. Inmarsat has confirmed that during the flight, no SATCOM signalling or traffic was routed via any other satellites (including MTSAT) to any other GESs (including MTSAT[7] GESs).

The SATCOM provided the Satellite link for the following functions:

- Cockpit Voice - Call control via the Multi-function Control and Display Units (MCDUs) and audio via the cockpit Audio Management Unit (AMU) and associated headsets

- Cockpit Packet Data (Data-2) - Interface via the ACARS Management Unit (MU)

- Cabin Packet Data (Data-3) - Interface via the Panasonic System 3000i IFE equipment:

    - SMS/e-Mail
    - BITE-offload

The GES logs contain the following key information for each transmission to and from the aircraft:

- Time tag, Satellite and GES (Note: the timestamp accuracy does vary between the different logs, but should always be <1 second, and usually to a few milliseconds)

- Channel Type, Channel Number (frequency), Received Carrier/Noise Density Ratio (C/No), channel Bit-Error-Rate (BER), Burst Frequency Offset (BFO) and Burst Timing Offset (BTO, or round trip delay).

---

[7]  MTSAT – A series of Japanese weather and aviation satellites and GESs. MTSAT-1R and MTSAT-2 satellites are interoperable with Inmarsat satellites.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

- All payload data (excluding voice frames) contained within the transmission – these are known as the Signal Unit contents.

The events are summarised below. All times are in UTC. In the summary below, times are truncated to the nearest minute (the format is Hours:Minutes) and in Section 1.9.5.4, times are truncated to the nearest second (the format is Hours Minutes:Seconds).

1. Prior to take-off, the SATCOM Logged On (normally) a number of times, the last time being at 16:00, when it sent a valid Flight ID to the GES. The SATCOM link was available for both voice and data (known as Log-On Class 3).

2. After take-off, the IFE SMS e-mail application sent a normal beginning-of-flight message at 16:42 (containing the correct Airborne Earth Station [AES ID], Flight ID "MAS370", origin airport "WMKK", and destination airport "ZBAA"), indicating that the IFE was receiving the valid Flight ID, origin airport and destination airport from AIMS and the ICAO (AES) ID from the Satellite Data Unit (SDU) at this time.

3. The SATCOM link was available for most of the flight, excluding periods leading up to 18:25 UTC, 07 March and 00:19 UTC, 08 March 2014.

4. When the SATCOM link was re-established at the above times, no Flight ID was present.

5. During each of the two in-flight Log-Ons at 18:25 UTC and 00:19 UTC, the GES recorded abnormal frequency offsets for the burst transmissions from the SATCOM.

6. There is no indication of the SATCOM link being manually Logged Off from the cockpit (via an MCDU). Such activity would have been captured in the GES logs, but it was not.

7. No Data - 2 ACARS traffic was observed after 17:07 UTC, 07 March 2014.

8. The IFE equipment set up two ground connections over SATCOM (for the SMS e-mail application and Built-In Test Equipment (BITE) application) after the SATCOM re-established the link at 18:25 UTC, 07 March 2014 (normal), but not after the SATCOM re-established the link at 00:19 UTC, 08 March (abnormal). At no time during the flight was any user data sent over the link by means of the SMS/e-Mail application.

9. Two Ground-to-Air Telephony Calls were placed to the cockpit from the MAS Operations Centre at Airline Operational Communications (AOC) Q10 priority level at 18:39 UTC and at 23:13 UTC, 07 March. Neither of the calls was answered.

10. The SATCOM responded normally to a series of roughly hourly Log-On Interrogations from the Perth GES, up to and including a Log-On Interrogation at 00:10 UTC, 08 March 2014. The two unanswered ground to air calls at 18:39 UTC and 23:13 UTC reset the Perth GES inactivity timer and hence the Log-On Interrogations were not always hourly.

11. The last transmission received from the SATCOM occurred at 00:19 UTC, 08 March 2014 and the SATCOM failed to respond to a series of three Log-On interrogations starting at 01:15 UTC, 08 March.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................

### 1.9.5.4 SATCOM Ground Station Logs - Key Observations in Chronological Order

1. **1250:19** - Prior to take-off, the SATCOM initiates a normal Log-On as Class 1 (data only capable) via the Pacific Ocean Region (POR) I-3 satellite, using the Low Gain Antenna (LGA) subsystem. No flight ID is sent to the GES at this time. This is the first SATCOM activity recorded at the GES since 0802:27.

2. **1555:57** - The SATCOM initiates a normal Log On Renewal as Class 1 (data only capable) via the POR I-3 satellite, using the LGA subsystem, this time with a valid Flight ID.

3. **1557:49** - The SATCOM initiates a normal Log-On as Class 3 (voice and data capable) via the POR I-3 satellite, using the High Gain Antenna (HGA) subsystem, with a valid Flight ID.

4. **1559:57** - The SACOM initiates a Log-On handover as Class 3 (voice and data capable) to the IOR I-3 satellite, using the HGA subsystem, with a valid Flight ID.

5. **1642:04** - After take-off, the IFE SMS e-mail application sends a normal beginning-of-flight message.

   a. The message contained the correct AES ID, Flight ID "MAS370", origin airport "WMKK", and destination airport "ZBAA".

   b. This indicates that the IFE was receiving the Flight ID, origin airport and destination airport from AIMS and the ICAO (AES) ID from the SDU at this time.

6. **1707:48** - Last Acknowledged DATA-2 ACARS Message. No further SATCOM Data-2 ACARS messages or acknowledgements were received at the GES for the remainder of the flight.

7. **1803:41 -** GES initiates a DATA-2 ACARS transmission (uplink), but receives no acknowledgement from the SATCOM.

   a. Therefore, the SATCOM Link was lost at sometime between 1707:48 and 1803:41.

   b. There is no evidence of a cockpit-initiated manual Log-Off of the SATCOM.

8. **1805:11** - GES initiates a DATA-2 ACARS transmission, but receives no acknowledgement from the SATCOM, indicating that there is still no SATCOM link at this time.

9. **1825:27** - SATCOM Log-On, initiated from the aircraft terminal.

   a. This is the first 'handshake'.

   b. This marks the end of the link lost period that began at sometime between 1707:48 and 1803:41.

10. **1825:34** – SATCOM Log-On, successfully completed.

    a. The SATCOM link becomes available (for both voice and data – Class 3) once more and normal SATCOM operation resumes (except that there is no Data-2 ACARS traffic which is normally transmitted at least once every 30 minutes).

    b. No Flight ID was sent to the GES during the Log-On.

**FACTUAL INFORMATION**         **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...............................................................................................

    c. The GES recorded abnormal BFOs for the SATCOM Log-On Request and Log-On Acknowledge transmissions.

11. **1827:03** – The IFE sets up a Data-3 ground connection (X.25 circuit) over SATCOM for an SMS/e-mail application after the SATCOM link is re-established.

12. **1828:05** – The IFE sets up a Data-3 ground connection (X.25 circuit) over SATCOM for a BITE application after the SATCOM link is re-established.

13. **1839:52** – Ground to Air Telephony Call Placed from a number with country code 60

    a. Q10 Airline Operational Communications (AOC) Priority Level

    b. This call would have been routed to the cockpit and should have resulted in a chime and an incoming visual annunciation on the Audio Control Panels (ACPs), and, if the appropriate SATCOM page was selected, then also on one or more MCDU.

    c. The GES logs show zero duration, indicating that the call went unanswered. Note that there are two methods for the answering of an incoming call: Either by pressing the relevant Line Select Key on an MCDU, or by keying a microphone.

14. **1840:56** – The GES logs show that the unanswered Ground to Air telephony call was cleared by the calling party.

15. **1941:00** – Log-On Interrogation by the Perth GES, with a response from the SATCOM

    a. This is the second 'handshake', whereby the GES inactivity timer has expired and the GES has sent a message to interrogate the status of the SATCOM.

    b. The SATCOM responded normally and the SATCOM link was therefore available at this time.

16. **2041:02** – Log-On Interrogation by the Perth GES, with a response from the SATCOM

    a. This is the third 'handshake'.

    b. The SATCOM responded normally and the SATCOM link was therefore available at this time.

17. **2141:24** – Log-On Interrogation by the Perth GES, with a response from the SATCOM

    a. This is the fourth 'handshake'.

    b. The SATCOM responded normally and the SATCOM link was therefore available at this time.

18. **2241:19** – Log-On Interrogation by the Perth GES, with a response from the SATCOM

    a. This is the fifth 'handshake'.

    b. The SATCOM responded normally and the SATCOM link was therefore available at this time.

19. **2313:58** - Ground to Air Telephony Call Placed from a number with country code 60

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

    a. Q10 AOC Priority Level.

    b. This call would have been routed to the cockpit and should have resulted in a chime and an incoming visual annunciation on the Audio Control Panels, and, if the appropriate SATCOM page was selected, then also on one or more MCDU.

    c. The GES logs show zero duration, indicating that the call went unanswered. Note that there are two methods for the answering of an incoming call: Either by pressing the relevant Line Select Key on an MCDU, or by keying a microphone.

20. **2315:02** - The GES logs show that the unanswered Ground to Air telephony call was cleared by the calling party.

21. **0010:58** - Log-On Interrogation by the Perth GES, with a response from the SATCOM

    a. This is the sixth 'handshake'.

    b. The SATCOM responded normally and the SATCOM link was therefore available at this time.

22. **0019:29** - SATCOM Log-On, initiated from the aircraft terminal. This is the seventh 'handshake'.

23. **0019:37** - SATCOM Log-On, successfully completed

    a. The SATCOM link becomes available (for voice and data – Class 3) once more and normal SATCOM operation resumes.

    b. No Flight ID was sent to the GES during the Log-On.

    c. The GES recorded an abnormal frequency offset for the SATCOM Log-On Request and Acknowledge transmissions.

    d. The IFE did not subsequently establish the two Data-3 X.25 connections over the SATCOM.

    e. Note that this is the last transmission received from the aircraft terminal.

24. **0115:56** - Log-On Interrogation by the Perth GES, with no response from the SATCOM

    a. The SATCOM Link was lost at sometime between 0019:37 and 0115:56.

    b. There is no evidence of a cockpit-initiated manual Log-Off of the SATCOM.

25. **01:16:06** – Log-On Interrogation by the Perth GES, with no response from the SATCOM

26. **01:16:15** – Log-On Interrogation by the Perth GES, with no response from the SATCOM

## SECTION 1.10 – AERODROME INFORMATION

Not applicable at this stage of the investigation.

..................................................................................................

## SECTION 1.11 - FLIGHT RECORDERS

The aircraft was equipped with two crash-protected recorders:

i.  Solid State Flight Data Recorder (SSFDR)
ii. Solid State Cockpit Voice Recorder (SSCVR)



(Reprinted with permission from the Boeing Company)

*Figure 1.11A Location of SSFDR*

### 1.11.1 Solid State Flight Data Recorder (SSFDR)

The solid state flight data recorder is located in the Electronic Equipment rack, E7, which is in the aft cabin above the ceiling (*Figure. 1.11A* above).

The SSFDR receives and stores selected aircraft parameters from various aircraft systems and sensors in a crash-protected solid state memory.

The flight data recorder system (FDRS) operates during any engine start, while any engine is running, during test or when the airplane is in the air. The SSFDR is powered from the right AC transfer bus which is powered by the engine generators or the APU generator. If none of these generators are functioning due to non-operation of the engines and APU then the bus will not be powered and the SSFDR will not operate in the air.

This is a solid state flight data recorder (SSFDR) with a recording capacity of at least twenty-five hours.

**FACTUAL INFORMATION**          **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
........................................................................................................................

The SSFDR records the most recent 25 hours of flight and records more than 1300 parameters. The SSFDR is a 256 word per second (wps) data rate recorder. The most recent flight data recorder download for this aircraft was in September 2013 and this was carried out for the annual readout. The annual readout extracts 151 parameters for evaluation. Details of the SSFDR installed and specifications are as follows:

- Manufacturer: Honeywell
- Model: SSFDR Model 4700
- Part Number (P/N): 980-4700-042
- Serial Number (S/N): SSFDR-08636
- Date last installed on aircraft: 26 August 2012
- Weight: 6.8 kg
- Electricity Consumption: 15 W, 115 VAC 400 Hz
- Impact Shock: 3400 G for 6.5 ms
- Fire Temperature: Max 1100°C (30 min)
- Deep Sea Pressure and Sea Water Immersion: 20,000 ft.

### 1.11.2 Solid State Cockpit Voice Recorder (SSCVR)

The solid state cockpit voice recorder is in the Electronic Equipment Rack, E7, in the aft cabin above the ceiling and located adjacent to the SSFDR (*Figure 1.11B* below).

The solid state cockpit voice recorder (SSCVR) has a recording capacity of at least two hours in standard quality and thirty minutes in high quality. The voice recorder system receives flight deck sounds and flight crew communications. It keeps this audio in a solid state memory.



(Reprinted with permission from the Boeing Company)

*Figure 1.11B – Location of SSCVR*

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
......................................................................................................

Four audio channels go to the SSCVR. Channel 1, 2, and 3 audio is from the audio management unit (AMU). Each channel carries audio from one crew member's flight interphone audio. The audio on each channel is the sum of these signals:

- Hot mic audio (microphone audio when there is no press-to-talk [PTT])
- Received audio as selected on the crew member's audio control panel (ACP)
- Side tone audio to the crew member

Channel 4 audio is from the Cockpit Area Microphone (CAM). The CAM sends flight deck area audio to the SSCVR.

The SSCVR operates any time power is available on the Left AC transfer bus. This bus is not powered from batteries or the Ram Air Turbine (RAT).

Details of the SSCVR installed and the specifications are as follows:

- Manufacturer: Honeywell
- Model: SSCVR Model 6022
- Part Number (P/N): 980-6022-001
- Serial Number (S/N): 2677
- Date last installed on aircraft: 26 August 2012
- Weight: 5.9 kg
- Electricity Consumption: 8 W, 115 VAC 400 Hz
- Impact Shock: 3400 G for 6.5 ms
- Fire Temperature: Max 1100°C (30 min)
- Deep Sea Pressure and Sea Water Immersion: 20,000 ft.

**1.11.3 Underwater Locator Beacons (ULB)**

Both crash-protected recorders were equipped as provided by the regulations with underwater locator beacons (ULB) whose transmission time is at least 30 days, on the 37.5 kHz frequency, operating depth up to 20,000 ft. (6096 m) and activated with fresh or salt water immersion. Detail specifications are as per below:

- Manufacturer: Dukane
- Model: DK-100 / DK-120
- Operating Frequency: 37.5 kHz ± 1 kHz
- Operating Depth: Surface to 20,000 ft. (6,096 meters)
- Pulse Length: 10 milliseconds + 10%
- Pulse Repetition Rate: Not less than 0.9 Pulse/Sec
- Operating Life: 30 days (minimum)
- Battery Life In Beacon: 6 Years
- Acoustic Output, Initial: 1060 dynes/cm² rms pressure at 1 meter (160.5 dB)
- Acoustic Output After 30 Days: 700 dynes/cm² rms pressure at 1 meter (157.0 dB)
- Operating Temperature Range: +28°F (-2.2°C) to +100°F (+37.8°C)
- Actuation: Fresh or salt water
- Radiation Pattern: Rated output over 80 percent of sphere

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

- Size: 1.30 inches (3.30 cm) diameter x 3.92 inches (9.95 cm) long (less mount)
- Weight, Beacon: 6.7 ounces (190 grams)
- Storage Temperature Range: -65°F (-54°C) to 160°F (71°C)

The SSFDR was attached with a ULB as below:

- S/N: SC26210
- ULB Expiry Date: December 2012

The SSCVR was attached with ULB as below:

- S/N: Not Recorded
- ULB Expiry Date: June 2014

### 1.11.3.1 SSFDR ULB Battery Expiry

According to maintenance records, the SSFDR ULB battery expired in December 2012. There is no evidence to suggest that the SSFDR ULB battery had been replaced before the expiry date. The SSCVR ULB battery however was replaced, as scheduled, with the next expiry in June 2014. There is some extra margin in the design to account for battery life variability and ensure that the unit will meet the minimum requirement. However, once beyond the expiry date, the ULB effectiveness decreases so it may operate, for a reduced time period until it finally discharges. While there is a definite possibility that a ULB, will operate past the expiry date on the device, it is not guaranteed that it will work or that it would meet the 30-day minimum requirement. There is also limited assurance that the nature of the signal (characteristics such as frequency and power) will remain within specification when battery voltage drops below the nominal 30-day level.

Technical Log records showed that the SSFDR (together with the ULB) was replaced on the aircraft on 29 February 2008. Component installation records for the ULB showed that at the time the SSFDR was replaced on aircraft the expiry date for the battery was December 2012.

Interviews were held with the MAS Engineering Technical records staff to determine why the ULB battery was not replaced before the expiry. It was revealed that the Engineering Maintenance System (EMS, a computer system used to track and call out maintenance) was not updated correctly when the SSFDR was replaced on 29 February 2008. The update involves 'removal' of the old unit in the system followed by 'installation' of the new unit. In this particular instance, although the old unit was 'removed', the new unit was inadvertently not 'installed' in the system. If the system was updated correctly on the installation, the next due for removal would have been for the replacement of the ULB battery. Since the system was not updated it did not trigger for the removal of the SSFDR for replacement of the ULB battery when it was due. ULB battery replacement is normally done in the workshop by routing the removed SSFDR, together with the ULB, to the workshop. This oversight was not noted until after the disappearance of MH370 when details of the ULBs were requested.

Subsequently, MAS Engineering Technical records carried out a fleet-wide record inspection for the ULBs to ensure all records for other aircraft are updated accordingly.

FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)
..................................................................................................................................

## SECTION 1.12 - WRECKAGE AND IMPACT INFORMATION

The aircraft's flight path was estimated using complex analyses of the satellite data and aircraft performance. The last recorded position was determined to be in the south-eastern Indian Ocean, far from land.  Since there is no land within fuel plus gliding distance of the last recorded position, the aircraft most likely ditched or impacted the sea in the south-eastern Indian Ocean.

## SECTION 1.13 - MEDICAL AND PATHOLOGICAL INFORMATION

Refer Section 1.5.10 - Personal Information

## SECTION 1.14 - FIRE

Aircraft fire could not be established as there was no reported of air or ground fire.

## SECTION 1.15 - SURVIVABILITY

Not applicable at this stage of the investigation.

## SECTION 1.16 - TESTS AND RESEARCH

Not applicable at this stage of the investigation.

## SECTION 1.17 - ORGANISATIONAL AND MANAGEMENT INFORMATION

### 1.17.1 Department of Civil Aviation (DCA) Malaysia

The DCA is an agency under the purview of the Ministry of Transport (MOT) with the authority to regulate and oversee all technical-operational aspects of the civil aviation industry in Malaysia.

As a Contracting State of the International Civil Aviation Organisation (ICAO) since 1958, Malaysia through DCA is responsible to ensure that the safety and security of flights are consistently maintained at the highest level possible, and at the same time, to ensure the safety of the Malaysian airspace for aircraft operations in conformity to the requirements of ICAO in all aspect of polices, regulations and Standards and Recommended Practices (SARPs).

Malaysia's civil aviation system is based on the Federal Constitution as the supreme law. The legal framework in place consists of the following legislations enacted by Parliament:

- Civil Aviation Act 1969 (Act 3), last amended 01 June 2003
- Aviation Offences Act 1984 (Act 307);
- Airport and Aviation Services (Operating Company) Act 1991 (Act 467); and
- Carriage by Air Act 1974 (Act 148)

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................................

Specifically, Section 3 of the *Civil Aviation Act* 1969 empowers the Minister of Transport "to give effect to the Chicago Convention and regulate civil aviation." Under the authority conferred by the same provision, the Minister of Transport also enacted the *Civil Aviation Regulations 1996 (CAR) [P.U. (A) 139/96]*.

CAR 201 stipulates the use of 'ipso facto' to address ICAO Annexes 1 to 18, including the application of not only ICAO Standards, but also the recommended practices, provided that a regulation has not already been established in CAR and that a difference has not been notified to ICAO. In particular, DCA relies completely on CAR 201 for the implementation of Annexes 3, 4, 5 and 12.

The *Civil Aviation Act 1969* or Act 3 also empowers the Minister of Transport to make rules providing for "the investigation in such manner as may be prescribed, including by means of a tribunal established for the purpose, of any accident either occurring in Malaysia or occurring to Malaysian aircraft." In addition, this Act provides the Minister of Transport, the Chief Inspector of Air Accidents Investigation Bureau (AAIB) with the proper authority and legal tools to conduct investigations effectively, and in compliance with Annex 13.

The CAR defines which accidents and incidents shall be reported and empowers the Minister of Transport to appoint a Chief Inspector of Air Accidents and Incidents. CAR provides for the Chief Inspector to "determine whether or not an investigation shall be carried out in respect of any accident to which these regulations apply and the form of investigation". The Chief Inspector may carry out, or may cause another Inspector to carry out, an investigation of any such accident. The CAR also makes provision for the mandatory submission of a report to the Director-General of Civil Aviation (DGCA) in respect of any reportable occurrence. No provision is however made for a voluntary non-punitive reporting system.

## a) Main Functions and Responsibilities of DCA

  i. To exercise regulatory functions in respect of civil aviation and airport and aviation services including the establishment of standards and their enforcement;

 ii. To represent the Government in respect of civil aviation matters and to do all things necessary for this purpose;

iii. To ensure the safe and orderly growth of civil aviation throughout Malaysia;

 iv. To encourage the development of airways, airport and air navigation facilities for civil aviation;

  v. To promote the provision of efficient airport and aviation services by the licensed company; and

 vi. To promote the interests of users of airport and aviation services in Malaysia in respect of the prices charged for, and the quality and variety of, services provided by the licensed company.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...............................................................................................................................

### b) Responsibility of the Director-General of DCA (DGCA)

The Civil Aviation Act 1969 (Act 3) clearly states the duties and functions of the DGCA (including the authority to delegate powers, duties and functions) and, by extension, the objectives and functions of the DCA.



*Figure 1.17A Organisation Structure of DCA*

Among the several divisions under its jurisdiction, DCA has eight Divisions engaged in safety, security and licensing-related functions, as follows (*Table 1.17A* below):

| | |
|---|---|
| i.  Flight Operations Sector      ) | Grouped under a broader unit |
| ii.  Airworthiness  Sector          ) | called Engineering and Flight |
| iii.  Flight Calibration Division  ) | Operations |
| iv.  Air Traffic Management Sector | |
| v.  Air Traffic Management Inspectorate Division | |
| vi.  Aviation Security Division | |
| vii.  Airport Standards Division | |
| viii.  Malaysian Aviation Academy Division | |

*Table 1.17A – Sectors and Divisions of DCA*

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................

This Section focuses only on the Air Traffic Services, Airworthiness and Flight Operations Sectors of the DCA.

## 1.17.1.1 Air Traffic Services (ATS)

### 1.17.1.1.1 Air Traffic Management (ATM) Sector

The Director of the ATM Sector is responsible to the DGCA for the planning, implementation and operation of the air traffic services systems in the two Malaysian Flight Information (FIR), i.e. Kuala Lumpur and Kota Kinabalu FIRs respectively, in accordance with the ICAO SARPS.

The function of the ATM Sector is responsible for the provision of air traffic service for the safe and efficient conduct of flight within Malaysian airspace pursuant to the Chicago Convention 1947.

The Malaysian airspace is divided into the Kuala Lumpur and Kota Kinabalu FIRs, where operations are associated with air traffic control units. There are 2 Air Traffic Control Centres; in Kuala Lumpur and Kota Kinabalu, a sub-centre in Kuching as well as 12 Control Towers in Peninsular Malaysia, 4 in Sabah and 8 in Sarawak.

The Director of ATM Sector is supported by Regional Director I (Peninsular Malaysia), Regional Director II (Sabah), Regional Director III (Sarawak), Director KLIA and Director of KL ATCC in the functionality of the Sector.

Supporting the Regional Directors/Directors are ATCC Chiefs, Supervisors, DCA Managers, Unit Chiefs, Operational Controllers and support staff.  Other entities are under the direct responsibility of the Director of ATM Sector are Aeronautical Information Service (AIS) and Procedures for Air Navigation Services and Operations (PANS-OPS).

The ICAO SARPS associated with the responsibility of ATM Sector are those contained in:

a)   Annex 1   - Personnel licensing,
b)   Annex 2   - Rules of the Air,
c)   Annex 3   - Meteorological Service for International Air Navigation
d)   Annex 4   - Aeronautical Charts
e)   Annex 5   - Units of Measurement to be used in Air and Ground Operations
f)   Annex 10 - Aeronautical Telecommunications
g)   Annex 11 - Air Traffic Services
h)   Annex 12 - Search and Rescue
i)   Annex 14 - Aerodromes
j)   Annex 15 - aeronautical Information Services

Other relevant documents are;

a)   DOC 4444  - Air Traffic Management Procedures for Air Navigation
b)   Doc 9859    - Safety Management System Manual
c)   CIR 314     - Threat and Error Management (TEM)
d)   DOC 9910   - Normal Operations Survey (NOSS)

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................

e)  DOC 9426  - Air Traffic Services Planning Manual and
f)  Doc 9683   - Human Factors Manual

### 1.17.1.1.2 Air Traffic Inspectorate (ATI) Division

The ATI Division is the regulatory body that oversees the provision of Air Navigation Services (ANS) by the ANS providers to ensure compliance with the national legislations, namely the Civil Aviation Act 1969 and the Civil Aviation Regulations 1996, and ANS-related ICAO Annexes to the Chicago Convention.

The ATI Division develops and establishes the ANS safety standards and performs safety oversight and surveillance activities with the sole aim of regulating the ANS providers. The regulatory Manual of ANS Inspectorate contains the requirements and procedures pertaining to the provision of the ANS, based mainly on the standards and recommendation (SARPS) of ICAO Annexes to the Chicago convention, other ICAO documents and best practices, as may be determined by the ATI Division develops and establishes the ANS safety standards and performs safety oversight and to be applicable in Malaysia. From time to time the ATI Division develops and establishes the ANS safety standards and performs safety oversight and may supplement these ANS safety standards in the form of safety publications such as Air Traffic Inspectorate Directives (ATIDS) or Aeronautical Information Circulars (AIC). Where appropriate, these safety publications will be incorporated into the Manual by amendments.

a) **Safety Oversight Audit/Inspection of ANS Providers** are conducted to effectively regulate the provision of ANS, The ATI Division develops and establishes the ANS safety standards and performs safety oversight and schedules formal annual audits and inspections, and also as and required, for which no notification is given. The audit utilises protocols and compliance checklists to evaluate the level of adherence to stipulated national legislations, and ANS-related ICAO Annexes to the Chicago Convention and ICAO documents, including best practices. Audits are carried out on the ATM Sector at Headquarters, and the ATS Units and ATC training organisations for both the DCA and Royal Malaysian Air Force (RMAF).

b) **ATC Examination** activities include all ATC courses at ATC organisations that are approved by the DGCA and operational ATC examinations at ATS units that control civil air traffic. However, some functions are delegated to designated ATC Check Officers who are appointed on a two-year basis by the DGCA.

c) **ATC Licensing** provisions are promulgated in the Civil Aviation Regulations 1996. The ATID is the authority for issuance, renewal, endorsement and validation of an ATC Licence and an ATC Trainee Licence in accordance with ICAO Annex 1 to the Chicago Convention.

d) **Class 3 Medical Assessment** for ATCOs, as part of the pre-requisite for an ATC Licence and an ATC Trainee Licence, shall only be issued by a Designated Aviation Medical Examiner (DAME). The ATI Division develops and establishes the ANS safety standards and performs safety oversight and maintains a comprehensive database of licensing information for all licensed holders.

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 86 of 587

**FACTUAL INFORMATION**          SAFETY INVESTIGATION FOR MH370 (9M-MRO)
..................................................................................................................

e) **English Language Proficiency (ELP) Assessment** is required for ATCOs and aeronautical station operators, and they must meet the minimum required proficiency level for radiotelephony communications i.e. Level 4 in accordance with ICAO Annex 1 to the Chicago Convention.

f) **ATC Incident Investigations** are carried out for ATC safety-related occurrences to evaluate the effectiveness of the ATC system and its components, as well as recommending mitigation actions towards enhancements. The investigative process includes the Incident Review Panel (IRP), THE Board of Inquiry (BOI) and the Safety Review Boards).

To enable the military to meet its national operational requirements, a number of control zones, training areas and danger areas have been established. Operational control of these airspaces and responsibility for the provision of air traffic services within these airspaces have been  delegated to the military. Close cooperation and coordination between the civil and military authorities has been established.

Provision of approach control service (within lateral limits of Butterworth Control Zone: 5,500 ft. altitude – FL245. (elsewhere 2,500 ft. altitude - FL245).  Air traffic to/from the civilian Penang International Airport (PIA) is provided by military ATCOs who have been licensed by the ATI Division develops and establishes the ANS safety standards and performs safety oversight and to ensure the provision of services to civil traffic.  The rationale for such an arrangement is based on the military activities at Butterworth Military Airport (BMA) which is in close proximity to PIA, and other military activities carried out over the high seas in danger areas WMD 412A and WMD 413A (permanently established). Furthermore, the final approach segments of both the PIA and the BMA intersect. No major incident has been recorded with the present arrangement/delegation of authority.

In addition to the licensing and validation of ATCOs, the ATI Division develops and establishes the ANS safety standards and performs safety oversight and is responsible for regulating the checks and standards units at various ATS facilities. It also conducts safety oversight of military ATCOs who are charged with the responsibility of providing air traffic services to civil flights in selected portions of the airspace.

The ATI Division also develops and establishes the ANS safety standards and performs safety oversight and has also developed appropriate processes and procedures to enable the division to carry out its safety oversight functions in accordance with established requirements and in a standardised manner. The Division also has the necessary facilities and equipment to enable the personnel to carry out their safety oversight functions in an effective manner. All necessary procedures, including guidance material, have been developed.

### 1.17.1.1.3 Search and Rescue (SAR)

With respect to SAR, no legislation specifically addresses the provision of assistance to aircraft in distress.   However, in Malaysia, aeronautical SAR (ASAR) is provided in accordance with Annex 12 to the Convention of ICAO and *International Aeronautical and*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

*Maritime Search and Rescue (IAMSAR) Manual Vol. I to IV.* As signatory to the Chicago Convention, Malaysia is obligated to provide ASAR services on a 24-hour basis, within the Malaysian Aeronautical Search and Rescue Regions (SRR), (defined within the Kuala Lumpur and Kota Kinabalu FIRs.

With the implementation of National Security Council (NSC) Directive No. 20 effective 11 May 1977, ASAR Operational Procedures have been amended to harmonise with inter-agency    actions during an aeronautical incident.

### a) Primary Aeronautical and Maritime SAR Agencies

#### i. National Security Council (NSC)

National Security Council is the body responsible for establishing, developing and maintaining Aeronautical and Maritime SAR organisation in Malaysia. The Cabinet, through the Secretary of the National Security Council, directs the NSC on policy, international agreements, conventions and operational matter. The NSC is responsible to the Cabinet on all matters pertaining to Aeronautical and Maritime SAR.

#### ii. DCA

The DCA is the SAR Authority for aeronautical incidents, and shall be responsible for the provision of Aeronautical SAR service within Malaysia's Aeronautical Search and Rescue Regions (SRRs). As such DCA shall co-ordinate, liaise, train, equip, staff, maintain, develop procedures and operations and conduct exercises for A-SAR. DCA shall also assist the Maritime SAR Authority, when requested.

#### iii. Malaysian Maritime Enforcement Agency (MMEA)

The MMEA is the SAR Authority for maritime incidents, and shall be responsible for the provision of Maritime SAR service within Malaysia's Maritime SRRs. As such MMEA shall co-ordinate, liaise, train, equip, staff, maintain, develop procedures and operations and conduct exercises for maritime SAR. MMEA shall also assist the Aeronautical SAR Authority, when required.

### b) Aeronautical SAR Plan of Operation

The purpose of this plan is to provide a set of specific Aeronautical SAR Operation Procedures in all SAR missions within the Malaysian SRRs, for which DCA is the SAR Authority for aeronautical incidents and, acts as Chairman to the Aeronautical SAR Working Group.

However, this plan is, by no means, exhaustive in nature, and is to be used in conjunction with IAMSAR MANUAL VOLUMES I, II, and III and as well as other departmental documents issued from time to time.

Operational letters of agreements have also been signed with neighbouring States/SAR Regions. The preparedness and training of all entities is ensured through regular exercises and training.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................

### c) International SAR Treaties, Convention and Agreements

DCA Malaysia participates in a number of international organisations such as ICAO, and agreed to adopt search and rescue (SAR) standards and practices in accordance with the Convention on International Civil Aviation. Finally there are agreements between Malaysia and Indonesia, Singapore, Thailand, Brunei and the Philippines SAR agencies to enhance co-ordination, cooperation and mutual support for operations along commons borders.

### d) SAR Agreements

#### i. Multi-Lateral

As a member state of the Association of South East Asia Nations (ASEAN), and in line with the declaration of ASEAN Concord for co-operation between the member states of Indonesia, Philippines, Singapore and Thailand, Malaysia formalised the following on aeronautical and maritime SAR:

- ASEAN agreements for the facilitations of search for aircraft in distress and rescue of survivors of aircraft accidents, signed at Singapore on 14 April 1972; and

- ASEAN Agreements for the facilitations of search for ships in distress and rescue of survivors of accidents, signed at Kuala Lumpur on May 1975.

#### ii. Bilateral

Malaysia has signed Bilateral Aeronautical SAR Agreements with the following:

- Singapore          -     11 August 1984
- Indonesia          -     29 August 1985
- Thailand           -     09 September 1985
- Philippines        -     09 December 1985
- Brunei  Darussalam -     16 September 1998

#### Others Arrangements

- Special operational procedures for border SAR Malaysia/Indonesia by the General Border Committee, resulting from the special arrangements between the Malaysia/Indonesia SAR Working Group of both countries

- Under the Operational Letter of Agreements between Singapore and Malaysia pertaining to aeronautical SAR service in the South China Sea Corridor Area*, Kuala Lumpur ACC shall take alerting actions while Singapore RCC shall conduct the aeronautical SAR mission.(See AIP Malaysia Volume I ENR 2.2-3):

    *South China Sea Corridor Area is defined as the area West of 105E at flight level 150 to Ground/Sea Level and East of 105E at flight level 200 to Ground/Sea Level, within the dimensions of 023600N 1044500E to 020000N 107000E and along 020000N till the Singapore/Kota Kinabalu FIR boundary*

**FACTUAL INFORMATION      SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

> *- thence along 060000N till the Singapore/Kuala Lumpur FIR Boundary - thence along this boundary to 023600N 1044500E).*

- It shall be noted that the SAR responsibilities over high seas/Malaysia Exclusive Economic Zone (EEZ) or over Malaysia Maritime SAR Region (MSRR) shall be under the jurisdiction of Malaysia SAR authorities exclusively.

### e) Area of Responsibility

In accordance with ICAO agreements to provide search and rescue (SAR) services in Malaysia and adjacent ocean areas, the country has been divided into two search and rescue regions (SRRs) for aeronautical coordination. The international boundaries are in accordance with ICAO agreements.

### f) The SRRs of Malaysia are defined as follows:

- The areas coincide with the boundaries of the Kuala Lumpur and Kota Kinabalu Flight Information Regions; airspace as delegated by **Aeronautical SAR Region (ASRR) Appendix** ICAO under Malaysia's jurisdiction, as promulgated in ICAO's Regional Air Navigation Plan.

The Malaysia ASRR area of responsibility is as *Figure 1.17B* below:



*Figure 1.17B - Malaysia Aeronautical SRR*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...................................................................................................................

### g) Maritime SAR Regions (MSRR)

The waters of Malaysia including the areas declared as the Continental Shelf Boundary and also the waters under the FIRs delegated to Malaysia. This information is published in IMO SAR Plan. *Refer Figure 1.17C for MSSR.*



*Figure 1.17C - Malaysia Maritime SRR*

### h) The responsibilities of DCA on SAR are as follows:

- Developing SAR policies;

- Developing ASAR bi-lateral agreements with adjacent states;

- Establishing, staffing, equipment and managing the ASAR system;

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
........................................................................................................

- Conduct training courses in search and rescue at the Civil Aviation Academy and refresher courses at the ARCC;

- Co-ordinate for SAR training and refresher courses;

- Establishing of ARCCs and ARSC;

- Arranging for SAR facilities;

- Conduct an co-ordinate all SAR missions involving civil aircraft within its areas of responsibility;

- Assist in the conduct of all SAR missions involving military aircraft, when requested by RMAF;

- Assist in the conduct of SAR missions involving vessel when requested by MRCC/MRSC;

- Provision and maintenance of the Kuala Lumpur ACC, Kota Kinabalu ARSC and Kuching ARSC;

- Tasking of SAR participating aircraft or vessel for search and rescue operations:
  - Provision of survival equipment;
  - Periodically conduct national and international search and rescue exercises (SAREX)

### i) Kuala Lumpur Flight Information Region (FIR)

The KL ATCC is headed by the Director and supported by  Deputy Director for ATCC, Deputy Director for KL TMA and 243 ATCOs of various grades. Total number of ATCO posts approved by the government is 353, however as of March 2014 there were 110 vacant posts.  The KL ATCC's Controler Working Positions (CWPs):

### i.  Approach Control Surveillance

- TMA Supervisor.

- Approach North

- Approach South

- Approach Low

- Approach Radar  (Flow Control)

### ii.  Area Control Surveilliance

- Sector 1 Area Control Surveilliance

- Sector 2 Area Control Surveilliance

- Sector 3 Area Control Surveillance

- Sector 4 Area Control Surveillance

- Sector 5 Area Control Surveillance

- Sector 6 Area Control Surveillance (Sector 1 Upper)

- Sector 7 Area Control Surveillance

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................................

### iii. Area Control Procedural

- 5 Area Control Porcedural
- Sector 1 Area Control Porcedural
- Sector 2 Area Control Porcedural
- Sector 3 Area Control Porcedural
- Sector 4 Area Control Porcedural

### iv. Sector Flight Data Assistant/Clearance Delivery

- Sector 1 Flight Data Assistant
- Sector 2 Flight Data Assistant
- Sector 3 Flight Data Assistant
- Sector 4 Flight Data Assistant
- Sector 5 Flight Data Assistant
- Sector 6 Flight Data Assistant
- Flight Data Processing
- Clearance Delivery
- Asst. Clearance Delivery
- Asst. Flight Information Services

### v. Working Positions (No Rating required)

- Watch Manager
- Controller-Pilot Data Link Communications
- Flight Information Services
- High Frequency/Aeronautical Mobile Services Station (HF/AMSS) South East Asia (SEA)1
- HF/AMSS SEA 2
- Aeronautical Fixed Telecommunications Network (AFTN) 1
- AFTN 2

### 1.17.1.2 Airworthiness Sector

The Civil Aviation Act of 1969 empowers the DGCA to exercise its statutory powers to regulate the civil aviation and airport services including the establishment of standards and its enforcement.

The present Civil Aviation Regulation (CAR) of 1996 was derived from the United Kingdom Air Navigation Order (ANO) of the mid-nineties and adopted with certain provisions for the Malaysian requirements. The CAR Fifth Schedule - Aircraft Equipment and Sixth Schedule - Radio and Radio Navigation Equipment to be carried in aircraft, and the DGCA issued Airworthiness Notices (ANs) specifically AN. No. 1 - Aircraft Certification, forms the basis for aircraft airworthiness and design standard for acceptance into Malaysian registry.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................

A comprehensive review of the CARs by some consultants was carried out in March 2013 and the submission of the final report was completed in January 2014. It was anticipated that the introduction of the new CARs would streamline the DCA regulatory functions on similar approach to the European Aviation Safety Agency (EASA) requirements. This would include the introduction of CASR (Civil Aircraft Safety Requirements, AMC (Acceptable Means of Compliance) and GM (Guidance Materials) as part of the Malaysian regulatory framework, requirements and procedures.

The Director of Airworthiness Sector reports directly to the DGCA and is responsible for the operations of five divisions, namely: Continuing Airworthiness, Engineering, Maintenance Repair and Overhaul (MRO), Licensing and Standards.

The primary functions of the Airworthiness Sector include surveillance oversight of the aircraft maintenance activities on scheduled and non-scheduled air carriers, MROs, and the licensing of Aircraft Maintenance Engineers (AMEs). The sector is also responsible for the management of the aircraft register and joint technical audits with the Flight Operations Sector and Air Transport Sector for the issue or renewal of Air Operating Certificate (AOC).

With respect to aircraft accidents or incidents investigation, officers with specific trade and specialisation may be called upon, to assist the Air Accident Investigation Bureau, under the Ministry of Transport.

The Airworthiness Sector has established a minimum qualification of a university engineering degree or an Aircraft Maintenance Engineer's Licence (AMEL) for the posts of Airworthiness Engineers or Airworthiness Inspectors respectively and in addition to that, it requires a minimum of five to seven years hands-on aviation industry experience. At present, 37 out of 40 posts have been filled to effectively support an 8 % annual rate of growth of aircraft increment for the local air transport industry. The Airworthiness Sector has developed a good working relationship with the local aviation organisations whereby, the newly recruited technical staff are given the exposure to work closely with the industry players. The DCA has made provision in the AN No. 1 - Aircraft Certification, for the operator to bear the cost of training for DCAM officers, specifically for the airworthiness engineers, airworthiness inspectors and pilots for new aircraft type to be placed on the Malaysian register. This serves to keep them abreast with the latest development on the local airlines or operators fleet expansion programme.

The DCA Airworthiness Division Manual (ADM) provides guidance and procedures to airworthiness inspectors and airworthiness engineers to carry out their duties and function responsibilities.

The sector emplaces a fairly comprehensive audit plan for the local and international organisations that hold the DCA approvals, and these approved organisations are subject to an annual audit. The audit would also include local and international base maintenance and line stations. These audits may be scheduled on mutual arrangement with the organisation or be carried out on an opportunity basis when the DCA officers are in the vicinity of that organisation during the audit period.

Any audit findings or deficiencies will be raised in the NCRs (Non-Conformance Reports) and categorised into the respective levels of either Level 1, Level 2 or Level 3. The Level 1

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

NCR requires urgent and mandatory compliance to a major deficiency in the audit findings. The sector would review the corrective actions and reschedule an audit of the organisation before closing the finding as acceptable.

The Airworthiness Notices (ANs) are published on regular basis on the DCA website and would serve to notify any current changes on airworthiness policies or requirements for the Aircraft Maintenance Engineers and the aviation organisations to comply with as applicable. Some of the Airworthiness Notices issued by the Airworthiness sector may originate from Original Equipment Manufacturers' (OEMs) service bulletins or in-service difficulties arising from incident or accident reports which may affect aviation safety. The Airworthiness Notices form part of the Malaysian regulatory framework and the expedient means for the aviation industry to comply with at short notice.

The AN No. 11 – Mandatory Occurrence Reporting, requires Air Operators and Maintenance Organisations to transmit information on faults, malfunctions, defects and other occurrences which cause or might cause adverse effects on the continuing airworthiness of the aircraft to the DCA.

 With respect to ICAO Annex 19 – Safety Management, the Airworthiness Sector has implemented the requirement under AN No. 101 – Safety Management Systems (SMS) For Approved Maintenance Organisation (AMO) including Approved Training Organisations (ATOs) in March 2008. The SMS was made effective on 1 January 2009.

The sector is actively involved in the audits of 176 local and international Approved Maintenance Organisations (AMOs) that hold the DCA approvals; continuing airworthiness surveillance of 892 aircraft (of which 839 aircraft are active in operations), 12 Approved Training Organisations (ATOs) for Aircraft Maintenance Engineers and Technicians ab-initio training and also aircraft type training programme. There were 4,212 Licensed Aircraft Maintenance Engineers issued with DCA licence but 2,374 licensed holders remain current.

CAR 30 requires that inspection, overhaul, repair, replacement and modification works on a Malaysian-registered aircraft, including the engines, propellers and aircraft components, are carried out by an approved person or organisation, specifically, under the AMO maintenance organisation exposition procedures. The DCA requires the release of an aircraft 'Certificate of Release to Service' to be issued by an approved or authorised personnel, typed rated on the aircraft type under a DCA approved AMO procedures. The introduction of the new CARs would also address the training requirements and certification responsibilities of both Aircraft Maintenance Engineers in Category B and Aircraft Maintenance Technicians in Category A in their respective trades. The DCA Malaysia Part 66 engineers and technicians licensing system is based on the EASA Part 66 syllabus and training requirements.

### 1.17.1.3 Flight Operations Sector

The Director of Flight Operations reports directly to the DGCA and is responsible for the operations of five divisions, namely: Flight Crew Licensing, Air Operator Regulatory, Flight Simulator, General Aviation and Flight Calibration.

The primary functions of the Flight Operations Sector include surveillance oversight on scheduled and non-scheduled air carriers, flight test and simulator training of pilots, flight

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................................

crew licensing on examinations standards, General Aviation activities, airfields and airways calibration and the conduct of a joint technical audit with the Airworthiness Sector and Air Transport Sector for the issue or renewal of Air Operating Certificate (AOC) for scheduled and non-scheduled air carriers.

With respect to aircraft accidents or incidents investigation, pilots from this sector may be called upon, to assist the Air Accident Investigation Bureau, under the Ministry of Transport.

The sector has established the procedures for Mandatory Occurrence Reporting (MOR) Scheme Guidelines in the Flight Operations Notice for the air operators to comply with in DCA Malaysia website.

With respect to ICAO Annex 19 – Safety Management, the Flight Operations Sector has implemented the requirement under the Aeronautical Information Circular (AIC) No: 06/2008 and in conjunction with ICAO Annex 6 Part 1 Chapter 3 paragraph 3.2.4 and 3.2.5 and Part III Chapter 1 paragraph 1.2.4 and 1.2.5 with effect from 1 January 2009 it requires all Malaysian AOC Holders to implement an integrated Safety Management Systems (SMS).

To date, 8 of the AOC Scheduled Operators have complied with the SMS requirements and approved by the Sector. The implementation of the SMS for the 16 Non-Scheduled Operators is being incorporated in stages.

The following documents: Flight Operations Surveillance Inspector Handbook, Flight Crew Licensing Handbook, Flight Operations Policy and Procedure Manual and Ramp Inspection Handbook form part of the sector procedure manual in carrying out their surveillance responsibilities.

As stated in the authorised Flight Examiner Handbook, each flight examiner is required to conduct at least six instrument flight checks and two type rating checks over the three-year period of their authorisation. In addition, they have to submit a quarterly activity report. In accordance with the Handbook, the authorised examiner has to pass an initial test upon appointment and a renewal test, to be conducted six months prior to the expiration of the authorisation. In between the tests, the examiner will also be the subject of one observation session to be conducted by the inspector.

The present activities of the Flight Operations Sector for surveillance oversight includes 8 Scheduled Operators, 21 Non-Scheduled Operators 8 Approved Flying Training Organisations, 16 new AOC applicants, 12 Flying Clubs, international flight en-route Inspections, domestic and international Station Facility Inspections and Ramp Inspections.

The frequency for Station Facility is once in every 2 years, the RAMP Inspection is 4 inspections at every originating en-route or destination stops, 4 inspections annually at every location but may depend on the safety performance of the operator while Base Inspection for Scheduled Operations and Non-Schedule Operations to be carried out on annual basis.

The sector has a total establishment of 28 pilot posts to manage the various divisions, and of which only 16 posts had been filled. The need for experienced pilots to fill up the various posts had been an issue for most authority body worldwide, unless better incentives are offered.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

### 1.17.2 Malaysia Airlines (MAS)

#### 1.17.2.1 The Organisation

The Airline began in 1937, when the Straits Steamship Company and Imperial Airways formed Malayan Airways Limited in Malaya. It evolved through many changes to Malaysia-Singapore Airlines (MSA) until Singapore had its independence in 1965, where its Malaysian part became Malaysian Airline System (MAS) Berhad. In 1987 the Company took the commercial name of 'Malaysia Airlines' in line with the international promotion of the country.

MAS holds an Air Service Licence (ASL) and Air Operators Certificate (AOC) for scheduled and non-scheduled operations. It was public listed in 1985 with the Government holding a golden share.  At its peak, MAS was having an extensive network of operations with more than 100 destinations spanning over 5 continents around the world. The recession in 1994 affected the airline's business significantly when the operations were drastically scaled down.

The airline's performance for the last 5 years had been a subject of great interest as it had suffered financial losses. Competition from emerging Low-cost operators significantly contributed to the negative performance of the Company. MAS had in its fleet the A380, A330, B747-400, B777-200 and B737-400 and B737-800. Its subsidiaries Firefly & MASWings operates the ATR-72 plying most of the domestic network in Peninsular & East Malaysia

In spite of its scaled down operations it is still a fairy large organisation (*Figure 1.17D* below shows the *Organisation Structure of MAS*), with a staff strength of more than 20,000 employees. It is headed by a Group Chief Executive Officer (CEO) who reports to the Board. Eight Directors report to him, each heading a Division. The divisions are as follows:

a)   Commercial
b)   Operations
c)   Corporate Services
d)   Customer services
e)   Finance
f)   Human Resources
g)   MAS Aerospace Engineering (Engineering & Maintenance Division-EMD)
h)   Group CEO Office

.............................................................................................................



*Figure 1.17D - Organisation Structure of MAS*

### 1.17.2.2 Engineering & Maintenance

#### a) Organisation Structure

The Engineering and Maintenance Department (EMD), also known as MAS Aerospace Engineering, is headed by a Chief Executive Officer (CEO) who is assisted by a Deputy CEO (Airlines Operations) and Senior Vice President (MRO Operations). The Finance, Engineering Materials, Business Support, Business Development, Legal and Warranty departments of the EMD report direct to the CEO of the EMD. Heavy Maintenance, Engineering Commercial, Training, Special Project, Engineering Facility and Workshop departments report to the SVP (MRO Operations). The Technical Services, Maintenance Operations, Aircraft & Engine Maintenance Planning, Quality Assurance, Aircraft Project, Lease Planning, End-of-Lease (EOL)/Airline Engineering Group (AEG) Special Project and EOL Project Departments report to Deputy CEO (Airlines Operations).

#### b) Maintenance and Design Approval

The EMD is responsible to manage and carry out the maintenance of the MAS fleet of aircraft, which consists of B747-400, B777-200, B737-400, B737-800, A330 and A380.

The Maintenance and Management approval was issued by the DCA Malaysia way back in 1971. The approval continues until today and is now based on the approved quality system laid out in the Maintenance Management Organisation Exposition (MMOE). The

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

..................................................................................................

quality management system as detailed in the MMOE is under the responsibility of the Head of the Quality Assurance, who has direct access to the CEO of the EMD.

The EMD also holds other maintenance approvals, notably from the European Aviation Safety Agency (EASA), the Federal Aviation Administration (FAA) of the United States of America (USA), the Civil Aviation and Safety Authority (CASA) of Australia and others, for maintenance of third party aircraft and components. All these approvals have their independent approval process of initial approval, revalidation and surveillance.

The EMD is also issued with Design Organisation Approval by DCA Malaysia. This allows the EMD to make minor design changes on the MAS fleet. To administer this, a team of engineers in the Technical Services department of EMD are qualified and approved in the various aviation disciplines such as Structures, Systems and Avionics.

## c) Training

The EMD has its own Training school which provides ab-initio training to qualify selected candidates to obtain the DCA Malaysia Maintenance Engineers' licences in the Mechanical or Avionics category. There are also training programmes for aircraft and workshop technicians as well as Approval holders. The Training School also administers Continuation training which is required for all staff working on aircraft and in workshops.

## d) Base Maintenance

The EMD has two main bases for base maintenance: KLIA in Sepang and Subang Airport (SZB) in Subang.

The Kota Kinabalu (KBI) base in Sabah is an extension of the KLIA base. These bases are equipped with the hangars and facilities as required in the scope of the approval. The SZB base has 4 hangars to accommodate all aircraft in the MAS fleet. The SZB facility also accommodates all the support workshops for the required maintenance. The KLIA base has 2 hangars, one of which can accommodate the A380-800. The KLIA base has some limited support workshops for maintenance activity under the scope of approval. The BKI, extension of KLIA, has one smaller hangar only capable to accommodate B737 series aircraft.

## e) Line Maintenance

Other than the main bases, there are also line stations according to the regions around the world. These are as follows:

  i.  Peninsular Malaysia
 ii.  Sabah and Sarawak
 iii. South East Asian
 iv.  Far Eastern
  v.  America and Pacific
 vi.  Australian and New Zealand
 vii. Indo-Pakistan/Mideast and African
 viii. European

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...................................................................................................

Line maintenance of aircraft at international line stations is contracted out to the local maintenance organisations. These line maintenance organisations are approved by DCA Malaysia before they undertake the task. The organisations are also subjected to regular audits by MAS and DCA Malaysia.

### f)  Maintenance Authorisation

The EMD had approximately 4000 staff; distributed among the SZB base, KLIA base and the BKI extension base. There were approximately 1240 certifying staff at both SZB and KLIA bases and 41 certifying staff in BKI. The certifying staff consist of the following:

   i.   Licenced Aircraft Maintenance Engineers
   ii.   Workshop approval holders
   iii.   Certifying mechanics
   iv.   Stores Inspectors
   v.   Non Destructive Testing (NDT) approval holders
   vi.   Welders

The Head of Quality Assurance (QA) is responsible for the administration and control of the Certifying staff.

### g) Safety Management System

The EMD had implemented Safety Management System as documented in the Safety Management Manual and as required by DCA Malaysia Airworthiness Notice No. 101. This safety management is a part of the company wide Corporate Safety Management led by the Corporate Safety Oversight department which reports to the Group CEO's office.

### 1.17.2.3  Operations

This division is headed by the Director of Operations and supported by:

   i.   Flight Operations
   ii.   In-flight Services
   iii.   Operations Control Centre
   iv.   Operations System & Support
   v.   Security
   vi.   Director of Operations Office.

### 1.17.2.3.1 Flight Operations

The structure consists of 6 Senior Managerial positions namely:

   i.   QA & Regulatory Affairs
   ii.   Training & Standards
   iii.   Flight Safety & Human Factors
   iv.   Technical & Development
   v.   Crew Planning & Deployment

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...............................................................................................................

   vi.  Line Operations.

All of the above 6 report to the Head of Flight Operations:

### a) Organisation & Management related to B777 Operations

All the fleets in the company fall under the purview of Chief Pilot Line Operations.

The fleet is headed by Fleet Manager B777 who reports to the Chief Pilot Line Operations. The B777 has been with the company for the past 17 years and until March 2014 the fleet comprised of 17 aircraft. On the B777, MAS is approved for 180 minutes ETOPS operation.

### b) Technical Crew

Since the early days of operations, MAS started with domestic and regional services. Thus, the fleet of aircraft had always included small propeller aircraft and short haul twin engine jets.

This is where a new recruit would be posted to, be it fresh ab-initio or experienced pilots from the Air force or General Aviation. The career of a pilot begins as a co-pilot on the smallest Turbo Props, or sometimes when the demand and the promotion is rapid, suitable candidates may be posted direct to the B737 upon entry into the airline. A co-pilot would need to serve for at least 5 to 7 years in the company on the lower fleet before one can be considered for promotion to the B777. They are normally promoted from the B737/200/400/800 or sometimes from the A330 fleet.

The airline embarked into sponsoring fresh cadets for pilot training since it first started but had slowed down this programme with the abundance supply of self-sponsored pilots since the last 5 years.

On the average it would take at least 15 years of flying in the company before a pilot can be promoted to command the B777. Among the factors for career progression, is eligibility in terms of total hours, competency, seniority in the pilot ranking and the airlines expansion plan. In Malaysia Airlines, no young fresh ab-initio pilot would be posted direct to the big Wide Body jet without the smaller twin jets experience.

At point of entry the career progression would start from DHC6/F50, B737 and A330/B777 then finally to the B747 and/or A380. Promotions are normally carried out in this above order. By the time a captain is ready for the B777, he would have at least flown F50, B737 or A330 or combination of all the 3 aircraft with at least a total of 6000 hours, part of which has to be a minimum of 2000 command hours on the smaller jets.

### c) Working Schedule

The working schedule and rest requirement to manage crew fatigue is highly regulated and normally bounded by guidelines stipulated by the CAA UK CAP 371 and the Malaysian Civil Aviation Regulations (MCAR). The MCAR adapts the CAA CAP 371. With the formation of the Joint Aviation Requirements (JAR), DCA Malaysia had gradually

...................................................................................................................

migrated towards regulations stipulated in the JAR. Duty and Flight Time Limitation are strictly guided by these published regulatory documents. In general MAS has since its inception, adopted a more stringent and restrictive measure based on the Memorandum of Understanding (MoU) between the Pilots Association and the Management, to ensure that all Technical Crew are well rested before they are scheduled to any assigned flight duties. The Pilots Association plays an important role to ensure that all these limitations are not exceeded and all these agreed limits are published and available in the MoU. Malaysian Airlines Pilots Association (MAPA) although with limited rights, played a pivotal role in the overall welfare and interest of the pilots.

In the case of MH370, the expected flight and duty time was less than 8 hours, with a single leg of one take-off and one landing. The Regulatory requirement and MoU, only require one set of crew to man the flight. Standard company practice calls for the whole set of crew to lay over in Beijing and fly back the next day. Beijing is a destination that MAS operates on a daily basis with the same aircraft type.

The guidelines for Technical Crew requirement are:

- Less than 8 hours        :        2 crew (1 Captain & 1 Co-pilot)
- Between 8 to 10 hours  :        3 crew (2 Captains & 1 Co-pilot)
- More than 10 hours      :        4 Crew (2 Captains & 2 Co-pilots)

Technical Crew are required to undergo medical check-up by approved Aviation Doctors for their Licence renewal. The medical certificate issued, forms part of the validity of a pilots flying licence.

### d) Safety Management System

MAS Safety Management System (SMS) has been designed to comply with the framework as per ICAO in Annex 6, Appendix 7, Framework for Safety Management Systems and the expanded guidance found in the ICAO Safety Management Manual ICAO SMM (Doc.9859) and IATA SMS Implementation Guide. In addition this system is consistent with the DCA Malaysia's Aeronautical Information Circular (AIC) document number 06-2008: SMS. MAS has established these requirements to ensure positive control and continuous improvement for safe and secure operations, including the operations of its subsidiaries MASWings, Firefly, MAS Aerospace Engineering and MASKargo. This document forms an integral part of the Corporate Safety Policy Manual.

### e) Flight Operations Quality Assurance (FOQA)

The airline acknowledges the importance of safety as its utmost priority. Like most other airlines, with statistics showing Human Factor as the main contributor to Air Accidents, the Flight Operations Quality Assurance (FOQA) programme was introduced. This system has contributed tremendously even in non-eventful cases where impending trend towards an unsafe situation could be recorded. With this system in place investigations of events that could lead to an incident would be undertaken and remedial actions and recommendations put into place.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### f)  Line Operations Safety Audit (LOSA)

LOSA was first introduced in 2004 in collaboration with the University of Texas. The results were fruitful and recommendations were implemented via Safety Change Process (SCP). MAS conducts LOSA every 2 years but not later than 5 years. The way LOSA was conducted is by taking random sampling of all aspect of operations including random audit of normal scheduled commercial flight.

### g)  Crew Recourses Management (CRM)

MAS considers CRM as a critical component of flight safety during operations. The training programme included the Cabin Crew & Dispatchers. For new recruits there will be a 3 days programme for CRM. Recurrent training is conducted on a yearly basis. The Safety Awareness Programme (SAP) conducted on a yearly basis includes the recurrent for the CRM training/ refresher. This programme has been in the system ever since the release of ICAO Annex 6 Part 1.

### h) Training & Standards

MAS manages their entire training requirement in-house including the mandatory requirement for the Flight Crew. MAS has its own Training Centre for Pilots as well as Engineers. It is presently equipped with various Full Flight Simulators for all the fleet in the Company with most of the Flight training devices certified to FAA Level D, capable of zero flight time training. This Training Centre has been established for more than 40 years and has been certified by many countries as an approved Type Rating Training Organisation (TRTO.)

Type Rating Instructors (TRI) & Type Rating Examiners (TRE) normally come from within the airline and they require stringent training and check before being approved by the DCA Licensing Division of Malaysia.

Besides the availability as a TRTO, the Simulators are utilised by neighbouring airlines and smaller organisations within the region to fulfill their training and checking requirements.

Competency of pilots, as per regulatory requirements worldwide, is normally monitored every 6 months. MAS training policy requires 2 Simulator sessions every 6 months. The two training sorties every 6 months consist of 1 review and training followed by the Proficiency check sessions.

### i)  Safety & Emergency Procedures (SEP)

Proficiency in Safety & Emergency Procedures is also part of the mandatory training requirement which is conducted every 12 months. It is based on the Aircraft Type that the pilot is rated on. This recurrent training requires a minimum of 3 days which covers all aspect of emergencies including medical and first aid knowledge .This section of Training falls under the purview of Flight Safety & Human Factor.

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 103 of 587

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

### j)  Operation Control Centre (OCC)

The OCC is where the dispatch of flight crew and cabin crew takes place. A team of Licensed Aircraft Dispatchers are stationed in this Department. Besides the crew formalities required prior to departure, the flight crew will be working in tandem with the assigned dispatcher to review all documentations related to the assigned flight which influences the decision on the finalized routing and fuel ordered by the Captain of the flight.

### k) Technical and Development

Technical Data and aircraft performance falls under the control of the Ops Engineering Department. This Department works closely with the Technical Services Department of Engineering Division and Aircraft Manufacturers on Performance Engineering matters Technical & Development department participates in evaluation of new Aircraft Type and Aircraft Equipment.

### 1.17.2.3.2 In-flight Services

### a) Cabin Crew

Cabin Crew are required to be present on public transport flights to perform duties in the interest of passenger's safety. They must be well-informed about safety and policies of the Company.

Each cabin crew member shall:

- Be well prepared and fit for the flight
- Ensure adherence of "Fasten seat belt" and "No Smoking" signs
- Ensure the comfort and safety of all passengers
- Ensure passengers safely escape in an emergency evacuation

Cabin Crew is a person employed to facilitate the safety of passengers whose duties are detailed by the Company or the aircraft commander. Cabin Crew will not act as a member of the flight crew.

At the point of recruitment the candidate has to go through a thorough interview and medical check-up. Once selected, a comprehensive training of safety and service procedure will be provided by the airline for the duration of 3 months and he/she will graduate and leave the academy as a qualified Cabin Crew assigned to the selected fleet that one is trained for.

MAS has the policy of fleet grouping for cabin crew in the following order:

- Narrow Body   :        B737
- Wide Body      :        A330, B777 & B747/A380

Upon graduation, Cabin Crew would be given a flight duty roster on a monthly basis. The roster is managed by the Crew Planning & Deployment Section.

..................................................................................................................

Initially, Cabin Crew would be required to operate the domestic and the regional flights known as the Narrow Body Fleet for a minimum of 2 years. With sufficient experience gained in the narrow body fleet they may be promoted and will have to undergo additional training for the new fleet that they are promoted to. This will include international network which is normally operated by the Wide Body Fleet. The selection of crew for promotion normally depends on individual's competency and track record.

On yearly basis, Cabin Crew is required to go through a safety recurrent training on their Safety Emergency Procedures (SEP) at the academy in order to keep their licence and training validated by certified instructors. It is mandatory for the crew to achieve the required minimum safety and emergency procedures and knowledge which are assessed through examinations. This recurrent training includes first aid training and examination, to get the certificate renewed. There is also a "Safety Awareness Programme" (SAP) and "Crew Resource Management" (CRM) classes that is compulsory for the Cabin Crew to attend every 2 years. These two programmes are basically similar and they are incorporated within the 3 days of training.

Cabin Crew will be issued with a Safety Card endorsed by the Safety and Human Factors Department of MAS as well as Crew Performance Card issued by the Cabin Crew Line Operation and Performance Department. The crew will be expected to carry these two documents at all times for flight duty.

## b) Crew Performance Appraisal (CPA)

To maintain and achieve a high standard of service and safety, each and every Cabin Crew is required to have a CPA which is done twice a year. The assessment is done by the crew in charge on board during the flight.

The Cabin Crew will be checked on aspects such as safety and service procedure, product knowledge, Customs, Immigration and Quarantine, station documents, grooming and leadership skills. The crew in charge will conduct the checking on the crew by Questions & Answers (Q & A) and how the individual performs as part of the operational crew member in his/her assigned capacity.

## c) In-flight Operation

On board a Boeing 777-200 aircraft the standard operating cabin crew of 11 is required. The normal cabin crew complement for the Boeing 777-200 aircraft is as follows:

- In-flight Supervisor                    :      1
- Chief Steward/Chief Stewardess    :      2
- Leading Steward/Leading Stewardess:    2
- Flight Steward/Flight Stewardess    :      6

The 777-200 fleet has a two-cabin configuration with Golden Class Club (GCC) and Economy Class (EY). Four cabin crew will be designated to work in GCC and six in EY.

The In-flight Supervisor is in charge of the whole cabin. Two Chief Steward/Chief Stewardesses look after the GCC assisted by two cabin crew. Six cabin crew are

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
····················································································································

designated to work in EY class. The EY class is divided into two sections and each section is looked after by one Leading Steward/Leading Stewardess and assisted by two cabin crew.

The In-flight Supervisor is the person responsible to manage the cabin safety and report to the Commander of the aircraft.

He or she shall:

- Have the overall responsibility to the aircraft commander for the conduct, coordination and performance of the cabin operations and the safety duties.

- Verify that all the cabin crew members are fit for flight and with all relevant documents valid for flight duty.

- Coordinate and organise the functions and tasks of all cabin crew members:
  i.  Execute cabin crew briefing
  ii. Nominate positions and working areas
  iii. Nominate in flight service duties
  iv. Checking of emergency equipment, pre-flight safety briefing and reporting matters concerning safety (irregularities and malfunctions) to the Commander
  v.  Debriefing the cabin crew members when required
  vi. Ensuring efficient communication with crew members and ground personnel
  vii. Ensuring contact with the flight deck on a regular basis.

The minimum requirement of the operating cabin crew for the B777-200 fleet is 8 as per Civil Aviation Regulation.

The minimum number of operating Cabin Crew in a flight is governed by the number of the doors of the aircraft. A B777-200 aircraft has 8 doors therefore the minimum number of Cabin Crew for the flight to be dispatched is 8. This is basically a safety requirement where in the event of emergency each door will be operated by a trained Cabin Crew. However the number of Cabin Crew operating may increase in the interest of Customer services requirement.

### d) Flight and Duty Time Limitations Scheme for Cabin Crew

The prime objective of a flight time limitations scheme is to ensure that crew members are adequately rested at the beginning of each flying duty period, and whilst flying, be sufficiently free from fatigue so that they can operate to a satisfactory level of efficiency and safety in all normal and abnormal situations.

The maximum duty hours for cabin crew shall not exceed:

- 60 hours in 7 consecutive days
- 105 hours in any 14 consecutive days
- 210 hours in any 28 consecutive days

**FACTUAL INFORMATION         SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.................................................................................................................

Cabin crew will be notified in advance of a flying duty period so that sufficient and uninterrupted pre-flight rest can be obtained. When away from base, opportunities and facilities for adequate pre-flight rest will be provided by the Company in suitable accommodation.

The minimum rest period which must be taken before undertaking a flying duty period shall be:

- At least as long as the preceding duty period, or
- 12 hours,

Whichever is greater.

The minimum rest period shall be the higher of pre-flight or post flight rest. It is not cumulative of both rests.

The minimum rest period which must be provided before undertaking a flight, at home base shall be:

| Flight | Rest Period |
|--------|-------------|
| Pre-Flight | 40 hours (inclusive 2-local nights) |
| Post Flight | 72 hours (inclusive 3-local nights) |

The minimum rest period which must be provided after performing a flight, out of base shall be:

| Flight | Rest Period |
|--------|-------------|
| Post flight | 24hours |

MAS Employee Union (MASEU) is the recognised union certified by MAS to represent the cabin crew. Flight Time Limitation and working condition are governed by the Collective Agreement (CA) signed between the union and MAS, in compliance with CAR or whichever is more limiting.

### e) Cabin Safety Report

#### Accident/Incident/Hazard Reports Form

MAS manages in-house reporting system to identify many of these Accidents/ Incidents/ Hazards by collecting and then analysing hazard and incident reports to audit incidents encountered during flight. Incident reporting system is one of the most effective tools for pro-active hazard identification. Cabin Crew are to fill up this form and to submit it at the end of the flight within 24 hours.

### Confidential Human Factors Incident Reporting Programme (CHIRPS)

CHIRPS stands for where it applies for the flight crew, cabin crew and engineering personnel only. It is a none-disclosure type of document where one can use and submit to the Company to any complaints and issues. CHIRPS can only be used for human factor and

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
......................................................................................................

safety issues, errors and unsafe practices and where some may potentially infringe regulatory practises. It is not to be used for mandatory incidents reporting, personality conflicts, industrial issues and employment problems. It will be reviewed by the members of the CHIRPS staff and actions will be taken accordingly.

All these reports are managed by the Corporate Safety Oversight and Human Factors Department.

## SECTION 1.18 - ADDITIONAL INFORMATION

### 1.18.1 Provision of Air Traffic Services (ATS) and Areas of Responsibilities (AOR)

For the provision of Air Traffic Services, the Kuala Lumpur FIR is divided into seven Sectors, namely Sector 1, Sector 2, Sector 3, Sector 4 Sector 5, Sector 6 and Sector 7.

Each sector has a specified area of responsibility. Sectors 1 to 5 are manned by a Sector Planning and Radar controllers jointly responsible for the safe, efficient and orderly provision of air traffic control service, flight information service and alerting service in their sectors. Each sector has an Assistant Flight Data (AFD) controller.

Sector 6 is manned by a Radar controller and supported by Sector 1 Planning controller and Sector 1 AFD controller. Sector 7 is manned by a Radar controller and supported by Sector 2 Planning controller and Sector 2 AFD controller

#### a) Responsibilities of Sector Radar Controller:

    i. Handle all radiotelephony functions;

    ii. When necessary, coordinate to effect transfer of radar identity and control;

    iii. Monitor the Sector Inbound List (SIL) to ensure appropriate action for orderly acceptance, control and transfer of aircraft; and

    iv. Comply with instructions issued by FLOW control.

#### b) Responsibilities of Sector Planning Controller:

    i. Plan and coordinate as necessary for the management of all flights that will operate in their sectors; and;

    ii. Ensure that the information on the electronic flight strips (EFS) are updated

Radar and Planning controllers will make available to each other information that is essential to enable them to carry out their responsibilities, e.g. change in cruising level/altitude or revision to transfer of control point estimates.

#### c) Responsibilities of Controllers at AFD Position:

    i. Assist the Planning Controller by ensuring that information displayed on the EFS is kept updated in a timely manner;

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 108 of 587

**FACTUAL INFORMATION      SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..........................................................................................................................

   ii.  Ensure that essential information found on the EFS are also available on the paper strips;

   iii.  Display the paper strips on the display board in the correct manner;

   iv.  Make paper strips available to the EXE controller if requested;

   v.  Wrap up all used strips, and place them at a common place for collection:

   vi.  Clear wrong ADP Message Queues as follows:

- AFD Sector 2          - wrong AFTN Message Queue
- AFD Sector 5          - wrong METEO and AIS Message Queue
- AFD Sectors 1 and 4   - wrong FDP Message Queue

### 1.18.1.1 Sector 3 AOR

Sector 3 is responsible *(Appendix 1.18H)* for provision of air traffic services in controlled airspace and outside controlled airspace above FL145 within:

*That airspace from VKL to PIBOS then to 033658N 1022253E then to 040051N 1034109E at the border of Peninsular Malaysia/Singapore International Boundary, thence southwards along the FIR boundary to 012652N 1034540E thence northwards to 021958N 1034235E (10 nm west of VMR) thence westwards to DAMAL thence northwards along the airway R325 to SAROX (but excluding ATS Route R325) thence along the airway G334 to VKL but excluding the Kuantan TMA.*

Sector 3 is also responsible for the provision of FIS and Alerting Service in the South China Sea Corridor (SCSC). The lateral and vertical limits of the SCSC are as follows:

| Laterals Limits | Vertical Limits |
|---|---|
| From 023600N 1044500E to 020000N1070000E and along 020000N till the Singapore/Kota Kinabalu FIR Boundary, thence along this Boundary to 060000N 1132000E, thence along 060000N till the Singapore/Kuala Lumpur FIR Boundary, thence along this Boundary to 023600N 1044500E | West of 105E<br>FL150<br>GND/SL<br><br>East of 105E<br>FL200<br>GND/SL |

Sector 3 encompasses the following ATS routes or route segments:

| Routes | Segments | Routes | Segments |
|---|---|---|---|
| A224 | VMR – VJR | N884 | VMR – LENDA |
| B338 | VTK – VMR | N891 | PU – MANIM |
| B469 | VPK – PU | N892 | KIBOL – VMR |
| G334 | VKL – UKASA – VPT – KIBOL | R221 | VMR – VPT |
| G582 | Sector 1 boundary – VPK | R325 | MATSU–SAROX (FL280 & below) |
| G584 | VKL – VPK | W533 | VKL – VKN – VKE |
| L629 | VPK – BUVAL | W540 | VPK – A/VKE (FL235 & below) |
| L635 | VPK – DOVOL | Y331 | PIBOS – TAXUL |
| L642 | VMR – EGOLO | Y332 | TAXUL – PADLI |
| M751 | VPK – A/VKE (FL240 & above) | Y333 | PADLI – BUVAL |

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...............................................................................................

| Routes | Segments | Routes | Segments |
|--------|----------|--------|----------|
| M758 | VPK – ISDEL | Y334 | PADLI – DOVOL |
| M761 | VPK – KETOD | Y335 | PADLI – IDSEL |
| M763 | VPK – TAXUL | Y336 | ISTAN – PADLI – KETOD |
| M771 | VMR – RAXIM | | |

*Note: SAROX is not a waypoint on R325. It is a waypoint on G334 that intersects R325. It is used here for ease of reference.*

**Delegation of Airspace and Communication Watch**

   i. Delegation of Airspace from Kuala Lumpur ACC (Sector 3) to Singapore ACC

> *The contiguous airspace Areas A, C, E and H along eastern Johor/South China Sea and responsibility for provision of air traffic services in these areas remains delegated to Singapore*

   ii. Communication Watch

> *To ease air traffic management, communications watch shall be maintained by Singapore HF, Lumpur Sector 3 and Lumpur HF within South China Sea Corridor (AIP Malaysia ENR 2.1-13 below).*

| AREAS WITHIN THE SINGAPORE FIR FOR WHICH LUMPUR ACC IS RESPONSIBLE FOR PROVIDING ATS. | | | | | |
|---|---|---|---|---|---|
| **SOUTH CHINA SEA CORRIDOR**<br><br>Fm 023600N 1044500E to 020000N 1070000E and along 020000N till the Singapore / Kota Kinabalu FIR BDRY - thence along this BDRY to 060000N 1130000E, thence along 060000N till the Singapore/Kuala Lumpur FIR BDRY - thence along this BDRY to 023600N 1044500E. | W of 105E<br><br><u>FL 150</u><br>GND / SEA<br><br>E of 105E<br><br><u>FL 200</u><br>GND / SEA | Lumpur ACC | Lumpur Control<br><br>Lumpur Radio<br><br>English H24 | 132.6 MHz<br><br>HF<br>5655 KHz<br>8942 KHZ<br>11396 KHZ | Lumpur ACC shall be responsible for the provision of air traffic services to flights operating within the South China Sea Corridor. |

*Extract from AIP Malaysia ENR 2.1-13*

   iii. Singapore will pass to Sector 3 Estimate for flights bound for the Natuna and Matak islands, Sector 3 in turn, shall notify Aeronautical Mobile Service (AMS) High Frequency (HF) who shall provide additional communications watch in order to discharge its Flight Information Service (FIS)/Alerting Service functions.

## 1.18.1.2  Sector 5 AOR

Sector 5 is responsible *(Appendix 1.18H)* for provision of air traffic services in controlled airspace and outside controlled airspace above FL145 within:

> *That airspace from VKL to PIBOS then to 033658N 1022253E then to 040051N 1034109E at the   border of  Peninsular Malaysia/Singapore*

FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)
..................................................................................................................

*International Boundary, thence northwards along the FIR boundary, thence westwards along the Peninsular Malaysia/Thailand International Boundary to 054342N 1010038E thence southwards to 044021N 1012704E, then to VKL but excluding the Kota Bharu TMA/Terengganu and Kerteh CTRs.*

Sectors 5 encompasses the following ATS routes or route segments:

| Routes | Segments |
|--------|----------|
| A334 | PASVA – VKB |
| B219 | Butterwort TMA Boundary East – VKB |
| B463 | KADAX – VKB |
| G466 | VKL – VKB |
| M644 | VKB – ABTOK |
| M751 | A/VKE – VKB – GOLUD (FL240 and above) |
| M765 | VKB – VENLI – IGARI |
| R208 | VKL – GUNBO – VKR – IKUKO – IGARI |
| R325 | ANSOM – MATSU (FL 280 and below) |
| W540 | A/VKE – VKB (FL235 and below) |

## Delegation of Airspace

i. Delegation of Airspace from Singapore ACC to Kuala Lumpur ACC (Sector 5)

*RNAV route M765 between VENLI and IGARI has been delegated by Singapore ACC. Lumpur Sector 5 shall provide air traffic services and carry out coordination with Ho Chi Minh ACC.*

ii. Route segment between IKUKO and IGARI on ATS R208 is released by Singapore ACC subject to daily coordination between Singapore ACC and Kuala Lumpur ACC.

## Communication Watch

To ease air traffic management, communication watch is maintained by Lumpur Sector 5 and Lumpur HF between IKUMI and IGARI along N891.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.............................................................................................................................



*Figure 1.18A - Sector 3 and 5 Area of Responsibilities*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

### 1.18.1.3 Air Traffic Control (ATC) Operations from 1719 to 2232 UTC, 07 March 2014 [0119 to 0632 MYT, 08 March 2014]

The accident occurred in Singapore FIR where the airspace is either delegated or released to KL ATCC. The portion of airspace delegated is RNAV route M765 between VENLI[8] and IGARI[9], and the portion released is ATS route R208 between IKUKO [10]and IGARI. (References: Malaysian Aeronautical Information Publication (AIP) ENR 2.1-15 *Chart 1.18B* below, ENR 3.1-10 and ENR 3.3-5. and Manual of Air Traffic Services [MATS] Vol. 2 page



2-2-10 paragraphs 2.5.3.1 & 2.5.3.2)

*Figure 1.18B – Airspace Delegated to Malaysia by Singapore*

KL ATCC is responsible for the provision of Air Traffic Control Service, Flight Information Service and Alerting Service to all aircraft within Kuala Lumpur FIR and the "released airspace" on ATS route R208 and the "delegated airspace" on RNAV route M765 (*Figure 1.18B above*).

MATS part 9, page 9-6-5 para 6.7.2 states that "*if alerting service is required for an aircraft that is flight planned to operate through more than one FIR including the airspace delegated to the Kuala Lumpur and Kota Kinabalu ATSCs and, the position of the aircraft is in doubt,*

---

[8] Coordinates VENLI: 062846N 1024900E

[9] Coordinates IGARI: 065612N 1033506E

[10] Coordinates IKUKO: 054512N 1031324E

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

*the responsibility for coordinating such service shall normally rest with the ATSC of the respective*

*FIRs;*

  *a) Within which the aircraft was flying at the time of last radio contact;*

  *b) That the aircraft was about to enter when last radio contact was established at or close to the boundary of the two FIRs;*

Operational Letter of Agreement for the Provision of Search and Rescue Services between the Department of Civil Aviation Malaysia and the Department of Civil Aviation Singapore dated August 1984 page 6 para. 7.1 states that*; "In the event of an aircraft emergency occurring within the South China Sea Corridor (SCSC), the KL ATCC shall be responsible to take initial alerting action whilst the Singapore RCC shall be responsible for subsequent coordination of all SAR efforts. While the responsibility for the provision of SAR service within the SCSC rests with Singapore RCC, the Singapore RCC may as provided for in paragraph 3.2.2 delegate responsibility for the overall control of the SAR mission to Kuala Lumpur RCC or Kota Kinabalu RCC, whichever is deemed appropriate"*

a) *Para. 3.2.2 on page 3 states that; "When a transfer of responsibility for the overall SAR co-ordination is to take place, either from subsequent establishment of an aircraft's position or movement, or because an RCC other than the one initiating the action is more favourably placed to assume control of the mission by reason of better communication, proximity to the search area, more readily available facilities or any other reasons, the following procedures shall be adopted:-*

   *i. direct discussions, wherever possible, shall take place between the Search and Rescue Mission Co-ordinators (SMCs) concerned to determine the course of action.*

   *ii. if it is decided that a transfer of responsibility is appropriate for the whole mission or part thereof, full details of the SAR mission shall be exchanged,*

   *iii. the initiating RCC shall continue to retain responsibility until the accepting RCC formally assumes control for the mission."*

### 1.18.1.4 KL ATCC Duty Shift System for Air Traffic Controllers

The duty shift system for Air Traffic Controllers is as follows:

      Day 1 - Afternoon shift: 0500 UTC [1300 MYT] - 1100 UTC [1900 MYT]

      Day 2 - Morning shift & Night shift:

            2300 UTC [0700 MYT] - 0500 UTC [1300 MYT] &
            1100 UTC [1900 MYT] - 1600 UTC [2400 MYT]

      Day 3 - Midnight shift: 1600 UTC [0000 MYT] - 2300 UTC [0700 MYT]

      Day 4 - Off duty, then to Day 1 again.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.........................................................................................................................

On 07 March 2014, Sectors 1, 2, 3, 4 and 5 were manned by a Radar Controller, a Planning Controller and an Assistant Flight Data Controller in each sector from 1100-1600 UTC [1900-2400 MYT]. Sector 6 was manned by a Radar controller and Sector 7 was not manned.

From 1600 UTC [0000 MYT] until 2200 UTC [0600 MYT], the number of controllers in the KL ATCC were scaled down by half to enable the controllers to take a break - the first half from 1600 UTC [0000 MYT] to 1900 UTC [0300 MYT] and the second half from 1900 UTC [0300 MYT] to 2200 UTC [0600 MYT], as follows:

- Sector 1, Sector 2 and Sector 4 each were manned by a Radar Controller with an AFD controller.
- Sector 3 and Sector 5 were combined and operating from a controller working position with a Radar Controller and an AFD controller.
- The area of responsibility would be that of Sector 3 and Sector 5. Between 1600 UTC [0000 MYT] and 2200 UTC [0200 MYT], Sectors 3 & 5 Assistant Flight Data Controller carried out the duty of Planning Controller.

The last radio transmission between KL ATCC and MH370 took place at 1719:30 UTC [0119:30 MYT]. A contact should have occurred at around 1722 UTC [0122 MYT] when passing the waypoint IGARI. The first DETRESFA[11] message was transmitted by KL ARCC at 2232 UTC [0632 MYT].

Thus a total of 5 hours and 13 minutes had passed by between the last message expected from the crew and the transmission of the first message triggering the Distress Phase[12]. It was only at 0330 UTC [1130 MYT] on 08 Mach 2014 that Malaysian aircraft took off heading to the search areas.

As the 'custodian' of the airspace, the KL ATCC was the key witness to the event, having transferred MH370 to HCM ATCC 3 minutes before the estimated time of arrival (ETA) over the Transfer of Control Point[13] (TCP).

The estimate[14] of the aircraft for IGARI which was 1722 UTC [0122 MYT] had been passed to, by KL ATCC, and duly acknowledged by HCM ATCC, as stipulated in the Operational Letter of Agreement between DCA Malaysia and Viet Nam Air Traffic Management.

The Operational Letter of Agreement between DCA Malaysia and Viet Nam Air Traffic Management stipulated that *"the accepting unit shall notify the transferring unit if two-way communication is not established within five (5) minutes of the estimated time over the TCP"*.

At 1739:03 UTC [0139:03 MYT] HCM ATCC queried KL ATCC for news on the MH370.

---

[11] DETRESFA: The code word used to designate a distress phase

[12] Distress Phase: A situation wherein there is a reasonable certainty that an aircraft and its occupants are threatened by grave and imminent danger and require immediate assistance.

[13] Transfer of Control Point - A defined point located along the flight path of an aircraft, at which the responsibility for providing air traffic control service to the aircraft is transferred from one control unit or control position to the next.

[14] Estimate: The time at which it is estimated that an aircraft will be over a position or over the destination.

FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)
.........................................................................................................

After MH370 was transferred to HCM ATCC, the time of transfer was not recorded manually on the paper Flight Progress Strip as stipulated in MATS Part 2-Gen Section 11 FLIGHT PROGRESS STRIPS.

Manual of Air Traffic Services Part 9, Table 9-2.2 Overdue Action – Radio Equipped Aircraft **preliminary action** stipulates that "*when an aircraft fails to make a position report when it is expected, commence actions not later than the ETA[15] for the reporting point plus 3 minutes*" and.

a)  *The following actions shall be taken:*

   i.  *request information from other ATS units and likely aerodromes,*
   ii. *notify the RCC that the* **Uncertainty Phase**[16] *exists*
   iii. *ensure that RQS[17] message is sent.*

b) **Full Overdue Action**: *not later than 30 minutes after the declaration of the Uncertainty Phase:*

   i.  *notify the RCC that the Alert Phase[18] exists.*

   ii. *notify the RCC that Distress Phase exists if:*
       *- 1 hour has elapsed beyond the last ETA for the destination; or*
       *-  the fuel is considered exhausted; or*
       *- 1 hour has elapsed since the declaration of the Uncertainty Phase.*

MATS Part 9 para 6.2.4 stipulates that "*If controllers have reason to believe that an aircraft is lost, overdue or experiencing communication failure, they shall:*

   a) *inform appropriate radar units (civil and military) of the circumstances;*

   b) *request the units to watch out for emergency SSR[19] code display or the triangular radio failure pattern, and*

   c) *notify these units when their services are no longer required.*"

At  1741:23 UTC [0141:23MYT] KL ATCC Sector (3 & 5) controller  made a call on the radio frequency 132.6 MHz.to MH370 but there was no response from the aircraft.

The Standard Operating Procedure for Search and Rescue for Kuala Lumpur Aeronautical Rescue Co-ordination Centre (ARCC); page 6 para 2.1 states that:

---

[15] ETA – Estimated time of Arrival.

[16] Uncertainty phase –  A situation wherein doubt exists as to the safety of an aircraft or a marine vessel, and the persons on board

[17] RQS – Request Supplementary Flight Plan

[18] Alert phase – A situation wherein apprehension exists as to the safety of an aircraft or marine vessel and of the persons on board.

**FACTUAL INFORMATION**       **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
.......................................................................................................................

*"2.1  The Position of the Distress Aircraft Is Known:*

*2.1.1 When the position of the distress aircraft is known, the responsibility for initiation of a SAR operation will be that of the RCC in whose area the aircraft or the craft is located.*

*2.1.2 When the RCC recognizes that the aircraft is continuing its flight or may leave the search and rescue region (SRR) for which it is responsible, it should;*

- *Notify the RCCs associated with the planned or intended route of the aircraft and pass on all information.*
- *Continue coordination of the SAR operation until it has been notified by an adjacent ARCC that the aircraft has entered its Search and Rescue Region (SRR) and that it is assuming responsibility; and*

- *Remain ready to assist until informed that this is no longer required."* and page 8 para 2.2 states that;

*"2.2 The Position of the Distress Aircraft Not Known;*

*2.2.1 When the position of the aircraft in distress is in doubt, the ARCC shall;*

*Assume responsibility for the SAR operation; and consult adjacent RCCs   along the route of the aircraft as to which centre will assume primary responsibility.*

*2.2.2 Notwithstanding any LOA, the RCC to assume responsibility should be the Centre responsible for the region;*

- ***in which the aircraft was, according to its last reported position;***

- *to which the aircraft was proceeding if the last reported position was the boundary of two SRRs."*

Para 3.3 on page 2/13 of the Supplementary Operational Instruction (SOI) 2/2014 issued on 1 Mac 2014, by the DCA ATM Sector on Search and Rescue for Air Traffic Control Centre/Aeronautical Rescue Coordination Centre/ Rescue Sub-Centre Requirement stipulates that *"…All initial action concerning aircraft overdue shall be under the responsibilities of the respective ATCO[20]'s handling the traffic, Upgrading of SAR phases may be made by the supervisors or ARCC/ARSC after activation."*

a)   It is explicitly stated in para 4.1 of the Supplementary Operational  Instruction (SOI) 2/2014 issued on 1 Mac 2014, by the DCA Air Traffic Management Sector on Search and Rescue for  Air Traffic Control Centre/Aeronautical Rescue Coordination Centre/Rescue Sub-Centre Requirement that:

---

[20] ATCO – Air Traffic Controller

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
……………………………………………………………………………………………………..

### i. *Duties of ATCO's*

- *Ensure overdue action followed according to procedures;*
- *Report overdue action to* DCA Managers/*Watch Supervisors*; and/or
- Report accident to DCA Managers/Watch Supervisors;

### ii. *Duties of Watch Supervisor ATCC (para 4.4)*

- *Ensure overdue action taken by ATC according to procedures;*
- Should SAR operation needed, direct the SAR trained officer to the ARCC, activate ARCC and ensure ATC operation undisrupted.

Event that followed was at time 1804:39 UTC [0204:39 MYT] KL ATCC Radar controller informed HCM ACC; *"…reference to the company Malaysian Airlines the aircraft is still flying, is over somewhere over Cambodia"*. And thirty one minutes later, at time1835:52 UTC [0235:52 MYT] MAS Operations Centre informed the position of the aircraft was at latitude N14.9 0000 and longitude E109 15500, which was somewhere east of Vietnam and this information was relayed to HCM ACC.

At 1930 UTC [0330 MYT] MAS Operations Centre called in and spoke to Radar controller, admitting that the information from the 'flight tracker[21]' was based on projection and could not be relied for actual positioning or search (*Watch Supervisor logbook entry*)

## 1.18.1.5 Operations and Events - Initiation of SAR & Deployment of Resources

The paragraphs below describe the operations and events leading to the initiation of the Search and Rescue operations (SAR) and deployment of the resources for the MH370 search. The complete set of radiotelephony transcripts is attached as *Appendices 1.18A to 1.18G.*

At 1739:03 UTC [0139:03 MYT] Ho Chi Minh ATCC first enquired about MH370 and informed KL ATCC that verbal contact was not established with MH370 and the radar target was last seen at BITOD.

At 1741:22 UTC [0141:22 MYT] ] Ho Chi Minh enquired information on MH370 and KL ATCC informed HCM ATCC that after waypoint IGARI, MH370 did not return to Lumpur Radar frequency.

At 1741:23 UTC [0141:23 MYT] KL ATCC radar controller made a "blind transmission" to MH370.

At 1746:47 UTC [0146:47 MYT] HCM ATCC queried about MH370 again, stating that radar contact was established over IGARI but there was no verbal contact. HCM ATCC advised that the observed radar blip disappeared at waypoint BITOD. HCM ATCC stated that effort to establish communication by calling the MH370 many times for more than twenty (20) minutes.

---

[21] MAS Operations Centre used the name "Flight Explorer".

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................

At 1750:28 UTC [0150:28 MYT] KL ATCC queried HCM ATCC if any contact with MH370, HCM ATCC's reply was 'negative'.

At 1757:49 UTC [0157:49 MYT] HCM ATCC informed KL ATCC that there was officially no contact with MH370 until this time. Attempts on many frequencies and aircraft in the vicinity received no response from MH370.

At 1803:48 UTC [0203:48 MYT] KL ATCC queried HCM ATCC on status MH370, HCM ATCC confirmed there was no radar contact at this time and no verbal communication was established. KL ATCC relayed the information received from Malaysia Airlines Operations that aircraft was in Cambodian airspace.

At 1807:47 UTC [0207:47 MYT] HCM ATCC queried for confirmation that MH370 was in Phnom Penh FIR as Phnom Penh did not have any information on MH370. KL ATCC indicated would check further with supervisor.

At 1812:15 UTC [0212:15 MYT] KL ATCC informed HCM ATCC that there was no update on status of MH370.

At 1815 UTC [0215 MYT] (no voice recording) extracted from Watch Supervisor Log Book, KL ATCC Watch Supervisor queried Malaysia Airlines Operations who informed that MH370 was able to exchange signals with the Flight Explorer.

At 1818:50 UTC [0218:50 MYT] KL ATCC queried if flight planned routing of MH370 was supposed to enter Cambodian airspace. HCM ATCC confirmed that planned route was only through Vietnamese airspace. HCM ATCC had checked and Cambodian advised that it had no information or contact with MH370. HCM ATCC confirmed earlier information that radar contact was lost after BITOD and radio contact was never established. KL ATCC queried if HCM ATCC was taking Radio Failure action but the query didn't seem to be understood by the personnel. HCM ATCC suggested KL ATCC to call Malaysia Airlines Operations and was advised that it had already been done.

At 1833:59 UTC [0233:59 MYT] KL ATCC Radar Controller enquired with Malaysia Airlines Operations Centre about communication status with MH370 but the personnel was unsure if the message went through successfully or not. Malaysia Airlines Operations Centre informed that aircraft still sending the movement message indicating somewhere in Vietnam and giving the last position as coordinate N14.90000 E109 15500 at time 1833 UTC [0233 MYT].

At 1834:56 UTC [0234:56 MYT] HCM ATCC queried about status of MH370 and was informed that the Watch Supervisor was talking to the Company at this time.

At 1837:34 UTC [0237:34 MYT] KL ATCC informed HCM ATCC MH370 still flying, aircraft kept sending position report to the airline and relayed to HCM ATCC the latitude and longitude as advised by Malaysian Airlines Operations.

At 1853:48 UTC [0253:48 MYT] MH386 which was from KLIA to Shanghai and within HCM FIR was requested by HCM ATCC to try to establish contact with MH370 on Lumpur Radar radio frequency. KL ATCC then requested MH 386 to try on emergency frequencies as well.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

........................................................................................................

At 1930 UTC [03:30 MYT] (no voice recording) (extract from Watch Supervisor's Log Book) MAS Operations Centre informed KL ATCC that the flight tracker information was based on

flight projection and not reliable for aircraft positioning.

At 1930:03 UTC [0330:03 MYT] KL ATCC queried if HCM ATCC had checked with next FIR Hainan.

At 1948:52 UTC [0348:52 MYT] KL ATCC queried whether HCM ATCC had checked with the Sanya FIR, HCM ATCC informed KL ATCC no response until now.

At 1956:13 UTC [0356:13 MYT] KL ATCC queried Malaysia Airlines Operations for any latest information or contact with MH370.

At 2025:22 UTC [0425:22 MYT] HCM ATCC Supervisor queried KL ATCC on last position that MH370 was in contact with ATC.

At 2118:32 UTC [0518:32 MYT] HCM ATCC queried for information on MH370, KL ATCC queried if any information had been received from Hong Kong or Beijing

 At 2109:13 UTC [0509:13 MYT] Singapore on behalf of Hong Kong enquired for information on MH370.

At 2120:16 UTC [0520:16 MYT] [name redacted] requested for information on MH370. He opined that based on known information, "MH370 never left Malaysian airspace"

At 2130:00 UTC [0530:00 MYT] The Watch Supervisor activated the Kuala Lumpur Aeronautical Rescue Coordination Centre (ARCC).

At 2141:20 UTC [0541:20 MYT] HCM ATCC queried for any updates.

At 2214:13 UTC [0614:13 MYT] KL ATCC queried HCM ATCC if SAR was activated.

At 2232:00 UTC [0632:00 MYT] KL ARCC issued a DETRESFA message (*Figure 1.18C*).

Case 1:16-mc-01184-KBJ    Document 37-4    Filed 10/01/16    Page 120 of 587

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

```
KLA637 072232
SS WMKKZQZX WMKKZRZX
072232 WMFCZQZX
(ALR-DESTRESFA/WMFCZQZX/MISSING
-FPL-MAS370-IS
-B772/H-SDFGHIJ3J5M1RWXY/LB1D1
-WMKK1635
-N0470F290 DCT PIBOS R208 IKUKO/M081F330 R208 IGARI M765
 BITOD/N0480F330 L637 TSN/N0480F350 W1 BMT W12 PCA G221
 BUNTA/N0480F370 A1 IKELA/N0480F370 P901 IDOSI/N0480F390 DCT CH
 DCT BEKOL/K0900S1160 A461 YIN/K0890S1130 A461 VYK
-ZBAA0534 ZBTJ ZBSJ
-PBN/A1B1C1D1L1O1S2 DOF/140307 REG/9MMRO EET/WSJC0032 VVTS0042
 ZJSA0210 VHHK0233 ZGZU0304 ZHWH0356 ZPE0450 SEL/QRCS
 RMK/ACASII EQUIPPED
-E/0710 P/TBN R/UVE S/M J/LF D/8 290 GREY A/WHITE WITH RED AND
 BLUE STRIPE C/TBN)
```



*Figure 1.18C – DETRESFA Message*

## 1.18.1.6 Search and Rescue

After four (4) hours and eleven (11) minutes had passed since the last contact with the aircraft, KL Aeronautical Rescue Coordination Centre (ARCC) was activated at time 2130:00 UTC [0530: MYT]. It took another one (1) hour and two (2) minutes for the DETRESFA message to be disseminated via the AFTN at 2232 UTC [0632 MYT]. The Kuala Lumpur Aeronautical Rescue Co-ordination Centre, Standard Operating Procedure for Search and Rescue, page 11, para 3.1 stipulated;

> *"The search and Rescue Mission Co-ordinator (SMC) is the officer assigned to co-ordinate response to an actual or apparent distress situation.*
>
> *In aeronautical search and rescue operations, the SMC is usually in the best position to assess the circumstances of a particular case, and to take whatever steps necessary to promote the safety of life an prevent further loss of property.*

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

*The SMC must use his/her best judgment in initiating and coordination operations to ensure use of the most suitable method of planning with least possible delay.*

***Initial Actions***

*On receipt of information regarding aircraft in difficulties normally form the Watch Supervisor in the ATCC, or from request of assistance from RSCs, MRCC (vessel or person – maritime distress) or from any adjacent RCCs and is aware that  assistance is required the SMC shall act as follows;*

- *Activate the SAR operation room;*
- *Appraise the situation;*

*Continue to take the following actions if emergency situation involves civil aviation accident;*

- *Declare the Distress phase if not done yet by the duty Watch Supervisor;*
- *Notify the SAR Chief and the SAR Co-ordinator (SC);*
- *Request Supervisor to recall SAR trained staff if deemed necessary;*
- *Initiate ARCC activation message;*
- *Assign specific position accordingly (SMC, ASMC… etc.)*
- *Initiate NOTAM[22] actions.*
- *Initiate RQS[23] request from AIS[24] and weather report from Meteorological Office if not done yet by the Supervisor;*

*Obtain information of aircraft position if necessary by;*

- *Information contained in the flight plan or notification.*
- *Check all airports or possible alighting areas along the route of flight and within the possible flight range of the aircraft concerned.*
- *Notify other aircraft or agencies to attempt establishment of the aircraft's position, informing them of all known frequencies 9request for aircraft lookout made through the ATCC Watch Supervisor).*
- *Notify the Police, along the route of flight, and request them to verify alighting areas, or obtain information on the aircraft and its occupants,*
- *Request MRCC[25] to alert the vessels in the area if the flight is over or near water,*
- *Ascertain the type of emergency equipment carried by the missing or distressed craft,*
- *When required, request Radar assistance for search from appropriate radar station or Radar Plot."*

---

[22] NOTAM (Notice to Airmen) - A notice issue by, or with the authority of the State and containing information or instruction concerning the establishment, condition change in any aeronautical facility, service, procedure or hazard, the timely knowledge of which is essential to persons concerned with flight operations. NOTAM are distributed by AFTN. (Aeronautical Fixed Telecommunication Network)
[23] RQS - Request Supplementary Flight Plan.
[24] AIS - Aeronautical Information Service.
[25] MRCC - Maritime Rescue Coordination Centre.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**

...................................................................................................................

### 1.18.1.7 Recorded Telephone Conversations

From the recorded telephone conversations between the KL ATCC Radar Controller and MAS Operations Centre, the Radar controller at 2123:18 UTC [0523:18 MYT] indicated that he would inform the Watch Supervisor to check on when was the last contact with MH370.

### 1.18.1.8 SAR Mission Coordinator

Upon activation of the RCC at 2130 UTC [0530 MYT], the Emergency Phase appropriate to the situation was declared after a lapse of one (1) hour and two (2) minutes. The DETRESFA message was declared at 2232 UTC [0632 MYT].

There was no activity recorded in the RCC Logbook between 2130 UTC [0530 MYT] and 2232 UTC [0632 MYT].

The RCC activation document received from DCA Malaysia was not endorsed with the official stamp.

### 1.18.1.9 Watch Supervisor ATS and Sector (3 & 5) Logbook

MATS Part 1 – Admin, page 1-1-7 para 1.7 for recording of entries in the logbook as follows:

  a) *The time of entries shall be based on UTC and events recorded in a chronological order,*

  b) *Entries shall give sufficient details to give readers a full understanding of all actions taken.*

  c) *The time an incident occurred and the time at which each action was initiated shall be stated.*


## 1.18.2 Cargo

During the course of the investigation the Investigating Team visited and interviewed the relevant people in MAS at KLIA Sepang, Motorola Solutions Penang, MASKargo Sdn Bhd (MASKargo) Penang, NNR Global Logistic (M) Sdn Bhd. Penang, Poh Seng Kian, Muar, Johore, JHJ International Transportation Co. Ltd. Beijing, China (Forwarding Agent Motorola Solutions China), Motorola Solutions China, TianJin China, Beijing GuangChangMing Trading Co. Ltd. Beijing China.

On 08 March 2014 MAS B777-200 MH370 was on a scheduled flight from KLIA to Beijing, China. The aircraft was carrying 227 passengers with a tabulated passenger weight of 17,015 kg, baggage 3,324 kg, cargo 10,806 kg (gross weight) and Max Take-off Weight of 223,469 kg. All these are stipulated in the cargo manifest attached as *Appendix 1.18H.*

FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)
..................................................................................................................

The list of cargo, Airway Bill, Local Agent and Final Destination are tabulated in *Table 1.18A* below.

| | COMPANY (MALAYSIA) | AIRWAY BILL | AGENT [TRANSPORTER] (MALAYSIA) | ITEMS | WEIGHT (nett) | FINAL DESTINATION (CHINA) |
|---|---|---|---|---|---|---|
| 1. | Grolier (M) SB Balakong Selangor | 232-12009141 | Kerry Logistics (M) (Subang Jaya) | Scholastic Assorted Books | 2,250kg | CNPSEC Beijing |
| 2. | Motorola Solutions (M), Bayan Lepas, Penang | 232-10677085 | NNR Global Logistic (Batu Maung, Penang) | Lithium Ion Bateries-Walkie-Talkie accessories & chargers | 2,453kg | Motorola Solutions, TianJin |
| 3. | Panasonic Industrial Devices Sales, Shah Alam, Selangor | 232-12022382 | Panalpina Transport (M) (Mas Cargo, KLIA) | Electrical Parts (Capacitors) | 26kg | Continental Automotive System, Changchun |
| 4. | Freescale Semiconductor Petaling Jaya, Selangor | 232-12022404 | Panalpina Transport (M) (Mas Cargo, KLIA) | Vehicle Electronic Chip | 6kg | Continental Automotive System, Changchun |
| 5. | Agilents Technologies, Bayan Baru, Penang | 232-10664905 | Kintetsu World Express (MAS Cargo, Penang | Electronic Measurements | 646kg | AGILENTS TECHNOLOGIES, Beijing |
| 6. | Poh Seng Kian, Muar Johor | 232-12007306 | Poh Seng Kian Muar, Johore | Fresh Mangosteen | 4,566kg | Beijing Guang-ChangMing Trading, Beijing |
| 7. | Malaysian Express Worldwide, Subang Jaya, Selangor | 232-11873632 | Malaysian Express Worldwide, Subang Jaya, Selangor | Courier Materials - Documents | 6kg | UPS Parcel Delivery, Beijing |

*Table 1.18A - List of Cargo on board MH370*

The cargo that had generated interest were:

- Lithium Ion Batteries and Accessories  -  2,453 kg
- Mangosteen fruit                                   -  4,566 kg

### 1.18.2.1 Lithium Ion Batteries

Lithium Ion Batteries (Li-Ion) carried on MH370 were from Motorola Solution Penang.  Of the total consignment of 2,453 kg, only 221 kg were Li-ion batteries, the rest were chargers and radio accessories.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...............................................................................................................

The batteries were fabricated in the factory before being packed for export. *Figure 1.18D* below shows a raw single cell battery. The step-by-step process of fabricating 2 single cell batteries together to form a battery pack for shipment is shown in *Figure 1.18E* below.



*Figure 1.18D - Raw single cell battery*

The Li-Ion batteries from Motorola Solutions Penang were assembled on 07 March 2014 before being packed, the built-up consigments placed on wooden pallets and delivered by NNR Global Logistic (M) Sdn. Bhd. fowarding agent to MASKargo Penang and subsequently transported by MASKargo truck 'MH6803' to MAS Cargo Complex, KLIA, Sepang. The shipment did not go through secuirty screening in Penang but was inspected physically by MASKargo personnel and went through Custom's inspection and clearance before the truck was sealed and allowed to leave the Penang Cargo Complex. The shipment arrived at KLIA Cargo Complex on the evening of 07 March 2014 before being loaded onto MH370 without going through additional security screening.

**FACTUAL INFORMATION      SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................



*Figure 1.18E – Step-by-step Process of Fabricating 2 Single Cell Batteries to Form a Battery Pack for Shipment*

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..................................................................................................................

The Motorola Solutions consignments were loaded in the Aircraft at 90348C (47R) and PMC5871 (23L, 23R) as per Loading Instruction/Report. Illustration as shown in *Figure 1.18F* below.



*Figure 1.18F Motorola Solutions Consignment Loading*

There were two (2) different models of Li-Ion battery consignment on MH370 on 08 March 2014:

    a)  PMNN4073AR Li-ion batteries rated at 7.4V, 11.8Wh.

    b)  PMNN4081BRC Li-ion batteries rated at 7.4V, 11.1Wh.

Both of the batteries were ***not*** regulated as Dangerous Goods because the packing adhered to the guidelines as per Lithium Battery Guidance Document (3. Section II - Packing Instructions 965-970). This document is based on the provisions set out in the 2013-2014 Edition of the ICAO Technical Instructions for Safe Transport of Dangerous Goods by Air and the 55th Edition of the IATA Dangerous Goods Regulations (DGR). The ICAO and IATA documents are as per *Appendix 1.18I*.

**FACTUAL INFORMATION        SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................

The packing of the batteries by Motorola Solutions is shown in *Figures 1.18G and 1.18H* below.

Each Li-Ion battery was placed in a white window box (*Picture 1*) and two of these filled boxes were then placed in a brown box (*Picture 2*) printed with Li-Ion battery warning shipping information (*Picture 3*) below.



*Figure 1.18G - Packing of Batteries by Motorola Solutions*

The brown box filled with two Li-Ion batteries each was then packed into a larger box. Each box contained twenty-four Li-ion batteries (12 boxes x 2 = 24, *Picture 4* below), sealed and weighed (*Picture 5*). All the sealed boxes were placed on a wooden pallet and the built-up consignment was wrapped with plastic and polystyrene sheets for protections (*Picture 6*). They were then scanned with the number of batteries determined by means of weighing the boxes.



*Figure 1.18H - Packing of Batteries by Motorola Solutions*

From January 2014 to May 2014 there were ninety nine shipments of Lithium Ion Batteries on MAS flights to Beijing (*Appendix 1.18J - List of Airways Bills*).

### 1.18.2.2  Mangosteen Fruit

The mangosteen fruit on board MH370 on 08 March 2014 originated from Poh Seng Kian of No.79, 6¼ mile Kesang, 84000 Muar, Johore, Malaysia. About 2,500 kg of the fruit were harvested from Muar and the rest from Sumatra, Indonesia. Photographs of the mangosteen orchard and a typical mangosteen plant are shown as *Figures 1.18.3I* and *1.18.3J,* below respectively.

**FACTUAL INFORMATION          SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
........................................................................................................................



*Figure 1.18I Mangosteen orchard in Muar, Johor, Malaysia*          *Figure 1.18J Mangosteen plant/fruits*

The mangosteens were packed in plastic basket of between 8 to 9 kg per basket with a piece of sponge soaked with water placed on top of the fruits to maintain their freshness (*Figures 1.18K and 1.18L* below*)*. The packed fruits were then loaded on the trucks which proceeded to MAS Cargo Complex at KLIA, Sepang. At the complex, four ULD containers were provided by MAS cargo staff to the forwarding agent. The forwarding agent then loaded the packed fruits into the ULD containers. The consignment was then inspected by the Federal Agriculture Marketing Authority (FAMA) of Malaysia. After obtaining the clearance the forwarding agent handed over the consignments to the MAS loaders for loading them into the aircraft.



*Figure 1.18K - Plastic baskets of mangosteens*      *Figure 1.18L Piece of soaked sponge placed on top of mangosteens*

Flight MH370 on 08 March 2014 carried four ULD containers of mangosteens - ULD AKE3497MH weighing 1,128 kg was placed at cargo bay 41L, ULD AKE90787MH weighing 1,152 kg at cargo bay 41F, ULD AKE3372MH weighing 1,148 kg at cargo bay 43L and ULD AKE8535MH weighing 1,138 kg at 44L. The loading arrangement is shown in *Figure 1.18M* below. Loading Instruction/report is shown in the MH370 cargo manifest (*Appendix 1.18K*).

**FACTUAL INFORMATION**        **SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
...................................................................................................................

 

*Figure 1.18M - Loading Arrangement of ULDs of Managosteens*

|   | ULD | Weight | Position |
|---|-----|--------|----------|
| 1. | AKE3497MH | 1,128kg | 41L |
| 2. | AKE90787MH | 1,152kg | 41F |
| 3. | AKE3372MH | 1,148kg | 43L |
| 4. | AKE8535MH | 1,138kg | 44L |

From January 2014 till May 2014 there were a total of eighty five shipments of mangosteens to Beijing, China. The list of Airway Bills is shown in *Appendix 1.18C*. The combination of the two cargo shipments (Lithium Ion Batteries and mangosteens) carried together from January to May 2014 were thirty six times (*Appendix 1.18L – List of Shipments (in red) from January to May 2014*).

## SECTION 1.19 – NEW INVESTIGATION TECHNIQUES

Not applicable at this stage of the investigation.

**APPENDIX 1.6A - RECENT TECHNICAL LOG ENTRIES**

| | Technical Log S/N, Date Entered and Defect | Date Entered and Rectification |
|---|---|---|
| 1 | S/N 4918754 – 07 March 2014 Ref NTC #3 water qty indication inoperative | 07 March 2014 Potable water serviced till overflow |
| 2 | S/N 4918753 – 07 March 2014 To carry out lavatory waste compartment doors and flaps – AD inspection | 07 March 2014 Carried out as per task card SIPCM 2-4-002AD. Satisfactory |
| 3 | S/N 4918753 – 07 March 2014 To carry out fwd large cargo door and door to cutout mating surfaces lubrication | 07 March 2014 Task carried out as per AMM 12-21-21-640-802. Satisfactory Refer task card SIPL8-5-007 for details |
| 4 | S/N 4918753 – 07 March 2014 Main entry task card T1400115-001 Ref TSI/77/CIL/1420. To carry out terrain database loading. | 07 March 2014 Said terrain database loading carried out IAW AMM 34-46-00. Satis. |
| 5 | S/N 4918752 – 07 March 2014 Night Stop. Crew oxygen system pressure reads 1120 psi (EICAS). | 07 March 2014 Crew oxygen system replenished to 1800 psi – EICAS. AMM 12-15-08 refers. |
| 6 | S/N 4918752 – 07 March 2014 Maint : To carry out EPESC software down grade. | 07 March 2014 EPESC software downgrade carried out IAW TSI/77/SR/14092 IFE of CHI satisfactory. |
| 7 | S/N 4918751 – 06 March 2014 Maint: Record APU OPS data | 07 March 2014 APU OPS hours: 22089 APU starts: 155697 |
| 8 | S/N 4918751 – 06 March 2014 Ref NTC #3 potable water qty indications inop | 07 March 2014 Potable water serviced to overflow |
| 9 | S/N 4880500 – 06 March 2014 Both Eng require oil uplift | 06 March 2014 Both Eng require oil uplift 01 QTS added to RH Eng oil consumption 0.02 QTS/HR 01 QTS added to LH Eng oil consumption 0.02 QTS/HR |
| 10 | S/N 4880500 – 06 March 2014 To re inspect both eng oil caps | 06 March 2014 Both eng oil caps chkd. Found secured |
| 11 | S/N 4880499 – 06 March 2014 Maint- ref NTC #3 to service water tank until overflow as rel. | 06 March 2014 Servicing c/out and satis |
| 12 | S/N 4880498 – 05 March 2014 Autoland Cat III carried out satisfactory | 06 March 2014 Info noted. |
| 13 | S/N 4880498 – 05 March 2014 Maint entry – refer NTC #3 potable water qty indication inop | 06 March 2014 Potable water serviced to overflow |
| 14 | S/N 4880497 – 05 March 2014 Hole found at 6 o'clock position of the right engine acoustic panel | 05 March 2014 Deferred to MR2 No. K 70331 |
| 15 | S/N 4880497 – 05 March 2014 maint- ref NTC #3 potable water req. servicing until overflow | 05 March 2014 Potable water serviced until overflow |

1 of 4

APPENDIX 1.6A - RECENT TECHNICAL LOG ENTRIES

| 16 | S/N 4880496 – 05 March 2013<br>Maint entry – ref NTC #3 potable water qty ind is inop | 05 March 2013<br>Potable water serviced to overflow satis |
|---|---|---|
| 17 | S/N 4880495 – 05 March 2014<br>Maint entry: w.r.t card SIPA1-4-033, to check brake accumulator precharge pressure | 05 March 2014<br>Task carried out as per AMM task 32-41-00-720-804.<br>Pressure shown on brake accum press gage within 200 psi to direct reading gage. |
| 18 | S/N 4880495 – 05 March 2014<br>Main entry: w.r.t cards SIPC4-4-0319 and SIPC4-4-032, to check LH and RH ENG BUGEN oil filter bypass condition. | 05 March 2014<br>Task carried out as per AMM task 12-13-07-200-802, nil abnormalities. |
| 19 | S/N 4880494 – 05 March 2014<br>Main entry: w.r.t. card SIPA2-6-008MR, to carry out primary flight control actuation operational check. | 05 March 2014<br>Task carried out as per AMM task 27-02-00-400-801. Test passed satisfactory. |
| 20 | S/N 4880494 – 05 March 2014<br>Maint entry – w.r.t cards SIPC4-5-001 and SIPC4-5-002 to c/out LH and RH eng IDG oil servicing | 05 March 2014<br>Task carried out as per task 12-13-03-600-801 - satisfactory |
| 21 | S/N 4880494 – 05 March 2014<br>Maint entry – w.r.t cards SIPL7-5-001MR and SIPL7-5-002MR, to c/out LH and RH MLG truck beam and inner cylinder pivot joints lube | 05 March 2014<br>Task carried out as per AMM task 12-21-14-640-811-001. Satisfactory. |
| 22 | S/N 488093 – 05 March 2014<br>WRT SIPXE-2-6-034, 035 to carry out Emer Lt sys ops test. | 05 March 2014<br>Ops test carried out satis AMM 33-51-00. |
| 23 | S/N 488093 – 05 March 2014<br>WRT SIPX12-6-027 to carry out GPWS self test. | 05 March 2014<br>Test carried out satis test passed AMM 34-46-00. |
| 24 | S/N 488093 – 05 March 2014<br>Maint entry – w.r.t. NTC item No. 3 potable water quantity indication inop | 05 March 2014<br>Potable water system serviced until overflow |
| 25 | S/N 4880492 – 05 March 2014<br>Please check alignment for left runway turnoff light | 05 March 2014<br>Found slight misalignment towards a/c centerline. Deferred to MR2 for longer grd time<br>Transferred to MR2 K 70330 |
| 26 | S/N 4880492 – 05 March 2014<br>Main entry wrt SIPX12-6-030 to carry out FQIS FQPU ops chk. | 05 March 2014<br>Ops check carried out. Test passed. Nil related existing faults. Satis. AMM 28-41-00. |
| 27 | S/N 4880492 – 05 March 2014<br>Main entry wrt SIPX12-4-011 to carry out portable oxy bottle/masks inspection. | 05 March 2014<br>Inspection carried out. Found satis. AMM 35-31-00. |
| 28 | S/N 4880491 – 04 March 2014<br>Ref NTC #3 potable water ind inop | 04 March 2014<br>Potable water serviced to overflow |
| 29 | S/N 4880490 – 04 March 2014<br>During transit check found No. 4 main wheel worn to limit | 04 March 2014<br>No. 4 main wheel assy replaced. Torque load, spin, tyre pressure and security checked. satis |
| 30 | S/N 4880490 – 04 March 2014<br>Maint entry – w.r.t. NTC Item No. 3, | 04 March 2014<br>Potable water serviced until overflow |

2 of 4

APPENDIX 1.6A - RECENT TECHNICAL LOG ENTRIES

|  | water quantity indication inop |  |
|---|---|---|
| 31 | S/N 4880489 – 04 March 2014<br>"shadow" on rudder trim indicator from L 1.5 to R 1.0 units | 04 March 2014<br>Rudder trim indicator replaced. Ops chk c/out ok |
| 32 | S/N 4880487 – 04 March 2014<br>Maint entry – refer NTC #3 water qty ind is inop. Fill all tanks with potable water till o/flow | 03 March 2014<br>Potable water sys sucd to o/flow this transit. Confirmed by MH staff |
| 33 | S/N 4880485 – 02 March 2014<br>For Info: APU in flt start successful | 03 March 2014<br>Info noted |
| 34 | S/N 4880485 – 02 March 2014<br>NTC #3 water qty indication is inop | 03 March 2014<br>Potable water sys serviced to overflow. Ref AMM 12-14-01 |
| 35 | S/N 4880484 – 02 March 2014<br>Status mssg WXR sys | 02 March 2014<br>MMSG: 34-44002. WXR transceiver (right) has an internal fault.  MSG erased from maintenance page.  WXR (R) CB (P11/E16) Nil existing faults. Pls eml and report. |
| 36 | S/N 4880484 – 02 March 2014<br>Maint entry – Refer NTC #3. Water qty ind is inop.  Fill all tanks with potable water till o/flow | 02 March 2014<br>Potable water sys sucd to o/flow this transit. Confirmed by MH staff. |
| 37 | S/N 4880483 – 02 March 2014<br>Maint entry – ref: NTC 03 potable water quantity indication inop | 02 March 2014<br>Potable water serviced to overflow |
| 38 | S/N 4880483 – 02 March 2014<br>Maint entry – No 8 Main wheel found with worn spot | 02 March 2014<br>No 8 main wheel assy replaced as per AMM 32-45-01. Spin, torque, leak, security and TPIS check satis. |
| 39 | S/N 4880482 – 02 March 2014<br>Please carry out reinspection for all engine oil tank caps for installation and security | 02 March 2014<br>Both engines oil caps reinspected found secured |
| 40 | S/N 4880482 – 02 March 2014<br>Please remove all landing gear pin prior to departure | 02 March 2014<br>Landing gears down lock pins removed and stowed. |
| 41 | S/N 4880481 – 01 March 2014<br>Right hand nose taxi light lens found cracked on arrival | 02 March 2014<br>Relamped ops check of right hand nose taxi light found satisfactory AMM 33-42-03 refers |
| 42 | S/N 4880481 – 01 March 2014<br>Refer NTC No. 3 potable water indication inop | 02 March 2014<br>Potable water serviced to overflow |
| 43 | S/N 4880480 – 28 February 2014<br>Nil | 01 March 2014<br>Noted with thanks APU data hour: 22056; Starts 15669 |
| 44 | S/N 4880479 – 28 February 2014<br>Nil further | 28 February 2014<br>Nil noted. APU data starts 15668, hrs 22049 |
| 45 | S/N 4880478 – 28 February 2014<br>LLAR – Vanity light inop | 28 February 2014<br>TXFR to MR2 no K70329 |
| 46 | S/N 4880477 – 28 February 2014<br>Nil | 28 February 2014<br>Noted with thanks APU data hour: 22048, starts: 15666 |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.6A - RECENT TECHNICAL LOG ENTRIES**

| 47 | S/N 4880477 – 28 February 2014<br>Maint entry – during W/A check found one of tie bolt missing at nose L/H tire | 28 February 2014<br>Inspected wheel found satis. No leak pressure c/o tire press chk 198 psi with in limit.<br>Transferred to MR2 per MEL  K 70327 |
|----|----|----|
| 48 | S/N 4880477 – 28 February 2014<br>Maint entry – seat 4K IFE inop | 28 February 2014<br>TXFR to MR2 K70328 |
| 49 | S/N 4880476 – 28 February 2014<br>To update FMC Nav database. | 28 February 2014.<br>FMC Nav database updated as per SIPX12-4-004, satis. Disk S/N: MH61403001 eff date: Mar 6-Apr 3, 2014. |
| 50 | S/N 4880475 – 28 February 2014<br>To raise APU inflight start program. | 28 February 2014<br>Task carried out as per TSI/77/NN/09/038 R03. Satisfactory. |
| 51 | S/N 4880475 – 28 February 2014<br>Maint entry – To c/out physically chk both heat exchanger S/No and due date as per card no STR 1400567-001 | 28 February 2014<br>Task carried out.  Found LH heat exchanger S/No 200310115 and RH Heat exchanger S/No 9709161.  Unfortunately can't find due date on both heat exchanger. |
| 52 | S/N 4880475 – 28 February 2014<br>To carry out flt control system ACE Ops test. | 28 February 2014<br>Flt cont ACE ops test c/out as per SIPX12-6-007MR. Satis. |

4 of 4

**APPENDIX 1.6B - ENGINE HEALTH MONITORING – DECODED DATA FOR TAKE-OFF AND CLIMB REPORTS**

**EHM Parameter Key**

| | Parameter description | Units |
|---|---|---|
| A/P | Autopilot status | discrete |
| A/T | Autothrottle status | discrete |
| ACID | Aircraft identification | |
| AOHE | Air Oil Heat Exchanger Position Selected | discrete |
| ASMT | Assumed Day Temperature | Celsius |
| AVM | Vibration monitoring system status word | hexadecimal |
| BBA | Broadband vibration channel A | ACU |
| BBB | Broadband vibration channel B | ACU |
| CAS | Calculated airspeed | knots |
| DATE | Date | dd/mm/yyy |
| DP | ASCS Duct Pressure | psi |
| DPT | Departure airport | |
| DRTE | Thrust derate switch | |
| DST | Destination airport | |
| EBFR | Environmental control system bleed flow rate | lb/s |
| EBLD | Environmental control system discrete | discrete |
| EECT | EEC temperature | Celsius |
| EGT | Exhaust gas temperature | Celsius |
| EPRACT | EPR actual | |
| EPRACT-L | EPR actual - left | |
| EPRACT-R | EPR actual - right | |
| EPRCMD | EPR commanded | |
| EPRMAX | EPR maximum | |
| EPRTRA | EPR throttle angle | |
| ESN | Engine serial number | |

| | Parameter description | Units |
|---|---|---|
| ESTAT | EEC status | |
| FAV | ASCS FAMV Actual Position | |
| FCC3 | EEC status word | |
| FCC4 | EEC status word | |
| FCC5 | EEC status word | |
| FCC6 | EEC status word | |
| FLCT | Report Copy number | |
| FLT | Flight number | |
| FM | Flight phase | |
| FMVDMD | Fuel metering valve demanded position | |
| FMVSEL | Fuel metering valve commanded position | |
| FNDERATESW | Thrust derate switch | |
| FUELT | Fuel temperature in a/c tank | Celsius |
| GENLD | Generator load | shp |
| GMT | Time | hh:mm:ss |
| GWT | Gross Weight | lb |
| LAT | Latitude | degrees |
| LONG | Longitude | degrees |
| MACH | Mach number | |
| N1 | N1 shaft speed | % |
| N1VA | N1 shaft vibration channel A | ACU |
| N1VB | N1 shaft vibration channel B | ACU |
| N2 | N2 shaft speed | % |
| N2VA | N2 shaft vibration channel A | ACU |
| N2VB | N2 shaft vibration channel B | ACU |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.6B - ENGINE HEALTH MONITORING – DECODED DATA FOR TAKE-OFF AND CLIMB REPORTS

|  | Parameter description | Units |
|---|---|---|
| N3 | N3 shaft speed | % |
| N3VA | N3 shaft vibration channel A | ACU |
| N3VB | N3 shaft vibration channel B | ACU |
| NAC1 | Nacelle temperature zone 1 (firewire resistance) | ohms |
| NAC2 | Nacelle temperature zone 2 (firewire resistance) | ohms |
| OILP | Oil pressure | psi |
| OILT | Oil temperature | Celsius |
| P160 | P160 pressure (bypass duct) | psi |
| P2.5 | P25 pressure (HPC inlet) | psi |
| P20 | P20 pressure (inlet) | psi |
| P30 | P30 pressure (HPC outlet) | psi |
| P50 | P50 pressure (LP turbine outlet) | psi |
|  |  |  |
| PACK | Cabin bleed discrete | discrete |
| PALT | Pressure altitude | feet |
| PHF | Vibration phase front | degrees |
| PHR | Vibration phase rear | degrees |
|  |  |  |

|  | Parameter description | Units |
|---|---|---|
| PKFR | Pack mass flow rate | lb/s |
| PKWD | ECS status discretes | hexadecimal |
| PTO | ASCS PC Out temperature | Celsius |
| RATG | EEC rating |  |
| SFC | Sub-Frame Counter (recorded data point) | number |
| SWID | Software identification |  |
| T20 | T20 temperature (inlet) | Celsius |
| T25 | T25 temperature (HPC inlet) | Celsius |
| T30 | T30 temperature (HPC outlet) | Celsius |
| TAT | Total Air Temperature | Celsius |
| TCAF | Turbine cooling air front | Celsius |
| TCAR | Turbine cooling air rear | Celsius |
|  |  |  |
| THDG | True heading |  |
| TRA | Throttle resolver angle | degrees |
| TRALOC | Throttle resolver angle | degrees |
| VSV | VSV angle | degrees |
| WF | Fuel flow | lb/hr |
|  |  |  |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.6B - ENGINE HEALTH MONITORING – DECODED DATA FOR TAKE-OFF AND CLIMB REPORTS

**Take-off Report**

| ACID | FLT | FM | FLCT | DATE | GMT | DPT | DST | GWT |
|---|---|---|---|---|---|---|---|---|
| MRO | S370 | IC | 318 | 07/03/2014 | 16:41:58 | WMKK | ZBAA | 492320 |

| PALT | CAS | MACH | TAT | LAT | LONG | THDG | SWID | SFC |
|---|---|---|---|---|---|---|---|---|
| 344 | 173.9 | 0.265 | 33 | 2.778 | 101.708 | -349 | 71002 | 18676 |

| A/P | A/T | FUELT | PKWD | DRTE | ASMT | RHL | RHR | RHC | TEGTL | TEGTR |
|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 6 | 30 | 50F0 | 3 | 50 | 285 | 286 | 286 | 36 | 36 |

| | ESN | N1 | N2 | N3 | EGT | FMVDMD | FMVSEL | NAI | WAI |
|---|---|---|---|---|---|---|---|---|---|
| L | 51463 | 88.3 | 96 | 96.3 | 760 | 77.5 | 77.5 | 0 | 0 |
| R | 51462 | 88.8 | 95.9 | 96.7 | 775.9 | 78.9 | 78.9 | 0 | 0 |

| | P20 | P160 | P2.5 | P30 | P50 | T20 | T25 | T30 |
|---|---|---|---|---|---|---|---|---|
| L | 15.262 | 23.65 | 109.31 | 444.2 | 19.8 | 32.9 | 282.2 | 595.8 |
| R | 15.242 | 23.778 | 108.53 | 444.2 | 19.8 | 32.9 | 279.7 | 593.9 |

| | OILP | OILT | TRA | EPRACT | EPRMAX | EPRCMD | EPRTRA | VSV |
|---|---|---|---|---|---|---|---|---|
| L | 103.6 | 112.5 | 66.8 | 1.299 | 1.497 | 1.298 | 1.298 | 90 |
| R | 109.3 | 111.6 | 66.8 | 1.299 | 1.5 | 1.299 | 1.299 | 92 |

| | AVM | N1VA | N1VB | N2VA | N2VB | N3VA | N3VB | BBA | BBB | PHF | PHR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| L | 0 | 1.13 | 1.18 | 0.13 | 0.12 | 0.31 | 0.31 | 0.71 | 0.73 | 66 | 299 |
| R | 0 | 1.46 | 1.49 | 0.59 | 0.58 | 0.28 | 0.28 | 0.9 | 0.92 | 159 | 99 |

| | TCAF | TCAR | PACK | PKFR | EBLD | EBFR | FAV | AOHE | FCC3 | RATG |
|---|---|---|---|---|---|---|---|---|---|---|
| L | 427.4 | 341.2 | 0 | 69.7 | 0 | 136.6 | 0 | 0 | 0E00 | 0058 |
| R | 425.5 | 349.2 | 0 | 66.8 | 0 | 181.5 | 0 | 0 | 0E00 | 0058 |

| | NAC1 | NAC2 | GENLD | WF | ESTAT | EECT | TRALOC | PTO | DP |
|---|---|---|---|---|---|---|---|---|---|
| L | 3 | 4 | 40 | 22950 | 3060 | 38 | 66.8 | 366 | 87 |
| R | 1 | 2 | 44 | 23385 | 3060 | 39 | 66.7 | 408 | 85 |

| | TOTL1 | TOTL2 | TOTL3 | TOTL4 | TOTL5 | TOTL6 | TOTL7 |
|---|---|---|---|---|---|---|---|
| L | 0 | 0 | 0 | 0 | 0 | 0 | 1 |
| R | 0 | 0 | 0 | 0 | 0 | 0 | 1 |

| | FCC4 | FCC5 | FCC6 |
|---|---|---|---|
| L | 0008 | 4200 | 0088 |
| R | 0008 | 4200 | 0088 |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.6B - ENGINE HEALTH MONITORING – DECODED DATA FOR TAKE-OFF AND CLIMB REPORTS

**Climb Report**

| ACID | FLT | FM | FLCT | DATE | GMT | DPT | DST | GWT |
|---|---|---|---|---|---|---|---|---|
| MRO | S370 | CL | 318 | 07/03/2014 | 16:52:21 | WMKK | ZBAA | 485880 |

| PALT | CAS | MACH | TAT | PKWD | LONG | THDG | SWID | SFC |
|---|---|---|---|---|---|---|---|---|
| 22278 | 299.8 | 0.68 | 11.8 | 5030 | 102.02 | 275 | 71002 | 19299 |

| A/P | A/T | FUELT | DRTE | ASMT |
|---|---|---|---|---|
| 1 | 6 | 30 | 8 | 5) Note 1 |

| | ESN | N1 | N2 | N3 | EGT | FMVDMD | FMVSEL | TRALOC |
|---|---|---|---|---|---|---|---|---|
| L | 51463 | 93.9 | 96.6 | 77.8 | 778.2 | 71.3 | 71.3 | 65.9 |
| R | 51462 | 94 | 96.7 | 78.8 | 788.1 | 72.3 | 72.3 | 66.1 |

| | P20 | P160 | P2.5 | P30 | P50 | T20 | T25 | T30 |
|---|---|---|---|---|---|---|---|---|
| L | 8.39 | 14.503 | 70.32 | 294.8 | 11.3 | 11.7 | 275.2 | 590.6 |
| R | 8.369 | 14.534 | 69.79 | 294.1 | 11.2 | 11.7 | 273.4 | 590.8 |

| | OILP | OILT | TRA | EPRACT | EPRMAX | EPRCMD | EPRTRA | VSV |
|---|---|---|---|---|---|---|---|---|
| L | 99 | 146.8 | 65.9 | 1.342 | 1.363 | 1.336 | 1.34 | 47 |
| R | 100 | 144.8 | 66.1 | 1.342 | 1.366 | 1.339 | 1.341 | 52 |

| | AVM | N1VA | N1VB | N2VA | N2VB | N3VA | N3VB | BBA | AOHE |
|---|---|---|---|---|---|---|---|---|---|
| L | 0 | 0.62 | 0.64 | 0.2 | 0.21 | 0.29 | 0.3 | 0.48 | 0 |
| R | 0 | 0.9 | 0.93 | 0.55 | 0.56 | 0.2 | 0.2 | 0.61 | 0 |

| | TCAF | TCAR | PACK | PKFR | WF | EST AT | EBLD | EBFR | EECT |
|---|---|---|---|---|---|---|---|---|---|
| L | 553.5 | 501.8 | 0 | 217.6 | 15583 | 3060 | 0 | 163.2 | 38 |
| R | 547 | 512.5 | 0 | 217.5 | 15786 | 3060 | 0 | 154.1 | 41 |

| | FAV | PTO |
|---|---|---|
| L | 0 | 392 |
| R | 0 | 392 |

| | NAC1 | NAC2 | GENLD |
|---|---|---|---|
| L | 35 | 35 | 42 |
| R | 27 | 29 | 46 |

| | DP | FCC3 | RATG |
|---|---|---|---|
| L | 57 | 0E00 | 0058 |
| R | 55 | 0E00 | 0058 |

| | ALT | MACH | TAT | EPRACT-L | EPRACT-R | FNDERATESW |
|---|---|---|---|---|---|---|
| L | 9536 | 0.449 | 23.5 | 1.302 | 1.302 | 28 |
| | 15000 | 0.601 | 22.25 | 1.283 | 1.283 | 38 |
| R | 25024 | 0.722 | 9.5 | 1.34 | 1.34 | 08 |

| | BBB | PHF | PHR |
|---|---|---|---|
| L | 0.48 | 25 | 298 |
| R | 0.63 | 139 | ) Note 1 |

| | FCC4 | FCC5 | FCC6 |
|---|---|---|---|
| L | 0008 | 4200 | 0082 |
| | 0008 | 4400 | 0082 |

**Note 1:** The character, ), is generated by the ACMS to indicate that the source of information is valid and the parameter data bits are invalid.

4 of 4

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

# APPENDIX 1.6C – 9M-MRO RADIO LICENCE



MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.6D – ELT ACTIVATION SUMMARY (SOURCE: ICAO)**

### Emergency Locater Transmitter Activation

The parameters in the query for the status of Emergency Locator Transmitters (ELT) after an occurrence were set at:

Dates between 1 January 1983 and 30 June 2014 (approximately 30 years), including all occurrences (accidents and incidents) involving aircraft in the mass group 5 701 kg and above and records with descriptive factors and ELT parameters that have value.

The query found 403 records in the ADREP database in which a response was inserted relating to ELTs. Of these occurrences 257 were classified as accidents. Due to incidents being less severe, a lower probability of ELT implications are expected. The query then focused on accidents. The following table indicates the aircraft mass groupings of the aircraft involved in accidents:

| Aircraft mass group | Accidents |
|---|---|
| 5 701 to 27 000 Kg | 161 |
| 27 001 to 272 000 Kg | 87 |
| > 272 000 Kg | 9 |
| Total | 257 |

The taxonomy for the attribute to indicate the status of the ELT (whether it worked as designed or why it did not work) was used to compile the following table:   (*  after 1994)

**APPENDIX 1.6D – ELT ACTIVATION SUMMARY (SOURCE: ICAO)**

| ELT status | Cases |
|---|---:|
| Battery failed | 14 |
| Damaged | 11 |
| Internal failure | 5 |
| Not activated | 22 |
| Not carried | 84 (12)* |
| Operated effectively | 39 |
| Other | 21 |
| Submerged | 1 |
| Terrain shielding | 1 |
| Unknown | 59 |
| Total | 257 |

In 39 cases of the 257 accident records, the ELT operated effectively, which implies that 15% of the ELTs operated effectively. The data indicated that in 84 cases, *no ELT was* carried. Considering that provisions for the carriage of ELTs became applicable in Annex 6 on 10 November 1994, the *no ELT carried* data was evaluated to determine the situation after 1994 (past 20 years approximately) and the number reduced from 84 to 12.

29 July 2014

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

### 1.6E.1    Air Conditioning and Pressurisation

The aircraft has two air conditioning systems divided into left pack and right pack. Engine bleed air provides the pneumatic source for air conditioning and pressurisation.

Two electronic controllers provide pack and zone control. Each controller has two channels that alternate command cycle. Cockpit and cabin temperature selection is monitored   and the  Air  cycle  machine  and   temperature control valves will be commanded to deliver temperature conditioned air to the various cabin zones.

Conditioned air is also used for electronic equipment cooling. This is supplied through a series of pneumatic valves with supply and exhaust fans. Exhaust air from the equipment cooling flow is routed to the forward cargo and used for forward cargo compartment heating.

Two cabin pressure controllers regulate the aircraft pressurisation and command the pneumatic system. System operation is automatic and works in conjunction with the forward and aft outflow valves that are used for pressurisation. The outflow valves can also be manually operated.

### 1.6E.2        Autopilot Flight Director System (AFDS)

The autopilot is engaged by operation of either of two A/P pushbutton switches on the Mode Control Panel (MCP) located on the glareshield panel (*Figure 1.6EA*). Once engaged the autopilot can control the aircraft in various modes selected on the MCP. Normal autopilot disengagement is through either control wheel autopilot disengage switch. The autopilot can disengage if the flight crew override an autopilot command through the use of the rudder pedals or control column. The autopilot can also be disengaged by pushing on the A/P Disengage Bar on the MCP. The AFDS consists of three autopilot flight director computers and the MCP.



*Figure 1.6EA Autopilot Mode Control Panel*

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

### 1.6E.2.1    Roll Modes

The following AFDS roll modes are available during climb, cruise and descent (*Figure 1.6EB below*):

**a)  Lateral Navigation (LNAV)**

Pushing the LNAV switch arms, selects or disarms the LNAV mode. The commands come from the active Flight Management Computing Function (FMCF) when there is a valid navigation data base and an active flight plan. The Control Display Units (CDUs) can send LNAV steering commands when there is no active FMCF. The AFDS use this priority to select a CDU command:

- Left, if valid
- Centre, if left not valid
- Right, if left and centre not valid.

The CDU is the primary control and display interface for the FMCF. The CDU is used to enter flight plan data and performance data.  The CDU can also be used to manually tune the navigation radios and access maintenance pages.

**b)  Heading Hold (HDG HOLD/Track hold (TRK HOLD)**

Pushing the Heading/Track Hold switch selects Heading or Track hold. In this mode, the aircraft holds either heading (HDG) or track (TRK). If the HDG/TRK display on the MCP shows TRK, the aircraft holds track. If the HDG/TRK display on the MCP shows HDG, the aircraft holds heading.



*Figure 1.6EB Lateral Mode Switches and Indicators*

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

**b)  Heading select (HDG SEL)/Track select (TRK SEL)**

Pushing the Heading/Track Select switch (inner) selects Heading select or Track select modes. In this mode, the aircraft turns to the heading or track that shows in the heading/track window. Pushing the Heading/Track (HDG/TRK) Reference switch alternately changes the heading/track reference between heading and track. Rotating the Heading/Track selector (middle) sets the heading or track in the heading/track window. If the HDG/TRK display shows HDG, the aircraft goes to and holds the heading that shows in the heading/track window. If the HDG/TRK display shows TRK, the aircraft goes to and holds the track that shows in the heading/track window. Rotating the Bank Limit selector (outer) sets the bank limit when in the Heading select or Track select modes. In the AUTO position, the limit varies between 15 - 25 degrees, depending on True Airspeed. When the other detented positions are selected, the value is the maximum, regardless of airspeed.

**1.6E.2.2    Pitch Modes**

The following AFDS pitch modes are available during climb, cruise and descent (*Figure 1.6EC* below).

**a)  Vertical navigation (VNAV)**

Pushing the VNAV switch arms, selects or disarms the VNAV mode. The VNAV mode is a mix of throttle and elevator commands that control the vertical flight path. The FMCF vertical steering commands come from the active FMCF based on the navigation data and the active flight plan.

**b)  Vertical speed (V/S)/Flight Path Angle (FPA)**

Pushing the V/S-FPA switch selects the V/S or FPA mode. Rotating the V/S-FPA selector Up or Down sets the vertical speed or flight path angle in the vertical speed/flight path angle window. Pushing the V/S-FPA Reference switch alternately changes vertical speed/flight path angle window references between vertical speed and flight path angle. The vertical speed or flight path angle command is an elevator command. The pilot uses this mode to change flight levels. The pilot must set the engine thrust necessary to hold the vertical speed or flight path angle command. When the V/S/FPA display shows V/S, the aircraft goes to and holds the vertical speed that shows on the vertical speed/flight path angle window.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**



*Figure 1.6EC Vertical Mode Switches and Indicators*

**c)  Flight Level Change (FLCH)**

Pushing the FLCH switch selects the Flight level change speed mode. The FLCH command is a mix of thrust and elevator commands to change flight levels. When the IAS/MACH display shows IAS, the elevator command holds the speed that shows on the IAS/MACH window. When the IAS/MACH display shows MACH, the elevator command holds the MACH that shows on the IAS/MACH window. Rotating the IAS/MACH selector sets the speed in the IAS/MACH window. Pushing the IAS/MACH Reference switch alternately changes the IAS/MACH window between IAS and MACH. The Thrust Management Computing Function (TMCF) supplies the engine thrust commands.

**d)  Altitude Hold (ALT)**

Pushing the Altitude Hold switch selects the Altitude hold mode. In this mode, the aircraft holds the barometric altitude present when the pilot pushes the altitude HOLD switch.

**1.6E.2.3    Landing Modes**

The following AFDS functions are available for landing:

**a)  Localizer (LOC)**

The LOC mode captures and holds the aircraft to a localizer flight path.

**b)  Glideslope (G/S)**

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

The G/S mode captures and holds the aircraft to a vertical descent flight path.

**c)  Flare (FLARE)**

The flare mode controls the aircraft to a smooth touchdown at a point past the glideslope antenna. This is a computed command and is not part of the glideslope mode.

**d)  Runway Alignment**

In crosswind conditions, the runway alignment mode supplies roll and yaw control to decrease the aircraft crab angle for touchdown. The runway alignment mode also includes roll and yaw control for an engine failure in approach during autoland.

**e)  Rollout (ROLLOUT)**

After touchdown, the rollout mode controls the aircraft to the runway centre line. Aircraft deviation from the localizer centre line supplies rudder and nose wheel steering signals.

**f)  Go-Around (TO/GA)**

The go-around mode controls roll and pitch after an aborted approach. Also, the TMCF controls thrust during go-around.

Pushing the Localizer (LOC) switch arms, disarms or captures the localizer as roll mode. Pushing the Approach (APP) switch arms, disarms or captures the localizer as roll mode and glidepath (G/S) as pitch mode (*Figure 1.6DD* below).



*Figure 1.6ED Approach Mode Switches*

**1.6E.3   Autothrottle (Thrust Management Computing Function – TMCF)**

The autothrottle (A/T) commands the thrust levers to achieve an engine thrust setting, or a selected airspeed. The A/T is armed by the operation of two toggle switches and engaged by the operation of a pushbutton switch on the MCP (*Figure 1.6DE* below).

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**



*Figure 1.6EE Autothrottle Switches*

During normal flight operations, the flight crew uses the TMCF to perform several routine or normal operations and tasks. These operations or tasks relate to autothrottle modes. The autothrottle (A/T) modes operate in these flight phases:

- Take-off (TO)
- Climb (CLB)
- Cruise (CRZ)
- Descent (DES)
- Approach (APP)
- Go-around (GA)

Autothrottle functions that relate to flight phases are flare retard during autoland and autothrottle disconnect. Autothrottle thrust mode annunciations relate to pitch mode annunciations on the Primary Flight Display (PFD).

**1.6E.3.1    Autothrottle Modes**

**a) Take-off (TO)**

In TO, the autothrottle controls thrust to the take-off thrust limit. The autothrottle mode annunciation on the PFD is thrust reference (THR REF). At a threshold air speed, the autothrottle mode annunciation on the PFD changes to HOLD.

**b) Climb (CLB)**

i. These are the three autothrottle mode selections in climb:

- Vertical navigation (VNAV)
- Flight level change (FLCH)
- Autothrottle (MCP) speed mode or thrust mode.

ii. These are the autothrottle mode annunciations for these modes:

- THR REF when VNAV engages

- THR when FLCH engages
- SPD or THR REF when autothrottle mode engages.

The autothrottle speed mode only engages when VNAV, FLCH, and TO/GO are not active and the aircraft is in the air.

### c)  Cruise (CRZ)

i.  These are the two autothrottle modes in cruise:

- VNAV
- Autothrottle speed mode.

ii.  These are the autothrottle mode annunciations in cruise:

- SPD when VNAV engages
- SPD, VNAV is not active

### d)  Descent (DES)

i.   These are the three autothrottle modes in descent:

- VNAV
- FLCH
- Autothrottle speed mode.

ii.  These are the autothrottle mode annunciations in descent:

- IDLE, THR, or HOLD shows for VNAV
- THR, or HOLD shows for FLCH
- SPD.

### e.  Approach (APP)

SPD is normal mode in approach with glideslope active or in a manual approach.

#### i.  Go-Around (GA)

A GA mode request causes the autothrottle mode to change to THR. A second GA request causes the autothrottle mode to change to THR REF. The TO/GA lever must be pushed to request GA.

#### ii.  Flare Retard

Flare retard occurs when a specified altitude threshold has been achieved during approach with a command from the autopilot flight director system (AFDS). The autothrottle mode changes to IDLE during a flare retard.

### 1.6E.3.2    Autothrottle Disconnect

The autothrottle disconnects when there is a manual autothrottle disconnect or when there is thrust reverser application. This occurs after initial touchdown during rollout.

### 1.6E.4   Electrical Power

The electrical system generates and distributes AC and DC power to other aircraft systems, and is comprised of: main AC power, backup power, DC power, standby power, and flight controls power. System operation is automatic. Electrical faults are automatically detected and isolated. The AC electrical system is the main source for airplane electrical power. *Figure 1.6EF* shows the cockpit Electrical panel where electrical switching can be made. It also shows the associated lights.

### 1.6E.4.1  Electrical Load Management System (ELMS)

The ELMS provides load management and protection to ensure power is available to critical and essential equipment. If the electrical loads exceed the power available (aircraft or external), ELMS automatically sheds AC loads by priority until the loads are within the capacity of the aircraft or ground power generators. The load shedding is non-essential equipment first, then utility busses. Utility busses are followed by individual equipment items powered by the main AC busses. When an additional power source becomes available or the loads decrease, ELMS restores power to shed systems (in the reverse order). The message LOAD SHED displays on the electrical synoptic when load shed conditions exist.

### 1.6E.4.2  AC Electrical System Power Sources

The entire aircraft AC electrical load can be supplied by any two main AC power sources. The main AC electrical power sources are:

- left and right engine integrated drive generators (IDGs)
- APU generator
- primary and secondary external power

The power sources normally operate isolated from one another. During power source transfers on the ground (such as switching from the APU generator to an engine generator) operating sources are momentarily paralleled to prevent power interruption.

### 1.6E.4.3   Integrated Drive Generators (IDGs)

Each engine has an IDG. Each IDG has automatic control and system protection functions. When an engine starts, with the GENERATOR CONTROL switch selected ON, the IDG automatically powers the respective main bus. The previous power source is disconnected from that bus.

The IDG can be electrically disconnected from the busses by pushing the GENERATOR CONTROL switch to OFF. The IDG can also be electrically disconnected from its respective bus by selecting an available external power source prior to engine shutdown. The DRIVE light illuminates and the EICAS message ELEC GEN DRIVE L or R displays when low oil pressure is detected in an IDG. The IDG drive can be disconnected from the engine by pushing the respective DRIVE DISCONNECT switch. The IDG cannot be reconnected by the flight crew. High drive temperature causes the IDG to disconnect automatically.

**1.6E.4.4  APU Generator**

The APU generator is electrically identical to the IDG generators. The APU generator can power either or both main busses, and may be used in flight as a replacement to an IDG source. If no other power source is available when the APU generator becomes available, the APU generator automatically connects to both main AC busses. If the primary external source is powering both main busses, the APU powers the left main bus, and the primary external source continues to power the right main bus. If the primary external source is powering the right main bus, and the secondary external source is powering the left main bus, the APU then powers the left main bus and the primary external source continues to power the right main bus. If the secondary external source is powering both main busses, the APU then powers both main busses.

The APU generator OFF light illuminates when the APU is operating and the APU generator breaker is open because of a fault or the APU GENERATOR switch is selected OFF. When the APU GENERATOR switch is ON and a fault is detected, the APU generator cannot connect to the busses.

In flight, when both transfer busses are unpowered, the APU starts automatically, regardless of APU selector position.

**1.6E.4.5  AC Electrical Power Distribution**

AC power is distributed through the left and right main busses and the ground service bus. The right IDG normally powers the right main bus and the left IDG normally powers the left main bus. The APU normally powers both main busses when they are not powered by any other source.

When external power is connected:

- primary external power normally powers the right main bus
- secondary external power normally powers the left main bus

Bus tie relays, controlled by BUS TIE switches, isolate or parallel the right and left main busses. When both BUS TIE switches are set to AUTO, the bus tie system operates automatically to maintain power to both main busses.

Power transfers are made without interruption when the airplane is on the ground, except when switching between primary and secondary external power sources. The source order for powering left and right main busses in flight is the:

- respective IDG
- APU generator
- opposite IDG

**1.6E.4.6  Autoland**

During autoland, the busses isolate to allow three independent sources to power the three autopilots:

- the left IDG powers the left AC transfer bus, the left main DC bus, and the  captain's flight instrument bus
- the right IDG powers the battery bus and AC standby bus through the main battery charger
- the backup system powers the right AC transfer bus, the right DC bus, and the first officer's flight instrument bus.

### 1.6E.4.7  Backup AC Electrical System

The backup electrical system is designed to automatically provide power to selected aircraft systems. The backup electrical system automatically powers one or both transfer busses when:

- only one main AC generator (includes APU) is available
- power to one or both of the main AC busses is lost
- approach (APP) mode is selected for autoland
- the system is automatically tested after engine starts

The system transfers power without interruption.

### 1.6E.4.8  Backup Generators

Backup power is provided by one variable speed, variable frequency generator mounted on each engine. A frequency converter converts the generator frequency to a constant 400 Hz. Only one backup generator can power the converter at a time.

Each backup generator contains two permanent magnet generators (PMGs) that   supply power to the flight control DC electrical system (refer to DC Electrical System). If both IDGs and the APU generator are inoperative, a backup generator powers essential airplane equipment. To reduce electrical loading on the backup generator, the following systems are inoperative:

- TCAS
- SATCOM
- Right HF radio

### 1.6E.4.9  DC Electrical System

The DC electrical system includes the main DC electrical system and the flight control DC electrical system. The main DC electrical system uses four transformer-rectifier units (TRUs) to produce DC power. The TRUs are powered by the AC transfer busses.

TRU DC electrical power is distributed to various DC busses as follows.

The left TRU powers the left main DC bus, which provides a second DC power source for:

- left flight control power supply assembly (PSA)
- right main DC bus.

The right TRU powers the right main DC bus, which provides a second DC power source for:

- right flight control PSA
- left main DC bus.

The C1 TRU powers the captain's flight instrument bus and the battery bus. The captain's flight instrument bus provides a second DC power source for:

- centre flight control PSA
- first officer's flight instrument bus

The C2 TRU powers the first officer's flight instrument bus, which provides a second DC power source for the captain's instrument bus.

### 1.6E.4.10  Batteries

The main battery is connected directly to the hot battery bus and provides standby power to other busses. The main battery charger normally powers the hot battery bus and maintains the main battery fully charged.

The APU battery is connected directly to the APU battery bus and provides dedicated power to the APU electric starter, which is used when sufficient bleed air duct pressure is unavailable for the APU air turbine starter. The APU battery charger normally powers the APU battery bus and maintains the APU battery fully charged.

### 1.6E.4.11  Flight Control DC Electrical System

The flight control DC electrical system is a dedicated power source for the primary flight control system. Primary power for the flight control DC electrical system comes from permanent magnet generators (PMGs) housed within each backup generator. Variable frequency PMG AC power is used by individual power supply assemblies (PSAs) to provide DC power to the three flight control DC busses. To ensure a high level of system reliability, each PSA also has multiple DC power sources. If primary PMG AC power is not available, secondary power for the left and right PSAs is provided by the related main DC bus. Secondary power for the centre PSA is provided by the captain's flight instrument bus. The hot battery bus provides additional backup power for the left and centre PSAs only. Each PSA also uses a dedicated battery to prevent power interruptions to the related flight control DC bus. The batteries have limited capacity and are incorporated to supply power for brief periods during PSA power source transfers.

### 1.6E.4.12  Standby Electrical System

The standby electrical system can supply AC and DC power to selected flight instruments, communications and navigation systems, and the flight control system, if there are primary electrical power system failures. The standby electrical system consists of:

- the main battery
- the standby inverter
- the RAT generator and its associated generator control unit
- the C1 and C2 TRUs

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

a) **Main Battery**

The main battery provides standby power to the:

- hot battery bus
- battery bus
- captain's flight instrument bus
- left and centre flight control PSAs
- standby inverter.

**Note:** The main battery can power the standby system for a minimum of 10 minutes.

b) **Standby Inverter**

The standby inverter converts DC power to AC power. The inverter powers the AC standby bus if the left transfer bus is not powered.

c) **Ram Air Turbine (RAT) Generator**

The RAT generator provides standby power to the C1 and C2 TRUs. The RAT can supply electrical and hydraulic power simultaneously. If the RAT is unable to maintain RPM, the RAT generator electrical load is shed until RPM is satisfactory. Power for standby electrical loads is provided by the main battery during deployment of the RAT and when RAT generator loads are shed. The RAT is deployed automatically if both AC transfer busses lose power in flight. The RAT can be manually deployed by pushing the RAM AIR TURBINE switch on the overhead panel.

**1.6E.4.13  Cabin Systems and Utility Power**

Electrical power to some cabin and utility systems are controlled from the flight deck. The IFE/PASS SEATS Power switch controls power to the IFE and passenger seats. The CABIN/UTILITY Power switch controls power to cabin and utility systems.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**



*Figure 1.6EF Electrical Power Panel Switches/Lights*

| Electrical Power Panel Switches/Lights (Figure 1.6EF) | | | |
|---|---|---|---|
| 1 | Battery Switch | 11 | Backup Generator OFF Lights |
| 2 | Battery OFF Light | 12 | Backup Generator (BACKUP GEN) Switches |
| 3 | APU Generator (APU GEN) Switch | 13 | External Power AVAIL Lights |
| 4 | APU Generator OFF Light | 14 | External Power ON Lights |
| 5 | BUS TIE Switches | 15 | External Power (EXT PWR) Switches |
| 6 | BUS Isolation (ISLN) Lights | 16 | CABIN/UTILITY Power OFF Light |
| 7 | Generator Control (GEN CTRL) Switches | 17 | Cabin/Utility (CABIN/UTILITY) Power Switch |
| 8 | Generator OFF Lights | 18 | IFE/PASS SEATS OFF Light |
| 9 | Drive Disconnect Switches | 19 | In Flight Entertainment System/ Passenger Seats (IFE/PASS SEATS) Power Switch |
| 10 | Generator DRIVE Lights | | |

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

### 1.6E.5  Cabin and Cargo Compartments

The aircraft, 9M-MRO was configured to 35 business class and 247 economy class seats. The business class and economy class seats were procured from BE Aerospace. An approved Lay Out of Passenger Accommodation (LOPA) determines the cabin interior configuration. Safety and emergency equipment are fitted and positioned throughout the cabin.

There is one crew rest area in the forward cabin behind the cockpit. The cockpit door is reinforced and electrically locked. There is a cabin crew rest area in the aft cabin lower lobe. Access is through a compartment door adjacent to Door 3R.

There are four Type A passenger and service doors on each side of the aircraft. Each door has a window. The passenger compartment has windows along both sides of the passenger compartment. Each exit is fitted with a slide raft system for emergency use.

The overhead passenger cabin is fitted with Passenger Service Units (PSU) above each seat row. They are hinged and secured by a magnetic latch that is electrically controlled.  In the event of cabin depressurisation the PSU magnetic latch will be electrically released and allow the oxygen masks to drop for passenger use.

The aircraft cabin lighting system comprises of ceiling lights, sidewall lights, entry lights and emergency lights. The cabin management system (CMS) controls the passenger cabin lighting.

The lower section of the fuselage houses forward, aft and bulk cargo compartments. A cargo handling system is fitted for the forward and aft cargo to command power drive units (PDU) to move cargo containers laterally and longitudinally.

Cargo compartment sidewalls, ceilings and walkways are constructed of fire resistant materials. There is a smoke detection warning system and fire extinguishing system installed to contain any smoke or fire eventualities.

### 1.6E.6  Fire Protection

Fire protection and overheat detection systems are provided for the Engines, APU, wheel well, cargo compartment and the pneumatic ductings.

The Rolls Royce engine has a dual loop fire detection system that monitors the external areas of the engine. The detectors monitor the engine for fire and overheat conditions. Detector signals are monitored by a detection card and sends signals to the cockpit indication system.  The engines have a two shot fire extinguishing system. The pilot can select to discharge the fire bottle. Halon gas will be discharged through nozzles positioned around the engine.

The APU has a dual loop fire detection system around the APU compartment. If a fire condition is detected, a signal is sent to the detection card.  This will automatically activate a

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

single shot fire extinguishing system that will discharge Halon gas into the APU compartment.

The wheel well fire detection system monitors the wheel well for brake and tyre fires.

The forward cargo compartment and aft cargo compartment have smoke detectors to monitor the air. The smoke detectors analyse the air for smoke particles. The forward cargo smoke detector also process signals from the main equipment centre cooling smoke detector.

The cargo compartment has an extinguishing system that comprises of five extinguishing bottles fitted in the forward cargo compartment. There are series of pipes that connect the bottles to the forward and aft cargo compartments. The detection and extinguishing system is monitored through a smoke detection card file and annunciated in the cockpit,

The high pressure pneumatic ducting from the engines and the APU have overheat protection. Should a duct leak be detected the associated pneumatic system will be isolated.

## 1.6E.7  Flight Controls

The flight control system is an electronic fly by wire system. It is divided into two separate systems to control the aircraft in flight.

Primary Flight control system (PFCS) is a modern three axis, fly by wire system. It controls the roll, yaw and pitch commands using the ailerons, flaperons, spoilers, elevators, rudder and horizontal stabilizer.

The high lift control system (HLCS) comprises of inboard and outboard trailing edge flaps, leading edge flaps and Kruger flaps. It supplies increased lift at lower speeds for take-off and landing.

The PFCS and HLCS uses 3 dedicated ARINC 629[1] Flight Control digital busses to transmit data signals to command the flight controls. Mechanical control is available to two spoilers and horizontal stabilizers.

The PFCS has three operational modes of command - Normal mode, Secondary mode and Direct mode. The PFCS command signals are directed through four Actuator Control Electronic (ACE) units that change analogue signals to digital format to send to three Primary Flight Computers (PFC).

The PFC also receives airspeed, altitude and inertial reference data from Airplane Information Management System (AIMS), Air Data Inertial Reference Unit (ADIRU) and Secondary Attitude and Air Data Reference unit (SAARU). The PFCs calculate the flight control commands based on control laws, augmentation and envelop protections. The digital command signals from the PFCs go to the ACEs that will change the digital signal to

---

[1]  Aeronautical Radio, Incorporated (ARINC) 629 is an aeronautical standard which specifies multi-transmitter data bus protocol where up to 128 units can share the same bus.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

analogue format and send to the power control units (PCU) that will command the control surface movement.

The HLCS operates in three modes, primary, secondary and alternate. Command signals are transmitted from the flap lever to two Flap Slat Electronic Units (FSCU).

The FSCU process the flap command and control the sequence of flaps and slats operation. It also commands auto slat, load relief and asymmetry protection.

Two spoilers and the horizontal stabilizer receive mechanical control signals from pilots input.

### 1.6E.8  Fuel System

The fuel system has three fuel tanks, two integral wing tanks and one centre tank. The tanks are part of the wing structure and have many fuels system components located inside the tanks and on the rear spar.

The fuel tanks are vented through channels in the wing to allow near ambient pressure during all phases of flight.

An integrated refuel panel (IRP) on the lower left wing and two refuel receptacles on each wing allows rapid pressure refueling of the aircraft. The refueling operation is automatic with fuel load selection on the IRP. Fuel quantity indicating system (FQIS) processor unit controls all fuelling operations and measuring of fuel quantity.

Several enhanced features were incorporated in the design to include the following:

- Ultrasonic Fuel Quantity Indicating system
- Automatic centre tank scavenge system
- Ultrasonic water detection system
- Densitometers
- Jettison system

Fuel quantity is displayed on the fuel synoptic page and the upper EICAS fuel block.

### 1.6E.9  Hydraulics

There are three independent hydraulic systems using electrical, pneumatics or engine driven power source. They are identified as Left, Centre and Right. Each hydraulic system can independently operate the flight controls for safe flight and landing.

Each hydraulic system uses a Hydraulic Interface Module Electronics Card (HYDIM) for automatic control and indications. The three systems operate independently at 3000 psi nominal pressure.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

The left system is powered by an engine driven pump (EDP) and an electric motor pump (ACMP). The right system is also powered by an EDP and ACMP. The centre system has two ACMP and two air driven pumps (ADP) and a ram air turbine (RAT) pump.

Hydraulic pumps control and indication are on the P5 overhead panel. During normal operation the flight crew will select the switches to the auto position before flight. The pressure and quantity indication is provided on the hydraulic synoptic page and the status page.

The primary pumps are the EDPs in the left and right system and the ACMPs for the centre system. These pumps operate continuously. The demand pumps are the ACMPs for the left and right systems and the ADPs for the centre system. These pumps normally operate only during heavy system demands. The operation logic is controlled and monitored by the HYDIM cards.

The RAT deploys automatically during flight when both engines are shutdown or loss of all three hydraulic power.


**1.6E.10  Ice and Rain Protection**

Ice and rain protection is carried out on the wings, engine intake, air data probes, cockpit windows, water and waste lines.

The aircraft is fitted with two ice detector probes on each side of the forward fuselage. When ice collects on either detector, a signal is sent to the engine Airfoil Cowl Ice Protection System (ACIPS) card. The engine ACIPS card shares information with the wing ACIPS card. The cards then operate the wing and engine anti ice systems automatically when engine and wing anti ice switches are in auto and the aircraft is in the air. Engine bleed air is used for engine anti ice and wing anti ice functions.

Air Data Probes comprise of three Pitot probes, two Angle of Attack (AOA) probes and one Total Air Temperature (TAT) probe fitted on the forward fuselage. These probes have a built-in heater to prevent icing. The Electric Load Management System (ELMS) controls the level of heating in flight and ground mode.

The cockpit windshield and side windows are heated to prevent ice and fog. There is an in-built electrically resistive material in the window lamination that is electrically heated. Two window heat control units (WHCU) control the level of heating when the window heat switches are turned ON.

The cockpit has a windshield wiper system to remove rain from the LH and RH windshield.  Two switches operate the LH and RH wiper operation.

The water supply and waste water line are fitted with inline heaters at selected areas to prevent freezing. The waste water drain mast is also heated to prevent icing.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

**1.6E.11 Instrumentation**

The flight instruments and displays supply information to the flight crew on six flat panel liquid crystal display units:

- Captain and First Officer Primary Flight Display (PFD)
- Captain and First Officer Navigation Display (ND)
- the Engine Indication and Crew Alerting System (EICAS)
- the Multifunction Display (MFD)

Standby Flight Instruments provide information on separate indicators. Clocks display Airplane Information Management System (AIMS) generated UTC time and date, or manually set time and date.

**a) Primary Flight Display (PFD)**

The PFDs present a dynamic color display of all the parameters necessary for flight path control. The PFDs provide the following information:

- flight mode annunciation
- airspeed
- altitude
- vertical speed
- attitude
- steering information
- radio altitude
- instrument landing system display
- approach minimums
- heading/track indications
- engine fail, Ground Proximity Warning System (GPWS), and Predictive Windshear (PWS) alerts

Failure flags are displayed for aircraft system failures. Displayed information is removed or replaced by dashes if no valid information is available to the display system (because of out–of–range or malfunctioning navigation aids). Displays are removed when a source fails or when no system source information is available.

**b) Navigation Display (ND)**

The NDs provide a mode–selectable color flight progress display. The modes are:

- MAP
- VOR
- APP (approach)
- PLN (plan)

The MAP, VOR, and APP modes can be switched between an expanded mode with a partial compass rose and a centered mode with a full compass rose.

**c) Engine Indication and Crew Alerting System (EICAS)**

EICAS consolidates engine and aircraft system indications and is the primary means of displaying system indications and alerts to the flight crew. The most important indications are displayed on EICAS which is normally displayed on the upper centre display.

**System Alert Level Definitions**

**i) Time Critical Warnings**

Time critical warnings alert the crew of a non-normal operational condition requiring immediate crew awareness and corrective action to maintain safe flight. Master warning lights, voice alerts, and ADI indications or stick shakers announce time critical conditions.

**ii) Warnings**

Warnings alert the crew to a non-normal operational or system condition requiring immediate crew awareness and corrective action.

**iii) Cautions**

Cautions alert the crew to a non-normal operational or system condition requiring immediate crew awareness. Corrective action may be required.

**iv) Advisories**

Advisories alert the crew to a non-normal operational or system condition requiring routine crew awareness. Corrective action may be required.

**v) EICAS Messages**

Systems conditions and configuration information are provided to the crew by four types of EICAS messages:

- EICAS alert messages are the primary method to alert the crew to non-normal conditions
- EICAS communication messages direct the crew to normal communication conditions and messages
- EICAS memo messages are crew reminders of certain flight crew selected normal conditions
- EICAS status messages indicate equipment faults which may affect aircraft dispatch capability

An EICAS alert, communications, or memo message is no longer displayed when the respective condition no longer exists.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

**d)  Multifunction Display (MFD)**

The electronic checklist (ECL) system shows normal and non-normal checklists on a multifunction display (MFD). The electronic checklist system is not required for dispatch, and a paper checklist or other approved backup checklist must be available on the flight deck.

The checklist display switch on the display select panel opens the electronic checklist. The flight crew operates the checklist with the cursor control devices (CCDs).

**e)  Standby Flight Instruments**

The standby flight instruments include:

- standby attitude indicator
- standby airspeed indicator
- standby altimeter
- standby magnetic compass

**i)  Standby Attitude Indicator**

The Standby Attitude Indicator displays Secondary Attitude Air Data Reference Unit (SAARU) attitude. A bank indicator and pitch scale are provided.

**ii)  Standby Airspeed Indicator**

The Standby Airspeed Indicator displays airspeed calculated from two standby air data modules (one pitot and one static). It provides current airspeed in knots as a digital readout box and with an airspeed pointer.

**iii)  Standby Altimeter**

The standby altimeter displays altitude from the standby (static) air data module. Current altitude is displayed digitally. A pointer indicates altitude in hundreds of feet. The pointer makes one complete revolution at appropriate intervals.

**iv)  Standby Magnetic Compass**

A standard liquid–damped magnetic standby compass is provided. A card located near the compass provides heading correction factors.

**f)  Clock**

A clock is located on each forward panel. Each clock displays Airplane Information Management System (AIMS) generated UTC time and date, or manually set time and date. The AIMS UTC time comes from the global positioning system (GPS). In addition to time, the clocks also provide alternating day-month and year, elapsed time, and chronograph functions.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

### 1.6E.12  Airplane Information Management System (AIMS)

The AIMS collects and calculates large quantities of data. The AIMS manages this data for several integrated avionics systems. These systems are the:

- Primary display system (PDS)
- Central maintenance computing system (CMCS)
- Airplane condition monitoring system (ACMS)
- Flight data recorder system (FDRS)
- Data communication management system (DCMS)
- Flight management computing system (FMCS)
- Thrust management computing system (TMCS)

The AIMS has software functions that do the calculation for each of these avionics systems. The AIMS supplies one other software function that many aircraft systems use. It is the data conversion gateway function (DCGF).

The AIMS has two cabinets which do the calculations for other avionic systems. These cabinets (Left AIMS Cabinet and Right AIMS Cabinet) are located in the Main Equipment Centre (MEC). To do these calculations, each AIMS cabinet has the following:

- A cabinet chassis
- Four Input/output modules (IOM)
- Four Core processor modules (CPM)

The IOMs and the CPMs are in the cabinet chassis. The chassis also has a backplane data bus and a backplane power bus to distribute data and power to the IOMs and CPMs. The input/output module (IOM) transfers data between the software functions in the AIMS CPMs and external signal sources. The CPMs supply the software and hardware to do the calculations for several avionic systems. The software is called functions. To keep a necessary separation between the functions, each function is partitioned. The partitions permit multiple functions to use the same hardware and be in the same CPM.

### 1.6E.13  Landing Gear

The landing gear is of tricycle design with two main landing gears and one nose landing gear. The nose landing gear is of conventional two wheel design while the main landing gear truck has six wheels.

The nose landing gear strut includes an air oil shock absorber. The nose landing gear uses centre hydraulics pressure to extend and retract. Sequence valves control the door and landing gear movement.

The main landing gear has three axles' trucks and fitted with six wheel and brake assemblies.  The main gear uses centre system hydraulic pressure to extend and retract. Sequence valves control the door and gear movements. Drag braces and downlock

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

actuators lock the gear in the extend position. Uplock hooks lock the gear in the retract position.

Alternate extension system permits landing gear extension if the centre hydraulic system has no pressure. An alternate extend power pack will unlock the landing gear doors and the uplock. The door opens and the gear extend under its own weight. The gear doors will remain open after an alternate extension.

Nose gear steering is available when aircraft is on the ground. Two steering tillers in the cockpit allows nose wheel steering up to a specified maximum in each direction. The rudder pedal input allows smaller nose wheel steering in each direction.

Main gear steering operates when nose wheel steering commands are more than a specified limit. The main gear aft axle is able to steer left or right when commanded by main gear steering control unit (MGSCU).

Two sets of brake pedal controls the brake. Normal braking uses right system hydraulic pressure and alternate brakes use centre system hydraulic pressure. The braking system pressure is applied through the brake system control unit (BSCU) to control brake pressure to prevent tyre skid.  Each wheel has a wheel speed transducer which supplies signal to the BSCU.

### 1.6E.14  Navigation Systems

Navigation systems include Global Positioning System (GPS), Air Data Inertial Reference System (ADIRS), Very High Frequency Omni Range (VOR), Distance Measuring Equipment (DME), Instrument Landing System (ILS), Automatic Direction Finder (ADF), Weather Radar, and the Flight  Management System (FMS).

### 1.6E.14.1  Global Positioning System (GPS)

Left and right GPS receivers are independent and supply very accurate position data to the FMC. GPS tuning is automatic. If the Air Data Inertial Reference Unit (ADIRU) becomes inoperative during flight, the EICAS displays the message NAV ADIRU INERTIAL and the FMC uses only GPS data to navigate.

### 1.6E.14.2  Inertial System

The Air Data Inertial Reference System (ADIRS) calculates aircraft altitude, airspeed, attitude, heading, and position data for the displays, flight management system, flight controls, engine controls, and other systems. The major components of ADIRS are the Air Data Inertial Reference Unit (ADIRU), Secondary Attitude and Air Data Reference Unit (SAARU), and air data modules. The ADIRU supplies primary flight data, inertial reference, and air data. The ADIRU is fault–tolerant and fully redundant. The SAARU is a secondary source of critical flight data for displays, flight control systems, and other systems. If the ADIRU fails, the SAARU automatically supplies attitude, heading, and air data. SAARU heading must be manually set to the standby compass magnetic heading periodically. The ADIRU and SAARU receive air data from the same three sources. The ADIRU and SAARU

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

validate the air data before it may be used for navigation. The three air data sources are the left, centre, and right pitot and static systems.

### 1.6E.14.3  Radio Navigation Systems

**a)  Automatic Direction Finding (ADF)**

Two ADF systems are installed. Either ADF can be manually tuned from the left or right CDU on the NAV RADIO page.

**b)  Very High Frequency Omni Range (VOR)**

Two VOR receivers are usually tuned by the FMC but, can be tuned manually by the crew. The tuned VORs display on the ND and may be used for position updates.

**c)  Distance Measuring Equipment (DME)**

Two DME systems are installed. The DMEs are usually tuned by the FMC, but may be tuned manually.

**d)  Instrument Landing System (ILS)**

Three ILS receivers are installed. They are usually tuned by the FMC, but can be tuned manually on the NAV RADIO page.

### 1.6E.14.4  Weather Radar

The weather radar system consists of receiver–transmitter unit, antenna, and control panel. Radar returns display on the Navigation Display (ND). The EFIS control panel weather radar (WXR) map switch controls power to the transmitter/receiver and controls the weather radar display on the ND.

### 1.6E.14.5  Flight Management System (FMS)

The FMS aids the flight crew with navigation, in–flight performance optimisation, automatic fuel monitoring, and flight deck displays. Automatic flight functions manage the aircraft lateral flight path (LNAV) and vertical flight path (VNAV). The displays include a map for aircraft orientation and command markers on the airspeed, altitude, and thrust indicators to help in flying efficient profiles. The flight crew enters the applicable route and flight data into the CDUs. The FMS then uses the navigation database, aircraft position, and supporting system data to calculate commands for manual and automatic flight path control. The FMS tunes the navigation radios and sets courses. The FMS navigation database supplies the necessary data to fly routes, SIDs, STARs, holding patterns, and procedure turns. Cruise altitudes and crossing altitude restrictions are used to calculate VNAV commands. Lateral offsets from the programmed route can be calculated and commanded.

The basis of the flight management system is the flight management computer function. Under normal conditions, one FMC accomplishes the flight management tasks while the other FMC monitors. The second FMC is ready to replace the first FMC if system faults occur. The FMC uses flight crew–entered flight plan data, aircraft  systems data, and data from the FMC navigation database to calculate aircraft present position and pitch, roll, and

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

thrust commands necessary to fly an optimum flight profile. The FMC sends these commands to the autothrottle, autopilot, and flight director. Map and route data are sent to the NDs. The EFIS control panels select the necessary data for the ND. The mode control panel selects the autothrottle, autopilot, and flight director operating modes.

## 1.6E.15  Oxygen Systems

### 1.6E.15.1  Crew Oxygen System

The crew oxygen system provides oxygen to the flight crew for emergencies and other procedures which make its use necessary. The oxygen is supplied by two cylinders located in the left side of the main equipment centre. Each cylinder is made of composite material and holds 115 cubic feet (3150 litres) of oxygen at 1850 psi. The oxygen is supplied, through regulators, to four oxygen masks in the cockpit, one each for the Captain, the First Officer, the First Observer and the Second Observer. The mask has a dilution control which is normally set at 'Normal' position. In this position the oxygen is diluted with ambient air according to the pressure altitude in the flight deck. It can also be selected to '100%', in which case 100% oxygen will be supplied. *Table 1.6A* below shows the expected duration of oxygen supply from the two cylinders with the dilution control in 'Normal' position. Aircraft altitude is assumed to be 36,000 ft. A cabin altitude of 8,000 ft. would indicate a normally pressurised cabin and a cabin altitude of 36,000 ft. would indicate an unpressurised cabin. At this cabin altitude of 36,000 ft. 100% oxygen will be supplied even with the dilution control in the 'Normal' position.

| Aircraft Altitude: 36,000 ft. Cabin Altitude: 8,000 ft. | | Aircraft Altitude: 36,000 ft. Cabin Altitude: 36,000 ft. | |
|---|---|---|---|
| No. of Crew Members | Expected Duration (hour) | No. of Crew Members | Expected Duration (hour) |
| 1 | 42 | 1 | 27 |
| 2 | 21 | 2 | 13 |
| 3 | 14 | 3 | 9 |
| 4 | 10.5 | 4 | 6.5 |

*Table 1.6EA Expected Duration of Crew Oxygen*

### 1.6E.15.2  Passenger Oxygen System

The passenger oxygen system is supplied by individual chemical oxygen generators. The oxygen system provides oxygen to:

- passenger seats
- attendant stations
- lower crew rest compartment
- lavatory service units.

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

The passenger oxygen masks and chemical oxygen generators are located in passenger service units (PSUs). Oxygen flows from a PSU generator when any mask hanging from that PSU is pulled. Oxygen is available for approximately 22 minutes. The masks automatically drop from the PSUs if cabin altitude exceeds approximately 13,500 feet. The passenger masks can be manually deployed from the flight deck by pushing the overhead panel PASSENGER OXYGEN switch to the ON position.

### 1.6E.15.3  Portable Oxygen

Portable oxygen cylinder lets the flight attendants move in the aircraft when oxygen is in use. It is also a gaseous oxygen supply for medical emergencies. The bottle is fitted with disposable mask. 15 cylinders are located throughout the passenger cabin. Each cylinder is of 11 cubic feet (301 litres) capacity. The flow of oxygen can be controlled by an 'Off-On' knob from 0 to 20 litres per minute.

### 1.6E.16  Structures

The B777-200 is a transport category aircraft certified to Federal Aviation Regulations (FAR) Part 25. The structure construction is a conventional skin, frame, stringers and longeron to handle the flight load on the aircraft during its operation. The structure components are fuselage, wing and empennage which also consist of the horizontal and vertical stabilizers. Control surfaces to control the aircraft manoeuvrability are attached to the wing, and empennage. Engine assemblies are attached to the wings and the landing gear system to the part of the fuselage. The fuselage has numerous cut-outs for doors, windows and inspection doors.

### 1.6E.16.1  Fuselage

The fuselage is a semi-monocoque thin wall structure, which consists of skin panel, frames and stringers. The fuselage is designed with frames and stringers. Keel beam, located at the underside of the fuselage, provides structural reinforcement and provides protection to the underside of the centre fuel tank in the event of an emergency landing. Boeing has introduced modern materials on the B777-200 structure, which are improved Aluminum Alloy 7055 and carbon fiber with toughened resin (composite).

### 1.6E.16.2  Wings

The B777-200 wings comprise of two outer wings and a centre wing box. The wings are conventional design with front and rear spars together with the upper and lower wing skins reinforced with stringers. The two outer wings are attached to the wing box using wing joint fittings.

### 1.6E.16.3  Engine Nacelle Attachments

The B777-200 engine nacelle and pylon assemblies are attached to the wing by four fuse pins. The fuse pins are designed to fail in the event of abnormal loads being applied to the nacelle, such as during an emergency landing, in order to preserve the wing structure and allow the engine assembly to separate cleanly.

**1.6E.16.4  Landing Gear System**

The main landing gear drag brace is joined to the rear face of the rear spar web, the terminal fitting and the back-up fitting. Attached to the innermost rib is a further back-up fitting which again attaches through the rear spar web to the main landing gear drag brace fitting. The wing box also forms part of the centre fuel tank and the wing fuel tanks.

**1.6E.17  Central Maintenance Computing System (CMCS)**

The CMCS collects and stores information from most of the aircraft systems. It can store fault histories as well as monitor and conduct tests on the various systems. The fault history contains details of warnings, cautions and maintenance messages.

At regular intervals, during flight, the CMCS transmits any recorded fault messages, via the Aircraft Communications Addressing and Reporting System (ACARS), to the Maintenance Control Centre (MCC) of Malaysia Airlines. This helps in the planning and preparation for the rectification of any potential aircraft defects at the main base or line stations.

**1.6E.18        Engines**

The aircraft is fitted with two engines (Model: RB211 TRENT 892B-17) manufactured by Rolls Royce.

The RB211 TRENT 892B-17 engine is a high bypass turbofan (bypass ratio of 6.4:1 at a typical cruise thrust) axial flow, three-rotor with a single low pressure fan driven by a five-stage turbine.

The engine has an eight-stage intermediate pressure compressor driven by a single-stage turbine and a six-stage high pressure compressor driven by a single-stage turbine.

The engine take-off thrust is 92,800 Lb and weighing approximately 15,700 Lb (7,136 Kg). The engines are certified in accordance with the US FAA Type Certificate E00050EN.

The FAA Type Certificate Data Sheet certifies that the engines meet the smoke and gaseous emission requirements of the US FAR 34. The engine is certified under FAR Part 36 Stage 3 Noise regulation.

The engine is fitted with a digital Electronic Engine Fuel Control System and it interfaces with many systems and components in the form of primary analogue or ARINC 629 buses.

The following analogue engine fuel and control system interfaces and correlates with the other systems for supply and feedback:

- Engine ignition – ignition unit power
- Engine air – actuator and valves

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

- Engine controls – resolver excitation and position
- Engine indicating – engine parameter data
- Engine exhaust – thrust reverser operations
- Engine oil – oil cooling and indications
- Engine starting – auto-start and manual start
- Electrical power – aircraft power from the Electrical Load Management System (ELMS)

The following ARINC 629 engine fuel and control system interfaces and correlates with other systems for supply, control and indication data:

- AIMS – indication, air data and flight management control
- Flight deck controls – switch position and indication
- Flap Slat Electronic Unit (FSEU) – Flap indication
- Proximity Switch Electronic Unit (PSEU) – Landing gear lever position
- Air Supply Cabin Pressure Controller (ASCPC) – Pneumatic system demand

The RB211 TRENT 892B-17 engine Electronic    Engine Control (EEC) serves as the primary component of the engine fuel control system and uses data from the engine sensors and aircraft systems to control the engine operations. The EEC controls most of the engine components and receives feedback from them. These digital data go to the Engine Data Interface Unit (EDIU) and send the signal to the AIMS. The AIMS transmits and receives a large amount of data to and from the EEC. These include:

- Engine bleed status – EEC thrust limit calculations
- Air data – EEC thrust limit calculations
- Engine data – system requirements
- Autothrottle Engine Pressure Ration (EPR) trim – thrust balancing
- Condition monitoring – performance tracking
- Maintenance data – trouble shooting
- Primary display system data – indication.

The RB211 TRENT 892B-17 engine has the capability to generate snapshot reports of engine data for the purpose of Engine Health Monitoring.

### 1.6E.19  Auxiliary Power Unit (APU)

The aircraft is fitted with an APU (Model: GTCP 331-500) manufactured by Allied Signal. The Allied Signal GTCP 331-500 gas turbine APU is a two stage centrifugal flow compressor, a reverse flow annular combustion chamber and a three stage axial flow turbine. It supplies the auxiliary power system for the aircraft pneumatic and electrical power. This permits independent operations from the ground external power sources or the main engines.

The APU generator supplies 120 KVA electrical power at any altitude. Pneumatic pressure is available up to an altitude of 22,000 feet (6,700 m).

The ELMS contains the APU autostart logic and sends signal to the APU Controller (APUC).

**APPENDIX 1.6E - AIRCRAFT SYSTEMS DESCRIPTION**

The APU Controller serves to control the APU functions for:

- Starting and ignition
- Fuel metering
- Surge control
- Inlet guide vane (IGV) control
- Data storage
- Protective shutdown
- BITE/Fault reporting
- APU indication

The APU is designed to automatically start when certain logic conditions are met when the aircraft is in the air or electrical power removed from left and right transfer buses from respective No. 1 and No. 2 engine generators.

APPENDIX 1.9A - ACARS TRAFFIC LOG

## Traffic Log

| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 15:54:41 | 46817961 | Incoming Downlink | 9M-MRO | MH0000 | POR1 | MHKULKJACM001 | 071554 | MED | RELAY |
| Normal | | Established SATCOM | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071554
EMED
FI MH0000/AN 9M-MRO
DT QXT POR1 071554 S04A
-  0ES155446VS
```

| 15:54:53 | 46817964 | Incoming Downlink | 9M-MRO | MH0000 | POR1 | MHKULKJACM001 | 071555 | MED | RELAY |
| Normal | | Lost VHF | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071555
EMED
FI MH0000/AN 9M-MRO
DT QXT POR1 071555 S06A
-  0LV1554E3S
```

| 15:56:08 | 46817982 | Incoming Downlink | 9M-MRO | MH0370 | POR1 | MHKULKJACM001 | 071556 | MED | RELAY |
| Normal | | Established SATCOM | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071556
EMED
FI MH0370/AN 9M-MRO
DT QXT POR1 071556 S08A
-  0ES155E07S
```

| 15:57:57 | 46818013 | Incoming Downlink | 9M-MRO | MH0370 | POR1 | MHKULKJACM001 | 071558 | MED | RELAY |
| Normal | | Established SATCOM | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071558
EMED
FI MH0370/AN 9M-MRO
DT QXT POR1 071558 S10A
-  0ES15575SS
```

| 16:00:13 | 46818050 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071600 | MED | RELAY |
| Normal | | Established SATCOM | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071600
EMED
FI MH0370/AN 9M-MRO
DT QXT IORC 071600 S12A
-  0ES160015S
```

| | | | | Printed: | March 11, 2014 |
| ✈ SITA  2014 | All Rights Reserved | | AS.V6R2.4 | Number of records: | 5 |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 16:06:15 | 46010160 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071606 | AGM | RELAY |
|---|---|---|---|---|---|---|---|---|---|
| Uplink Sent | | AGM NOTOC Uplink B777 -- AGM NOTOC Uplink B77 QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DFCCAMH 071606
CAGM
AN 9M-MRO/FI MH0370/MA 989I
-
NOTOC MESSAGE
SPECIAL LOAD NOTOC

FLIGHT   DATE      EDNO
MH 0370 /00  00MAR14  01
FROM/TO   AC/REG
KULPEK    9M-MRO

OTHER SPECIAL LOAD

TO   POS PCS QTY/TI IMP
DESCRIPTION
PEK 41L 001 1120KG PER
MANGOSTEEN

PEK 41R 001 1152KG PER
MANGOSTEEN

PEK 43L 001 1140KG PER
MANGOSTEEN

PEK 44L 001 1138KG PER
MANGOSTEEN

THERE IS NO EVIDENCE
THAT ANY DAMAGED OR
LEAKING PACKAGES
CONTAINING DANGEROUS
GOODS HAVE BEEN LOADED
ON THE AIRCRAFT AT THIS
STATION.

END ACARS NOTOC
```

| 16:06:15 | 46010160 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071606 | MAS | RELAY |
|---|---|---|---|---|---|---|---|---|---|
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071606
CMAS
AN 9M-MRO/FI MH0370/MA 989L
```

| 16:06:32 | 46010160 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071606 | MAS | RELAY |
|---|---|---|---|---|---|---|---|---|---|
| Normal | | MAS-S (successful) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071606
CMAS
AN 9M-MRO/FI MH0370/MA 989S
DT QXT IOR2 071606 S15A
```

© SITA  2014    All Rights Reserved    AS.V6R2.4

Printed:      March 11, 2014

Number of records:        8

2 of 13

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.9A - ACARS TRAFFIC LOG

## Traffic Log

| **From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00** |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |
| **Mar. 7, 2014** | | | | | | | | | |
| 16:06:32 | 381598235 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071606 | AGM | RELAY |
| Uplink Sent | | Loadsheet FINAL <9M-MR> -- LOADSHEET - AGM(Pi QXSXMXS) | | | | | | | |

```
QU QXSXMXS
.DFCCAMH 071606
CAGM
AN 9M-MRO/FI MH0370/MA 990I
-
X LOADSHEET FINAL  1606 01
MH0370/ 07MAR14
KUL PEK   9M-MRO   2/10
ZFW 174369 MAX 195044 L
TOF  49100
TOW 223469 MAX 236867
TIF  37200
LAW 186269 MAX 208652
UNDLD  20675
PAX/10/215      TTL 227
TTL 222/3/2
TTL COMPARTMENTS 014296
 1/2500 2/4530 3/804 4/5
685 5/577    0/0
SEATING
0A/10 0B/127 0C/88

DOI     59.07


LI2FW    67.05
MACZFW   31.65
LITOW    70.05
MACTOW   33.78

DLI     57.29
STAB TO  03.9 MID
SI:
NOTOC YES
TTL PAYLOAD 014296
DOW 143283

WBC K8-45
EXP 20SEP14
NOTOC - YES




-------------------------
PAX/10/215      TTL 227
TTL 222/3/2


0A/10 0B/127 0C/88


*------------------------------------------*
* PLSE ACK WITH                            *
```

© SITA   2014    All Rights Reserved

AS.V6R2.4

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

| | From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|---|
| | Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time Status | Trans. | Direction Message Type | AN | FI | Medium Source/Destination | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| **Mar. 7, 2014** | | | | | | | | | |

```
* "LS FINAL OK (LIC NO) (DEP STATION-ICAO)" *
* WHEN RECEIVE LS                            *
*--------------------------------------------*
```

| Time Status | Trans. | Direction Message Type | AN | FI | Medium Source/Destination | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| **16:06:33** Normal | 381598235 | Incoming Downlink MAS-L (link ack) | 9M-MRO | MH0370 | QXSXMXS | MHKULKJACM001 | 071606 | MAS | RELAY |

```
QU DPCCAMH
.QXSXMXS 071606
-MAS
AN 9M-MRO/FI MH0370/MA 990L
```

| **16:07:06** Normal | 381598235 | Incoming Downlink MAS-S (successful) | 9M-MRO | MH0370 | IOR2 QXSXMXS | MHKULKJACM001 | 071607 | MAS | RELAY |

```
QU DPCCAMH
.QXSXMXS 071607
-MAS
AN 9M-MRO/FI MH0370/MA 990S
DT QXT IOR2 071607 S20A
```

| **16:09:20** Normal | 46818215 | Incoming Downlink B777 Final Loadsheet Acknowledgement | 9M-MRO | MH0370 | IOR2 QXSXMXS | MHKULKJACM001 | 071609 | A81 | RELAY |

```
QU DPCCAMH
.QXSXMXS 071609
-A81
FI MH0370/AN 9M-MRO
DT QXT IOR2 071609 M00A
- LS FINAL OK
751 KUL
```

| **16:10:54** Normal | 46818244 | Incoming Downlink Established SATCOM | 9M-MRO | MH0370 | IOR2 QXSXMXS | MHKULKJACM001 | 071611 | MED | RELAY |

```
QU DPCCAMH
.QXSXMXS 071611
-MED
FI MH0370/AN 9M-MRO
DT QXT IOR2 071611 S21A
- 0ES161101S
```

| **16:27:57** Normal | 46818462 | Incoming Downlink OOOI B777 OUT Report | 9M-MRO | MH0370 | IOR2 QXSXMXS | MHKULKJACM001 | 071628 | M11 | RELAY |

```
QU DPCCAMH
.QXSXMXS 071628
-M11
FI MH0370/AN 9M-MRO
DT QXT IOR2 071628 M01A
- OUT01MAS370  /--071627WMKKKZBAA
1627 496-----
```

© SITA  2014   All Rights Reserved    AS.V6R2.4

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
| --- |
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 16:29:33 | 46818489 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071629 | DFD | RELAY |
| Normal | | B777 APU Report | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071629
EDFD
FI MH0370/AN 9M-MRO
DT QXT IOR2 071629 D00A
-    MAS002A0        B777 APU OPS REPORT            332

ACID    FLT  FM FLGT    DATE      GMT    DPT   DST
MRO     S370 PO  318 07/03/14 16:29:12 WMKK ZBAA

        SWID          SFC
316A-BSM-710-02 17911

APU CYC    APU TOT HRS   APU PREV FLT HRS
 15699        22093              4
```

| 16:41:43 | 46818633 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071641 | M12 | RELAY |
| Normal | | OOOI B777 OFF Report | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QX5XMXS 071641
EM12
FI MH0370/AN 9M-MRO
DT QXT IOR2 071641 M02A
-    OFF01MAS370    /--071641WMKKZBAA
L641 492
```

| 16:42:43 | 46818641 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071642 | DFD | RELAY |
| Normal | | B777 TAKE OFF REPORT<03> (RR) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QX5XMXS 071642
EDFD
FI MH0370/AN 9M-MRO
DT QXT IOR2 071642 D01A
-    <03>CSMROS370I0 3180703141.64159WMKKZBAA462320
319   3441739265 330   2778 101708 -3497100218676
06  3050F03 50   255  286   286 36 36
 51463 883 960 963  760077577500
 51462 869 959 967  775978978900
152622365010931442198  329 2822 5958
152422377810652344421198  329 2797 5939
1036 1125 6661299149712981298  90
1053 1116 6661299150012981299  92
0113318013012031031071073 66299
0146149059050202080900092159 99
 4274 34120  697013660  00E000056
 4255 34920  668018150  00E000056
  3  4 40229502060  38666 366 87
  1  2 44233653060  39667 408 85
 0 0 0 0 0 0 1
 0 0 0 0 0 0 1
000842000088
000844000088
```

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|------|--------|-----------|----|----|--------|---------|---------|-----|------------|
| Status | | Message Type | | | Source/Destination | | | | |
| **Mar. 7, 2014** | | | | | | | | | |
| 16:55:58 | 46818616 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071656 | DFD | RELAY |
| Normal | | B777 CLIMB REPORT<43> (RR) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071656
-DFD
FI MH0370/AN 9M-MRO
DT QXT IOR2 071656 D02A
- <43>CSMRO5370CL 31807031416522lWNKKZBAA485880
321 222782998680 118  3619 102020  2757100219299
16  3050508 5)
 51463 539 971 968 7782713713655
 51462 940 967 969 7081723723661
 839014503 70322948113  117 2752 5906
 836914534 69792941112  117 2734 5906
 99 1468 6591342136313361340  47
100 1448 6611342136613391341  52
 006206402002102903004804B 25298
 009009305505602002006106313V  )
 5535 50100 2176016320  0
 5470 51250 2175015410  0
 35 35 42155033060  30 392 570E000050
 27 29 46157863060  41 392 550E000050
 9536449 2350130213020
15000601 2225120312830
25024722  950134013400
000842000082
000844000082
```

© SITA  2014    All Rights Reserved

AS.V6R2.4

| Printed: | March 11, 2014 |
|---|---|
| Number of records: | 10 |

6 of 13

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 17:07:29 | 46810992 | Incoming Downlink | 9M-MRO | MH0370 | IOR2 | MHKULKJACM001 | 071707 | DFD | RELAY |
| Normal | | DFD B777 Position Report (NEW) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071707
DFD
FI MH0370/AN 9M-MRO
DT QXT IOR2 071707 D03A
-   MAS001A0      B777 POSITION REPORT           565

ACID    FLT   FM FLGT   DATE    DPT   DST
MRO     S370 TR  318 07/03/14 WMKK ZBAA

        SWID        SFC
316A-BSM-710-02 18661

GMT     ALT   CAS  MACH  TAT   SAT    LAT    LONG
164143    103 168.4 .255  31.1   27.3   2.767 101.715
164643  10582 261.8 .478  23.4   10.4   3.074 101.760
165143  21193 301.1 .669  11.6  -11.8   3.553 101.986
165643  28938 303.1 .783   2.6  -27.4   4.109 102.251
170143  34998 278.0 .819 -13.4  -43.9   4.708 102.534
170643  35004 278.4 .821 -13.1  -43.8   5.299 102.813

GWT     TOTFW  WINDIR WINDSP  THDG
492520  49200  140.3   1.25  -33.5
489200  47800  107.6   9.38   27.3
486240  46500   91.8  19.50   27.8
483840  45400   58.4  10.63   26.0
481880  44500   69.6  17.38   26.8
480600  43800   70.0  17.13   26.7
```

| 18:03:23 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071803 | AGM | RELAY |
| Uplink Sent | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071803
AGM
AN 9M-MRO/FI MH0370/MA 991I
-

------------------------------------------
!  MALAYSIA AIRLINES - ODC                !
------------------------------------------

URGENT REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

© SITA  2014   All Rights Reserved   AS.V6R2.4   Printed:   March 11, 2014
Number of records:   20

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.9A - ACARS TRAFFIC LOG



## Traffic Log

**From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00**

Filter: Aircraft registration [MRO], Source/destination [QXSXMXS]

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |
| **Mar. 7, 2014** | | | | | | | | | |
| 18:03:24 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071803 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071803
□MAS
AN 9M-MRO/FI MH0370/MA 991L
```

| 18:06:25 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071806 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071806
□MAS
AN 9M-MRO/FI MH0370/MA 991F
-  UP INTERCEPT AIRCRAFT NOT LOGGED ON              234

QU QXSXMXS
.DPCCAMH 071803
AGM
AN 9M-MRO/FI MH0370/MA 991I
-

======================================
| MALAYSIA AIRLINES - ODC              |
======================================
URGET REQUEST

PLS CONTACT
```

| 18:08:09 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | QXSXMXS | MHKULKJACM001 | 071808 | AGM | RELAY |
| Retransmitted | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071808
□AGM
AN 9M-MRO/FI MH0370/MA 991I
-

======================================
| MALAYSIA AIRLINES - ODC              |
-----------------------------------------
URGET REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

| 18:08:11 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071808 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071808
□MAS
AN 9M-MRO/FI MH0370/MA 991L
```

**Page 8 of 13**

**Printed:**  March 11, 2014

© SITA  2014    All Rights Reserved       AS.V6R2.4        Number of records:        24

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**



## Traffic Log

**From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00**

Filter: Aircraft registration [MRO], Source/destination [QXSXMXS]

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|------|--------|-----------|----|----|--------|---------|---------|-----|-------------|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 18:08:13 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071808 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071808
⌐MAS
AN 9M-MRO/FI MH0370/MA 991F
-  UP INTERCEPT AIRCRAFT NOT LOGGED ON                    234

QU QXSXMXS
.DPCCAMH 071808
AGM
AN 9M-MRO/FI MH0370/MA 991I
-

============================================
| MALAYSIA AIRLINES - ODC                  |
============================================
URGET REQUEST

PLS CONTACT
```

| 18:10:00 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071810 | AGM | RELAY |
| Retransmitted | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071810
⌐AGM
AN 9M-MRO/FI MH0370/MA 991I
-

============================================
| MALAYSIA AIRLINES - ODC                  |
============================================
URGET REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

| 18:10:00 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071810 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071810
⌐MAS
AN 9M-MRO/FI MH0370/MA 991L
```

© SITA  2014    All Rights Reserved        AS.V6R2.4

Printed:    March 11, 2014

Number of records:    27

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log



| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
|---|
| Filter: Aircraft registration [MRO], Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|---|---|---|---|---|---|---|---|---|---|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 18:10:02 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071810 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071810
□MAS
AN 9M-MRO/FI MH0370/MA 991F
-   UP INTERCEPT AIRCRAFT NOT LOGGED ON                    234

QU QXSXMXS
.DPCCAMH 071810
AGM
AN 9M-MRO/FI MH0370/MA 991I
-
==========================================
| MALAYSIA AIRLINES - ODC            |
==========================================
URGENT REQUEST

PLS CONTACT
```

| 18:11:50 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071811 | AGM | RELAY |
| Retransmitted | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071811
□AGM
AN 9M-MRO/FI MH0370/MA 991I
-
==========================================
| MALAYSIA AIRLINES - ODC            |
------------------------------------------
URGET REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

| 18:11:50 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071812 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071812
□MAS
AN 9M-MRO/FI MH0370/MA 991L
```

© SITA   2014   All Rights Reserved         AS.V6R2.4

| Printed: | March 11, 2014 |
|---|---|
| Number of records: | 30 |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.9A - ACARS TRAFFIC LOG



## Traffic Log

**From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00**

Filter: Aircraft registration [MRO], Source/destination [QXSXMXS]

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|------|--------|-----------|-----|-----|--------|---------|---------|-----|-------------|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 18:11:52 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071812 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071812
=MAS
AN 9M-MRO/FI MH0370/MA 991F
-  UP INTERCEPT AIRCRAFT NOT LOGGED ON              234

QU QXSXMXS
.DPCCAMH 071811
AGM
AN 9M-MRO/FI MH0370/MA 991I
-
==========================================
| MALAYSIA AIRLINES - ODC              |
==========================================
URGET REQUEST

PLS CONTACT
```

| 18:13:40 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071813 | AGM | RELAY |
| Retransmitted | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit QXSXMXS | | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071813
=AGM
AN 9M-MRO/FI MH0370/MA 991I
-
==========================================
| MALAYSIA AIRLINES - ODC              |
==========================================
URGET REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

| 18:13:41 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071813 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071813
=MAS
AN 9M-MRO/FI MH0370/MA 991L
```

© SITA  2014    All Rights Reserved          AS.V6R2.4          Printed:        March 11, 2014
                                                                Number of records:            33

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log



| From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00 |
| --- |
| Filter: Aircraft registration [MRO]. Source/destination [QXSXMXS] |

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 18:13:42 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071813 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071813
-MAS
AN 9M-MRO/FI MH0370/MA 991F
-  UP INTERCEPT AIRCRAFT NOT LOGGED ON                234

QU QXSXMXS
.DPCCAMH 071813
AGM
AN 9M-MRO/FI MH0370/MA 991I
-
=====================================
| MALAYSIA AIRLINES - ODC           |
-------------------------------------
URGET REQUEST

PLS CONTACT
```

| 18:13:23 | 46819784 | Outgoing Uplink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071815 | AGM | RELAY |
| Retransmitted | | B777 Cockpit Printer Uplink for ODC -- B777 Cockpit | QXSXMXS | | | | | | |

```
QU QXSXMXS
.DPCCAMH 071815
-AGM
AN 9M-MRO/FI MH0370/MA 991I
-
=====================================
| MALAYSIA AIRLINES - ODC           |
-------------------------------------
URGET REQUEST

PLS CONTACT HO CHI MING ATC ASAP

THEY COMPLAIN CANNOT TRACK YOU ON THEIR RADAR

I RECEIVED CALL FROM SUBANG CENTRE

PLS ACK THESE MSG

REGARDS
```

| 18:15:23 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071815 | MAS | RELAY |
| Normal | | MAS-L (link ack) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071815
-MAS
AN 9M-MRO/FI MH0370/MA 991L
```

© SITA  2014   All Rights Reserved

AS.V6R2.4

| Printed: | March 11, 2014 |
| --- | --- |
| Number of records: | 36 |

**APPENDIX 1.9A - ACARS TRAFFIC LOG**

## Traffic Log

### From Mar. 07, 2014 12:48:00 to Mar. 07, 2014 20:00:00

Filter: Aircraft registration [MRO], Source/destination [QXSXMXS]

| Time | Trans. | Direction | AN | FI | Medium | Machine | Raw DTG | SMI | Application |
|------|--------|-----------|-----|-----|--------|---------|---------|-----|-------------|
| Status | | Message Type | | | Source/Destination | | | | |

**Mar. 7, 2014**

| 18:15:25 | 46819784 | Incoming Downlink | 9M-MRO | MH0370 | | MHKULKJACM001 | 071815 | MAS | RELAY |
| Normal | | MAS-F (failed) | | | QXSXMXS | | | | |

```
QU DPCCAMH
.QXSXMXS 071815
CMAS
AN 9M-MRO/FI MH0370/MA 991F
-  UP INTERCEPT AIRCRAFT NOT LOGGED ON                     234

QU QXSXMXS
.DPCCAMH 071815
AGM
AN 9M-MRO/FI MH0370/MA 991I
-
========================================
  MALAYSIA AIRLINES - ODC            |
========================================
URGET REQUEST

PLS CONTACT
```

© SITA   2014   All Rights Reserved        AS.V6R2.4

Printed:        March 11, 2014
Number of records:        37

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian time (MYT) is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18A

## AIR-GROUND COMMUNICATION
### AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | **START AT 1600:00 UTC [0000:00 MYT]** | |
| | | 1603:37 UTC [0003:37 MYT] MAS 16 | Lumpur Delivery Malaysian One Six good morning. |
| | | 1603:42 UTC [0003:42 MYT] Lumpur Delivery | Malaysian One Six good morning confirm outward one six two seven. |
| | | 1603:46 UTC [0003:46 MYT] MAS 16 | Affirm sir one six two seven that Malaysian Amsterdam request flight level three zero zero. |
| | | 1603:58 UTC [0003:58 MYT] Lumpur Delivery | Malaysian One Six is cleared to Amsterdam via Agosa Alpha Departure six thousand feet squawk two one one three. |
| | | 1604:08 UTC [0004:08 MYT] MAS 16 | Cleared to Amsterdam Agosa Alpha Departure initially six thousand squawk two one one three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

## AIR-GROUND COMMUNICATION
### AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1604:16 UTC [0004:16 MYT] Lumpur Delivery | Malaysian One Six contact Ground. |
| | | 1604:17 UTC [0004:17 MYT] MAS 16 | Contact Ground Malaysian One Six. |
| | | 1625:15 UTC [0025:15 MYT] MAS 6 | Lumpur Delivery Malaysian Six salammualaikum. |
| | | 1625:20 UTC [0025:20 MYT] Lumpur Delivery | Malaysian Six walaikumsalam confirm outward one six three six. |
| | | 1625:26 UTC [0025:26 MYT] MAS 6 | Outward one six three niner and da requesting level three two zero to Frankfurt. |
| | | 1625:41 UTC [0025:41 MYT] Lumpur Delivery | Wa la wa la three er two... er zero to err Frankfurt confirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

| | AIR-GROUND COMMUNICATION AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz | | AIR-GROUND COMMUNICATION AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1625:46 UTC [0025:46 MYT] MAS 6 | Affirm level three two zero Malaysian One Malaysian Six. |
| 1625:52 UTC [0025:52 MYT] MAS 370 | Delivery Malaysian Three Seven Zero good morning. | | |
| 1626:01 UTC [0026:01 MYT] Lumpur Delivery | Malaysian Three Seven Zero standby and Malaysian Six is cleared to Frankfurt via Agosa Alpha Departure six thousand feet two one zero six. | | |
| | | 1626:10 UTC [0026:10 MYT] MAS 6 | Clear to Frankfurt via Agosa Alpha Departure six thousand feet squawk two one zero six Malaysian Six. |
| 1626:17 UTC [0026:17 MYT] Lumpur Delivery | Malaysian Six over to Ground good day Malaysian Three Seven Zero request level. | | |
| 1626:22 UTC [0026:22 MYT] MAS 370 | Malaysian Three Seven Zero we are ready requesting flight level three five zero to Beijing. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

# AIR-GROUND COMMUNICATION
## AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1626:41 UTC<br>[0026:41 MYT]<br>Lumpur Delivery | Malaysian Three Zeven Zero is cleared to Beijing via Pibos Alpha Departure six thousand feet squawk two one five seven. |
| 1626:48 UTC<br>[0026:48 MYT]<br>MAS 370 | Beijing Pibos Alpha six thousand feet squawk two one five seven Malaysian Three Seven Zero thank you. |
| 1626:54 UTC<br>[0026:54 MYT]<br>Lumpur Delivery | Malaysian Three Seven Zero welcome over to ground. |
| 1626:57 UTC<br>[0026:57 MYT]<br>MAS 370 | Good day sir. |
| 1626:59 UTC<br>[0026:59 MYT]<br>Lumpur Delivery | Good day. |

# AIR-GROUND COMMUNICATION
## AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|
| 1637:59 UTC<br>[0037:59 MYT]<br>Unknown | Lumpur Delivery Malaysian ahh…. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

## AIR-GROUND COMMUNICATION
### AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1638:10 UTC [0038:10 MYT] Lumpur Delivery | Station calling say again callsign. |
| | | 1638:20 UTC [0038:20 MYT] MAS 30 | Lumpur Delivery good morning Malaysian er Three Zero. |
| | | 1638:25 UTC [0038:25 MYT] Lumpur Delivery | Malaysian Three Zero Delivery good good morning. |
| | | 1638:29 UTC [0038:29 MYT] MAS 30 | Malaysian Three Zero request three four zero to Istanbul. |
| | | 1638:35 UTC [0038:35 MYT] Lumpur Delivery | Three four zero to Istanbul call you back stanby. |
| | | 1638:38 UTC [0038:38 MYT] MAS 30 | Malaysian Three Zero. |
| | | 1640:00 UTC [0040:00 MYT] Lumpur Delivery | Malaysian Three Zero Delivery. |

The header "AIR-GROUND COMMUNICATION / AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz" appears over the right columns as well.

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

## AIR-GROUND COMMUNICATION
### AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1640:02 UTC [0040:02 MYT] MAS 30 | Malaysian Three Zero go ahead. |
| | | 1640:03 UTC [0040:03 MYT] Lumpur Delivery | Malaysian Three Zero clear to Istanbul Agosa Apha Departure six thousand feet initially flight level two eight zero higher en-route squawk is two one seven one. |
| | | 1640:13 UTC [0040:13 MYT] MAS 30 | Clear to Istanbul Agosa Alpha zero six thousand feet initial six thousand feet and er initial altitude two eight zero higer level en-route squawk two one seven one Malaysian Three Zero. |
| | | 1640:24 UTC [0040:24 MYT] Lumpur Delivery | Malaysian Three Zero contact Ground good morning. |
| | | 1642:08 UTC [0042:08 MYT] MAS 6075 | Lumpur Delivery Malaysian Six Zero Seven Five good morning. |

6 of 9

APPENDIX 1.18A

## AIR-GROUND COMMUNICATION
### AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1642:13 UTC [0042:13 MYT] Lumpur Delivery | Malaysian Six Zero Seven Five good morning. |
| | | 1642:17 UTC [0042:17 MYT] MAS 6075 | Six Zero Seven Five request clearance flight level four one zero to Jakarta received Juliet. |
| | | 1642:24 UTC [0042:24 MYT] Lumpur Delivery | Flight level four one zero to Jakarta standby. |
| | | 1642:48 UTC [0042:48 MYT] Lumpur Delivery | Malaysian Six Zero Seven Five will you accept flight level three eight zero. |
| | | 1642:51 UTC [0042:51 MYT] MAS 6075 | Affirm Malaysian Six Zero Seven Five. |
| | | 1642:54 UTC [0042:54 MYT] Lumpur Delivery | Standby. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

| AIR-GROUND COMMUNICATION<br>AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz | | AIR-GROUND COMMUNICATION<br>AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz | |
|---|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **TIME &<br>SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1643:08 UTC<br>[0043:08 MYT]<br>Lumpur Delivery | Malaysian Six Zero Seven Five clear to Jakarta Mitos Alpha Departure six thousand feet squawk two one six two. |
| | | 1643:15 UTC<br>[0043:15 MYT]<br>MAS 6075 | Jakarta Mitos Alpha six thousand squawk two one six two good day. |
| | | 1643:22 UTC<br>[0043:22 MYT]<br>Lumpur Delivery | Good day. |
| | | 1646:55 UTC<br>[0046:55 MYT]<br>XAX 506 | Lumpur Delivery Xanadu Five Zero Six good morning. |
| | | 1647:00 UTC<br>[0047:00 MYT]<br>Lumpur Delivery | Xanadu Five Zero Six good morning Delivery. |
| | | 1647:03 UTC<br>[0047:03 MYT]<br>XAX 506 | Xanadu Five Zero Six er request clearance to Incheon flight level three niner zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18A

# AIR-GROUND COMMUNICATION
## AIRWAYS CLEARANCE DELIVERY - FREQUENCY 126.0 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1647:11 UTC [0047:11 MYT] Lumpur Delivery | Three Niner Zero copied standby. |
| | | 1647:23 UTC [0047:23 MYT] Lumpur Delivery | Xanadu Five Zero Six clear to Incheon Kimat Alpha Departure six thousand feet squawk is two one two five. |
| | | 1647:30 UTC [0047:30 MYT] XAX 506 | Cleared to Incheon Kimat Alpha Departure six thousand feet squawk two one two five Xanadu Five Zero Six over to Ground good day. |
| | | 1647:39 UTC [0047:39 MYT] Lumpur Delivery | Good day |

**END OF AIRWAYS CLEARANCE DELIVERY TRANSCRIPT**

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | | **START TIME 1600:00 UTC [0000:00 MYT]** |
| | | 1600:00 UTC [0000:00 MYT] Lumpur Ground | Bravo Bravo One Three hold short of Bravo initially. |
| | | 1600:06 UTC [0000:06 MYT] AXM 941 | Holding Point Alfa One One via Kilo Bravo Bravo One Three hold short of Bravo initially sir Nine Four One. |
| | | 1600:17 UTC [0000:17 MYT] XAX 236 | Lumpur Ground good morning Xanadu Two Three Six. |
| | | 1600:21 UTC [0000:21 MYT] Lumpur Ground | Xenadu Two Three Six  Lumpur Ground morning standby for... Xenadu Two Three Six after clear of towing aircraft Runway Kilo push back and start Runway Three Two Right on to Kilo face east. |
| | | 1600:32 UTC [0000:32 MYT] XAX 236 | After towed aircraft push back Three Two Right Kilo face east Xenadu Two Three Six POB two eight five. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1600:43 UTC [0000:43 MYT] Lumpur Ground | Two eight five copied. |
| | | 1600:44 UTC [0000:44 MYT] AXM 1258 | Lumpur Ground Asian Express One Two Five Eight good morning. |
| | | 1600:49 UTC [0000:49 MYT] Lumpur Ground | Express One Two Five Lumpur Ground morning continue via Hotel Three Kilo for Foxtrot Six Two. |
| | | 1601:00 UTC [0001:00 MYT] Lumpur Ground | Copied. |
| | | 1601:07 UTC [0001:07 MYT] Lumpur Ground | ...Press Nine Four One after Kilo Alfa ah...Airbus Three Twenty cross on Bravo left to right continue via Bravo Bravo One Three. |
| | | 1601:15 UTC [0001:15 MYT] AXM 941 | After the Airbus crossing from left to right continue Kilo Bravo Bravo One Three Press Nine Four One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

2 of 23

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1601:58 UTC [0001:58 MYT] Unknown | xxxxx [illegible] Bravo xxxxx [illegible] decimal eight. |
| | | 1602:04 UTC [0002:04 MYT] Unknown | Ah... you are cutting out say again. |
| | | 1602:07 UTC [0002:07 MYT] Lumpur Ground | Nine Four One contact Tower one one eight decimal eight. |
| | | 1602:10 UTC [0002:10 MYT] AXM 941 | One one eight decimal eight Nine Four One selamat malam. |
| | | 1602:14 UTC [0002:14 MYT] Lumpur Ground | Malam. |
| | | 1602:15 UTC [0002:15 MYT] MAS 2 Super | Lumpur Ground Malaysian Two Super good morning. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1602:18 UTC [0002:18 MYT] Lumpur Ground | Good morning Malaysian Two Super Lumpur Ground... CharlieThree Seven push back and start approved Runway Three Two Right until Hotel. |
| | | 1602:28 UTC [0002:28 MYT] MAS 2 Super | Start approved clear to right until Hotel Malaysian Two. |
| | | 1602:33 UTC [0003:33 MYT] FFC | Lumpur Ground please advise Foxtrot Foxtrot Charlie. |
| | | 1602:37 UTC [0002:37 MYT] Lumpur Ground | Foxtrot Foxtrot Charlie continue to via Delta to hanger. |
| | | 1602:44 UTC [0002:44 MYT] FFC | To delta to hanger Foxtrot Foxtrot Charlie. |
| | | 1602:47 UTC 0002:47 MYT Lumpur Ground | Malaysian Five Two hold short of Bravo Tower one one eight decimal eight. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION<br>LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION<br>LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **TIME &<br>SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1602:51 UTC<br>0002:51 MYT<br>MAS 2 | Hold short of Bravo Tower one one eight decimal eight<br>Malaysian Five Two good night. |
| | | 1602:54 UTC<br>[0002:54 MYT]<br>Lumpur ground | Good night. |
| | | 1603:18 UTC<br>[0003:18 MYT]<br>MAS 2 | Malaysian Two we are Niner Mike Mike November Echo<br>POB of four four eight. |
| | | 1603:25 UTC<br>[0003:25 MYT]<br>Lumpur ground | Copied (xxxxx) [illegible] (xxxx) [illegible] |
| | | 1605:30 UTC<br>[0005:30 MYT]<br>XAX 236 | Xenadu Two Three Six request taxi. |
| | | 1605:32 UTC<br>[0005:32 MYT]<br>Lumpur Ground | Xenadu Two Three Six taxi Holding Point Three Two<br>Right via Kilo Bravo Bravo One Three. |

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18B

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1605:38 UTC [0005:38 MYT] XAX 236 | Holding Point Three Two Right via Kilo Bravo Bravo One Three Xenadu Two Three Six. |
| | | 1607:27 UTC [0007:27 MYT] MAS 2 Super | Malaysian Two Super request taxi clearance. |
| | | 1607:31 UTC [0007:31 MYT] Lumpur Ground | Two Super taxi holding point Alfa One One Tree Two Right via standard route. |
| | | 1607:37 UTC [0007:37 MYT] MAS 2 Super | Alfa One One Three Two Right via standard route Malaysian Two. |
| | | 1608:00 UTC [0008:00 MYT] XAX 236 | Xenadu Two Three Six proceed via One One (xxxx) [illegible] |
| | | 1608:03 UTC [0008:03 MYT] Lumpur Ground | Tower one one eight decimal eight. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1608:06 UTC [0008:06 MYT] XAX 236 | Tower one one eight decimal eight Xenadu Two Three Six |
| | | 1608:09 UTC [0008:09 MYT] Lumpur Ground | Malaysian Two Super hold short of Bravo Tower one one eight decimal eight. |
| | | 1608:13 UTC [0008:13 MYT] MAS 2 Super | Hold short of Bravo one one eight decimal eight good night. |
| | | 1608:16 UTC [0008:16 MYT] Lumpur Ground | Good night. |
| | | 1616:31 UTC [0016:31 MYT] 5649 | Lumpur Ground is Five Six Four Niner good evening Niner Mike Alfa Quebec Victor. |
| | | 1616:37 UTC [0016:37 MYT] Lumpur Ground | Four Niner Victor (xxxx) [facing] Kilo Bravo November Victor Foxtrot o one hundred. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1616:47 UTC [0016:47 MYT] 5619 | Clear Bravo November to Foxtrot One Zero Zero Five Six One Niner. |
| | | 1617:01 UTC [0017:01 MYT] unknown source | Lumpur Ground ah...Towing complete Alfa Foxtrot Charlie good day sir. |
| | | 1617:06 UTC [0017:06 MYT] unknown source | Good day. |
| | | 1618:50 UTC [0018:50 MYT] AXM 1824 | Lumpur Ground Express One Eight Two Four good evening. |
| | | 1618:54 UTC [0018:54 MYT] Lumpur Ground | Good evening Express One Eight Two Four Lumpur Ground continue via Kilo Bravo and November One Foxtrot Eight Kilo. |

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1619:04 UTC [0019:04 MYT] AXM 1824 | Ah... continue Kilo Bravo November One for Foxtrot Eight Kilo Express One Eight Two Four. |
| | | 1619:13 UTC [0019:13 MYT] Lumpur Ground | One eight two four aircraft give. |
| | | 1619:16 UTC [0019:16 MYT] unknown | In Alfa Quebec track Charlie sir. |
| | | 1626:35 UTC [0026:35 MYT] MAS 6 | Lumpur Ground Malaysian Six salamualaikum stand Charlie Two request push back and start. |
| | | 1626:41 UTC [0026:41 MYT] Lumpur Ground | Lumpur Ground push back Sierra Two. |
| | | 1626:51 UTC [0026:51 MYT] MAS 6 | Ah Reading you intermitent and er.... confirm push back exit Sierra Two and we got POB of two niner six Mike Romeo Hotel Malaysian Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18B

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1627:05 UTC [0027:05 MYT] Lumpur Ground | (xxxx) [illegible] six er... affirm push er... and exit via Charlie Malaysian Six. |
| | | 1627:12 UTC [0027:12 MYT] MAS 6 | Roger push back and start approved exit Serra Two Malaysian Six. |
| | | 1627:17 UTC [0027:17 MYT] Lumpur Ground | Malaysian Six reclear er... exit via Sierra Three. |
| | | 1627:20 UTC [0027:20 MYT] MAS 6 | Roger roger reclear Sierra Three Malaysian knot Six. |
| 1627:31 UTC [0027:31 MYT] MAS 370 | Ah.. Ground Malaysian Three Seven Zero good morning Charlie One requesting push and start. | | |
| 1627:37 UTC [0027:37 MYT] Lumpur Ground | (xxx) [illegible] Lumpur Ground morning push back and start approved Runway Three Two Right exit via Sierra Four. | | |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1627:43 UTC [0027:43 MYT] MAS 370 | Push back and start approved Three Two Right exit Sierra Four POB two three niner Mike Romeo Oscar. | | |
| 1627:49 UTC [0027:49 MYT] Lumpur Ground | Copied. | | |
| | | 1631:27 UTC [0031:27 MYT] MAS 6 | Malaysian Six request taxi. |
| | | 1631:30 UTC [0031:30 MYT] Lumpur Ground | Taxi Standard Route hold short of Bravo. |
| | | 1631:34 UTC [0031:34 MYT] MAS 6 | Three Two Right Standard Route hold short of Bravo Malaysia Six. |
| 1632:18 UTC [0032:18 MYT] MAS 370 | Malaysian Three Seven Zero request taxi. | | |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1632:21 UTC [0032:21 MYT] Lumpur Ground | (xxxxxx) [ illegible] Right Standard Route hold short of Bravo. | | |
| 1632:29 UTC [0032:29 MYT] MAS 370 | Ah Ground Malaysian Three Seven Zero you are unreable say say again. | | |
| 1632:33 UTC [0032:33 MYT] Lumpur Ground | Malaysian Three Seven Zero clear taxi to holding point Alfa One One Runway Three Two Right via Standard Route hold short of Bravo. | | |
| 1632:41 UTC [0032:41 MYT] MAS 370 | Alfa one one Standard Route hold short of Bravo Malaysian Three Seven Zero. | | |
| | | 1632:46 UTC [0032:46 MYT] AXM 6121 | Tower Asian Express Six One Two One Niner Mike Afla Hotel Zulu. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18B

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1632:53 UTC [0032:53 MYT] Lumpur Ground | Six One Two One Lumpur Ground continue via Kilo BravoNovember to Foxtrot bay (xxxx) [illegible] |
| | | 1633:01 UTC [0033:01 MYT] AXM 6121 | Bravo November Two for fox thirty Asian Express Six One Two One. |
| | | 1633:09 UTC [0033:09 MYT] Lumpur Ground | tration. |
| | | 1633:11 UTC [0033:11 MYT] AXM 6121 | Niner Mike Alfa Hotel Zulu. |
| | | 1633:50 UTC [0033:50 MYT] Lumpur Ground | Malaysian Six contact Tower one one eight decimal eight good night. |
| | | 1633:54 UTC [0033:54 MYT] MAS 6 | Tower one one eight decimal eight salamualaikum. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1633:58 UTC [0033:58 MYT] Lumpur Ground | (xxxx) [illegible] salam (xxxx) [illegible] |
| 1636:26 UTC [0036:26 MYT] Lumpur Ground | (xxx) [illegible] Three Seven Zero Tower (xxx) (xxx) [illegible] | | |
| 1636:30 UTC [0036:30 MYT] MAS 370 | One one eight eight Malaysian Three Seven Zero thank you. | | |
| | | 1637:51 UTC [0037:51 MYT] UAE 343 | Ground good morning Emirates Three Four Three. |
| | | 1637:57 UTC [0037:57 MYT] Lumpur Ground | Emirates Three Four Three Lumpur Ground morning. |
| | | 1638:01 UTC [0038:01 MYT] UAE 343 | Emirates Three Four Three we are in Charlie Twenty Seven and daa... estimated (xxx) [illegible] departure is seventeen ten er... do you know which runway we can expect for departure Three Two Left or Right. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

14 of 23

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1638:16 UTC [0038:16 MYT] Lumpur Ground | Seventeen ten er... still for Three Two Right departure. |
| | | 1638:21 UTC [0038:21 MYT] UAE 343 | Thank you and (xxx) [illigible] Three Four Three expect Three Two Right for departure. |
| | | 1641:55 UTC [0041:55 MYT] AXM 1655 | Lumpur Ground good morning Asian Express One Six Five Five Niner Mike Alfa Quebec Uniform on Kilo. |
| | | 1642:02 UTC [0042:02 MYT] Lumpur Ground | (xxxx)[illegible] Lumpur Ground continue Kilo Foxtrot. |
| | | 1642:09 UTC [0042:09 MYT] AXM 1655 | Continue Kilo Foxtrot Five Five Six Asian Express One Six Five Five. |
| | | 1643:08 UTC [0043:08 MYT] UAE 343 | Confirm calling Emirates Three Four Three. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1643:12 UTC [0043:12 MYT] Source unknowr | Negative. |
| | | 1643:30 5UTC [0043:30 MYT] MAS 6075 | Lumpur Ground Malaysian Six Zero Seven Five good morning. |
| | | 1643:35 UTC [0043:35 MYT] Lumpur Ground | (xxxxx) [illegible] |
| | | 1643:39 UTC [0043:39 MYT] MAS 6075 | Aah.... I say again Malaysian Six Zero Seven Five good morning Foxtrot Six request push back and start. |
| | | 1643:49 UTC [0043:49 MYT] Lumpur Ground | (xxxx) [illegible] Lumpur Ground Foxtrot Six push back and start approve Rnway Three Two Right on to Kilo face east. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1643:57 UTC [0043:57 MYT] MAS 6075 | Roger clear for push back on to Kilo face east Malaysian Six Zero Seven Five POB two Mike Uniform Bravo. |
| | | 1644:05 UTC [0044:05 MYT] Lumpur Ground | Copied. |
| | | 1645:14 UTC [0045:14 MYT] Lumpur Ground | (xxxx) [illegible] Five after push to pull forward keep clear of the aah… Stand Foxtrot Seven. |
| | | 1645:22 UTC [0045:22 MYT] MAS 6075 | Keep clear of Stand Foxtrot Seven Malaysian Six Zero Seven Five. |
| | | 1648:04 UTC [0048:04 MYT] GSB 305 | Lumpur Ground Gading Sari Three Zero Five good morning. |

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18B

## AIR-GROUND COMMUNICATION
### LUMPUR GROUND FREQUENCY 122.27 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1648:08 UTC [0048:08 MYT] Lumpur Ground | Garing Sari Three Zero Five continue… Kilo Foxtrot Seven Nine. |
| | | 1648:13 UTC [0048:13 MYT] GSB 305 | Continue Kilo Foxtrot Seven Nine Niner Mike Golf Sierra Bravo two POB. |
| | | 1648:19 UTC [0048:19 MYT] Lumpur Ground | Copied. |
| | | 1648:23 UTC [0048:23 MYT] MAS 6075 | Ground Malaysian Six Zero Seven Five request taxi. |
| | | 1648:26 UTC [0048:26 MYT] Lumpur Ground | Malaysian Six Zero Seven Five  taxi Holding Point Alfa One One Three Two Right take Kilo Bravo Bravo One Three. |
| | | 1648:33 UTC [0048:33 MYT] MAS 6075 | Taxi Kilo Bravo Bravo One Three holding point Alfa One One Malaysian Six Zero Seven Five. |

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1650:57 UTC [0050:57 MYT] XAX 506 | Lumpur Ground Xanadu Five Zero Six morning. |
| | | 1651:01 UTC [0051:01 MYT] Lumpur Ground | Morning Xanadu Five Zero Six Lumpur Ground push back and start approved Runway Three Two Right on to Hotel Three. |
| | | 1651:07 UTC [0051:07 MYT] XAX 506 | Push back approved for Runway Three Two Right to Hotel Three and... we have three five five POB Niner Mike X-ray X-ray Papa Xanadu Five Zero Six. |
| | | 1651:18 UTC [0051:18 MYT] Lumpur Ground | Five Zero Six copied. |
| | | 1651:46 UTC [0051:46 MYT] Lumpur Ground | (xxxx) [illigible] Six Zero Seven Five Tower one one eight decimal eight good night. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1651:52 UTC [0051:52 MYT] MAS 6075 | One one eight Malaysian Six Zero Seven Five Good night. |
| | | 1652:32 UTC [0052:32 MYT] MAS 30 | Lumpur Ground good evening good morning Malaysian Three Zero. |
| | | 1652:38 UTC 0052:38 MYT Lumpur Ground | Morning Malaysian Three Zero Lumpur Ground Foxtrot ah... correction Charlie Two Four push back start up approved Runway Three Two Right exit via Sierra Two. |
| | | 1652:49 UTC [0052:49 MYT] MAS 30 | Roger clear for push back and start push back Three Two Right exit Sierra Two we have POB two seven one Mike Romeo Mike. |
| | | 1652:58 UTC [0052:58 MYT] Lumpur Ground | Copied. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz | | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1653:21 UTC [0053:21 MYT] AXM 1949 | (xxxx) [illegible] Express One Niner Four Niner good evening. |
| | | 1653:33 UTC [0053:33 MYT] Lumpur Ground | Express One Niner Four Niner Lumpur Ground. |
| | | 1653:37 UTC [0053:37 MYT] Lumpur Ground | Te Super One Niner Four Niner continue Kilo Foxtrot Six Five. |
| | | 1653:42 UTC [0053:42 MYT] AXM 1949 | Continue kilo Foxtrot Six Five Asian Express One Niner Four Niner registration Niner Mike Alfa Quebec Alfa. |
| | | 1653:50 UTC [0053:50 MYT] Lumpur Ground | Copied |
| | | 1656:15 UTC [0056:15 MYT] XAX 506 | Ground ne... Xanadu Five Zero Six ready for taxi. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18B

## AIR-GROUND COMMUNICATION
## LUMPUR GROUND FREQUENCY 122.27 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1656:21 UTC [0056:21 MYT] Lumpur Ground | Xanadu Five Zero Six taxi Holding Point Three Two Right Kilo Bravo Bravo One Three. |
| | | 1656:27 UTC [0056:27 MYT] XAX 506 | Taxi holding point Three Two Right via Kilo Bravo Bravo One Three Xanadu Five Zero Six. |
| | | 1656:35 UTC [0056:35 MYT] MAS 30 | Lumpur Ground Malaysian Three Zero request taxi. |
| | | 1656:39 UTC [0056:39 MYT] Lumpur Ground | Malaysian Three Zero taxi holding point eer… Alfa One OneThree Two right via Sierra Two Bravo One One Alfa. |
| | | 1656:46 UTC [0056:46 MYT] MAS 30 | Taxi holding point Alfa One One Three Two right via Sierra Two Bravo One One Alfa Malaysian Three Zero. |
| | | 1657:33 UTC [0057:33 MYT] Lumpur Ground | Three Zero contact Tower one one eight decimal eight. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18B

Malaysia Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR GROUND FREQUENCY 122.27 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1657:37 UTC [0057:37 MYT] MAS 30 | One one eight decimal eight Malaysian Three Zero good night. |
| | | 1657:41 UTC [0057:4 MYT] Lumpur Ground | Xanadu Five Zero Six Tower one one eight. |
| | | 1657:46 UTC [0057:46 MYT] XAX 506 | Tower one one eight eight Xanadu Five Zero Six good day. |

END OF LUMPUR GROUND RADIOTELEPHONY TRANSCRIPT

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz | | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | START TIME 1610:00 UTC [0010:00 MYT] | |
| | | 1610:14 UTC [0010:14 MYT] Lumpur Tower | Malaysian Two Zero are you ready. |
| | | 1610:15 UTC [0010:15 MYT] MAS 20 | Affirm Malaysian Two Zero. |
| | | 1610:17 UTC [0010:17 MYT] Lumpur Tower | Malaysian Two Zero line up Three Two Right via Alfa One Zero. |
| | | 1610:21 UTC [0010:21 MYT] MAS 20 | Line up Three Two Right Alfa One Zero. |
| | | 1610:24 UTC [0010:24 MYT] Lumpur Tower | Malaysian Two Super hold short Bravo. |
| | | 1610:28 UTC [0010:28 MYT] MAS 2 Super | Hold short Bravo Malaysian Two Zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1611:45 UTC [0011:45 MYT] Lumpur Tower | Malaysian Two Zero...Runway Three Two Right clear for take-off. |
| | | 1611:49 UTC [0011:49 MYT] MAS 20 | Clear for take-off Three Two Right Malaysian Two Zero good night sir. |
| | | 1611:52 UTC [0011:52 MYT] Lumpur Tower | Good night. |
| | | 1612:15 UTC [0012:15 MYT] MAS 2 | Malaysian Two can we move forward to Alfa Ten. |
| | | 1612:18 UTC [0012:18 MYT] Lumpur Tower | Affirm continue taxi Alfa Ten. |
| | | 1612:20 UTC [0012:20 MYT] MAS 2 | Roger continue taxi Alfa One Zero Malaysia Two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1612:29 UTC [0012:29 MYT] Lumpur Tower | Xenadu Three Two Six correction Korean Air Six Seven Two line up ThreeTwo Afa One Zero. |
| | | 1612:33 UTC [0012:33 MYT] KAL 672 | Lining up Three Two Right Alfa One Zero Zero Korean Air Six Seven Two. |
| | | 1614:33 UTC [0014:33 MYT] Lumpur Tower | Korean Air Six Seven Two... Runway Three Two Right clear for take-off. |
| | | 1614:38 UTC [0014:38 MYT] KAL 672 | Clear for take-off clear for take-off Three Two Right Korean Air Six Seven Two. |
| | | 1614:43 UTC [0014:43 MYT] KAL 672 | Confirm one two one two five. |
| | | 1614:45 UTC [0014:45 MYT] Lumpur Tower | Affirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1614:47 UTC [0014:47 MYT] KAL 672 | Clear for take-off Three Two Right Korean Air Six Seven Two. |
| | | 1614:51 UTC [0014:51 MYT] Lumpur Tower | (xxxx) [illegible] Two Three Six line up Three Two One One. |
| | | 1614:53 UTC [0014:53 MYT] XAX 236 | Line up Three Two One Xanadu Two Three Six. |
| | | 1615:54 UTC [0015:54 MYT] KAL 672 | We change to departure clearance Six Seven Two. |
| | | 1615:57 UTC [0015:57 MYT] Lumpur Tower | Korean Air Six Seven Two good day. |
| | | 1616:01 UTC [0016:01 MYT] Lumpur Tower | Xenadu Two Three Six is right clear for take-off. |

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1616:04 UTC [0016:04 MYT] XAX 236 | Runway Three Two Rght clear for take-off Xenadu Two Three Six. |
| | | 1616:30 UTC [0016:30 MYT] Lumpur Tower | Malaysian Two Super after departing traffic line up Alfa One ( xxx) [illegible] Zero. |
| | | 1616:34 UTC [0016:34 MYT] MAS 2 | After departing traffic line up Alfa One Zero (xxx) [illegible] Malaysian Two. |
| | | 1617:01 UTC [0017:01 MYT] MAS 16 | Lumpur Tower Malaysian One Six good morning |
| | | 1617:04 UTC [0017:04 MYT] Lumpur Tower | One Six good morning ... Alfa One Zero Three Two Right. |
| | | 1617:07 UTC [0017:07 MYT] MAS 16 | Holding point Alfa One Zero Runway Three Two Right Malaysian One Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18C

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1617:48 UTC [0017:48 MYT] Lumpur Tower | Malaysian Two Super Runway Three Two Right clear for take-off good night. |
| | | 1617:51 UTC [0017:51 MYT] MAS 2 Super | Clear for take-off Malaysian Two Super good night. |
| | | 1620:53 UTC [0020:53 MYT] MAS 16 | Malaysian One Six request holding point Alfa One One. |
| | | 1620:56 UTC [0020:56 MYT] Lumpur Tower | Approved route via Alfa One One nor.... |
| | | 1620:59 UTC [0020:59 MYT] MAS 16 | Thank you sir Alfa One One Malaysia One Six. |
| | | 1622:32 UTC [0022:32 MYT] Lumpur Tower | One Six eer... line up Runway ThreeTwo Right via Alfa One One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1622:36 UTC [0022:36 MYT] MAS 16 | Line up Runway Three Two Right via Alfa One One Malaysian One Six. |
| | | 1622:43 UTC [0022:43 MYT] Lumpur Tower | Malaysian One Six you have another five minute to go eer... correction line up (xxxx) [illegible] One One. |
| | | 1622:50 UTC [0022:50 MYT] MAS 16 | Aah...copy sir line up via Alfa One One Malaysian One Six. |
| | | 1624:43 UTC [0024:43 MYT] Lumpur Tower | Malaysian One Six Three Two Right  clear for take-off good night. |
| | | 1624:47 UTC [0024:47 MYT] MAS 16 | Three Two Right clear for take-off Malaysian One Six. |
| | | 1633:58 UTC [0033:58 MYT] MAS 6 | Lumpur Tower Malaysian Six selamalaikum. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1634:04 UTC [0034:04 MYT] Lumpur Tower | Malaysian Six walaikumsalam Lumpur Tower taxi Alfa One Zero Three Two Right. |
| | | 1634:07 UTC [0034:07 MYT] MAS 6 | Alfa One Zero Three Two Right Malaysian Six. |
| | | 1634:54 UTC [0034:54 MYT] Lumpur Tower | (xxxx) [illegible] Six line up Three Two Alfa One Zero. |
| | | 1635:01 UTC [0035:01 MYT] MAS 6 | Line up Three Two Alfa One Zero Malaysian Six. |
| 1636:30 UTC [0036:30 MYT] MAS 370 | Tower Malaysian Three Seven Zero morning. | | |
| 1636:34 UTC [0036:34 MYT] Lumpur Tower | Three Seven Zero good morning Lumpur Tower Alfa One Zero Three Two Right. | | |
| 1636:37 UTC [0036:37 MYT] MAS 370 | Alfa One Zero Malaysian Three Seven Zero. | | |

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1636:39 UTC [0036:39 MYT] Lumpur Tower | Malaysian Six line up Three Two Alfa One Zero. |
| | | 1636:43 UTC [0036:43 MYT] MAS 6 | Line up Three Two Alfa One Zero Malaysian Six. |
| | | 1638:04 UTC [0038:04 MYT] MAS 6 | Malaysian Six we are ready. |
| | | 1638:06 UTC [0038:06 MYT] Lumpur Tower | Malaysian Six clear for take-off. |
| | | 1638:08 UTC [0038:08 MYT] MAS 6 | Clear for take-off Malaysian Six. |
| 1638:43 UTC [0038:43 MYT] Lumpur Tower | Three Seven Zero line up Three Two Right Alfa One Zero. | | |
| 1638:45 UTC [0038:45 MYT] MAS 370 | Line up Three Two Alfa One Zero Malaysian Three Three Seven Zero. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1640:37 UTC [0040:37 MYT] Lumpur Tower | Three Seven Zero Three Two Right clear for take-off good night. | | |
| 1640:40 UTC [0040:40 MYT] MAS 370 | Three Two Right clear for take-off Malaysian Three Seven Zero thank you bye. | | |
| | | 1651:56 UTC [0051:56 MYT] MAS 6075 | Lumpur Tower Malaysian Six Zero Seven Five good morning we are ready. |
| | | 1652:03 UTC [0052:03 MYT] Lumpur Tower | Good morning Malaysian Six Zero Seven Five Lumpur Tower taxi holding point Alfa One One Three Two Right. |
| | | 1652:08 UTC [0052:08 MYT] MAS 6075 | Holding point Alfa One One Malaysian Six Zero Seven Five. |
| | | 1652:18 UTC [0052:18 MYT] Lumpur Tower | Zero Seven Five aah... Line Up Three Two Right via One One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

10 of 14

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1652:24 UTC [0052:24 MYT] MAS 6075 | Clear line up Three Two Right via Alfa One One Malaysian Six Zero Seven Five. |
| | | 1654:04 UTC [0054:04 MYT] Lumpur Tower | Six Zero Seven Five free track clear for take-off. |
| | | 1654:08 UTC [0054:08 MYT] MAS 6075 | Free track clear for take-off Malaysian Six Zero Seven Five good night. |
| | | 1657:39 UTC [0057:39 MYT] Unknown | Load cargo. |
| | | 1657:41 UTC [0057:41 MYT] MAS 30 | Lumpur Tower good morning Malaysian Three Zero. |
| | | 1657:42 UTC [0057:42 MYT] Lumpur Tower | Three Zero good morning Lumpur Tower Holding Point Alfa One Zero Three Two Right. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1657:46 UTC [0057:46 MYT] MAS 30 | Holding Point Alfa One Zero Three Two Right Malaysian Three Zero. |
| | | 1658:28 UTC [0058:28 MYT] XAX 506 | Lumpur Ground ...eh ai ai Lumpur Tower Xenadu Five Zero Six approaching Bravo good morning. |
| | | 1658:37 UTC [0058:37 MYT] Lumpur Tower | Eer... Five Zero Six Lumpur Ground Holding Point Alfa One Zero Three Two Right. |
| | | 1658:39 UTC [0058:39 MYT] XAX 506 | Holding point Alfa One Zero Three Two Right Xenadu Five Zero Six. |
| | | 1659:22 UTC [0059:22 MYT] MAS 30 | Malaysian Three Zero we're ready. |
| | | 1659:26 UTC [0059:26 MYT] Lumpur Tower | Three Zero line up Alfa One Zero Three Two Right. |

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1659:28 UTC [0059:28 MYT] MAS 30 | Line up Alfa One Zero Three Two Right Malaysian Three Zero. |
| | | 1659:54 UTC [0059:54 MYT] Lumpur Tower | Malaysian Three Zero Three Two Right clear for take-off night. |
| | | 1700:00 UTC [0100:00 MYT] MAS 30 | Clear for take-off Three Two Right Malaysian Three Zero. |
| | | 1700:50 UTC [0100:50 MYT] Lumpur Tower | Xenadu Five Zero Six Runway Three... correction line up Runway Three Two Right via Alfa One One. |
| | | 1700:55 UTC [0100:55 MYT] XAX 506 | Line up Runway Three Two Right via Alfa One One Xenadu Five Zero Six. |
| | | 1702:23 UTC [0102:23 MYT] Lumpur Tower | Xenadu Five Zero Six Three Two Right clear for take-off good night. |

13 of 14

APPENDIX 1.18C

Malaysian Time [MYT] IS Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - MAS 370 | SOURCE | AIR-GROUND COMMUNICATION LUMPUR TOWER FREQUENCY 118.8 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1702:28 UTC [0102:28 MYT] XAX 506 | Runway Three Two Right clear for take-off Xenadu Five Zero Six good night sir thank you. |
| | | | **END OF LUMPUR TOWER RADIO TELEPHONY TRANSCRIPT** |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysian Time (MYT) is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Deignator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz | | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | | START TIME1631:00 UTC [0031:00 MYT] |
| | | 1631:45 UTC [0031:45 MYT] GSB 305 | Lumpur Radar Gading Sari Three Zero Five morning descend to flight level one five zero squawking two zero six zero direct to Nipah. |
| | | 1631:53 UTC [0031:53 MYT] Lumpur Radar | Gading Sari Three Zero Five good morning cancel STAR direct to Gosmo maintain high speed descend seven thousand feet one zero zero two. |
| | | 1632:03 UTC [0032:03 MYT] GSB 305 | Direct to Gosmo descend seven thousand (xxxx) [illegible] high speed Gading Sari Three Zero Five |
| | | 1632:11 UTC [0032:11 MYT] Lumpur Radar | Asian Express One Six Five descend four thousand five hundred feet. |
| | | 1632:15 UTC [0032:15 MYT] AXM 1655 | Descend four thousand five hundred feet Six Five Five. |

1 of 14

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1632:21 UTC [0032:21 MYT] AXM 1949 | Lumpur Radar Asian Express One Niner Four Niner maintaining flight level one niner zero. |
| | | 1632:25 UTC [0032:25 MYT] Lumpur Radar | Express One Niner Four Niner descend one one thousand one zero one two |
| | | 1632:30 UTC [0032:30 MYT] AXM 1949 | Descend one one thousand feet one zero one two Asian Express One Niner Four Niner. |
| | | 1632:34 UTC [0032:34 MYT] Lumpur Radar | Gading Sari Three Zero Five high speed below ten thousand as well. |
| | | 1632:39 UTC [0032:39 MYT] GSB 305 | High pun below ten Gading Three Zero Five. |
| | | 1632:59 UTC [0032:59 MYT] MAS 433 | Lumpur Radar Malaysian Four Three Three good evening flight level two two two for level one five zero direct lima. |

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz | | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1633:04 UTC [0033:04 MYT] Lumpur Radar | Malaysian Four Three Three good evening descend seven thousand feet one zero one two descend speed two niner zero knots for space. |
| | | 1633:13 UTC [0033:13 MYT] MAS 453 | (xxxx)[illegible] speed of two niner zero knots seven thousand feet one zero one two Malaysian Four Three Three. |
| | | 1633:23 UTC [0033:23 MYT] Lumpur Radar | And Malaysian Four Three Three cancel STAR track direct to Gosmo. |
| | | 1633:26 UTC [0033:26 MYT] MAS 453 | Cancel STAR direct to Gosmo Malaysian Four Three Three confirm high speed below ten as well. |
| | | 1633:32 UTC [0033:32 MYT] Lumpur Radar | Malaysian Four Three Three affirmitive until further advice. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1633:35 UTC [0033:35 MYT] MAS 433 | Malaysian Four Three Three. |
| | | 1633:37 UTC [0033:37 MYT] Lumpur Radar | Malaysian One Six contact Lumpur Radar one three two decimal eight selamat jalan. |
| | | 1633:43 UTC [0033:43 MYT] MAS 16 | Lumpur Radar one three two two eight Malaysian One Six (xxxx) [illegible] Two Six |
| | | 1633:47 UTC [0033:47 MYT] Lumpur Radar | Asian Express One Six Five Five descend three thousand feet clear for ILS Approach Runway Three Two Left. |
| | | 1633:54 UTC [0033:54 MYT] Lumpur Radar | We are clear three thousand (xxxx) [illegible] approach Runway Three Two Left Express One Six Five Five. |
| | | 1635:47 UTC [0033:47 MYT] Lumpur Radar | Garing Sari Three Zero Five descend four thousand five hundred feet. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz | | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1635:50 UTC [0035:50 MYT] GSB 305 | Descend four thousand five hundred Gading Sari Three Zero Five. |
| | | 1635:55 UTC [0035:55 MYT] Lumpur Radar | Malaysian Four Three Three descend five thousand five hundred feet. |
| | | 1635:58 UTC [0035:58 MYT] MAS 433 | Five thousand five hundred Malaysian Four Three Three. |
| | | 1636:01 UTC [0036:01 MYT] Lumpur Radar | Asian Express One Nine Four Nine descend seven thousand feet. |
| | | 1636:04 UTC [0036:04 MYT] AXM 1949 | Descend seven thousand Asian Express one nine four nine. |
| | | 1636:07 UTC [0036:07 MYT] Lumpur Radar | Asian Express One Six Five Five establish Localizer Tower one one eight five good night. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1636:12 UTC [0036:12 MYT] AXM 1655 | One one eight five Six Five bye. |
| | | 1637:56 UTC [0037:56 MYT] Lumpur Radar | Gading Sari Three Zero Five descend three thousand feet clear for ILS Approach Runway Three Two Left. |
| | | 1638:02 UTC [0038:02 MYT] GSB 305 | Clear three thoudand feet clear for ILS Approach Three Two Left Gading Sari Three Zero Five. |
| | | 1638:08 UTC [0038:08 MYT] Lumpur Radar | Malaysian Four Three Three descend four thousand five hundred. |
| | | 1638:11 UTC [0038:11 MYT] MAS 433 | Four thousand five hundred Malaysian Four Three Three. |
| | | 1638:21 UTC [0038:21 MYT] Lumpur Radar | Asian Express One Niner Four Niner cancel STAR fly heading one five five expect radar vector for ten you have four four track miles. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1638:31 UTC [0038:31 MYT] AXM 1949 | Copy four four track miles fly heading one five five Asian Express One Niner Four Niner can expect radar vector. |
| | | 1638:38 UTC [0038:38 MYT] Lumpur Radar | Affirm heading one five five sir. |
| | | 1638:40 UTC [0038:40 MYT] AXM 1949 | Copy one five five heading Express One Niner Four Niner. |
| | | 1638:45 UTC [0038:45 MYT] Lumpur Radar | Malaysian Four Three Three you can resume normal speed. |
| | | 1638:49 UTC [0038:49 MYT] MAS 433 | Normal speed Malaysian Four Three Three. |
| | | 1638:58 UTC [0038:58 MYT] Lumpur Radar | Gading Sari Three Zero Five resume normal speed. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz | | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1639:01 UTC [0039:01 MYT] GSB 305 | Resume normal speed Garing Sari Three Zero Five. |
| | | 1639:04 UTC [0039:04 MYT] unknown | Jason. |
| | | 1639:12 UTC [0039:12 MYT] Lumpur Radar | Asian Express One Nine Four Nine maintain seven thousand feet contact Tower. |
| | | 1639:16 UTC [0039:16 MYT] AXM 1949 | Maintain seven thousand feet Asian Express One Niner Four Niner. |
| | | 1639:37 UTC [0039:37 MYT] MAS 6 | Lumpur Malaysian Six salammualaikum selamat pagi passing one thousand for six thousand Agosa Alpha Departure. |
| | | 1639:44 UTC [0039:44 MYT] Lumpur Radar | Malaysian Six waalaikumsalam identified climb flight level one eight zero cancel S I D direct to Sukat. |

8 of 14

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

AIR-GROUND COMMUNICATION
APPROACH RADAR - FREQUENCY 121.25 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1639:51 UTC [0039:51 MYT] MAS 6 | Climb level one eight zero cancel S I D direct Sukat Malaysian Six. |
| | | 1640:30 UTC [0040:30 MYT] Lumpur Radar | Malaysian Four Three Three descend three thousand feet clear for ILS Approach Runway Three Two Left. |
| | | 1640:35 UTC [0040:35 MYT] MAS 433 | Three thousand clear ILS Three Two Left Malaysian Four Three Three will call you establish. |
| | | 1641:05 UTC [0041:05 MYT] Lumpur Radar | Garing Sari Three Zero Five establish Localizer contact Tower one one eight five good night. |
| | | 1641:11 UTC [0041:11 MYT] GSB 305 | Tower one one eight five selamat malam sir Gading Sari Three Zero Five. |
| | | 1641:15 UTC [0041:15 MYT] Lumpur Radar | Selamat malam. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1641:21 UTC [0041:21 MYT] Lumpur Radar | Asian Express One Nine Four Niner further right heading one six zero and descend three thousand five hundred. |
| | | 1641:28 UTC [0041:28 MYT] AXM 1949 | Further right heading one six zero and descend three thousand five hundred feet Asian Express One Nine Four Niner. |
| 1642:50 UTC [0042:50 MYT] MAS 370 | Departure Malaysian aaa... Three Seven Zero. | | |
| 1642:53 UTC [0042:53 MYT] Lumpur Radar | Malaysian Three Seven Zero selamat pagi identified climb flight level one eight zero cancel SID turn right direct to IGARI. | | |
| 1643:01 UTC [0043:01 MYT] MAS 370 | Okay... level one eight zero direct IGARI Malaysian One... aaa Three Seven Zero. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1643:18 UTC [0043:18 MYT] Lumpur Radar | Malaysian Four Three Three established Localizer contact tower one one eight decimal five good day. |
| | | 1643:24 UTC [0043:24 MYT] MAS 433 | One one eight five Malaysia Four Three Three good night. |
| | | 1644:09 UTC [0044:09 MYT] Lumpur Radar | Asian Express One Nine Four Nine maintain three thousand five hundred feet standby lower. |
| | | 1644:13 UTC [0044:13 MYT] AXM 1949 | Say again three thousand five hundred feet standby for lower Asian Express One Niner Four Niner. |
| | | 1645:10 UTC [0045:10 MYT] Lumpur Radar | Asian Express One Nine Four Niner descend two thousand five hundred feet base turn in three miles. |

11 of 14

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

# AIR-GROUND COMMUNICATION
## APPROACH RADAR - FREQUENCY 121.25 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1645:15 UTC [0045:15 MYT] AXM 1949 | Copy descend two thousand five hundred base turn in three miles Asian Express One Niner Four Niner. |
| | | 1645:20 UTC [0045:20 MYT] Lumpur Radar | Malaysian Six contact Lumpur Radar one three two decimal eight selamat jalan. |
| | | 1645:26 UTC [0045:26 MYT] MAS 6 | Lumpur one three two eight salamualaikum Malaysian Six. |
| | | 1645:30 UTC [0045:30 MYT] Lumpur Radar | Waalaikumsalam. |
| | | 1645:44 UTC [0045:44 MYT] Lumpur Radar | Asian Express One Nine Four Niner turn right heading two two five for base. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1645:48 UTC [0045:48 MYT] AXM 1949 | Turn right heading two two five for base Asian Express One Niner Four Niner. |
| | | 1646:03 UTC [0046:03 MYT] AXM 1367 | Lumpur Express One Three Six Seven selamat pagi cending one three zero passing one nine zero. |
| | | 1646:08 UTC [0046:08 MYT] Lumpur Radar | Asian Express One Three Six Seven selamat pagi high speed direct Gosmo descend seven thousand feet one zero one two. |
| | | 1646:15 UTC [0046:15 MYT] AXM 1367 | High speed direct Gosmo seven thousand one zero one three seven three six seven. |
| 1646:39 UTC [0046:39 MYT] Lumpur Radar | Malaysian Three Seven Zero contact Lumpur Radar one three two six good night. | | |

APPENDIX 1.18D

Malaysia Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION APPROACH RADAR - FREQUENCY 121.25 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1646:42 UTC [004642 MYT] MAS 370 | Night one three two six Malaysian err... Three Seven Zero. | | |
| | | 1646:47 UTC [0046:47 MYT] Lumpur Radar | Express One Nine Four Nine turn right heading two niner zero clear for ILS Approach Runway Three Two Left. |
| | | 1646:52 UTC [0046:52 MYT] AXM 1949 | Right heading two niner zero clear for ILS Approach for Runway Three Two Left. |

END OF LUMPUR APPROACH RADAR TRANSCRIPT

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| **AIR-GROUND COMMUNICATION** LUMPUR RADAR - FREQUENCY 132.6 MHz | | **AIR-GROUND COMMUNICATION** LUMPUR RADAR - FREQUENCY 132.6 MHz | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | **START TIME 1630:20 UTC [0030:20 MYT]** | |
| | | 1630:29 UTC [0030:29 MYT] Lumpur Radar | Singapore Nine Five Two ah climb flight level three two zero. |
| | | 1630:34 UTC [0030:34 MYT] Lumpur Radar | Singapore Three Five Two climb flight level three two zero. |
| | | 1630:37 UTC [0030:37 MYT] SIA 352 | Climb level three two zero Singapore Three Five Two |
| | | 1630:40 UTC [0030:40 MYT] Lumpur Radar | Zest Nine Four One contact Singapore one two three decimal seven. |
| | | 1630:45 UTC [0030:45 MYT] Thai 41 | One two three decimal seven Thai Air Four One selamat malam. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1630:52 UTC [0030:52 MYT] MAS 433 | Malaysian Four Three Three maintaining flight level two six zero. |
| | | 1630:55 UTC [0030:55 MYT] Lumpur Radar | Malaysian Four Three Three. |
| | | 1631:09 UTC [0031:09 MYT] Lumpur Radar | Korean Air Six Seven ah… Two climb flight level ah…. two niner zero expedite reaching. |
| | | 1631:15 UTC [0031:15 MYT] KAL 672 | Two nine zero Korean Air Six Seven Two. |
| | | 1631:25 UTC [0031:25 MYT] Lumpur Radar | Malaysian Four Three Three descend flight level one five zero. |
| | | 1631:28 UTC [0031:28 MYT] MAS 433 | Level one five zero Malaysia Four Three Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **TIME &<br>SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1631:30 UTC<br>[0031:30 MYT]<br>Lumpur Radar | Gading Sari Three Zero Five contact Lumpur Radar one one two five. |
| | | 1631:34 UTC<br>[0031:34 MYT]<br>GSB 305 | One two one two five Gading Sari Three Zero Five selamat malam sir. |
| | | 1631:38 UTC<br>[0031:38 MYT]<br>Lumpur Radar | Selamat malam. |
| | | 1631:47 UTC<br>[0031:47 MYT]<br>Lumpur Radar | Korean Air Six Seven Two expedite passing level two seven zero. |
| | | 1631:51 UTC<br>[0031:51 MYT]<br>KAL 672 | Through two seven zero now Korean Air Six Seven Two thank you. |
| | | 1632:48 UTC<br>[0032:48 MYT]<br>Lumpur Radar | Malaysian Four Three Three contact radar one two one two five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

3 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
| --- | --- | --- | --- |
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1632:51 UTC [0032:51 MYT] MAS 433 | One two one two five Malaysian Four Three Three good night. |
| | | | **DIRECT LINE COMMUNICATION BETWEEN LUMPUR RADAR AND SINGAPORE** |
| | | 1633:37 UTC [0033:37 MYT] Singapore | Singapore. |
| | | 1633:38 UTC [0033:38 MYT] Sec 3 Radar Line | Singapore Three Two Four stop climb level two six zero. |
| | | 1633:41 UTC [0033:41 MYT] Singapore | Singapore Three Two Four stop climb flight level two six zero copied. |
| | | | **END OF DIRECT LINE COMMUNICATION** |
| | | 1633:46 UTC [0033:46 MYT] KAL 672 | Six Seven Two er vacating two seven zero ah... request three six zero the final. |

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1633:51 UTC [0033:51 MYT] Lumpur Radar | Korean Six Seven Two I say again climb level two niner zero expect passing two seven zero. |
| | | 1633:58 UTC [0033:58 MYT] KAL 672 | Affirmative we are through two seven zero climbing two niner zero Korean Air Six Seven Two  request three six zero the final. |
| | | 1634:03 UTC [0034:03 MYT] Lumpur Radar | Copied standby. |
| | | 1634:06 UTC [0034:06 MYT] SIA 324 | Selamat malam Singapore Three Two Four climbing level two six zero. |
| | | 1634:11 UTC [0034:11 MYT] Lumpur Radar | Singapore Three Two Four confirm squawk. |
| | | 1634:14 UTC [0034:14 MYT] SIA 324 | Squawking two two two seven Singapore Three Two Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | | CONTENT - OTHER FLIGHTS |
| | | 1634:18 UTC [0034:18 MYT] Lumpur Radar | Singapore Three Two Four identified maintain level two six zero. |
| | | 1634:22 UTC [0034:22 MYT] SIA 324 | Roger maintain level two six zero Singapore Three Two Four. |
| | | 1635:23 UTC [0035:23 MYT] SIA 352 | Singapore Three Five Two maintaining level three two zero. |
| | | 1635:26 UTC [0035:26 MYT] Lumpur Radar | Singapore Three Five Two. |
| | | 1635:29 UTC [0035:29 MYT] Lumpur Radar | Singapore Three Five Two climb flight level two eight zero. |
| | | 1635:32 UTC [0035:32 MYT] SIA 324 | Climb flight level two eight zero Singapore Two Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1636:51 UTC [0036:51 MYT] Lumpur Radar | Korean Air Six Seven Two contact Singapore one two three decimal seven. |
| | | 1636:55 UTC [0036:55 MYT] KAL 672 | Twenty three seven Korean Air Six Seven Two good day sir. |
| | | 1636:58 UTC [0036:58 MYT] Lumpur Radar | Yap. |
| | | 1637:07 UTC [0037:07 MYT] Lumpur Radar | Singapore Three Two Four climb flight level three zero zero |
| | | 1637:11 UTC [0037:11 MYT] SIA 324 | Ahh... confirm SingaporeThree Two Four. |
| | | 1637:14 UTC [0037:14 MYT] Lumpur Radar | Singapore Three Two Four climb level three zero zero. |

7 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1637:18 UTC [0037:18 MYT] SIA 324 | Climb flight level three zero zero Singapore Three Two Four. |
| | | 1639:04 UTC [0039:04 MYT] SIA 324 | Singapore Three Two Four request climb flight level three two zero. |
| | | 1639:08 UTC [0039:08 MYT] Lumpur Radar | Singapore Three Two Four final three zero zero. |
| | | 1639:12 UTC [0039:12 MYT] SIA 324 | Final level three zero zero Singapore Three Two Four. |
| | | 1645:19 UTC [0045:19 MYT] Lumpur Radar | Malaysian Five Two contact Ho Chi Minh one two zero decimal niner. |
| | | 1645:24 UTC [0045:24 MYT] MAS 52 | Ho Chi Minh one two zero decimal niner Malaysian Five Two good night. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1645:51 UTC [0045:51 MYT] TSE 738 | Lumpur Control Transmile Seven Three Eight good evening flight level three four zero approaching Victor Papa Kilo two zero four zero. |
| | | 1646:01 UTC [0046:01 MYT] Lumpur Radar | Transmile Seven Three Eight radar identified Nipah correction clear to Subang Caledonian One Arrival Runway One Five Pibos Transition level three four zero. |
| | | 1646:09 UTC [0046:09 MYT] TSE 738 | Clear to Subang Caledonian ah... One Arrival ah Runway One Five Subang and naa... Pibos Transition maintain flight level three four zeroTransmile Seven Three Eight. |
| | | 1646:23 UTC [0046:23 MYT] Lumpur Radar | Transmile Seven Three Eight pilot discretion direct to Pibos now. |
| | | 1646:27 UTC [0046:27 MYT] TSE 738 | Transmile Seven Three Eight tracking direct Pibos now. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

APPENDIX 1.18E

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1646:55 UTC [0046:55 MYT] MAS 370 | Lumpur Control Malaysian aa Three Seven Zero. | | |
| 1646:58 UTC [0046:58 MYT] Lumpur Radar | Malaysian Three Seven Zero Lumpur Radar good morning climb flight level two five zero. | | |
| 1647:03 UTC [0047:03 MYT] MAS 370 | Level two five zero Malaysian aaThree Seven Zero. | | |
| | | 1648:34 UTC [0048:34 MYT] Lumpur Radar | Singapore Three Five Two contact Bangkok one two three decimal niner five. |
| | | 1648:38 UTC [0048:38 MYT] SIA 352 | One two three niner five Singapore Three Five Two good day. |
| | | 1648:41 UTC [0048:41 MYT] Lumpur Radar | Good day sir. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

10 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1650:08 UTC [0050:08 MYT] Lumpur Radar | Malaysian Three Seven Zero climb flight level three five zero. | | |
| 1650:11 UTC [0050:11 MYT] MAS 370 | Flight level three five zero Malaysian aa Three Seven Zero. | | |
| | | 1651:13 UTC [0051:13 MYT] TSE 378 | Transmile Three Seven Eight (xxxxxx) illegible. |
| | | 1651:17 UTC [0051:17 MYT] Lumpur Radar | Transmile Three Seven Eight descend flight level one niner zero. |
| | | 1651:20 UTC [0051:20 MYT] TSE 378 | Descend level one niner zero Transmile Seven Three Eight. |
| | | 1652:49 UTC [0052:49 MYT] TSE 738 | Transmile Seven Three Eight (xxxx) illegible direct Victor Bravo Alfa. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

11 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1652:53 UTC [0052:53 MYT] Lumpur Radar | Transmile Seven Three Eight track direct Victor Bravo Alfa approved. |
| | | 1652:57 UTC [0052:57 MYT] TSE 738 | Direct Victor Bravo Alfa approved thank you (xxxx) [illegible] |
| | | 1653:11 UTC [0053:11 MYT] CPA 791 | Lumpur good evening Cathay Seven Nine One flight level three nine zero squawking five three five one. |
| | | 1653:19 UTC [0053:19 MYT] unknown | four seven. |
| | | 1653:22 UTC [0053:22 MYT] AXM 1017 | Express One Zero One Seven good morning level three five zero squawking five one seven six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **CONTENT - OTHER FLIGHTS** |
| 1653:29 UTC<br>[0053:29 MYT]<br>Lumpur Radar | | Asian Express One Zero One Six Lumpur Radar identified maintain level three five zero and track direct for Nipah Nipah Three Arrival Runway Three Two Right. |
| 1653:40 UTC<br>[0053:40 MYT]<br>AXM 1017 | | To Nipah for Three Two Right Express One Zero One Seven identified. |
| 1653:49 UTC<br>[0053:49 MYT]<br>CPA 791 | | Lumpur good morning Cathay Seven Nine One flight level three nine zero squawk five three five four. |
| 1653:54 UTC<br>[0053:54 MYT]<br>Lumpur Radar | | Cathay Seven Nine One Lumpur Radar identified Nipah Three Alpha Arrival Runway Three Two Right Pibos Alpha Transition level three nine zero standby for direct track. |
| 1654:05 UTC<br>[0054:05 MYT]<br>CPA 791 | | (xxxxx) (xxxxx) [illegible] out of three nine zero (xxxxx) (xxxxx) [illegible] south arrival three two right Pibos Transition Cathay Seven Nine One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1654:35 UTC [0054:35 MYT] Lumpur Radar | Singapore Three Two Four contact Bangkok one two three decimal nine five. |
| | | 1654:39 UTC [0054:39 MYT] SIA 324 | One two three niner five Singapore Three Two Four good day. |
| | | 1654:43 UTC [0054:43 MYT] Lumpur Radar | Good day. |
| | | 1654:58 UTC [0054:58 MYT] Lumpur Radar | Thai Peace Nine Two One contact Singapore one two three decimal seven. |
| | | 1655:03 UTC [0055:03 MYT] BBC 921 | Contact Singapore two three seven Niner Two One. |
| | | 1655:13 UTC [0055:13 MYT] Lumpur Radar | Transmile Seven Three Eight descend to flight level one five zero. |

14 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1655:17 UTC [0055:17 MYT] TSE 738 | (xxx) (xxx) [illegible] one five zero Transmile Seven Three Eight. |
| | | 1656:23 UTC [0056:23 MYT] CPA 791 | Cathay Seven Nine One request descend. |
| | | 1656:26 UTC [0056:26 MYT] Lumpur Radar | Cathay Seven Nine One descend flight level three zero zero. |
| | | 1656:30 UTC [0056:30 MYT] CPA 791 | Descend flight level three zero zero Cathay Seven Nine One. |
| | | 1656:42 UTC [0056:42 MYT] AXM 1017 | Asian Express One Zero One Seven request descend. |
| | | 1656:45 UTC [0056:45 MYT] Lumpur Radar | Express One Zero One Seven descend flight level one nine zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1656:49 UTC [0056:49 MYT] AXM 1017 | Flight level one nine zero Asian Express One Zero One Seven. |
| | | 1657:45 UTC [0057:45 MYT] Lumpur Radar | Cathay Seven Nine One naa… direct to Nipah and reduce speed two eight zero. |
| | | 1657:52 UTC [0057:52 MYT] CPA 792 | Nipah reduce speed two eight zero Cathay Seven Nine One.. |
| | | 1657:56 UTC [0057:56 MYT] Lumpur Radar | Express One Zero One Seven maintain high speed descend level one five zero. |
| | | 1658:01 UTC [0058:01 MYT] AXM 1017 | High speed to one five zero Express One Zero One Seven. |
| | | 1658:04 UTC [0058:04 MYT] Lumpur Radar | Transmile Seven Three Eight contact radar one two one two five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

16 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1658:07 UTC [0058:07 MYT] TSE 738 | One two one two fiveTransmile Seven Three Eight. |
| | | 1659:40 UTC [0059:40 MYT] Lumpur Radar | Cathay Seven Nine One descend flight level two eight zero. |
| | | 1659:44 UTC [0059:44 MYT] CPA 791 | Descend flight level two eight zero Cathay Seven Nine One. |
| | | 1701:09 UTC [0101:09 MYT] Lumpur Radar | Cathay Seven Nine One descend flight level two four zero. |
| | | 1701:12 UTC [0101:12 MYT] CPA 791 | Descend flight level two four zero Cathay Seven Nine One. |
| 1701:17 UTC [0101:17 MYT] MAS 370 | Malaysian aaThree Seven Zero maintaining flight level three five zero. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1701:21 UTC [0101:21 MYT] Lumpur Radar | Malaysian Three Seven Zero | | |
| | | 1701:36 UTC [0101:36 MYT] Lumpur Radar | Cathay Seven Nine One descend flight level one niner zero. |
| | | 1701:40 UTC [0101:40 MYT] CPA 791 | Descend flight level one niner zero Cathay Seven Niner One. |
| | | 1702:38 UTC [0102:38 MYT] Lumpur Radar | Asian Express One Zero One Seven direct to ANSOK maintain high speed. |
| | | 1702:44 UTC [0102:44 MYT] AXM 1014 | Maintain high speed and aah ...... say again that point. |
| | | 1702:48 UTC [0102:48 MYT] Lumpur Radar | One zero one seven direct to ANSOK. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz | | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1702:51 UTC [0102:51 MYT] AXM 1017 | To ANSOK high speed Express One Zero One Seven. |
| | | 1702:55 UTC [0102:55 MYT] Lumpur Radar | Cathay Seven Nine One Runway Three Two Right sir and daa... maintain level one nine zero. |
| | | 1703:01 UTC [0103:01 MYT] CPA 791 | Cathay Seven Nine One say again. |
| | | 1703:03 UTC [0103:03 MYT] Lumpur Radar | Cathay Seven Nine One Runway Three Two Right in used. |
| | | 1703:06 UTC [0103:06 MYT] CPA 791 | Copy Runway Three Two Right maintain flight level one nine zero Cathay Seven Nine One. |
| | | 1703:20 UTC [0103:20 MYT] AXM 7092 | Lumpur Control Asia Seven Zero Nine Two good morning flight level three five zero squawk three one four seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1703:33 UTC [0103:33 MYT] Lumpur Radar | Asian Express One Zero Eight Niner Radar say again your squawk. |
| | | 1703:38 UTC [0103:38 MYT] AXM 1089 | Squawk three one four seven. |
| | | 1703:41 UTC [0103:41 MYT] Lumpur Radar | Express One Zero Eight Niner identified direct to Nipah Nipah Three Alfa Arrival Runway Three Two Right level three five zero. |
| | | 1703:49 UTC [0103:49 MYT] AXM 1089 | Track direct Nipah clear ahh Lumpur Nipah Three Alfa Three Two Right Pibos Alfa Transition and track Nipah confirm. |
| | | 1703:58 UTC [0103:58 MYT] Lumpur Radar | Affirm ahh direct to Nipah. |
| | | 1704:00 UTC [0104:00 MYT] AXM 1089 | Nipah Express One Zero Eight Niner. |

20 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1704:04 UTC [0104:04 MYT] Lumpur Radar | Cathay seven nine one descend level one seven zero. |
| | | 1704:08 UTC [0104:08 MYT] CPA 791 | Descend one seven zero Cathay Seven Nine One. |
| | | 1704:11 UTC [0104:11 MYT] Lumpur Radar | Express One Zero One Seven nahhh... Descend one one thousand QNH is one zero one two contact Radar one two one two five. |
| | | 1704:23 UTC [0104:23 MYT] Lumpur Radar | Express One Zero One Seven descend one one thousand on QNH one zero one two contact Radar one two one two five. |
| | | 1704:35 UTC [0104:35 MYT] Lumpur Radar | Express One Zero One Seven Lumpur. |
| | | 1704:56 UTC [0104:56 MYT] Lumpur Radar | Express One Zero One Seven Lumpur. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1705:12 UTC [0105:12 MYT] Lumpur Radar | Cathay Seven Nine One descend level one five zero. |
| | | 1705:15 UTC [0105:15 MYT] CPA 791 | Descend flight level one five zero Cathay Seven Niner One. |
| | | 1705:25 UTC [0105:25 MYT] AXM 1089 | Express One Zero Eight Niner request descend. |
| | | 1705:29 UTC [0105:29 MYT] Lumpur Radar | Express One Zero Eight Niner descend flight level two five zero. |
| | | 1705:34 UTC [0105:34 MYT] AXM 1089 | Descend to flight level two five zero Express One Zero Eight Niner. |
| | | 1705:39 UTC [0105:39 MYT] Lumpur Radar | Asian Express One Zero One Seven Lumpur Radar how do you read. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

## AIR-GROUND COMMUNICATION
### LUMPUR RADAR - FREQUENCY 132.6 MHz

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1705:44 UTC [0105:44 MYT] AXM 1017 | Lumpur Express One Zero One Seven how do you read. |
| | | 1705:50 UTC [0105:50 MYT] AXM 1017 | Lumpur Lumpur Express One Zero One Seven. |
| | | 1705:53 UTC [0105:53 MYT] Lumpur Radar | Express One Zero One Seven descend one one thousand. |
| | | 1705:57 UTC [0105:57 MYT] AXM 1017 | Descend to one one thousand Express (xxxx) (xxxx) [illegible] |
| | | 1706:03 UTC [0106:03 MYT] Lumpur Radar | Express One Zero One Seven QNH one zero one two contact Radar one two one two five. |
| | | 1706:08 UTC [0106:08 MYT] AXM 1017 | One two one two five Control One Seven good day sir. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1706:36 UTC [0106:36 MYT] Lumpur Radar | Cathay Seven Niner One cantact Radar one two one two five. |
| | | 1706:39 UTC [0106:39 MYT] CPA 792 | One two one two five Cathay Seven Nine One good night. |
| 1707:56 UTC [0107:56 MYT] MAS 370 | Ehhh.... Seven Three Seven Zero maintaining level three five zero. | | |
| 1708:02 UTC [0108:02 MYT] | Malaysian Three Seven Zero. | | |
| | | 1710:54 UTC [0110:54 MYT] XAX 506 | Lumpur Xanadu Five Zero Six passing ten thousand seven hundred feet for flight level one eight zero good morning. |
| | | 1711:05 UTC [0111:05 MYT] Lumpur Radar | Xanadu Five Zero Six straight climb flight level two zero zero. |

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1711:10 UTC [0111:10 MYT] XAX 506 | Climb flight level two zero zero and request direct aah... Victor Papa Golf if possible Xanadu Five Zero Six. |
| | | 1711:16 UTC [0111:16 MYT] Lumpur Radar | Xanadu Five Zero Six route via Kimat and Approach will advice you for direct track. |
| | | 1711:22 UTC [0111:22 MYT] XAX 506 | Roger Kimat Xanadu Five Zero Six. |
| | | 1712:51 UTC [0112:51 MYT] Lumpur Radar | Asian Express One Zero Zero Eight Niner descend flight level one five zero. |
| | | 1712:56 UTC [0112:56 MYT] AXM 1089 | Flight level one five zero Express One Zero Zero Eight niner. |
| | | 1712:59 UTC [0112:59 MYT] Lumpur Radar | Xanadu Five Zero Six climb flight level two niner zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1713:02 UTC [0113:02 MYT] XAX 506 | Climb flight level two niner zero Xanadu Five Zero Six. |
| | | 1715:00 UTC [0115:00 MYT] Lumpur Radar | Xanadu Five Zero Six direct Papa Kilo. |
| | | 1715:03 UTC [0115:03 MYT] XAX 506 | Direct Papa Kilo Xanadu Five Zero Six thank you. |
| | | 1715:25 UTC [0115:25 MYT] Lumpur Radar | Asian Express One Zero Zero Eight Niner contact Radar one two one five. |
| | | 1715:30 UTC [0115:30 MYT] AXM 1089 | One two one two five (xxx) [illegible] One Zero Eight Nine good bye. |
| | | 1715:33 UTC [0115:33 MYT] Lumpur Radar | night. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1719:26 UTC [0119:26 MYT] Lumpur Radar | Malaysian Three Seven Zero contact Ho Chi Minh one two zero decimal niner good night. | | |
| 1719:30 UTC [0119:30 MYT] MAS 370 | Good night Malaysian Three Seven Zero. | | |
| | | 1723:43 UTC [0123:43 MYT] XAX 506 | Xanadu Five Zero Six approaching Papa Kilo. |
| | | 1723:48 UTC [0123:48 MYT] Lumpur Radar | Xanadu Five Zero Six contact Singapore one two three decimal seven. |
| | | 1723:52 UTC [0123:52 MYT] XAX 506 | Contact Singapore one two three decimal seven Xanadu Five Zero Six good night. |
| | | 1726:17 UTC [0126:17 MYT] CES 5093 | Err... Lumpur Control err... China Air Five Zero Niner Three flight level three seven zero. |

27 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1726:26 UTC [0126:26 MYT] Lumpur Radar | China Air Five Zero Nine Three Lumpur Radar identified maintain level three seven zero. |
| | | 1726:33 UTC [0126:33 MYT] CES 5093 | (xxxx) (xxxx) [illegible] Zero Nine Three. |
| | | 1729:10 UTC [0129:10 MYT] GBG 76 | Lumpur good evening Global Jet Seven Six flight level four one zero. |
| | | 1729:34 UTC [0129:34 MYT] GBG 76 | Lumpur Global Jet Seven Six flight level four one zero. |
| | | 1729:41 UTC [0129:41 MYT] Lumpur Radar | Roger Seven Six Lumpurr control maintain flight level four one zero standby by for arrival. |
| | | 1729:49 UTC [0129:49 MYT] GBG 76 | Maintain four one zero Global Jet Seven Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

28 of 29

APPENDIX 1.18E

Malaysia [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1731:57 UTC [0131:57 MYT] Lumpur Radar | Global Jet Seven Six clear to Subang Caledonean One Arrival Runway One Five Pibos transition level four one zero. |
| | | 1732:06 UTC [0132:06 MYT] GBGt 76 | Clear to Subang Caledonean One Arrival Runway One Five emm...daa... request descend. |
| | | 1732:13 UTC [0132:13 MYT] Lumpur Radar | Global Jet Seven Six descend to flight level one niner zero. |
| | | 1732:17 UTC [0132:17 MYT] GBG 76 | Descend to flight level one niner zero Global Jet Seven Six. |

**END OF SECTOR 3 + 5 RADAR TRANSCRIPT**

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | | **START TIME 1730:00 UTC [0130 MYT]** |
| | | 1731:57 UTC [0131:57 MYT] Lumpur Radar | Global Jet Seven Six clear to Subang Caledonean One Arrival Runway One Five Pibos Transition level four one zero. |
| | | 1732:06 UTC [0132:06 MYT] GBG 76 | Clear to Subang Caledonean One Arrival Runway One Five emm...daa... request descend. |
| | | 1732:13 UTC [0132:13 MYT] Lumpur Radar | Global Jet Seven Six descend to flight level one niner zero. |
| | | 1732:17 UTC [0132:17 MYT] GBG 76 | Descend to flight level one niner zero Global Jet Seven Six. |
| | | | **Direct Line Telephone Conversation Between KL ATCC and Bangkok ATCC** |
| | | 1739:16 UTC [0139:16 MYT] KL ATCC | Lumpur. |

Page 1 of 125

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1739:17 UTC [0139:17 MYT] Bangkok ATCC | Estimate Kota Bharu on Silk Air Nine Three Seven. |
| | | 1739:23 UTC [0139:23 MYT] KL ATCC | Silk Air Nine Three Seven go ahead. |
| | | 1739:25 UTC [0139:25 MYT] Bangkok ATCC | Kota Bharu one nine zero six one nine zero six flight level three nine zero squawk one five one three. |
| | | 1739:36 UTC [0139:36 MYT] KL ATCC | Okay Silk Air Nine Three Seven Victor Kilo Bravo one niner zero six level three nine zero squawk one niner one three. |
| | | 1739:44 UTC [0139:44 MYT] Bangkok ATCC | One five one three affirm. |

**End of Direct Line Telephone Conversation Between KL ATCC and Bangkok ATCC**

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1740:11 UTC [0140:11 MYT] GBG 76 | (xxxx) [illegible] Global Jet Seven Six request further descend. |
| | | 1740:16 UTC [0140:16 MYT] Lumpur Radar | Global Jet Seven Six descend  flight level aa… one five zero contact Lumpur Radar one two one  two five. |
| | | 1740:23 UTC [0140:23 MYT] GBG 76 | One five zero over one two five Global Jet Seven Six. |
| 1741:23 UTC 0141:23 MYT] Lumpur Radar | Malaysian Three Seven Zero Lumpur Radar how do you read, do you read. | | |
| | | 1742:08 UTC [0142:08 MYT] CES 539 | Lumpur Control good morning China Eastern Five Three Niner maintaining level three six zero squawk five one one one. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1742:20 UTC [0142:20 MYT] Lumpur Radar | China Eastern Five Three Nine Lumpur Radar identified maintain level three six zero Nipah Three Alfa Arrival Runway Three Two Left Pibos Tran correction Nipah Three Alpha Arrival Runway Three Two Right Pibos Apha Transition. |
| | | 1742:35 UTC [0142:35 MYT] CES 539 | Nipah Three Alpha Pibos Transition Runway Three Two Right China Southern Five Three Niner. |
| | | 1746:21 UTC [0146:21 MYT] CEB 501 | Lumpur Radar good morning Cebu Five Zero One. |
| | | 1746:28 UTC [0146:28 MYT] Lumpur Radar | Cebu Five Zero One Radar good morning squawk ident and report level. |
| | | 1746:38 UTC [0146:38 MYT] CEB 501 | And daa... Lumpur Radar Cebu Five Zero One request descend. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1746:44 UTC [0146:44 MYT] Lumpur Radar | Cebu Five Zero One identified descend level one nine zero Nipah Three Alpha Arrival RunwayThree Two Right Eastan Alpha Transition. |
| | | 1746:55 UTC [0146:55 MYT] CEB 501 | Descend level one niner zero and daa… Nipah Three Alpha Arrival Runway Three Two Right Cebu Five Zero One. |
| | | 1747:08 UTC [0147:08 MYT] CES 539 | Lumpur Control China Eastern Five Three Niner request descend. |
| | | 1747:15 UTC [0147:15 MYT] Lumpur Radar | China Eastern Five Three Niner descend flight level one niner. |
| | | 1747:19 UTC [0147:19 MYT] CES 539 | Descend flight level one niner zero China Eastern Five Three Niner. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1748:09 UTC [0148:09 MYT] Lumpur Radar | Five zero one direct to Nipah. |
| | | 1748:13 UTC [0148:13 MYT] 5551 | Say again where to Cebu Five Zero One you are coming in garble sir. |
| | | 1748:17 UTC [0148:17 MYT] Lumpur Radar | Five Zero One track direct Nipah. |
| | | 1748:21 UTC [0148:21 MYT] CEB 501 | Direct but Cebu Five Zero One. |
| | | **Direct Line Telephone Coversation Between KL ATCC and HCM ATCC** | |
| | | 1749:54 UTC [0149:54 MYT] KL ATCC | Ho Chi Minh Lumpur. |
| | | 1749:56 UTC [0149:56 MYT] HCM ATCC | I transfer IGARI for Malaysian Six One Six Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1750:01 UTC [0150:01 MYT] Lumpur Radar | Malaysian eeer... Six One Six Three go ahead. |
| | | 1750:07 UTC [0150:07 MYT] HCM ATCC | IGARI one eight three five flight level request three six zero squawk six three four five. |
| | | 1750:15 UTC [0150:15 MYT] KL ATCC | Malaysian Six One Six Three IGARI one eight three five flight level three six zero is approved squawk six three four five. |
| | | 1750:23 UTC [0150:23 MYT] HCM ATCC | Okay transfer three six zero for Malaysian Six One Six Three. |
| 1750:27 UTC [0150:27 MYT] KL ATCC | Affirm....and confirm still negative contact with Malaysian Three Seven Zero. | | |
| 1750:32 UTC [0150:32 MYT] HCM ATCC | Affirm negative contact. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1750:34 UTC [0150:34 MYT] KL ATCC | Err... okay thank you advise me... | | |
| 1750:38 UTC [0150:38 MYT] HCM ATCC | Okay. | | |
| | **End Of Direct Line Coversation Between KL ATCC and HCM ATCC** | 1751:06 UTC [0151:06 MYT] Lumpur Radar | China Eastern Five Three Niner direct to Nipah and descend level one niner zero. |
| | | 1751:13 UTC [0151:13 MYT] CES 539 | Direct to Nipah and descend to level one niner zero China Eastern Five Three Niner. |
| | | 1751:19 UTC [0151:19 MYT] Lumpur Radar | China Eastern Five Zero Niner Three contact Singapore one two three decimal seven. |
| | | 1751:26 UTC [0151:26 MYT] CES 5093 | One two three decimal seven err... good night China Eastern Five Zero Nine Three. |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1751:36 UTC [0151:36 MYT] Lumpur Radar | Cebu Five Zero One descend flight level one five zero. |
| | | 1751:40 UTC [0151:40 MYT] CEB 5093 | Descend flight level one five zero  Cebu Five Zero One. |
| | | 1752:46 UTC [0152:46 MYT] Lumpur Radar | Cebu Five Zero One speed three zero zero or greater. |
| | | 1752:51 UTC [0152:51 MYT] CEB 501 | Three zero zero or greater Cebu Five Zero One. |
| | | 1753:04 UTC [0153:04 MYT] Lumpur Radar | Cebu Five  Cebu Five Zero One contact Lumpur Radar one two one two five. |
| | | 1753:10 UTC [0153:10 MYT] SIA 501 | One two one two five good day. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1754:40 UTC [0154:40 MYT] Lumpur Radar | China Eastern Five Three Niner contact Lumpur Radar one two one two five. |
| | | 1754:45 UTC [0154:45 MYT] CES 539 | One two one two five China Eastern Five Three Nine good day. |
| | | 1801:46 UTC [0201:46 MYT] MAS 386 | Lumpur Control Malaysian Three Eight Six passing one flight level one two four four for flight level one eight zero. |
| | | 1801:56 UTC [0201:56 MYT] Lumpur Radar | Three Eight Six Lumpur radar ...Good morning climb flight level two one zero. |
| | | 1802:01 UTC [0202:01 MYT] MAS 386 | Level two one zero Malaysian Three Eight Six. |
| | | 1803:04 UTC [0203:04 MYT] Lumpur Radar | Malaysian Three Eight Six climb initially flight level three three zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1803:09 UTC 0203:09 MYT [MAS 386] | Level three six zero initially Malaysian Three Eight Six. |
| | | 1803:13 UTC [0203:13 MYT] Lumpur Radar | Malaysian Three Eight Six initially flight level three three zero. |
| | | 1803:16 UTC [0203:16 MYT] MAS 386 | Initially flight level three three zero Malaysian Three Eight Six. |

**TELEPHONE CONVERSATION**

| | |
|---|---|
| 1803:34 UTC [0203:34] MYT KL ATCC | Ah okay okay okay carry on I tell Singa Ho Chi Minh la we told the airline to contact. |
| 1803:38 UTC [0203:38 MYT] | *Direct line telephone ringing tone.* |
| 1803:41 UTC [0203:41 MYT] KL ATCC | Good night. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1803:48 UTC [0203:48 MYT] KL ATCC | Helo. | | |
| 1803:49 UTC [0203:49 MYT] KL ATCC | Ho Chi Minh. | | |
| 1803:50 UTC [0203:50 MYT] HCM ATCC | Yes sir. | | |
| 1803:51 UTC [0203:51 MYT] KL ATCC | Any news for Malaysian Three Seven Zero. | | |
| 1803:54 UTC [0203:54 MYT] HCM ATCC | Negative sir until now they probably out of radar. | | |
| 1803:57 UTC [0203:57 MYT] KL ATCC | Okay. | | |
| 1803:58 UTC [0203:58 MYT] HCM ATCC | We have no information about Malaysian Three Seven Zero right now. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1804:02 UTC [0204:02 MYT] KL ATCC | Okay Malaysian. | | |
| 1804:03 UTC [0204:03 MYT] HCM ATCC | No radar target yeah. | | |
| 1804:05 UTC [0204:05 MYT] KL ATCC | No radar target confirm. | | |
| 1804:07 UTC [0204:07 MYT] HCM ATCC | Standby. | | |
| 1804:08 UTC [0204:08 MYT] KL ATCC | You don't have radar contact. | | |
| 1804:12 UTC [0204:12 MYT] HCM ATCC | Go ahead sir. | | |
| 1804:13 UTC [[0204:13 MYT] KL ATCC | No confirm you don't have any radar contact. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1804:17 UTC [0204:17 MYT] HCM ATCC | Yeah no radar contact no ADSB contact no communication. | | |
| | | 1804:23 UTC [0204:23 MYT] THA 483 | Lumpur Control Thai Four Eight Three good evening. |
| | **DIRECT LINE TELEPHONE CONVERSATION INTERRUPTED BY AIRCRAFT CALLING** | | |
| | | THA 483 | Squawking six one one four. |
| 1804:25 UTC [0204:25 MYT] KL ATCC | Eer... Standby please. | 1804:30 UTC [0204:30 MYT] Lumpur Radar | Thai Four Eight Three Lumpur Radar identified maintain level three three seven zero. |
| | | 1804:33 UTC [0204:33 MYT] THA 483 | Maintain level three seven zero Thai Four Eight Three. |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | **CONTINUE DIRECT LINE CONVERSATION WITH HO CHI MINH** | | |
| 1804:36 UTC [0204:36 MYT] KL ATCC | Okay Ho Chi Minh. | | |
| 1804:38 UTC [0204:38 MYT] HCM ATCC | Yes sir. | | |
| 1804:39 UTC [0204:39 MYT] KL ATCC | Okay reference to the.... company Malaysian Airlines the aircraft is still flying is over somewhere over Cambodia. | | |
| 1804:50 UTC [0204:50 MYT] HCM ATCC | Somewhere over Cambodia. | | |
| 1804:51 UTC [0204:51 MYT] KL ATCC | Affirm. | | |
| 1804:52 UTC [0204:52 MYT] HCM ATCC | That's mean not enter our FIR. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1804:58 UTC [0204:58 MYT] KL ATCC | Okay I am not very sure about that but daa... this is what the airlines represent MAS said that the aircraft ... | | |
| 1805:05 UTC [0205:05 MYT] HCM ATCC | Okay okay let me check with Cambodia. | | |
| 1805:08 UTC [0205:08 MYT] KL ATCC | Yeap please check with Cambodia please. | | |
| 1805:09 UTC [0205:09 MYT] HCM ATCC | Yeah. | | |
| 1805:10 UTC [0205:10 MYT] KL ATCC | Okay and call me back. | | |
| | **End of Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | 1809:35 UTC [0209:35 MYT] TGW 2657 | Lumpur Control GoCat Two Six Five Seven good morning we are flight level three five zero squawking four seven zero over Victor KIlo Bravo. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1809:46 UTC [0209:46] MYT Lumpur Radar | GoCat Two Six Five Seven Lumpur Radar identified maintain flight level four three seven correction three five zero. |
| | | 1809:53 UTC [0209:53 MYT] TGW 2657 | Maintain GoCat Two Six Five Seven. |
| | | 1815:27 UTC [0215:27 MYT] CCA 405 | Lumpur Control ah good morning China Four Zero Four maintain level two eight zero. |
| | | 1815:34 UTC [0215:34 MYT] Lumpur Radar | Air China Four Zero Four Lumpur Radar confirm squawk. |
| | | 1815:38 UTC [0215:38 MYT] CCA 405 | Squawk two two one seven. |
| | | 1815:41 UTC [0215:41 MYT] Lumpur Radar | Air China Four Zero Four identified climb level three four zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1815:46 UTC [0215:46 MYT] CCA 405 | Climb to three our zero Air China Four Zero Four. |
| | | 1816:05 UTC [0216:05 MYT] | *Sound of telephone ringing.* |
| | | 1816:13 UTC [0216:13 MYT] Source unknow Helo. | |
| | | 1816:17 UTC [0216:17 MYT] Source unknow Helo. | |
| | | 1816:21 UTC [0216:21 MYT] | Telephone line cut-off tone TOO TOO TOO TOO. |
| | | 1816:30 UTC [0216:30 MYT] | *End of Telephone line cut-off tone.* |
| | | 1816:36 UTC [0216:36 MYT] THA 465 | Lumpur Control Thai Four Six Five good morning maintaining flight level three seen zero. |
| | | 1816:46 UTC [0216:46 MYT] Lumpur Radar | Thai Four Six Five Lumpur squawk ident. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1816:49 UTC [0216:49 MYT] THA 465 | Squawk six one six idening Thai Four Six Five. |
| | | 1817:01 UTC [0217:01 MYT] Lumpur Radar | Four Six Five identified mainain level daa...three seven zero. |
| | | 1817:06 UTC [0217:06 MYT] THA 465 | Maintain flight level three seven zero Thai Four Six Five. |
| | | 1817:10 UTC [0217:10 MYT] Lumpur Radar | Malaysian Three Eight Six climb initially level three four zero. |
| | | 1817:19 UTC [0217:19 MYT] Lumpur Radar | Malaysian Three Eight Six climb initially level three four zero. |
| | | 1817:22 UTC [0217:22 MYT] MAS 386 | To three four zero Malaysian Three Eight Six. |

Page 19 of 125

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1820:24 UTC [0220:24 MYT] MAS 386 | Three Eight Six maintaining flight level three four zero request higher. |
| | | 1820:32 UTC [0220:32 MYT] Lumpur Radar | Three Eight Six standby. |
| | | | **Direct Line Telephone Conversation Between KL ATCC and Bangkok ATCC** |
| | | 1821:50 UTC [0221:50 MYT] KL ATCC | Yeah Bangkok. |
| | | 1821:51 UTC [0221:51 MYT] Bangkok ATCC | Helo three estimates Kota Bharu. |
| | | 1821:53 UTC [0221:53 MYT] Source unknow | Songkran around. |
| | | 1822:02 UTC [0222:02 MYT] KL ATCC | Okay Bangkok go ahead. |

Page 20 of 125

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1822:04 UTC<br>[0222:04 MYT]<br>Bangkok ATCC | First one Zero One Cargo Five Three Zero. |
| | | 1822:08 UTC<br>[0222:08 MYT]<br>KL ATCC | Go ahead. |
| | | 1822:10 UTC<br>[0222:10 MYT]<br>Bangkok ATCC | Kota Bharu one nine one five flight level three five zero squawk six one one seven. |
| | | 1822:18 UTC<br>[0222:18 MYT]<br>KL ATCC | Next. |
| | | 1822:19 UTC<br>[0222:19 MYT]<br>Bangkok ATCC | Silk Air Five Zero Nine. |
| | | 1822:22 UTC<br>[0222:22 MYT]<br>KL ATCC | Go ahead. |
| | | 1822:24 UTC<br>[0222:24 MYT]<br>Bangkok ATCC | Kota Bharu one nine four two flight level three five zero squawk seven zero two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1822:31 UTC [0222:31 MYT] KL ATCC | Next. |
| | | 1822:31 UTC [0222:31 MYT] Bangkok ATCC | Last one Singapore Four Four Seven. |
| | | 1822:35 UTC [0222:35 MYT] KL ATCC | Go ahead. |
| | | 1822:37 UTC [0222:37 MYT] Bangkok ATCC | Two zero one three flight level three nine zero squawk four seven five one. |
| | | 1822:43 UTC [0222:43 MYT] KL ATCC | Okay I read back er... (xxx) [illegible] Cargo Five Three Zero Kota Bharu  one nine one five flight level three five zero squawk six one one seven, Silk Air Five Two Niner Kota Bharu one nine four two flight level three five zero squawk seven four zero two and last one Singapore Four Four Seven IGARI two zero one six one three flight level three niner zero squawk four seven five one confirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1823:04 UTC [0223:04 MYT] Bangkok ATCC | Yes the second one is Silk Air Five Zero Niner. |
| | | 1823:07 UTC [0223:07 MYT] KL ATCC | Five Silk Air Five Zero Niner copied. |
| | | 1823:09 UTC [0223:09 MYT] Bangkok ATCC | Affirm thank you. |
| | | | **End of Direct Line Telephone Conversation Between KL ATCC and Bangkok ATCC** |
| | | 1823:16 UTC [0223:16 MYT] Lumpur Radar | Malaysian Three Five Zero climb level three five zero. |
| | | 1823:20 UTC [0223:20 MYT] Lumpur Radar | Malaysian Three Eight Six climb level three five zero. |
| | | 1823:22 UTC [0223:22 MYT] MAS 386 | Three five zero Malaysian Three Eight Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1823:26 UTC<br>[0223:26 MYT]<br>Lumpur Radar | Malaysian Three Eight Six expect igher later by… Ho Chi Minh. |
| | | 1823:29 UTC<br>[0223:29 MYT]<br>MAS 386 | Malaysian Three Eight Six. |
| | | 1827:06 UTC<br>[0227:06 MYT]<br>Lumpur Radar | Thai Four Eight Three contact Singapore one two three decimal seven. |
| | | 1827:09 UTC<br>[0227:09 MYT]<br>THA 483 | Singapore one two three decimal seven Thai Four Eight Three. |
| | | 1830:40 UTC<br>[0230:40 MYT]<br>Lumpur Radar | Thai Four Six Five contact Singapore one two three decimal seven. |
| | | 1830:45 UTC<br>[0230:45 MYT]<br>THA 465 | One two three decimal seven Thai Four Six Five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1832:23 UTC [0232:23 MYT] MAS 6163 | Lumpur Six One SixThree morning. |
| | | 1832:32 UTC [0232:32 MYT] MAS 6163 | Lumpur Malaysian Six One Six Three. |
| | | 1832:42 UTC [0232:42 MYT] MAS 6163 | Lumpur Malaysian Six One Six Three one three four two five. |
| | | 1832:46 UTC [0232:46 MYT] Lumpur Radar | Malaysian Six One Six Three Lumpur Radar firm squawk and level. |
| | | 1832:51 UTC [0232:51 MYT] MAS 6163 | Level three six zero squawking six three four five Malaysian Six One Six Three. |
| | | 1832:57 UTC [0232:57 MYT] Lumpur Radar | Malaysian Six One Six Three identified maintain level three six zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1833:00 UTC [0233:00 MYT] MAS 6163 | Roger Malaysian Six One Six Three. |
| | | 1833:18 UTC [0233:18 MYT] Lumpur Radar | Malaysian Three Eight Six contact Ho Chi Minh one two zero decimal niner. |
| | | 1833:22 UTC [0233:22 MYT] MAS 386 | One two zero decimal nine Malaysian Three Eight Six. |
| | | 1833:26 UTC [0233:26 MYT] Lumpur Radar | GoCat Two Six Five Seven contact Singapore one two three decimal seven. |
| | | 1833:31 UTC [0233:31 MYT] TGW 2657 | One two three decimal seven GoCat Two Six Five Seven. |
| 1833:50 UTC [0233:50 MYT] | **LUMPUR RADAR DAILING TELEPHONE LINE** | | |
| 1833:53 UTC [0233:53 MYT] | Telephone ringing tone. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1833:59 UTC [0233:59 MYT] MAS Operations | Helo. | | |
| 1834:00 UTC 0234:00 MYT KL ATCC | Okay aah... helo good  good mor morning. | | |
| 1834:02 UTC [0234:02 MYT] MAS Operations | Yeah yeah. | | |
| 1834:03 UTC [0234:03 MYT] KL ATCC | Calling from Subang Centre lah. | | |
| 1834:06 UTC [0234:06 MYT] MAS Operations | err... ya. | | |
| 1834:07 UTC [0234:07 MYT] KL ATCC | This is MAS Operations is it. | | |
| 1834:09 UTC [0234:09 MYT] MAS Operations | Ya ya | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1834:10 UTC [0234:10 MYT] KL ATCC | Okay err…. regarding your Malaysian Three Seven Zero. | | |
| 1834:13 UTC [0234:13 MYT] MAS Operations | Herha. | | |
| 1834:14 UTC [0234:14 MYT] KL ATCC | Ho Chi Minh said still negative contact. | | |
| 1834:17 UTC [0234:17 MYT] MAS Operations | Haa. | | |
| 1834:17 UTC [0234:17 MYT] KL ATCC | And the no radar target at all. | | |
| 1834:20 UTC [0234:20 MYT] MAS Operations | Okay. | | |
| 1834:21 UTC [0234:21 MYT] KL ATCC | But earlier we checked with MAS I think your side somebody said that the aircraft still flying and you already send signal to the aircraft. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Page 28 of 125

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1834:29 UTC [0234:29 MYT] MAS Operations | Ya. | | |
| 1834:30 UTC [0234:30 MYT] KL ATCC | Okay and daa... what is daa... I mean did they reply to you or not. | | |
| 1834:34 UTC [0234:34 MYT] MAS Operations | No no they never reply. | | |
| 1834:36 UTC [0234:36 MYT] KL ATCC | Malaysian Three Seven Zero. | | |
| 1834:37 UTC [0234:37 MYT] MAS Operations | Hmm ya. | | |
| 1834:38 UTC [0234:38 MYT] KL ATCC | But daa...how do you know that they ooo...ya... | | |
| 1834:41 UTC [0234:41 MYT] MAS Operations | Because of the.... message went through successfully. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1834:44 UTC [0234:44 MYT] KL ATCC | Successfully went through. | | |
| 1834:45 UTC [0234:45 MYT] MAS Operations | Aaa… | | |
| 1834:46 UTC [0234:46 MYT] KL ATCC | Okay amm…. can you I mean is there (xxx) [illegible] any possible for the aircraft to answer you. | | |
| 1834:53 UTC [0234:53 MYT] MAS Operations | Eer… | | |
| 1834:54 UTC [0234:54 MYT] KL ATCC | Anyway aircraft can answer you. | | |
| 1834:58 UTC [0234:58 MYT] MAS Operations | Do know daa…. You have to try the SATCOM la sir. | | |
| 1835:02 UTC [0235:02 MYT] KL ATCC | hmm hamm. | | |

Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1835:02 UTC [0235:02 MYT] MAS Operations | Will try the SATCOM and see. | | |
| 1835:03 UTC [0235:03 MYT] KL ATCC | Okay. | | |
| 1835:05 UTC [0235:05 MYT] KL ATCC | Hah hah see whether they can I am sure whether the position or whether they contact with anyone and the estimate for landing or anything. | | |
| 1835:13 UTC [0235:13 MYT] MAS Operations | Okay. | | |
| 1835:14 UTC [0235:14 MYT] KL ATCC | Okay and daa okay daa because da Ho Chi Minh still worry because they have eercompletely no contact at all either radio or radar. | | |
| 1835:26 UTC [0235:26 MYT] MAS Operations | Okay. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1835:27 UTC [0235:27 MYT] KL ATCC | Okay so. | | |
| 1835:29 UTC [0235:29 MYT] MAS Operations | Can fax them the...because is still down loading the..... aircraft movement. | | |
| 1835:35 UTC [0235:35 MYT] KL ATCC | Ah huh. | | |
| 1835:36 UTC [0235:36 MYT] MAS Operations | Aircraft still sending the .... movement message. | | |
| 1835:38 UTC [0235:38 MYT] KL ATCC | Okay. | | |
| 1835:39 UTC [0235:39 MYT] MAS Operations | Positioning message. | | |
| 1835:40 UTC [0235:40 MYT] KL ATCC | Positioning message okay okay aah.... | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1835:43 UTC [0235:43 MYT] MAS Operations | Roughly aaa… somewhere Vietnam. | | |
| 1835:46 UTC [0235:46 MYT] KL ATCC | Okay can you tell what is the last position aircraft passed now. | | |
| 1835:52 UTC [0235:52 MYT] MAS Operations | Is the last position was eer….Lat Long fourteen fourteen point nine zero zero zero. | | |
| 1836:06 UTC [0236:06 MYT] KL ATCC | Eer… say again please. | | |
| 1836:07 UTC [0236:07 MYT] MAS Operations | Eer… Latitude is fourteen point nine eer…. | | |
| 1836:11 UTC [0236:11 MYT] KL ATCC | eeh eeh | | |
| 1836:12 UTC [0236:12 MYT] MAS Operations | Zero zero zero zero. | | |

Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1836:15 UTC [0236:15 MYT] KL ATCC | Four, four time zero. | | |
| 1836:16 UTC [0236:16 MYT] MAS Operations | Yeah. | | |
| 1836:18 UTC [0236:18 MYT] KL ATCC | Okay. | | |
| 1836:19 UTC [0236:19 MYT] MAS Operations | Longtitude is one zero niner. | | |
| 1836:22 UTC [0236:22 MYT] KL ATCC | One zero nine. | | |
| 1836:24 UTC [0236:24 MYT] MAS Operations | One five five zero zero. | | |
| 1836:25 UTC [0236:25 MYT] KL ATCC | One five zero zero at what time please. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1836:28 UTC [0236:28 MYT] MAS Operations | At one eight three three five six. | | |
| 1836:30 UTC [0236:30 MYT] KL ATCC | One eight three three huh. | | |
| 1836:32 UTC [0236:32 MYT] MAS Operations | Auh. | | |
| 1836:32 UTC [0236:32 MYT] KL ATCC | Okay this is the position aircraft passed by one eight three three uh. | | |
| 1836:36 UTC [0236:36 MYT] MAS Operations | Huh | | |
| 1836:37 UTC [0236:37 MYT] KL ATCC | Okay aah… this one let them call okay and daaadvise okay you try to raise the aircraft and then like aah… I mean to reply you whether they are eer… contact any of the ATC unit along unit or not. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1836:55 UTC [0236:55 MYT] MAS Operations | Alright. | | |
| 1836:56 UTC [0236:56 MYT] KL ATCC | Okay please thank you. | | |
| 1837:00 UTC [0237:00 MYT] | Tone of telephone cut off too too too. | | |
| | **End of Direct Line Conversation Between KL ATCC and MAS Operations Centre** | | |
| 1837:15 UTC [0237:15 MYT] | Direct line ringing tone. | | |
| 1837:21 UTC 0237:21 MYT] KL ATCC | They will try *[back ground conversation]* | | |
| 1837:24 UTC [0237:24 MYT] KL ATCC | Aircraft still flying it seem [back ground conversation] | | |
| 1837:25 UTC [0237:25 MYT] | **Telephone ringing at this time.** | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1837:34 UTC [0237:34 MYT] HCM ATCC | Yes. | | |
| 1837:35 UTC [0237:35 MYT] KL ATCC | Okay Ho Chi Minh. | | |
| 1837:36 UTC [0237:36 MYT] HCM ATCC | Sir. | | |
| 1837:37 UTC [0237:37 MYT] KL ATCC | The... Malaysian Three Seven Zero. | | |
| 1837:40 UTC [0237:40 MYT] HCM ATCC | Yes. | | |
| 1837:41 UTC [0237:41 MY] KL ATCC | Okay aircraft is eer... still flying and then keep on sending position report to the company. | | |
| 1837:49 UTC [0237:49 MYT] HCM ATCC | Yeah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1837:49 UTC [0237:49 MYT] KL ATCC | Okay. | | |
| 1837:50 UTC [0237:50 MYT] HCM ATCC | The aircraft is landing at (xxxx) [illegible] | | |
| 1837:52 UTC [0237:52 MYT] KL ATCC | Say again. | | |
| 1837:53 UTC [0237:53 MYT] HCM ATCC | Say again say again for Malaysian Three Seven Zero. | | |
| 1837:56 UTC [0237:56 MYT] KL ATCC | Affirm Malaysian Three Seven Zero still flying aircraft keep sending position report to the airline okay to the company okay it last at time one eight three three at time one eight three three aircraft passed position one eer... one four nine zero zero zero. | | |
| 1838:18 UTC [0238:18 MYT] HCM ATCC | Yes. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1838:19 UTC [0238:19 MYT] KL ATCC | And the... one zero nine east one five zero zero. | | |
| 1838:25 UTC [0238:25 MYT] HCM ATCC | Five zero zero. | | |
| 1838:26 UTC [0238:26 MYT] KL ATCC | Yeah affirm. | | |
| 1838:27 UTC [0238:27 MYT] HCM ATCC | Say again the first one, one four nine. | | |
| 1838:29 UTC [0238:29 MYT] KL ATCC | One four nine zero zero zero zero. | | |
| 1838:31 UTC [0238:31 MYT] HCM ATCC | Yes and one zero nine east and one five zero zero at time one eight three three. | | |
| 1838:36 UTC [0238:36 MYT] KL ATCC | Affirm. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1838:38 UTC [0238:38 MYT] HCM ATCC | Alright okay thank you information we check position. | | |
| 1838:40 UTC [0238:40 MYT] KL ATCC | Okay right thank you. | | |
| | **Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| | | 1840:30 UTC [0240:30 MYT] MAS 6163 | Malaysian Six One Six Three request descend. |
| | | 1840:36 UTC [0240:36 MYT] Lumpur Radar | Malaysian Six One Six Three descend flight level three five zero. |
| | | 1840:40 UTC [0240:40 MYT] MAS 6163 | When ready descend now to flight level three five zero Malaysian Six One Six Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1843:01 UTC [0243:01 MYT] MAS 6163 | Malaysian naa Six One Six Three leaving three six zero for flight level three five zero. |
| | | 1843:09 UTC [0243:09 MYT] Lumpur Radar | Malaysian Six One Six Three. |
| | | 1844:19 UTC [0244:19 MYT] Lumpur Radar | Malaysian Six One Six Three descend to flight level one six zero. |
| | | 1844:25 UTC [0244:25 MYT] MAS 6163 | K Continue descend now to flight level one six zero Malaysian Six One Six Three. |
| | | 1844:30 UTC [0244:30 MYT] OCA 404 | Air Asian Four Zero Four contact Bangkok one two three decimal niner five. |
| | | 1844:34 UTC [0244:34 MYT] OCA 404 | One two three nine five Four Zero Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1849:17 UTC [0249:17 MYT] GIA 894 | Singapore good morning Indonesia Eight Niner Four flight level three six zero. |
| | | 1849:28 UTC [0249:28 MYT] Lumpur Radar | Station calling say again. |
| | | 1849:30 UTC [0249:30 MYT] GIA 894 | Indonesia Eight Niner Four eer… Flight level three six zero. |
| | | 1849:36 UTC [0249:36 MYT] Lumpur Radar | Indonesia Eight Niner Four position please. |
| | | 1849:39 UTC [0249:39 MYT] GIA 894 | We are just approaching DOGOG sir Indonesia Eight Niner Four squawk seven one one four. |
| | | 1849:49 UTC [0249:49 MYT] Lumpur Radar | Indonesia Eight Niner Four say again your squawk number. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1849:53 UTC [0249:53 MYT] GIA 894 | Squawk seven one one four Indonesia Eight Niner Four. |
| | | 1849:57 UTC [0249:57 MYT] Lumpur Radar | Roger Indonesia Eight Niner Four wrong frequency sir and this is Kuala Lumpur. |
| | | 1850:04 UTC [0250:04 MYT] GIA 894 | Okay Indonesia Eight Niner Four thank you. |
| | | 1852:46 UTC [0252:46 MYT] MAS 6163 | Approaching flight level one six zero. |
| | | 1852:49 UTC [0252:49 MYT] Lumpur Radar | Malaysian Six One Six Three contact Butterworth one two five decimal eight. |
| | | 1852:53 UTC [0252:53 MYT] MAS 6163 | Five eight Malaysian Six One Six Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1853:48 UTC [0253:48 MYT] MAS 386 | Malayisan Three Seven Zero this is Malaysian Three Eight Six. | | |
| 1854:02 UTC [0254:02 MYT] MAS 386 | Malayisan Three Seven Zero this is Malaysian Three Eight Six. | | |
| 1854:14 UTC [0254:14 MYT] Lumpur Radar | Malaysian Three Eight Six eer... this is Lumpur Radar confirm you are trying to call Malaysian Three Seven Zero. | | |
| 1854:21 UTC [0254:21 MYT] MAS 386 | That is affirm sir eer because Ho Chi Minh asked us to contact them they have lost contact eer... with them. | | |
| 1854:28 UTC [0254:28 MYT] Lumpur Radar | Yeah okay affirm already transfer to Ho Chi Minh and Ho Chi Minh negative contact with the aircraft eer please try to raise the aircraft on maybe on emergency frequency. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1854:39 UTC [0254:39 MYT] MAS 386 | Roger we try one two one five eer... now we try on one two three four five, thank you. | | |
| 1854:52 UTC [0254:52 MYT] Lumpur Radar | Malaysian Three Eight Six Lumpur. | | |
| | | 1904:24 UTC [0304:24 MYT] SLK 937 | Lumpur Control very good morning Silk Air Nine Three Seven flight level three nine zero approaching Victor Kilo Bravo squawk one five one three. |
| | | 1904:38 UTC [0304:38 MYT] Lumpur Radar | Silk Air Niner Three Seven Lumpur Radar identified maintain level three nine zero. |
| | | 1904:44 UTC [0304:44 MYT] SLK 937 | Silk air Nine Three Seven roger. |
| | | 1909:36 UTC [0309:36 MYT] CEB 502 | Lumpur Radar good morning Cebu Five Zero Two squawk two one four three climbing level one eight zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1909:45 UTC [0309:45 MYT] Lumpur Radar | Cebu Five Zero Two good morning climb level two niner zero direct Victor Papa Kilo. |
| | | 1909:53 UTC [0309:53 MYT] CEB 502 | Climb level two niner zero and daa...say again the direct waypoint sir. |
| | | 1909:59 UTC [0309:59 MYT] Lumpur Radar | Cebu Five Zero Two direct Victor Papa Kilo. |
| | | 1910:02 UTC [0310:02 MYT] CEB 502 | Track direct Victor Papa Kilo aah Five Zero Two. |
| | | 1912:40 UTC [0312:40 MYT] GEC 530 | Lumpur eer good evening German Cargo Five Three Zero flight level three five zero. |
| | | 1912:56 UTC [0312:56 MYT] GEC 530 | Lumpur good evening German Cargo Five Three Zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1913:04 UTC [0313:04 MYT] Lumpur Radar | Station calling standby. |
| | | 1913:16 UTC [0313:16 MYT] Lumpur Radar | German Cargo Five Zero Two confirm squawk and level. |
| | | 1913:20 UTC [0313:20 MYT] GEC 530 | Squawking six one seven and level, level at three five zero approaching ah Victor Kilo Barvo German Cargo Five Three Zero. |
| | | 1913:28 UTC [0313:28 MYT] Lumpur Radar | German Cargo Three Five Zero identified maintain level three five zero. |
| | | [1913:32 UTC] [0313:32 MYT] GEC 530 | Maintain level three five zero German Cargo Three Five Zero. |
| | | 1917:33 UTC [0317:33 MYT] CES 540 | Lumpur Radar good morning China Eastern Five Four Zero climb level one eight zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1917:51 UTC 0317:51 MYT CES 540 | Lumpur Radar morning China Eastern Five Four Zero. |
| | | 1918:00 UTC [0318:00 MYT] CES 540 | Lumpur Approach Five Four Zero. |
| | | 1918:07 UTC [0318:07 MYT] Lumpur Radar | (xxxx) [illegible] Five four Zero stanby. |
| | | 1918:09 UTC [0318:09 MYT] Source unknow | (xxxx) [illegible] |
| | | 1918:13 UTC [0318:13 MYT] Lumpur Radar | (xxxx) [illegible] Five Four Zero eer climb to two five zero. |
| | | 1918:18 UTC [0318:18 MYT] CES 540 | Confirm level two five zero China Air Five Four Zero. |
| | | 1918:22 UTC [0318:22 MYT] Lumpur Radar | Affirm direct Victor Papa Kilo. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1918:25 UTC [0318:25 MYT] CES 540 | Two five zero thank you. |
| | | 1920:06 UTC [0320:06 MYT] Lumpur Radar | China Eastern Five Four Zero climb flight level two niner zero. |
| | | 1920:10 UTC [0320:10 MYT] CES 540 | Level two niner zero China Five Four Zero. |
| | | 1920:13 UTC [0320:13 MYT] Lumpur Radar | Cebu Five Zero Three contact Singpore one two three decimal seven. |
| | | 1920:18 UTC [0320:18 MYT] CEB 503 | One two three decimal seven good day. |
| | | 1922:17 UTC [0322:17 MYT] CES 540 | Lumpur Radar China Eastern Five Four Zero. |
| | | 1922:20 UTC [0322:20 MYT] Lumpur Radar | China Eastern Five Four Zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1922:23 UTC [0322:23 MYT] CES 540 | China Eastern request direct to Victor Papa Kilo. |
| | | 1922:28 UTC [0322:28 MYT] Lumpur Radar | China Eastern Five Four Zero direct Victor Papa Kilo approved. |
| | | 1922:32 UTC [0322:32 MYT] Lumpur Radar | Approved China Eastern Five Four Zero. |
| | | 1930:55 UTC [0330:55 MYT] Lumpur Radar | China Eastern Five Four Zero contact Singapore one two three decimal seven. |
| | | 1931:00 UTC [0331:00 MYT] CES 540 | Confirm (xxxx) [illegible] China Five Four Zero. |
| | | 1931:03 UTC [0331:03 MYT] Lumpur Radar | China Eastern Five Four Zero affirm one two three seven good day. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1931:06 UTC [0331:06 MYT] CES 540 | One two three seven China Eastern Five Four Zero. |
| | | 1932:40 UTC [0332:40 MYT] Lumpur Radar | Silk Air Nine Three Seven contact Singapore one two three decimal seven. |
| | | 1932:50 UTC [0332:50 MYT] Lumpur Radar | Silk Air Nine Three Seven contact Singapore one two three seven. |
| | | 1932:54 UTC [0332:54 MYT] SLK 937 | Three seven Silk Air Nine Three Seven bye bye. |
| | | 1932:56 UTC [0332:56 MYT] Lumpur Radar | Bye bye. |
| | | 1933:52 UTC [0333:52 MYT] AXA 377 | Lumpur Control good morning Xanadu Three Seven Seven flight level three six zero squawk two six six three six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1933:59 UTC [0333:59 MYT] Lumpur Radar | Xanadu Three Seven Seven identified direct direct Nipah for Nipah Three Alpha Arrival Three Two Right and naa…. for Istan Transition level three six zero. |
| | | 1934:12 UTC [0334:12 MYT] AXA 377 | Clear to Lumpur aah for Istan Transition Nipah Three Two Right and aah maintain flight level three six zero, request descend. |
| | | 1934:20 UTC [0334:20 MYT] Lumpur Radar | Xanadu Three Seven Seven aah Traffic crossing on your eer on your right standby, |
| | | 1934:25 UTC [0334:25 MYT] AXA 377 | Roger copied, |
| | | 1936:24 UTC [0336:24 MYT] GEC 530 | German Cargo Five Three Zero request desend, |
| | | 1936:30 UTC [0336:30 MYT] Lumpur Radar | German Cargo Five Three Zero standby, |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | | **Lumpur Sector 3+5 calling Singapore on Direct Line** |
| | | 1936:40 UTC [0336:40 MYT] Singapore ATC | Lumpur Singapore. |
| | | 1936:41 UTC [0336:41 MYT] KL ATCC | Aah German Cargo Five Three Zero can desend now. |
| | | 1936:44 UTC [0336:44 MYT] Singapore ATC | Can naa descend to flight level two niner zero. |
| | | 1936:46 UTC [0336:46 MYT] KL ATCC | Two nine zero thank you. |
| | | | *END OF DIRECT LINE COMMUNICATION* |
| | | 1936:50 UTC [0336:50 MYT] Lumpur Radar | Cargo Five Three Zero descend to flight level two niner zero. |
| | | 1936:55 UTC [0336:55 MYT] GEC 530 | Descend to flight level two nine zero German Cargo Five Three Zero. |

Page 53 of 125

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1936:59 UTC [0336:59 MYT] Lumpur Radar | Affirm. |
| | | 1937:32 UTC [0337:32 MYT] Lumpur Radar | Xanadu Three Seven Seven desend to flight level one niner zero. |
| | | 1937:37 UTC [0337:37 MYT] AXA 377 | Flight level one niner zero Xanadu Three Seven Seven. |
| | | 1938:03 UTC [0338:03 MYT] Lumpur Radar | German Cargo Five Three Zero contact Singapore now one two three seven. |
| | | 1938:08 UTC [0338:08 MYT] GEC 530 | Three seven German Cargo Five Three Zero good night. |
| | | 1938:12 UTC [0338:12 MYT] Lumpur Radar | Good night. |
| | | 1942:13 UTC [0342:13 MYT] Lumpur Radar | Three Seven Seven descend to flight level one five zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1942:16 UTC [0342:16 MYT] AXA 377 | Confirm desend to flight level one five zero for Xanadu Three Seven Seven. |
| | | 1942:20 UTC [0342:20 MYT] Lumpur Radar | Xanadu Three Seven Seven affirm descend one five zero. |
| | | 1942:24 UTC [0342:24 MYT] AXA 377 | Roger descend to flight level one five zero Xanadu Three Seven Seven. |
| | | 1942:50 UTC [0342:50 MYT] SLK 509 | Lumpur Control Silk Air Five Zero Niner good morning. |
| | | 1942:54 UTC [0342:54 MYT] Lumpur Radar | Silk Air Five Zero Nine morning confirm squawk. |
| | | 1942:58 UTC [0342:58 MYT] SLK 509 | Squawk seven four zero two flight level three nine zero Victor Kilo Bravo. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1943:04 UTC [0343:04 MYT] Lumpur Radar | Five Zero Nine identified maintain three nine zero. |
| | | 1943:07 UTC [0343:07 MYT] SLK 509 | Flight level three nine zero Silk Air Five Zero Nine. |
| | | 1945:18 UTC [0345:18 MYT] AXA 377 | Xanadu Three Seven Seven request lower. |
| | | 1945:24 UTC [0345:24 MYT] Lumpur Radar | Xanadu Three Seven Seven contact Approach one two one two five. |
| | | 1945:28 UTC [0345:28 MYT] AXA 377 | One two one one two five Xanadu Three Seven Seven. |
| | | 1945:52 UTC [0345:52 MYT] TAX 5094 | Good morning Jonathan Five Zero Nine Four passing flight level two six seven for flight level two eight zero squawk two two one zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1946:06 UTC [0346:06 MYT] Lumpur Radar | Five Zero Nine Four Five Zero Nine climb to flight level three four zero. |
| | | 1946:14 UTC [0346:14 MYT] TAX 5094 | Climb to flight level three four zero Jonathan Five Zero Nine Four. |
| | Radar direct line ringing Background talking by Sector 3+5 Radar Controller | | |
| 1948:46 UTC [0348:46 MYT] KL ATCC | One seven one seven (bukan aku punya) [National Language] | | |
| 1948:52 UTC [0348:52 MYT] HCM ATCC | Kuala Lumpur Ho Chi Minh. | | |
| 1948:53 UTC [0348:53 MYT] KL ATCC | Ho Chi Minh regarding the Malaysian Three Seven Zero earlier any any news from the aircraft. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1949:02 UTC [0349:02 MYT] HCM ATCC | Until now nothing. | | |
| 1949:04 UTC [0349:04 MYT] KL ATCC | Nothing aa so far because aircaft suppose to pass IGARI at time two two IGARI two two so far you negative contact at all with the aircraft. | | |
| 1949:15 UTC [0349:15 MYT] HCM ATCC | Standby. | | |
| 1949:16 UTC [0349:16 MYT] KL ATCC | You check with adjacent FIR. | | |
| 1949:20 UTC [0349:20 MYT] HCM ATCC | Sorry. | | |
| 1949:21 UTC [0349:21 MYT] KL ATCC | Aah.... Halo. | | |
| 1949:22 UTC [0349:22 MYT] HCM ATCC | Yeah. | | |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1949:23 UTC [0349:23 MYT] KL ATCC | Yeah regarding the Malaysian Three Seven Zero earlier. | | |
| 1949:26 UTC [0349:26 MYT] HCM ATCC | Yeah. | | |
| 1949:27 UTC [0349:27 MYT] KL ATCC | Yeah is there any news (dia punya dia punya) [National Language] aircraft. | | |
| 1949:32 UTC [0349:32 MYT] HCM ATCC | Sorry news. | | |
| 1949:33 UTC [0349:33 MYT] KL ATCC | News you have anything about the aircraft. | | |
| 1949:34 UTC [0349:34 MYT] HCM ATCC | Yeah we don't have any information until now. | | |
| 1949:37 UTC [0349:37 MYT] KL ATCC | Ya informtion that aircraft supposed to pass IGARI time two two aah. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1949:42 UTC [0349:42 MYT] HCM ATCC | Sorry. | | |
| 1949:43 UTC [0349:43 MYT] KL ATCC | Suppose to pass IGARI one seven two two estimate IGARI one seven two two earlier. | | |
| 1949:49 UTC [0349:49 MYT] HCM ATCC | Yeah. | | |
| 1949:50 UTC [0349:50 MYT] KL ATCC | Can you check with the adjacent FIR is the aircraft is going to Beijing. | | |
| 1949:55 UTC [0349:55 MYT] HCM ATCC | Ah... ah...Oh yes I, I after position naa... we have no information and no contact the aircraft at position naaa... IGARI and then about few minutes later the aircraft disappear our radar. | | |
| 1950:08 UTC [0350:08 MYT] KL ATCC | There there there is the aircraft whether whether contact with you aa... I mean aaa. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1950:16 UTC [0350:16 MYT] HCM ATCC | We just see him on the radar screen one time and after a few minutes later disappear. | | |
| 1950:21 UTC [0350:21 MYT] KL ATCC | After ah… after ah a few minutes later disappear. | | |
| 1950:26 UTC [0350:26 MYT] HCM ATCC | Yeah. | | |
| 1950:27 UTC [0350:27 MYT] KL ATCC | Okay then so far you have no news about the aircraft. | | |
| 1950:31 UTC [0350:31 MYT] HCM ATCC | Yeah until now now we ask many aircraft company or the aircraft on frequency but no response no one ah… know about Malaysian Three Seven Zero until now. | | |
| 1950:42 UTC [0350:42 MYT] KL ATCC | No one know okay actually by the routing aa after IGARI how is tracking to which FIR which FIR he will be going. | | |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1950:51 UTC [0350:51 MYT] HCM ATCC | Yeah Sanya. | | |
| 1950:53 UTC [0350:53 MYT] KL ATCC | Ah... aah... | | |
| 1950:54 UTC [0350:54 MYT] HCM ATCC | Yeah, Chinese Sanya Chinese. | | |
| 1950:56 UTC [0350:56 MYT] KL ATCC | Sanya Chinese can you check with them whether they are is there, | | |
| 1950:59 UTC [0350:59 MYT] HCM ATCC | I asked already, I already untill now no response from him. | | |
| 1951:02 UTC [0351:02 MYT] KL ATCC | Okay no response okay in that case if anything you got any news on this thing because operations is asking if you got any news you give me or you just inform Lumpur. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1951:12 UTC [035112 MYT] HCM ATCC | Yeah sure. | | |
| 1951:13 UTC [0351:13 MYT] KL ATCC | And so so so the the the you have taken immediate action about the aircraft, you taken any action about the aircraft, | | |
| 1951:22 UTC [035122 MYT] HCM ATCC | Taking, | | |
| 1951:23 UTC [0351:23 MYT] KL ATCC | Action action what what action are you taking with regarding the aircraft,, | | |
| 1951:27 UTC [035127 MYT] HCM ATCC | Aah... currently we are try to coordination with Sanya about the information because the time transfer, flight level, | | |
| 1951:36 UTC [0351:36 MYT] KL ATCC | Aaah ... | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1951:37 UTC [0351:37 MYT] HCM ATCC | And we have information to the Sunny nothing. | | |
| 1951:41 UTC [0351:41 MYT] KL ATCC | Okay okay if there is anything you advise Lumpur please aah… | | |
| 1951:44 UTC [0351:44 MYT] HCM ATCC | Yeah. | | |
| 1951:45 UTC [0351:45 MYT] KL ATCC | Okay okay we will keep in touch thank you. | | |
| | **End Of Direct Line Telephone Conversation Between KL ATCC (Sector 3+5) with HCM ATCC** | | |
| | **Direct Line Telephone Conversation Between KL ATCC (Sector 3+5) And MAS Operations** | | |
| 1956:13 UTC [0356:13 MYT] KL ATCC | Dailing Direct Telephone Line. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1956:19 UTC [0356:19 MYT] KL ATCC | (Satu dua Enam Empat) [National Language] | | |
| 1956:22 UTC [0356:22 MYT] | Direct Telephone ringing | | |
| 1956:27 UTC [0356:27 MYT] MAS Operations | Hello selamat pagi[National Language] | | |
| 1956:29 UTC [0356:29 MYT] KL ATCC | Pagi [National Language] Operation Centre here. | | |
| 1956:31 UTC [0356:31 MYT] MAS Operations | Centre yeah Centre. | | |
| 1956:32 UTC [0356:32 MYT] KL ATCC | Is there anything on any news on Mal Malaysian Three Seven Zero. | | |
| 1956:35 UTC [0356:35 MYT] MAS Operations | Not yet laa sir. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1956:36 UTC [0356:36 MYT] KL ATCC | Not yet. | | |
| 1956:37 UTC [0356:37 MYT] MAS Operations | Aah... takdak lagi [National Language] | | |
| 1956:38 UTC [0356:38 MYT] KL ATCC | Masa I check with Ho Chi Minh we we can check with Ho Chi Minh laa... Ho Chi Minh kata takdak dia pun tak contact tapi at one time dia kata nampak blip tau. [National Language] | | |
| 1956:45 UTC [0356:45 MYT] MAS Operations | Nampak bling. [National Language] | | |
| 1956:46 UTC [0356:46 MYT] KL ATCC | Aah... dia nampak blip aaa... IGARI side la kan. [National Language] | | |
| 1956:50 UTC [0356:50 MYT] MAS Operations | IGARI side lah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1956:51 UTC<br>[0356:51 MYT]<br>KL ATCC | Aah dia kata last last itu nampak blip tetapi [National Language] | | |
| 1956:53 UTC<br>[0356:53 MYT]<br>MAS Operations | Pukul berapa itu. [National Language] | | |
| 1956:55 UTC<br>[0356:55 MYT]<br>KL ATCC | Aaa...eeh...estimate [GARI tadi lebih kurang pukul pukul satu dua puluh lima laa lebih kurang tu lah. [National Language] | | |
| 1957:01 UTC<br>[0357:01 MYT]<br>MAS Operations | Okay. | | |
| 1956:02 UTC<br>[0356:02 MYT]<br>KL ATCC | Eh lepas tu dia kata nampak blip lepas tu takdak. [National Language] | | |
| 1957:06 UTC<br>[0357:06 MYT]<br>MAS Operations | Dalam monitor dia orang masih ada lagi tak. [National Language] | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1956:08 UTC [0356:08 MYT] KL ATCC | Takdak tadak dia nampak sekejap dalam monitor dia orang cakap nampak sekejap macam tu lah lebih pada tu takdak contact, no contact. [National Language] | | |
| 1957:16 UTC [0357:16 MYT] MAS Operations | Alamak. [National Language] | | |
| 1957:16 UTC [0357:16 MYT] KL ATCC | Aah... itulah so saya suruh dia check dia check adjacent FIR aah so far takdak lagi no news dia kata. [National Language] | | |
| 1957:24 UTC [0357:24 MYT] MAS Operations | No news so kita orang pun try juga [National Language] I... aircraft. | | |
| 1957:28 UTC [0357:28 MYT] KL ATCC | Aah. | | |
| 1957:28 UTC [0357:28 MYT] MAS Operations | Belum ada response lagi. [National Language] | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1957:30 UTC [0357:30 MYT] KL ATCC | Okaylah anything you you just inform us lah aah. | | |
| 1957:32 UTC [0357:32 MYT] MAS Operations | Aah okay okay. | | |
| 1957:33 UTC [0357:33 MYT] KL ATCC | Kita dapat apa apa we inform you lah. [National Language] | | |
| 1957:35 UTC [0357:35 MYT] MAS Operations | Okay okay. | | |
| 1957:36 UTC [0357:36 MYT] KL ATCC | Eer okay okay right. | | |
| 1957:37 UTC [0357:37 MYT] MAS Operations | Siapa cakap ni [National Language] | | |
| 1957:37 UTC [0357:37 MYT] KL ATCC | Aaa... saya xxxxx sini [National Language] | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1957:39 UTC<br>[0357:39 MYT]<br>MAS Operations | Okay okay. | | |
| 1957:39 UTC<br>[0357:39 MYT]<br>KL ATCC | Okay right. | | |
| | **End of Direct Line Telephone Conversation<br>Between KL ATCC and MAS Operations Centre** | | |
| | | 2003:11 UTC<br>[0403:11 MYT]<br>Lumpur Radar | Silk Air Five Zero Niner contact Singapore one two three decimal seven. |
| | | 2003:17 UTC<br>[0403:17 MYT]<br>SLK 509 | You are coming in broken can you say again Silk Air Five Zero Nine. |
| | | 2003:20 UTC<br>[0403:20 MYT]<br>Lumpur Radar | Singapore one two three decimal seven. |
| | | 2003:23 UTC<br>[0403:23 MYT]<br>SLK 509 | One two three decimal seven good day Silk Air Five Zero Nine. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2005:19 UTC [0405:19 MYT] Lumpur Radar | Silk Air Five Zero Nine contact Singapore one two three seven good day. |
| | | 2005:26 UTC [0405:26 MYT] Jonathan 5094 | Confirm Jonathan Five Zero Nine Four. |
| | | 2005:30 UTC [0405:30 MYT] Lumpur Radar | Silk Air, Silk Air Five Zero Niner Singapore one two three seven. |
| | | 2006:46 UTC [0406:46 MYT] SIA 67 | Lumpur Control Singapore Six Seven good morning passing Victor Kilo Bravo zero niner flight level three seven zero squawk one two one four. |
| | | 2006:56 UTC [0406:56 MYT] Lumpur Radar | Singapore Six Seven Lumpur Radar can confirm squawk one two one four. |
| | | 2007:01 UTC [0407:01 MYT] SIA 67 | Affirm Singapore Six Seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2007:04 UTC [0407:04 MYT] Lumpur Radar | Singapore Six Seven identified. |
| | | 2007:07 UTC [0407:07 MYT] SIA 67 | Singapore Six Seven. |
| | | 2009:22 UTC [0409:22 MYT] KAL 385 | Lumpur Radar Korea Air Three Eight Five good morning maintain level three five zero. |
| | | 2009:31 UTC [0409:31 MYT] Lumpur Radar | Korean Air Three Eight Five identified direct to Nipah for Nipah Three Alpha Arrival Runway Three Two Right, descend when ready to flight level one five zero. |
| | | 2009:45 UTC [0409:45 MYT] KAL 385 | Korean Air Three Eight Five confirm direct Nipah, Nipah Three Alpha and when ready one five zero, Three Two Right confirm. |
| | | 2009:55 UTC [0409:55 MYT] Lumpur Radar | Korean Air Three Eight Five that is affirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2009:57 UTC [0409:57 MYT] KAL 385 | Thank you. |
| | | 2011:20 UTC [0411:20 MYT] KAL 385 | Lumpur Radar Korean Air Three Eight five leaving three five zero for one five zero. |
| | | 2011:25 UTC [0411:25 MYT] Lumpur Radar | Roger Three Eight Five. |
| | | 2012:15 UTC [0412:15 MYT] TAX 5094 | Jonathan Five Zero Nine Four maintain flight level three four zero, approaching Victor Kilo Bravo. |
| | | 2012:30 UTC [0412:30 MYT] TAX 5094 | Jonathan Five Zero Nine Four Victor Kilo Bravo. |
| | | 2012:37 UTC [0412:37 MYT] Lumpur Radar | Five Zero Nine Four call Bangkok one two three niner five. |
| | | 2012:42 UTC [0412:42 MYT] TAX 5094 | One two three niner five Jonathan Five Zero Nine Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2015:17 UTC [0415:17 MYT] SIA 447 | Lumpur Control selamat pagi Singapore Four Four Seven flight level three nine zero squawk four seven four seven five one estimate Victor Kilo Bravo one six. |
| | | 2015:30 UTC [0415:30 MYT] Lumpur Radar | Singapore Four Four Seven identified maintain flight level three nine zero. |
| | | 2015:33 UTC [0415:33 MYT] SIA 447 | Flight level three nine zero Singapore Four Four Seven. |
| | | 2015:40 UTC [0415:40 MYT] Lumpur Radar | Korean Air Three Eight Five contact Approach one two one two five. |
| | | 2015:45 UTC [0415:45 MYT] KAL 385 | One two one two five Korean Air Three Eight Five good day. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2015:48 UTC [0415:48 MYT] Lumpur Radar | Good day. |
| | | | *Noise caused by static from 2016:22 until 2020:48* |
| | | 2020:40 UTC [0420:40 MYT] Lumpur Radar | Singapore Six Seven Lumpur Control radio check how do you read. |
| | | 2023:42 UTC [0423:42 MYT] MAS 381 | Lumpur Control Malaysian naa...Three Eight One aah good morning flight level three five zero squawk three one two seven. |
| | | 2023:51 UTC [0423:51 MYT] Lumpur Radar | Good morning Three Eight One direct to Pibos for Nipah Three Alpha Arrival Pibos Transition Three Two Left descend level one five zero. |
| | | 2023:58 UTC [0423:58 MYT] MAS 381 | Direct Pibos eer... Nipah Three Alpha Arrival Three Two Right confirm and ready desend to flight level one five zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2024:08 UTC [0424:08 MYT] Lumpur Radar | Affirm Runway Three Two Right. |
| | | 2024:10 UTC [0424:10 MYT] MAS 381 | Runway Three Two Right Malaysian Three Eight One. |
| | **Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| 2025:22 UTC [0425:22 MYT] KL ATCC | Lumpur. | | |
| 2025:23 UTC [0425:23 MYT] HCM ATCC | Yeah this is Tango Alfa Supervisor in Ho Chi Minh let me talk to your supervisor please. | | |
| 2025:28 UTC [0425:28 MYT] KL ATCC | , Okay anything anything. | | |
| 2025:31 UTC [0425:31 MYT] HCM ATCC | I want to talk about Malaysian Three Seven Zero you have any information from company Malaysian Airlines. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2025:37 UTC [0425:37 MYT] KL ATCC | Negative, negative they are still checking also that's why I am also checking with you. | | |
| 2025:43 UTC [0425:43 MYT] HCM ATCC | Negative infromation about our Malaysian Three Seven Zero from Malaysian Airlines. | | |
| 2025:48 UTC [0425:48 MYT] KL ATCC | Affirm negative, negative information from the Operation negative negative information. | | |
| 2025:54 UTC [0425:54 MYT] HCM ATCC | Ah okay I want to confirm the last position we have aa… contact with the aircraft. | | |
| 2026:01 UTC [0426:01 MYT] KL ATCC | The last position we contact the last position we contact that was about IGARI. | | |
| | | 2026:04 UTC [0426:04 MYT] MAS 381 | *Lumpur controller communicating with aircraft* (xxx) [illegible] direct NIPAH (xxx) [illegible] one five. |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2026:06 UTC [0426:06 MYT] HCM ATCC | IGARI. | | |
| | | 2026:09 UTC [0426:09 MYT] KL ATCC | Roger Three Eight One track direct to Nipah. |
| 2026:10 UTC [0426:10 MYT] HCM ATCC | Helo. | | |
| 2026:11 UTC [0426:11 MYT] KL ATCC | Helo yeah. | | |
| | | 2026:12 UTC [0426:12 MYT] KL ATCC | Malaysian Three Eight One. |
| 2026:13 UTC [0426:13 MYT] HCM ATCC | The the the Malaysian Three Seven Zero aah still in contact with you at IGARI. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2026:19 UTC [0426:19 MYT] KL ATCC | Aah... Time ah... Still flying aah fly over over airspace ... hold on aah hold on aah I still still aah the log book aah negative contact aah emm IGARI one seven two two aaa Ho Chi Minh has lost radar contact to aah one eight one zero hold on aah hold on the last the last position contact was aircraft was flying. *[Note: controller is reading the log book]* Aah I am not sure what what the last the last contact what was the time but the aircraft was I mean estimate IGARI estimate IGARI one seven two two if is there a possibility the aircraft calling you. | | |
| 2027:07 UTC [0427:07 MYT] HCM ATCC | | Neg negative negative. | |
| 2027:17 UTC [0427:10 MYT] KL ATCC | | So what aah... you you observe on radar you observe on radar, what time was it last observed on radar. | |
| 2027:17 UTC [0427:17 MYT] HCM ATCC | | Aah... After IGARI aah... The position BITOD at BITOD after disappear. | |
| 2027:25 UTC [0427:25 MYT] KL ATCC | | Ooh ... you you you for how how long you you | |

10/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2027:27 UTC [0427:27 MYT] MAS 381 | Three Eight One leaving for one five confirm. |
| 2027:29 UTC [0427:29 MYT] KL ATCC | Hold hold on aah… | | |
| | | 2027:31 UTC [0427:31 MYT] KL ATCC | Three Eight One roger. |
| 2027:32 UTC [0427:32 MYT] KL ATCC | So you observe aah at position BITOD, so for how long you observe the aircraft at what level. | | |
| 2027:42 UTC [0427:42 MYT] HCM ATCC | Standby. | | |
| 2027:42 UTC [0427:42 MYT] KL ATCC | You have any idea on it. | | |
| 2027:50 UTC [0427:50 MYT] HCM ATCC | Helo. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2027:50 UTC [0427:50 MYT] KL ATCC | Yes. | | |
| 2027:52 UTC [0427:52 MYT] HCM ATCC | Aah... You said you asked about the flight level | | |
| 2027:55 UTC [0427:55 MYT] KL ATCC | Ah yes, when you you observe on the radar what what level of the aircraft. | | |
| 2028:00 UTC [0428:00 MYT] HCM ATCC | Three Five Zero. | | |
| 2028:01 UTC [0428:01 MYT] KL ATCC | Three five zero so after that once you observe the thing and then no contact at all after that. | | |
| 2028:08 UTC [0428:08 MYT] HCM ATCC | Yeah, no at IGARI we don't have the contact I just seen on the radar three five zero. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2028:14 UTC [0428:14 MYT] KL ATCC | Ooh Three five zero. | | |
| 2028:15 UTC [0428:15 MYT] HCM ATCC | And after BITOD so we... disappear the aircraft. | | |
| 2028:19 UTC [0428:19 MYT] KL ATCC | The aircraft disappear from the screen so you you you try to contact through relay by another aircraft. | | |
| 2028:26 UTC [0428:26 MYT] HCM ATCC | Yeah.... yeah sure all frequencies we have and and all aircraft but no reponse. | | |
| 2028:31 UTC [0428:31 MYT] KL ATCC | No response even on emergency frequency no response also. | | |
| 2028:34 UTC [0428:34 MYT] HCM ATCC | Yea that's all. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2028:36 UTC [0428:36 MYT] KL ATCC | Yeah because Lumpur have no response so no contact even operation MAS operation aah... has no contact. | | |
| 2028:42 UTC [0428:42 MYT] HCM ATCC | Yeah until now. | | |
| 2028:44 UTC [0428:44 MYT] KL ATCC | Until now yes until now so. | | |
| 2028:46 UTC [0428:46 MYT] HCM ATCC | Operation from Malaysia Malaysian Airlines. | | |
| 2028:48 UTC [0428:48 MYT] KL ATCC | Yes operation from Malaysian Airlines there is no contact with the aircraft so they try they try anything I call you and so if you have anything also you inform me okay. | | |
| 2028:58 UTC [0428:58 MYT] HCM ATCC | Yea...that is right. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2029:00 UTC [0429:00 MYT] KL ATCC | Okay okay take immediate action take action then okay thank you. | | |
| | **End of Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| | | 2030:40 UTC [0430:40 MYT] SIA 67 | Singapore Six Seven request descend. |
| | | 2030:44 UTC [0430:44 MYT] Lumpur Radar | Aah... Singapore Six Seven contact now one two three decimal seven. |
| | | 2030:48 UTC [0430:48 MYT] SIA 67 | Confirm is one two three decimal seven. |
| | | 2030:52 UTC [0430:52 MYT] Lumpur Radar | That is affirm one two three decimal seven. |
| | | 2030:55 UTC [0430:55 MYT] SIA 67 | Jumpa lagi Singapore Six Seven. |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2030:57 UTC [0430:57 MYT] Lumpur Radar | See you. |
| | | 2035:12 UTC [0435:12 MYT] MAS 386 | Malaysian Three Eight One approaching one five zero. |
| | | 2035:17 UTC [0435:17 MYT] Lumpur Radar | Three Eight One contact Approach on one two one decimal two five. |
| | | 2035:20 UTC [0435:20 MYT] MAS 386 | One two one five Malaysian aaa... Three Eight Six good morning. |
| | | 2035:24 UTC [0435:24 MYT] Lumpur Radar | Morning. |
| | | 2035:28 UTC [0435:28 MYT] AXM 1019 | Lumpur Control good evening Express One Zero One Niner eer... Descend to flight level three six zero squawk three one three zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2035:37 UTC [0435:37 MYT] Lumpur Radar | One Zero One Nine Control idenified track direct to Pibos for Nipah Three Alpha Arrival Pibos Alpha Transition Runway Three Two Right descend to flight level one five zero. |
| | | 2035:48 UTC [0435:48 MYT] AXM 1019 | Aaa when ready descend to flight level one five zero Pibos aa... Runway Three Two Right for Nipah Three Alpha Arrival, Express One Zero One Niner when available request track direct Pibos. |
| | | 2036:00 UTC [0436:00 MYT] Lumpur Radar | Roger will advise. |
| | | 2036:23 UTC [0436:23 MYT] Lumpur Radar | Singapore Four Four Seven contact Singapore now one two three decimal seven. |
| | | 2036:28 UTC [0436:28 MYT] SIA 447 | Three seven Singapore Four Four Seven selamat pagi. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2036:32 UTC [0436:32 MYT] Lumpur Radar | Pagi. |
| | | 2039:45 UTC [0439:45 MYT] GSB 304 | Lumpur Radar good morning Gading Three Zero Four on the climb to level one eight zero passing one one seven squawking two one three five direct Victor Papa Kilo. |
| | | 2039:54 UTC [0439:54 MYT] Lumpur Radar | Morning Gading Three Zero Four direct Victor Papa Kilo climb two niner zero. |
| | | 2040:00 UTC [0440:00 MYT] GSB 304 | Direct Victor Papa Kilo climb two niner zero Gading Three Zero Four. |
| | | 2041:22 UTC [0441:22 MYT] AXM 1019 | Aah Express One Zero One Niner standing by direct Nipah. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2041:29 UTC [0441:29 MYT] Lumpur Radar | Zero One Niner track direct to Pibos initially, I got traffic tracking direct to Victor Papa Kilo advise when clear. |
| | | 2041:37 UTC [0441:37 MYT] AXM 1019 | Roger standing by. |
| | | 2042:09 UTC [0442:09 MYT] Lumpur Radar | One Zero One Nine fly heading two four zero initially. |
| | | 2042:14 UTC [0442:14 MYT] AXM 1019 | Heading two four zero Express One Zero One Nine. |
| | | 2046:13 UTC [0446:13 MYT] Lumpur Radar | One Zero One Nine track direct to Nipah. |
| | | 2046:16 UTC [0446:16 MYT] AXM 1019 | Track direct Nipah One Zero One Nine. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2049:28 UTC [0449:28 MYT] Lumpur Radar | Express Zero One Nine contact Approach one two one two five. |
| | | 2049:32 UTC [0449:32 MYT] AXM 1019 | One two one two five good day Express One Zero One Nine. |
| | | 2049:35 UTC [0449:35 MYT] Lumpur Radar | Day. |
| | | 2054:37 UTC [0454:37 MYT] GSB 304 | Gading Three Zero Four request climb to flight level three three zero. |
| | | 2054:43 UTC [0454:43 MYT] Lumpur Radar | Three Zero Four contact Singapore now on one two three decimal seven. |
| | | 2054:47 UTC [0454:47 MYT] GSB 304 | Singapore one two three decimal seven Gading Sari Three Zero Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2054:50 UTC [0454:50 MYT] Lumpur Radar | Good day. |
| | | 2104:32 UTC [0504:32 MYT] GSB 306 | Lumpur Control selamat pagi Gading Sari Three Zero Six passing one zero zero thousand. |
| | | 2104:37 UTC [0504:37 MYT] Lumpur Radar | Morning Gading Sari Three Zero Six climb level two seven zero direct Victor Papa Kilo. |
| | | 2104:41 UTC [0504:41 MYT] GSB 306 | Seven zero direct Papa Kilo Gading Sari Three Zero Six terima kasih. |
| | | 2105:27 UTC [0505:27 MYT] Lumpur Radar | Gading Three Zero Six climb flight level two niner zero. |
| | | 2105:32 UTC [0505:32 MYT] GSB 306 | Continue climb two nine zero Gading Sari Three Zero Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2108:19 UTC [0508:19 MYT] SIA 345 | Lumpur Singapore Three Four Five ah selamat pagi maintaining flight level three niner zero. |
| | | 2108:26 UTC [0508:26 MYT] Lumpur Radar | Singapore Three Four Five maintain flight level three niner zero. |
| | | 2108:29 UTC [0508:29 MYT] THAI 462 | Thai Four Six Two flight level three eight zero. |
| | | 2108:36 UTC [0508:36 MYT] Lumpur Radar | Thai Four Six Two flight level three eight zero report TIDAR. |
| | | 2108:39 UTC [0508:39 MYT] THAI 462 | Maintain three eight zero report TIDAR Thai Four Six Two. |
| | | 2113:36 UTC [0513:36 MYT] Lumpur Radar | The Thai Four Six Two contact Bangkok now one two three niner five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2113:43 UTC [0513:43 MYT] THAI 462 | Bangkok one two three nine five good day Thai Four Six Two. |
| | | 2113:47 UTC [0513:47 MYT] Lumpur Radar | Good day. |
| | | 2113:51 UTC [0513:51 MYT] Lumpur Radar | Gading Sari Three Zero Five contact Singapore now one two three decimal seven. |
| | | 2113:56 UTC [0513:56 MYT] GSB 305 | Singapore one two three seven (xxxx) [illegible] sir. |
| | | 2113:58 UTC [0513:58 MYT] Lumpur Radar | Aah. |

**Direct Line Telephone Conversation
Between KL ATCC and HCM ATCC**

2118:32 UTC
[0518:32 MYT]
KL ATCC        Lumpur.

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2118:34 UTC [0518:34 MYT] HCM ATCC | Yeah, Lumpur any news information for Malaysian Three Seven Zero from Malaysian Airlines. | | |
| 2118:40 UTC [0518:40 MYT] KL ATCC | No nothing nothing no news no news. | | |
| 2118:42 UTC [0518:42 MYT] HCM ATCC | Aah nothing right. | | |
| 2118:44 UTC [0518:44 MYT] KL ATCC | So how about your side is there any news from Hong Kong or Beijing any news. | | |
| 2118:48 UTC [0518:48 MYT] HCM ATCC | I am waiting for them but aaa No reply right now. | | |
| 2118:52 UTC [0518:52 MYT] KL ATCC | No reply naa… | | |
| 2118:53 UTC [0518:53 MYT] HCM ATCC | Yeah no reply yeah. | | |

1/1/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2118:54 UTC [0518:54 MYT] KL ATCC | I see I see so… | | |
| 2118:55 UTC [0518:55 MYT] HCM ATCC | I am waiting for them and waiting for you too. | | |
| 2118:57 UTC [0518:57 MYT] KL ATCC | No I am waiting from your side also aa  ah. | | |
| 2118:59 UTC [0518:59 MYT] HCM ATCC | Ah ha yeah. | | |
| 2119:00 UTC [0519:00 MYT] KL ATCC | Okay who ever got the news all this thing please be informed aah. | | |
| 2119:03 UTC [0519:03 MYT] HCM ATCC | Yeah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2119:04 UTC [0519:04 MYT] KL ATCC | Okay okay sorry okay right. | | |
| | **End of Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| | **RINGING AT 2120:08 UTC [0520:08 MYT] ANSWERED BY MAS OPS: 2120:16 UTC [0521:16 MYT]** | | |
| | **Direct Line Telephone Conversation Between KL ATCC and MAS Operation** | | |
| 2120:16 UTC [0520:16 MYT] MAS Operations | Morning. | | |
| 2120:17 UTC [0520:17 MYT] KL ATCC | Morning Mas ops aaa centre here any news on Eight Seven Zero. | | |
| 2120:20 UTC [0520:20 MYT] MAS Operations | Negative sir … still … we are …haa. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2120:23 UTC [0520:23 MYT] KL ATCC | I see. | | |
| 2120:23 UTC [0520:23 MYT] MAS Operations | This is aaa... actually I don't know how to explain but we are under aa... mode very stressful mode down here. | | |
| 2120:35 UTC [0520:35 MYT] KL ATCC | Yeah yeah yeah laa because even Ho Chi Minh. | | |
| 2120:38 UTC [0520:38 MYT] MAS Operations | Okay boss. | | |
| 2120:39 UTC [0520:39 MYT] KL ATCC | Aah. | | |
| 2120:39 UTC [0520:39 MYT] MAS Operations | Just hang on my xxxx *[name redacted]* want to talk to you. | | |
| 2120:42 UTC [0520:42 MYT] KL ATCC | Okay okay. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2120:44 UTC [0520:44 MYT] MAS Operations | Good morning xxx xxx *[name redacted]* here who's on the line please. | | |
| 2120:46 UTC [0520:46 MYT] KL ATCC | Good morning I am xxxx *[name redacted]* here from Air Traffic Control Centre. | | |
| 2120:47 UTC [0520:47 MYT] MAS Operations | xxxx *[name redacted]* is aah xxxx *[name redacted]* on duty aa takda. | | |
| 2120:51 UTC [0520:51 MYT] KL ATCC | Yeah. | | |
| 2120:52 UTC [0520:52 MYT] MAS Operations | xxxx xxxx *[name redacted]* | | |
| 2120:54 UTC [0520:54 MYT] KL ATCC | xxxxx *[name redacted]* takda hari ini. | | |
| 2120:55 UTC [0520:55 MYT] MAS Operations | Takda aaa I SMS him I think he's still sleeping anyway. | | |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2120:57 UTC [0520:57 MYT] KL ATCC | haa. | | |
| 2120:58 UTC [0520:58 MYT] MAS Operations | aem... Can you please tell me. | | |
| 2121:01 UTC [0521:01 MYT] KL ATCC | Aaa... | | |
| 2121:02 UTC [0521:02 MYT] MAS Operations | The aaa... (coughing) is the aircraft aaah... had a positive aaah... reply to handover to Ho Chi Minh. | | |
| 2121:12 UTC [0521:12 MYT] KL ATCC | Aah... I see because I... I ... took over roughly three three something I, I am not sure about it I can't say I....I can't I, I don't want to commit lah. | | |
| 2121:22 UTC [0521:22 MYT] MAS Operations | Okay. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2121:22 UTC [0521:22 MYT] KL ATCC | aah. | | |
| 2121:23 UTC [0521:23 MYT] MAS Operations | fine, fair enough. | | |
| 2121:23 UTC [0521:23 MYT] KL ATCC | ah but. | | |
| 2121:24 UTC [0521:24 MYT] MAS Operations | can you find out | | |
| 2121:25 UTC [0521:25 MYT] KL ATCC | ah | | |
| 2121:25 UTC [0521:25 MYT] MAS Operations | with the previous controller | | |
| 2121:26 UTC [0521:26 MYT] KL ATCC | ah | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2121:26 UTC [0521:26 MYT] MAS Operations | or your system record, | | |
| 2121:28 UTC [0521:28 MYT] KL ATCC | aah ha | | |
| 2121:29 UTC [0521:29 MYT] MAS Operation | I suggest aaa... whatever we have here. | | |
| 2121:32 UTC [0521:32 MYT] KL ATCC | hm. | | |
| 2121:33 UTC [0521:33 MYT] MAS Operations | Suggest that the aircraft had never leave Lumpur airspace, okay. | | |
| 2121:41 UTC [0521:41 MYT] KL ATCC | Had never leave Lumpur airspce. | | |
| 2121:42 UTC [0521:42 MYT] MAS Operations | Yea he have not left Lumpur airspace because he has failed to call Ho Chi Minh. | | |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2121:48 UTC [0521:48 MYT] KL ATCC | Aah, | | |
| 2121:49 UTC [0521:49 MYT] MAS Operations | That's what that's what Ho Chi Minh said lah, | | |
| 2121:51 UTC [0521:51 MYT] KL ATCC | hm hm hm, | | |
| 2121:51 UTC [0521:51 MYT] MAS Operations | Is it confirm or not you don't know lah, | | |
| 2121:53 UTC [0521:53 MYT] KL ATCC | No I don't know but I, I check I check with Ho Chi Minh. | | |
| 2121:57 UTC [0521:57 MYT] MAS Operations | aaa. | | |
| 2121:58 UTC [0521:58 MYT] KL ATCC | Aah I check with Ho Chi Minh he said he he observed on radar. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2122:04 UTC [0522:04 MYT] MAS Operations | aah... | | |
| 2122:05 UTC [0522:05 MYT] KL ATCC | Somewhere BITOD the aaa... IGARI, BITOD, BITOD side that's mean under under Ho Chi minh airspace. | | |
| 2122:10 UTC [0522:10 MYT] MAS Operations | They observed it on radar until BITOD. | | |
| 2122:13 UTC [0522:13 MYT] KL ATCC | Aaa... somewhere BITOD they said few seconds only there just a blip there then I, I asked him what level was the aircraft. | | |
| 2122:19 UTC [0522:19 MYT] MAS Operations | Aaa, | | |
| 2122:20 UTC [0522:20 MYT] KL ATCC | Then he said level three five zero that that mean true lah, based on aaa because aircraft was flying on three five zero. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2122:26 UTC<br>[0522:26 MYT]<br>MAS Operations | Okay. | | |
| 2122:27 UTC<br>[0522:27 MYT]<br>KL ATCC | Aah. | | |
| 2122:27 UTC<br>[0522:27 MYT]<br>MAS Operations | All the FIR further down the line, | | |
| 2122:29 UTC<br>[0522:29 MYT]<br>KL ATCC | Aah | | |
| 2122:30 UTC<br>[0522:30 MYT]<br>MAS Operations | Has aah fail to pick up aaa... pick it up on radar and communication. | | |
| 2122:36 UTC<br>[0522:36 MYT]<br>KL ATCC | Ehem. | | |
| 2122:37 UTC<br>[0522:37 MYT]<br>MAS Operations | So one when was the last communication Ho Chi Minh. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2122:42 UTC [0522:42 MYT] KL ATCC | Ya leh last communicatin I also I can't say because based on radar now.... nowaday kan....nowaday last communication whenever you talk with the aircraft we didn't we didn't put in the time the timing normally no timing no timing we ar ar ar no. | | |
| 2122:58 UTC [0522:58 MYT] MAS Operations | I suggest | | |
| 2122:59 UTC [0522:59 MYT] KL ATCC | Aah | | |
| 2122:59 UTC [0522:59 MYT] MAS Operations | I suggest, | | |
| 2123:01 UTC [0523:01 MYT] KL ATCC | Yes yes. | | |
| 2123:02 UTC [0523:02 MYT] MAS Operations | You get, | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2123:02 UTC [0523:02 MYT] KL ATCC | I, I. | | |
| 2123:03 UTC [0523:03 MYT] MAS Operations | Try to trace back the record. | | |
| 2123:04 UTC [0523:04 MYT] KL ATCC | Aaa I see, I see yeah. | | |
| 2123:05 UTC [0523:05 MYT] MAS Operations | Voice record. | | |
| 2123:06 UTC [0523:06 MYT] KL ATCC | Aah. | | |
| 2123:06 UTC [0523:06 MYT] MAS Operations | Aaa what time was that positive hand over. | | |
| 2123:09 UTC [0523:09 MYT] KL ATCC | Ya. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2123:10 UTC [0523:10 MYT] MAS Operations | To Ho Chi Minh because we need to know where is the aircraft you know. | | |
| 2123:13 UTC [0523:13 MYT] KL ATCC | Okay okay okay I got it. | | |
| 2123:14 UTC [0523:14 MYT] MAS Operations | This this I appreciate you tell me that that the radar blip at BITOD. | | |
| 2123:18 UTC [0523:18 MYT] KL ATCC | Aaaa... never mind laa I wake up my supervisor and ask him to check again to go to the room and check what what the last contact all this thing lah. | | |
| 2123:27 UTC [0523:27 MYT] MAS Operations | Yes. | | |
| 2123:27 UTC [0523:27 MYT] KL ATCC | I will ask them to check la. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2123:29 UTC [0523:29 MYT] MAS Operations | Okay. | | |
| 2123:29 UTC [0523:29 MYT] KL ATCC | Okay okay who is on the line? | | |
| 2123:30 UTC [0523:30 MYT] MAS Operations | Eer xxx [name redacted] here I'll give you my mobile number | | |
| 2123:33 UTC [0523:33 MYT] KL ATCC | Aah.. hold on hold on | | |
| 2123:34 UTC [0523:34 MYT] MAS Operations | Zero one two. | | |
| 2123:34 UTC [0523:34 MYT] KL ATCC | Hold on hold on yeah aaa eee hmm…. aaa…xxxx xxxx [name redacted] aaa okay zero one two. | | |
| 2123:46 UTC [0523:46 MYT] MAS Operations | xxx xxx xxx [number redacted] | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

APPENDIX 1.18F

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2123:47 UTC [0523:47 MYT] KL ATCC | xxx xxx xxxx [number redacted] | | |
| 2123:48 UTC [0523:48 MYT] MAS Operations | xxx xxx xxx xxxx [number redacted] | | |
| 2123:50 UTC [0523:50 MYT] KL ATCC | xxx xxx xxx xxxx [number redacted] aah | | |
| 2123:53 UTC [0523:53 MYT] MAS Operations | Okay xxxxx [name redacted] how do I get you? | | |
| 2123:54 UTC [0524:54 MYT] KL ATCC | Aah.. okay you keep give my centre centre number. | | |
| 2123:57 UTC [0523:57 MYT] MAS Operations | Okay what is the number please. | | |
| 2123:59 UTC [0523:59 MYT] KL ATCC | Aah...hold on naa | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2124:14 UTC [0524:14 MYT] Source unknown | "Eeh eeh up up" "via Papa Kilo" *(background voice)* | | |
| 2124:18 UTC [0524:18 MYT] KL ATCC | xxxxxxx okay xxxx xxxx xxxx *[number redacted]* | | |
| 2124:24 UTC [0524:24 MYT] MAS Operations | ahm | | |
| 2124:25 UTC [0524:25 MYT] KL ATCC | xxx xxx aah xxx xxx *[number redacted]* | | |
| 2124:29 UTC [0524:29 MYT] MAS Operations | Sorry xxx xxx *[number redacted]* | | |
| 2124:30 UTC [0524:30 MYT] KL ATCC | xxx xxx xxx xxx xxx *[number redacted]* hold on hold on. | 2124:33 UTC [0524:33 MYT] JSA 20 | Lumpur good morning Jet Airways Two Zero flight level three seven zero squawk zero five one five |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2124:38 UTC [0524:38 MYT] KL ATCC | Hold on aah | | |
| | *Controller answering aircraft's transmission* | | |
| | | 2124:39 UTC [0524:39 MYT] Lumpur Radar | Jets Airway Two Zero Control morning identified maintain level three seven zero. |
| | | 2124:43 UTC [0524:43 MYT] JSA 20 | Maintain three seven zero Jets Airway Two Zero. |
| 2124:49 UTC [0524:49 MYT] KL ATCC | Aaa halo | | |
| 2124:50 UTC [0524:50 MYT] MAS Operations | Ya | | |
| 2124:51 UTC [0524:51 MYT] KL ATCC | Halo xxx xxx xxxx *[number redacted]* | | |
| 2124:53 UTC [0524:53 MYT] MAS Operations | xxx xxx xxx xxx *[number redacted]* | | |

Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2124:54 UTC [0524:54 MYT] KL ATCC | xxx xxx xxx xxx *[number redacted]* | | |
| 2124:55 UTC [0524:55 MYT] MAS Operations | xxx xxx xxx xxx xxx *[number redacted]* aah | | |
| 2124:56 UTC [0524:56 MYT] KL ATCC | hm hm | | |
| 2124:58 UTC [0524:58 MYT] MAS Operations | Okay thank you. | | |
| 2124:59 UTC [0524:59 MYT] KL ATCC | Okay right. | | |
| | | 2132:03 UTC [0532:03 MYT] SIA 345 | Lumpur SingporeThree Four Five request descend. |

**End of Direct Line Telephone Conversation
Between KL ATCC and MAS Operations Centre**

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2132:07 UTC [0532:07 MYT] Lumpur Radar | Singapore Three Four Five contact Singpore one two three decimal seven. |
| | | 2132:11 UTC [0532:11 MYT] SIA 345 | One two three seven good day. |
| | | 2132:53 UTC [0532:53 MYT] SIA 517 | Eer Lumpur Control good morning Singapore Five One seven flight level three niner zero. |
| | | 2133:00 UTC [0533:00 MYT] Lumpur Radar | Morning Singapore Five One Seven Control identified maintain level three nine zero. |
| | | 2133:04 UTC [0533:04 MYT] SIA 517 | Three nine zero Singapore Five one Seven. |

**Direct Line Telephone Conversation Between KL ATCC and HCM ATCC**

2141:20 UTC
[0541:20 MYT]
KL ATCC  Lumpur

2010/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2141:21 UTC [0541:21 MYT] HCM ATCC | Ho Chi Minh ACC aah any information about Malaysian Three Seven Zero from the company. | | |
| 2141:27 UTC [0541:27 MYT] KL ATCC | Negative company is checking with me also and negative no no information about it no information about it so we are checking we are playing back back the tape we are we want to track back where the aircraft when was the last contact all this thing we too we play the tape and if there is informatin we inform you. | | |
| 2141:49 UTC [0541:49 MYT] HCM ATCC | Roger. | | |
| 2141:50 UTC [0541:50 MYT] KL ATCC | Okay okay then if there any from your side or from the Beiing side all this thing you inform Lumpur please. | | |
| 2141:56 UTC [0541:56 MYT] HCM ATCC | Okay any information will advise you. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2141:59 UTC [0541:59 MYT] KL ATCC | Yap, okay okay. | | |
| | **End of Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| | | 2147:38 UTC [0547:38 MYT] JSA 20 | (xxxx) (xxxx) [illegible] Jets Airway Two Zero. |
| | | 2147:48 UTC [0547:48 MYT] JSA 20 | Lumpur Jets Airway Two Zero. |
| | | 2147:51 UTC [0547:51 MYT] Lumpur Radar | Jets Airway Two Zero contact Singapore one two three seven for descend. |
| | | 2147:55 UTC [0547:55 MYT] JSA 20 | Singapore one two three seven good day. |
| | | 2151:25 UTC [0551:25 MYT] Lumpur Radar | Singapore Five One Seven naa change squawk zero four two six and contact Singapore now one two three decimal seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2151:33 UTC [0551:33 MYT] SIA 517 | Squawk on zero four two six and one two three seven Singapore Five One Seven good day. |
| | | 2151:40 UTC [0551:40 MYT] Lumpur Radar | One Seven good day. |
| | | 2152:16 UTC [0552:16 MYT] Thai Piece 920 | Lumpur Control Thai Peace Niner Two Zero good morning maintain three eight zero approaching Victor Papa Kilo squawk two three four two. |
| | | 2152:27 UTC [0552:27 MYT] Lumpur Radar | (xxx) (xxx) (xxx) (xxx) [illegible] Nine Two Zero control maintain three eight zero. |
| | | 2152:32 UTC [0552:32 MYT] Thai Piece 920 | Maintain three eight zero Thai Peace Nine Two Zero. |
| | | 2152:36 UTC [0552:36 MYT] Lumpur Radar | Thai Peace Nine Two Zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2153:13 UTC [0553:13 MYT] AXM 1012 | Lumpur Radar Express One Zero One Two good morning climbing level one eight zero direct IGARI. |
| | | 2153:21 UTC [0553:21 MYT] Lumpur Radar | Good morning aa Express One Zero One Two Control identified climb to flight level three five zero. |
| | | 2153:26 UTC [0553:26 MYT] AXM 1012 | Three five zero Asian Express One Zero One Two. |
| | | 2153:34 UTC [0553:34 MYT] AXM 1012 | Asian Express One Zero One Two request direct to BITOD. |
| | | 2153:37 UTC [0553:37 MYT] Lumpur Radar | One Zero One Two track IGARI initially. |
| | | 2153:40 UTC [0553:40 MYT] AXM 1012 | Asian One Zero One Seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | | **Direct Line Telephone Conversation Between KL ATCC and Singapore** |
| | | 2207:54 UTC [0607:54 MYT] KL ATCC | Lumpur. |
| | | 2207:55 UTC [0607:55 MYT] Singapore ATC | Eer Lumpur two estimates first Malaysian Two Five Four Seven. |
| | | 2207:59 UTC [0607:59 MYT] KL ATCC | Hold on hold on hold on please eer... Malaysian Two Five Four Seven go ahead. |
| | | 2208:06 UTC [0608:06 MYT] Singapore ATC | Affirm PADLI two three zero four flight level three four zero zero squawk two zero zero six three and next Malaysian Three Six One. |
| | | 2208:14 UTC [0608:14 MYT] KL ATCC | Eer... (xxx) (xxx) (xxx) [illegible] Malaysian. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2208:17 UTC [0608:17 MYT] Singapore ATC | Three Six One. |
| | | 2208:18 UTC [0608:18 MYT] KL ATCC | Three Six One go. |
| | | 2208:20 UTC [0608:20 MYT] Singapore ATC | TAKSU two three two seven flight level four zero zero squawk zero zero one three. |
| | | 2208:25 UTC [0608:25 MYT] KL ATCC | Zero zero three four hundred two three six seven Three Six One and...Malaysian Two Five Four Seven PADLI two zero two three zero four and two zero six three. |
| | | 2208:38UTC [0608:38 MYT] Singapore ATC | Affirm Siera Bravo. |
| | | 2208:39 UTC [0608:39 MYT] KL ATCC | Okay (xxx) (xxx) [illegible] thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2209:42 UTC [0609:42 MYT] XAX 523 | Kuala Lumpur Control selamat pagi Xanadu Five two Three three four niner descending three four zero transponder three six five one. |
| | | 2209:52 UTC [0609:52 MYT] Lumpur Radar | Xanadu Five Two Three Lumpur Control good morning identified Lumpur for NIPAH Three Alpha Arrival Eastan Runway Three Two Left and descend to flight level aaah one niner zero. |
| | | 2210:03 UTC [0610:03 MYT] XAX 523 | NIPAH Three Alpha Arrival Eastan Transition and … Runway Three Two Left confirm you said flight level one nine zero sir, Xanadu Five Two Three. |
| | | 2210:12 UTC [0610:12 MYT] Lumpur Radar | Five Two Three affirm descend level one niner zero direct to NIPAH. |
| | | 2210:16 UTC [0610:16 MYT] XAX 523 | Roger descend flight level one niner zero direct NIPAH Xanadu Five Two Three, |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - MAS 370 | TIME &<br>SOURCE | AIR-GROUND COMMUNICATION<br>LUMPUR RADAR - FREQUENCY 132.6 MHz<br>AND RADAR DIRECT LINE COMMUNICATION<br>CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2210:33 UTC<br>[0610:33 MYT]<br>XAX 523 | Xanadu Five Two Three request high speed and aah<br>below ten. |
| | | 2210:40 UTC<br>[0610:40 MYT]<br>Lumpur Radar | Five Two Three to be advised by Approach. |
| | | 2210:43 UTC<br>[0610:43 MYT]<br>XAX 523 | Thank you Five Two Three. |
| | | 2212:41 UTC<br>[0612:41 MYT]<br>AXM 1034 | Lumpur Radar Asian Express One Zero Three Four<br>selamat pagi climbing flight level one eight zero passing<br>eight thousand eight hundred. |
| | | 2212:49 UTC<br>[0612:49 MYT]<br>Lumpur Radar | (xxx) (xxx) [illegible] Lumpur Control good morning climb<br>flight level two nine zero. |
| | | 2212:53 UTC<br>[0612:53 MYT]<br>AXM 1034 | Flight level two nine zero Asian Express One Zero Three<br>Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2212:56 UTC [0612:56 MYT] Lumpur Radar | Zero Four and level requesting. |
| | | 2212:59 UTC [0612:59 MYT] AXM 1034 | Requesting flight level Three Three Five Zero final Asian Express One zero Three Four. |
| | | 2213:03 UTC [0613:03 MYT] Lumpur Radar | Thanks. |
| | | | **Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** |
| | | 2213:36 UTC [0613:36 MYT] HCM ATCC | Helo. |
| | | 2213:37 UTC [0613:37 MYT] KL ATCC | Ho Chi Minh estimate on Asian Express One Zero Three Four |
| | | | *Conversation interrupted by aircraft radio transmission* |
| | | 2213:41 UTC [0613:41 MYT] HCM ATCC | Standby, One Zero Three Four go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2213:50 UTC [0613:50 MYT] KL ATCC | Express One Zero Three Four estimate IGARI two two five......eight flight level three five zero squawk two one two one. |
| | | 2214:03 UTC [0614:03 MYT] HCM ATCC | Asian Express One Zero Zero Three Four IGARI aa two two five eight level three five zero approved squawk two one two one. |
| | | 2214:11 UTC [0614:11 MYT] KL ATCC | Affirm and tranfer level three five zero. |
| 2214:13 UTC [0614:13 MYT] KL ATCC | and anyway your aah SAR you activated your SAR room. | | |
| 2214:18 UTC [0614:18 MYT] HCM ATCC | Yes standby. | | |
| 2214:26 UTC [0614:26 MYT] HCM ATCC | Yap. | | |

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2214:27 UTC [0614:27 MYT] KL ATCC | Halo your you're your SAR room is act... active now. | | |
| 2214:31 UTC [0614:31 MYT] HCM ATCC | Aah ... for Malaysian Three Seven Zero. | | |
| 2214:33 UTC [0614:33 MYT] KL ATCC | Affirm affirm Malaysian Three Seven Zero is it activate your your SAR your SAR search and rescue is it activated uuh. | | |
| 2214:41 UTC [0614:41 MYT] HCM ATCC | Estimated. | | |
| 2214:42 UTC [0614:42 MYT] KL ATCC | Negative is it aah... you aah... you activated your SAR room or not you open up your your.. | | |
| 2214:49 UTC [0614:49 MYT] HCM ATCC | I am not understand you say confirm you have any information about it. | | |

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2214:52 UTC [0614:52 MYT] KL ATCC | Neg… negative negative we don't have any information so at the moment we activate we activate our SAR Room now. | | |
| 2215:00 UTC [0615:00 MYT] HCM ATCC | SAR SAR Room. | | |
| 2215:01 UTC [0615:01 MYT] KL ATCC | SAR Search and Rescue, Search and Rescue. | | |
| 2215:05 UTC [0615:05 MYT] HCM ATCC | Ah yes you know on search and rescue | | |
| 2215:07 UTC [0615:07 MYT] KL ATCC | Aaah.. | | |
| 2215:08 UTC [0615:08 MYT] HCM ATCC | Yeah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18F

Malaysian Time [MYT] is Universal Coordinated Time (UTC) + 8 hours
ICAO Airline Designator for Malaysia Airlines: MAS

| TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - MAS 370 | TIME & SOURCE | AIR-GROUND COMMUNICATION LUMPUR RADAR - FREQUENCY 132.6 MHz AND RADAR DIRECT LINE COMMUNICATION CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2215:09 UTC [0615:09 MYT] KL ATCC | Na... naa... your your search and rescue is activate now you activated your search and rescue. | | |
| 2215:12 UTC [0615:12 MYT] HCM ATCC | Ya that's right, that's right. | | |
| 2215:13 UTC [0615:13 MYT] KL ATCC | I see okay okay right okay. | | |
| | **End of Direct Line Telephone Conversation Between KL ATCC and HCM ATCC** | | |
| | **END AT 2218:00 UTC [0618:00MYT]** | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | | START TIME 1620:00 UTC [0020:00 MYT] |
| | | 1620:20 UTC [0020:20 MYT] KL ATCC | Lumpur Sector aah Five. |
| | | 1620:23 UTC [0020:23 MYT] Bangkok ATCC | Thai Peace Nine Two One revise level three five zero. |
| | | 1620:28 UTC [0020:28 MYT] KL ATCC | Thai Peace Nine Two One revise flight level three five zero confirm. |
| | | 1620:33 UTC [0020:33 MYT] Bangkok ATCC | Affirm. |
| | | 1620:33 UTC [0020:33 MYT] KL ATCC | Three five zero copied. |
| | | 1620:38 UTC [0020:38 MYT] KL ATCC | Call you back for higher. |
| | | 1620:40 UTC [0020:40 MYT] KL ATCC | Call you back for higher. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1620:42 UTC [0020:42 MYT] KL ATCC | Call you back for higher Background "helo" |
| | | 1620:47 UTC [0020:47 MYT] KL ATCC | *Background conversation "Mai saya buat jar ha"* |
| | | 1620:48 UTC [0020:48 MYT] KL ATCC | *Background conversation " Huh huh buat lah tadi itu Bangkok bukan Singapore"* |
| | | 1620:55 UTC [0020:55 MYT] KL ATCC | Helo Singapore. |
| | | 1621:05 UTC [0021:05 MYT] KL ATCC | Singapore. |
| | | 1621:08 UTC [0021:08 MYT] Singapore ATCC | Singapore. |
| | | 1621:08 UTC [0021:08 MYT] KL ATCC | Singapore I get one estimate and one revision. |

2 of 164

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1621:11 UTC [0021:11 MYT] Singapore ATCC | Go ahead revision. |
| | | 1621:12 UTC [0021:12 MYT] KL ATCC | Eer okay Beach Air Nine Two One revise now Victor Papa Kilo one six five three and requesting flight level three five zero. |
| | | 1621:19 UTC [0021:19 MYT] Singapore ATCC | One six five three . |
| | | 1621:21 UTC [0021:21 MYT] KL ATCC | Affirm. |
| | | 1621:22 UTC [0021:22 MYT] Singapore ATCC | Standby. |
| | | 1621:30 UTC [0021:30 MYT] Singapore ATCC | Ah confirm transfer only three three zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1621:32 UTC [0021:32 MYT] KL ATCC | Transfer only three three zero eh. |
| | | 1621:34 UTC [0021:34 MYT] Singapore ATCC | Affirm. |
| | | 1621:35 UTC [0021:35 MYT] KL ATCC | Okay copied and eer estimate for you Korean Air Six Seven Two. |
| | | 1621:39 UTC [0021:39 MYT] Singapore ATCC | Korean Six Seven Two go ahead. |
| | | 1621:42 UTC [0021:42 MYT] KL ATCC | Victor Papa Kilo one six three five requesting flight level three six zero squawk two one four one. |
| | | 1621:48 UTC [0021:48 MYT] Singapore ATCC | Korean Six Seven Two Victor Papa Kilo one six three five request flight level three six zero squawk two one four one. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1621:56 UTC [0021:56 MYT] KL ATCC | Affirm. |
| | | 1621:56 UTC [0021:56 MYT] Singapore ATCC | Climb to flight level two nine zero. |
| | | 1621:58 UTC [0021:58 MYT] KL ATCC | Two nine zero copied thank you mdm. |
| | | 1622:02 UTC [0022:02 MYT] Singapore ATCC | Thank you. |
| | | 1622:07 UTC [0022:07 MYT] KL ATCC | Okay reference to Thai Peace Nine Two One. |
| | | 1622:11 UTC [0022:11 MYT] Bangkok ATCC | Go head. |
| | | 1622:12 UTC [0022:12 MYT] KL ATCC | Okay only flight level three three zero from Singapore due traffic. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| Time | Station | Transmission |
|---|---|---|
| 1622:16 UTC<br>[0022:16 MYT]<br>Bangkok ATCC | | Okay. |
| 1622:16 UTC<br>[0022:16 MYT]<br>KL ATCC | | And I got estimate helo. |
| 1622:21 UTC<br>[0022:21 MYT]<br>KL ATCC | | *Backgound talking*<br>Yang nak kena ni. |
| 1622:25 UTC<br>[0022:25 MYT]<br>KL ATCC | | *Backgound talking*<br>Eer tau kena tak suruh pergi Jakarta. |
| 1622:28 UTC<br>[0022:28 MYT]<br>KL ATCC | | Helo. |
| 1622:28 UTC<br>[0022:28 MYT]<br>Bangkok ATCC | | Go ahead. |
| 1622:29 UTC<br>[0022:29 MYT]<br>KL ATCC | | Okay one estimate and... Singapore Three Two Four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1622:34 UTC [0022:34 MYT] Bangkok ATCC | Go ahead. |
| | | 1622:35 UTC [0022:35 MYT] KL ATCC | Singapore Three Two Four Kota Bahru one seven one four request flight level three two zero squawk two two two seven. |
| | | 1622:42 UTC [0022:42 MYT] Bangkok ATCC | Approve three zero zero. |
| | | 1622:44 UTC [0022:44 MYT] KL ATCC | Three zero zero only mdm confirm three two zero not approve okay how about Singapore Three Five Two is it three two zero approve. |
| | | 1622:50 UTC [0022:50 MYT] Bangkok ATCC | Expect three four zero. |
| | | 1622:51 UTC [0022:51 MYT] KL ATCC | Expect three four zero climb three two zero confirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1622:53 UTC [0022:53 MYT] Bangkok ATCC | Affirm. |
| | | 1622:54 UTC [0022:54 MYT] KL ATCC | Okay copied. |
| | | 1622:57 UTC [0022:57 MYT] KL ATCC | Singapore Lumpur. |
| | | 1622:59 UTC [0022:59 MYT] Singapore ATCC | Lumpur reference to Korean Six Seven Two. |
| | | 1623:01 UTC [0023:01 MYT] KL ATCC | Go ahead. |
| | | 1623:02 UTC [0023:02 MYT] Singapore ATCC | Reclear flight level two seven zero. |
| | | 1623:05 UTC [0023:05 MYT] KL ATCC | Two seven zero copied mdm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1623:06 UTC [0023:06 MYT] Singapore ATCC | Affirm subject to Singapore departure Singapore Three Two Four. |
| | | 1623:10 UTC [0023:10 MYT] KL ATCC | Singapore Three Two Four copied. |
| | | 1623:13 UTC [0023:13 MYT] Singapore ATCC | And got one estimate Global Jet Seven Six. |
| | | 1623:15 UTC [0023:15 MYT] KL ATCC | Okay Singapore Three Five Two still with you. |
| | | 1623:18 UTC [0023:18 MYT] Singapore ATCC | Singapore Three Five Two standby. |
| | | 1623:21 UTC [0023:21 MYT] Singapore ATCC | *Background conversation* Singapore Three Five Two still with you. |
| | | 1623:24 UTC [0023:24 MYT] Singapore ATCC | Ah affirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1623:24 UTC [0023:24 MYT] KL ATCC | Okay you may climb to flight level three zero zero now and Singapore Three Two Four step climb flight level two eight zero. |
| | | 1623:30 UTC [0023:30 MYT] Singapore ATCC | Three zero zero feet. |
| | | 1623:32 UTC [0023:32 MYT] KL ATCC | Okay. |
| | | 1623:33 UTC [0023:33 MYT] Singapore ATCC | Standby haa. |
| | | 1623:33 UTC [0023:33 MYT] KL ATCC | Okay. |
| | | 1623:35 UTC [0023:35 MYT] Singapore ATCC | *Background conversation* Ah Singapore Three Five Two still with you then naa Singapore Three Two Four two eighty. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1623:40 UTC [0023:40 MYT] Singapore ATCC | Ah I got estimate Global Jet Seven Six. |
| | | 1623:42 UTC [0023:42 MYT] KL ATCC | Global Jet Seven Six Global Jet Seven Six eer okay go ahead. |
| | | 1623:47 UTC [0023:47 MYT] Singapore ATCC | Victor Papa Kilo one seven three five request flight level four one zero squawk two zero four three. |
| | | 1623:52 UTC [0023:52 MYT] KL ATCC | Two zero four three flight level four one zero approved and Victor Papa Kilo one seven three five confirm. |
| | | 1624:00 UTC [0024:00 MYT] Singapore ATCC | Thank you. |
| | | 1624:00 UTC [0024:00 MYT] KL ATCC | Welcome. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1626:30 UTC [0026:30 MYT] KL ATCC | Helo Sector Three yes go ahead. |
| | | 1626:33 UTC [0026:33 MYT] Singapore ATCC | Dess Niner Four One can you put over to me and I will climb subject to Singapore Three Five Two. |
| | | 1626:40 UTC [0026:40 MYT] KL ATCC | Dess Niner Four One okay put over say again level. |
| | | 1626:46 UTC [0026:46 MYT] Singapore ATCC | Eer Dess Niner Four One you can climb to flight level two nine zero and put over to me now. |
| | | 1626:50 UTC [0026:50 MYT] KL ATCC | Put over to you now Dess Niner Four One eer subject to. |
| | | 1626:55 UTC [0026:55 MYT] Singapore ATCC | Aah… no no I will I mean I will climb Singpore Three Five Two SUBJECT TO Dess Niner Four One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1626:59 UTC [0026:59 MYT] KL ATCC | Okay copied thank you. |
| | | 1627:01 UTC [0027:01 MYT] Singapore ATCC | Thank you. |
| | | 1627:19 UTC [0027:19 MYT] Singapore ATCC | Singapore. |
| | | 1627:19 UTC [0027:19 MYT] KL ATCC | Okay reference to…Zest Air and Singapore Three Five Two Singapore Three Five Two you stop climb two two eight zero and transfer to us because we gay ada trafficlah Yea two eight zero. |
| | | 1627:28 UTC [0027:28 MYT] Singapore ATCC | Transfer only two eight zero. |
| | | 1627:29 UTC [0027:29 MYT] KL ATCC | Ya. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1627:30 UTC [0027:30 MYT] Singapore ATCC | For Singapore Three Five Two. |
| | | 1627:31 UTC [0027:31 MYT] KL ATCC | Three Five Two affirm. |
| | | 1627:33 UTC [0027:33 MYT] Singapore ATCC | And one revision. |
| | | 1627:34 UTC [0027:34 MYT] KL ATCC | Go ahead. |
| | | 1627:35 UTC [0027:35 MYT] Singapore ATCC | Cebu Five Zero One. |
| | | 1627:36 UTC [0027:36 MYT] KL ATCC | Say again callsign. |
| | | 1627:37 UTC [0027:37 MYT] Singapore ATCC | Cebu Five Zero One. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1627:37 UTC [0027:37 MYT] KL ATCC | Go ahead. |
| | | 1627:40 UTC [0027:40 MYT] Singapore ATCC | Revise PADLI one seven five niner. |
| | | 1627:42 UTC [0027:42 MYT] KL ATCC | One seven five niner okay copied. |
| | | 1627:46 UTC [0027:46 MYT] Singapore ATCC | Thank you. |
| | | 1630:30 UTC [0030:30 MYT] KL ATCC | Lumpur Sector Three. |
| | | 1630:31 UTC [0030:31 MYT] Singapore ATCC | Lumpur reference to Korean Air Six Seven Two. |
| | | 1630:34 UTC [0030:34 MYT] KL ATCC | Okay Korean Air Six Seven Two go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1630:37 UTC [0030:37 MYT] Singapore ATCC | Reclear to flight level two niner zero no closing speed with Zest Niner Four One. |
| | | 1630:41 UTC [0030:41 MYT] KL ATCC | Okay ah two niner zero okay ah no closing aa speed with Zest Niner Four One copied thank you. |
| | | 1630:50 UTC [0030:50 MYT] Singapore ATCC | Thank you. |
| | | 1632:03 UTC [0032:03 MYT] KL ATCC | Singapore. |
| | | 1632:04 UTC [0032:04 MYT] Singapore ATCC | Lumpur Korean Air Six Seven Two you want to put over to me and I will sort with Singapore Three Two Five correction Singapore Three Two Four. |
| | | 1632:10 UTC [0032:10 MYT] KL ATCC | Three Two Four eer... standby. Transfer to Lumpur *(background voice [male])* Ah... Singapore ah yes transfer to Lumpur. |

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1643:30 UTC [0043:30 MYT] HCM ATCC | Helo. |
| 1643:31 UTC [0043:31 MYT] KL ATCC | Kay Ho Chi Minh ah estimate Malaysian Three Seven Zero. |
| 1643:36 UTC [0043:36 MYT] HCM ATCC | Go ahead. |
| 1643:37 UTC [0043:37 MYT] KL ATCC | Okay estimate IGARI one seven two request flight level three five zero and squawk two one five seven. |

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|
| 1632:21 UTC [0032:21 MYT] Singapore ATCC | Copied. |
| 1632:22 UTC [0032:22 MYT] KL ATCC | Thank you. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1643:46 UTC [0043:46 MYT] HCM ATCC | Two one five seven three five zero is approved one seven two two. |
| 1643:50 UTC [0043:50 MYT] KL ATCC | Okay copied thank you.. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|
| 1702:14 UTC [0102:14 MYT] KL ATCC | Lumpur Sector Three. |
| 1702:17 UTC [0102:17 MYT] Singapore ATCC | Lumpur revision Cebu Five Zero One. |
| 1702:19 UTC [0102:19 MYT] KL ATCC | Cebu Five Zero One go. |
| 1702:22 UTC [0102:22 MYT] Singapore ATCC | Revise PADLI one seven five two. |
| 1702:24 UTC [0102:24 MYT] KL ATCC | One seven five two copied thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | | 1702:28 UTC [0102:28 MYT] Singapore ATCC | Thank you. |
| | | | 1705:16 UTC [0105:16 MYT] Singapore ATCC | Singapore. |
| | | | 1705:16 UTC [0105:16 MYT] KL ATCC | Singapore one estimate. |
| | | | 1705:18 UTC [0105:18 MYT] Singapore ATCC | Go ahead. |
| | | | 1705:19 UTC [0105:19 MYT] KL ATCC | Xanadu Five Zero Six. |
| | | | 1705:21 UTC [0105:21 MYT] Singapore ATCC | Xanadu Five Zero Six go ahead. |
| | | | 1705:23 UTC [0105:23 MYT] KL ATCC | Victor Papa Kilo one seven two four request flight level three niner zero and squawk two one two five. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION<br>KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION<br>KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **TIME &<br>SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1705:34 UTC<br>[0105:34 MYT]<br>Singapore ATCC | Xanadu Five Zero Six Victor Papa Kilo one seven two four flight request flight level three niner zero squawk two one two five climb to flight level two niner zero. |
| | | 1705:43 UTC<br>[0105:43 MYT]<br>KL ATCC | Two niner zero copied. |
| | | 1705:45 UTC<br>[0105:45 MYT]<br>Singapore ATCC | Affirm. |
| | | 1705:46 UTC<br>[0105:46 MYT]<br>KL ATCC | Thank you. |
| | | 1708:40 UTC<br>[0108:40 MYT]<br>KL ATCC | Lumpur Sector Five. |
| | | 1708:42 UTC<br>[0108:42 MYT]<br>Bangkok ATCC | Transfer Victor Kilo Bravo Thai Four Eight Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1708:46 UTC [0108:46 MYT] KL ATCC | Okay aah say again callsign mdm. |
| | | 1708:48 UTC [0108:48 MYT] Bangkok ATCC | Thai Four Eight Three. |
| | | 1708:51 UTC [0108:51 MYT] KL ATCC | Thai Four Eight Three Victor Kilo Bravo go ahead mdm. |
| | | 1708:55 UTC [0108:55 MYT] Bangkok ATCC | One eight zero five flight level three seven zero six one one four. |
| | | 1709:02 UTC [0109:02 MYT] KL ATCC | Thai Four Eight Three Victor Kilo Bravo one eight zero five flight level three seven zero squawk six one one four. |
| | | 1709:10 UTC [0109:10 MYT] Bangkok ATCC | Affirm next. |

21 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1709:11 UTC [0109:11 MYT] KL ATCC | Go ahead mdm. |
| | | 1709:13 UTC [0109:13 MYT] Bangkok ATCC | Go Cat Two Six Five Seven. |
| | | 1709:17 UTC [0109:17 MYT] KL ATCC | *Background voice* Two Six Five Seven. |
| | | 1709:20 UTC [0109:20 MYT] KL ATCC | Two Six Five Seven go ahead mdm. |
| | | 1709:23 UTC [0109:23 MYT] Bangkok ATCC | One eight one two flight level three three zero transponder four seven zero four. |
| | | 1709:31 UTC [0109:31 MYT] KL ATCC | Okay Go Cat Two Six Five Seven Victor Kilo Bravo one eight one two flight level three three zero squawk four seven zero four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1709:40 UTC [0109:40 MYT] Bangkok ATCC | Affirm. |
| | | 1709:42 UTC [0109:42 MYT] KL ATCC | Thank you. |
| | | 1711:24 UTC [0111:24 MYT] Lumpur Sector 1 | Sector One. |
| | | 1711:25 UTC [0111:25 MYT] Lumpur Sec 3+5 | Yes Sector One busy. |
| | | 1711:26 UTC [0111:26 MYT] Lumpur Sector 1 | Busy. |
| | | 1715:04 UTC [0115:04 MYT] Singapore ATCC | Singapore. |
| | | 1715:06 UTC [0115:06 MYT] KL ATCC | Singpore two estimates. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1715:08 UTC [0115:08 MYT] Singapore ATCC | Go ahead. |
| | | 1715:09 UTC [0115:09 MYT] KL ATCC | The first one Thai Four Eight Three. |
| | | 1715:13 UTC [0115:13 MYT] Singapore ATCC | Thai Four Eight Three go ahead. |
| | | 1715:14 UTC [0115:14 MYT] KL ATCC | Victor Papa Kilo one eight two seven flight level three seven zero and squawk six one one four. |
| | | 1715:23 UTC [0115:23 MYT] Singapore ATCC | Thai Four Eight Three Victor Papa Kilo one eight two seven flight level three seven zero squawk six one one four next. |
| | | 1715:29 UTC [0115:29 MYT] KL ATCC | Ah yes squawk six one one four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1715:33 UTC [0115:33 MYT] Singapore ATCC | Squawk six one one four copied. |
| | | 1715:35 UTC [0115:35 MYT] KL ATCC | Next is Go Cat Two Six Five Seven. |
| | | 1715:40 UTC [0115:40 MYT] Singapore ATCC | Go Cat Two Six Five Seven go ahead. |
| | | 1715:41 UTC [0115:41 MYT] KL ATCC | Victor Papa Kilo one eight three five flight level three three zero squawk four seven zero four. |
| | | 1715:49 UTC [0115:49 MYT] Singapore ATCC | Go Cat Two Six Five Seven Victor Papa Kilo one eight three zero squawk four seven zero four. |
| | | 1715:56 UTC [0115:56 MYT] KL ATCC | Yes read back correct. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1715:58 UTC [0115:58 MYT] Singapore ATCC | Thank you. |
| | | 1715:58 UTC [0115:58 MYT] KL ATCC | Thank you. |
| | | 1721:44 UTC [0121:44 MYT] KL ATCC | Sector Five. |
| | | 1721:46 UTC [0121:46 MYT] Bangkok ATCC | Transfer TIDAR Thai Four Six Five. |
| | | 1721:50 UTC [0121:50 MYT] KL ATCC | Thai Four Six Five TIDAR. |
| | | 1721:55 UTC [0121:55 MYT] Bangkok ATCC | Affirm. |
| | | 1721:57 UTC [0121:57 MYT] KL ATCC | Okay go ahead mdm. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1721:58 UTC [0121:58 MYT] Bangkok ATCC | One eight one seven flight level three seven zero transponder six one one five. |
| | | 1722:06 UTC [0122:06 MYT] KL ATCC | Okay aah... Thai Four Six Five TIDAR one eight one seven flight level three seven zerosquawk six one one five. |
| | | 1722:14 UTC [0122:14 MYT] Bangkok ATCC | Affirm. |
| | | 1722:14 UTC [0122:14 MYT] KL ATCC | Call you back for level mdm [male voice] Ya ah I call you back for......level [female voice] |
| | | 1722:20 UTC [0122:20 MYT] KL ATCC | *Background voice* Panggil |
| | | 1722:50 UTC [0122:50 MYT] KL ATCC | Singapore. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION | DIRECT LINE COORDINATION COMMUNICATION |
| | KL ATCC SECTOR 3+5 PLANNER | KL ATCC SECTOR 3+5 PLANNER |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1722:52 UTC [0122:52 MYT] KL ATCC | Okay ah Singapore. |
| | | 1722:53 UTC [0122:53 MYT] Singapore ATCC | Yes go ahead. |
| | | 1722:54 UTC [0122:54 MYT] KL ATCC | Okay ah... Thai ah okay estimate Thai Four Six Five. |
| | | 1723:00 UTC [0123:00 MYT] Singapore ATCC | Thai Four Six Five go ahead. |
| | | 1723:02 UTC [0123:02 MYT] KL ATCC | TIDAR one eight one seven request flight level three seven zero squawk six one one five. |
| | | 1723:09 UTC [0123:09 MYT] Singapore ATCC | Six one one five Thai Four Six Five TIDAR one eight one seven flight level three seven zero is approved and squawk six one one five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1723:17 UTC [0123:17 MYT] KL ATCC | Okay copied thank you. |
| | | 1723:19 UTC [0123:19 MYT] KL ATCC | You. |
| | | 1723:30 UTC [0123:30 MYT] Bangkok ATCC | (xxx) (xxx) (xxx) [illegible] [words spoken in Thai] |
| | | 1723:31 UTC [0123:31 MYT] KL ATCC | Sector Five okay aah... Bangkok reference to Thai Four Six Five flight level three seven zero is approved. |
| | | 1723:40 UTC [0123:40 MYT] Bangkok ATCC | Thai Four Six Five transfer to you three seven zero and...Go Cat Two Six Five Seven request flight level three five zero. |
| | | 1723:47 UTC [0123:47 MYT] KL ATCC | Two Six Five Seven aah... say again. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1723:50 UTC [0123:50 MYT] Bangkok ATCC | Request three five zero. |
| | | 1723:51 UTC [0123:51 MYT] KL ATCC | Request three five zero. |
| | | 1723:53 UTC [0123:53 MYT] Bangkok ATCC | Affirm. |
| | | 1723:54 UTC [0123:54 MYT] KL ATCC | Okay standby I call you back. |
| | | 1723:56 UTC [0123:56 MYT] Bangkok ATCC | Call back okay. |
| | | 1723:59 UTC [0123:59 MYT] KL ATCC | Aaah..... dia tak (words spoken in National Language) [Malay Language] |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1724:12 UTC [0124:12 MYT] KL ATCC | Dia tak bagi tahu lagi dia approve tak (words spoken in National Language) [Malay Language] |
| | | 1724:14 UTC [0124:14 MYT] Bangkok ATCC | Yes. |
| | | 1724:15 UTC [0124:15 MYT] KL ATCC | Okay Go Cat Two Six Five Seven flight level three five zero is approved. |
| | | 1724:20 UTC [0124:20 MYT] Bangkok ATCC | Revised transfer three five zero thank you. |
| | | 1724:22 UTC [0124:22 MYT] KL ATCC | Thank you. |
| | | 1724:33 UTC [0124:33 MYT] Singapore ATCC | Singapore. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS | |
| | | 1724:34 UTC [0124:34 MYT] KL ATCC | Singapore aah... level change. | |
| | | 1724:38 UTC [0124:38 MYT] Singapore ATCC | Yes mdm go. | |
| | | 1724:39 UTC [0124:39 MYT] KL ATCC | Okay aah... for Go Cat Two Six Five Five Seven flight level. | |
| | | 1724:44 UTC [0124:44 MYT] Singapore ATCC | Go ahead. | |
| | | 1724:45 UTC [0124:45 MYT] KL ATCC | Three five zero flight level three five zero. | |
| | | 1724:49 UTC [0124:49 MYT] Singapore ATCC | Three five zero for Go Cat Two Six Give Seven copied mdm thank you. | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

32 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1739:03 UTC [0139:03 MYT] KL ATCC | Lumpur | | |
| 1739:06 UTC [0139:06 MYT] HCM ATCC | Any information on Malaysian Three Seven Zero sir. | | |
| 1739:08 UTC [0139:08 MYT] KL ATCC | Malaysian Three Seven Zero already transfer to you right | | |
| 1739:12 UTC [0139:12 MYT] HCM ATCC | Yeah yeah  I know at time two zero but we have no just about in contact after... BITOD we have na.... radar lost with him the other one here to track identified on my radar. | | |
| 1739:24 UTC [0139:24 MYT] KL ATCC | Okay at what point. | | |
| 1739:25 UTC [0139:25 MYT] HCM ATCC | And no contact right now. | | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1739:26 UTC [0139:26 MYT] KL ATCC | At what point. | | |
| 1739:27 UTC [0139:27 MYT] HCM ATCC | Yea. | | |
| 1739:28 UTC [0139:28 MYT] KL ATCC | At what point. | | |
| 1739:29 UTC [0139:29 MYT] HCM ATCC | Yea. | | |
| 1739:30 UTC [0139:30 MYT] KL ATCC | At what point you lost cotact. | | |
| 1739:33 UTC [0139:33 MYT] HCM ATCC | BITODS. | | |
| 1739:34 UTC [0139:34 MYT] KL ATCC | BITODS hah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

34 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1739:35 UTC [0139:35 MYT] HCM ATCC | Yea. | | |
| 1739:36 UTC [0139:36 MYT] KL ATCC | BITODS okay .......call you back. | | |
| | | 1740:26 UTC [0140:26 MYT] Unknown | Go ahead. |
| | | 1740:26 UTC [0140:26 MYT] Unknown | You call earlier. |
| | | 1740:29 UTC [0140:29 MYT] Unknown | No. |
| | | 1740:29 UTC [0140:29 MYT] Unknown | Okay copied. |
| 1741:10 UTC [0141:10 MYT] HCM ATCC | Yap. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1741:11 UTC [0141:11 MYT] KL ATCC | Hello Ho Chi Minh. |
| 1741:12 UTC [0141:12 MYT] HCM ATCC | Yes sir. |
| 1741:13 UTC [0141:13 MYT] KL ATCC | Okay Malaysian Three Seven Zero never call us after IGARI. |
| 1741:17 UTC [0141:17 MYT] HCM ATCC | Eer sorry. |
| 1741:18 UTC [0141:18 MYT] KL ATCC | Never call us after IGARI. |
| 1741:21 UTC [0141:21 MYT] HCM ATCC | Never call you. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1741:22 UTC [0141:22 MYT] KL ATCC | Yea yea after IGARI we transferred to you and aircraft never call me back. | | |
| 1741:26 UTC [0141:26 MYT] HCM ATCC | Yea we have radar contact but not verbal contact until BITOD we are no ADSB identity and no radar contact. | | |
| 1741:35 UTC [0141:35 MYT] KL ATCC | Eh Okay copied that. | | |
| 1741:37 UTC [0141:37 MYT] HCM ATCC | Yea. | | |
| 1746:47 UTC [0146:47 MYT] KL ATCC | Go ahead Lumpur. | | |
| 1746:49 UTC [0146:49 MYT] HCM ATCC | Yes do you have any information from Malaysian Three Seven Zero currently. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1746:54 UTC [0146:54 MYT] KL ATCC | Negative sir what information do you want. | | |
| 1746:57 UTC [0146:57 MYT] HCM ATCC | Yes we just told you before la we have radar contact over IGARI not verbal contact and after BITOD we have no radar ident also ADS-B identity . | | |
| 1747:08 UTC [0147:08 MYT] KL ATCC | And how about earlie.r | | |
| 1747:09 UTC [0147:09 MYT] HCM ATCC | And we call him many times until naa more than 20 minutes. | | |
| 1747:14 UTC [0147:14 MYT] KL ATCC | Yea how about earlier after IGARI did he call you or not. | | |
| 1747:17 UTC [0147:17 MYT] HCM ATCC | Negative sir just verbal just radar contact only. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

38 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1747:22 UTC [0147:22 MYT] KL ATCC | No contact since IGARI confirm. |
| 1747:25 UTC [0147:25 MYT] HCM ATCC | Affirm. |
| 1747:26 UTC [0147:26 MYT] KL ATCC | Okay I will try aah...... give a call and then eer.... after your helo. |
| 1757:49 UTC [0157:49 MYT] KL ATCC | Yea Ho Chi Minh. |
| 1757:51 UTC [0157:51 MYT] HCM ATCC | Yes sir we officially no contact from Malaysian Three Seven Zero until now and we tried on many frequencies and all the aircraft calling no response from Malaysian Three Seven Zero. |
| 1758:06 UTC [0158:06 MYT] KL ATCC | Okay. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1758:06 UTC [0158:06 MYT] HCM ATCC | Could you check back for your side. | | |
| 1758:08 UTC [0158:08 MYT] KL ATCC | Okay we will do that and the first at IGARI did you ever in contact with the aircraft or not first place. | | |
| 1758:17 UTC [0158:17 MYT] HCM ATCC | Negative sir we have radar contact only not verbal contact. | | |
| 1758:21 UTC [0158:21 MYT] KL ATCC | But no when aircraft passed IGARI did the aircraft call you. | | |
| 1758:26 UTC [0158:26 MYT] HCM ATCC | Negative sir. | | |
| 1758:27 UTC [0158:27 MYT] KL ATCC | Negative why you didn't tell me first within five minutes you should be called me. | | |

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1758:31 UTC [0158:31 MYT] HCM ATCC | After BITOD seven minute we have no radar contact then ask you. | | |
| 1758:37 UTC [0158:37 MYT] KL ATCC | Okay okay we will try to call the company. | | |
| 1758:40 UTC [0158:40 MYT] HCM ATCC | Yea. | | |
| | | 1759:27 UTC [0159:27 MYT] KL ATCC | Go ahead Singapore. |
| | | 1759:28 UTC [0159:28 MYT] Singapore ATCC | Lumpur one transfer one estimate transfer Singapore departure Air China Four Zero Four. |
| | | 1759:33 UTC [0159:33 MYT] KL ATCC | Air China Four Zero Four go ahead. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1759:36 UTC [0159:36 MYT] Singapore ATCC | Estimating Victor Papa Kilo one eight one niner request flight level three four zero squawk two two one seven. |
| | | 1759:42 UTC [0159:42 MYT] KL ATCC | Two two one seven climb initially flight level two eight zero. |
| | | 1759:46 UTC [0159:46 MYT] Singapore ATCC | Two eight zero for Air China Four Zero Four next Xanadu Three Seven Seven. |
| | | 1759:51 UTC [0159:51 MYT] KL ATCC | Xanadu Three Seven Seven go ahead. |
| | | 1759:53 UTC [0159:53 MYT] Singapore ATCC | PADLI one niner four zero flight level four zero zero squawk two six three six. |
| | | 1759:57 UTC [0159:57 MYT] KL ATCC | Two six three six flight level four zero zero, PADLI one niner four zero copied thank you mdm, |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

42 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1800:02 UTC [0200:02 MYT] Singapore ATCC | Thank you. |
| | | 1800:17 UTC [0200:17 MYT] HCM ATCC | Lumpur Ho Chi Minh. |
| | | 1800:18 UTC [0200:18 MYT] KL ATCC | Okay estimate for you Malaysian Three Eight Six. |
| | | 1800:21 UTC [0200:21 MYT] HCM ATCC | Three Eight Six yes. |
| | | 1800:22 UTC [0200:22 MYT] KL ATCC | Okay IGARI one eight three six flight level three seven zero squawk two one three one. |
| | | 1800:28 UTC [0200:28 MYT] HCM ATCC | Helo standby one eight three six flight aah...squawk two one three one say again the flight level. |
| | | 1800:34 UTC [0200:34 MYT] KL ATCC | Three seven zero sir. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1800:36 UTC [0200:36 MYT] HCM ATCC | Three seven zero okay copied. |
| 1807:47 UTC [0207:47 MYT] KL ATCC | Yea Ho Chi Minh. | | |
| 1807:48 UTC [0207:48 MYT] HCM ATCC | Yeap just confirm that aircraft in Phnom Penh FIR. | | |
| 1807:52 UTC [0207:52 MYT] KL ATCC | Say again. | | |
| 1807:54 UTC [0207:54 MYT] HCM ATCC | The Malaysian Three Seven Zero sorry. | | |
| 1807:56 UTC [0207:56 MYT] KL ATCC | Okay yeah go ahead. | | |
| 1807:59 UTC [0207:59 MYT] HCM ATCC | Aah…confirm that the aircraft enter Phnom Penh FIR. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1808:04 UTC [0208:04 MYT] KL ATCC | Okay from the… MAS operator the airlines from the airlines itself he said the aircraft is still flying and now is over Cambodia airspace. | | |
| 1808:14 UTC [0208:14 MYT] HCM ATCC | Oh… really we call you we don't have any information before and we ask Phnom Penh Phnom Penh don't know any information Malaysian Three Seven Zero. | | |
| 1808:22 UTC [0208:22 MYT] KL ATCC | Oh…he also didn't no no contact with the aircraft right. | | |
| 1808:25 UTC [0208:25 MYT] HCM ATCC | Yeah. | | |
| 1808:26 UTC [0208:26 MYT] KL ATCC | Okay okay I will check with my Supervisor again. | | |
| 1808:28 UTC [0208:28 MYT] HCM ATCC | Thank you. | | |

45 of 164

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1809:26 UTC [0209:26 MYT] KL ATCC | Macam macam (xxx) [illegible] (words spoken in National Language) [Malay Language] |
| | | 1809:26 UTC [0209:26 MYT] Bangkok ATCC | Yes. |
| | | 1809:27 UTC [0209:27 MYT] KL ATCC | Okay estimate for you Air China Four Zero Four. |
| | | 1809:30 UTC [0209:30 MYT] HCM Bangkok AT | Four Zero Four yes. |
| | | 1809:32 UTC [0209:32 MYT] KL ATCC | Victor Kilo Bravo one eight four two flight level three four zero squawk two two one seven. |
| | | 1809:39 UTC [0209:39 MYT] Bangkok ATCC | One eight four two three four zero two two one seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1809:43 UTC [0209:43 MYT] KL ATCC | Affirm. |
| | | 1809:44 UTC [0209:44 MYT] Bangkok ATCC | Thank you. |
| | | 1809:44 UTC [0209:44 MYT] KL ATCC | Welcome. |
| | | 1809:57 UTC [0209:57 MYT] BUTTERWORTH | Go ahead sir. |
| | | 1809:58 UTC [0209:58 MYT] KL ATCC | Estimate Malaysian Six One Six Three. |
| | | 1810:00 UTC [0210:00 MYT] BUTTERWORTH | Standby. |
| | | 1810:02 UTC [0210:02 MYT] BUTTERWORTH | Six One Six Three go. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

47 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1810:04 UTC [0210:04 MYT] KL ATCC | Okay estimate Victor Papa Golf one niner one four flight level three six zero squawk six three four five. |
| | | 1810:11 UTC [0210:11 MYT] BUTTERWORTH | Six three four five thank you. |
| | | 1810:13 UTC [0210:13 MYT] KL ATCC | Welcome. |
| | | 1812:01 UTC [0212:01 MYT] HCM ATCC | Yeah Lumpur Ho Chi Minh. |
| | | 1812:02 UTC [0212:02 MYT] KL ATCC | Okay reference to Malaysian Three Eight Six. |
| | | 1812:05 UTC [0212:05 MYT] HCM ATCC | Yes. |

48 of 164

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1812:07 UTC [0212:07 MYT] KL ATCC | Okay due traffic transfer to you flight level three five zero higher from Ho Chi Minh. |
| | | 1812:11 UTC [0212:11 MYT] HCM ATCC | Three five zero. |
| | | 1812:12 UTC [0212:12 MYT] KL ATCC | Higher from you. |
| | | 1812:13 UTC [0212:13 MYT] HCM ATCC | Okay. |
| | | 1812:14 UTC [0212:14 MYT] KL ATCC | Okay. |
| | | 1812:15 UTC [0212:15 MYT] HCM ATCC | Okay. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| 1812:15 UTC [0212:15 MYT] KL ATCC | And then naa Malaysian Seven Five Zero still aah... Three Seven Zero still no information from us la. | | |
| 1812:22 UTC [0212:22 MYT] HCM ATCC | Ah No information. | | |
| 1812:23 UTC [0212:23 MYT] KL ATCC | Yea. | | |
| 1812:26 UTC [0212:26 MYT] HCM ATCC | Okay. | | |
| | | 1818:07 UTC [0218:07 MYT] Singapore ATCC | Singapore. |
| | | 1818:08 UTC [0218:08 MYT] KL ATCC | Okay reveision Thai Four Six Five. |
| | | 1818:11 UTC [0218:11 MYT] Singapore ATCC | Thai Four Six Five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1818:13 UTC [0218:13 MYT] KL ATCC | Okay squawk Six One One Six. |
| | | 1818:16 UTC [0218:16 MYT] Singapore ATCC | Copied. |
| | | 1818:18 UTC [0218:18 MYT] KL ATCC | Right. |
| 1818:50 UTC [0218:50 MYT] HCM ATCC | Helo. | | |
| 1818:51 UTC [0218:51 MYT] KL ATCC | Ho Chi Minh. | | |
| 1818:53 UTC [0218:53 MYT] HCM ATCC | Liau. | | |
| 1818:53 UTC [0218:53 MYT] KL ATCC | Okay the reference to Malaysian Three Seven Zero confirm you received the flight plan. | | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1819:02 UTC [0219:02 MYT] HCM ATCC | Affirm. | | |
| 1819:03 UTC [0219:03 MYT] KL ATCC | Okay aah... the flight plan suppose to be over Ho Chi Minh or over Cambodia. | | |
| 1819:10 UTC [0219:10 MYT] HCM ATCC | Originally over Ho Chi Minh. | | |
| 1819:12 UTC [0219:12 MYT] KL ATCC | Okay and then aircraft didn't enter Ho Chi Minh confirm. | | |
| 1819:18 UTC [0219:18 MYT] HCM ATCC | Aaah... According to the reord the aircraft passing that position IGARI disappear radar symbol. | | |
| 1819:26 UTC [0219:26 MYT] KL ATCC | Harhar. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

**DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER**

**DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER**

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1819:26 UTC [0219:26 MYT] HCM ATCC | Naaa...five minutes ... later. | | |
| 1819:30 UTC [0219:30 MYT] KL ATCC | Hmm hmm. | | |
| 1819:31 UTC [0219:31 MYT] HCM ATCC | Is gone and we try with many capacity to call him | | |
| 1819:36 UTC [0219:36 MYT] KL ATCC | No aft after IGARI confirm after IGARI you have lost radar contact after IGARI. | | |
| 1819:44 UTC [0219:44 MYT] HCM ATCC | After position BITOD. | | |
| 1819:46 UTC [0219:46 MYT] KL ATCC | BITOD aircraft aaah... lost radar contact. | | |
| 1819:50 UTC [0219:50 MYT] HCM ATCC | Aaah... disappeared. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1819:53 UTC [0219:53 MYT] KL ATCC | Disappeared okay. |
| 1819:56 UTC [0219:56 MYT] KL ATCC | Okay eer… |
| 1819:56 UTC [0219:56 MYT] HCM ATCC | Yeah. |
| 1819:57 UTC [0219:57 MYT] KL ATCC | And then…… the aircraft daa…still until now you don't have any radar contact. |
| 1820:02 UTC [0220:02 MYT] HCM ATCC | Not at all. |
| 1820:04 UTC [0220:04 MYT] KL ATCC | Not at all okay what about Ho Chi Minh aah… aah Cambodia. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|
| | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1820:09 UTC [0220:09 MYT] HCM ATCC | They said they have no information. | | |
| 1820:15 UTC [0220:15 MYT] KL ATCC | No information so you are takng radio failure action. | | |
| 1820:19 UTC [0220:19 MYT] HCM ATCC | Pardon. | | |
| 1820:20 UTC [0220:20 MYT] KL ATCC | You are taking necessary action for the aircraft. | | |
| 1820:24 UTC [0220:24 MYT] HCM ATCC | Position operation. | | |
| 1820:26 UTC [0220:26 MYT] KL ATCC | Those radio failure action and naa that action. | | |
| 1820:36 UTC [0220:36 MYT] HCM ATCC | What do you mean by that. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1820:38 UTC [0220:38 MYT] KL ATCC | No confirm that you are in contact with Malaysian Three Seven Zero now. | | |
| 1820:43 UTC [0220:43 MYT] HCM ATCC | Just one time. | | |
| 1820:45 UTC [0220:45 MYT] KL ATCC | Once only. | | |
| 1820:46 UTC [0220:46 MYT] HCM ATCC | Once but aah... by radar symbol. | | |
| 1820:51 UTC [0220:51 MYT] KL ATCC | I am asking radio contact. | | |
| 1820:55 UTC [0220:55 MYT] HCM ATCC | No voice. | | |
| 1820:56 UTC [0220:56 MYT] KL ATCC | No voice communi communication. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 1820:58 UTC [0220:58 MYT] HCM ATCC | Yeah. |
| 1820:59 UTC [0220:59 MYT] KL ATCC | Okay and daa… so you're your advice me when you receive aah any information about this aricraft. |
| 1821:09 UTC [0221:09 MYT] HCM ATCC | So far…is coming up three zero minutes and naa I afraid that something wrong with him but I don't know what. |
| 1821:21 UTC [0221:21 MYT] KL ATCC | Hmm okay according to the. |
| 1821:23 UTC [0221:23 MYT] HCM ATCC | Actually actually should be appear by radar. |
| 1821:27 UTC [0221:27 MYT] KL ATCC | Hmm… |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1821:28 UTC [0221:28 MYT] HCM ATCC | But then naa...Ho Chi Minh naaeight zero miles from Tan Tansonnhat but is something wrong nothing. | | |
| 1821:36 UTC [0221:36 MYT] KL ATCC | Nothing yet. | | |
| 1821:37 UTC [0221:37 MYT] HCM ATCC | Just radar…just aa… flight plan track you know what. | | |
| 1821:41 UTC [0221:41 MYT] KL ATCC | Just flight plan track only. | | |
| 1821:43 UTC [0221:43 MYT] HCM ATCC | Ah ha. | | |
| 1821:44 UTC [0221:44 MYT] KL ATCC | You confirm just flight plan track only. | | |
| 1821:47 UTC [0221:47 MYT] HCM ATCC | Just flight plan track only. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1821:51 UTC [0221:51 MYT] KL ATCC | Okay naa thank you advise me if you have any information. | | |
| 1821:56 UTC [0221:56 MYT] HCM ATCC | So so so you get the just daa you contact with the his company and na I think there's some like ah the internal call. | | |
| 1822:09 UTC [0222:09 MYT] KL ATCC | Aah no I already inform the company. | | |
| 1822:13 UTC [0222:13 MYT] HCM ATCC | Eer... ha. | | |
| 1822:14 UTC [0222:14 MYT] KL ATCC | Okay so the company already. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION<br>KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION<br>KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| **TIME &<br>SOURCE** | **CONTENT - MAS 370** | **TIME &<br>SOURCE** | **CONTENT - OTHER FLIGHTS** |
| 1822:15 UTC<br>[0222:15 MYT]<br>HCM ATCC | What did they say. | | |
| 1822:17 UTC<br>[0222:17 MYT]<br>KL ATCC | Nah I am not sure but the company already sent signal to the aircraft to contact relevant ATC unit. | | |
| 1822:24 UTC<br>[0222:24 MYT]<br>HCM ATCC | Yea but aa...I would like to know after IGARI have you received any signal or any voice contact or something like aah radar symbol. | | |
| 1822:38 UTC<br>[0222:38 MYT]<br>KL ATCC | Negative. | | |
| 1822:39 UTC<br>[0222:39 MYT]<br>HCM ATCC | Before you transfer to me. | | |
| 1822:40 UTC<br>[0222:40 MYT]<br>KL ATCC | Yea after after I transfer and then naa... we aa...I mean no other information after IGARI. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1822:49 UTC [0222:49 MYT] HCM ATCC | But before IGARI before in your airspace what aa… was it work. | | |
| 1822:55 UTC [0222:55 MYT] KL ATCC | It is working until IGARI. | | |
| 1822:58 UTC [0222:58 MYT] HCM ATCC | Working normally. | | |
| 1823:00 UTC [0223:00 MYT] KL ATCC | Affirm affirm working normal until IGARI. | | |
| 1823:03 UTC [0223:03 MYT] HCM ATCC | Yea … okay okay thank you. | | |
| 1823:05 UTC [0223:05 MYT] KL ATCC | Thank you. | 1823:55 UTC [0223:55 MYT] KL ATCC | Lumpur. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1823:56 UTC [0223:56 MYT] Bangkok ATCC | Ah Lumpur revision for Silk Air Five Zero Nine. |
| | | 1824:00 UTC [0224:00 MYT] KL ATCC | Silk Air Five Zero Niner go ahead. |
| | | 1824:03 UTC [0224:03 MYT] Bangkok ATCC | Flight level three niner zero. |
| | | 1824:05 UTC [0224:05 MYT] KL ATCC | Three niner zero copied. |
| | | 1830:37 UTC [0230:37 MYT] Singapore ATCC | Singapore. |
| | | 1830:38 UTC [0230:38 MYT] KL ATCC | Two estimate for you number one Silk Air Nine Three Seven. |
| | | 1830:42 UTC [0230:42 MYT] Singapore ATCC | Silk Air Nine Three Seven go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1830:44 UTC [0230:44 MYT] KL ATCC | Victor Papa Kilo one niner two niner flight level three niner zero squawk five one five one three. |
| | | 1830:50 UTC [0230:50 MYT] Singapore ATCC | Silk Air Niner Three Seven Victor Papa Kilo one niner two niner flight level three niner zero squawk one five one three. |
| | | 1830:56 UTC [0230:56 MYT] KL ATCC | Affirm next German Cargo Five Three Zero. |
| | | 1831:00 UTC [0231:00 MYT] Singapore ATCC | German Cargo Five Three Zero go ahead. |
| | | 1831:02 UTC [0231:02 MYT] KL ATCC | Victor Papa Kilo one niner three six flight level three five zero squawk six one one seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1831:08 UTC [0231:08 MYT] Singapore ATCC | German Cargo Five Three Zero Victor Papa Kilo one niner three six flight level three five zero squawk six one one seven. |
| | | 1831:14 UTC [0231:14 MYT] KL ATCC | Readback correct thank you. |
| | | 1831:15 UTC [0231:15 MYT] Singapore ATCC | Thank you. |
| 1834:56 UTC [0234:56 MYT] KL ATCC | Lumpur. | | |
| 1834:59 UTC [0234:59 MYT] KL ATCC | Lumpur. | | |
| 1835:01 UTC [0235:01 MYT] HCM ATCC | Helo request status of Malaysian Three Seven Zero. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1835:03 UTC [0235:03 MYT] KL ATCC | Okay go ahead. | | |
| 1835:05 UTC [0235:05 MYT] HCM ATCC | Do you have any information about it. | | |
| 1835:07 UTC [0235:07 MYT] KL ATCC | Eer negative yet but we are still trying to ask from MAS whether there is anyway to contact the aircraft. | | |
| 1835:17 UTC [0235:17 MYT] HCM ATCC | Aah Aah could you call your company company. | | |
| 1835:23 UTC [0235:23 MYT] KL ATCC | Yeah yeah…we are talking with the….my my supervisor my supervisor is talking with the airlines right now whether we can call this aircraft in any way maybe aah…there's another frequency for us … airlines frequency or what. | | |
| 1835:40 UTC [0235:40 MYT] HCM ATCC | Okay should you have any information. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1835:42 UTC [0235:42 MYT] KL ATCC | Yea... yea... will advise anyway have you check with other sector the next sector. | | |
| 1835:48 UTC [0235:48 MYT] HCM ATCC | Okay negative | | |
| 1835:51 UTC [0235:51 MYT] KL ATCC | Aah... no nobody nobody in contact with the aircraft aah okay okay alright | | |
| | | 1850:16 UTC [0250:16 MYT] KL ATCC | Lumpur. |
| | | 1850:18 UTC [0250:18 MYT] Singapore ATCC | Lumpur estimate Korean Air Three Eight Five. |
| | | 1850:22 UTC [0250:22 MYT] KL ATCC | Korean Air......okay Three Eight Five go. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1850:28 UTC [0250:28 MYT] Singapore ATCC | Affirm. |
| | | 1850:29 UTC [0250:29 MYT] KL ATCC | Go ahead. |
| | | 1850:31 UTC [0250:31 MYT] Singapore ATCC | PADLI two zero one four flight level three five zero squawk four one six seven. |
| | | 1850:36 UTC [0250:36 MYT] KL ATCC | Four one six seven flight level three five zero, PADLI two zero one four. |
| | | 1850:40 UTC [0250:40 MYT] Singapore ATCC | Thank you. |
| | | 1906:35 UTC [0306:35 MYT] KL ATCC | Singapore transfer Cebu Five Zero Two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1906:39 UTC [0306:39 MYT] Singapore ATCC | Five Zero Two go ahead. |
| | | 1906:41 UTC [0306:41 MYT] KL ATCC | Eer... Papa Kilo one nine two five flight level request three six zero squawk two one four three. |
| | | 1906:50 UTC [0306:50 MYT] Singapore ATCC | You said one nine two five flight level. |
| | | 1906:55 UTC [0306:55 MYT] KL ATCC | Three six zero November Eight Eight Four squawk two one zero. |
| | | 1907:01 UTC [0307:01 MYT] Singapore ATCC | Two one four three flight level three six zero Five Zero Two climb to flight level two niner zero. |
| | | 1907:09 UTC [0307:09 MYT] KL ATCC | Thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1907:11 UTC [0307:11 MYT] Singapore ATCC | And I have two for you. |
| | | 1907:12 UTC [0307:12 MYT] KL ATCC | Okay. |
| | | 1907:14 UTC [0307:14 MYT] Singapore ATCC | Malaysian Three Eight One. |
| | | 1907:16 UTC [0307:16 MYT] KL ATCC | Yea. |
| | | 1907:18 UTC [0307:18 MYT] Singapore ATCC | TAXUL two two zero seven flight level three five zero three one one two seven. |
| | | 1907:23 UTC [0307:23 MYT] KL ATCC | Three one two seven three five zero TAXUL two two zero seven next. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1907:31 UTC [0307:31 MYT] Singapore ATCC | Asian Express One One Zero Nine. |
| | | 1907:34 UTC [0307:34 MYT] KL ATCC | Go ahead. |
| | | 1907:36 UTC [0307:36 MYT] Singapore ATCC | TAXUL two zero four zero flight level three five zero squawk three one three zero. |
| | | 1907:41 UTC [0307:41 MYT] KL ATCC | Three one three zero three three five zero SABTO two zero four zero Zero One Niner thank you. |
| | | 1907:46 UTC [0307:46 MYT] Singapore ATCC | Thank you. |
| | | 1919:09 UTC [0319:09 MYT] KL ATCC | Lumpur. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1919:10 UTC [0319:10 MYT] Bangkok ATCC | Estimate Singapore Six Seven. |
| | | 1919:12 UTC [0319:12 MYT] KL ATCC | Singapore Six Seven go ahead. |
| | | 1919:15 UTC [0319:15 MYT] Bangkok ATCC | Kota Bahru two zero one eight flight level three five zero squawk one two zero one two four and next revision Singapore Four Four Seven. |
| | | 1919:24 UTC [0319:24 MYT] KL ATCC | Go ahead. |
| | | 1919:25 UTC [0319:25 MYT] Bangkok ATCC | Time two zero one six. |
| | | 1919:29 UTC [0319:29 MYT] KL ATCC | One six and Singapore Six Seven estimate two zero one eight level three five zero squawk one two zero one two four. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1919:36 UTC [0319:36 MYT] Bangkok ATCC | Negative two zero zero eight. |
| | | 1919:38 UTC [0319:38 MYT] KL ATCC | Two zero zero eight level three five zero one two zero four. |
| | | 1926:36 UTC [0326:36 MYT] KL ATCC | Lumpur. |
| | | 1926:37 UTC [0326:37 MYT] Bangkok ATCC | Revision Singapore Six Seven. |
| | | 1926:39 UTC [0326:39 MYT] KL ATCC | Yes. |
| | | 1926:40 UTC [0326:40 MYT] Bangkok ATCC | Revise final three seven zero. |
| | | 1926:42 UTC [0326:42 MYT] KL ATCC | Three seven zero two zero zero eight. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1928:03 UTC [0328:03 MYT] Singapore ATCC | Lumpur Singapore. |
| | | 1928:04 UTC [0328:04 MYT] KL ATCC | Three transfer Papa Kilo for you first one Silk Air Five Zero Niner. |
| | | 1928:11 UTC [0328:11 MYT] Singapore ATCC | Say again Silk Air. |
| | | 1928:12 UTC [0328:12 MYT] KL ATCC | Five Zero Niner. |
| | | 1928:14 UTC [0328:14 MYT] Singapore ATCC | Standby. |
| | | 1928:18 UTC [0328:18 MYT] Singapore ATCC | Silk Air Five Zero Niner request the flight plan detail. |
| | | 1928:23 UTC [0328:23 MYT] KL ATCC | Eer Yangon to Singapore Airbus Three Twenty. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1928:29 UTC [0328:29 MYT] Singapore ATCC | Eer from where to Singapore. |
| | | 1928:31 UTC [0328:31 MYT] KL ATCC | Aah Victor Yankee Yankee Yankee . |
| | | 1928:36 UTC [0328:36 MYT] Singapore ATCC | Standby. |
| | | 1928:43 UTC [0328:43 MYT] Singapore ATCC | I select (xxx) (xxx) [illegible] Victor Papa Kilo. |
| | | 1928:45 UTC [0328:45 MYT] KL ATCC | Victor Papa Kilo two zero zero five flight level three niner zero squawk seven four zero two. |
| | | 1928:53 UTC [0328:53 MYT] Singapore ATCC | Seven four zero two flight level three niner zero Victor Papa Kilo two zero zero five Silk Air Five Zero Nine is it. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1928:59 UTC [0328:59 MYT] KL ATCC | Okay next Singapore Four Four Seven. |
| | | 1929:02 UTC [0329:02 MYT] Singapore ATCC | Go ahead. |
| | | 1929:03 UTC [0329:03 MYT] KL ATCC | Victor Papa Kilo two zero three niner flight level three niner zero squawk four seven five one. |
| | | 1929:12 UTC [0329:12 MYT] Singapore ATCC | Four seven five one flight level three niner zero Victor Papa Kilo two zero three niner Singapore Four Four Seven. |
| | | 1929:18 UTC [0329:18 MYT] KL ATCC | Last one Singapore Six Seven. |
| | | 1929:20 UTC [0329:20 MYT] Singapore ATCC | Go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1929:21 UTC [0329:21 MYT] KL ATCC | Two zero two zero flight level three seven zero, squawk one two one four. |
| | | 1929:28 UTC [0329:28 MYT] Singapore ATCC | One two one four, flight level three seven zero, Victor Papa Kilo two zero three three zero, Singapore Six Seven. |
| | | 1929:33 UTC [0329:33 MYT] KL ATCC | That's all for now thank you. |
| | | 1929:36 UTC [0329:36 MYT] Singapore ATCC | And Xanadu Three Seven Seven request descend can I descend to flight level three six zero. |
| | | 1929:40 UTC [0329:40 MYT] KL ATCC | Three six zero roger thank you. |
| 1930:03 UTC [0330:03 MYT] HCM ATCC | Kuala Lumpur Ho Chi Minh. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1930:05 UTC [0330:05 MYT] KL ATCC | Ho Chi Minh okay aa… do you have any news on Malaysian Three Seven Zero. | | |
| 1930:10 UTC [0330:10 MYT] HCM ATCC | Aaa… not yet. | | |
| 1930:11 UTC [0330:11 MYT] KL ATCC | Okay can you check with the next FIR Hainan. | | |
| 1930:16 UTC [0330:16 MYT] HCM ATCC | Okay we are checking now with Sanya. | | |
| 1930:18 UTC [0330:18 MYT] KL ATCC | Okay I advise aa… I mean aa… according to the company aircraft should be around Hainan at this time. | | |
| 1930:28 UTC [0330:28 MYT] HCM ATCC | Yes. | | |
| 1930:28 UTC [0330:28 MYT] KL ATCC | Okay can you check whether. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 1930:30 UTC [0330:30 MYT] HCM ATCC | What daa what daa the company they said aah. | | |
| 1930:32 UTC [0330:32 MYT] KL ATCC | Company said according to the flight plan daa... the what we call the departure time they don't have any information they don't have any information. | | |
| 1930:45 UTC [0330:45 MYT] HCM ATCC | That according to the flight plan route. | | |
| 1930:47 UTC [0330:47 MYT] KL ATCC | Flight plan route aircraft should be around Hainan at this moment. | | |
| 1930:51 UTC [0330:51 MYT] HCM ATCC | Yes but you still now they not yet in contact from the aircraft. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1930:55 UTC [0330:55 MYT] KL ATCC | Okay they don't have any information can you check with Hainan whether they have any radar contact with this aircraft or any other information radio or radar contact. | | |
| 1931:04 UTC [0331:04 MYT] HCM ATCC | Yes okay I will check. | | |
| 1931:07 UTC [0331:07 MYT] KL ATCC | Okay and then call us back can you inform Lumpur please. | | |
| 1931:11 UTC [0331:11 MYT] HCM ATCC | Yes sure if we have any information . | | |
| 1931:13 UTC [0331:13 MYT] KL ATCC | Okay. | | |
| 1931:13 UTC [0331:13 MYT] HCM ATCC | We call you back thank you. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 1931:14 UTC [0331:14 MYT] KL ATCC | Okay alright thank you | | |
| | | 1934:37 UTC [0334:37 MYT] KL ATCC | Yeah. |
| | | 1934:38 UTC [0334:38 MYT] Singapore ATCC | Lumpur transfer China Eastern Five Zero Niner Four. |
| | | 1934:41 UTC [0334:41 MYT] KL ATCC | Five Zero Niner Four go ahead. |
| | | 1934:44 UTC [0334:44 MYT] Singapore ATCC | Victor Papa Kilo one niner four niner request flight level three four zero squawk two two one zero. |
| | | 1934:51 UTC [0334:51 MYT] KL ATCC | Two two one zero six zero one nine four nine two eight zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

# DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

# DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1935:03 UTC [0335:03 MYT] Singapore ATCC | Helo. |
| | | 1935:05 UTC [0335:05 MYT] Singapore ATCC | Aa helo give again the level. |
| | | 1935:07 UTC [0335:07 MYT] KL ATCC | Two eight zero initially. |
| | | 1935:08 UTC [0335:08 MYT] Singapore ATCC | Two eight zero. |
| | | 1936:49 UTC [0336:49 MYT] Bangkok ATCC | Yes. |
| | | 1936:50 UTC [0336:50 MYT] KL ATCC | Transfer Kota Bahru China Eastern Five Zero Niner Four. |
| | | 1936:54 UTC [0336:54 MYT] Bangkok ATCC | Go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 1936:56 UTC [0336:56 MYT] KL ATCC | Baba Victor Kilo Bravo two zero one three flight level three four zero squawk two two one zero. |
| | | 1937:02 UTC [0337:02 MYT] Bangkok ATCC | You are very weak say again please. |
| | | 1937:04 UTC [0337:04 MYT] KL ATCC | Helo okay aa... how do you read now. |
| | | 1937:06 UTC [0337:06 MYT] Bangkok ATCC | Now better. |
| | | 1937:08 UTC [0337:08 MYT] KL ATCC | Kota Bahru two zero one three flight level three four zero squawk two two one zero. |
| | | 1937:13 UTC [0337:13 MYT] Bangkok ATCC | Two two one zero two zero one three thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

**DIRECT LINE COORDINATION COMMUNICATION**
**KL ATCC SECTOR 3+5 PLANNER**

**DIRECT LINE COORDINATION COMMUNICATION**
**KL ATCC SECTOR 3+5 PLANNER**

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1937:16 UTC [0337:16 MYT] KL ATCC | Welcome. |
| | | 1944:00 UTC [0344:00 MYT] KL ATCC | Lumpur. |
| | | 1944:02 UTC [0344:02 MYT] Singapore ATCC | Lumpur revision Asian Express One Zero One Niner. |
| | | 1944:05 UTC [0344:05 MYT] KL ATCC | Yes. |
| | | 1944:06 UTC [0344:06 MYT] Singapore ATCC | Revise flight level three seven zero. |
| | | 1944:08 UTC [0344:08 MYT] KL ATCC | Three seven zero copied. |
| | | 1944:11 UTC [0344:11 MYT] Singapore ATCC | Thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

83 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1949:10 UTC [0349:10 MYT] KL ATCC | Lumpur Sector Five aah Sector Three. |
| | | 1949:13 UTC [0349:13 MYT] Singapore ATCC | Aa estimate for Thai Four Six Two. |
| | | 1949:16 UTC [0349:16 MYT] KL ATCC | Thai Four Six Two go ahead. |
| | | 1949:19 UTC [0349:19 MYT] Singapore ATCC | Estimate TIDAR two one one seven flight level three eight zero squawk one three two zero. |
| | | 1949:24 UTC [0349:24 MYT] KL ATCC | One seven three eight zero two one one seven TIDAR Thai Four Six Two. |
| | | 1949:30 UTC [0349:30 MYT] Singapore ATCC | Correct one three two zero. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 1949:31 UTC [0349:31 MYT] KL ATCC | One three two zero copied. |
| | | 1949:34 UTC [0349:34 MYT] Singapore ATCC | Thank you. |
| | | 1952:06 UTC [0352:06 MYT] Bangkok ATCC | Yeah. |
| | | 1952:06 UTC [0352:06 MYT] KL ATCC | TIDAR estimate Thai Four Six Two. |
| | | 1952:11 UTC [0352:11 MYT] Bangkok ATCC | Four Six Two go ahead. |
| | | 1952:12 UTC [0352:12 MYT] KL ATCC | Two one one seven flight level three eight zero squawk one three two zero. |
| | | 1952:17 UTC [0352:17 MYT] Bangkok ATCC | One three two seven and then. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 1952:20 UTC [0352:20 MYT] KL ATCC | Aaa only one. |
| | | 1952:21 UTC [0352:21 MYT] Bangkok ATCC | Copied. |
| | | 1952:22 UTC [0352:22 MYT] KL ATCC | Okay thank you. |
| | | 2011:45 UTC [0411:45 MYT] KL ATCC | Lumpur. |
| | | 2011:46 UTC [0411:46 MYT] Bangkok ATCC | Estimate Singapore Three Two Five. |
| | | 2011:49 UTC [0411:49 MYT] KL ATCC | Three Two Five go. |
| | | 2011:51 UTC [0411:51 MYT] Bangkok ATCC | Kota Bahru two one one one flight level three niner squawk three zero zero six and then. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2012:00 UTC [0412:00 MYT] KL ATCC | Two Zero go ahead. |
| | | 2012:01 UTC [0412:01 MYT] Bangkok ATCC | Two zero two three flight level three seven zero squawk zero five one five and then Singapore Five One Seven. |
| | | 2012:08 UTC [0412:08 MYT] KL ATCC | Go. |
| | | 2012:09 UTC [0412:09 MYT] Bangkok ATCC | Two one three eight flight level three nine zero. |
| | | 2012:12 UTC [0412:12 MYT] KL ATCC | Standby stnadby Singapore. |
| | | 2012:13 UTC [0412:13 MYT] Bangkok ATCC | Singapore Two Five. |
| | | 2012:14 UTC [0412:14 MYT] KL ATCC | Singapore Two Five go ahead. |

87 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2012:17 UTC [0412:17 MYT] Bangkok ATCC | Helo. |
| | | 2012:18 UTC [0412:18 MYT] KL ATCC | Yea Singapore Two Five go ahead. |
| | | 2012:20 UTC [0412:20 MYT] Bangkok ATCC | Negative Singapore Two Five. |
| | | 2012:21 UTC [0412:21 MYT] KL ATCC | Then. |
| | | 2012:22 UTC [0412:22 MYT] Bangkok ATCC | Transfer. |
| | | 2012:25 UTC [0412:25 MYT] KL ATCC | The callsign. |
| | | 2012:27 UTC [0412:27 MYT] Bangkok ATCC | Singapore Five One Seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2012:28 UTC [0412:28 MYT] KL ATCC | Singapore. |
| | | 2012:30 UTC [0412:30 MYT] Bangkok ATCC | Five One Seven. |
| | | 2012:31 UTC [0412:31 MYT] KL ATCC | Five One Seven go ahead Kota Bharu. |
| | | 2012:34 UTC [0412:34 MYT] Bangkok ATCC | Two one three eight three five zero zero four zero two five. |
| | | 2012:38 UTC [0412:38 MYT] KL ATCC | Two one three eight three five zero squawk again. |
| | | 2012:42 UTC [0412:42 MYT] Bangkok ATCC | Zero four two five. |
| | | 2012:43 UTC [0412:43 MYT] KL ATCC | Zero four two five okay thank you. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2012:46 UTC [0412:46 MYT] Bangkok ATCC | Three nine zero. |
| | | 2012:49 UTC [0412:49 MYT] KL ATCC | Three nine zero okay roger. |
| | | 2016:11 UTC [0416:11 MYT] | **Direct ringing until 2016:59 UTC [0416:59 MYT]** |
| | | 2016:59 UTC [0416:59 MYT] KL ATCC | Halo. |
| | | 2017:01 UTC [0417:01 MYT] Singapor ATCC | (xxx) (xxx) [illegible] Malaysian Three Eight One aircraft request direct to PIBOS. |
| | | 2017:06 UTC [0417:06 MYT] KL ATCC | Direct PIBOS. |
| | | 2017:09 UTC [0417:09 MYT] Singapor ATCC | Sorry sir. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2017:10 UTC [0417:10 MYT] KL ATCC | Aproved. |
| | | 2017:12 UTC [0417:12 MYT] KL ATCC | Halo. |
| | | 2017:15 UTC [0417:15 MYT] Singapor ATCC | Halo. |
| | | 2017:16 UTC [0417:16 MYT] KL ATCC | Yes PIBOS approved. |
| | | 2017:18 UTC [0417:18 MYT] Singapor ATCC | Thank you. |
| | | 2017:19 UTC [0417:19 MYT] KL ATCC | Three transfer for you. |
| | | 2017:21 UTC [0417:21 MYT] Singapor ATCC | Okay go ahead please. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2017:23 UTC [0417:23 MYT] KL ATCC | Singapore Three Four Five Papa Kilo. |
| | | 2017:27 UTC [0417:27 MYT] Singapor ATCC | Three Four Five yes sir go ahead please. |
| | | 2017:29 UTC [0417:29 MYT] KL ATCC | Two one three three flight level three niner zero squawk three zero zero six. |
| | | 2017:37 UTC [0417:37 MYT] Singapor ATCC | Squawk three zero zero six two one three three Singapore Three Four Five. |
| | | 2017:45 UTC [0417:45 MYT] KL ATCC | Affirm next. |
| | | 2017:47 UTC [0417:47 MYT] Singapor ATCC | Go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2017:47 UTC [0417:47 MYT] KL ATCC | Jet Airway Two Zero. |
| | | 2017:50 UTC [0417:50 MYT] Singapor ATCC | Jet Airway wait a second aah… |
| | | 2017:59 UTC [0417:59 MYT] Singapor ATCC | Jet Airway Two Zero Victor Papa Kilo. |
| | | 2018:02 UTC [0418:02 MYT] KL ATCC | Two one four six flight level three seven zerosquawk zero five one five. |
| | | 2018:09 UTC [0418:09 MYT] Singapor ATCC | Two four five five. |
| | | 2018:11 UTC [0418:11 MYT] KL ATCC | Zero five one five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION | | DIRECT LINE COORDINATION COMMUNICATION |
| | KL ATCC SECTOR 3+5 PLANNER | | KL ATCC SECTOR 3+5 PLANNER |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| --- | --- | --- | --- |
| | | 2018:14 UTC [0418:14 MYT] Singapor ATCC | My error there sorry about that zero five one five flight level. |
| | | 2018:21 UTC [0418:21 MYT] KL ATCC | Three seven zero. |
| | | 2018:23 UTC [0418:23 MYT] Singapor ATCC | VPK two one four six flight level three even zero Jet Airway Two Zero thank you next. |
| | | 2018:29 UTC [0418:29 MYT] KL ATCC | Jet Airway squawk zero five one five. |
| | | 2018:33 UTC [0418:33 MYT] Singapor ATCC | Jet Airway one fivethank you. |
| | | 2018:37 UTC [0418:37 MYT] KL ATCC | Negative negative Jet Airway Two Zero squawk zero five one five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2018:44 UTC [0418:44 MYT] Singapor ATCC | Jet Airway. |
| | | 2018:50 UTC [0418:50 MYT] Singapor ATCC | Jet Airway Two Zero the transponder is zero five. |
| | | 2018:54 UTC [0418:54 MYT] KL ATCC | One five. |
| | | 2018:55 UTC [0418:55 MYT] Singapor ATCC | Zero five one five got it now and next. |
| | | 2018:59 UTC [0418:59 MYT] KL ATCC | Singapore Five One Seven. |
| | | 2019:05 UTC [0419:05 MYT] Singapor ATCC | Yes sir. |
| | | 2019:06 UTC [0419:06 MYT] KL ATCC | Two one five eight flight level three niner zero squawk zero four two five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2019:14 UTC [0419:14 MYT] Singapor ATCC | Zero four two five flight level three nine zero VPK two one five eight Singapore Five One Seven. |
| | | 2019:23 UTC [0419:23 MYT] KL ATCC | Affirm thank you. |
| | | 2019:25 UTC [0419:25 MYT] Singapor ATCC | Okay thank you. |
| | | 2020:19 UTC [0420:19 MYT] KL ATCC | Yeah Lumpur. |
| | | 2020:20 UTC [0420:20 MYT] Singapor ATCC | Lumpur very sorry this aah Singapore Five One Seven what is the transponder again I lost from my system. |
| | | 2020:27 UTC [0420:27 MYT] KL ATCC | Eer Singapore Five One Seven Papa Kilo two one five eight. |

96 of 164

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2020:34 UTC [0420:34 MYT] Singapor ATCC | Sir transponder code. |
| | | 2020:35 UTC [0420:35 MYT] KL ATCC | Transponder zero four two five. |
| | | 2020:38 UTC [0420:38 MYT] Singapor ATCC | Okay sir thank you very much. |
| | | 2020:39 UTC [0420:39 MYT] KL ATCC | Alright. |
| | | 2036:14 UTC [0436:14 MYT] KL ATCC | Helo. |
| | | 2036:15 UTC [0436:15 MYT] Singapore ATCC | Lumpur transfer Xanadu Five Two Three. |
| | | 2036:20 UTC [0436:20 MYT] KL ATCC | Xanadu Five Two Three go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2036:24 UTC [0436:24 MYT] Singapore ATCC | Xanadu Five Two Three Victor Papa Kilo two two one seven flight level three nine zero squawk three six five one. |
| | | 2036:34 UTC [0436:34 MYT] KL ATCC | Three six five one okay ni next. |
| | | 2036:40 UTC [0436:40 MYT] KL ATCC | Only one aah. |
| | | 2036:40 UTC [0436:40 MYT] Singapore ATCC | Just wait a second aah. |
| | | 2036:46 UTC [0436:46 MYT] Singapore ATCC | Xanadu VPK two two one even. |
| | | 2036:49 UTC [0436:49 MYT] KL ATCC | Okay only one naa. |

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2036:51 UTC [0436:51 MYT] Singapore ATCC | Yes sir. |
| | | 2036:52 UTC [0436:52 MYT] KL ATCC | Okay transfer Papa Kilo Gading Sari Five Thre Zero Four. |
| | | 2036:57 UTC [0436:57 MYT] Singapore ATCC | Gading Sari Five Thre Zero Four go ahead sir. |
| | | 2037:02 UTC [0437:02 MYT] KL ATCC | Two zero five four request three three zero squawk two one three five. |
| | | 2037:09 UTC [0437:09 MYT] Singapore ATCC | Two one three five request flight level three three zero confirm. |
| | | 2037:12 UTC [0437:12 MYT] KL ATCC | Affirm. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

99 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2037:14 UTC [0437:14 MYT] Singapore ATCC | Okay climb to flight level two niner zero for Gading Sari Three Zero Four. |
| | | 2037:20 UTC [0437:20 MYT] KL ATCC | Okay thank you. |
| | | 2037:21 UTC [0437:21 MYT] Singapore ATCC | Thank you. |
| | | 2045:14 UTC [0445:14 MYT] KL ATCC | Lumpur. |
| | | 2045:15 UTC [0445:15 MYT] Bangkok ATCC | I got revision Singapore Five One Seven. |
| | | 2045:17 UTC [0445:17 MYT] KL ATCC | Aah go ahead. |
| | | 2045:19 UTC [0445:19 MYT] Bangkok ATCC | Two one three two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2045:21 UTC [0445:21 MYT] KL ATCC | Two one three two. |
| | | 2045:23 UTC [0445:23 MYT] Bangkok ATCC | Thank you Bangkok. |
| | | 2045:37 UTC [0445:37 MYT] Singapore ATCC | Singapore. |
| | | 2045:38 UTC [0445:38 MYT] KL ATCC | Okay revision Singapore Five One Seven. |
| | | 2045:43 UTC [0445:43 MYT] Singapore ATCC | Helo. |
| | | 2045:44 UTC [0445:44 MYT] KL ATCC | Halo how do you read? |
| | | 2045:46 UTC [0445:46 MYT] Singapore ATCC | Very weak. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2045:47 UTC [0445:47 MYT] KL ATCC | Okay Singapore Five One Seven revise time two one five two.. |
| | | 2045:52 UTC [0445:52 MYT] Singapore ATCC | Two one five two and we are having some problem with zero four two five for his transponer. |
| | | 2045:58 UTC [0445:58 MYT] KL ATCC | Yes. |
| | | 2045:59 UTC [0445:59 MYT] Singapore ATCC | Reset zero four two six. |
| | | 2046:02 UTC [0446:02 MYT] KL ATCC | Zero four two six okay calling you at zero four two six aah. |
| | | 2046:08 UTC [0446:08 MYT] Singapore ATCC | Yes sir. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2046:09 UTC [0446:09 MYT] KL ATCC | Alright thank you. |
| | | 2046:10 UTC [0446:10 MYT] Singapore ATCC | Okay thank you. |
| | | 2103:09 UTC [0503:09 MYT] Singapore ATCC | Singapore. |
| | | 2103:10 UTC [0503:10 MYT] KL ATCC | Transfer Papa Kilo Gading Sari. |
| | | 2103:17 UTC [0503:17 MYT] KL ATCC | No sound la over here. |
| | | 2103:20 UTC [0503:20 MYT] Singapore ATCC | Gading Sari Three Zero Six go ahead. |
| | | 2103:22 UTC [0503:22 MYT] KL ATCC | Two one one eight flight level three three zero squawk two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

# DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2103:29 UTC [0503:29 MYT] Singapore ATCC | Two one two two one five eight requesting flight level three three zero for Gading Five Zero Six. |
| | | 2103:36 UTC [0503:36 MYT] KL ATCC | Affirm. |
| | | 2103:38 UTC [0503:38 MYT] Singapore ATCC | Climb to flight level two nine zero first. |
| | | 2103:43 UTC [0503:43 MYT] KL ATCC | Okay two niner zero any transfer. |
| | | 2103:45 UTC [0503:45 MYT] Singapore ATCC | Revision for you. |
| | | 2103:46 UTC [0503:46 MYT] KL ATCC | Okay go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2103:47 UTC [0503:47 MYT] Singapore ATCC | (xxx) (xxx) [illegible] one is revision of China Five Two Three. |
| | | 2103:52 UTC [0503:52 MYT] KL ATCC | Five Two Three yes. |
| | | 2103:54 UTC [0503:54 MYT] Singapore ATCC | It should be PADLI two two one seven. |
| | | 2103:58 UTC [0503:58 MYT] KL ATCC | PADLI okay roger. |
| | | 2104:00 UTC [0504:00 MYT] Singapore ATCC | And then the Thai Peace Niner Two zero. |
| | | 2104:04 UTC [0504:04 MYT] KL ATCC | Nine Two Zero Thai Peace three letter word. |
| | | 2104:08 UTC [0504:08 MYT] Singapore ATCC | And the Bravo Charlie Charlie Niner Two Zero. |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS | |
| | | 210411 UTC [0504:11 MYT] KL ATCC | Aah okay clear. | |
| | | 2104:14 UTC [0504:14 MYT] KL ATCC | Victor Papa Kilo confirm. | |
| | | 2104:17 UTC [0504:17 MYT] Singapore ATCC | Two one yes sir. | |
| | | 2104:19 UTC [0504:19 MYT] KL ATCC | Go ahead. | |
| | | 2104:20 UTC [0504:20 MYT] Singapore ATCC | Victor Papa Kilo two one five two flight level two eight zero squawk two three four two. | |
| | | 2104:27 UTC [0504:27 MYT] KL ATCC | Two three four two roger and the you are calling from Singapore three P right. | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | | |
|---|---|---|
| **DIRECT LINE COORDINATION COMMUNICATION** | | **DIRECT LINE COORDINATION COMMUNICATION** |
| **KL ATCC SECTOR 3+5 PLANNER** | | **KL ATCC SECTOR 3+5 PLANNER** |
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |

(rearranged below)

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|
| 2104:33 UTC [0504:33 MYT] Singapore ATCC | Aah no is a overflight. |
| 2104:36 UTC [0504:36 MYT] KL ATCC | Oo no I mean your you're your. |
| 2104:38 UTC [0504:38 MYT] Singapore ATCC | The flight from Jakarta to Bangkok. |
| 2104:41 UTC [0504:41 MYT] KL ATCC | I mean your number that mean that Singapore Sector Eight or Singapore Three P. |
| 2104:47 UTC [0504:47 MYT] Singapore ATCC | Aah I am Singapore Sector Three. |
| 2104:49 UTC [0504:49 MYT] KL ATCC | Sector Three aah okay because I got no (xxx) [illegible] |
| 2104:52 UTC [0504:52 MYT] Singapore ATCC | (xxx) (xxx) [illegible] |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2104:53 UTC [0504:53 MYT] KL ATCC | Alright. |
| | | 2106:32 UTC [0506:32 MYT] Bangkok ATCC | Go ahead. |
| | | 2106:33 UTC [0506:33 MYT] KL ATCC | Kota Bharu Thai Peace Niner Two Zero. |
| | | 2106:37 UTC [0506:37 MYT] Bangkok ATCC | Thai Peace Nine Two Zero standby. |
| | | 2106:46 UTC [0506:46 MYT] Bangkok ATCC | Go ahead. |
| | | 2106:47 UTC [0506:47 MYT] KL ATCC | Kota Bharu two two one four flight level three eight zero squawk … helo. |
| | | 2107:29 UTC [0507:29 MYT] Bangkok ATCC | Helo. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2107:30 UTC [0507:30 MYT] KL ATCC | Okay Thai Peace Niner Two Zero. |
| | | 2107:33 UTC [0507:33 MYT] Bangkok ATCC | Yes Kota Bahru two two one four two eight zero what is transponder. |
| | | 2107:38 UTC [0507:38 MYT] KL ATCC | Two three four two. |
| | | 2107:39 UTC [0507:39 MYT] Bangkok ATCC | Okay. |
| | | 2107:40 UTC [0507:40 MYT] KL ATCC | Okay. |
| 2109:13 UTC [0509:13 MYT] KL ATCC | Lumpur. | | |
| 2109:14 UTC [0509:14 MYT] Singapore ATCC | Lumpur aa I am calling on behalf of Hong Kong ACC. | | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2109:19 UTC [0509:19 MYT] KL ATCC | Okay. | | |
| 2109:20 UTC [0509:20 MYT] Singapore ATCC | They are requesting for aircraft Malaysian Three Seven Zero. | | |
| 2109:23 UTC [0509:23 MYT] KL ATCC | Okay. | | |
| 2109:23 UTC [0509:23 MYT] Singapore ATCC | Confirm you were in contact with the aircraft previously. | | |
| 2109:26 UTC [0509:26 MYT] KL ATCC | Okay from our departure. | | |
| 2109:30 UTC [0509:30 MYT] Singapore ATCC | Affirm. | | |
| 2109:31 UTC [0509:31 MYT] KL ATCC | Aah... in contact until we transferred at IGARI. | | |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

DIRECT LINE COORDINATION COMMUNICATION
KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2109:35 UTC [0509:35 MYT] Singapore ATCC | Hmm hmm. | | |
| 2109:36 UTC [0509:36 MYT] KL ATCC | After that no contact we got the infor from IGARI aah they not in contact with the aircraft at... time er... after we transferred it the IGARI time was one seven two two. | | |
| 2110:01 UTC [0510:01 MYT] Singapore ATCC | Okay. | | |
| 2110:01 UTC [0510:01 MYT] KL ATCC | And and the Ho Chi Minh told us at around one negative contact with (xxx) (xxx) [illegible] one eight one zero. | | |
| 2110:16 UTC [0510:16 MYT] Singapore ATCC | At one eight one zero Ho Chi Minh called you to say negative contact. | | |
| 2110:19 UTC [0510:19 MYT] KL ATCC | Yes and we've been trying to check with Ho Chi Minh. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 2110:24 UTC [0510:24 MYT] Singapore ATCC | Aah aah. |
| 2110:25 UTC [0510:25 MYT] KL ATCC | Of the aircraft because we check with eer the MAS operations they said they are not able to… aa… no comm with them. |
| 2110:41 UTC [0510:41 MYT] KL ATCC | They. |
| 2110:41 UTC [0510:41 MYT] Singapore ATCC | Confirm the Malaysian Airlines on the ground also no contact with Malaysian Three Seven Zero. |
| 2110:45 UTC [0510:45 MYT] KL ATCC | Yes. |
| 2110:47 UTC [0510:47 MYT] Singapore ATCC | Yes aah. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 |
|---|---|
| 2110:48 UTC [0510:48 MYT] KL ATCC | Yes. |
| 2110:49 UTC [0510:49 MYT] Singapore ATCC | Aah and the aircraft is no longer on your frequency one three four two five. |
| 2110:53 UTC [0510:53 MYT] KL ATCC | Affirm at time one seven two two we transferred the aircraft to Ho Chi Minh. |
| 2111:00 UTC [0511:00 MYT] Singapore ATCC | Aha at one seven two two was the aircraft still on radar. |
| 2111:04 UTC [0511:04 MYT] KL ATCC | Affirm |
| 2111:07 UTC [0511:07 MYT] Singapore ATCC | Okay. |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2111:08 UTC [0511:08 MYT] KL ATCC | So... aah or from aa... Hong Kong or... any update from Hong Kong. | | |
| 2111:13 UTC [0511:13 MYT] Singapore ATCC | No Hong Kong is requesting er any update on this aircraft. | | |
| 2111:17 UTC [0511:17 MYT] KL ATCC | Okay eer... if they are calling you again aa... can you update us. | | |
| 2111:26 UTC [0511:26 MYT] Singapore ATCC | Okay copied. | | |
| 2111:27 UTC [0511:27 MYT] KL ATCC | Okay thank you. | | |
| | | 2129:55 UTC [0529:55 MYT] KL ATCC | Singapore. |

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

# DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2129:58 UTC [0529:58 MYT] Singapore ATCC | Lumpur. |
| | | 2129:59 UTC [0529:59 MYT] KL ATCC | Yeah halo. |
| | | 2130:00 UTC [0530:00 MYT] Singapore ATCC | Transfer for you Xanadu Six One correction Three Three One. |
| | | 2130:06 UTC [0530:06 MYT] KL ATCC | Three Three One go ahead. |
| | | 2130:08 UTC [0530:08 MYT] Singapore ATCC | Xanadu Three Three One TAXUL two two four four flight level three six zero squawk six three six six. |
| | | 2130:18 UTC [0530:18 MYT] KL ATCC | Okay only one aaa. |
| | | 2130:20 UTC [0530:20 MYT] Singapore ATCC | Yeah only one lah. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2130:21 UTC [0530:21 MYT] KL ATCC | Alright thank you. |
| | | 2130:23 UTC [0530:23 MYT] Singapore ATCC | Thank you. |
| 2134:47 UTC [0534:47 MYT] | *Planner telephone ringing answered by AAT at 2134:47 UTC [0534:56 MYT]* **This conversation was conducted in National Language that is Malay Language** | | |
| 2134:56 UTC [0534:56 MYT] AAT | Halo | | |
| 2134:57 UTC [0534:57 MYT] Sec 3+5 Planner | Yang tadi Malaysian Three Seven Zero tu eer… kau boleh follow dia punya radio for transmission dari departure terus sampai kita… transferred boleh tak. | | |
| 2135:11 UTC [0535:11 MYT] AAT | Eh aah tak apa nanti kita tengok tengok kalau boleh bagi tahu la masa kita last contact. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2135:19 UTC [0535:19 MYT] Sec 3+5 Planner | Okay thank you. | | |
| 2144:59 UTC [0544:59 MYT] AAT | Helo | | |
| 2145:00 UTC [0545:00 MYT] Sec 3+5 Planner | Ya ni saya cakap sikit bagi pihak (xxx) [illegible] Malaysian Three Seven Zero tadikan boleh tengok eerdiapunya radar daripada dia departure depart dah pukul berapa pukul satu tujuh dari (xxx) (xxx) [illegible] ini abang nak kalau. | | |
| 2145:10 UTC [0545:10 MYT] AAT | Recording radar. | | |
| 2145:19 UTC [0545:19 MYT] Sec 3+5 Planner | Pukul satu kut. | | |
| 2145:20 UTC [0545:20 MYT] Sec 3+5 Planner | Dia nak tengok kut. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2145:21 UTC [0545:21 MYT] AAT | Tak ini abang nak kalau. | | |
| 2145:35 UTC [0545:35 MYT] Sec 3+5 Planner | Aah. | | |
| 2145:47 UTC [0545:47 MYT] AAT | Kalau (xxx) (xxx) [illegible] bagi tengok. | | |
| 2145:51 UTC [0545:51 MYT] Sec 3+5 Planner | Supervisor (xxx)[illegible] tengok ta'boleh. | | |
| 2145:54 UTC [0545:54 MYT] AAT | Ta'dak eer. | | |
| 2145:56 UTC [0545:56 MYT] AAT | Ia duk lupa shaja. | | |
| 2145:58 UTC [0545:58 MYT] Sec 3+5 Planner | Orang dulu daripada pukul empat empat puluh lima. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | | CONTENT - OTHER FLIGHTS |
| 2146:08 UTC [0546:08 MYT] Sec 3+5 Planner | Pukul dua belai lebih kurang pukul. | | |
| 2146:12 UTC [0546:12 MYT] Sec 3+5 Planner | ATC pukul pukul kejak ia. | | |
| 2146:19 UTC [0546:19 MYT] Sec 3+5 Planner | One six three zero dia lah kut. | | |
| 2146:21 UTC [0546:21 MYT] AAT | Duabelas local time ia. | | |
| 2146:23 UTC [0546:23 MYT] Sec 3+5 Planner | Local time hm local time. | | |
| 2146:24 UTC [0546:24 MYT] Sec 3+5 Planner | Duabelas tujuhbelas local time sampai lebih kurang dua jam macam itu shaja la. | | |

*END OF TELEPHONE CONVERSATION*
*BETWEEN SECTOR 3+5 PLANNER AND AAT*

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

119 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | | DIRECT LINE COORDINATION COMMUNICATION | |
| DIRECT LINE COORDINATION COMMUNICATION | | KL ATCC SECTOR 3+5 PLANNER | |
| KL ATCC SECTOR 3+5 PLANNER | | | |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2148:55 UTC [0548:55 MYT] HCM ATCC | Ho Chi Minh. |
| | | 2148:56 UTC [0548:56 MYT] KL ATCC | Okay Ho Chi Minh transfer Asia Express One Zero One Two. |
| | | 2149:01 UTC [0549:01 MYT] HCM ATCC | Asia Express One Zero One Two go. |
| | | 2149:04 UTC [0549:04 MYT] KL ATCC | IGARI Two Two Six request three five Zero squawk two one five zero. |
| | | 2149:13 UTC [0549:13 MYT] HCM ATCC | Asian Express One Zero One Two time IGARI two two six flight level three five zero approved squawk two one five zero over. |
| | | 2149:23 UTC [0549:23 MYT] KL ATCC | Okay thank you transfer three five zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2149:23 UTC [0549:23 MYT] HCM ATCC | (xxx) (xxx) [illegible] |
| | | 2159:50 UTC [0559:59 MYT] KL ATCC | Sound of punching telephone number |
| | | 2200:05 UTC [0600:05 MYT] Service Provider | Nombor ya Telephone engaged tone from time 2200:05 UTC [0600:05MYT] - 2200:17 UTC [0600:17 MYT] |
| | | 2200:21 UTC [0600:21 MYT] Singapore ATCC | Lumpur confirm calling. |
| | | 2200:26 UTC [0600:26 MYT] KL ATCC | Nothing disregard. |
| | | 2200:28 UTC [0600:28 MYT] Singapore ATCC | Okay disregard. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2200:30 UTC [0600:30 MYT] KL ATCC | *Telephone open line* |
| | | 2200:34 UTC [0600:34 MYT] KL ATCC | *Sound of punching telephone number* |
| | | 2200:36 UTC [0600:36 MYT] Service Provider | *"Nombor yang anda dial tiada dalam perkhidmatan" The number you dialled is not in service* |
| | | 2200:46 UTC [0600:46 MYT] KL ATCC | *Telephone open line* |
| | | 2201:19 UTC [0601:19 MYT] KL ATCC | *Sound "too too too' until time 2201:23 UTC [0601:23 MYT]* |
| | | 2201:27 UTC [0601:27 MYT] KL ATCC | *Telephone open line* |
| | | 2201:29 UTC [0601:29 MYT] KL ATCC | *Sound of punching telephone number.* |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2201:36 UTC [0601:36 MYT] KL ATCC | *Telephone engaged tone until 2201:40 UTC [0601:40 MYT]* |
| | | 2201:40 UTC [0601:40 MYT] KL ATCC | *Telephone open line.* |
| | | 2201:45 UTC [0601:45 MYT] Service Provider | *Nombor yang anda dial tiada dalam perkhidmatan.* |
| | | 2201:55 UTC [0601:55 MYT] KL ATCC | *Telephone open line and sound of punching telephone number until time 2202:06 UTC [0602:06 MYT].* |
| | | 2202:34 UTC [0602:34 MYT] KL ATCC | *Telephone open line.* |
| | | 2203:00 UTC [0603:00 MYT] KL ATCC | *Sound of punching telephone number.* |
| | | 2203:19 UTC [0603:19 MYT] KL ATCC | *Sound of telepone ringing (voice) [illegible]* |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2203:48 UTC [0603:48 MYT] KL ATCC | *Sound of music after the voice then sound of telephone ringing until 2204:11 UTC [0604:11 [MYT] cut-off tone until 2204:24 UTC [0604:24 MYT].* |
| | | 2204:29 UTC [0604:29 MYT] KL ATCC | *Sound of punching telephone number .* |
| | | 2204:42 UTC [0604:42 MYT] KL ATCC | *Telephone engaged tone until 2204:47 UTC [0604:47 MYT] voice [illegible] 2205:10 UTC [0605:10 MYT] telephone line cut off Redial at 2205:11 UTC [0605:11 MYT] At 2205:17 UTC [0605:17 MYT] music followed by phone ringing at 2205:26 UTC [0605:26 MYT] and phone cut off at 2205:46 UTC [0605:46 MYT].* |
| | | 2205:48 UTC [0605:48 MYT] KL ATCC | Singapore. |
| | | 2205:49 UTC [0605:49 MYT] Singapore ATCC | Aah Lumpur one estimate Fedex Five Three Four Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2205:53 UTC [0605:53 MYT] KL ATCC | Five Three Seven Three. |
| | | 2205:56 UTC [0605:56 MYT] Singapore ATCC | Five Three Four Three. |
| | | 2205:58 UTC [0605:58 MYT] KL ATCC | Five Three Four Three go ahead. |
| | | 2206:00 UTC [0606:00 MYT] Singapore ATCC | TAXUL two three one eight flight level two eight zero squawk three one two three. |
| | | 2206:05 UTC [0606:05 MYT] KL ATCC | Three one two three two eight zero TAXUL two three one eight. |
| | | 2206:11 UTC [0606:11 MYT] Singapore ATCC | Affirm and naa sir reference to Xanadu Five Two Three request descend. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2206:18 UTC [0606:18 MYT] KL ATCC | Xanadu Five Two Three level three four zero. |
| | | 2206:22 UTC [0606:22 MYT] Singapore ATCC | Three four zero copied thank you Siera Bravo. |
| | | 2210:13 UTC [0610:13 MYT] KL ATCC | *Sound of punching telephone number [foreign langguage then "Sorry the call that you (xxx) [illegible] mobile phone (xxx) [illegible].* |
| | | 2218:47 UTC [0618:47 MYT] Bangkok ATCC | Lumpur please release Thai Peace Nine Two Zero to Bangkok now. |
| | | 2218:53 UTC [0618:53 MYT] KL ATCC | Thai Peace Nine Two Zero (xxx) (xxx) [illegible] |
| | | 2218:57 UTC [0618:57 MYT] Bangkok ATCC | Yeah yeah not contact yet. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2220:34 UTC [0620:34 MYT] Singapore ATCC | Singapore. |
| | | 2220:35 UTC [0620:35 MYT] KL ATCC | Singapore estimate Victor Papa Kilo Asian Express Five Eight Seven Six. |
| | | 2220:40 UTC [0620:40 MYT] Singapore ATCC | Go ahead. |
| | | 2220:41 UTC [0620:41 MYT] KL ATCC | Aah estimate Asian Express Five Eight Seven Six estimate Victor Papa Kilo two two three three requesting flight level three seven zero squawk two one zero one. |
| | | 2220:53 UTC [0620:53 MYT] Singapore ATCC | Asian Express Five Eight Seven Six Victor Papa Kilo two two three three requesting flight level three seven zero squawk two one zero zero one climb to flight level two niner zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2221:03 UTC [0621:03 MYT] KL ATCC | Two niner zero thank you. |
| | | 2221:05 UTC [0621:05 MYT] Singapore ATCC | (xxx) [illegible] thank you Sierra Brabo. |
| | | 2223:36 UTC [0623:36 MYT] Singapore ATCC | Lumpur. |
| | | 2223:37 UTC [0623:37 MYT] KL ATCC | Yeah go ahead. |
| | | 2223:38 UTC [0623:38 MYT] Singapore ATCC | Estimate Malaysian Two Six Three Seven. |
| | | 2223:42 UTC [0623:42 MYT] KL ATCC | Malaysian Two Six go ahead. |
| | | 2223:44 UTC [0623:44 MYT] Singapore ATCC | Three Seven PADLI two three five niner flight level three eight zero squawk zero four four two. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2223:55 UTC [0623:55 MYT] KL ATCC | Say again squawk. |
| | | 2223:57 UTC [0623:57 MYT] Singapore ATCC | Zero four four two. |
| | | 2224:00 UTC [0624:00 MYT] KL ATCC | Okay Malaysian Two Six Five Eight three three five one flight level three eight zero squawk zero four four two. |
| | | 2224:07 UTC [0624:07 MYT] Singapore ATCC | Aah.... negative PADLI two three five niner. |
| | | 2224:13 UTC [0624:13 MYT] KL ATCC | Five niner okay Malaysian Two Six Five Eight PADLI two three five niner flight level three eight zero squawk zero four four two. |
| | | 2224:19 UTC [0624:19 MYT] Singapore ATCC | Affirm and naa callsign is Maaysian Two Six Three Seven. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | | | |
|---|---|---|---|
| **DIRECT LINE COORDINATION COMMUNICATION** | | **DIRECT LINE COORDINATION COMMUNICATION** | |
| **KL ATCC SECTOR 3+5 PLANNER** | | **KL ATCC SECTOR 3+5 PLANNER** | |
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2224:25 UTC [0624:25 MYT] KL ATCC | Three Seven. |
| | | 2224:27 UTC [0624:27 MYT] Singapore ATCC | Affirm. |
| | | 2224:28 UTC [0624:28 MYT] KL ATCC | Eer Malaysian Two Six Three Seven PADLI five niner, flight level three eight zero, squawk zero four four two. |
| | | 2224:36 UTC [0624:36 MYT] KL ATCC | Affirm thank you sir Sierra Bravo. |
| | | 2232:03 UTC [0632:03 MYT] Unknown | Good morning mdm. |
| | | 2232:05 UTC [0632:05 MYT] KL ATCC | Morning. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2232:06 UTC [0632:06 MYT] Unknown | (xxx) [illegible] cerntral reauest airspace release eight thounsand and below. |
| | | 2232:14 UTC [0632:14 MYT] KL ATCC | (xxx) (xxx) [illegible] |
| | | 2232:17 UTC [0632:17 MYT] Unknown | Again airspace release eight thousand feet and below. |
| | | 2232:26 UTC [0632:26 MYT] KL ATCC | Eight thousand. |
| | | 2232:28 UTC [0632:28 MYT] Unknown | Eight thousand feet and below. |
| | | 2232:31 UTC [0632:31 MYT] KL ATCC | Ah (xxx) [illegible] |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2232:32 UTC [0632:32 MYT] Unknown | Okay aah. |
| | | 2232:44 UTC [0632:44 MYT] Unknown | Approve mdm. |
| | | 2232:46 UTC [0632:46 MYT] KL ATCC | Yeah approve. |
| | | 2232:47 UTC [0632:47 MYT] Unknown | Thank you. |
| 2233:23 UTC [0633:23 MYT] KL ATCC | Lumpur Sector Three. | | |
| 2233:24 UTC [0633:24 MYT] Singapore ATCC | Okay Lumpur is that just to check with you aaa, earlier on ah you guys call up regarding MalaysiaThree Seven Zero no contact. | | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2233:32 UTC [0633:32 MYT] KL ATCC | Yes. | | |
| 2233:34 UTC [0633:34 MYT] Singapore ATCC | Confirm now the aircraft in contact with anybody already. | | |
| 2233:37 UTC [0633:37 MYT] KL ATCC | Aaa… I am not sure aaa… standby aaa… | | |
| 2233:40 UTC [0633:40 MYT] Singapore ATCC | Okay. | | |
| 2233:43 UTC [0633:43 MYT] KL ATCC | Lumpur IGARI. | | |
| 2233:45 UTC [0633:45 MYT] Singapore ATCC | Okay Lumpur just to check with you earlier on regarding Malaysian Three Seven Zero when you guys say no contact aah confirm in contact with anyone already. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2233:54 UTC [0633:54 MYT] KL ATCC | This one aircraft actually passed IGARI at time one seven two two. | | |
| 2234:00 UTC [0634:00 MYT] Singapore ATCC | Passed IGARI at time one seven two two ya. | | |
| 2234:04 UTC [0634:04 MYT] KL ATCC | Yea so we after IGARI after IGARI we transferred this aircraft to Ho Chi Minh and then after about fourteen or fifteen minutes like that Ho Chi Minh called us you know Sector Five Lumpur Sector Five asking aaa... whether we in contact with this aircraft I told the we already transferred you fourteen or fifteen minutes ago. | | |
| 2234:26 UTC [0634:26 MYT] Singapore ATCC | Oh... but all the while until the full control you guys are in contact with the aircraft. | | |
| 2234:30 UTC [0634:30 MYT] KL ATCC | No problem yeah. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

134 of 164

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2234:32 UTC [0634:32 MYT] Singapore ATCC | Ooh. | | |
| 2234:33 UTC [0634:33 MYT] KL ATCC | We transferred the aircraft at IGARI and then we thought the aircraft in contact with Ho Chi Minh but after fourteen to fifteen minutes they called us this aircraft never contact them and then they said they have a radar contact with this aircraft up until this BITOD position after BITOD only they said aircraft disappeared from their radar with no ADC everything cannot see the aircraft cannot contact the aircraft. | | |
| 2234:57 UTC [0634:57 MYT] Singapore ATCC | Okay. | | |
| 2234:58 UTC [0634:58 MYT] KL ATCC | And then aah that's all what we know laa. | | |
| 2235:00 UTC [0635:00 MYT] Singapore ATCC | Okay that's all what you know laa okay thanks. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| 2235:03 UTC [0635:03 MYT] KL ATCC | Okay. | | |
| | | 2235:11 UTC [0635:11 MYT] KL ATCC | Sector Three good morning. |
| | | 2235:13 UTC [0635:13 MYT] Unknown | (xxx) (xxx) [illegible] |
| | | 2235:22 UTC [0635:22 MYT] KL ATCC | One two six three. |
| | | 2235:36 UTC [0635:36 MYT] KL ATCC | Copied. |
| 2236:28 UTC [0636:28 MYT] KL ATCC | Yea go ahead … Ho Chi Minh. | | |
| 2236:30 UTC [0636:30 MYT] HCM ATCC | Yes saahelo this is xx xx xx [name redacted] Supervisor in Ho Chi Minh may I talk to your supervisor please. | | |

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2236:36 UTC [0636:36 MYT] KL ATCC | You want to talk to my supervisor aah hold on aah okay ah Can you wait a minute I call you back shortly. | | |
| | | 2237:30 UTC [0637:30 MYT] Singapore ATCC | Singapore. |
| | | 2237:33 UTC [0637:33 MYT] KL ATCC | (xxx) [illegible] |
| | | 2237:34 UTC [0637:34 MYT] Singapore ATCC | Singapore line check how do you read me. |
| | | 2237:36 UTC [0637:36 MYT] KL ATCC | Read you strength five how do you read me. |
| | | 2237:38 UTC [0637:38 MYT] Singapore ATCC | Read you strength two. |
| | | 2237:40 UTC [0637:40 MYT] KL ATCC | Okay Singapore aa... one estimate. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2237:43 UTC [0637:43 MYT] Singapore ATCC | Go ahead. |
| | | 2237:44 UTC [0637:44 MYT] KL ATCC | Estimate Transmile Three One Five. |
| | | 2237:49 UTC [0637:49 MYT] Singapore ATCC | Go ahead. |
| | | 2237:50 UTC [0637:50 MYT] KL ATCC | Okay Victor Papa Kilo two two five four request flight level three three zero squawk two one one five. |
| | | 2237:58 UTC [0637:58 MYT] Singapore ATCC | Transmile Three One Five okay Victor Papa Kilo two two five four request flight level three three zero squawk two one one five climb to flight level two niner zero. |
| | | 2238:10 UTC [0638:10 MYT] KL ATCC | Yes. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2238:12 UTC [0638:12 MYT] Singapore ATCC | Two estimates and one traffic information. |
| | | 2238:14 UTC [0638:14 MYT] KL ATCC | Okay go with estimate. |
| | | 2238:17 UTC [0638:17 MYT] Singapore ATCC | Estimate Malaysian Two Five Five One. |
| | | 2238:20 UTC [0638:20 MYT] KL ATCC | Two Five Five One go. |
| | | 2238:24 UTC [0638:24 MYT] Singapore ATCC | PADLI two three five six flight level three four zero squawk zero four six three. |
| | | 2238:33 UTC [0638:33 MYT] KL ATCC | Aah |
| | | 2238:37 UTC [0638:37 MYT] Singapore ATCC | Two three five six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2238:39 UTC [0638:39 MYT] KL ATCC | Two three five six okay Malaysian Two Five Five One PADLI two three five six flight level three four zero squawk zero four six three. |
| | | 2238:48 UTC [0638:48 MYT] Singapore ATCC | Read back correct and next Xanadu Three One Seven. |
| | | 2238:51 UTC [0638:51 MYT] KL ATCC | Xanadu Three One Seven go ahead. |
| | | 2238:54 UTC [0638:54 MYT] Singapore ATCC | Taxul zero zero zero eight flight level four zero zero squawk zero zero five. |
| | | 2239:02 UTC [0639:02 MYT] KL ATCC | Zero zero one five okay Xanadu Three One Seven Taxul zero zero zero eight flight level four zero zero squawk zero zero five. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2239:12 UTC [0639:12 MYT] Singapore ATCC | Read back correct one traffic information Pelita Five Five Zero. |
| | | 2239:20 UTC [0639:20 MYT] KL ATCC | Okay aaa Pelita...... Five One Five. |
| | | 2239:27 UTC [0639:27 MYT] Singapore ATCC | Five Five Zero. |
| | | 2239:28 UTC [0639:28 MYT] KL ATCC | Okay Five Five Zero go ahead. |
| | | 2239:33 UTC [0639:33 MYT] Singapore ATCC | Take-off from Halim to Matak estimating abeam Tioman two three four niner flight level one niner zero squawk two five six six. |
| | | 2239:45 UTC [0639:45 MYT] KL ATCC | Pelita five five Zero Halim to Matak abeam Tioman two three four niner flight level one niner zero squawk two five six six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2239:57 UTC [0639:57 MYT] Singapore ATCC | Affirm. |
| | | 2239:58 UTC [0639:58 MYT] Singapore ATCC | And Lumpur. |
| | | 2239:59 UTC [0639:59 MYT] KL ATCC | Yeah go ahead. |
| | | 2240:00 UTC [0640:00 MYT] Singapore ATCC | Xanadu Two Three One request direct. |
| | | 2240:02 UTC [0640:02 MYT] KL ATCC | Say again. |
| | | 2240:04 UTC [0640:04 MYT] Singapore ATCC | Xanadu Two Three One anywhere direct. |
| | | 2240:06 UTC [0640:06 MYT] KL ATCC | The the Three Three One standby. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2240:10 UTC [0640:10 MYT] Singapore ATCC | Lumpur you are mumbling say again. |
| | | 2240:13 UTC [0640:13 MYT] KL ATCC | Xanadu Three Three One. |
| | | 2240:14 UTC [0640:14 MYT] Singapore ATCC | Helo. |
| | | 2240:17 UTC [0640:17 MYT] Singapore ATCC | What man. |
| | | 2240:20 UTC [0640:20 MYT] Source Unknown | Lumpur. |
| | | 2240:32 UTC [0640:32 MYT] Source Unknown | Helo. |
| | | 2240:44 UTC [0640:44 MYT] KL ATCC | Sector Three. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

**DIRECT LINE COORDINATION COMMUNICATION**
**KL ATCC SECTOR 3+5 PLANNER**

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2240:58 UTC [0640:58 MYT] | *Tone of direct telephone line ringing and answer by KL ATCC at time 2241:09 UTC [0641:09 MYT].* |
| | | 2241:09 UTC [0641:09 MYT] KL ATCC | Singapore. |
| | | 2241:13 UTC [0641:13 MYT] Singapore ATCC | Singapore. |
| | | 2241:14 UTC [0641:14 MYT] KL ATCC | Singapore just now Xanadu Three Three One direct PIBOS okay. |
| | | 2241:19 UTC [0641:19 MYT] Singapore ATCC | Is okay (xxx) (xxx) [illegible] thank you. |
| | | 2241:39 UTC [0641:39 MYT] HCM ATCC | Helo. |
| | | 2241:40 UTC [0641:40 MYT] KL ATCC | Ho Chi Minh. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2241:41 UTC [0641:41 MYT] HCM ATCC | Yeah. |
| | | 2241:43 UTC [0641:43 MYT] KL ATCC | One estimate. |
| | | 2241:46 UTC [0641:46 MYT] HCM ATCC | Go ahead. |
| | | 2241:47 UTC [0641:47 MYT] KL ATCC | Asian Express One Six Five Six IGARI two three one five request flight level three seven zero squawk two one five one. |
| | | 2241:58 UTC [0641:58 MYT] HCM ATCC | Two one five one three seven zero two three five one five Asian Express One Six Five Six. |
| | | 2242:04 UTC [0642:04 MYT] KL ATCC | Asian Express One Six Five Six. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2242:08 UTC [0642:08 MYT] HCM ATCC | Any transfer. |
| | | 2242:10 UTC [0642:10 MYT] KL ATCC | Any transfer no aaaaflight level three seven zero sir. |
| | | 2242:15 UTC [0642:15 MYT] HCM ATCC | Three seven zero okay approved. |
| | | 2242:18 UTC [0642:18 MYT] KL ATCC | Three seven zero approved. |
| | | 2242:19 UTC [0642:19 MYT] HCM ATCC | Yeah. |
| | | 2242:50 UTC [0642:50 MYT] KL ATCC | Centre. |
| | | 2242:51 UTC [0642:51 MYT] Unknown source | (xxx) (xxx) ATC[illegible] |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

# DIRECT LINE COORDINATION COMMUNICATION
## KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2242:52 UTC [0642:52 MYT] KL ATCC | ATC Malaysian One Two Six Three cleared to Lumpur via (xxx) [illegible] flight level one six zero squawk zero three one six. |
| | | 2243:07 UTC [0643:07 MYT] Unknown source | (xxx) [illegible] Clear to Lumpur one six zero zero three one six. |
| | | 2244:18 UTC [0644:18 MYT] KL ATCC | Calling tone of direct telephone line. |
| | | 2244:40 UTC [0644:40 MYT] KL ATCC | Calling tone of direct telephone line stopped. |
| | | 2244:58 UTC [0644:58 MYT] KL ATCC | Calling tone of direct telephone line. |
| | | 2245:32 UTC [0645:32 MYT] HCM ATCC | Helo. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2245:34 UTC [0645:34 MYT] KL ATCC | Okay Ho Chi Minh. |
| | | 2245:35 UTC [0645:35 MYT] HCM ATCC | Yes sir. |
| | | 2245:37 UTC [0645:37 MYT] KL ATCC | One estimate. |
| | | 2245:39 UTC [0645:39 MYT] HCM ATCC | Go ahead. |
| | | 2245:40 UTC [0645:40 MYT] KL ATCC | Asian Express One Zero Five Eight IGARI two three two two flight level three five zero squawk two one two three. |
| | | 2245:53 UTC [0645:53 MYT] HCM ATCC | Two three three two right. |
| | | 2245:56 UTC [0645:56 MYT] KL ATCC | Two one two two for the squawk. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2245:59 UTC [0645:59 MYT] HCM ATCC | No no no I (xxx) (xxx) [illegible] |
| | | 2246:01 UTC [0646:01 MYT] KL ATCC | Okay affirm. |
| | | 2246:06 UTC [0646:06 MYT] HCM ATCC | Flight level three five zero (xxx) [illegible] time two one three two and flight level three five zero. |
| | | 2246:13 UTC [0646:13 MYT] KL ATCC | No aaa time is two three three two  squawk is two one. |
| | | 2246:18 UTC [0646:18 MYT] HCM ATCC | Two thirty three two the squawk two one two two three and flight level three five zero is approved. |
| | | 2246:25 UTC [0646:25 MYT] KL ATCC | Three five zero approved. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| | | | |
|---|---|---|---|
| **DIRECT LINE COORDINATION COMMUNICATION** | | **DIRECT LINE COORDINATION COMMUNICATION** | |
| **KL ATCC SECTOR 3+5 PLANNER** | | **KL ATCC SECTOR 3+5 PLANNER** | |
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| | | 2246:27 UTC [0646:27 MYT] HCM ATCC | Yes. |
| | | 2246:29 UTC [0646:29 MYT] KL ATCC | (xxx) [illegible] |
| | | 2247:52 UTC [0647:52 MYT] KL ATCC | Sector three. |
| | | 2247:57 UTC [0647:57 MYT] Singapore ATCC | Singapore. |
| | | 2247:58 UTC [0647:58 MYT] KL ATCC | Yes you call me Singapore. |
| | | 2248:01 UTC [0648:01 MYT] Singapore ATCC | Singapore. |
| | | 2248:02 UTC [0648:02 MYT] KL ATCC | Lumpur Sector Three you call me. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | | CONTENT - OTHER FLIGHTS |
| | | 2248:03 UTC [0648:03 MYT] Singapore ATCC | Go ahead. | |
| | | 2248:04 UTC [0648:04 MYT] Singapore ATCC | Negative. | |
| | | 2248:05 UTC [0648:05 MYT] KL ATCC | Okay disregard. | |
| | | 2248:09 UTC [0648:09 MYT] KL ATCC | Sector Three. | |
| | | 2248:09 UTC [0648:09 MYT] Kuantan | Sector Three departure Malaysian One Two Six Three time four four six. | |
| | | 2248:16 UTC [0648:16 MYT] KL ATCC | (xxx) [illegible] climb. | |
| | | 2248:37 UTC [0648:37 MYT] Kuantan | Kuantan. | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

151 of 164

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2248:38 UTC [0648:38 MYT] KL ATCC | Kuantan eer Malaysian One Two Six Three initially climb to what level. |
| | | 2248:45 UTC [0648:45 MYT] Kuantan | Eer… just now you give final level on six zero. |
| | | 2248:48 UTC [0648:48 MYT] KL ATCC | One six zero okay. |
| | | 2248:49 UTC [0648:49 MYT] Kuantan | Affirm. |
| 2250:22 UTC [0650:22 MYT] KL ATCC | Yeah Singapore | | |
| 2250:23 UTC [0650:23 MYT] Singapore ATCC | Aaa…Lumpur morning this is the Watch Manager is your supervisor free. | | |

.

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2250:27 UTC [0650:27 MYT] KL ATCC | My supervisor aa... is quite busy right time ... right now anything. | | |
| 2250:31 UTC [0650:31 MYT] Singapore ATCC | Okay with regard to the earlier callsign Malaysian Three Seven Zero. | | |
| 2250:35 UTC [0650:35 MYT] KL ATCC | Okay. | | |
| 2250:36 UTC [0650:36 MYT] Singapore ATCC | Yeah... Hong Kong is aah... just sent a AFTN to Singapore to help check they have sent out a detresfa. | | |
| 2250:43 UTC [0650:43 MYT] KL ATCC | Okay. | | |
| 2250:43 UTC [0650:43 MYT] Singapore ATCC | aircraft missing. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - MAS 370 | TIME & SOURCE | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2250:45 UTC [0650:45 MYT] KL ATCC | Okay | | |
| 2250:46 UTC [0650:46 MYT] Singapore ATCC | Yeah and aah I just call Ho Chi Minh to confirm Ho Chi Minh said Hong Kong aah got a call from aah from Beijing that aah still no contact with the aircraft aah... is there anyway to call the airline to contact them. | | |
| 2251:02 UTC [0651:02 MYT] KL ATCC | Aaah. | | |
| 2251:03 UTC [0651:03 MYT] Singapore ATCC | And try and establish contact on company frequency. | | |
| 2251:05 UTC [0651:05 MYT] KL ATCC | We have been trying that since aa zero correction aaa... one eight something like that UTC. | | |
| 2251:13 UTC [0651:13 MYT] Singapore ATCC | Aaa... | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| --- | --- | --- | --- |
| 2251:13 UTC [0651:13 MYT] KL ATCC | Aaa straight away after Ho Chi Minh asked us a few minutes after that we already asked the airline to contact this airraft you know. | | |
| 2251:20 UTC [0651:20 MYT] Singapore ATCC | Yeah... because at time two two three three aah Hong aaaactually this is from you aah. | | |
| 2251:28 UTC [0651:28 MYT] KL ATCC | Two two three three is ah you follow the flight plan aircraft already ... say again. | | |
| 2251:35 UTC [0651:35 MYT] Singapore ATCC | I have a detresfa AFTN message sent by WMFC. | | |
| 2251:41 UTC [0651:41 MYT] KL ATCC | WMFC is from us. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2251:42 UTC [0651:42 MYT] Singapore ATCC | Yeah... that's right and ah the the... a... remark is missing detresfa aircraft. | | |
| 2251:52 UTC [0651:52 MYT] KL ATCC | Hm...hm okay. | | |
| 2251:55 UTC [0651:55 MYT] Singapore ATCC | Okay so aaa... can I just confirm that aaa Malaysia Airlines is still trying to establish contact. | | |
| 2252:04 UTC [0652:04 MYT] KL ATCC | Yeah yeah we also trying to establish contact with this aircraft and this Malaysian Airlines already request earlier much much earlier since aah...aircraft reported missing by Ho Chi Minh lah but until now no information about this aircraft. | | |
| 2252:24 UTC [0652:24 MYT] Singapore ATCC | Okay but earlier on when aah over the point IGARI was it positive contact with your all. | | |

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
| --- | --- | --- | --- |
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2252:31 UTC [0652:31 MYT] KL ATCC | At position IGARI we our procedure is we transferred the aircraft to Ho Chi Minh. | | |
| 2252:36 UTC [0652:36 MYT] Singapore ATCC | Ho Chi Minh right. | | |
| 2252:38 UTC [0652:38 MYT] KL ATCC | Ho Chi Minh yeah after IGARI is Ho Chi Minh control. | | |
| 2252:41 UTC [0652:41 MYT] Singapore ATCC | Correct Ho Chi Minh said on their radar it wasn't positive.contact with them. | | |
| 2252:47 UTC [0652:47 MYT] KL ATCC | Aaa... but earlier part actually got radar contact but the thing is no radio contact only lah. | | |
| 2252:55 UTC [0652:55 MYT] Singapore ATCC | Radar contact but no radio contact. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2252:59 UTC [0652:59 MYT] KL ATCC | Yeah yeah. | | |
| 2253:00 UTC [0653:00 MYT] Singapore ATCC | Okay but IGARI is a suppose to be before IGARI is with you all all radar is it. | | |
| 2253:06 UTC [0653:06 MYT] KL ATCC | Yeah. | | |
| 2253:08 UTC [0653:08 MYT] Singapore ATCC | That part is radar contact I mean that part is your radar contact. | | |
| 2253:12 UTC [0653:12 MYT] KL ATCC | Radio and radar contact. | | |
| 2253:13 UTC [0653:13 MYT] Singapore ATCC | Ooo okay but you all don't have radio contact with the aircraft at IGARI. | | |

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| **TIME & SOURCE** | **CONTENT - MAS 370** | **TIME & SOURCE** | **CONTENT - OTHER FLIGHTS** |
| 2253:19 UTC [0653:19 MYT] KL ATCC | No after IGARI after transfer by right aircraft should be with Ho Chi Minh lah. | | |
| 2253:24 UTC [0653:24 MYT] Singapore ATCC | Correct... no what I am trying to ask is before you all QSY to Ho Chi Minh was the aircraft in positive radio contact with you all also. | | |
| 2253:35 UTC [0653:35 MYT] KL ATCC | Earlier before IGARI yes. | | |
| 2253:37 UTC [0653:37 MYT] Singapore ATCC | Okay at point IGARI where you have to hand over aircraft to Ho Chi Minh. | | |
| 2253:41 UTC [0653:41 MYT] KL ATCC | Okay that one I am not sure because that one is the radar man working at that time. | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| 2253:46 UTC [0653:46 MYT] Singapore ATCC | Okay I need your to help confirm that there was positive radio and radar contact. | | |
| 2253:54 MYT] KL ATCC | I will advise you aaa later because this one my supervisor is taking the playback tape now. | | |
| 2254:02 UTC [0654:02 MYT] Singapore ATCC | Oh okay okay when he comes up can you give me a call please I am xxxxx [name redacted] | | |
| 2254:08 UTC [0654:08 MYT] KL ATCC | xxxxx [name redacted] aah. | | |
| 2254:09 UTC [0654:09 MYT] Singapore ATCC | Aah xxxxx… xxxxx [name redacted] | | |
| 2254:10 UTC [0654:10 MYT] KL ATCC | xxxxx [name redacted] | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| 2254:10 UTC [0654:10 MYT] Singapore ATCC | Okay thank you. | | |
| | | 2256:40 UTC [0656:40 MYT] KL ATCC | Yes. |
| | | 2256:41 UTC [0656:41 MYT] Singapore ATCC | Confirm in contact Asian Express Five Zero Three Four |
| | | 2256:44 UTC [0656:44 MYT] KL ATCC | Yeah. |
| | | 2256:44 UTC [0656:44 MYT] Singapore ATCC | Okay thank you. |
| | | 2257:40 UTC [0657:40 MYT] Singapore ATCC | Singapore. |
| | | 2257:40 UTC [0657:40 MYT] KL ATCC | Estimate Victor Papa Kilo Asian Express One Six Niner Two. |

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2257:45 UTC [0657:45 MYT] Singapore ATCC | Asian Express One Six Niner Two go ahead. |
| | | 2257:48 UTC [0657:48 MYT] KL ATCC | Asian Express One Six Niner Two Victor Papa Kilo two three one seven request flight level three three zero squawk two one four seven. |
| | | 2257:56 UTC [0657:56 MYT] Singapore ATCC | Asian Express One Six Niner Two Victor Papa Kilo two three one seven request flight level three three zero squawk two one four seven. |
| | | 2258:03 UTC [0658:03 MYT] KL ATCC | Affirm. |
| | | 2258:03 UTC [0658:03 MYT] Singapore ATCC | Climb two niner zero. |
| | | 2258:05 UTC [0658:05 MYT] KL ATCC | Two niner zero thank you nut This Asian Five One One Zero. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

APPENDIX 1.18G

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

| | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER | | DIRECT LINE COORDINATION COMMUNICATION KL ATCC SECTOR 3+5 PLANNER |
|---|---|---|---|
| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
| | | 2258:09 UTC [0658:09 MYT] Singapore ATCC | Asian Express Five One One Zero go ahead |
| | | 2258:12 UTC [0658:12 MYT] KL ATCC | Victor Papa Kilo two three one niner request flight level three seven zero squawk two one seven four. |
| | | 2258:19 UTC [0658:19 MYT] Singapore ATCC | Asian Express Five One Zero Victor Papa Kilo two three one niner request flight level three seven zero squawk two one seven four one seven four climb to flight level two seven zero. |
| | | 2258:29 UTC [0658:29 MYT] KL ATCC | Two seven zero thank you. |
| | | 2258:31 UTC [0658:31 MYT] Singapore ATCC | One revision Malaysian Two Six Three Seven. |
| | | 2258:33 UTC [0658:33 MYT] KL ATCC | Two Six Three Seven go ahead. |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

Malaysian Time [MYT] is Universal Time (UTC) + 8 hours
ICAO Airline Designator for Malaysian Airlines:MAS

APPENDIX 1.18G

## DIRECT LINE COORDINATION COMMUNICATION
### KL ATCC SECTOR 3+5 PLANNER

| TIME & SOURCE | CONTENT - MAS 370 | TIME & SOURCE | CONTENT - OTHER FLIGHTS |
|---|---|---|---|
| | | 2258:35 UTC [0658:35 MYT] Singapore ATCC | Revise PADLI two three five six. |
| | | 2258:37 UTC [0658:37 MYT] KL ATCC | Two three five six copied and thank you. |
| | | 2258:40 UTC [0658:40 MYT] Singapore ATCC | Thank you. |
| | | | **End of Direct Telephone Conversation Between KL ATCC and Singapore ATCC** |
| | | | **END AT TIME 2300:00 UTC [0700:00 MYT]** |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
                    I. C. A. O  ANNEX9  APPENDIX 3

CARGO   M A N I F E S T   NBR 03              07MAR 1505Z W7
OPERATOR                   MH         MALAYSIA AIRLINES
MARKS OF NATIONALITY                  FLT/DATE  MH 370 08MAR14
FROM                       KUL
-----------------------------------------------------------------

B E I J I N G                                                 07
-----------                  AKE    3372MH
                             -------------
232 1200 7306B   1 MANGOSTEEN            PER    1148 KULPEK  KLN  07

                             AKE    3497MH
                             -------------
232 1200 7306S   1 MANGOSTEEN            PER    1128 KULPEK  KLN  07

                             AKE    5442MH
                             -------------
232 1066 4905S   1 CONSOL            KEY QTC PPP   320 PENPEK  MH6803 07

                             AKE    8535MH
                             -------------
232 1200 7306S   1 MANGOSTEEN            PER    1138 KULPEK  KLN  07

                             AKE    90207MH
                             -------------
232 1066 4905S   1 CONSOL            KEY QTC PPP   326 PENPEK  MH6803 07

                             AKE    90348MH
                             -------------
232 1067 7085S  67 CONSOL            SSR QTC B     463 PENPEK  MH6803 07

                             AKE    90787MH
                             -------------
232 1200 7306S   1 MANGOSTEEN            PER    1152 KULPEK  KLN  07

                             PMC    5871MH
                             -------------
232 1067 7085S 133 CONSOL            SSR QTC B    1390 PENPEK  MH6803 07

                             PMC    61433MH
                             -------------
232 1202 2382    4 CONSOL                   B      26 KULPEK  PTM  07
232 1202 2404    1 CONSOL                   B       6 KULPEK  PTM  07
232 1200 9141   13 CONSOL                   B    2250 KULPEK  KLN  07
                18                                2282

---------------------------------------------------------------------
TOTAL   PCS    224                   KGS   9947           6 SHPTS
```

1 of 18

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
                          I. C. A. O ANNEX9 APPENDIX 3
CARGO    M A N I F E S T    NBR 02              07MAR 1355Z 5J
OPERATOR                    MH         MALAYSIA AIRLINES
MARKS OF NATIONALITY        KUL          FLT/DATE  MH  370 08MAR14
FROM                        KUL

B E I J I N G                                                    07

                                 BULK
                                 ----

      ***EXPRESS HANDLING***
232 1187 3632     2 COURIER MATERIAL        EXP        6 KULPEK  MEW    07
```

```
TOTAL    PCS    2                      KGS     6       1 SHPTS
```

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS



232 KUL 1200 7306

232-1200 7306

Shipper's Name and Address

POH SENG KIAN
79,BATU 6 1/4 KESANG
84000 . MUAR JOHOR
MALAYSIA

Shipper's Account Number

Not Negotiable

**Air Waybill**

Issued by

MALAYSIA AIRLINES
CARGO BERHAD

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address

BEIJING GUANGCHANGMING TRADING CO.,
LTD,18 HOUANDING DUAN,QING LILU
HOUNDINGCUN,ANDING ZHEN,DAXINGQU
BEIJING,CHINA

Consignee's Account Number

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

"OWN"

Accounting Information/Also Notify

FREIGHT PREPAID

Agent's IATA Code

Account No.

Airport of Departure (Addr. of First Carrier) and requested Routing

KUAL LUMPUR , MALAYSIA

Reference Number

Optional Shipping Information

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PEK | MH370/08MARCH2014 | | | | | | MYR | | PPD COLL | PPD COLL | | |

Airport of Destination

BEIJING CHINA

Requested Flight/Date

Amount of Insurance

INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information

PLS CONTACT CNEE UPON ARRIVAL.TO.PERISHABLE.

SCI

(for USA only) these commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to USA law is prohibited.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class | Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|---|
| 4 | 4566 | | K/Q SCR | 0007 | 4566 | 10.25 | 46801.50 | "FRESH MANGOSTEEN" |
| 4 | 4566 | | | | | | 46801.50 | |

| Prepaid | Weight Charge | Collect | Other Charges | | |
|---|---|---|---|---|---|
| 46801.50 | | | F.C & 3652.80 | | |
| | Valuation Charge | | I.S's 913.20 | | |
| | Tax | | | | |

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| | Total Other Charges Due Agent | |
|---|---|---|
| 4566 | | |
| | Total Other Charges Due Carrier | |
| 4566.00 | | |

POH SENG KIAN

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 51367.50 | |

| Currency Conversion Rates | cc charges in Dest. Currency |
|---|---|

07march2014    KUALA LUMPUR  JHG KUL

Executed on (Date)    at (Place)    Signature of Issuing Carrier or its Agent

| For Carriers Use only at Destination | Charges at Destination | Total collect Charges |
|---|---|---|

232-1200 7306

ORIGINAL 1 (FOR ISSUING CARRIER)

Original 2 (For Consignee)    232 10677085

3 of 18

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS



232-10677085

232-10677085

**Shipper's Name and Address**
NNR GLOBAL LOGISTICS (M) SDN BHD
NO. 15, JALAN BATU MAUNG
DI53PLEX FREE COMMERCIAL ZONE
AIRFREIGHT FORWARDERS WAREHOUSING CARGO
BATU MAUNG, PENANG 11960

Air Waybill MALAYSIAN AIRLINE SYSTEM BERHAD
UVF, ADMIN-BUILDING 1, MAS COMPLE
Issued by SULTAN ABDUL AZIZ SHAH AIRPORT, 4
SUBANG, SELANGOR DARUL EHSAN, MAL

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

**Consignee's Name and Address**
JHD INTERNATIONAL TRANSPORTATION CO LTD
BEIJING BRANCH
C/O NNR GLOBAL LOGISTICS (BEIJING) CO L
ROOM 302 LOGISTIC BLDG.
NO.10 TIANZHU ROAD, TIANZHU IND ESTATE

It is agreed that the goods described herein are accepted in apparent good order and condition
(except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE
REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING
ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE
GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE
CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS
APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING
CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring
a higher value for carriage and paying a supplemental charge if required.

**Issuing Carrier's Agent Name and City**
NNR GLOBAL LOGISTICS (M) SDN BHD
NO. 15, JALAN BATU MAUNG
DI53PLEX FREE COMMERCIAL ZONE

Accounting Information
<<< BDS 2.73 1516/FT >>>

FREIGHT : FREIGHT PREPAID
AIRPORT TO AIRPORT

**Agent's IATA Code**
20-3-1932

**Airport of Departure (Addr. of First Carrier) and Requested Routing**
PENANG INTERNATIONAL

| By First Carrier | to | by | to | by | Currency | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|
| KUL MH | PEK | MH | | | MYR | | | NVD | NCV |

**Airport of Destination**
BEIJING

**Flight/Date**
MH6803/7  MH370/8

**Amount of Insurance**
0

INSURANCE - If Carrier offers insurance and such insurance is requested in
accordance with conditions on reverse thereof, indicate amount to be insured
in figures in box marked "Amount of Insurance".

**Handling Information**
PLEASE NOTIFY CNEE IMMDY UPON ARRIVAL OF GOODS. ONE CONSOL POUCH ATTACHED.
SHIPPER DECLARATION FOR DGD NOT REQUIRED
LITHIUM ION BATTERIES IN COMPLIANCE WITH SECT II OF P.T. 965

SCI

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 133 | 1990.0 | Q GCR | | 1990.0 | 11.58 | 23044.20 | CONSOLIDATED AS PER ATTACHED CARGO MANIFEST FREIGHT PREPAID |
| 67 | 463.08 | Q GCR | | 463.0 | 11.58 | 5361.54 | |

PMC 5871 MH STC 133PKGS
AND LOOSE 67 PKGS

THE PACKAGE CONTAINS LITHIUM ION BATTERIES
THE PACKAGE MUST BE HANDLED WITH CARE AND
THAT A FLAMMABILITY HAZARDS EXIST IF THE
PACKAGE IS DAMAGED SPECIAL PROCEDURES MUST
BE FOLLOWED IN THE EVENT THE PACKAGE IS
DAMAGED TO INCLUDE INSPECTION AND REPACKING IF NECESSARY

DIMS (CM)
60X 26X 22X 58
42X 36X 19X 9

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 200 | 2453.0 | | MY 2453.00  TC 291.60  XB 932.14 |
| | Total | | |
| | 28405.74 | | |

**Totals** 28405.74

**Valuation Charge**
28405.74

**Total Other Charges Due Agent**

**Total Other Charges Due Carrier**
3676.74

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the
consignment contains dangerous goods, such part is properly described by name and is in proper condition for
carriage by air according to the applicable Dangerous Goods Regulations.

NNR GLOBAL LOGISTICS (M) SDN BHD

_Signature of Shipper or his Agent_

| Total Prepaid | Total Collect |
|---|---|
| 32082.48 | |

**Currency Conversion Rates** / **CC Charges in Dest. Currency**

3/6/2014   PEN   ANDELYN TEOH
Executed on (date)   at (place)   Signature of Issuing Carrier or its Agent

For Carrier's Use only
at Destination

| Charges at Destination | Total Collect Charges |
|---|---|

232-10677085

Original 2 - (For Consignee)          232-10677085

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**



COPY 11 (EXTRA COPY)

5 of 18

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS



232  KUL  1187 3632

232  1187 3632

**Air Waybill**
Issued by

Shipper's Name and Address

MALAYSIAN EXPRESS WORLDWIDE SDN BHD
NO 3 USJ16 2F
47630 UEP SUBANG JAYA
SELANGOR DARUL EHSAN
TE0380247870 EX0380247870 MS ANUM

MALAYSIAN AIRLINE SYSTEM BERHAD
3RD FLR ,ADMIN BLDG 1,MAS COMPLE
SAAS AIRPORT ,47200 SUBANG, MY .

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

Consignee's Name and Address          Consignee's Account Number

UPS PARCEL DELIVERY[GUANGDONG]CO.,
BEIJING BRANCH
NO.3 ZAOYING RD.MAIZIDIAN CHAOYANG DISTRICT
BEIJING 100125 CHINA.
TEL : 65834086

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City

MALAYSIAN EXPRESS WORLDWIDE SDN BHD
KUL

Accounting Information/Also notify

FREIGHT PREPAID
EXPRESS HANDLING UNIT[EHU]

Agent's IATA Code          Account No.

2037091          0000000

Airport of Departure (Addr. of first Carrier) and requested Routing          Reference Number          Optional Shipping Information

KUALA LUMPUR

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS CODE | WT/VAL PPD COLL | Other PPD COLL | Declared Value for Carriage | Declared Value for Customs |
|----|---|---|----|----|----|----|----|---|---|---|---|---|
| PEK | MH370 | 08MAR | | | | | MYR | PP | PP | PP | NVD | NCV |

Airport of Destination          Requested Flight/Date          Amount of Insurance

BEIJING          MH370/08          XXX

INSURANCE - If Carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked 'Amount of Insurance'.

Handling Information

EXP PLS NOTIFY CNEE UPON ARRIVALS

SCI

(for USA only) These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Diversion contrary to USA law is prohibited.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class / Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 02 | 6.0 | | | 6.0 | 13.66 | | COURIER MATERIALS |
| | | | | | | 81.96 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 81.96 | | | TC : 25.00 |

Valuation Charge                FSC : 6.00

Tax                              SSC : 2.28

| | Total other Charges Due Agent | |
| 27.40 | | |

| | Total other Charges Due Carrier | |
| 8.28 | | |

Shipper certifies that the particulars on the face hereof are correct and that INSOFAR AS ANY PART OF THE CONSIGNMENT CONTAINS DANGEROUS GOODS, SUCH PART IS PROPERLY DESCRIBED BY NAME AND IS IN PROPER CONDITION FOR CARRIAGE BY AIR ACCORDING TO THE APPLICABLE DANGEROUS GOODS REGULATIONS.

MALAYSIA EXPRESS WORLDWIDE SDN BHD

| Total prepaid | Total collect |
| 117.63 | |

Signature of Shipper or his Agent

Currency Conversion Rates     cc charges in Dest. Currency

26FEB14     KUALA LUMPUR          ANUM

For Carrier's Use only at Destination     Charges at Destination     Total collect Charges

Executed on     (Date)     at     (Place)     Signature of Issuing Carrier or its Agent

232  1187 3632

COPY 11 (EXTRA COPY)

6 of 18

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS



7 of 18

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS

232-12009141

| 232 KUL 12009141 | | | | | | | Not Negotiable **Malaysia Airline System Berhad** |
|---|---|---|---|---|---|---|---|

Shippers Name and Address
**XBERK LOGISTICS (MALAYSIA) SDN BHD — KUALA**
LOT 844, 1ST FLOOR JLN SUBANG 7
TMN PERINDUSTRIAN SUBANG,
47500 SUBANG JAYA, SELANGOR D.E.
TEL: 60-3-80238266 FAX: 60-3-80238277

Air Waybill Issued by **Malaysia Airline System Berhad**
33RD FLOOR, MAS BUILDING,
JALAN SULTAN ISMAIL, KUALA LUMPUR,
FEDERAL TERRITORY, MALAYSIA
50250

Consignee's Name and Address
**KERRY EAS LOGISTICS LIMITED**
NO.21 XIAOYUN ROAD, CHAOYANG DISTRICT,
BEIJING 100027 CHINA
ATTN:MR DAVID ZHANG
TEL: 8610-84546956 FAX:8610-64647246

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City
**INTERNATIONAL AIR TRANSPORT ASSOCIATION**

Accounting Information
**FREIGHT PREPAID**

Agent's IATA Code
**20312481501**

Account No.

Airport of Departure (Addr. of First Carrier) and Requested Routing
**KUALA LUMPUR**

Reference Number | Optional Shipping Information

| By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL | | Other | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PEK MH** | | | | | | MYR | PP | P | | P | | NVD | NCV |

Airport of Destination
**BEIJING CAPITAL INTL** | MH370/08 Flight/Date | Amount of Insurance **XXX** | INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions hereof, indicate amount to be insured in figures in box marked "Amount of Insurance"

Handling Information
**TOTAL:(13) PACKAGE(S) ONLY.**
**ONE POUCH OF DOCUMENT ATTACHED.**

SCI

| No. of Pieces RCP | Gross Weight | | Rate Class Commodity Item No. | Chargeable Weight | Rate Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 13 | 2,250.0K | Q | | 2,250 | 10.25 | 23,062.50 | **CONSOLIDATION DETAILS AS PER CARGO MANIFEST ATTACHED** 89x31x13(CM)/2 43x30x25(CM)/5 105x95x105(CM)/1 105x95x118(CM)/1 105x95x140(CM)/1 105x95x144(CM)/1 105x95x150(CM)/1 105x95x161(CM)/1 |
| 13 | 2,250.0 | | | | | 23,062.50 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 23062.50 | | | MYC:2250.00   SCC:855.00   CGC:3.00 |

Valuation Charge

Tax

Total Other Charges Due Agent

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| Total Other Charges Due Carrier | |
|---|---|
| 3108.00 | |

**KERRY LOGISTICS (MALAYSIA) SDN BHD — KUALA LUMPUR**

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 26170.50 | |

Currency Conversion Rates | CC Charges in Dest. Currency

**06-MAR-2014**          **KUALA LUMPUR**                    **NAZROL NASIR**
Executed on (date)              at (place)              Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

232-12009141

ORIGINAL 2 (FOR CONSIGNEE)

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS

```
DVC-17957 1606 07MAR14

MALAYSIA AIRLINES

L O A D  S H E E T          CHECKED BY          APPROVED / EDND
ALL WEIGHTS IN KG           FAIZAL                           02

FROM/TO FLIGHT      A/C REG-VERSION      CREW    DATE    TIME
KUL PEK MH0370/08   9M-MRO J35Y245       2/10    07MAR14 1606
                    WEIGHT           DISTRIBUTION
LOAD IN COMPARTMENTS    14296 1/2500 2/4530 3/804 4/5885 5/577
                        0/0
PASSENGER/CABIN BAG     16790 228/3/2          TTL 227 CAB 0
                        PAX 10/215
TOTAL TRAFFIC LOAD      31086 BLKD 1/0
DRY OPERATING WEIGHT    143283
ZERO FUEL WEIGHT ACTUAL 174369 MAX 195044  L   ADJ
------------------------------------------------------
TAKE OFF FUEL           49100
TAKE OFF WEIGHT ACTUAL  223469 MAX 286897      ADJ
------------------------------------------------------
TRIP FUEL               37200
LANDING WEIGHT  ACTUAL  186269 MAX 208652      ADJ
------------------------------------------------------
BALANCE AND SEATING CONDITIONS      LAST MINUTE CHANGES
DOI       59.07 DLI       57.29  DEST  SPEC  CL/CPT + - WEIGHT
LIZFW     67.05 MACZFW    31.65
LITOW     70.05 MACTOW    33.78

STAB TO   03.9 MID
SEATING
0A/10 0B/127 0C/88

UNDERLOAD BEFORE LMC      20675          LMC TOTAL + -

LOADMESSAGE AND CAPTAINS INFORMATION BEFORE LMC

PANTRY B            4564/-01.0

*** CONNECTED TO CHECK-IN APPLICATION ***

WBC K8-45
EXP 20SEP14
NOTOC - YES

LDM
MH370/07. 9M-MRO. J35Y245. 2/10
.PEK. 228/3/2.0. T14296. 1/2500. 2/4530. 3/804. 4/5885. 5/577
.PAX/10/215.PAD/0/1.PER/41L. PER/41R. PER/43L. PER/44L

. \B3490. C10806. MNIL.ENIL.
```

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS



10 of 18

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS

```
DVC-10329 1448-07MAR14

LOADING INSTRUCTION/REPORT  CONFIG        PREPARED BY     EDNO
ALL WEIGHTS IN KG    J35Y245              ELMI ZAMRI        01

FROM/TO FLIGHT     A-C/REG  D/V    VERSION   CREW    DATE    TIME
KULPEK MH 0370     9M-MRO  06/12   772       2/12    08MAR   1448

PLANNED LOAD
PEK   J 10 Y 218   C 010897 M 000000 B 004720 E 000000
JOINING SPECS PEK   PER/4 PER/4 PER/4 PER/4
TRANSIT SPECS
RELOADS

----------------------------------------------
CPT   1.FLF MAX 015308             ::CPT   TOTAL :
                                   -----------------------------
:11P                                              :
:ONLOAD    PEK B/02000
:REPORT
 . . . . . . . . . . . . . . . . . . . .
:12L                        :12R                  :
:ONLOAD    PEK B/00840      :ONLOAD    PEK B/00840
:REPORT                     :REPORT
----------------------------------------------
CPT   2 FLA MAX 017780  1+2  033088    ::CPT  1 TOTAL :

:22P       PMC5871MH                              :
:ONLOAD    PEK C/02110
:REPORT
 . . . . . . . . . . . . . . . . . . . .
:23P       PMC61433MH                             :
:ONLOAD    PEK C/02420
:REPORT
----------------------------------------------
CPT   3 ALF MAX 003174                 ::CPT  2 TOTAL :

:33L       AKE6442MH        :33R    AKE90207MH    :
:ONLOAD    PEK C/00410      :ONLOAD    PEK C/00394
:REPORT                     :REPORT
----------------------------------------------
CPT   4 ALC MAX 012701  3+4  015875    ::CPT  3 TOTAL :

:41L       AKE90787MH       :41R    AKE8535MH     :
:ONLOAD    PEK C/01242      :ONLOAD    PEK C/01228
:SPECS  PER                 :SPECS  PER
:REPORT                     :REPORT
 . . . .                    .
:42L                        :                     :
:ONLOAD    PEK SS/00091     :ONLOAD
:REPORT                     :REPORT
 . . . .                    .
:42L                        :                     :
:ONLOAD    PEK TB/00200     :ONLOAD
:REPORT                     :REPORT
 . . . .                    .
:43L       AKE3372MH        :43R                  :
:ONLOAD    PEK C/01238      :ONLOAD    PEK FB/00840
:SPECS  PER                 :SPECS
:REPORT                     :REPORT
 . . . . . . . . . . . . . . . . . . . . . . . . .
```

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS

```
:44L      AKE3497MH        :44R     AKE90348MH          :
:ONLOAD    PEK C/01218     :ONLOAD   PEK C/00540
:SPECS  PER                :SPECS
:REPORT                    :REPORT
------------------------------------------------------------------
CPT  5 ALA MAX 004062   45 019957     ::CPT  4 TOTAL :
                                      ------------------------------
:52    00000000000                                       :
:ONLOAD   PEK C/00006
:REPORT
------------------------------------------------------------------
                                      ::CPT  5 TOTAL :
                                      ------------------------------


SI


THIS AIRCRAFT HAS BEEN LOADED IN ACCORDANCE WITH THESE
INSTRUCTIONS AND THE DEVIATIONS SHOWN ON THIS REPORT. THE
CONTAINER/PALLETS AND BULK LOAD HAVE BEEN SECURED IN
ACCORDANCE WITH COMPANY INSTRUCTIONS.
                         SIGNATURE:

;



DVC-10329 1448 07MAR14
FLR
MH0370/08MAR14/KUL
;

DVC-10329 1448 07MAR14
EZFW MH 370/07MAR 9M-MRO J35Y245 02/12/00  KULPEK
PASSENGER        017015KG
BAGGAGE          003324KG
CARGO            010806KG
MAIL             000000KG
EQUIPMENT        000000KG
TR DEADLOAD      000000KG
TR PASSENGER     000000KG
TTL TRAFFIC LOAD 031145KG
J 010 Y 218
TTL PASSENGER    228
BW               138919KG
WT ADJ           004564KG
ADJ-DOW          143483KG
EST ZFW          174628KG OR 384965LB
.
;



DVC-10329 1448 07MAR14
EZFW MH 370/08MAR 9M-MRO J35Y245 02/12/00  KULPEK
PASSENGER        017015KG
BAGGAGE          003324KG
CARGO            010806KG
MAIL             000000KG
EQUIPMENT        000000KG
TR DEADLOAD      000000KG
TR PASSENGER     000000KG
TTL TRAFFIC LOAD 031145KG
```

12 of 18

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
131571   RCVD 07MAR14 1443Z
QX KULKJMH
.KULFGMH 071443 KUL/QF/4C90
U L D S   A S S I G N E D   T O   F L I G H T        07MAR 1443Z QF
OTHERS ..............................................
IRREGULARITIES  AWB NBR ................................
WEATHER                      GOOD / RAIN
IF RAIN SPECIFY              TIME START......... / END .......
PART02 END
SENT
KULKJMH KULKCMH HDQFEMH KULFWMH KULOCMH KULFOMH KULFGMH
**
```

180.0 | 175.0

```
131572   RCVD 07MAR14 1443Z
QX KULKJMH
.KULFGMH 071443 KUL/QF/4C90
U L D S   A S S I G N E D   T O   F L I G H T        07MAR 1443Z QF

MH 370  08MAR   772         K U L                              UFL
FIRST UFL: 2243  07MAR14  QF      LAST UFL:
```

| P E K | | PCS | VOL | WGT IN KGS | | DEVIATION | |
|---|---|---|---|---|---|---|---|
| | | | | SYST | ACTL | KGS | PERC |
| 01*AKE | 3372MH | 1 | 6.9* | 1148 | 1238 | 21 | 1.8 |
| PER | | | | | | | |
| 02*AKE | 3497MH | 1 | 6.8* | 1128 | 1218 | 21 | 1.8 |
| PER | | | | | | | |
| 03*AKE | 6442MH | 1 | 4.0* | 320 | 410 | 21 | 6.5 |
| PPP QTC KEY | | | | | | | |
| 04*AKE | 8535MH | 1 | 6.8* | 1138 | 1228 | | 0.0 |
| PER | | | | | | | |
| 05*AKE | 90207MH | 1 | 4.0* | 326 | 394 | -18 | -5.5 |
| PPP QTC KEY | | | | | | | |
| 06 AKE | 90348MH | 67 | 2.8* | 463 | 540 | -9 | -1.9 |
| QTC SSR | | | | | | | |
| 07*AKE | 90787MH | 1 | 6.9* | 1152 | 1242 | 4 | 0.3 |
| PER | | | | | | | |
| 08*PMC | 5871MH | 133 | 10.0* | 1990 | 2110 | | 0.0 |
| QTC SSR | | | | | | | |
| 09 PMC | 61433MH | 18 | 8.6* | 2282 | 2420 | 18 | 0.7 |
| | | | | | | | |
| TOTAL | | 224 | 56.8 | 9947 | 10800 | 58 | 0.5 |

| B U L K   L O A D | PCS | VOL | WGT IN KGS | | DEVIATION | |
|---|---|---|---|---|---|---|
| | | | SYST | ACTL | KGS | PERC |
| PEK | 2 | 0.0* | 6 | 6 | | 0.0 |

```
   **EXS CN-11873632 2P/6.KG SEND BY VAN THRU EHU**MGO**
   -----------------------------------------------------------
*** PGM BULK      OP     OKG ***


CHECKED BY...............        APRON CHECKED.............
NAME.....................        NAME.....................

CONDITION OF CARGO AT BAY    GOOD / TORN / DAMAGE / WET / LEAK
PART01 CONTINUED
SENT
KULKJMH KULKCMH HDQFEMH KULFWMH KULOCMH KULFOMH KULFGMH
**
```

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS

| | | PCS | VOL | WGT IN KGS SYST | WGT IN KGS ACTL | DEVIATION KGS | DEVIATION PERC |
|---|---|---|---|---|---|---|---|
| .02*AKE | 3497MH | 1 | 6.8* | 1128 | 1218 | 91 | 1.8 |
| PER | | | | | | | |
| .03*AKE | 6442MH | 1 | 4.0* | 320 | 410 | 21 | 6.5 |
| PPP QTC KEY | | | | | | | |
| 04*AKE | 8535MH | 1 | 6.8* | 1138 | 1228 | | 0.0 |
| PER | | | | | | | |
| 05*AKE | 90207MH | 1 | 4.0* | 326 | 394 | -18 | -5.5 |
| PPP QTC KEY | | | | | | | |
| 06 AKE | 90348MH | 67 | 2.8* | 463 | 540 | -9 | -1.9 |
| QTC SSR | | | | | | | |
| 07*AKE | 90787MH | 1 | 6.9* | 1152 | 1242 | 4 | 0.3 |
| PER | | | | | | | |
| 08*PMC | 5871MH | 133 | 10.0* | 1990 | 2110 | | 0.0 |
| QTC SSR | | | | | | | |
| 09 PMC | 61433MH | 18 | 8.6* | 2282 | 2420 | 18 | 0.7 |
| TOTAL | | 224 | 56.8 | 9947 | 10800 | 58 | 0.5 |

| B U L K   L O A D | | PCS | VOL | WGT IN KGS SYST | WGT IN KGS ACTL | DEVIATION KGS | DEVIATION PERC |
|---|---|---|---|---|---|---|---|
| PEK | | 2 | 0.0* | 6 | 6 | | 0.0 |

**EXS CN-11873632 2P/6.KG SEND BY VAN THRU EHU**MGO**

*** PEM BULK     OP     OKG ***

CHECKED BY.,............    APRON CHECKED............

NAME,..................*    NAME....................

CONDITION OF CARGO AT BAY    GOOD / TORN / DAMAGE / WET / LEAK

PART01 CONTINUED

SENT

KULKJMH KULKCMH HDQFGMH KULFWMH KULOCMH KULFOMH KULFGMH

**

131596  RCVD 07MAR14 1443Z

DX KULKJMH

.KULFGMH 071443 KUL/QF/4C90

SPECIAL LOAD    NOTIFICATION TO CAPTAIN

FROM FLIGHT    DATE    A/C REG

KUL  MH 0370    08MAR14

NO RESTRICTED LOAD EX KUL

OTHER SPECIAL LOAD

| TO | AWB | CONTENTS | PCS | QTY | IMP CODE | POS ULD CODE |
|---|---|---|---|---|---|---|
| PEK | 12007306 | MANGOSTEEN | 1 | 1128KG | PER | ... AKE 3497MH |
| PEK | 12007306 | MANGOSTEEN | 1 | 1140KG | PER | ... AKE 3372MH |
| PEK | 12007306 | MANGOSTEEN | 1 | 1138KG | PER | ... AKE 8535MH |
| PEK | 12007306 | MANGOSTEEN | 1 | 1152KG | PER | ... AKE 90787MH |

174  064

SI NIL

THERE IS NO EVIDENCE THAT ANY DAMAGED OR LEAKING PACKAGES :

CONTAINING DANGEROUS GOODS HAVE BEEN LOADED ON THE AIRCRAFT

AT THIS STATION

LOADED OR CHECK      CAPTAINS SIGNATURE

14 of 18

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

DVC-17957 1529 07MAR14
SPECIAL LOAD NOTIFICATION TO CAPTAIN PRE-FLIGHT                     08:54

| FROM | FLIGHT | DATE | A/C REG | PREPARED BY |
|------|--------|------|---------|-------------|
| KUL  | MH 0370 /08 | 08MAR14 | 9M-MRO | MASGO |

****************************************************************************
*** OTHER SPECIAL LOAD ***

| TO | AWB NR | CONTENTS | PCS | QTY | IMP CODE | POS ULD CODE |
|----|--------|----------|-----|-----|----------|--------------|
| 001. PEK | 12007306 | MANGOSTEEN MANGOSTEEN | 0001 | 1128KG | PER | 41L AKE3497MH |
| 002. PEK | 12007306 | MANGOSTEEN MANGOSTEEN | 0001 | 1152KG | PER | 41R AKE90787MH |
| 003. PEK | 12007306 | MANGOSTEEN MANGOSTEEN | 0001 | 1148KG | PER | 43L AKE3372MH |
| 004. PEK | 12007306 | MANGOSTEEN MANGOSTEEN | 0001 | 1138KG | PER | 44L AKE8535MH |

****************************************************************************
****************************************************************************
THERE IS NO EVIDENCE THAT ANY DAMAGED OR LEAKING PACKAGES CONTAINING DANGEROUS
GOODS HAVE BEEN LOADED ON THE AIRCRAFT

LOADING SUPERVISOR                          CAPTAIN
NAME AND SIGNATURE:                         NAME AND SIGNATURE:

15 of 18

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
DVC-10329. 1448 07MAR14

LOADING INSTRUCTION/REPORT  CONFIG      PREPARED BY      EDNO
ALL WEIGHTS IN KG    J35Y245             ELMI ZAMRI         01

FROM/TO FLIGHT    A-C/REG  D/V    VERSION   CREW   DATE    TIME
KULPEK MH 0370    9M-MRO  06/12   773       2/12   08MAR   1448

PLANNED LOAD
PEK   J 10 Y 218    C 010897 M 000000 B 004720 E 000000
JOINING SPECS PEK   PER/4 PER/4 PER/4 PER/4
TRANSIT SPECS
RELOADS
----------------------------------------------------------------
CPT  1 FLF MAX 015308                      ::CPT   TOTAL :
                                           ----------------------
:11P                                                         :
:ONLOAD    PEK B/02000
:REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
:12L                            :12R                         :
:ONLOAD    PEK B/00840          :ONLOAD    PEK B/00840
:REPORT                         :REPORT
----------------------------------------------------------------
CPT  2 FLA MAX 017780  1+2  033088         ::CPT  1 TOTAL :

:22P            PMC5871MH                                    :
:ONLOAD    PEK C/02110
:REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
:23P            PMC61433MH                                   :
:ONLOAD    PEK C/02420
:REPORT
----------------------------------------------------------------
CPT  3 ALF MAX 003174                      ::CPT  2 TOTAL :

:33L       AKE6442MH            :33R       AKE90207MH        :
:ONLOAD    PEK C/00410          :ONLOAD    PEK C/00394
:REPORT                         :REPORT
----------------------------------------------------------------
CPT  4 ALC MAX 012701  3+4  015875         ::CPT  3 TOTAL :

:41L       AKE90787MH  M        :41R       AKE8535MH   M     :
:ONLOAD    PEK C/01242          :ONLOAD    PEK C/01228
:SPECS   PER                    :SPECS   PER
:REPORT                         :REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
:42L                            :                           :
:ONLOAD    PEK SS/00091  B      :ONLOAD
:REPORT                         :REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
:42L                            :                           :
:ONLOAD    PEK TB/00200  B      :ONLOAD
:REPORT                         :REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
:43L       AKE3372MH   M        :43R                         :
:ONLOAD    PEK C/01238          :ONLOAD    PEK FB/00840
:SPECS   PER                    :SPECS
:REPORT                         :REPORT
  . . . . . . . . . . . . . . . . . . . . . . . . . . . .
```

16 of 18

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
;44L      AKE3497MH          ;44R    AKE90348MH          :
;ONLOAD    PEK C/01218       ;ONLOAD  PEK C/00540
;SPECS     PER               ;SPECS
;REPORT                      ;REPORT

CPT  5 ALA MAX 004082  +5  019957     ::CPT  4 TOTAL :

;52        00000000000
;ONLOAD    PEK C/00006
;REPORT

                                      ::CPT  5 TOTAL :

SI


THIS AIRCRAFT HAS BEEN LOADED IN ACCORDANCE WITH THESE
INSTRUCTIONS AND THE DEVIATIONS SHOWN ON THIS REPORT. THE
CONTAINER/PALLETS AND BULK LOAD HAVE BEEN SECURED IN
ACCORDANCE WITH COMPANY INSTRUCTIONS.
                              SIGNATURE:


DVC-10329 1448 07MAR14
FLR
MH0370/08MAR14/KUL


DVC-10329 1448 07MAR14
EZFW MH 370/07MAR 9M-MRO J35Y245 02/12/00  KULPEK
PASSENGER            017015KG
BAGGAGE              003324KG
CARGO                010806KG
MAIL                 000000KG
EQUIPMENT            000000KG
TR DEADLOAD          000000KG
TR PASSENGER         000000KG
TTL TRAFFIC LOAD     031145KG
J 010 Y 218
TTL PASSENGER        228
BW                   138919KG
WT ADJ               004564KG
ADJ-DOW              143483KG
EST ZFW              174628KG OR 384989LB


DVC-10329 1448 07MAR14
EZFW MH 370/08MAR 9M-MRO J35Y245 02/12/00  KULPEK
PASSENGER            017015KG
BAGGAGE              003324KG
CARGO                010806KG
MAIL                 000000KG
EQUIPMENT            000000KG
TR DEADLOAD          000000KG
TR PASSENGER         000000KG
TTL TRAFFIC LOAD     031145KG
```

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18H - CARGO MANIFEST AND ASSOCIATED DOCUMENTS**

```
PAGE   01
 BBD: MH370/08MAR KUL                                        CC/NAM
772/D     GTD/C1   POS/GATE BDT2335 SD0035 ED0035   SA0630  FT0555
PASSENGERS CHECKED-IN  : J10Y215
PASSENGERS BOARDED     : J10Y215
PASSENGERS NOT BOARDED : J0Y0
NIL
```

18 of 18

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18I – LITHIUM BATTERY GUIDANCE DOCUMENT**



# Lithium Battery Guidance Document

*Transport of lithium Metal and Lithium Ion Batteries*

*Revised for the 2014 Regulations*

△ Introduction

This document is based on the provisions set out in the 2013-2014 Edition of the ICAO Technical Instruction for the Safe Transport of Dangerous Goods by Air and the 55th Edition of the IATA Dangerous Goods Regulations (DGR).

The purpose of this document is to provide guidance for complying with provisions applicable to the transport by air of lithium batteries as set out in the DGR. Specifically the document provides information on:

- Definitions;
- Classification (including classification flowcharts);
- Transport Conditions
- Exceptions;
- Special Provisions;
- Packaging provisions for lithium batteries;
- Prohibitions;
- Passenger Provisions; and
- Frequently Asked Questions

1 of 3

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18I – LITHIUM BATTERY GUIDANCE DOCUMENT**

IATA Lithium Battery Guidance Document - 2014

provisions of DGR 1.3.3.3 and 1.3.3.6 apply. If packages are assembled into an overpack the requirements for overpacks in DGR 8.1.6.9.3, Step 7 apply.

**Note 3**: Until 31 March 2014 the shipper may , provide the information set out below on an air waybill or on an alternative transport documentation in lieu of using a Shipper's Declaration.

When the transitional provisions are applied and an air waybill is used, the information required by 2, 3 and 4 below must be shown in the "Nature and Quantity of Goods" box of the air waybill and the air waybill must clearly identify the name and address of the shipper and of the consignee. Where an agreement exists with the operator, the shipper may provide the information by electronic data processing (EDP) or electronic data interchange (EDI) techniques. The information required is as follows and should be shown in the following order:

1) the name and address of the shipper and consignee;

2) UN 3480 or UN 3090, as applicable;

3) Lithium ion batteries PI 965 IB, or lithium metal batteries PI 968 IB;

4) the number of packages and the gross weight of each package.

3.  Section II - Packing Instructions 965 – 970

"Small" Lithium ion and lithium metal cells and batteries that meet the Watt-hour or lithium content limits set out in Section II of PI 965 to PI 970 are only subject to certain parts of the DGR when shipped as cargo. The bulk of the requirements for these small lithium batteries are contained within the General Requirements at the start of each packing instruction which apply to all lithium batteries and then the specific requirements set out in Section II of each packing instruction, which are as follows:

(a) classification (DGR 3.9.2.6);

(b) limits on the quantity of lithium cells or batteries per package (Table II of the applicable packing instruction);

(c) strong outer packagings (see Section II of applicable packing instruction);

(d) marking and labelling of packages (Additional Requirements of Section II of the applicable packing instruction);

(e) the details of the consignment must be described (Additional Requirements of Section II of the applicable packing instruction).

**Exceptions**

Small lithium metal and lithium ion batteries are not subject to all of the provisions of the DGR provided that they comply with all of the requirements set out in Section II of Packing Instructions 965, 966 and 967 for lithium ion batteries and Section II of Packing Instructions 968, 969 and 970 for lithium metal batteries in the 55th Edition of the IATA DGR.

Packages containing lithium batteries, or lithium batteries contained in, or packed with, equipment that meet the provisions of Section II of these packing instructions are not required to have a Class 9 hazard label and there is no requirement for a Shipper's Declaration for Dangerous Goods for consignments of these batteries.

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18I – LITHIUM BATTERY GUIDANCE DOCUMENT



MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)**

*In red (Mangosteens and Lithium Ion Batteries carried together)

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION | FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION |
| MH 376 | 01 JAN | 232-11828622 | KUL/PEK | | | | |
| MH 370 | 02 JAN | 232-11828795 | KUL/PEK | MH 370 | 02 JAN | 232-10629920 | PEN/PEK |
| | | | | MH 360 | 02 JAN | 232-10638095 | PEN/PEK |
| MH 370 | 03 JAN | 232-11828806 | KUL/PEK | | | | |
| MH 370 | 03 JAN | 232-11828795 | KUL/PEK | | | | |
| MH 370 | 04 JAN | 232-11828810 | KUL/PEK | | | | |
| MH 370 | 05 JAN | 232-11828821 | KUL/PEK | | | | |
| MH 370 | 06 JAN | 232-11828832 | KUL/PEK | | | | |
| MH 370 | 07 JAN | 232-11828843 | KUL/PEK | MH 370 | 08 JAN | 232-10638434 | PEN/PEK |
| | | | | MH 360 | 09 JAN | 232-11843436 | PEN/PEK |
| | | | | MH 370 | 09 JAN | 232-10638191 | PEN/PEK |
| MH 360 | 10 JAN | 232-11830976 | KUL/PEK | MH 370 | 10 JAN | 232-10638202 | PEN/PEK |
| | | | | MH 370 | 10 JAN | 232-10630200 | PEN/PEK |
| | | | | MH 370 | 11 JAN | 232-11812802 | PEN/PEK |
| | | | | MH 370 | 11 JAN | 232-10630211 | PEN/PEK |
| | | | | MH 370 | 11 JAN | 232-10638445 | PEN/PEK |
| | | | | MH 370 | 12 JAN | 232-10630222 | PEN/PEK |
| MH 370` | 15 JAN | 232-11828935 | KUL/PEK | MH 370 | 15 JAN | 232-10630454 | PEN/PEK |
| | | | | MH 370 | 15 JAN | 232-10638106 | PEN/PEK |
| MH 360 | 16 JAN | 232-11879792 | KUL/PEK | | | | |
| MH 370 | 16 JAN | 232-11851055 | KUL/PEK | MH 370 | 16 JAN | 232-10638375 | PEN/PEK |
| MH 370 | 17 JAN | 232-11851066 | KUL/PEK | MH 370 | 17 JAN | 232-10630476 | PEN/PEK |
| | | | | MH 370 | 17 JAN | 232-10638526 | PEN/PEK |
| MH 370 | 18 JAN | 232-11879781 | KUL/PEK | MH 370 | 18 JAN | 232-10630480 | PEN/PEK |
| MH 360 | 19 JAN | 232-11879770 | KUL/PEK | | | | |
| MH 370 | 19 JAN | 232-11851081 | KUL/PEK | | | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)**

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| MH 370 | 20 JAN | 232-11851092 | KUL/PEK | MH 370 | 20 JAN | 232-10638810 | PEN/PEK |
| MH 360 | 21 JAN | 232-11879766 | KUL/PEK | MH 360 | 21 JAN | 232-11859105 | PEN/PEK |
| MH 360 | 21 JAN | 232-11880643 | KUL/PEK | MH 360 | 21 JAN | 232-11898445 | PEN/PEK |
| MH 370 | 21 JAN | 232-11865685 | KUL/PEK | | | | |
| MH 360 | 22 JAN | 232-11884600 | KUL/PEK | | | | |
| MH 360 | 22 JAN | 232-11884633 | KUL/PEK | | | | |
| MH 370 | 22 JAN | 232-11865696 | KUL/PEK | | | | |
| MH 360 | 23 JAN | 232-11880654 | KUL/PEK | | | | |
| MH 370 | 23 JAN | 232-11865700 | KUL/PEK | | | | |
| MH 360 | 24 JAN | 232-11775831 | KUL/PEK | | | | |
| MH 360 | 24 JAN | 232-11831621 | KUL/PEK | | | | |
| MH 370 | 24 JAN | 232-11865711 | KUL/PEK | MH 370 | 24 JAN | 232-10639053 | PEN/PEK |
| MH 360 | 25 JAN | 232-11831632 | KUL/PEK | | | | |
| MH 370 | 25 JAN | 232-11865722 | KUL/PEK | MH 370 | 25 JAN | 232-10639064 | PEN/PEK |
| MH 370 | 26 JAN | 232-11828880 | KUL/PEK | | | | |
| MH 360 | 27 JAN | 232-11831643 | KUL/PEK | | | | |
| MH 370 | 27 JAN | 232-11828902 | KUL/PEK | | | | |
| MH 360 | 28 JAN | 232-11831761 | KUL/PEK | | | | |
| MH 370 | 28 JAN | 232-11828913 | KUL/PEK | | | | |
| MH 360 | 30 JAN | 232-11831654 | KUL/PEK | | | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION | FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION |
| | | | | MH 360 | 09 FEB | 232-11945894 | PEN/PEK |
| | | | | MH 370 | 12 FEB | 232-10664054 | PEN/PEK |
| | | | | MH 370 | 15 FEB | 232-10639193 | PEN/PEK |
| | | | | MH 370 | 15 FEB | 232-10664080 | PEN/PEK |
| | | | | MH 370 | 16 FEB | 232-10639204 | PEN/PEK |
| | | | | MH 370 | 16 FEB | 232-10664091 | PEN/PEK |
| | | | | MH 370 | 16 FEB | 232-10665395 | PEN/PEK |
| | | | | MH 370 | 17 FEB | 232-10639215 | PEN/PEK |
| | | | | MH 370 | 18 FEB | 232-11962786 | PEN/PEK |
| | | | | MH 370 | 20 FEB | 232-10639510 | PEN/PEK |
| | | | | MH 370 | 20 FEB | 232-10664334 | PEN/PEK |
| | | | | MH 370 | 21 FEB | 232-10664345 | PEN/PEK |
| | | | | MH 370 | 21 FEB | 232-10639532 | PEN/PEK |
| | | | | MH 370 | 22 FEB | 232-10639543 | PEN/PEK |
| | | | | MH 370 | 23 FEB | 232-10639554 | PEN/PEK |
| | | | | MH 360 | 25 FEB | 232-10639775 | PEN/PEK |
| | | | | MH 370 | 26 FEB | 232-10639086 | PEN/PEK |
| | | | | MH 370 | 26 FEB | 232-10664603 | PEN/PEK |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)**

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION | FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN /DESTINATION |
| MH 370 | 03 MAR | 232-12007413 | KUL/PEK | | | | |
| | | | | MH 360 | 04 MAR | 232-10676853 | PEN/PEK |
| MH 370 | 05 MAR | 232-11989176 | KUL/PEK | MH 370 | 05 MAR | 232-10677052 | PEN/PEK |
| MH 360 | 06 MAR | 232-12007671 | KUL/PEK | | | | |
| | | | | MH 370 | 06 MAR | 232-10677063 | PEN/PEK |
| | | | | MH 370 | 06 MAR | 232-10664883 | PEN/PEK |
| MH 370 | 07 MAR | 232-12007295 | KUL/PEK | MH 370 | 07 MAR | 232-10677074 | PEN/PEK |
| MH 370 | 09 MAR | 232-12008441 | KUL/PEK | MH 370 | 09 MAR | 232-10677096 | PEN/PEK |
| MH 360 | 10 MAR | 232-12007332 | KUL/PEK | MH 360 | 10 MAR | 232-10677111 | PEN/KUL |
| MH 370 | 10 MAR | 232-12007321 | KUL/PEK | MH 370 | 10 MAR | 232-10677100 | PEN/PEK |
| MH 360 | 12 MAR | 232-12026136 | KUL/PEK | | | | |
| | | | | MH 370 | 12 MAR | 232-10677203 | PEN/PEK |
| MH 370 | 13 MAR | 232-12008905 | KUL/PEK | MH 370 | 13 MAR | 232-10677214 | PEN/PEK |
| MH 360 | 14 MAR | 232-12017250 | KUL/PEK | | | | |
| | | | | MH 370 | 14 MAR | 232-10677225 | PEN/PEK |
| MH 318 | 15 MAR | 232-11865976 | KUL/PEK | MH 318 | 15 MAR | 232-10677236 | PEN/PEK |
| MH 318 | 16 MAR | 232-12017412 | KUL/PEK | MH 318 | 16 MAR | 232-10677240 | PEN/PEK |
| MH 318 | 16 MAR | 232-11865980 | KUL/PEK | MH 318 | 16 MAR | 232-10665185 | PEN/PEK |
| MH 318 | 16 MAR | 232-12009163 | KUL/PEK | | | | |
| MH 318 | 17 MAR | 232-11865991 | KUL/PEK | MH 318 | 17 MAR | 232-10677251 | PEN/PEK |
| MH 360 | 17 MAR | 232-11866046 | KUL/PEK | MH 360 | 17 MAR | 232-1067762 | PEN/PEK |
| MH 318 | 19 MAR | 232-11866050 | KUL/PEK | MH 318 | 19 MAR | 232-5652865 | PEN/PEK |
| | | | | MH 318 | 19 MAR | 232-10680762 | PEN/PEK |
| MH 318 | 20 MAR | 232-11866061 | KUL/PEK | | | | |
| MH 318 | 21 MAR | 232-11866035 | KUL/PEK | MH 318 | 21 MAR | 232-69867700 | PEN/PEK |
| MH 318 | 22 MAR | 232-11908116 | KUL/PEK | MH 318 | 22 MAR | 232-69868315 | PEN/PEK |
| MH 318 | 23 MAR | 232-11828865 | KUL/PEK | MH 318 | 23 MAR | 232-69907994 | PEN/PEK |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| | | | | MH 318 | 23 MAR | 232-10680806 | PEN/PEK |
| MH 318 | 25 MAR | 232-11828924 | KUL/PEK | | | | |
| MH 318 | 26 MAR | 232-11865921 | KUL/PEK | MH 318 | 26 MAR | 232-54905620 | PEN/PEK |
| MH 318 | 27 MAR | 232-11865932 | KUL/PEK | MH 318 | 27 MAR | 232-592064442 | PEN/PEK |
| MH 318 | 28 MAR | 232-11866002 | KUL/PEK | MH 318 | 28 MAR | 232-10681053 | PEN/PEK |
| | | | | MH 318 | 28 MAR | 232-59207072 | PEN/PEK |
| MH 318 | 29 MAR | 232-11866013 | KUL/PEK | MH 318 | 29 MAR | 232-59242315 | PEN/PEK |
| MH 318 | 30 MAR | 232-11775901 | KUL/PEK | MH 318 | 30 MAR | 232-56872771 | PEN/PEK |
| MH 318 | 30 MAR | 232-11851173 | KUL/PEK | | | | |
| MH 318 | 31 MAR | 232-11828666 | KUL/PEK | | | | |
| MH 360 | 31 MAR | 232-11908105 | KUL/PEK | | | | |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

## APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION | FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION |
| MH 360 | 01 APR | 232-118851044 | KUL/PEK | | | | |
| MH 360 | 02 APR | 232-12955795 | KUL/PEK | MH 360 | 02 APR | 232-10681344 | PEN/PEK |
| MH 360 | 02 APR | 232-11908061 | KUL/PEK | | | | |
| MH 318 | 02 APR | 232-11851151 | KUL/PEK | | | | |
| MH 318 | 04 APR | 232-11865943 | KUL/PEK | MH318 | 04 APR | 232-10677542 | PEN/PEK |
| MH 318 | 04 APR | 232-12955806 | KUL/PEK | | | | |
| MH 360 | 04 ARP | 232-12955983 | KUL/PEK | | | | |
| MH 318 | 05 APR | 232-12955810 | KUL/PEK | MH 318 | 05 APR | 232-10677553 | PEN/KUL |
| MH 318 | 05 APR | 232-11865954 | KUL/PEK | | | | |
| MH 318 | 06 APR | 232-11070076 | KUL/PEK | | | | |
| MH 318 | 06 APR | 232-12955821 | KUL/PEK | | | | |
| MH 318 | 07 APR | 232-12955832 | KUL/PEK | | | | |
| MH 318 | 08 APRIL | 232-11866024 | KUL/PEK | | | | |
| MH 318 | 09 APL | 232-11908094 | KUL/PEK | | | | |
| MH 318 | 09 APR | 232-12955854 | KUL/PEK | | | | |
| MH 318 | 10 APR | 232-11908072 | KUL/PEK | MH 318 | 10 APR | 232-10681646 | PEN/PEK |
| MH 318 | 11 APR | 232-11851184 | KUL/PEK | | | | |
| | | | | MH 318 | 12 APR | 232-12976784 | PEN/PEK |
| MH 318 | 13 APR | 232-11908083 | KUL/PEK | | | | |
| MH 318 | 17 APR | 232-12956053 | KUL/PEK | MH 318 | 17 APR | 232-10681952 | PEN/PEK |
| | | | | MH 318 | 18 APR | 232-10681963 | PEN/PEK |
| | | | | MH 318 | 19 APR | 232-10681974 | PEN/PEK |
| | | | | MH 318 | 19 APR | 232-12977101 | PEN/KUL |
| | | | | MH 360 | 22 APR | 232-10678136 | PEN/PEK |
| | | | | MH 318 | 25 APR | 232-10682276 | PEN/PEK |
| | | | | MH 360 | 25 APR | 232-10678161 | PEN/PEK |
| | | | | MH 360 | 25 APR | 232-12992055 | PEN/PEK |
| | | | | MH 360 | 26 APR | 232-12977565 | PEN/PEK |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia

**APPENDIX 1.18J - AIRWAY BILL (FROM JANUARY TO MAY 2014)**

| MANGOSTEEN | | | | LITHIUM ION BATERRIES | | | |
|---|---|---|---|---|---|---|---|
| FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION | FLIGHT NO | DATE | AIRWAYS BILL | ORIGIN/ DESTINATION |
| | | | | MH 360 | 01 MAY | 232-10682560 | PEN/PEK |
| | | | | MH 360 | 03 MAY | 232-13053250 | PEN/PEK |
| | | | | MH 360 | 10 MAY | 232-13053784 | PEN/PEK |
| | | | | MH 360 | 18 MAY | 232-13053832 | PEN/PEK |
| | | | | MH 360 | 20 MAY | 232-12582511 | PEN/PEK |
| | | | | MH 360 | 21 MAY | 232-12582522 | PEN/PEK |
| | | | | MH 360 | 22 MAY | 232-12582533 | PEN/PEK |
| | | | | MH 360 | 23 MAY | 232-12594794 | PEN/PEK |
| | | | | MH 360 | 24 MAY | 232-12594805 | PEN/PEK |
| | | | | MH 360 | 25 MAY | 232-12977020 | PEN/PEK |
| | | | | MH 360 | 27 MAY | 232-12594934 | PEN/PEK |
| | | | | MH 360 | 28 MAY | 232-12582835 | PEN/PEK |
| | | | | MH 360 | 28 MAY | 232-12594945 | PEN/PEK |
| | | | | MH 360 | 29 MAY | 232-12582846 | PEN/PEK |
| | | | | MH 360 | 29 MAY | 232-12594956 | PEN/PEK |
| | | | | MH 360 | 30 MAY | 232-12582850 | PEN/PEK |
| | | | | MH 360 | 31 MAY | 232-13144563 | PEN/PEK |

MH370/01/15
Malaysian ICAO Annex 13
Safety Investigation Team for MH370
Ministry of Transport, Malaysia