# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

### DECLARATION OF MOHD FUAD BIN MOHD SHARUJI

I, Mohd Fuad bin Mohd Sharuji, hereby declare the following:

1. I am currently employed by Malaysian Airline System Berhad (Administrator Appointed) ("MAS") as Head of Post Accident Office and I am authorized to make this declaration on its behalf.

2. I am over the age of twenty-one, of sound mind and otherwise competent to make this Declaration.

3. I have been employed by MAS since on or about August 1976 in various capacities.

4. In my capacity as Head of Post Accident Office and by inquiry, I have acquired the knowledge and information to make this declaration.

5. MAS is a legal entity established and existing under the laws of Malaysia with its principal place of business in Malaysia. MAS's headquarters are located at Ground Floor, Admin Building 2, MAS Complex A, Sultan Abdul Aziz Shah Airport, 4722 Subang, Selangor Malaysia.

6. On 8 March 2014, MAS operated Malaysia Airlines Flight MH370 ("Flight MH370") as a scheduled passenger flight from Kuala Lumpur, Malaysia to Beijing, China.

7. Flight MH370 never arrived at its destination in Beijing, China, and is presumed to have crashed somewhere over the Southern Indian Ocean and all passengers are presumed to have perished in the crash. (the "Accident")

8. The aircraft was a Boeing 777-200ER, registered in Malaysia as 9M-MRO (the "Aircraft").

9. MAS took possession of the accident aircraft on or about 31 May 2002. At that time, MAS owned the Aircraft. Subsequently, ownership was changed to Aircraft Business Malaysia Sdn. Berhad, as the lessor.

10. All of MAS's records relating to the purchase of the Boeing 777-200ER, 9M-MRO, from The Boeing Company are located in Malaysia.

11. From the date that MAS took possession of the Aircraft, on or around 31 May 2002, until the date of the Accident, MAS was in possession of the Aircraft at all times.

12. During this time, all regular maintenance, servicing and repairs to the Aircraft were performed by MAS's maintenance personnel in Malaysia or other suitable maintenance organizations under contract with MAS. None of the maintenance was performed in the United States.

13. Current and former employees of MAS involved in the maintenance and repairs performed on 9M-MRO are located in Malaysia.

14. Maintenance records, including log books, and documentation of repairs for 9M-MRO are located in Malaysia.

15. The pilots and cabin crew on MH370 were hired and employed by MAS in Malaysia. All records and persons who may have knowledge of MAS's hiring, employment and training of pilots and cabin crew, including pilots and cabin crew for MH370, are located in Malaysia.

16. MAS current and former employees with knowledge of employment, training, disciplinary and other personnel records for all MAS employees, including the Flight MH370 crew, are located in Malaysia.

17. MAS's manuals, handbooks, operating procedures for the operation of 9M-MRO are located in Malaysia.

18. The location of MAS's [Flight] Operations Control Centre prior to and on the date of the Accident was in Malaysia and all records and persons who may have knowledge of MAS' flight operations program and procedures and flight-specific documents are located in Malaysia.

19. Current and former employees of MAS with knowledge regarding the skills of the accident flight crew, the training provided to flight and cabin crews on MH370 are located in Malaysia.

20. MAS's current and former employees with knowledge of MAS [Flight] Operations Control Centre who communicated with Flight MH370 or responded to the Accident are located in Malaysia.

21. MAS's management, including current and most of the former Directors, as well as other executive and management level employees are located in Malaysia.

22. MAS's employees involved in the investigation of the Accident are located in Malaysia.

23. All notices and correspondence between MAS or with Malaysian governmental authorities regarding the investigation of the Accident are in Malaysia.

24. All passenger records for MH370 are in Malaysia.

25. All records of MAS's emergency response manuals, policies and procedures are in Malaysia.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed in Selangor, Malaysia, on 5th September, 2016

_____
Mohd Fuad bin Mohd Sharuji