# EXHIBIT 5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

**DECLARATION OF HILLARY BARR IN SUPPORT OF THE MOTION TO DISMISS FOR *FORUM NON CONVENIENS***

I, Hillary Barr, declare as follows:

1. ***Introduction***. I am the Director of Product Safety for The Boeing Company ("Boeing"). As part of my responsibilities, I manage and supervise Boeing's Air Safety Investigation group, located in Everett, Washington. I work and reside in the State of Washington. This declaration is based on my personal knowledge as well as information collected by other Boeing employees, and I am prepared to testify regarding the facts set forth herein if required.

2. One of the functions of the Air Safety Investigation group is to coordinate the technical support that Boeing provides to government authorities responsible for conducting commercial aviation investigations under Annex 13 of the Convention of International Civil Aviation ("Annex 13"). When Boeing is asked to assist with an Annex 13 investigation, a member of the Boeing Air Safety Investigation group is assigned to coordinate Boeing's support to the official investigation. Boeing provides technical support to foreign authorities under the direction of the United States National Transportation Safety Board ("NTSB"). A Boeing Air Safety investigator was, in fact, assigned to coordinate Boeing's assistance to the investigation of the March 8, 2014 disappearance of Malaysia Airlines Flight MH370. Although the MH370

132983142.1

disappearance occurred before I assumed my current responsibilities, I have become familiar with Boeing's support to the official investigation and I currently supervise the Air Safety Investigation group member assigned to assist with the MH370 investigation. This declaration is based on my personal knowledge and on information collected by other Boeing employees. I am competent to testify to the statements herein and would so testify if called to do so.

3. **Summary of the Disappearance.** On March 7, 2014 (Seattle, Washington time), Boeing received a report that contact with a Boeing 777-200ER operated by Malaysian Airlines as Flight MH370 out of Kuala Lumpur, Malaysia to Beijing, China had been lost and that a search for the missing aircraft had commenced. The missing aircraft took off from Kuala Lumpur, Malaysia at approximately 12:42 a.m. (Malaysian time) on March 8. At approximately 1:19 a.m., the pilots made their last radio communication. Shortly thereafter, at 1:21 a.m., air traffic controllers lost radar contact with the aircraft while it was over the South China Sea during its transition from Malaysian to Vietnamese air traffic control. MH370 carried 227 passengers and 12 crew members. All of the crew members were Malaysian.

4. The immediate search for the missing aircraft took place in the South China Sea, the aircraft's location when radar contact was lost. The search area was later extended to the Straits of Malacca, to the west of Malaysia, based on military radar showing that an aircraft like MH370 had made an air turn back from the South China Sea and headed west back across the Malaysian Peninsula. Later in March 2014, analysis of satellite data showed that after crossing the Malaysian Peninsula and then flying northwest over the Strait of Malacca, the aircraft flew south for approximately six hours and ended its flight in the southern Indian Ocean.

5. As of the writing of this declaration, the search for MH370 continues in the southern Indian Ocean. To date, the majority of the wreckage, including components that would

be crucial to determining the root cause such as the flight data recorder and the cockpit voice recorder, has not been located. Several isolated pieces of debris from the MH370 aircraft, however, have washed up on the east coast of Africa and various islands to the east of Africa. The officials leading the search and investigation for the aircraft have stated that the likelihood of finding the aircraft is fading and that the search will be suspended after the remainder of the current search grid is completed, unless the current search yields credible information that can be used to identify the specific location of the aircraft.

6. ***The MH370 Aircraft and Malaysia Airlines.*** The MH370 aircraft was a model 777-200ER that was delivered to Malaysia Airlines in May 2002. Malaysian Airlines is headquartered at Kuala Lumpur International Airport, Malaysia. It is licensed and regulated by the Malaysian Department of Civil Aviation, an agency under the Malaysian Ministry of Transport ("MOT"). The MH370 aircraft was registered with the Malaysian civil aviation authorities under registration number 9M-MRO and was certified as airworthy by Malaysian civil aviation authorities on an annual basis.

7. ***The MH370 Investigation.*** Under Annex 13, when the location of an incident or accident cannot be specifically identified as being in the territory of any State, the State of the aircraft's registry is responsible for the investigation. Because the MH370 aircraft was registered in Malaysia, Malaysian authorities are responsible for leading the investigation of Flight 370. The Malaysian Department of Transport established an investigation team, designated the Malaysian ICAO Annex 13 Safety Investigation Team for MH370 ("the Malaysian Annex 13 team"). The Malaysian Annex 13 team is headed by a Malaysian Investigator in Charge. It also includes 18 additional Malaysian investigators as well as seven Accredited Representatives from seven additional countries. The Malaysian Annex 13 team has not yet issued a final report.

8. After determining that MH370 likely ended its flight in the southern Indian Ocean in an area within the designated search and rescue waters of Australia, the Malaysian and Australian authorities agreed that the Australian government would coordinate the search efforts as part of the Malaysian-led Annex 13 investigation.

9. As is usual in an investigation governed by Annex 13 involving Boeing aircraft, the United States is participating in the investigation as the state of manufacture and design of the aircraft. It is represented by an official from the U.S. National Transportation Safety Board who is one of the seven Accredited Representatives. As is also usual in an Annex 13 investigation involving Boeing aircraft, Boeing is a technical adviser to the Accredited Representative from the NTSB.

10. The Malaysian Annex 13 team has control over the investigation and maintains the complete investigation file. Boeing's primary investigation role has been limited to providing technical advice, under the direction of the NTSB, to the Malaysian authorities in response to requests made by those authorities. Boeing has not been involved with—and has no copies of documents collected or created by the investigation authorities relating to—many aspects of the investigation. I believe the same is true for the NTSB. I also understand that no entity from the United States has access to the complete MH370 investigation file.

11. Concurrent with the Malaysian Annex 13 investigation, the disappearance of MH370 is also being investigated by the Royal Malaysian Police and other law enforcement agencies. Except for one occasion on which a Boeing Air Safety Investigator provided basic aircraft information, Boeing has not been involved with the Malaysian police investigation, which to the best of my knowledge has focused on the possibility that the disappearance of MH370 was caused by intentional action by a passenger or member of the flight crew. In

addition, as discussed below, because one piece of debris was located on a French island off the coast of Africa, the French police took custody of and assumed responsibility for the analysis of that piece of wreckage. Boeing supported the examination of that component.

12. *Location of Witnesses.* The Malaysian Annex 13 Investigation team has released several reports on the status of its investigation, including a Factual Report issued March 2015, an Interim Statement issued in March 2015, and a Second Interim Statement issued in March 2016. Those reports identify or describe a number of witnesses with knowledge that may be relevant in determining the cause of the MH370 disappearance. These include the following:

- The 19 Malaysian investigators, including the Investigator in Charge, that are members of the Malaysian Annex 13 team, as well as the Accredited Representatives from the United Kingdom, Australia, Indonesia, China, France, Singapore, and the United States.

- Personnel with the Royal Malaysian Police who have been involved in the MH370 investigation, including those who have taken statements from friends, relatives, co-workers and health care providers of the flight crew and those involved with collecting evidence from the flight crew's residences. To the best of my knowledge, these individuals are located in Malaysia.

- Individuals with knowledge regarding the flight crew's state of mind in the period leading up to the flight, including family, friends, acquaintances, health care providers, personnel with the airline and the Malaysian Department of Civil Aviation, bankers and other individuals with knowledge regarding the flight crew's finances, and all individuals who interacted with the flight crew in the

5

immediate period leading up to the flight. To the best of my knowledge, these individuals are located in Malaysia.

- Individuals with knowledge concerning the cargo and loading of the MH370 aircraft, including cargo operators and loaders, freight forwarders, and suppliers and consignees. To the best of my knowledge, these individuals are located primarily in Malaysia.

- Individuals with knowledge regarding the flight crew's training, qualifications, and past performance, including personnel with the airline and the Malaysian Department of Civil Aviation. To the best of my knowledge, these individuals are located in Malaysia.

- Individuals with knowledge regarding the airline's operations, training procedures, and crew selection and evaluation, including personnel with the airline and the Malaysian Department of Civil Aviation. To the best of my knowledge, these individuals are located in Malaysia.

- Individuals with knowledge regarding the airline's general maintenance practices and the specific maintenance of the subject aircraft, including personnel with the airline and the Malaysian Department of Civil Aviation. To the best of my knowledge, these individuals are located primarily in Malaysia.

- Individuals with knowledge regarding the licensing and safety oversight of the airline (which was headquartered in Malaysia), the MH370 aircraft (which was registered in Malaysia), and the MH370 aircraft's flight crew (who were licensed by the Malaysian authorities). To the best of my knowledge, these individuals are located in Malaysia.

- Individuals with knowledge regarding simulator sessions conducted at the airline's facilities near Kuala Lumpur to re-construct MH370's flight profile. To the best of my knowledge these individuals are located in Malaysia.

- Individuals with knowledge regarding simulator sessions conducted at Boeing's facilities in the State of Washington to re-construct MH370 end-of-flight scenarios. In addition to Boeing personnel located in Washington, these individuals are located in Malaysia and Australia.

- Dispatch personnel and air traffic control personnel with knowledge regarding MH370's likely flight path. To the best of my knowledge, these individuals are located in Malaysia, Indonesia, Vietnam, Thailand, and Singapore.

- Individuals with knowledge regarding satellite data related to MH370. In addition to Boeing personnel who are located in Washington, to the best of my knowledge these individuals are located in Australia, the United Kingdom, Canada, and Malaysia.

13. The Malaysian Annex 13 team has also collected, created or referenced in their public reports a variety of documents that that may be relevant in determining the cause of the MH370 disappearance:

- According to the Interim Statement, at least 120 interviews had been conducted by the Malaysian Annex 13 team as of March 2015. To the best of my knowledge, the documents memorializing those and other interviews conducted by the team are located in Malaysia.

- Evidence obtained by the Royal Malaysian Police, including statements obtained from the relatives, health care providers, co-workers, and friends and family of the

flight crew; the flight crew's financial records; closed-circuit television recordings of the flight crew; analyses of radio transmissions between MH370 and traffic control; and all other evidence collected by the police, including any evidence gathered at the flight crew's residences. To the best of my knowledge, these documents and materials are located in Malaysia.

- The airline's personnel records for the flight crew. To the best of my knowledge, these documents are located in Malaysia.

- Medical and financial records for the flight crew. To the best of my knowledge, these documents are located in Malaysia.

- Maintenance records for the MH370 aircraft. To the best of my knowledge, these documents are in the custody of the Malaysian investigation team, the airline, and the Malaysian Department of Civil Aviation in Malaysia. A limited set of copies represented to be maintenance records have been provided to Boeing in the course of the investigation. To the best of my knowledge, the complete and original collection of maintenance records are located in Malaysia.

- Training documents for the pilots of MH370. Boeing has been provided with copies of documents represented to be training records for the pilots of MH370. To the best of my knowledge, the originals of all existing training records are in the possession of the airline and the Malaysian Department of Civil Aviation in Malaysia.

- Records related to the organization and management of the airline. To the best of my knowledge, these documents are located in Malaysia.

- Records related to the regulator's certification and safety oversight of the airline, the MH370 airplane, and the MH370 flight crew. To the best of my knowledge, these documents are located in Malaysia.

- Recordings of radio transmissions between the flight crew, ground control, and air traffic control. To the best of my knowledge, this evidence is located in Malaysia.

- Records related to the process for tracking and communicating with aircraft and the responsibilities of air traffic control authorities. To the best of my knowledge, these documents are located in Malaysia.

- The limited wreckage recovered to date. As of the writing of this report, the only debris recovered to date that has been confirmed as belonging to the MH370 aircraft are a portion of the aircraft's right flaperon and a section of an outboard wing flap. Because the flaperon was found on La Reunion Island, a French territory off the east coast of Africa, the French police have possession of the flaperon. The Australian government, which has been leading the underwater search for wreckage, has possession of the section of the outboard wing flap, which was found on the island of Pemba, off the coast of Tanzania.

- Additional debris that is suspected of being from Flight 370 has also been located in and around the east coast of Africa. That debris is in Australia and Malaysia. None of that debris is in the United States.

14. **Boeing's Role in the Investigation.** Boeing's participation in the Annex 13 investigation has been solely at the pleasure of the Malaysian Annex 13 team and the NTSB. Boeing has not been involved in all the phases of the Annex 13 investigation. For example, it did not participate in interviews with the friends, co-workers, family, or health care providers of the

132983142.1

flight crew. Boeing does not have documentation of these interviews that were conducted by the Malaysian Annex 13 Team or the Royal Malaysian Police and does not have the written statements provided by such individuals. Nor does Boeing have possession of other materials collected in attempting to assess the psychosocial state of the MH370 flight crew, such as medical and financial records and the evidence collected from the residences of the MH370 flight crew.

15. Shortly after receiving the report that MH370 was missing, at the request of the Malaysian authorities, investigators from Boeing's Air Safety Group flew to Kuala Lumpur with another Boeing engineer to assist in the early phases of the investigation. Later, another Boeing employee spent approximately six weeks on one of the search vessels in the southern Indian Ocean. All of those individuals work and reside near Everett in the State of Washington. Since then, Boeing has provided technical assistance to the Malaysian Annex 13 investigation on various issues, much of which has consisted of providing information about the MH370 aircraft, its performance capabilities, and its systems. In addition, Boeing assisted with analysis of radar and satellite data for MH370 and also evaluated video of a simulator session produced by the airline. All of Boeing's work in connection with the Annex 13 investigation of MH370 has been at the express request of the Malaysian authorities leading the investigation. The Boeing employees who contributed to those efforts live and work near Everett, Washington.

16. All of the documents in Boeing's possession regarding the Malaysian Annex 13 investigation are located in the State of Washington. All Boeing employees with relevant knowledge regarding the Malaysian investigation are located in the State of Washington. None of these documents or employees are located in Illinois or Washington D.C.

17. *Location of Relevant Boeing Documents and Witnesses.* Boeing's commercial aircraft operations are based in the State of Washington, with some activity in other states

depending on the model aircraft at issue. The MH370 aircraft was assembled in the State of Washington. Boeing's activities in connection with the design, manufacture, assembly, testing, and certification of Boeing 777 model aircraft were and are based predominantly in the State of Washington. Boeing maintains custody and control over documents relating to the design, manufacture, assembly, testing, and certification of 777 model aircraft (including the 777-200ER) in the State of Washington. Boeing employees with knowledge of the design, manufacture, assembly, testing, and certification for 777 model aircraft are located in the State of Washington as well. Because Boeing's customer support services for the 777 aircraft are based in California, witnesses and records relating to the 777 may be found there, too. None are located in Illinois or Washington D.C.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 28, 2016, at Seattle, Washington.

_____
Hillary Barr