# EXHIBIT 6

**INTERIM STATEMENT**
**SAFETY INVESTIGATION FOR MH370 (9M-MRO)**
..............................................................

The Malaysian
ICAO Annex 13
Safety
Investigation
Team for MH370

1. This Interim Statement[1] has been prepared under Chapter 6, paragraph 6 of ICAO[2] Annex 13 to provide information on the progress of the investigation on Malaysia Airlines (MAS) Flight MH370, a Boeing 777-200ER aircraft, registered 9M-MRO. The Beijing-bound international scheduled passenger flight, with a total of 239 persons (227 passengers and 12 crew) on board, departed KL International Airport (KLIA) at 1642 UTC on 7th March 2014 [0042 MYT on 8th March 2014]. Less than 40 minutes after take-off Air Traffic Controllers lost radar contact with the aircraft after passing waypoint IGARI.

2. As a Contracting State of ICAO and in accordance with Chapter 5, paragraph 5.3[3] of Annex 13 to the Convention on International Civil Aviation on *Aircraft Accident and Incident Investigation,* Malaysia, as the State of Registry is responsible for investigating the circumstances of accidents and of serious incidents.

3. The Minister of Transport Malaysia established an independent safety investigation team under Regulation 126(1)[4] of the Malaysian Civil Aviation Regulations (MCAR) 1996 known as *'The Malaysian ICAO Annex 13 Safety Investigation Team for MH370'* to conduct the investigation into the disappearance of Flight MH370. The 19-member Investigation Team, headed by a Chief Inspector/Investigator-in-Charge, consists of three Committees, namely Operations, Airworthiness and Medical/Human Factors, each headed by a Chairman. Also participating in the Team are Accredited Representatives from seven[5] international Air Accident and Incident Investigation Organisations.

---

[1] If the report cannot be made publicly available within twelve months, the State conducting the investigation shall make an interim statement publicly available on each anniversary of the occurrence, detailing the progress of the investigation and any safety issues raised.

[2] ICAO - International Civil Aviation Organisation, a specialised agency of the United Nations charged with coordinating and regulating international air travel. The Convention establishes rules of airspace, aircraft registration and safety, and details the rights of the signatories in relation to air travel. Today, there are 191 Contracting States in ICAO.

[3] When the location of the accident or the serious incident cannot definitely be established as being in the territory of any State, the State of Registry shall institute and conduct any necessary investigation of the accident or serious incident. However, it may delegate the whole or any part of the investigation to another State by mutual arrangement and consent.

[4] For the purpose of carrying out investigation into the circumstances and cause of any accident to which these Regulations apply, the Minister shall appoint persons as Inspectors of Air Accidents, one of whom shall be appointed by him as a Chief Inspector of Air Accidents.

[5] The seven Air Accident and Incident Investigation Organisations:
- Australian Transport Safety Bureau (ATSB) of Australia
- Air Accidents Investigation Branch (AAIB) of United Kingdom
- Air Accident Investigation Bureau (AAIB) of Singapore
- Bureau d'Enquêtes et d'Analyses pour la Sécurité de l'Aviation civile (BEA) of France
- Civil Aviation Administration of China (CAAC)
- National Transportation Safety Board (NTSB) of United States of America
- National Transportation Safety Committee (NTSC) of Indonesia

1

4. The sole objective of the investigation of an accident or incident shall be the prevention of future accidents or incidents. It is not the purpose of this activity to apportion blame or liability, as stated in paragraph 3.1 of Annex 13.

5. This Interim Statement is issued on progress of investigation up to 7th March 2015 and is based on the factual information gathered in accordance with sections 1.1 to 1.19 in Appendix of Annex 13. Details of the factual information is available on the Ministry of Transport website: www.mot.gov.my.

6. The Investigation Team had since gathered factual information on MH370 (9M-MRO) which included, among others, the following:-

    6.1 Recorded Air Traffic Control (ATC) radio and radar tape recordings and made transcripts of radiotelephony communications between aircraft and Air Traffic Controllers and between Air Traffic Controllers of ATC Centres viz. Ho Chi Minh and Singapore; and between Air Traffic Controllers and MAS Operations Centre at KLIA;

    6.2 Took custody and reviewed aircraft maintenance records, including maintenance check packages, technical logs, airworthiness directives, modifications and repairs, mandatory occurrence reports, weight and balance reports, maintenance schedule, airworthiness certification and related documents;

    6.3 Carried out simulator sessions to re-construct the aircraft flight profile and system operation;

    6.4 Interviewed more than 120 persons from the Department of Civil Aviation (DCA), MAS, next-of-kin of crew, refueler, flight caterer, aircraft cleaners, cargo operators and loaders, freight-forwarders, suppliers and consignees;

    6.5 Visited cargo operators, freight-forwarders and consignees of lithium ion batteries and mangosteen fruit, local (Subang, Penang and Muar) and overseas (Beijing and Tianjin in China) for data collection and interviews; and

    6.6 Visited Kuala Lumpur Air Traffic Control Centre, Subang and Air Traffic Services Office, KLIA, Air Nav Indonesia, Medan (Indonesia), Southern Region Air Traffic Services Company, Ho Chi Minh City (Vietnam), DCA, Bangkok (Thailand), and Civil Aviation Authority of Singapore (Singapore) for data collection and interviews.

7. In this regard, the Investigation Team emphasises that the factual information that has been gathered to date and published on the Ministry of Transport website is of an interim nature and new information that may become available may alter this information before the publication of the Final Report. The Investigation Team clarifies that the factual information gathered contains facts which have been determined up to the current date only and that this

2

information is made available at this time solely to inform the aviation industry and the public of the general circumstances of the accident of MH370 and must necessarily be regarded as tentative and subject to alteration or correction if additional evidence becomes available.

8. The Investigation Team is now conducting analysis of the factual information and is considering the following areas:

   8.1  Airworthiness & Maintenance and Aircraft Systems;

   8.2  ATC operations from 1719 to 2232 UTC on 7th March 2014 [0119 to 0632 MYT on 8th March 2014];

   8.3  Cargo consignment;

   8.4  Crew Profile;

   8.5  Diversion from Filed Flight Plan route;

   8.6  Organisational and Management Information of DCA and MAS; and

   8.7  Satellite Communications (SATCOM).

9. Along with these activities, the Investigation Team has also prepared Standard Operating Procedures (SOP) and Checklists for investigation in accordance with Doc. 9756 AN965 in preparation for the recovery of the aircraft, once it is located by the search team.

10. In the months ahead, the Investigation Team will need to analyse to draw conclusions and safety recommendations based on the factual information that have been gathered. In addition to the analysis and the conclusion phase of the investigation, steps taken will also include further validation of the factual information on emergence of new evidence.

11. The Investigation Team expects that further factual information will be available from the wreckage and flight recorders if the aircraft is found.

Issued by:

**The Malaysian ICAO Annex 13 Safety Investigation Team for MH370**

8th March 2015