# EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>This Document Relates To:<br><br>ALL CASES | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

**DECLARATION OF MACK H. SHULTZ, JR. IN SUPPORT OF THE MOTION TO DISMISS FOR *FORUM NON CONVENIENS***

I, Mack H. Shultz, Jr., declare as follows:

1. I am a partner with the law firm of Perkins Coie LLP and one of the attorneys representing The Boeing Company ("Boeing"). This declaration is based on my personal knowledge, and I am prepared to testify regarding the facts set forth herein if required.

2. Boeing has given me, as its counsel, permission to represent to this court that Boeing is willing to submit, as a condition to a *forum non conveniens* dismissal of these actions, to personal jurisdiction in Malaysia in actions refiled there by these plaintiffs within 120 days after dismissal by this Court and to toll any statutes of limitation that might be applicable to such refiled actions for 120 days after dismissal by this Court. Boeing will also agree, as a condition to a *forum non conveniens* dismissal of these actions, to make available in any actions refiled by these plaintiffs in the courts of Malaysia any documents, witnesses, and other evidence that the Malaysian courts deem relevant, and to pay or cause to be paid on Boeing's behalf any damages awarded by the Malaysian courts in such refiled actions, subject to any right of appeal.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 30, 2016, at Seattle, Washington.

_____
Mack H. Shultz, Jr.

132993932.1