# EXHIBIT 13



# Philip Wood

Mobile: +(86) 186-1056-1705  
E-mail: pwood@cn.ibm.com

Zhongguancun Software Park, 8 Dong Bei Wang West Rd,  
ShangDi, Haidan District Beijing 100193, P.R. China



## Professional Experience

**Profile:** A skilled sales and technical professional with expertise in building & deploying field sales and technical sales teams at the regional and world-wide level. Proven track record with extensive experience in technical sales management, technical sales, customer sales, sales management, business development, and cross-cultural team building.

**Employement History:**

**01/2011 - current**  
IBM Corp, Beijing, China  
**Growth Markets Advanced Technical Skills Executive**  
Built a multi-brand World Wide Advanced Technical Skills Team to support IBM's 2015 Growth Market expansion strategy.

**02/2006 - 01/2010**  
IBM Corp, Dallas, Texas  
**Executive Cross Brand Architect Manager for Western USA**  
Successfully managed US West Region cross-brand server and storage architects rolling out Virtualization, Cloud & Analytics initiatives to achieve financial objectives 3 out of 4 years.

**01/2005 - 02/2006**  
IBM Corp, Dallas, Texas  
**Competitive Storage Sales Manager for South Western USA**  
Created a storage attack team to displace non-IBM storage equipment in competitive accounts and overachieved revenue targets.

**01/2003 - 01/2005**  
IBM Corp, Dallas, Texas  
**Storage Sales Manager for South Western USA**  
Managed sales teams focused on creating exclusive IBM Storage Infrastructure solutions to grow key storage revenue year over year.

**01/2002 - 01/2003**  
IBM Corp, Dallas, Texas  
**ISV Storage Business Development Manager for Western USA**  
Created "sell-through" sales and technical coverage plans for i2, Ariba, PeopleSoft and Siebel to maximize client spend on IBM Storage hardware infrastructure with 400% improvement in clothing objectives.

**01/2000 - 01/2002**  
IBM Corp, Dallas, Texas  
**Technical Sales Manager for South Western USA**  
Managed customer facing technical sales team covering IBM Storage Portfolio in Telco, Retail, Petro and Public Sector accounts to make 100% of objectives.

**01/1994 - 01/2000**  
IBM Corp, Dallas, Texas  
**Certified Storage Sales Specialist for South Western USA**  
Competitive sales specialist focused on storage business resiliency / disaster recovery solutions for large sector and business partner channel to achieve 4 out of 6 100% clubs.

**06/1988 - 01/1994**  
IBM Corp, Dallas, Texas  
**Technical Sales Specialist for Dallas / Fort Worth USA**  
Mainframe & storage technical sales specialist covering health, telco & industrial Sector accounts with major win-backs in key customer accounts.

**06/1985 - 06/1988**  
IBM Corp, Poughkeepsie, NY  
**Mainframe Systems Programmer**  
Assembler coder, Tool development, Operating System & Application support of manufacturing environment.

**Key Skills:** Building and managing high-energy Sales and Technical Sales teams to overachieve objectives. Country and World-Wide experience in managing & creating technical sales organizations. Cross-Brand solution selling of IBM Servers & Storage Portfolio focused on Cloud, Analytics, IT Optimization, Virtualization and Infrastructure. Competitive Storage Specialist with focus on Business Resiliency / Disaster Recovery / Backup & Recovery

**Key courses and training:** Extensive training in management methods that include Hiring, Training, Deploying and Managing multi-cultural technical teams. Full sales certification since 1995 and full complement of IBM certifications on current STG product initiatives & hardware portfolio with related Financial / Sales Business Development and Consulting Methodology courses.

**Education:** Bachelor of Science – Summa Cum Laude – Math / Computer Science  
Oklahoma Christian University (OCU), United States of America, 1985

**Interests:** Adventure travel, skiing, yoga, motorcycling, diving, backpacking.

## Position History for Philip Wood - 597601897

| Position Start Date | Position Code | Position Title* | |
|---|---|---|---|
| 10-Feb-14 | | EXECUTIVE IT SPCL MGR (TECH/SS) | KL |
| 1-Mar-11 | | EXECUTIVE IT SPCL (TECH/SS) | Beijing |
| 1-Aug-05 | | SR CONSLT IT SPCL MGR(TECH/SS) | promotion |
| 1-Jan-03 | | SALES SPECIALIST MANAGER | |
| 1-Jul-02 | | CONSULT SALES SPCL SOFTWARE | |
| 1-Jan-01 | | CONS I/T SPCL MGR(TECH/SS) | |
| 31-Dec-96 | | CERTIFIED SALES SPECIALIST | |
| 1-Jan-96 | | CERTIFIED SALES SPECIALIST | |
| 1-Dec-95 | | CERTIFIED MARKETING SPECIALIST | promotion |
| 1-Jan-94 | | | |
| 1-May-93 | | SR. MARKETING REP. (90%) | promotion |
| 1-Apr-93 | | | |
| 1-Jan-92 | | | |
| 1-Apr-90 | | | |
| 16-Jan-89 | | | |
| 12-Mar-88 | | MKTG/SE RETRAINEE REDEPL PROG | |
| 7-Jun-86 | | | |
| 3-Jun-85 | | | |
| 7-May-84 | | | |