# EXHIBIT 14

IN RE: AIR CRASH OVER THE  
SOUTHERN INDIAN OCEAN ON  
MARCH 8, 2014

MDL Docket No:2712  
Misc. No. 16-1184 (KBJ)

This response to Defendant MAS and MAB INTERROGATORIES is for passenger:

**BING MENG**

     1.    Identify each next-of-kin, beneficiary, or any other person seeking damages as a result of the death of a Decedent and state the relationship to the Decedent and/or the Personal Representative.

**ANSWER:** The following are those seeking damages as a result of **BING MENG's** disappearance:

- **Yan Meng – Sister**
- **Spouse is deceased passenger Meng Bing**
- **Daughter is deceased passenger Nicole Meng**
- **Son is deceased passenger Leo Meng**
- **Father is MH370 lost passenger Fanquan Meng**
- **Mother is MH370 lost passenger Jixin Feng**

     2.    For each Decedent, state the following:
    a) The full name of Decedent;
    b) Decedent's social security number (if applicable);
    c) Decedent's country(ies) of citizenship on March 8, 2014, and
    d) The address where the Decedent had been continuously residing for one (1) year prior to March 8, 2014

**ANSWER:**

    a) **BING MENG**
    b) Chinese Citizen Identification number: ████████1559
    c) China
    d) 1-1-1703 Gulou West Street Chengxiang Road, Nankai District, Tianjin, China

Bing Meng Answers to Interrogatories
September 7, 2016

3.	For each Decedent, provide the residential addresses for the five (5) years proceeding March 8, 2014, indicating periods of residence at each address, the approximate number of days per year the Decedent was physically present at each address, and Identify, with whom the Decedent resided at each address.

**ANSWER:**

**Bing Meng's address at the time of his death was 1-1-1703 Gulou West Street Chengxiang Road, Nankai District, Tianjin, P.R.C.  He lived at this address with his wife Yan Zhang and his children, Nicole and Leo Meng.**

**The other residence is Room 2005, No. 3 Building, 1 Unit, Furong Street, Chaoyang District, Beijing, P.R. C.**

**He lived in the United States in the Los Angeles area in 2010 to 2011 and again in 2012 but this U.S. address is currently unknown since the majority of Bing Meng's family were killed in the crash along with him on March 8, 2014. Motley Rice will supplement this response accordingly when it becomes available.**

4.	For each Decedent, Identify legal proceedings or claims known to You instituted anywhere in the world arising out of or relating to the each of the Decedent, including but not limited to any probate or similar type proceedings, even if the proceedings do not involve claims against the Airline Defendants.

**ANSWER:**

**Legal proceedings include the three cases filed in the United States District courts and combined in the consolidated action in the District of Columbia MDL and the backup filing in Malaysia.**

5.	For each Decedent, Identify any employer: of the Decedent in the five (5) years preceding March 8, 2014,  and for each such employer indicate:  (a) the address of the employer; (b) if different from (a), the address where the Decedent was stationed to perform employment duties, and (c) the duration of employment at each such address with each employer.

**ANSWER:**

**Bing Meng was employed by the following company from 1999 to March 8, 2014:**

**ABB(China) Ltd.**
**10 Juiuxianqiao Road, Hengtong Business Park, Chaoyang District, Beijing, 100015**