# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014 | MDL Docket No: 2712 |
| This Document Relates To: | Misc. No. 16-1184 (KBJ) |
| ALL CASES | |

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS ON THE GROUND OF *FORUM NON CONVENIENS***

Upon consideration of Defendants MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED), MALAYSIA AIRLINES BERHAD, ALLIANZ GLOBAL CORPORATE & SPECIALTY SE, and THE BOEING COMPANY'S (collectively, the "Defendants") joint Motion to Dismiss on the Ground of *Forum Non Conveniens* and Memorandum of Law in support thereof, supporting exhibits, supporting declarations, all responses and replies, and any argument relating thereto, it is hereby ORDERED that Defendants' Joint Motion to Dismiss is GRANTED. The Court's dismissal is subject to the following conditions:

The agreement of Defendants to:

(a) submit to personal jurisdiction in Malaysia in actions refiled there by these Plaintiffs within 120 days after dismissal by this Court;

(b) toll any statutes of limitation that might be applicable to such refiled actions for 120 days after dismissal by this Court;

    (c)  make available in any actions refiled by these Plaintiffs in the courts of Malaysia any documents, witnesses, and other evidence that the Malaysian courts deem relevant; and

    (d)  each pay or cause to be paid any damages awarded by the Malaysian courts in such refiled actions, subject to any right of appeal.

Dated this ___ day of _____, 2017.

 

_____
KETANJI BROWN JACKSON
United States District Judge

## CERTIFICATE OF PERSONS ENTITLED TO BE NOTIFIED OF ENTRY

Pursuant to Local Civil Rule 7(k), the following is a list of the names and address of all attorneys entitled to be notified of the entry of this Proposed Order:

Counsel for Plaintiffs:

    Mary Schiavo
    MOTLEY RICE LLC
    28 Bridgeside Blvd.
    Telephone: (843) 216-9000
    Facsimile: (843) 216-9450
    mschiavo@motleyrice.com

    Eric J. Rhine
    SPAGNOLETTI & CO.
    401 Louisiana Street, 8th Floor
    Houston, TX 77002
    Telephone: (713) 653-5600
    Facsimile: (713) 653-5656
    erhine@spaglaw.com

    Steven C. Marks
    Roy K. Altman
    PODHURST ORSECK, P.A.
    25 West Flagler Street, Suite 800
    Telephone: (305) 358-2800
    Facsimile: (305) 358-2382
    raltman@podhurst.com
    smarks@podhurst.com

    Kevin P. Durkin
    CLIFFORD LAW OFFICES
    120 North LaSalle Street, Suite 3100
    Chicago, Illinois
    Telephone: (312) 899-9090
    Facsimile: (312) 251-1160
    kpd@cliffordlaw.com

    Floyd A. Wisner
    Alexandra M. Wisner
    WISNER LAW FIRM, P.C.
    514 W. State Street, Suite 200
    Geneva, Illinois 60134
    Telephone: (630) 262-9434

    Facsimile: (630) 262-1066
    faw@wisner-law.com
    awisner@wisner-law.com

<u>Counsel for Defendants:</u>

    Telly Andrews
    Richard A. Walker
    KAPLAN, MASSAMILLO & ANDREWS LLC
    200 W. Madison Street, 16th Floor
    Chicago, Illinois 60606
    Telephone: (312) 345-3000
    Facsimile: (312) 345-3119
    tandrews@kmalawfirm.com
    rwalker@kmalawfirm.com

    *Attorneys for Defendants*
    Malaysian Airline System Berhad (Administrator Appointed), Malaysia Airlines Berhad, Allianz Global Corporate & Specialty SE and Henning Haagen

    John D. Dillow
    Eric B. Wolff
    Mack H. Schultz
    PERKINS COIE LLP
    1201 3rd Avenue, Suite 4900
    Seattle, WA 98101
    Telephone: (206) 359-8000
    Facsimile: (206) 359-9000
    jdillow@perkinscoie.com
    ewolff@perkinscoie.com
    mshultz@perkinscoie.com

    *Attorneys for Defendant*
    The Boeing Company