**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014 | |
| This Document Relates To:<br><br>1:16-cv-00053-KBJ,<br>*Wood v. Malaysia Airlines Berhad;*<br>1:16-cv-00419-KBJ,<br>*Gaspard v. Malaysia Airlines Berhad;*<br>1:16-cv-00439-KBJ,<br>*Smith v. Malaysia Airlines Berhad;*<br>1:16-cv-01047-KBJ,<br>*Ganguli v. Malaysia Airlines Berhad;*<br>1:16-cv-01048-KBJ,<br>*Zhang, et al. v. Malaysia Airlines Berhad;*<br>1:16-cv-01062-KBJ,<br>*Kanan, et al. v. Malaysia Airlines System Berhad;*<br>1:16-cv-01063-KBJ,<br>*Huang, et al. v. Malaysia Airlines Berhad.* | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

**DEFENDANT MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED)'S RULE 12(b)(1) MOTION TO DISMISS PLAINTIFFS' COMPLAINTS ON THE GROUND OF LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO THE MONTREAL CONVENTION**

Subject to, and without waiver of any rights, privileges and defenses or conceding the convenience of this forum for resolution of this dispute, Defendant, MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED) ("MAS"), respectfully moves this Court for an Order dismissing it from the above-captioned actions, pursuant to Federal Rule of Civil Procedure 12(b)(1), on the ground of lack of subject matter jurisdiction pursuant to the Montreal Convention.[1]

---

[1] Convention for the Unification of Certain Rules for International Carriage by Air, May 28, 1999 (entered into force on Nov. 4, 2003), reprinted in S. Treaty Doc. 106-45, 1999 WL 33292734 ("Montreal Convention").

1

Defendant MAS relies upon the points and authorities set forth in its Memorandum in Support of this Rule 12(b)(1) Motion to Dismiss Plaintiffs' Complaints on the Ground of Lack of Subject Matter Jurisdiction Pursuant to the Montreal Convention, supporting exhibits, supporting declarations, and all other pleadings on file with the Court.

WHEREFORE, for the foregoing reasons, Defendant Malaysian Airline System Berhad (Administrator Appointed) respectfully requests that this Court dismiss it from the above-captioned actions, and for any additional relief this Court deems fit to grant.

Dated: October 1, 2016                     Respectfully submitted,

                                               KAPLAN, MASSAMILLO & ANDREWS LLC

By:   /s/ Richard A. Walker
      Telly Andrews, IL Bar No. 6242431
      tandrews@kmalawfirm.com
      Richard A. Walker, IL Bar No. 6196947
      rwalker@kmalawfirm.com
      200 W. Madison Street, 16th Floor
      Chicago, Illinois 60606
      Telephone:  (312) 345-3000
      Facsimile:  (312) 345-3119

      *Attorneys for Defendant*
      Malaysian Airline System Berhad
      (Administrator Appointed)

## CERTIFICATE OF SERVICE

The undersigned certifies that, on October 1, 2016, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing Defendant Malaysian Airline System Berhad (Administrator Appointed)'s Rule 12(b)(1) Motion to Dismiss Plaintiffs' Complaints on the Ground of Lack of Subject Matter Jurisdiction Pursuant to the Montreal Convention was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

/s/ Richard A. Walker
Richard A. Walker