**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>This Document Relates To:<br><br>1:16-cv-00053-KBJ,<br>*Wood v. Malaysia Airlines Berhad;*<br>1:16-cv-00419-KBJ,<br>*Gaspard v. Malaysia Airlines Berhad;*<br>1:16-cv-00439-KBJ,<br>*Smith v. Malaysia Airlines Berhad;*<br>1:16-cv-01047-KBJ,<br>*Ganguli v. Malaysia Airlines Berhad;*<br>1:16-cv-01048-KBJ,<br>*Zhang, et al. v. Malaysia Airlines Berhad;*<br>1:16-cv-01062-KBJ,<br>*Kanan, et al. v. Malaysia Airlines System Berhad;*<br>1:16-cv-01063-KBJ,<br>*Huang, et al. v. Malaysia Airlines Berhad.* | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

**DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS ON THE GROUND OF IMMUNITY PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITIES ACT**

Subject to, and without waiver of any rights, privileges and defenses or conceding the appropriateness of any United States forum for resolution of this dispute, defendants, MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED)("MAS") and MALAYSIA AIRLINES BERHAD ("MAB") (collectively "Moving Defendants"), respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(1), to dismiss the Moving Defendants from the above-captioned actions pursuant to the Foreign Sovereign Immunities Act, 28 U.S.C. § 1602 *et. seq.*

Moving Defendants rely upon the points and authorities set forth in their Memorandum in Support of Defendants' Rule 12(b)(1) Motion to Dismiss on the Ground of Immunity Pursuant to

1

the Foreign Sovereign Immunities Act, supporting exhibits, supporting declarations, and all other pleadings, notices and other papers on file with the Court.

WHEREFORE, for the foregoing reasons, the Moving Defendants respectfully request that this Court dismiss the Malaysian Airline System Berhad (Administrator Appointed) and Malaysia Airlines Berhad from the above-captioned actions, and any additional relief this Court deems fit to grant.

Dated: October 1, 2016

Respectfully submitted,

KAPLAN, MASSAMILLO & ANDREWS LLC

By: /s/ Richard A. Walker
Telly Andrews, IL Bar No. 6242431
tandrews@kmalawfirm.com
Richard A. Walker, IL Bar No. 6196947
rwalker@kmalawfirm.com
200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
Telephone: (312) 345-3000
Facsimile: (312) 345-3119

Attorneys for Defendants Malaysian Airline System Berhad (Administrator Appointed) and Malaysia Airlines Berhad

3

**CERTIFICATE OF SERVICE**

The undersigned certifies that, on October 1, 2016, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing Defendants Malaysian Airline System Berhad (Administrator Appointed) and Malaysia Airlines Berhad Rule 12(b)(1) Motion to Dismiss on the Ground of Immunity Pursuant to the Foreign Sovereign Immunities Act was filed with the Clerk of Court using the CM/ECF System, which will send notification of such filing to the attorneys of record at the email addresses on file with the Court.

          /s/ Richard A. Walker
          Richard A. Walker