**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>This Document Relates To:<br><br>1:16-cv-00053-KBJ,<br>*Wood v. Malaysia Airlines Berhad;*<br>1:16-cv-00419-KBJ,<br>*Gaspard v. Malaysia Airlines Berhad;*<br>1:16-cv-00439-KBJ,<br>*Smith v. Malaysia Airlines Berhad;*<br>1:16-cv-01047-KBJ,<br>*Ganguli v. Malaysia Airlines Berhad;*<br>1:16-cv-01048-KBJ,<br>*Zhang, et al. v. Malaysia Airlines Berhad;*<br>1:16-cv-01062-KBJ,<br>*Kanan, et al. v. Malaysia Airlines System Berhad;*<br>1:16-cv-01063-KBJ,<br>*Huang, et al. v. Malaysia Airlines Berhad.* | MDL Docket No: 2712<br><br>Misc. No. 16-1184 (KBJ) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' RULE 12(b)(1) MOTION TO DISMISS ON THE GROUND OF IMMUNITY PURSUANT TO THE FOREIGN SOVEREIGN IMMUNITIES ACT**

Upon consideration of Defendants MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR APPOINTED) and MALAYSIA AIRLINES BERHAD'S Rule 12(b)(1) Motion to Dismiss on the Ground of Immunity Pursuant to the Foreign Sovereign Immunities Act, Memorandum of Law in support thereof, exhibits, declarations, all responses and replies, and any argument relating thereto, it is hereby ORDERED that Defendants' Motion to Dismiss on the Ground of Immunity Pursuant to the Foreign Sovereign Immunities Act is GRANTED, and Defendants MALAYSIAN AIRLINE SYSTEM BERHAD (ADMINISTRATOR

APPOINTED) and MALAYSIA AIRLINES BERHAD are hereby DISMISSED with respect to the above-captioned cases.

Dated this \_\_\_ day of _____, 2017.

_____
KETANJI BROWN JACKSON
United States District Judge

## **CERTIFICATE OF PERSONS ENTITLED TO BE NOTIFIED OF ENTRY**

Pursuant to Local Civil Rule 7(k), the following is a list of the names and address of all attorneys entitled to be notified of the entry of this Proposed Order:

Counsel for Plaintiffs:

>Mary Schiavo
>MOTLEY RICE LLC
>28 Bridgeside Blvd.
>Telephone: (843) 216-9000
>Facsimile: (843) 216-9450
>mschiavo@motleyrice.com

>Eric J. Rhine
>SPAGNOLETTI & CO.
>401 Louisiana Street, 8th Floor
>Houston, TX 77002
>Telephone: (713) 653-5600
>Facsimile: (713) 653-5656
>erhine@spaglaw.com

>Steven C. Marks
>Roy K. Altman
>PODHURST ORSECK, P.A.
>25 West Flagler Street, Suite 800
>Telephone: (305) 358-2800
>Facsimile: (305) 358-2382
>raltman@podhurst.com
>smarks@podhurst.com

>Kevin P. Durkin
>CLIFFORD LAW OFFICES
>120 North LaSalle Street, Suite 3100
>Chicago, Illinois
>Telephone: (312) 899-9090
>Facsimile: (312) 251-1160
>kpd@cliffordlaw.com

>Floyd A. Wisner
>Alexandra M. Wisner
>WISNER LAW FIRM, P.C.
>514 W. State Street, Suite 200
>Geneva, Illinois 60134
>Telephone: (630) 262-9434

Facsimile: (630) 262-1066
faw@wisner-law.com
awisner@wisner-law.com

Counsel for Defendants:

Telly Andrews
Richard A. Walker
KAPLAN, MASSAMILLO & ANDREWS LLC
200 W. Madison Street, 16th Floor
Chicago, Illinois 60606
Telephone: (312) 345-3000
Facsimile: (312) 345-3119
tandrews@kmalawfirm.com
rwalker@kmalawfirm.com

John D. Dillow
Eric B. Wolff
Mack H. Schultz
PERKINS COIE LLP
1201 3rd Avenue, Suite 4900
Seattle, WA 98101
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
jdillow@perkinscoie.com
ewolff@perkinscoie.com
mshultz@perkinscoie.com