IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Air Crash Over the Southern Indian Ocean, On March 8, 2014 | ) MDL Docket No. 2712 <br> ) <br> ) Misc. No. 16-mc-1184-KBJ <br> ) <br> ) This document relates to *Weeks v. The* <br> ) *Boeing Company*; No. 16-cv-1167-KBJ |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff, Mrs. Erny Masila Bt Mustafa, Personal Representative of the Heirs of Mohammad Khairul Amri, deceased through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, voluntarily dismisses this plaintiff's action with prejudice as to defendant The Boeing Company with this action to continue as to all other plaintiffs' claims against defendant.

    /s/Alexandra M. Wisner
Attorney For Plaintiffs

Wisner Law Firm, P.C.
514 W State St Suite 200
Geneva, IL 60134
(630) 262-9434
(630) 262-6287 (fax)
awisner@wisner-law.com
IL Bar #6317572

**CERTIFICATE OF SERVICE**

    Alexandra M. Wisner, an attorney, certifies that she filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this matter on November 17, 2016.

                                           /s/Alexandra M. Wisner