Issued by
Order 88-8-53

UNITED STATES OF AMERICA
DEPARTMENT OF TRANSPORTATION
OFFICE OF THE SECRETARY
WASHINGTON, D.C.

## PERMIT TO FOREIGN AIR CARRIER

Garuda Indonesia
A Flag Carrier of the Republic of Indonesia

is authorized, subject to the following provisions, the provisions of the Federal Aviation Act of 1958, as amended, and the orders, rules, and regulations of the Department of Transportation, to engage in scheduled foreign air transportation, carrying persons, property, and mail, as follows:

> Between a point or points in the Republic of Indonesia; and the coterminal points Guam; Honolulu, Hawaii; and Los Angeles, California.

The holder shall also be authorized to engage in charter trips in foreign air transportation subject to the terms, conditions, and limitations of the Department's regulations governing charters.

This permit and the exercise of the privileges granted in it shall be subject to the terms, conditions and limitations attached, and to all applicable provisions of any treaty, convention or agreement affecting international air transportation now in effect, or that may become effective during the period this permit remains in effect, to which the United States and the holder's homeland are or shall become parties.

This permit shall be effective on August 19, 1988. Unless otherwise terminated pursuant to the terms of any applicable treaty, convention, or agreement, this permit shall terminate (1) upon the liquidation or dissolution of the holder to which it was issued; (2) upon the effective date of any treaty, convention, agreement, or amendment which shall have the effect of eliminating the bilateral right for the service authorized by this permit (or, if the right is partially eliminated, then the authority of this permit shall terminate in like part); (3) upon the effective date of any permit granted by the Department to any other carrier designated by the same homeland government in lieu of the holder; or (4) upon the termination of the applicable air services agreement between the United States and the holder's

EXHIBIT "D"

-2-

homeland. However, clause (4) shall not apply if, prior to such termination, the foreign air transportation authorized herein becomes the subject of another treaty, convention, or agreement to which the United States and the holder's homeland become parties.

The Department of Transportation has executed this permit and affixed its seal on August 15, 1988.

By:

MATTHEW V. SCOCOZZA
Assistant Secretary
for Policy and International Affairs

(SEAL)

ATTACHMENT
Page 1 of 2

## PERMIT TO FOREIGN AIR CARRIER
Dockets 43283 and 44134

The holder's authority to conduct operations under the permit to which this is attached shall also be subject to the following terms, conditions, and limitations:

(1) The privileges granted by this permit are subject to the condition that the foreign air carrier complies with the requirements of 14 CFR 203, concerning waiver of Warsaw Convention liability limits and defenses;

(2) The privileges granted by this permit are subject to the condition that the foreign air carrier complies with the requirements for minimum insurance coverage contained in 14 CFR 205;

(3) The holder agrees that operations under this permit constitute a waiver of sovereign immunity for the purposes of 28 U.S.C. § 1605(a), but only with respect to those actions or proceedings instituted against it in any court or tribunal in the United States that are:

   (a) based on its operations in international air transportation that, according to the contract of carriage, include a point in the United States as a point of origin, point of destination, or agreed stopping place, or for which the contract of carriage was purchased in the United States; or

   (b) based on a claim under any international agreement or treaty cognizable in any court or other tribunal of the United States.

In this condition, the term "international air transportation" means "international transportation" as defined by the Warsaw Convention, except that all States shall be considered to be High Contracting Parties for the purpose of this definition;

(4) The holder shall not operate any aircraft under the authority granted by this permit, unless the holder complies with operational safety requirements at least equivalent to Annex 6 of the Chicago Convention;

(5) The holder shall conform to the airworthiness and airman competency requirements prescribed by its home Government for international air service;

(6) Except as specifically authorized by this permit or by the Department of Transportation, all flights to/from the United States must originate or terminate in the holder's homeland;

(7) The holder shall not provide the foreign air transportation authorized by this permit unless it holds a currently effective authorization from its Government for such operations and such document is on file with the Department of Transportation;

Page 2 of 2

Dockets 43283
44134

(8) The exercise of the privileges granted by this permit shall be subject to such other reasonable terms, conditions, and limitations required by the public interest as may be prescribed by the Department of Transportation; and shall be subject to compliance with all applicable orders and regulations of other U.S. agencies and courts, and with all applicable laws of the United States; and

(9) This permit cannot be sold or otherwise transferred without explicit Department approval under section 402(g) of the Federal Aviation Act of 1958, as amended.

7/87