TAXPAYER ABROAD

# Form 1040 U.S. Individual Income Tax Return (99) 2013
OMB No. 1545-0074    IRS Use Only - Do not write or staple in this space.

See separate instructions.

For the year Jan. 1-Dec. 31, 2013, or other tax year beginning _____ , 2013, ending _____ , 20___

Your first name and initial: PHILIP T.
Last name: WOOD

Your social security number: 5046

Home address (number and street). If you have a P.O. box, see instructions.
1 N CASTLE DR, C/O IBM MD 219    Apt. no.

City, town or post office, state, and ZIP code.
ARMONK, NY  10504-1785

**Filing Status** — 1 [X] Single

**Exemptions** — 6a [X] Yourself.    Boxes checked on 6a and 6b: 1
No. of children on 6c who lived with you: 1

| Last name | (2) Dependent's social security number | (3) relationship to you |
|---|---|---|
| WOOD | -2850 | SON |

Dependents on 6c not entered above
Add numbers on lines above ▶ 2

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 684,889. |
| 8a | Taxable interest. | 51. |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. | 2,410. |
| 9b | Qualified dividends | 1,160. |
| 13 | Capital gain or (loss). Attach Schedule D if required. | 2,298. |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 27,152. |
| 22 | Combine the far right column for lines 7 through 21. This is your total income ▶ | 716,800. |
| 37 | Subtract line 36 from line 22. This is your adjusted gross income ▶ | 716,800. |

## W-2 Wage and Tax Statement 2013

| Box | Amount |
|---|---|
| 1 Wages, tips, other comp. | 684889.36 |
| 2 Federal income tax withheld | 143042.27 |
| 3 Social security wages | 113700.00 |
| 4 Social security tax withheld | 7049.40 |
| 5 Medicare wages and tips | 707889.36 |
| 6 Medicare tax withheld | 14835.40 |

d Control number: 0000597601 W11    Dept. IB01    Corp. K    Employer use only 579

c Employer's name, address, and ZIP code
INTERNATIONAL BUSINESS MACHINES CORPORATION
1701 NORTH ST BLDG 256-1
ENDICOTT, NY 13760

b Employer's FED ID number 13-0871985
a Employee's SSA number -5046
7 Social security tips
8 Allocated tips
10 Dependent care benefits
11 Nonqualified plans
12a C 789.36
12b D 23000.00
12c DD 15184.80
13 Stat emp/Ret. plan [X]/3rd party sick pay

e/f Employee's name, address and ZIP code
PHILIP T WOOD
104 DALTON STREET
KELLER, TX 76248

Federal Filing Copy

LHA For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Form 1040 (2013)

PLAINTIFFS' EXHIBIT NO. 3

DOES NOT APPLY – NOT USED

**SCHEDULE A**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service    (99)

**Itemized Deductions**

▶ Information about Schedule A and its separate instructions is at *www.irs.gov/schedulea* .
▶ Attach to Form 1040.

OMB No. 1545-0074

**2013**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040

PHILIP T. WOOD

Your social security number

5046

| | | | | | | |
|---|---|---|---|---|---|---|
| **Medical and Dental Expenses** | | **Caution.** Do not include expenses reimbursed or paid by others. | | | | |
| | 1 | Medical and dental expenses (see instructions) | | 1 | | |
| | 2 | Enter amount from Form 1040, line 38 | 2 | | | |
| | 3 | Multiply line 2 by 10% (.10). But if either you or your spouse was born before January 2, 1949, multiply line 2 by 7.5% (.075) instead | | 3 | | |
| | 4 | Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | | | 4 | |
| **Taxes You Paid** | 5 | State and local (check only one box):<br>a ☐ Income taxes, or        **SEE STATEMENT 8**<br>b ☒ General sales taxes | | 5 | 2,645. | |
| | 6 | Real estate taxes (see instructions) | | 6 | | |
| | 7 | Personal property taxes | | 7 | | |
| | 8 | Other taxes. List type and amount ▶ | | 8 | | |
| | 9 | Add lines 5 through 8 | | | 9 | 2,645. |
| **Interest You Paid** | 10 | Home mortgage interest and points reported to you on Form 1098 | | 10 | | |
| | 11 | Home mortgage interest not reported to you on Form 1098. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address ▶ | | 11 | | |
| **Note.** Your mortgage interest deduction may be limited (see instructions). | 12 | Points not reported to you on Form 1098. See instructions for special rules | | 12 | | |
| | 13 | Mortgage insurance premiums (see instructions) | | 13 | | |
| | 14 | Investment interest. Attach Form 4952 if required. (See instructions.)  **STMT 6** | | 14 | 8. | |
| | 15 | Add lines 10 through 14 | | | 15 | 8. |
| **Gifts to Charity**<br>If you made a gift and got a benefit for it, see instructions. | 16 | Gifts by cash or check. If you made any gift of $250 or more, see instructions | | 16 | | |
| | 17 | Other than by cash or check. If any gift of $250 or more, see instructions. You must attach Form 8283 if over $500 | | 17 | | |
| | 18 | Carryover from prior year | | 18 | | |
| | 19 | Add lines 16 through 18 | | | 19 | |
| **Casualty and Theft Losses** | 20 | Casualty or theft loss(es). Attach Form 4684. (See instructions.) | | | 20 | |
| **Job Expenses and Certain Miscellaneous Deductions** | 21 | Unreimbursed employee expenses - job travel, union dues, job education, etc. Attach Form 2106 or 2106-EZ if required. (See instructions.) ▶ | | 21 | | |
| | 22 | Tax preparation fees | | 22 | 1,442. | |
| | 23 | Other expenses - investment, safe deposit box, etc. List type and amount ▶<br>FINANCIAL PLANNER FEES -<br>PARTNERS CAPITOL MGMT        5,856. | | 23 | 5,856. | |
| | 24 | Add lines 21 through 23 | | 24 | 7,298. | |
| | 25 | Enter amount from Form 1040, line 38 | 25 | 716,800. | | |
| | 26 | Multiply line 25 by 2% (.02) | | 26 | 14,336. | |
| | 27 | Subtract line 26 from line 24. If line 26 is more than line 24, enter -0- | | | 27 | 0. |
| **Other Miscellaneous Deductions** | 28 | Other - from list in instructions. List type and amount ▶ | | | 28 | |
| **Total Itemized Deductions** | 29 | Is Form 1040, line 38, over $150,000?<br>☐ **No.** Your deduction is not limited. Add the amounts in the far right column for lines 4 through 28. Also, enter this amount on Form 1040, line 40.  **STMT 7**<br>☒ **Yes.** Your deduction may be limited. See the Itemized Deductions Worksheet in the instructions to figure the amount to enter. | | | 29 | 537. |
| | 30 | If you elect to itemize deductions even though they are less than your standard deduction, check here ▶ ☐ | | | | |

LHA  319501 12-17-13    **For Paperwork Reduction Act Notice, see Form 1040 instructions.**    Schedule A (Form 1040) 2013

3

| SCHEDULE B | **Interest and Ordinary Dividends** | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040A or 1040) | ▶ Attach to Form 1040A or 1040. | **2013** |
| Department of the Treasury<br>Internal Revenue Service (99) | ▶ Information about Schedule B (Form 1040A or 1040) and its instructions is at *www.irs.gov/scheduleb* | Attachment<br>Sequence No. **08** |
| Name(s) shown on return | | Your social security number |

PHILIP T. WOOD ▮▮▮▮5046

| Part I<br>Interest | 1 | List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see instructions and list this interest first. Also, show that buyer's social security number and address ▶ | | Amount |
|---|---|---|---|---|
| | | CHASE | | 8. |
| | | STATE FARM LIFE INSURANCE | | 35. |
| | | CHARLES SCHWAB | | 2. |
| | | FROM K-1 - KINDER MORGAN ENERGY PARTNERS, L.P. | | 6. |
| | | | 1 | |

**Note.** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form.

| | 2 | Add the amounts on line 1 | 2 | 51. |
|---|---|---|---|---|
| | 3 | Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | 3 | |
| | 4 | Subtract line 3 from line 2. Enter the result here and on Form 1040A, or Form 1040, line 8a ▶ | 4 | 51. |

**Note.** If line 4 is over $1,500, you must complete Part III.

| Part II<br>Ordinary<br>Dividends | 5 | List name of payer ▶ | | Amount |
|---|---|---|---|---|
| | | CHARLES SCHWAB | | 1,948. |
| | | IBM | | 455. |
| | | FROM K-1 - KINDER MORGAN ENERGY PARTNERS, L.P. | | 7. |
| | | | 5 | |

**Note.** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form.

| | 6 | Add the amounts on line 5. Enter the total here and on Form 1040A, or Form 1040, line 9a ▶ | 6 | 2,410. |
|---|---|---|---|---|

**Note.** If line 6 is over $1,500, you must complete Part III.

| Part III<br>Foreign<br>Accounts<br>and<br>Trusts | | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | Yes | No |
|---|---|---|---|---|
| | 7a | At any time during 2013, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | X |
| | | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), formerly TD F 90-22.1 to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| | b | If you are required to file FinCen Form 114, enter the name of the foreign country where the financial account is located ▶ | | |
| | 8 | During 2013, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | X |

327501<br>09-30-13

LHA    **For Paperwork Reduction Act Notice, see your tax return instructions.**    Schedule B (Form 1040A or 1040) 2013

## Interest and Dividend Summary

Name: PHILIP T. WOOD                                    FEIN/SSN: ████-5046

| Payer | Interest | Interest on U.S. Savings Bonds | Tax-Exempt Interest | Private Activity Interest | Original Issue Discount (OID) | Ordinary Dividends | Qualified Dividends | Capital Gain Distributions | Federal Income Tax Withheld | State Tax Withheld | Foreign Tax Paid |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CHASE | 8. | | | | | | | | | | |
| STATE FARM LIFE INSURANCE | 35. | | | | | | | | | | |
| CHARLES SCHWAB | 2. | | | | | | | | | | |
| CHARLES SCHWAB | | | | | | 1,948. | 698. | 928. | | | 31. |
| IBN | | | | | | 455. | 455. | | | | |
| FROM K-1 - KINDER MORGAN | | | | | | | | | | | |
| ENERGY PARTNERS, L.P. | 6. | | | | | 7. | 7. | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| TOTALS | 53. | | | | | 2,410. | 1,160. | 928. | | | 31. |

350191 06-12-13

**SCHEDULE D**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service (99)

# Capital Gains and Losses

▶ Attach to Form 1040 or Form 1040NR.
▶ Information about Schedule D and its separate instructions is at *www.irs.gov/scheduled*
▶ Use Form 8949 to list your transactions for lines 1b, 2, 3, 8b, 9, and 10.

OMB No. 1545-0074

**2013**

Attachment
Sequence No. **12**

Name(s) shown on return

PHILIP T. WOOD

Your social security number

███████5046

| Part I | Short-Term Capital Gains and Losses - Assets Held One Year or Less |
|---|---|

| | See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part I, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| **1a** | Totals for all short-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 1b | | | | |
| **1b** | Totals for all transactions reported on Form(s) 8949 with **Box A** checked | 13,340. | 11,970. | | 1,370. |
| **2** | Totals for all transactions reported on Form(s) 8949 with **Box B** checked | | | | |
| **3** | Totals for all transactions reported on Form(s) 8949 with **Box C** checked | | | | |

| | | | | |
|---|---|---|---|---|
| **4** | Short-term gain from Form 6252 and short-term gain or (loss) from Forms 4684, 6781, and 8824 | **4** | | |
| **5** | Net short-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **5** | | |
| **6** | Short-term capital loss carryover. Enter the amount, if any, from line 8 of your **Capital Loss Carryover Worksheet** in the instructions | **6** | ( | ) |
| **7** | **Net short-term capital gain or (loss).** Combine lines 1a through 6 in column (h). If you have any long-term capital gains or losses, go to Part II below. Otherwise, go to Part III on page 2 | **7** | | 1,370. |

| Part II | Long-Term Capital Gains and Losses - Assets Held More Than One Year |
|---|---|

| | See instructions for how to figure the amounts to enter on the lines below.<br><br>This form may be easier to complete if you round off cents to whole dollars. | **(d)** Proceeds (sales price) | **(e)** Cost (or other basis) | **(g)** Adjustments to gain or loss from Form(s) 8949, Part II, line 2, column (g) | **(h) Gain or (loss)** Subtract column (e) from column (d) and combine the result with column (g) |
|---|---|---|---|---|---|
| **8a** | Totals for all long-term transactions reported on Form 1099-B for which basis was reported to the IRS and for which you have no adjustments (see instructions). However, if you choose to report all these transactions on Form 8949, leave this line blank and go to line 8b | | | | |
| **8b** | Totals for all transactions reported on Form(s) 8949 with **Box D** checked | | | | |
| **9** | Totals for all transactions reported on Form(s) 8949 with **Box E** checked | | | | |
| **10** | Totals for all transactions reported on Form(s) 8949 with **Box F** checked | | | | |

| | | | | |
|---|---|---|---|---|
| **11** | Gain from Form 4797, Part I; long-term gain from Forms 2439 and 6252; and long-term gain or (loss) from Forms 4684, 6781, and 8824 | **11** | | |
| **12** | Net long-term gain or (loss) from partnerships, S corporations, estates, and trusts from Schedule(s) K-1 | **12** | | |
| **13** | Capital gain distributions                    SEE STATEMENT 10 | **13** | | 928. |
| **14** | Long-term capital loss carryover. Enter the amount, if any, from line 13 of your **Capital Loss Carryover Worksheet** in the instructions | **14** | ( | ) |
| **15** | **Net long-term capital gain or (loss).** Combine lines 8a through 14 in column (h). Then go to Part III on page 2 | **15** | | 928. |

LHA    For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule D (Form 1040) 2013

320511
11-13-13

17060805 143254 703917                    2013.04010 WOOD, PHILIP T                    703917_1

Schedule D (Form 1040) 2013   PHILIP T. WOOD                                  5046 Page **2**

| **Part III** | Summary |
| --- | --- |

16  Combine lines 7 and 15 and enter the result ...................................... | 16 | 2,298.

- If line 16 is a **gain**, enter the amount from line 16 on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 17 below.
- If line 16 is a **loss**, skip lines 17 through 20 below. Then go to line 21. Also be sure to complete line 22.
- If line 16 is **zero**, skip lines 17 through 21 below and enter -0- on Form 1040, line 13, or Form 1040NR, line 14. Then go to line 22.

17  Are lines 15 and 16 both **gains**?
    [X] **Yes.** Go to line 18.
    [ ] **No.** Skip lines 18 through 21, and go to line 22.

18  Enter the amount, if any, from line 7 of the **28% Rate Gain Worksheet** in the instructions  ▶ | 18 |

19  Enter the amount, if any, from line 18 of the **Unrecaptured Section 1250 Gain Worksheet** in the instructions  ▶ | 19 |

20  Are lines 18 and 19 **both** zero or blank?
    [X] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42). **Do not** complete lines 21 and 22 below.

    [ ] **No.** Complete the  Schedule D Tax Worksheet in the instructions. **Do not** complete lines 21 and 22 below.

21  If line 16 is a loss, enter here and on Form 1040, line 13, or Form 1040NR, line 14, the **smaller** of:
    - The loss on line 16 or
    - ($3,000), or if married filing separately, ($1,500) | 21 | (                )

    **Note.** When figuring which amount is smaller, treat both amounts as positive numbers.

22  Do you have qualified dividends on Form 1040, line 9b, or Form 1040NR, line 10b?

    [ ] **Yes.** Complete the **Qualified Dividends and Capital Gain Tax Worksheet** in the instructions for Form 1040, line 44 (or in the instructions for Form 1040NR, line 42).

    [ ] **No.** Complete the rest of Form 1040 or Form 1040NR.

Schedule D (Form 1040) 2013

320512
11-13-13

Form **8949**

Department of the Treasury
Internal Revenue Service

## Sales and Other Dispositions of Capital Assets

OMB No. 1545-0074

**2013**
Attachment
Sequence No. **12A**

▶ Information about Form 8949 and its separate instructions is at *www.irs.gov/form8949.*
▶ File with your Schedule D to list your transactions for lines 1b, 2, 3, 8b, 9, and 10 of Schedule D.

Name(s) shown on return

PHILIP T. WOOD

Social security number or
taxpayer identification no.

██████ -5046

Most brokers issue their own substitute statement instead of using Form 1099-B. They also may provide basis information (usually your cost) to you on the statement even if it is not reported to the IRS. Before you check Box A, B, or C below, determine whether you received any statement(s) and, if so, the transactions for which basis was reported to the IRS. Brokers are required to report basis to the IRS for most stock you bought in 2011 or later.

**Part I** | **Short-Term.** Transactions involving capital assets you held one year or less are short-term. For long-term transactions, see page 2.
**Note.** You may aggregate all short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS and for which no adjustments or codes are required. Enter the total directly on Schedule D, line 1a; you are not required to report these transactions on Form 8949 (see instructions).

**You must check Box A, B, or C below. Check only one box.** If more than one box applies for your short-term transactions, complete a separate Form 8949, page 1, for each applicable box.
If you have more short-term transactions than will fit on this page for one or more of the boxes, complete as many forms with the same box checked as you need.

[X] **(A)** Short-term transactions reported on Form(s) 1099-B showing basis was reported to the IRS (see **Note** above)
[ ] **(B)** Short-term transactions reported on Form(s) 1099-B showing basis was **not** reported to the IRS
[ ] **(C)** Short-term transactions not reported to you on Form 1099-B

| 1 (a)<br>Description of property<br>(Example: 100 sh. XYZ Co.) | (b)<br>Date acquired<br>(Mo., day, yr.) | (c)<br>Date sold or<br>disposed<br>(Mo., day, yr.) | (d)<br>Proceeds<br>(sales price) | (e)<br>Cost or other<br>basis. See the<br>Note below and<br>see *Column (e)* in<br>the instructions | Adjustment, if any, to gain or loss. If you enter an amount in column (g), enter a code in column (f). See Instructions. | | (h)<br>Gain or (loss).<br>Subtract column (e)<br>from column (d) and<br>combine the result<br>with column (g) |
|---|---|---|---|---|---|---|---|
| | | | | | (f)<br>Code(s) | (g)<br>Amount of<br>adjustment | |
| 121.35 SH.<br>BLACKROCK HIGH<br>YIELD | 07/03/12 | 03/25/13 | 1,000. | 941. | | | 59. |
| 153.61 SH.<br>OPPENHEIMER INTL<br>BOND | 07/03/12 | 03/25/13 | 1,000. | 976. | | | 24. |
| 330.70 SH. T ROWE<br>PRICE EMERGING<br>MKTS | VARIOUS | 05/21/13 | 11,340. | 10,053. | | | 1,287. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **2** Totals. Add the amounts in columns (d), (e), (g) and (h) (subtract negative amounts). Enter each total here and include on your Schedule D, line 1b (if Box A above is checked), **line 2** (if Box B above is checked), or **line 3** (if Box C above is checked) ▶ | | | 13,340. | 11,970. | | | 1,370. |

**Note.** If you checked Box A above but the basis reported to the IRS was incorrect, enter in column (e) the basis as reported to the IRS, and enter an adjustment in column (g) to correct the basis. See *Column (g)* in the separate instructions for how to figure the amount of the adjustment.

323011 12-18-13    LHA   **For Paperwork Reduction Act Notice, see separate instructions.**

Form **8949** (2013)

17060805 143254 703917                       2013.04010 WOOD, PHILIP T                       703917_1

**Qualified Dividends and Capital Gain Tax Worksheet – Line 44**    *Keep for Your Records*

| Name(s) shown on return | Your SSN |
|---|---|
| PHILIP T. WOOD | ███████504ᴇ |

**Before you begin:**
✓ See the instructions for line 44 to see if you can use this worksheet to figure your tax.
✓ Before completing this worksheet, complete Form 1040 through line 43.
✓ If you do not have to file Schedule D and you received capital gain distributions, be sure you checked the box on line 13 of Form 1040.

1. Enter the amount from Form 1040, line 43. However, if you are filing Form 2555 or 2555-EZ (relating to foreign earned income), enter the amount from line 3 of the Foreign Earned Income Tax Worksheet .......................... **1.** 710,700.

2. Enter the amount from Form 1040, line 9b* ..... **2.** 1,160.

3. Are you filing Schedule D?*
[X] **Yes.** Enter the **smaller** of line 15 or 16 of Schedule D. If either line 15 or line 16 is blank or a loss, enter -0-
[ ] **No.** Enter the amount from Form 1040, line 13
**3.** 928.

4. Add lines 2 and 3 .......................... **4.** 2,088.

5. If filing Form 4952 (used to figure investment interest expense deduction), enter any amount from line 4g of that form. Otherwise, enter -0- **5.** 0.

6. Subtract line 5 from line 4. If zero or less, enter -0- .......................... **6.** 2,088.

7. Subtract line 6 from line 1. If zero or less, enter -0- .......................... **7.** 708,612.

8. Enter:
$ 36,250 if single or married filing separately,
$ 72,500 if married filing jointly or qualifying widow(er),
$ 48,600 if head of household.
**8.** 36,250.

9. Enter the smaller of line 1 or line 8 .......................... **9.** 36,250.

10. Enter the smaller of line 7 or line 9 .......................... **10.** 36,250.

11. Subtract line 10 from line 9. This amount is taxed at 0% ......... **11.** 0.

12. Enter the smaller of line 1 or line 6 .......................... **12.** 2,088.

13. Enter the amount from line 11 .......................... **13.** 0.

14. Subtract line 13 from line 12 .......................... **14.** 2,088.

15. Enter:
$ 400,000 if single,
$ 225,000 if married filing separately,
$ 450,000 if married filing jointly or qualifying widow(er),
$ 425,000 if head of household.
**15.** 400,000.

16. Enter the smaller of line 1 or line 15 .......................... **16.** 400,000.

17. Add lines 7 and 11 .......................... **17.** 708,612.

18. Subtract line 17 from line 16. If zero or less, enter -0- ......... **18.** 0.

19. Enter the smaller of line 14 or line 18 .......................... **19.** 0.

20. Multiply line 19 by 15% (.15) .......................... **20.** 0.

21. Add lines 11 and 19 .......................... **21.** 0.

22. Subtract line 21 from line 12 .......................... **22.** 2,088.

23. Multiply line 22 by 20% (.20) .......................... **23.** 418.

24. Figure the tax on the amount on line 7. If the amount on line 7 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 7 is $100,000 or more, use the Tax Computation Worksheet .... **24.** 238,374.

25. Add lines 20, 23, and 24 .......................... **25.** 238,792.

26. Figure the tax on the amount on line 1. If the amount on line 1 is less than $100,000, use the Tax Table to figure the tax. If the amount on line 1 is $100,000 or more, use the Tax Computation Worksheet .... **26.** 239,201.

27. **Tax on all taxable income.** Enter the **smaller** of line 25 or line 26. Also include this amount on Form 1040, line 44. If you are filing Form 2555 or 2555-EZ, do not enter this amount on Form 1040, line 44. Instead, enter it on line 4 of the Foreign Earned Income Tax Worksheet .......................... **27.** 238,792.

*If you are filing Form 2555 or 2555-EZ, see the footnote in the Foreign Earned Income Tax Worksheet before completing this line.*

| SCHEDULE E | **Supplemental Income and Loss** | OMB No. 1545-0074 |
|---|---|---|
| **(Form 1040)** | (From rental real estate, royalties, partnerships, S corporations, estates, trusts, REMICs, etc.) | **2013** |
| Department of the Treasury Internal Revenue Service (99) | ▶ Attach to Form 1040, 1040NR, or Form 1041. ▶ Information about Schedule E and its separate instructions is at *www.irs.gov/schedulee.* | Attachment Sequence No. **13** |

Name(s) shown on return | Your social security number

**PHILIP T. WOOD** | ▮▮▮▮-5046

**Part I** | **Income or Loss From Rental Real Estate and Royalties** Note. If you are in the business of renting personal property, use Schedule C or C-EZ (see instructions). If you are an individual, report farm rental income or loss from **Form 4835** on page 2, line 40.

A Did you make any payments in 2013 that would require you to file Form(s) 1099? (see instructions) ☐ Yes ☒ No
B If "Yes," did you or will you file required Forms 1099? ☐ Yes ☐ No

**1a** Physical address of each property (street, city, state, ZIP code)

| | |
|---|---|
| A | KINDER MORGAN ENERGY PARTNERS, L.P. – ROYALTY |
| B | |
| C | |

| **1b** | Type of Property (from list below) | **2** For each rental real estate property listed above, report the number of fair rental and personal use days. Check the QJV box only if you meet the requirements to file as a qualified joint venture. See instructions. | | Fair Rental Days | Personal Use Days | QJV |
|---|---|---|---|---|---|---|
| A | 6 | | A | | | ☐ |
| B | | | B | | | ☐ |
| C | | | C | | | ☐ |

**Type of Property:**

1 Single Family Residence  3 Vacation/Short-Term Rental  5 Land  7 Self-Rental
2 Multi-Family Residence  4 Commercial  6 Royalties  8 Other (describe)

| **Income:** | Properties: | | A | B | C |
|---|---|---|---|---|---|
| **3** Rents received | | 3 | | | |
| **4** Royalties received | | 4 | 8. | | |
| **Expenses:** | | | | | |
| **5** Advertising | | 5 | | | |
| **6** Auto and travel (see instructions) | | 6 | | | |
| **7** Cleaning and maintenance | | 7 | | | |
| **8** Commissions | | 8 | | | |
| **9** Insurance | | 9 | | | |
| **10** Legal and other professional fees | | 10 | | | |
| **11** Management fees | | 11 | | | |
| **12** Mortgage interest paid to banks, etc. (see instructions) | | 12 | | | |
| **13** Other interest | | 13 | | | |
| **14** Repairs | | 14 | | | |
| **15** Supplies | | 15 | | | |
| **16** Taxes | | 16 | | | |
| **17** Utilities | | 17 | | | |
| **18** Depreciation expense or depletion | | 18 | | | |
| **19** Other (list) ▶ | | 19 | | | |
| **20** Total expenses. Add lines 5 through 19 | | 20 | | | |
| **21** Subtract line 20 from line 3 (rents) and/or 4 (royalties). If result is a (loss), see instructions to find out if you must file **Form 6198** | | 21 | 8. | | |
| **22** Deductible rental real estate loss after limitation, if any, on **Form 8582** (see instructions) | | 22 | ( ) | ( ) | ( ) |

| **23a** Total of all amounts reported on line 3 for all rental properties | 23a | | | |
|---|---|---|---|---|
| **b** Total of all amounts reported on line 4 for all royalty properties | 23b | 8. | | |
| **c** Total of all amounts reported on line 12 for all properties | 23c | | | |
| **d** Total of all amounts reported on line 18 for all properties | 23d | | | |
| **e** Total of all amounts reported on line 20 for all properties | 23e | | | |
| **24** **Income.** Add positive amounts shown on line 21. **Do not** include any losses | | 24 | 8. |
| **25** Losses. Add royalty losses from line 21 and rental real estate losses from line 22. Enter total losses here | | 25 | ( ) |
| **26** **Total rental real estate and royalty income or (loss).** Combine lines 24 and 25. Enter the result here. If Parts II, III, IV, and line 40 on page 2 do not apply to you, also enter this amount on Form 1040, line 17, or Form 1040NR, line 18. Otherwise, include this amount in the total on line 41 on page 2 | | 26 | 8. |

LHA  **For Paperwork Reduction Act Notice, see the separate instructions.** | Schedule E (Form 1040) 2013

321491 10-30-13

17060805 143254 703917 | 2013.04010 WOOD, PHILIP T | 703917_1

Schedule E (Form 1040) 2013

Attachment Sequence No. 13    Page 2

Name(s) shown on return. Do not enter name and social security number if shown on page 1.

**Your social security number**

PHILIP T. WOOD

███-5046

Caution. The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

## Part II  Income or Loss From Partnerships and S Corporations

Note. If you report a loss from an at-risk activity for which any amount is not at risk, you must check column (e) on line 28 and attach Form 6198. See instructions.

27  Are you reporting any loss not allowed in a prior year due to the at-risk, excess farm loss, or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section.

☐ Yes    ☒ No

28

| | (a) Name | (b) Enter P for partnership; S for S corporation | (c) Check if foreign partnership | (d) Employer identification number | (e) Check if any amount is not at risk |
|---|---|---|---|---|---|
| A | KINDER MORGAN ENERGY PARTNERS, L.P. | P | | 76-0380342 | |
| B | CHARLESTON COURT, L.P. | P | | 46-0473299 | |
| C | | | | | |
| D | | | | | |

| | | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|---|
| | | (f) Passive loss allowed (attach Form 8582 if required) | (g) Passive income from Schedule K-1 | (h) Nonpassive loss from Schedule K-1 | (i) Section 179 expense deduction from Form 4562 | (j) Nonpassive income from Schedule K-1 |
| PTP | A | 0. | | | | |
| | B | | 27,144. | | | |
| | C | | | | | |
| | D | | | | | |
| 29a | Totals | | 27,144. | | | |
| b | Totals | | | | | |

| 30 | Add columns (g) and (j) of line 29a | 30 | 27,144. |
|---|---|---|---|
| 31 | Add columns (f), (h), and (i) of line 29b | 31 | ( ) |
| 32 | Total partnership and S corporation income or (loss). Combine lines 30 and 31. Enter the result here and include in the total on line 41 below | 32 | 27,144. |

## Part III  Income or Loss From Estates and Trusts

| 33 | (a) Name | (b) Employer identification number |
|---|---|---|
| A | | |
| B | | |

| | | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|---|
| | | (c) Passive deduction or loss allowed (attach Form 8582 if required) | (d) Passive income from Schedule K-1 | (e) Deduction or loss from Schedule K-1 | (f) Other income from Schedule K-1 |
| A | | | | | |
| B | | | | | |
| 34a | Totals | | | | |
| b | Totals | | | | |

| 35 | Add columns (d) and (f) of line 34a | 35 | |
|---|---|---|---|
| 36 | Add columns (c) and (e) of line 34b | 36 | ( ) |
| 37 | Total estate and trust income or (loss). Combine lines 35 and 36. Enter the result here and include in the total on line 41 below | 37 | |

## Part IV  Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder

| 38 | (a) Name | (b) Employer identification number | (c) Excess inclusion from Schedules Q, line 2c (see instructions) | (d) Taxable income (net loss) from Schedules Q, line 1b | (e) Income from Schedules Q, line 3b |
|---|---|---|---|---|---|
| | | | | | |

| 39 | Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | 39 | |
|---|---|---|---|

## Part V  Summary

| 40 | Net farm rental income or (loss) from Form 4835. Also, complete line 42 below | 40 | |
|---|---|---|---|
| 41 | Total income or (loss). Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Form 1040, line 17, or Form 1040NR, line 18 ▶ | 41 | 27,152. |
| 42 | Reconciliation of farming and fishing income. Enter your gross farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120S), box 17, code V; and Schedule K-1 (Form 1041), box 14, code F (see instructions) | 42 | |
| 43 | Reconciliation for real estate professionals. If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040 or Form 1040NR from all rental real estate activities in which you materially participated under the passive activity loss rules | 43 | |

321501 10-30-13

Schedule E (Form 1040) 2013

17060805 143254 703917                    2013.04010 WOOD, PHILIP T                    703917_1

INCOME FROM PASSTHROUGH STATEMENT, PAGE 1

2013

SCHEDULE E

Name  PHILLIP T. WOOD

SSN/EIN  ████ 5046

Passthrough  KINDER MORGAN ENERGY PARTNERS  L.P.

ID  76-0380342

TAXPAYER

PUBLICLY TRADED PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | -2,090. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | -2,090. | | | | | | 2,090. | |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | -2,090. | | | | | | 2,090. | |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | -14. | | | | | | 14. | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | 8. | | | | | | | 8. |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

301551
05-01-13

INCOME FROM PASSTHROUGH STATEMENT, PAGE 2                                      2013

SCHEDULE E
Name  PHILIP T. WOOD
Passthrough  KINDER MORGAN ENERGY PARTNERS, L.P.      ID   76-0380362          SSN/EIN ███████5046
PUBLICLY TRADED PARTNERSHIP                                                    TAXPAYER

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | 6. | | | | | | | 6. |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | 7. | | | | | | | 7. |
| Qualified dividends | 7. | | | | | | | 7. |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | -120. | | | | | | | -120. |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | 8. | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

321552
05-01-13

13

INCOME FROM PASSTHROUGH STATEMENT, PAGE 1                    2013

SCHEDULE E
Name  PHILIP T. WOOD                                         SSN/EIN  ████-5046
Passthrough CHARLESTON COURT, L. P.       ID   46-0473299    TAXPAYER
PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | | | | | | | | |
| Rental real estate income (loss) | 27,144. | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | 27,144. | | | | | | | 27,144. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | 27,144. | | | | | | | 27,144. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

321551
05-01-13

14

INCOME FROM PASSTHROUGH STATEMENT, PAGE 2                                    2013

SCHEDULE E
Name  PHILIP T. WOOD                                                    SSN/EIN ████ 5046
Passthrough CHARLESTON COURT, L. P.              ID   46-0473299           TAXPAYER
PARTNERSHIP

| OTHER PASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | -325. | | | | | | | -325. |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Qualified production activities income | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |

321552
05-01-13

15

| Schedule E | **Publicly Traded Partnerships** |
|---|---|

Name of Activity:  KINDER MORGAN ENERGY PARTNERS, L.P. - ACTIVITY NO. 1

Activity net income
Activity net loss                          -2,104.
Prior year unallowed losses    _____

Net income (loss)                          -2,104.

Total loss allowed from the PTP for 2013

Disallowed losses from this PTP              2,104.

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | -2,090. | 0. | -2,090. | 2,090. | |
| FORM 4797 | -14. | 0. | -14. | 14. | |
| | -2,104. | | -2,104. | 2,104. | |

**Alternative Minimum Tax**

Activity net income
Activity net loss                          -2,224.
Prior year unallowed losses    _____

Net income (loss)                          -2,224.

Total loss allowed from the PTP for 2013

Disallowed losses from this PTP              2,224.

Alternative minimum tax adjustment    _____

| Form or Schedule | Gain/Loss | Prior Year Carryover | Net Gain/Loss | Unallowed Loss | Allowed Loss |
|---|---|---|---|---|---|
| SCH E | -2,210. | 0. | -2,210. | 2,210. | |
| FORM 4797 | -14. | 0. | -14. | 14. | |
| | -2,224. | | -2,224. | 2,224. | |

310031
05-01-13

16

17060805  143254  703917              2013.04010  WOOD, PHILIP T              703917_1

**Form 1116**

Department of the Treasury
Internal Revenue Service (99)

**Foreign Tax Credit**
(Individual, Estate, or Trust)
▶ Attach to Form 1040, 1040NR, 1041, or 990-T.
▶ Information about Form 1116 and its separate instructions is at www.irs.gov/form1116.

OMB No. 1545-0121

**2013**

Attachment Sequence No. **19**

Name: **PHILIP T. WOOD**

Identifying number as shown on page 1 of your tax return: **■■-5046**

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a ☐ Passive category income
b ☒ General category income
c ☐ Section 901(j) income
d ☐ Certain income re-sourced by treaty
e ☐ Lump-sum distributions

f Resident of (name of country) ▶ **CHINA**

Note: If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.

**Part I** Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | Foreign Country or U.S. Possession | | | Total (Add cols. A, B, and C.) |
|---|---|---|---|---|
| | A | B | C | |
| g  Enter the name of the foreign country or U.S. possession ▶ | CHINA | | | |
| 1a  Gross income from sources within country shown above and of the type checked above: | 628,254. | | | 1a  628,254. |
| b  Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ ☐ | | | | |
| Deductions and losses (Caution: See instructions): | | | | |
| 2  Expenses definitely related to the income on line 1a (attach statement) | | | | |
| 3  Pro rata share of other deductions not definitely related: | | | | |
| a  Certain itemized deductions or standard deduction | 6,100. | | | |
| b  Other deductions (attach statement) | | | | |
| c  Add lines 3a and 3b | 6,100. | | | |
| d  Gross foreign source income | 628,254. | | | |
| e  Gross income from all sources | 716,800. | | | |
| f  Divide line 3d by line 3e | .876470 | | | |
| g  Multiply line 3c by line 3f | 5,346. | | | |
| 4  Pro rata share of interest expense: | | | | |
| a  Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) | | | | |
| b  Other interest expense | | | | |
| 5  Losses from foreign sources | | | | |
| 6  Add lines 2, 3g, 4a, 4b, and 5 | 5,346. | | | 6  5,346. |
| 7  Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 ▶ | | | | 7  622,908. |

**Part II** Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) (h) ☒ Paid (i) ☐ Accrued | (j) Date paid or accrued | In foreign currency — Taxes withheld at source on: (k) Dividends | (l) Rents and royalties | (m) Interest | (n) Other foreign taxes paid or accrued | In U.S. dollars — Taxes withheld at source on: (o) Dividends | (p) Rents and royalties | (q) Interest | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A | | 12/31/13 | | | | 1338596. | | | | 216,234. | 216,234. |
| B | | | | | | | | | | | |
| C | | | | | | | | | | | |

8  Add lines A through C, column (s). Enter the total here and on line 9, page 2 ▶   8  216,234.

LHA  For Paperwork Reduction Act Notice, see instructions.   Form **1116** (2013)

311501 11-05-13

17060805 143254 703917          2013.04010 WOOD, PHILIP T          703917_1

Form 1116 (2013)  PHILIP T. WOOD                    ████ -5046   Page **2**

## Part III  Figuring the Credit

| | | | |
|---|---|---|---|
| 9 Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | 9 | 216,234. | |
| 10 Carryback or carryover (attach detailed computation)  **SEE STATEMENT 12** | 10 | 186,883. | |
| 11 Add lines 9 and 10 | 11 | 403,117. | |
| 12 Reduction in foreign taxes | 12 | | |
| 13 Taxes reclassified under high tax kickout | 13 | | |
| 14 Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit | | 14 | 403,117. |
| 15 Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I | 15 | 622,908. | |
| 16 Adjustments to line 15 | 16 | | |
| 17 Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) | 17 | 622,908. | |
| 18 **Individuals:** Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. **Estates and trusts:** Enter your taxable income without the deduction for your exemption  **SEE STATEMENT 11** | 18 | 709,667. | |
| Caution: *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.* | | | |
| 19 Divide line 17 by line 18. If line 17 is more than line 18, enter "1" | | 19 | .877747 |
| 20 **Individuals:** Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | | 20 | 238,792. |
| Caution: *If you are completing line 20 for separate category e (lump-sum distributions), see instructions.* | | | |
| 21 Multiply line 20 by line 19 (maximum amount of credit) | | 21 | 209,599. |
| 22 Enter the **smaller** of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 27 and enter this amount on line 28. Otherwise, complete the appropriate line in Part IV  ▶ | | 22 | 209,599. |

## Part IV  Summary of Credits From Separate Parts III

| | | | |
|---|---|---|---|
| 23 Credit for taxes on passive category income | 23 | 31. | |
| 24 Credit for taxes on general category income | 24 | 209,599. | |
| 25 Credit for taxes on certain income re-sourced by treaty | 25 | | |
| 26 Credit for taxes on lump-sum distributions | 26 | | |
| 27 Add lines 23 through 26 | | 27 | 209,630. |
| 28 Enter the **smaller** of line 20 or line 27 | | 28 | 209,630. |
| 29 Reduction of credit for international boycott operations | | 29 | |
| 30 Subtract line 29 from line 28. This is your **foreign tax credit.** Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a  ▶ | | 30 | 209,630. |

Form **1116** (2013)

Form **1116**

Department of the Treasury
Internal Revenue Service (99)

# Foreign Tax Credit
(Individual, Estate, or Trust)

▶ Attach to Form 1040, 1040NR, 1041, or 990-T.

▶ Information about Form 1116 and its separate instructions is at *www.irs.gov/form1116.*

OMB No. 1545-0121

**2013**

Attachment
Sequence No. **19**

Name

PHILIP T. WOOD

Identifying number as shown on page 1 of your tax return

5046

Use a separate Form 1116 for each category of income listed below. See **Categories of Income** in the instructions. Check only one box on each Form 1116. Report all amounts in U.S. dollars except where specified in Part II below.

a [X] Passive category income
b [ ] General category income
c [ ] Section 901(j) income
d [ ] Certain income re-sourced by treaty
e [ ] Lump-sum distributions

f Resident of (name of country) ▶ CHINA

**Note:** *If you paid taxes to only one foreign country or U.S. possession, use column A in Part I and line A in Part II. If you paid taxes to more than one foreign country or U.S. possession, use a separate column and line for each country or possession.*

## Part I    Taxable Income or Loss From Sources Outside the United States (for Category Checked Above)

| | | Foreign Country or U.S. Possession | | | Total |
|---|---|---|---|---|---|
| | | **A** | **B** | **C** | (Add cols. A, B, and C.) |
| g | Enter the name of the foreign country or U.S. possession | CHINA | | | |
| 1a | Gross income from sources within country shown above and of the type checked above: | | | | |
| | | 330. | | 1a | 330. |
| b | Check if line 1a is compensation for personal services as an employee, your total compensation from all sources is $250,000 or more, and you used an alternative basis to determine its source (see instructions) ▶ [ ] | | | | |
| | **Deductions and losses** *(Caution: See instructions)* | | | | |
| 2 | Expenses **definitely related** to the income on line 1a (attach statement) | | | | |
| 3 | Pro rata share of other deductions **not definitely related:** | | | | |
| a | Certain itemized deductions or standard deduction | 6,100. | | | |
| b | Other deductions (attach statement) | | | | |
| c | Add lines 3a and 3b | 6,100. | | | |
| d | Gross foreign source income | 330. | | | |
| e | Gross income from all sources | 716,800. | | | |
| f | Divide line 3d by line 3e | .000460 | | | |
| g | Multiply line 3c by line 3f | 3. | | | |
| 4 | Pro rata share of interest expense: | | | | |
| a | Home mortgage interest (use the Worksheet for Home Mortgage Interest in the instructions) | | | | |
| b | Other interest expense | | | | |
| 5 | Losses from foreign sources | | | | |
| 6 | Add lines 2, 3g, 4a, 4b, and 5 | 3. | | 6 | 3. |
| 7 | Subtract line 6 from line 1a. Enter the result here and on line 15, page 2 ▶ | | | 7 | 327. |

## Part II    Foreign Taxes Paid or Accrued

| Country | Credit is claimed for taxes (you must check one) | | In foreign currency | | | | In U.S. dollars | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | (h) [X] Paid | | Taxes withheld at source on: | | | (n) Other foreign taxes paid or accrued | Taxes withheld at source on: | | | (r) Other foreign taxes paid or accrued | (s) Total foreign taxes paid or accrued (add cols. (o) through (r)) |
| | [ ] Accrued | (j) Date paid or accrued | (k) Dividends | (l) Rents and royalties | (m) Interest | | (o) Dividends | (p) Rents and royalties | (q) Interest | | |
| A | | 12/31/13 | | | | | 31. | | | | 31. |
| B | | | | | | | | | | | |
| C | | | | | | | | | | | |

8 Add lines A through C, column (s). Enter the total here and on line 9, page 2 ▶  | 8 | 31.

LHA    For Paperwork Reduction Act Notice, see instructions.

Form **1116** (2013)

311501
11-05-13

Form 1116 (2013)  PHILIP T. WOOD                                    ██████ -5046  Page **2**

## Part III | Figuring the Credit

| | | | |
|---|---|---|---|
| 9 | Enter the amount from line 8. These are your total foreign taxes paid or accrued for the category of income checked above Part I | **9** | 31. |
| 10 | Carryback or carryover (attach detailed computation) | **10** | |
| 11 | Add lines 9 and 10 | **11** | 31. |
| 12 | Reduction in foreign taxes | **12** | |
| 13 | Taxes reclassified under high tax kickout | **13** | |
| 14 | Combine lines 11, 12, and 13. This is the total amount of foreign taxes available for credit | **14** | 31. |
| 15 | Enter the amount from line 7. This is your taxable income or (loss) from sources outside the United States (before adjustments) for the category of income checked above Part I | **15** | 327. |
| 16 | Adjustments to line 15 | **16** | |
| 17 | Combine the amounts on lines 15 and 16. This is your net foreign source taxable income. (If the result is zero or less, you have no foreign tax credit for the category of income you checked above Part I. Skip lines 18 through 22. However, if you are filing more than one Form 1116, you must complete line 20.) | **17** | 327. |
| 18 | **Individuals:** Enter the amount from Form 1040, line 41, or Form 1040NR, line 39. **Estates and trusts:** Enter your taxable income without the deduction for your exemption | **18** | 709,667. |

**Caution:** *If you figured your tax using the lower rates on qualified dividends or capital gains, see instructions.*

| | | | |
|---|---|---|---|
| 19 | Divide line 17 by line 18. If line 17 is more than line 18, enter "1" | **19** | .000461 |
| 20 | **Individuals:** Enter the amount from Form 1040, line 44. If you are a nonresident alien, enter the amount from Form 1040NR, line 42. **Estates and trusts:** Enter the amount from Form 1041, Schedule G, line 1a, or the total of Form 990-T, lines 36 and 37 | **20** | 238,792. |

**Caution:** *If you are completing line 20 for separate category e  (lump-sum distributions), see instructions.*

| | | | |
|---|---|---|---|
| 21 | Multiply line 20 by line 19 (maximum amount of credit) | **21** | 110. |
| 22 | Enter the **smaller** of line 14 or line 21. If this is the only Form 1116 you are filing, skip lines 23 through 27 and enter this amount on line 28. Otherwise, complete the appropriate line in Part IV ▶ | **22** | 31. |

## Part IV | Summary of Credits From Separate Parts III

| | | | |
|---|---|---|---|
| 23 | Credit for taxes on passive category income | **23** | |
| 24 | Credit for taxes on general category income | **24** | |
| 25 | Credit for taxes on certain income re-sourced by treaty | **25** | |
| 26 | Credit for taxes on lump-sum distributions | **26** | |
| 27 | Add lines 23 through 26 | **27** | |
| 28 | Enter the **smaller** of line 20 or line 27 | **28** | |
| 29 | Reduction of credit for international boycott operations | **29** | |
| 30 | Subtract line 29 from line 28. This is your **foreign tax credit.** Enter here and on Form 1040, line 47; Form 1040NR, line 45; Form 1041, Schedule G, line 2a; or Form 990-T, line 40a ▶ | **30** | |

Form **1116** (2013)

Form **6251**

Department of the Treasury
Internal Revenue Service (99)

### Alternative Minimum Tax - Individuals

▶ Information about Form 6251 and its separate instructions is at *www.irs.gov/form6251.*
▶ Attach to Form 1040 or Form 1040NR.

OMB No. 1545-0074

**2013**

Attachment
Sequence No. **32**

Name(s) shown on Form 1040 or Form 1040NR

PHILIP T. WOOD

Your social security number

█████ 5046

| Part I | Alternative Minimum Taxable Income | | |
|---|---|---|---|
| 1 | If filing Schedule A (Form 1040), enter the amount from Form 1040, line 41, and go to line 2. Otherwise, enter the amount from Form 1040, line 38, and go to line 7. (If less than zero, enter as a negative amount.) | 1 | 716,800. |
| 2 | Medical and dental. If you or your spouse was 65 or older, enter the **smaller** of Schedule A (Form 1040), line 4, or 2.5% (.025) of Form 1040, line 38. If zero or less, enter -0- | 2 | |
| 3 | Taxes from Schedule A (Form 1040), line 9 | 3 | |
| 4 | Enter the home mortgage interest adjustment, if any, from line 6 of the worksheet in the instructions for this line | 4 | |
| 5 | Miscellaneous deductions from Schedule A (Form 1040), line 27 | 5 | |
| 6 | If Form 1040, line 38, is $150,000 or less, enter -0-. Otherwise, see instructions | 6 | |
| 7 | Tax refund from Form 1040, line 10 or line 21 | 7 | |
| 8 | Investment interest expense (difference between regular tax and AMT) | 8 | |
| 9 | Depletion (difference between regular tax and AMT) | 9 | |
| 10 | Net operating loss deduction from Form 1040, line 21. Enter as a positive amount | 10 | |
| 11 | Alternative tax net operating loss deduction | 11 | |
| 12 | Interest from specified private activity bonds exempt from the regular tax | 12 | |
| 13 | Qualified small business stock (7% of gain excluded under section 1202) | 13 | |
| 14 | Exercise of incentive stock options (excess of AMT income over regular tax income) | 14 | |
| 15 | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 15 | |
| 16 | Electing large partnerships (amount from Schedule K-1 (Form 1065-B), box 6) | 16 | |
| 17 | Disposition of property (difference between AMT and regular tax gain or loss) | 17 | |
| 18 | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 18 | |
| 19 | Passive activities (difference between AMT and regular tax income or loss)    SEE STATEMENT 13 | 19 | -325. |
| 20 | Loss limitations (difference between AMT and regular tax income or loss) | 20 | |
| 21 | Circulation costs (difference between regular tax and AMT) | 21 | |
| 22 | Long-term contracts (difference between AMT and regular tax income) | 22 | |
| 23 | Mining costs (difference between regular tax and AMT) | 23 | |
| 24 | Research and experimental costs (difference between regular tax and AMT) | 24 | |
| 25 | Income from certain installment sales before January 1, 1987 | 25 | |
| 26 | Intangible drilling costs preference | 26 | |
| 27 | Other adjustments, including income-based related adjustments | 27 | |
| 28 | **Alternative minimum taxable income.** Combine lines 1 through 27. (If married filing separately and line 28 is more than $238,550, see instructions.) | 28 | 716,475. |

| Part II | Alternative Minimum Tax (AMT) | | |
|---|---|---|---|
| 29 | Exemption. (If you were under age 24 at the end of 2013, see instructions.) | | |

| IF your filing status is... | AND line 28 is not over... | THEN enter on line 29... | | |
|---|---|---|---|---|
| Single or head of household | $115,400 | $51,900 | | |
| Married filing jointly or qualifying widow(er) | 153,900 | 80,800 | | |
| Married filing separately | 76,950 | 40,400 | 29 | 0. |
| If line 28 is **over** the amount shown above for your filing status, see instructions. | | | | |

| 30 | Subtract line 29 from line 28. If more than zero, go to line 31. If zero or less, enter -0- here and on lines 31, 33, and 35, and go to line 34 | 30 | 716,475. |
|---|---|---|---|
| 31 | • If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter.
• If you reported capital gain distributions directly on Form 1040, line 13; you reported qualified dividends on Form 1040, line 9b; or you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on page 2 and enter the amount from line 60 here.
• All others: If line 30 is $179,500 or less ($89,750 or less if married filing separately), multiply line 30 by 26% (.26). Otherwise, multiply line 30 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately) from the result. | 31 | 196,856. |
| 32 | Alternative minimum tax foreign tax credit (see instructions) | 32 | 172,792. |
| 33 | Tentative minimum tax. Subtract line 32 from line 31 | 33 | 24,064. |
| 34 | Tax from Form 1040, line 44 (minus any tax from Form 4972 and any foreign tax credit from Form 1040, line 47). If you used Sch J to figure your tax, the amount from line 44 of Form 1040 must be refigured without using Sch J | 34 | 29,162. |
| 35 | AMT. Subtract line 34 from line 33. If zero or less, enter -0-. Enter here and on Form 1040, line 45 | 35 | 0. |

319481
01-03-14  LHA    **For Paperwork Reduction Act Notice, see your tax return instructions.**

Form **6251** (2013)

21

Form 6251 (2013)     PHILIP T. WOOD     ████-5046     Page **2**

| Part III | Tax Computation Using Maximum Capital Gains Rates |
|---|---|

Complete Part III only if you are required to do so by line 31 or by the Foreign Earned Income Tax Worksheet in the instructions.

| | | | | |
|---|---|---|---|---|
| 36 | Enter the amount from Form 6251, line 30. If you are filing Form 2555 or 2555-EZ, enter the amount from line 3 of the worksheet in the instructions for line 31 | | **36** | 716,475. |
| 37 | Enter the amount from line 6 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 13 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | **37** | 2,088. | |
| 38 | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary) (see instructions). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | **38** | | |
| 39 | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 37. Otherwise, add lines 37 and 38, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555 or 2555-EZ, see instructions for the amount to enter | **39** | 2,088. | |
| 40 | Enter the **smaller** of line 36 or line 39 | | **40** | 2,088. |
| 41 | Subtract line 40 from line 36 | | **41** | 714,387. |
| 42 | If line 41 is $179,500 or less ($89,750 or less if married filing separately), multiply line 41 by 26% (.26). Otherwise, multiply line 41 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately) from the result ▶ | | **42** | 196,438. |
| 43 | Enter: <br>• $72,500 if married filing jointly or qualifying widow(er), <br>• $36,250 if single or married filing separately, or <br>• $48,600 if head of household. | **43** | 36,250. | |
| 44 | Enter the amount from line 7 of the Qualified Dividends and Capital Gain Tax Worksheet in the instructions for Form 1040, line 44, or the amount from line 14 of the Schedule D Tax Worksheet in the instructions for Schedule D (Form 1040), whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040, line 43; but do not enter less than -0- | **44** | 708,612. | |
| 45 | Subtract line 44 from line 43. If zero or less, enter -0- | **45** | 0. | |
| 46 | Enter the **smaller** of line 36 or line 37 | **46** | 2,088. | |
| 47 | Enter the **smaller** of line 45 or line 46. This amount is taxed at 0% | **47** | 0. | |
| 48 | Subtract line 47 from line 46 | **48** | 2,088. | |
| 49 | Enter the amount from the Line 49 Worksheet in the instructions     STMT 14 | **49** | 0. | |
| 50 | Enter the smaller of line 48 or line 49 | **50** | 0. | |
| 51 | Multiply line 50 by 15% (.15) ▶ | | **51** | |
| 52 | Add lines 47 and 50 | **52** | 0. | |
| | If lines 52 and 36 are the same, skip lines 53 through 57 and go to line 58. Otherwise, go to line 53. | | | |
| 53 | Subtract line 52 from line 46 | **53** | 2,088. | |
| 54 | Multiply line 53 by 20% (.20) ▶ | | **54** | 418. |
| | If line 38 is zero or blank, skip lines 55 through 57 and go to line 58. Otherwise, go to line 55. | | | |
| 55 | Add lines 41, 52, and 53 | **55** | | |
| 56 | Subtract line 55 from line 36 | **56** | | |
| 57 | Multiply line 56 by 25% (.25) ▶ | | **57** | |
| 58 | Add lines 42, 51, 54, and 57 | | **58** | 196,856. |
| 59 | If line 36 is $179,500 or less ($89,750 or less if married filing separately), multiply line 36 by 26% (.26). Otherwise, multiply line 36 by 28% (.28) and subtract $3,590 ($1,795 if married filing separately) from the result | | **59** | 197,023. |
| 60 | Enter the **smaller** of line 58 or line 59 here and on line 31. If you are filing Form 2555 or 2555-EZ, do not enter this amount on line 31. Instead, enter it on line 4 of the worksheet in the instructions for line 31 | | **60** | 196,856. |

Form **6251** (2013)