


Federal Court of Australia

District Registry: New South Wales

Division: General No: NSD252/2016

**KAYLENE MARGARET MANN AS EXECUTRIX OF THE ESTATE OF THE LATE RODNEY JAMES BURROWS** and others named in the schedule
First Applicant

**MALAYSIAN AIRLINE SYSTEM BERHAD (ARBN 996 903)**
Respondent

**ORDER**

**JUDGE:** JUSTICE PERRAM

**DATE OF ORDER:** 1 November 2016

**WHERE MADE:** Sydney

**THE COURT ORDERS BY CONSENT THAT:**

1. leave for the Respondent to file and serve an Amended Defence by 11 November 2016 noting that the amendments are to abandon the Respondent's reliance upon its Article 21(2) defence;
2. any Interlocutory Application and evidence in support to set aside the Notice to Produce filed 29 September 2016 is to be filed and served by 7 November 2016;
3. in the event that the Interlocutory Application is filed the Respondent is to immediately apply to relist the proceedings for orders to be made with respect to that application.

In the event that no Interlocutory Application is filed the following orders take effect:

4. the Respondent is to produce agreed documents by 29 November 2016;
5. the Sixth and Seventh Applicants are to file and serve any lay evidence and expert medical evidence by 16 December 2016;
6. the Applicants are to serve any accounting reports upon which they intend to rely by 31 January 2017;
7. the Respondent is to serve any expert medical evidence in relation to the claims made by the Sixth and Seventh Applicants by 24 January 2017;
8. Order 5 made on 1 August 2016 vacated;
9. the Respondent is to serve any lay evidence by 31 January 2017;



PLAINTIFFS' EXHIBIT NO. 5






10. the Sixth and Seventh Applicants and the Respondent are to engage in a Mediation on 3 February 2017;
11. the Respondent is to serve any medical evidence in relation to the claims made by the First to Fifth Applicants by 14 February 2017;
12. the Applicants are to file and serve any expert reports upon which they intend to rely by 28 February 2017;
13. the Respondent is to serve any accounting reports in reply by 14 March 2017;
14. Matter listed for further directions on 28 March 2017.

Date that entry is stamped: 1 November 2016

Registrar




**Schedule**

No: NSD252/2016

Federal Court of Australia

District Registry: New South Wales

Division: General

| | |
|---|---|
| Second Applicant | KAYLENE MARGARET MANN AS EXECUTRIX OF THE ESTATE OF THE LATE MARY CAROLINE BURROWS |
| Third Applicant | JAYDEN GEORGE BURROWS |
| Fourth Applicant | KARLA JAYNE MCMASTER |
| Fifth Applicant | MELIA JASMINE BURROWS |
| Sixth Applicant | ANTHONY JOHN NAGLOWSKI |
| Sixth Applicant | ANTHONY JOHN NAGLOWSKI |
| Seventh Applicant | ANNA DANUTA BOSWORTH |
| Seventh Applicant | ANNA DANUTA BOSWORTH |




Federal Court of Australia

District Registry: New South Wales

Division: General

No: NSD251/2016

**GLENDA MARIE BRINCKMAN AND AMANDA KELLY LAWTON AS EXECUTRIXES OF THE ESTATE OF THE LATE ROBERT IAN LAWTON** and others named in the schedule
First Applicant

**MALAYSIAN AIRLINE SYSTEM BERHAD (ARBN 996 903)**
Respondent

## ORDER

**JUDGE:** JUSTICE PERRAM

**DATE OF ORDER:** 1 November 2016

**WHERE MADE:** Sydney

**THE COURT ORDERS BY CONSENT THAT:**

1. leave for the Respondent to file and serve an Amended Defence by 11 November 2016 noting that the amendments are to abandon the Respondent's reliance upon its Article 21(2) defence;
2. any Interlocutory Application and evidence in support to set aside the Notice to Produce filed 29 September 2016 is to be filed and served by 7 November 2016;
3. in the event that the Interlocutory Application is filed the Respondent is to immediately apply to relist the proceedings for orders to be made with respect to that application;

In the event that no Interlocutory Application is filed the following orders take effect:

4. the Respondent is to produce agreed documents by 29 November 2016;
5. the Applicants are to serve any accounting reports upon which they intend to rely by 31 January 2017;
6. Order 5 made on 1 August 2016 vacated;
7. the Respondent is to serve any lay evidence by 31 January 2017;
8. the Respondent is to serve any medical evidence by 14 February 2017;




9. the Applicants are to file and serve any expert reports upon which they intend to rely by 28 February 2017;
10. the Respondent is to serve any accounting reports in reply by 14 March 2017;
11. Matter listed for further directions on 28 March 2017.

Date that entry is stamped: 1 November 2016

Registrar






**Schedule**

No: NSD251/2016

Federal Court of Australia

District Registry: New South Wales

Division: General

| | |
|---|---|
| Second Applicant | GLENDA MARIE BRINCKMAN AND AMANDA KELLY LAWTON AS EXECUTRIXES OF THE ESTATE OF THE LATE CATHERINE LAWTON |
| Third Applicant | GLENDA MARIE BRINCKMAN |
| Fourth Applicant | AMANDA KELLY LAWTON |
| Fifth Applicant | MELISSA KATE LAWTON |