

December 16, 2011

Wang, Rui (Rory)
Beijing

Dear Rory,

I am writing to thank you on behalf of the Greater China Partner Group for your efforts during the year and to advise you of your Individual Performance Bonus for 2011.

We have distributed total bonuses based on the pool determined by the Worldwide Executive Committee. The actual amount of your bonus is based on global guidelines and in accordance to performance rankings determined by CD committee and endorsed by the Partner Group. The Greater China Partner Group would like to thank you for your efforts this year. We can all be proud of the fact that we have continued to deliver high quality work and superior value to our clients this year.

Your total compensation for 2011 is

| | |
|---|---|
| Base Compensation | : CNY 1,118,100 |
| Individual Performance Bonus | : CNY 533,900 |
| Overtime | : CNY 12,852 |
| PSRF | : CNY 249,728 |
| Total compensation | : CNY 1,914,580 |

Your PSRF and performance bonus are taxable income, which will be credited to your bank account on January 20, 2012.

Thank you once again for all your contributions this year.

Yours faithfully

*C. Nettesheim* (signature)

Christoph Nettesheim
Senior Partner and Managing Director

The Boston Consulting Group Co., Ltd, Beijing · 15th Floor, East Tower, Twin Towers · B-12 Jianguomenwai Avenue · Beijing 100022 · China
Tel. +86 10 8527 9000 · Fax +86 10 8527 9999
THE BOSTON CONSULTING GROUP

PLAINTIFFS' EXHIBIT
NO. 6



December 14, 2012

Wang, Rui (Rory)
Beijing

Dear Rory,

I am writing to thank you on behalf of the Greater China Partner Group for your efforts during the year and to advise you of your Individual Performance Bonus for 2012.

We have distributed total bonuses based on the pool determined by the Worldwide Executive Committee. The actual amount of your bonus is based on global guidelines and in accordance to performance rankings determined by CD committee and endorsed by the Partner Group. The Greater China Partner Group would like to thank you for your efforts this year. We can all be proud of the fact that we have continued to deliver high quality work and superior value to our clients this year.

Your total compensation for 2012 is

| | |
|---|---|
| Base Salary | :CNY1,285,797 |
| Individual Performance Bonus | :CNY462,900 |
| PSRF Bonus | :CNY262,305 |
| **Total Compensation** | **:CNY2,011,002** |

Your PSRF and individual performance bonus are taxable income, which will be credited to your bank account with January 2013 salary.

Thank you once again for all your contributions to our practice this year.

Yours faithfully

*C. Nettesheim*

Christoph Nettesheim
Senior Partner and Managing Director

The Boston Consulting Group Co., Ltd, Beijing · 15th Floor, East Tower, Twin Towers · B-12 Jianguomenwai Avenue · Beijing  100022 · China
Tel. +86 10 8527 9000 · Fax +86 10 8527 9999
THE BOSTON CONSULTING GROUP



December 23, 2013

Wang, Rui (Rory)
Beijing

Dear Rory,

I am writing to thank you on behalf of the Greater China Partner Group for your efforts during the year and to advise you of your Individual Performance Bonus for 2013.

We have distributed total bonuses based on the pool determined by the Worldwide Executive Committee. The actual amount of your bonus is based on global guidelines and in accordance to performance rankings determined by CD committee and endorsed by the Partner Group. The Greater China Partner Group would like to thank you for your efforts this year. We can all be proud of the fact that we have continued to deliver high quality work and superior value to our clients this year.

Your total compensation for 2013 is

| | |
|---|---|
| Base Salary | :CNY1,341,700 |
| Individual Performance Bonus | :CNY529,600 |
| PSRF Bonus | :CNY280,695 |
| **Total Compensation** | **:CNY2,151,995** |

Your PSRF and individual performance bonus are taxable income, which will be credited to your bank account with January 2014 salary.

Thank you once again for all your contributions to our system this year.

Yours faithfully

Carol Liao
Senior Partner and Managing Director

THE BOSTON CONSULTING GROUP