Page 1 of 1

From: Malaysia Airlines [PIRSVC@mas.com.my]
Sent: Thursday, March 13, 2014 1:59 PM
To: sugirtha.mramachandran@malaysiaairlines.com
Subject: Itinerary Receipt

**THIS DOCUMENT IS AUTOMATICALLY GENERATED. PLEASE DO NOT RESPOND TO THIS MAIL**

## Malaysia Airlines

Malaysia Airlines

```
                    *** ITINERARY RECEIPT - DUPLICATE ***

AGENCY/AIRLINE NAME                              DATE OF ISSUE 08JAN14
AMERICAN EXPRESS MIAMI FL                        RLOC MH - WH59R
                                                 RLOC 1V - LDHCWC
NON-TRANSFERABLE
NAME: WOOD/PHILIPTALMADGEMR

E-TICKET NUMBER: 2327342566945                   FF:AAD8M9714


DATE   FLIGHT  DEPARTURE AIRPORT        TIME  ARRIVAL AIRPORT      CLASS  BAG
19JAN  MH 371  PEK-BEIJING CAPITAL      0855  KUL-KUALA LUMPUR     D -OK  40K
               TERMINAL 3                     TERMINAL M   ARRIVAL:1535

08MAR  MH 370  KUL KUALA LUMPUR         0035  PEK-BEIJING CAPITAL  S -OK  30K
               TERMINAL M                     TERMINAL 3   ARRIVAL:0630

RESTRICTIONS: NONEND-CHARGES APPLY/NON REF-REFER ORIG ISSUE

FORM OF PAYMENT: CC AXXXXXXXXXXXX1000
BASE FARE              CNY      7980
EQUIVALENT AMOUNT PAID USD      1318.00
TAX/FEE/CHARGE         USD      19.80MY/14.90CN
TICKET TOTAL           USD      1352.70

Notice: "Carriage and other services provided by the carrier are subject to
conditions of carriage, which are hereby incorporated by reference.
These conditions may be obtained from the issuing carrier."




For MAS General Conditions of Carriage and Privacy Statement, please refer to
www.malaysiaairlines.com
```

file:///C:/Users/boysp/AppData/Local/Temp/Temp1_E-Ticket.zip/E-Ticket/Itinerary%...  13/03/2014

MH370-0000243

**PLAINTIFFS' EXHIBIT NO. 8**

### Journey Details - WH59R (Past Date Record)

**Names**

| | | |
|---|---|---|
| 001 | | MR PHILIP TALMADGE WOOD |

**Itinerary**

Air

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | | MH371 | D | SUN | 19JAN14 | PEK KUL | DK1 | 0855 | 1535 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | HK(001) DK(001) | | | | | | | | |
| 001 | | MH370 | S | SAT | 08MAR14 | KUL PEK | HK1 | 0035 | 0630 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | DK(001) HK(001) | | | | | | | | |

**Contacts**

| | | | |
|---|---|---|---|
| 001 | Telephone | DFW | 1 817-209-5185 |
| 001 | Travel Agency | PHX | 1 602 470-3550 |
| 001 | Business | DFW | 1 720-395-4298 |

**Special Service Requests**

| | | | | | |
|---|---|---|---|---|---|
| 001 | DOCO | MH | HK1 | /V/03565481/CN/02JUN11/CN | MR PHILIP TALMADGE WOOD |
| 001 | DOCS | MH | HK1 | P/US/219019497/US/04JUL63/M/10SEP16/WOOD/PHILIP/TALMADGE | MR PHILIP TALMADGE WOOD |
| 001 | DOCS | MH | HK1 | /////04JUL63/M//WOOD/PHILIP/TALMADGE | MR PHILIP TALMADGE WOOD |
| 001 | FQTV | MH | HK | AAD8M9714.EMER | MR PHILIP TALMADGE WOOD |
| 001 | OTHS | 1V | | MOBILE AND EMAIL CONTACTS REQUIRED X PLS PROVIDE ASAP | |
| 001 | OTHS | 1V | | AUTO XX IF SSR TKNA/E/M/C NOT RCVD BY MH BY 1600/10JAN/LAX LT | |
| 001 | PCTC | YY | HK | ELAINE WOOD/US8178008767.WIFE | |
| 003 | TKNE | MH | HK1 | BD KULPEK 0370S 08MAR.2327342566945C2 | MR PHILIP TALMADGE WOOD |
| 003 | TKNE | MH | HK1 | BD PEKKUL 0371D 19JAN.2327342566945C1 | MR PHILIP TALMADGE WOOD |

**Seat Assignments**

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 002 | KK | MH | KK1 | MH370 | S | 08MAR14 | KUL | PEK | 11C | MR PHILIP TALMADGE WOOD |
| 002 | HK | MH | HK1 | MH371 | D | 19JAN14 | PEK | KUL | 1C | MR PHILIP TALMADGE WOOD |

**Ticket Status**

| | | | | | |
|---|---|---|---|---|---|
| 003 | Ticketed | | | | MR PHILIP TALMADGE WOOD |
| 001/003 | Timelimit to Expire | 1600 | 10JAN14 | LAX005 | MR PHILIP TALMADGE WOOD |

**Other Service Information**

| | | | |
|---|---|---|---|
| 003 | MH | RLOC MH WH59R | MR PHILIP TALMADGE WOOD |
| 001 | YY | OIN IBM | MR PHILIP TALMADGE WOOD |
| 001 | YY | OIN IBM | MR PHILIP TALMADGE WOOD |

MH370-0000245

### Remarks

| | | | | |
|---|---|---|---|---|
| 007 | Remark | PFS | ONBRD MH371 D 19JAN14 PEKKUL | MR PHILIP TALMADGE WOOD |
| 011 | Remark | PFS | ONBRD MH370 S 08MAR14 KULPEK | MR PHILIP TALMADGE WOOD |

### Update

| | | | | | |
|---|---|---|---|---|---|
| 011 | KUL | MH | 1713 07MAR14 | PFS processing | |
| 010 | ATL | XS | 1600 07MAR14 | eTicket acknowledgement received | /PID170 |
| 009 | KUL | MH | 1635 05MAR14 | Included in PNL | /PID161 /MH 370 /08MAR/KUL -D |
| 008 | ATL | 001 | 0352 21FEB14 | ASR Reallocation | /PID49154 |
| 007 | HDQ | MH | 0055 19JAN14 | PFS processing | |
| 006 | ATL | XS | 0021 19JAN14 | eTicket acknowledgement received | /PID170 |
| 005 | KUL | MH | 0055 17JAN14 | Included in PNL | /PID161 /MH 371 /19JAN/PEK -B |
| 004 | ATL | XS | 0554 08JAN14 | eTicket acknowledgement received | /PID170 |
| 003 | QTS | 1V | 0554 08JAN14 | Incoming Teletype processing | /PID166 /080554 |
| 002 | QTS | 1V | 0542 08JAN14 | Incoming Teletype processing | /PID231 /080542/DKGALILEO1G/72436FMKO |
| 001 | QTS | 1V | 0542 08JAN14 | Incoming Teletype processing | /US/PID68142 /080542/DKGALILEO1G/68142GBK O |

### Responsibility

| | | |
|---|---|---|
| 003 | Responsibility for this booking is with QTS1V | Additional Information /LDHCWC/05UL/10559146/PHX/1V/A/US |
| 001/003 | Responsibility for this booking is with QTS1V | Additional Information /LDHCWC/05UL/10559146/LAX/1V/T/US |

MH370-0000246