Page 1 of 1

| | |
|---|---|
| **From:** | Malaysia Airlines [PIRSVC@mas.com.my] |
| **Sent:** | Thursday, March 13, 2014 2:41 PM |
| **To:** | sugirtha.mramachandran@malaysiaairlines.com |
| **Subject:** | Itinerary Receipt |

**THIS DOCUMENT IS AUTOMATICALLY GENERATED. PLEASE DO NOT RESPOND TO THIS MAIL**

Malaysia Airlines

Malaysia Airlines

\*\*\* ITINERARY RECEIPT - DUPLICATE \*\*\*

```
AGENCY/AIRLINE NAME                              DATE OF ISSUE 14DEC13
ORBITZ CHICAGO IL                                RLOC MH - X98EY
                                                 RLOC 1P - 2H2C29
NON-TRANSFERABLE
NAME: WANG/RUI

E-TICKET NUMBER: 2327328856910


DATE    FLIGHT    DEPARTURE AIRPORT          TIME   ARRIVAL AIRPORT           CLASS  BAG
01MAR   MH 371    PEK-BEIJING CAPITAL        0855   KUL-KUALA LUMPUR          Q -OK  30K
                  TERMINAL 3                        TERMINAL M    ARRIVAL:1535

01MAR   MH 2662   KUL-KUALA LUMPUR           1805   BKI-KOTA KINABALU         Y -OK  30K
                  TERMINAL M                        TERMINAL 1    ARRIVAL:2040

07MAR   MH 2631   BKI-KOTA KINABALU          1855   KUL-KUALA LUMPUR          Y -OK  30K
                  TERMINAL 1                        TERMINAL M    ARRIVAL:2130

08MAR   MH 370    KUL-KUALA LUMPUR           0035   PEK-BEIJING CAPITAL       Q -OK  30K
                  TERMINAL M                        TERMINAL 3    ARRIVAL:0630

RESTRICTIONS: NONEND/CHARGES APPLY/NON REF/REFER ORIG ISSUE/

FORM OF PAYMENT: CC VIXXXXXXXXXXXX6359
BASE FARE                CNY     4050
EQUIVALENT AMOUNT PAID   USD     667.00
TAX/FEE/CHARGE           USD     14.80CN/20.30MY
TICKET TOTAL             USD     702.10
```

Notice: "Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier."

For MAS General Conditions of Carriage and Privacy Statement, please refer to www.malaysiaairlines.com

file:///C:/Users/boysp/AppData/Local/Temp/Temp1_E-Ticket.zip/E-Ticket/Itinerary%...   13/03/2014

MH370-0000218

**PLAINTIFFS' EXHIBIT NO. 9**

| | |
|---|---|
| **From:** | Malaysia Airlines [PIRSVC@mas.com.my] |
| **Sent:** | Thursday, March 13, 2014 2:40 PM |
| **To:** | sugirtha.mramachandran@malaysiaairlines.com |
| **Subject:** | Itinerary Receipt |

**THIS DOCUMENT IS AUTOMATICALLY GENERATED. PLEASE DO NOT RESPOND TO THIS MAIL**

☐ Malaysia Airlines

## Malaysia Airlines

\*\*\* ITINERARY RECEIPT - DUPLICATE \*\*\*

```
AGENCY/AIRLINE NAME                              DATE OF ISSUE 14DEC13
ORBITZ CHICAGO IL                                RLOC MH - X98EY
                                                 RLOC 1P - 2H2C29
NON-TRANSFERABLE
NAME: JIAO/WEIWEI

E-TICKET NUMBER: 2327328856911


DATE   FLIGHT    DEPARTURE AIRPORT         TIME   ARRIVAL AIRPORT        CLASS   BAG
01MAR  MH 371    PEK-BEIJING CAPITAL       0855   KUL-KUALA LUMPUR       Q -OK   30K
                 TERMINAL 3                       TERMINAL M    ARRIVAL:1535

01MAR  MH 2662   KUL-KUALA LUMPUR          1805   BKI-KOTA KINABALU      Y -OK   30K
                 TERMINAL M                       TERMINAL 1    ARRIVAL:2040

07MAR  MH 2631   BKI-KOTA KINABALU         1855   KUL-KUALA LUMPUR       Y -OK   30K
                 TERMINAL 1                       TERMINAL M    ARRIVAL:2130

08MAR  MH 370    KUL-KUALA LUMPUR          0035   PEK-BEIJING CAPITAL    Q -OK   30K
                 TERMINAL M                       TERMINAL 3    ARRIVAL:0630

RESTRICTIONS: NONEND/CHARGES APPLY/NON REF/REFER ORIG ISSUE/

FORM OF PAYMENT: CC VIXXXXXXXXXXXX6359
BASE FARE               CNY    4050
EQUIVALENT AMOUNT PAID  USD    667.00
TAX/FEE/CHARGE          USD    14.80CN/20.30MY
TICKET TOTAL            USD    702.10
```

Notice: "Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier."

For MAS General Conditions of Carriage and Privacy Statement, please refer to www.malaysiaairlines.com

Page 1 of 1

| | |
|---|---|
| From: | Malaysia Airlines [PIRSVC@mas.com.my] |
| Sent: | Thursday, March 13, 2014 2:40 PM |
| To: | sugirtha.mramachandran@malaysiaairlines.com |
| Subject: | Itinerary Receipt |

**THIS DOCUMENT IS AUTOMATICALLY GENERATED. PLEASE DO NOT RESPOND TO THIS MAIL**

## Malaysia Airlines

☐ Malaysia Airlines

\*\*\* ITINERARY RECEIPT - DUPLICATE \*\*\*

```
AGENCY/AIRLINE NAME                              DATE OF ISSUE 14DEC13
ORBITZ CHICAGO IL                                RLOC MH - X9BEY
                                                 RLOC 1P - 2H2C29
NON-TRANSFERABLE
NAME: DAI/SHULING

E-TICKET NUMBER: 2327328856913


DATE   FLIGHT    DEPARTURE AIRPORT          TIME   ARRIVAL AIRPORT           CLASS    BAG
01MAR  MH 371    PEK-BEIJING CAPITAL        0855   KUL-KUALA LUMPUR          Q -OK    30K
                 TERMINAL 3                        TERMINAL M     ARRIVAL:1535

01MAR  MH 2662   KUL-KUALA LUMPUR           1805   BKI-KOTA KINABALU         Y -OK    30K
                 TERMINAL M                        TERMINAL 1     ARRIVAL:2040

07MAR  MH 2631   BKI-KOTA KINABALU          1855   KUL-KUALA LUMPUR          Y -OK    30K
                 TERMINAL 1                        TERMINAL M     ARRIVAL:2130

08MAR  MH 370    KUL-KUALA LUMPUR           0035   PEK-BEIJING CAPITAL       Q -OK    30K
                 TERMINAL M                        TERMINAL 3     ARRIVAL:0630

RESTRICTIONS: NONEND/CHARGES APPLY/NON REF/REFER ORIG ISSUE/

FORM OF PAYMENT: CC VIXXXXXXXXXXXX6359
BASE FARE                CNY   4050
EQUIVALENT AMOUNT PAID   USD   667.00
TAX/FEE/CHARGE           USD   14.80CN/20.30MY
TICKET TOTAL             USD   702.10
```

Notice: "Carriage and other services provided by the carrier are subject to conditions of carriage, which are hereby incorporated by reference. These conditions may be obtained from the issuing carrier."

For MAS General Conditions of Carriage and Privacy Statement, please refer to www.malaysiaairlines.com

file:///C:/Users/boysp/AppData/Local/Temp/Temp1_E-Ticket.zip/E-Ticket/Itinerary%...   13/03/2014

MH370-0000220

```
DVC-68604 1219 08MAR14
PRINT PNR                    KUL204 6519
HD01F  9999 1342 14DEC13
** JOURNEY STARTED **
 1.BAI/SHULING 2.JIAO/WEIWEI 3.JIAO/WENYUE 4.WANG/RUI Y8857
 5.   MH 2631 Y  FR07MAR13BJIKUL HK4    1855 2130
      *ELECTRONIC TKTS AVAILABLE ON THIS FLIGHT*
 6.   MH 370  Q  SS08MAR14KULPEK HK4    0035 0630
      *ELECTRONIC TKTS AVAILABLE ON THIS FLIGHT*
 7.AGR/B Y.WANG@GMAIL.COM
 8.XAW/B 18610274768L
 9.T
10.ST:NSST MH   HK1 MH370 Q 08MAR14 KULPEK 27D/P1
11.ST:NSST MH   HK1 MH370 Q 08MAR14 KULPEK 27H/P2
12.ST:NSST MH   HK1 MH370 Q 08MAR14 KULPEK 28D/P3
13.ST:NSST MH   HK1 MH370 Q 08MAR14 KULPEK 28H/P4
14.SSR DOCS MH  HK1 /P/CHN/G42045242/CHN/07DEC56/F/15AP20/BAI/SHULING/P1
15.SSR DOCS MH  HK1 /P/CHN/G42045234/CHN/17DEC56/M/15AP20/JIAO/WENYUE/P2
16.SSR DOCS MH  HK1 /P/CHN/G21760789/CHN/09MAY83/F/19MAR17/JIAO/WEIWEI/P2
17.SSR DOCS MH  HK1 /P/CHN/E20046528/CHN/25MAY12/M/26AUG18/WANG/MOHENG/P4
18.SSR DOCS MH  HK1 /P/CHN/E25142419/CHN/05AUG79/M/05AUG23/WANG/RUI/P4
19.SSR FQTV MH  HK1 KULPEK 0370008MOB.CX1558735800/P1
20.SSR FQTV MH  HK1 KULPEK 0370008MOB.CX1558735702/P2
21.SSR FQTV MH  HK1 KULPEK 0370008MOB.CX1559735622/P3
22.SSR FQTV MH  HK1 KULPEK 0370008MOB.CX1545696134/P4
23.SSR INFT MH  HK1 KULPEK0370008MOB.WANG/MOHENG 25MAY12/INF1/P4
24.OSR OTHS 1P  AUTO XX IF SSR TKNA/E/M/C NOT RCVD BY MH BY 1600/29DEC/BJS LT
25.SSR OTHS 1P  MOBILE AND EMAIL CONTACTS REQUIRED X PLS PROVIDE ASAP
26.SSR TKNE MH  HK1 KULPEK0370008MOB.2327329855691004/P4
27.SSR TKNE MH  HK1 KULPEK0370008MOB.2327329855691104/P2
28.SSR TKNE MH  HK1 KULPEK0370008MOB.2327329855691204/P3
29.SSR TKNE MH  HK1 KULPEK0370008MOB.2327329855691304/P1
30.SSR TKNE MH  HK1 KULPEK0370008MOB.INF2327329855691404/P4
31.OSI YY  BF2736.00 TX140.40 TF2876.40 PADT/INFSFSR
32.OSI YY  CTCH/18610274768
33.OSI MH  CTCT 8778200144 124639860 ORBITZ
34.OSI #1 MH  1INF WANG/MOHENG/P4
35.RMK PFS ONBRD MH271 B 01MAR14 PEKKUL
36.RMK PFS ONBRD MH2662 Y 01MAR14 KULBKI
37.RMK PFS ONBRD MH2631 Y 07MAR14 BKIKUL
38.RMK PFS ONBRD MH370 Q 08MAR14 KULPEK
39.HD01F /2H2069/XAW/24639860/CH1/1P/T/U8/UB2/G8
```

| Journey Details - X98EY (Past Date Record) |
|---|

| Names | |
|---|---|
| 001 | SHULING DAI |
| 001 | WENXUE JIAO |
| 001 | RUI WANG |
| 001 | WEIWEI JIAO |

| Itinerary | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Air | | | | | | | | | | |
| 001 | MH371 | Q | SAT | 01MAR14 | PEK | KUL | DK4 | 0855 | 1535 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | | HK(001) DK(001) | | | | | | | |
| 001 | MH2662 | Y | SAT | 01MAR14 | KUL | BKI | DK4 | 1805 | 2040 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | | HK(001) DK(001) | | | | | | | |
| 001 | MH2631 | Y | FRI | 07MAR14 | BKI | KUL | HK4 | 1855 | 2130 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | | DK(001) HK(001) | | | | | | | |
| 001 | MH370 | Q | SAT | 08MAR14 | KUL | PEK | HK4 | 0035 | 0630 | *ELECTRONIC TKTG AVAILABLE ON THIS FLIGHT* |
| | | | DK(001) HK(001) | | | | | | | |

| Contacts | | | |
|---|---|---|---|
| 001 | Business | ROR | Y.WANG@GMAIL.COM |
| 001 | Home | XAV | 18610274768L |

MH370-0000237

| Special Service Requests | | | | | |
|---|---|---|---|---|---|
| 001/029 | DOCS | MH | DL1 | ////07DEC56/F//DAI/SHULING | SHULING DAI |
| 001/030 | DOCS | MH | DL1 | ////17DEC56/M//JIAO/WENXUE | WENXUE JIAO |
| 001/032 | DOCS | MH | DL1 | ////05AUG79/M//WANG/RUI | RUI WANG |
| 001/032 | DOCS | MH | DL1 | ////25MAY12/MI//WANG/MOHENG | RUI WANG |
| 001/031 | DOCS | MH | DL1 | ////09MAY82/F//JIAO/WEIWEI | WEIWEI JIAO |
| 029/039 | DOCS | MH | DL1 | P/CHN/G42045242/CHN/07DEC56/F/15APR20/DAI/SHULING | SHULING DAI |
| 030/040 | DOCS | MH | DL1 | P/CHN/G42045234/CHN/17DEC56/M/15APR20/JIAO/WENXUE | WENXUE JIAO |
| 031/041 | DOCS | MH | DL1 | P/CHN/G21760789/CHN/09MAY82/F/19MAR17/JIAO/WEIWEI | WEIWEI JIAO |
| 032/042 | DOCS | MH | DL1 | P/CHN/E25102419/CHN/05AUG79/M/06AUG23/WANG/RUI | RUI WANG |
| 032/042 | DOCS | MH | DL1 | P/CHN/E30046528/CHN/25MAY12/MI/26AUG18/WANG/MOHENG | RUI WANG |
| 039 | DOCS | MH | HK1 | P/CHN/G42045242/CHN/07DEC56/F/15APR20/DAI/SHULING | SHULING DAI |
| 040 | DOCS | MH | HK1 | P/CHN/G42045234/CHN/17DEC56/M/15APR20/JIAO/WENXUE | WENXUE JIAO |
| 041 | DOCS | MH | HK1 | P/CHN/G21760789/CHN/09MAY82/F/19MAR17/JIAO/WEIWEI | WEIWEI JIAO |
| 042 | DOCS | MH | HK1 | P/CHN/E25102419/CHN/05AUG79/M/06AUG23/WANG/RUI | RUI WANG |
| 042 | DOCS | MH | HK1 | P/CHN/E30046528/CHN/25MAY12/MI/26AUG18/WANG/MOHENG | RUI WANG |
| 029 | FQTV | MH | HK1 | PEKKUL 0371Q01MAR.CX1558735800 | SHULING DAI |
| 030 | FQTV | MH | HK1 | PEKKUL 0371Q01MAR.CX1558735702 | WENXUE JIAO |
| 031 | FQTV | MH | HK1 | PEKKUL 0371Q01MAR.CX1558735622 | WEIWEI JIAO |
| 032 | FQTV | MH | HK1 | PEKKUL 0371Q01MAR.CX1545696134 | RUI WANG |
| 039 | FQTV | MH | HK1 | KULBKI 2662Y01MAR.CX1558735800 | SHULING DAI |
| 040 | FQTV | MH | HK1 | KULBKI 2662Y01MAR.CX1558735702 | WENXUE JIAO |
| 041 | FQTV | MH | HK1 | KULBKI 2662Y01MAR.CX1558735622 | WEIWEI JIAO |
| 042 | FQTV | MH | HK1 | KULBKI 2662Y01MAR.CX1545696134 | RUI WANG |
| 059 | FQTV | MH | HK1 | BKIKUL 2631Y07MAR.CX1558735800 | SHULING DAI |
| 059 | FQTV | MH | HK1 | BKIKUL 2631Y07MAR.CX1558735702 | WENXUE JIAO |
| 059 | FQTV | MH | HK1 | BKIKUL 2631Y07MAR.CX1558735622 | WEIWEI JIAO |
| 060 | FQTV | MH | HK1 | BKIKUL 2631Y07MAR.CX1545696134 | RUI WANG |
| 067 | FQTV | MH | HK1 | KULPEK 0370Q08MAR.CX1558735800 | SHULING DAI |
| 067 | FQTV | MH | HK1 | KULPEK 0370Q08MAR.CX1558735702 | WENXUE JIAO |
| 067 | FQTV | MH | HK1 | KULPEK 0370Q08MAR.CX1545696134 | RUI WANG |
| 067 | FQTV | MH | HK1 | KULPEK 0370Q08MAR.CX1558735622 | WEIWEI JIAO |
| 001 | INFT | MH | NN1 | BKIKUL2631Y07MAR.WANG/MOHENG 25MAY12 | RUI WANG |
| 001 | INFT | MH | HK1 | PEKKUL0371Q01MAR.WANG/MOHENG 25MAY12 | RUI WANG |
| 001 | INFT | MH | NN1 | KULBKI2662Y01MAR.WANG/MOHENG 25MAY12 | RUI WANG |
| 001 | INFT | MH | KK1 | KULPEK0370Q08MAR.WANG/MOHENG 25MAY12 | RUI WANG |
| 001 | OTHS | 1P | | AUTO XX IF SSR TKNA/E/M/C NOT RCVD BY MH BY 1600/29DEC/BJS LT | |
| 001 | OTHS | 1P | | MOBILE AND EMAIL CONTACTS REQUIRED X PLS PROVIDE ASAP | |
| 018 | TKNE | MH | HK1 | BD KULPEK0370Q08MAR.2327328856913C4 | SHULING DAI |

| Special Service Requests | | | | | |
|---|---|---|---|---|---|
| 018 | TKNE | MH | HK1 | BD KULBKI2662Y01MAR.2327328856913C2 | SHULING DAI |
| 018 | TKNE | MH | HK1 | BD BKIKUL2631Y07MAR.2327328856913C3 | SHULING DAI |
| 018 | TKNE | MH | HK1 | BD PEKKUL0371Q01MAR.2327328856913C1 | SHULING DAI |
| 018 | TKNE | MH | HK1 | BD KULBKI2662Y01MAR.2327328856912C2 | WENXUE JIAO |
| 018 | TKNE | MH | HK1 | BD BKIKUL2631Y07MAR.2327328856912C3 | WENXUE JIAO |
| 018 | TKNE | MH | HK1 | BD KULPEK0370Q08MAR.2327328856912C4 | WENXUE JIAO |
| 018 | TKNE | MH | HK1 | BD PEKKUL0371Q01MAR.2327328856912C1 | WENXUE JIAO |
| 018 | TKNE | MH | HK1 | BD BKIKUL2631Y07MAR.2327328856910C3 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD KULPEK0370Q08MAR.2327328856910C4 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD PEKKUL0371Q01MAR.2327328856910C1 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD PEKKUL0371Q01MAR.INF2327328856914C1 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD KULPEK0370Q08MAR.INF2327328856914C4 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD KULBKI2662Y01MAR.INF2327328856914C2 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD KULBKI2662Y01MAR.2327328856910C2 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD BKIKUL2631Y07MAR.INF2327328856914C3 | RUI WANG |
| 018 | TKNE | MH | HK1 | BD PEKKUL0371Q01MAR.2327328856911C1 | WEIWEI JIAO |
| 018 | TKNE | MH | HK1 | BD KULBKI2662Y01MAR.2327328856911C2 | WEIWEI JIAO |
| 018 | TKNE | MH | HK1 | BD KULPEK0370Q08MAR.2327328856911C4 | WEIWEI JIAO |
| 018 | TKNE | MH | HK1 | BD BKIKUL2631Y07MAR.2327328856911C3 | WEIWEI JIAO |

| Seat Assignments | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 005/046 | XX | MH | XX1 | MH370 | Q | 08MAR14 | KUL | PEK | 17A | RUI WANG |
| 017/052 | XX | MH | XX1 | MH370 | Q | 08MAR14 | KUL | PEK | 18C | SHULING DAI |
| 013/050 | XX | MH | XX1 | MH370 | Q | 08MAR14 | KUL | PEK | 18A | WENXUE JIAO |
| 046 | DK | MH | DK1 | MH370 | Q | 08MAR14 | KUL | PEK | 37D | RUI WANG |
| 009/048 | XX | MH | XX1 | MH370 | Q | 08MAR14 | KUL | PEK | 17C | WEIWEI JIAO |
| 052 | HK | MH | HK1 | MH370 | Q | 08MAR14 | KUL | PEK | 38H | SHULING DAI |
| 050 | DK | MH | DK1 | MH370 | Q | 08MAR14 | KUL | PEK | 38D | WENXUE JIAO |
| 048 | HK | MH | HK1 | MH370 | Q | 08MAR14 | KUL | PEK | 37H | WEIWEI JIAO |
| 010 | DK | MH | DK1 | MH371 | Q | 01MAR14 | PEK | KUL | 18C | WENXUE JIAO |
| 006 | HK | MH | HK1 | MH371 | Q | 01MAR14 | PEK | KUL | 17A | WEIWEI JIAO |
| 014 | DK | MH | DK1 | MH371 | Q | 01MAR14 | PEK | KUL | 18A | SHULING DAI |
| 002 | HK | MH | HK1 | MH371 | Q | 01MAR14 | PEK | KUL | 17C | RUI WANG |
| 011 | DK | MH | DK1 | MH2662 | Y | 01MAR14 | KUL | BKI | 9C | WENXUE JIAO |
| 007 | HK | MH | HK1 | MH2662 | Y | 01MAR14 | KUL | BKI | 9B | WEIWEI JIAO |
| 003 | DK | MH | DK1 | MH2662 | Y | 01MAR14 | KUL | BKI | 9A | RUI WANG |
| 015 | DK | MH | DK1 | MH2662 | Y | 01MAR14 | KUL | BKI | 9D | SHULING DAI |
| 012 | HK | MH | HK1 | MH2631 | Y | 07MAR14 | BKI | KUL | 7C | WENXUE JIAO |
| 004 | DK | MH | DK1 | MH2631 | Y | 07MAR14 | BKI | KUL | 7A | RUI WANG |
| 008 | HK | MH | HK1 | MH2631 | Y | 07MAR14 | BKI | KUL | 7B | WEIWEI JIAO |
| 016 | HK | MH | HK1 | MH2631 | Y | 07MAR14 | BKI | KUL | 7D | SHULING DAI |

| Ticket Status | | | | |
|---|---|---|---|---|
| 018 | Ticketed | | | RUI WANG<br>WEIWEI JIAO<br>SHULING DAI<br>WENXUE JIAO |
| 001/018 | Timelimit to 1600 Expire | 29DEC13 | BJS005 | SHULING DAI<br>WENXUE JIAO<br>RUI WANG<br>WEIWEI JIAO |

| Other Service Information | | | | |
|---|---|---|---|---|
| 001 | YY | | BF2736.00 TX140.40 TF2876.40<br>PADT/INF@FSR | SHULING DAI<br>WENXUE JIAO<br>RUI WANG<br>WEIWEI JIAO |
| 001 | YY | | CTCH/18610274768 | SHULING DAI<br>WENXUE JIAO<br>RUI WANG<br>WEIWEI JIAO |
| 001 | MH | CTCT | 8778200144 I24639860 ORBITZ | SHULING DAI<br>WENXUE JIAO<br>RUI WANG<br>WEIWEI JIAO |
| 001 | MH | | 1INF WANG/MOHENG | RUI WANG |

| Remarks | | | | |
|---|---|---|---|---|
| 043 | Remark | PFS | ONBRD MH2662 Y 01MAR14 KULBKI | WEIWEI JIAO<br>WENXUE JIAO<br>RUI WANG<br>SHULING DAI |
| 033 | Remark | PFS | ONBRD MH371 Q 01MAR14 PEKKUL | WENXUE JIAO<br>SHULING DAI<br>WEIWEI JIAO<br>RUI WANG |
| 061 | Remark | PFS | ONBRD MH2631 Y 07MAR14 BKIKUL | WENXUE JIAO<br>RUI WANG<br>WEIWEI JIAO<br>SHULING DAI |
| 068 | Remark | PFS | ONBRD MH370 Q 08MAR14 KULPEK | RUI WANG<br>WENXUE JIAO<br>SHULING DAI<br>WEIWEI JIAO |

| Update | | | | | |
|---|---|---|---|---|---|
| 068 | KUL | MH | 1713 07MAR14 | PFS processing | |
| 067 | KUL | MH | 1713 07MAR14 | PFS processing | /PID250 |
| 066 | ATL | XS | 1551 07MAR14 | eTicket acknowledgement received | /PID170 |
| 065 | ATL | XS | 1550 07MAR14 | eTicket acknowledgement received | /PID170 |
| 064 | ATL | XS | 1550 07MAR14 | eTicket acknowledgement received | /PID170 |
| 063 | ATL | XS | 1550 07MAR14 | eTicket acknowledgement received | /PID170 |
| 062 | ATL | XS | 1550 07MAR14 | eTicket acknowledgement received | /PID170 |
| 061 | HDQ | MH | 1059 07MAR14 | PFS processing | |
| 060 | HDQ | MH | 1059 07MAR14 | PFS processing | /PID250 |
| 059 | HDQ | MH | 1059 07MAR14 | PFS processing | /PID250 |
| 058 | ATL | XS | 1049 07MAR14 | eTicket acknowledgement received | /PID170 |
| 057 | ATL | XS | 1049 07MAR14 | eTicket acknowledgement received | /PID170 |
| 056 | ATL | XS | 1049 07MAR14 | eTicket acknowledgement received | /PID170 |
| 055 | ATL | XS | 1049 07MAR14 | eTicket acknowledgement received | /PID170 |
| 054 | ATL | XS | 1049 07MAR14 | eTicket acknowledgement received | /PID170 |
| 053 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /PID165 /060749 |
| 052 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /US/PID68687 /060749/DKB02319100124244/68687GGGL |
| 051 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /PID232 /060749 |
| 050 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /US/PID72472 /060749/DKB02319100124243/72472GGKH |
| 049 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /PID232 /060749 |
| 048 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /US/PID72653 /060749/DKB02319100124242/72653HDOE |
| 047 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /PID231 /060749 |
| 046 | HDQ | 1P | 0749 06MAR14 | Incoming Teletype processing | /US/PID69310 /060749/DKB02319100124242/69310ENLG |
| 045 | KUL | MH | 1635 05MAR14 | Included in PNL | /PID161 /MH 370 /08MAR/KUL -D |
| 044 | KUL | MH | 1055 05MAR14 | Included in PNL | /PID161 /MH2631 /07MAR/BKI -D |
| 043 | HDQ | MH | 1005 01MAR14 | PFS processing | |
| 042 | HDQ | MH | 1005 01MAR14 | PFS processing | /PID250 |
| 041 | HDQ | MH | 1005 01MAR14 | PFS processing | /PID250 |
| 040 | HDQ | MH | 1005 01MAR14 | PFS processing | /PID250 |
| 039 | HDQ | MH | 1005 01MAR14 | PFS processing | /PID250 |
| 038 | ATL | XS | 0917 01MAR14 | eTicket acknowledgement received | /PID170 |
| 037 | ATL | XS | 0917 01MAR14 | eTicket acknowledgement received | /PID170 |
| 036 | ATL | XS | 0917 01MAR14 | eTicket acknowledgement received | /PID170 |
| 035 | ATL | XS | 0917 01MAR14 | eTicket acknowledgement received | /PID170 |
| 034 | ATL | XS | 0917 01MAR14 | eTicket acknowledgement received | /PID170 |
| 033 | HDQ | MH | 0059 01MAR14 | PFS processing | |
| 032 | HDQ | MH | 0059 01MAR14 | PFS processing | /PID250 |
| 031 | HDQ | MH | 0059 01MAR14 | PFS processing | /PID250 |
| 030 | HDQ | MH | 0059 01MAR14 | PFS processing | /PID250 |
| 029 | HDQ | MH | 0059 01MAR14 | PFS processing | /PID250 |
| 028 | ATL | XS | 0031 01MAR14 | eTicket acknowledgement received | /PID170 |
| 027 | ATL | XS | 0031 01MAR14 | eTicket acknowledgement received | /PID170 |
| 026 | ATL | XS | 0031 01MAR14 | eTicket acknowledgement received | /PID170 |
| 025 | ATL | XS | 0031 01MAR14 | eTicket acknowledgement received | /PID170 |
| 024 | ATL | XS | 0031 01MAR14 | eTicket acknowledgement received | /PID170 |
| 023 | KUL | MH | 1006 27FEB14 | Included in PNL | /PID161 /MH2662 /01MAR/KUL -B |

| Update | | | | | |
|---|---|---|---|---|---|
| 022 | KUL | MH | 0056 27FEB14 | Included in PNL | /PID161 /MH 371 /01MAR/PEK -B |
| 021 | ATL | 001 | 0354 21FEB14 | ASR Reallocation | /PID49154 |
| 020 | ATL | 001 | 0352 21FEB14 | ASR Reallocation | /PID49154 |
| 019 | ATL | XS | 1349 14DEC13 | eTicket acknowledgement received | /PID170 |
| 018 | HDQ | 1P | 1349 14DEC13 | Incoming Teletype processing | /PID167 /141349 |
| 017 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID67766 /141343/DK114601100138554/67 766FCEO |
| 016 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID70746 /141343/DK114601100138553/70 746FJAO |
| 015 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID67076 /141343/DK114601100138553/67 076HGNB |
| 014 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID66295 /141343/DK114601100138553/66 295GNMB |
| 013 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID70402 /141343/DK114601100138552/70 402ECMK |
| 012 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID67485 /141343/DK114601100138552/67 485GEPO |
| 011 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID71198 /141343/DK114601100138552/71 198FDHL |
| 010 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID68074 /141343/DK114601100138551/68 074EMIE |
| 009 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID66103 /141343/DK114601100138551/66 103FJAB |
| 008 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID71208 /141343/DK114601100138550/71 208FDHD |
| 007 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID69910 /141343/DK114601100138550/69 910GFAI |
| 006 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID66878 /141343/DK114601100138550/66 878GDGE |
| 005 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID72668 /141343/DK114601100138549/72 668HLKM |
| 004 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID70989 /141343/DK114601100138549/70 989ECDD |
| 003 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID71995 /141343/DK114601100138548/71 995GMPG |
| 002 | HDQ | 1P | 1343 14DEC13 | Incoming Teletype processing | /US/PID67485 /141343/DK114601100138548/67 485FODD |
| 001 | HDQ | 1P | 1342 14DEC13 | Incoming Teletype processing | /US/PID66760 /141342/DK114601100138542/66 760GFNL |

| Responsibility | | |
|---|---|---|
| 001 | Responsibility for this booking is with HDQ1P | Additional Information /2HZC29/XAV/24639860/CHI/1P/T/US/USD/GS |