UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Air Crash Over the Southern Indian Ocean, On March 8, 2014 | ) Case No. MDL Docket No. 2712 <br> ) <br> ) Misc. No. 16-mc-1184-KBJ <br> ) <br> ) This document relates to *Richards v.* <br> ) T*he Boeing Company*; <br> ) No. 17-cv-00503-KBJ |

**APPEARANCE OF COUNSEL**

TO:  The Clerk of Court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for:

KERRY RICHARDS, Personal Representative of the Estate of Annan Lin, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Bo Hou, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Changjun Chen, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Guiju Yue, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Guohui Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Hua Zhang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Le Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Jie Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Liangjing Bian, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Ling Yan, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Xiaolei Zhang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Ximin Wang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Yan Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Yingxin Zhao, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Yongsheng Wen, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Yanlin Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Wenchao Yue, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Junwei Tian, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Houbin Wang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Wenzhong Du, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Na Zhang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Siwan Hu, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Zhijin Li, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Yonggang Wang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Cuiyun Jiang, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Xiaoning Hu, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Baofeng Fu, deceased;

KERRY RICHARDS, Personal Representative of the Estate of Fengying Liu, deceased

November 29, 2017  /s/Floyd A. Wisner
One of the attorneys for Plaintiffs

Wisner Law Firm, P.C.
514 W. State Street
Suite 200
Geneva, Illinois  60134
(630) 262-9434
(630) 262-1066 (fax)
faw@wisner-law.com
IL Bar No. 3048713

**CERTIFICATE OF SERVICE**

    Floyd A. Wisner, an attorney, certifies that he filed the foregoing Appearance of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this matter on November 29, 2017.

                                                              /s/Floyd A. Wisner