**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014<br><br>**This Document Relates To:**<br><br>Ries v. Malaysian Airline System Berhad<br>Docket No. 1:16-cv-1061(KBJ) | MDL Docket No: 2712<br>Misc. No. 16-1184 (KBJ) |

**STIPULATION FOR DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it STIPULATED and AGREED by and between Justin T. Green of Kreindler & Kreindler LLP, counsel for the Plaintiff, WILLIAM CAMPBELL RIES, Administrator of the Estate of Mei Ling Ch'ng, deceased, and Telly Andrews of Kaplan, Massamillo & Andrews, LLC, counsel for the Defendant, Malaysian Airline System Berhad (Administrator Appointed), incorrectly sued as Malaysian Airline System Berhad, that this action be dismissed with prejudice, with each party to bear its own costs, a mutual settlement agreement having been reached. It is further STIPULATED and AGREED that this Court may make and enter its Judgment of Dismissal without further notice or hearing to any party, such hearing or notice being expressly waived. This Court retains jurisdiction of this matter to enforce settlement.

Dated: January 10, 2018

| | |
|---|---|
| /s/ Justin T. Green | /s/ Telly Andrews (with permission) |
| Justin T. Green | Telly Andrews |
| Kreindler & Kreindler LLP | Kaplan, Massamillo & Andrews, LLC |
| 750 Third Avenue | 200 West Madison Street, 16th Floor |
| New York, NY 10017-2703 | Chicago, Illinois 60606 |
| Tel: (212) 973-3403 · | Tel: (312) 345-3000 |
| Fax: (212) 972-9432 | Fax: (312) 345-3119 |
| jgreen@kreindler.com | tandrews@kmalawfirm.com |
| Counsel for Plaintiff William Campbell Ries in Case No. 1:16-cv-01061-KBJ | Counsel for Defendant, Malaysian Airline System Berhad (Administrator Appointed) |

## CERTIFICATE OF SERVICE

      The undersigned certifies that on January 10, 2018, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing STIPULATION FOR DISMISSAL was filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record for all parties at the email addresses on file with the Court.

                                  /s/ Justin T. Green
                                  Justin T. Green