IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| In re Air Crash Over the Southern Indian Ocean, On March 8, 2014 | ) Case No. MDL Docket No. 2712 <br> ) <br> ) Misc. No. 16-mc-1184-KBJ <br> ) <br> ) This document relates to *Zhang, et al v.* <br> ) *Malaysia Airlines Berhad, et al*; <br> ) No. 16-cv-1048-KBJ |

**NOTICE OF UNOPPOSED SUBSTITUTION OF COUNSEL**

Plaintiffs, through undersigned counsel, hereby give notice that the following plaintiffs are removing attorney A. Mary Schiavo of Motley Rice law firm and substituting attorneys Floyd A. Wisner and Alexandra M. Wisner of Wisner Law Firm as counsel of record. Substituting counsel currently represents plaintiffs other matters consolidated with the case at bar as Case No. MDL Docket 2712. Pleadings relating to the below plaintiffs may be served through the ECF. Discovery as to the below plaintiffs should be directed to Wisner Law Firm, P.C. 514 W. State Street Suite 200, Geneva, Illinois 60134 and e-mailed to Floyd A. Wisner at faw@wisner-law.com and Alexandra M. Wisner at awisner@wisner-law.com. This notice pertains to the following plaintiffs only in underlying Case No. 16-cv-1048-KBJ:

Jianjun Bao, Yuanjuan Bao, and Qinping Xu, individually and on behalf of the Estate of Yuanhua Bao (Attachments 1, 2, and 3 respectively);

Xia Wu, Guangzhen Ding, Rongjie Dong, and Zhengquian Dong, individually and as representatives of the Estate of Guowei Dong (Attachments 4, 5, 6, and 7 respectively);

Zheng Wang, individually and on behalf of the Estate of Linshi Wang (Attachment 8);

Zheng Wang, He Xiong, and Songrong Duan, individually and on behalf of the Estate of Deming Xiong (Attachments 9, 10, and 11 respectively);

Yi Yao and Qiang Yao, individually and on behalf of the Estate of Meihua Yang (Attachments 12 and 13 and respectively);

Yi Yao, Qiang Yao, and Borong Yao, individually and on behalf of the Estate of Jianfeng Yao (Attachments 14, 15, and 16 respectively);

Lian Hua Hu, individually and on behalf of the Estate of Zhong Hai Zhang (Attachment 17);

Jiangtian Lou, Jianghao Lou, and Jiangyue Lou, individually and on behalf of the Estate of Zhaofang Zhao (Attachments 18, 19, and 20 respectively); and

Jiangtian Lou, Jianghao Lou, and Jiangyue Lou, individually and on behalf of the Estate of Baotang Lou (Attachments 21, 22, and 23 respectively)

WHEREFORE, the above plaintiffs respectfully request that this Court enter the Orders granting substitution of counsel and for any other such relief this Court deems just.

Dated: July 2, 2018                                     Respectfully submitted,


                                          /s/Alexandra M. Wisner
                                          Attorney For Plaintiffs

                                          Wisner Law Firm, P.C.
                                          514 W State Street
                                          Suite 200
                                          Geneva, Illinois 60134
                                          (630) 262-9434
                                          (630) 262-1066 (fax)
                                          awisner@wisner-law.com
                                          Ill. ID No. 6317572

## **CERTIFICATE OF SERVICE**

  Alexandra M. Wisner, an attorney, certifies that she filed the foregoing Notice of Unopposed Substitution of Counsel with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record in this matter on July 2, 2018.

                    /s/Alexandra M. Wisner