# United States Court of Appeals
### For The District of Columbia Circuit

| | |
|---|---|
| No. 18-7193 | September Term, 2019 |
| | 1:16-mc-01184-KBJ |
| | Filed On: March 9, 2020 [1832569] |

In re: Air Crash Over the Southern Indian Ocean on March 8, 2014,

------------------------------

Elizabeth Smith, As personal representative of the Spouses, Next of Kin, Other Statutory Beneficiaries, and the Estates of the MH370 Passengers (See Complaint for Statutory Beneficiaries), et al.,

    Appellants

Thomas Wood, Individually and as Personal Representative of Phillip Talmadge Wood (Deceased), et al.,

    Appellees

    v.

Malaysia Airlines Berhad, doing business as Malaysia Airlines, et al.,

    Appellees

------------------------------

Consolidated with 18-7195, 18-7196, 18-7197, 18-7198

## M A N D A T E

In accordance with the judgment of January 10, 2020, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

BY:    /s/
        Daniel J. Reidy
        Deputy Clerk

Link to the judgment filed January 10, 2020